# EXHIBIT A

US007027426B2

(12) **United States Patent**
Billhartz

(10) Patent No.: **US 7,027,426 B2**
(45) Date of Patent: **Apr. 11, 2006**

(54) **MULTI-CHANNEL MOBILE AD HOC NETWORK**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 67 days.

(21) Appl. No.: **10/212,594**

(22) Filed: **Aug. 5, 2002**

(65) **Prior Publication Data**

US 2004/0022224 A1     Feb. 5, 2004

(51) **Int. Cl.**
*H04Q 7/24*        (2006.01)

(52) **U.S. Cl.** ...................................... **370/338**; 370/312

(58) **Field of Classification Search** ................ 370/220, 370/223, 238, 254–258, 310, 338, 345, 351, 370/464, 912, 913, 312, 329, 349, 390;  709/220, 709/223, 238–242;  455/422, 432, 433, 435, 455/456, 445, 450, 453
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins | 370/94.1 |
| 5,987,011 A | 11/1999 | Toh | 370/331 |
| 6,304,556 B1 | 10/2001 | Haas | 370/254 |
| 6,308,843 B1 * | 10/2001 | De Boer | 211/119.01 |
| 6,385,174 B1 | 5/2002 | Li | 370/252 |
| 2001/0033556 A1 | 10/2001 | Krishnamurthy et al. | 370/329 |

OTHER PUBLICATIONS

Lee, Routing and Multicasting Strategies in Wireless Mobile Ad Hoc Networks, Dissertation, University of California, pp. 1-260, 2000.*
Royer et al, An Implementation Study of the AODV Routing Protocol, IEEE, pp. 1003-1008, 2000.*
Sugano et al, Performance Evaluation of a Wireless Ad Hoc Networks: Flexible Radio Network (FRN), IEEE, pp. 350-354, 2000.*
Perkins et al, Internet Draft, Quality of Service for Ad hoc On-Demand Distance Vector Routing, pp. 1-7, 2000.*
Chang et al, Routing in wireless/mobile ad-hoc networks via dynamic group construction, Baltzer Science Publishers, pp. 27-37, 2000.*
Bangalore et al, DSR based mobile adhoc routing with a Multichannel Base Station infrastructure, pp. 1-10.*
Chakrabarti et al., *"QoS Issues in Ad Hoc Wireless Networks"*, , IEEE Communications Magazine, (Feb. 2001), pp. 142-148.

(Continued)

*Primary Examiner*—Frank Duong
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57)        **ABSTRACT**

A mobile ad hoc network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over a plurality of channels. The method includes sending a route request over each of the plurality of channels to discover routing to a destination node, and selecting a route to the destination node on at least one of the plurality of channels. The route request may be sent over each of the plurality of channels sequentially, and the route request preferably includes a source node channel identifier.

**27 Claims, 7 Drawing Sheets**



## US 7,027,426 B2

Page 2

OTHER PUBLICATIONS

Chen, "*Routing Support for Providing Guaranteed End-to-End Quality-of-Service*," Ph.D. thesis, Univ. of Illinois at Urbana-Champaign, http://cairo.cs.uiuc.edu/papers/scthesis.ps. 1999.

Mirhakkak et al., *Dynamic Quality-of-Service of Mobile Ad Hoc Networks*, MITRE Corp., 2000.

Van Dyck et al., *Distributed Sensor Processing Over an Ad-Hoc Wireless Network: Simulation Framework And Performance Criteria*, Proceedings IEEE Milcom, Oct. 2001.

Zhu, *Medium Access Control and Quality-of-Service for Mobile Ad Hoc Networks*, PHD Thesis, Department of Computer Engineering, University of Maryland, College Park, MD, 2001.

Royer et al., *A Review of Current Routing Protocols for Ad Hoc Mobile Wireless Networks*, IEEE Personal Communications, Apr. 1999, pp. 46-55.

Corson et al., *A Reservation-Based Multicast (RBM) Routing Protocol for Mobile Networks: Initial Route Constructions Phase*, ACM/1. 1, No. 4, 1995, p. 1-39.

Xiao et al., *A Flexible Quality of Service Model for Mobile Ad Hoc Networks, IEEE VTC2000-spring*, Tokyo, Japan, May 2000.

Wu et al., *QoS Support in Mobile Ad Hoc Networks*, Computing Science Department, University of Alberta, no date available.

Corson et al., *Mobile Ad Hoc Networking (MANET): Routing Protocol Performance Issues and Evaluation Considerations*, Network Working Group, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 1999.

Haas et al., *The Bordercast Resolution Protocol (BRP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Interzone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Intrazone Routing Protocol (IERP)* for Ad Hoc Networks, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Clausen et al. *Optimized Link State Routing Protocol*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Oct. 31, 2001.

Perkins et al., *Quality of Service in Ad Hoc On-Demand Distance Vector Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 2000.

Park et al., *Temporally-Ordered Routing Algorithm (TORA) Versoin 1 Functional Specification*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 20, 2001.

Ogier et al., *Topology Broadcast Based on Reserve-Path Forwarding (TBRPF)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 10, 2002.

Gerla et al., *Landmark Routing Protocol (LANMAR) for Large Scale Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Hu et al., *Flow State in the Dynamic Socurce Routing Protocol for Mobile Ad Hoc Network*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Feb. 23, 2001.

Gerla et al., *Fisheye State Routing Protocol (FSR) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Johnson et al., *The Dynamic Source Routing Protocol for Mobile Ad Hoc Networks (DSR)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 21, 2001.

Perkins et al., *Ad hoc On-Demand Distance Vector (ADOV) Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 9, 2001.

Perkins et al., "Multicast Operation of the Ad-Hoc On-Demand Distance Vector Routing", IEEE, pp. 1-11, 1999.

Perkins et al., "Multicast Operation of the Ad-Hoc On Demand Distance Vector Routing Protocol", http://citeseer.nj.nec.com/royer99multicast.html, pp. 1-12, 1999.

Tseng et al., "A Multi-Channel MAC Protocol with Power Control for Multi-Hop Mobile Ad Hoc Networks", IEEE, pp. 419-424, 2001.

* cited by examiner

Case 1:19-cv-09995-GFC Document 1898-1 Filed 12/09/19 Page 4 of 360 PageID #: 182026



FIG. 1.

Case 1:19-cv-09995-CFC Document 1898-1 Filed 12/09/19 Page 5 of 360 PageID #: 182027



FIG. 2.

Case 1:19-cv-09995-GBD   Document 1-1   Filed 12/09/19   Page 6 of 360 PageID #: 182028
Case 1:19-mc-09995   Document 1898-1   Filed 12/09/19   Page 6 of 360 PageID #: 182028



FIG. 3.

Case 1:19-cv-09995-GFG   Document 1898-1   Filed 12/09/19   Page 7 of 360 PageID #: 18209



FIG. 4.

Case 1:19-cv-09995-GFC   Document 1898-1   Filed 12/09/19   Page 8 of 360 PageID #: 182030



FIG. 5.



FIG. 6.



FIG. 7.



FIG. 8.

US 7,027,426 B2

**1**

## MULTI-CHANNEL MOBILE AD HOC NETWORK

### FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad hoc wireless networks and related methods.

### BACKGROUND OF THE INVENTION

A rapidly developing area of wireless networks is mobile ad hoc networks. Physically, a mobile ad hoc network includes a number of geographically-distributed, potentially mobile nodes wirelessly connected by one or more radio frequency channels. Compared with other type of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad hoc networks is the lack of any fixed infrastructure. The network is formed of mobile nodes only, and a network is created on the fly as the nodes transmit to or receive from other nodes. The network does not in general depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

An ad hoc network can be quickly deployed and provide much needed communications. Ad hoc networks will allow people to exchange data in the field or in a class room without using any network structure except the one they create by simply turning on their computers or PDAs, for example.

New applications for mobile ad hoc networks will continue to emerge and become an important part of the communication structure. Due to the lack of a fixed infrastructure, nodes must self-organize and reconfigure as they move, join or leave the network. All nodes could potentially be functionally identical and there may not be any natural hierarchy or central controller in the network. Many network-controlling functions are distributed among the nodes. Nodes are often powered by batteries and have limited communication and computation capabilities. The bandwidth of the system is usually limited. The distance between two nodes often exceeds the radio transmission range, and a transmission has to be relayed by other nodes before reaching its destination. Consequently, a network has a multihop topology, and this topology changes as the nodes move around.

The Mobile Ad-Hoc Networks (MANET) working group of the Internet Engineering Task Force (IETF) has been actively evaluating and standardizing routing, including multicasting, protocols. Because the network topology changes arbitrarily as the nodes move, information is subject to becoming obsolete, and different nodes often have different views of the network, both in time (information may be outdated at some nodes but current at others) and in space (a node may only know the network topology in its neighborhood usually not far away from itself).

A routing protocol needs to adapt to frequent topology changes and with less accurate information. Because of these unique requirements, routing in these networks is very different from others. Gathering fresh information about the entire network is often costly and impractical. Many routing protocols are reactive (on-demand) protocols: they collect routing information only when necessary and to destinations they need routes to, and do not generally maintain unused routes after some period of time. This way the routing overhead is greatly reduced compared to pro-active protocols which maintain routes to all destinations at all times. It is important for a protocol to be adaptive. Ad Hoc on

**2**

Demand Distance Vector (AODV), Dynamic Source Routing (DSR) and Temporally Ordered Routing Algorithm (TORA) are representative of on-demand routing protocols presented at the MANET working group.

Examples of other various routing protocols include Destination-Sequenced Distance Vector (DSDV) routing which is disclosed in U.S. Pat. No. 5,412,654 to Perkins, and Zone Routing Protocol (ZRP) which is disclosed in U.S. Pat. No. 6,304,556 to Haas. ZRP is a hybrid protocol using both proactive and reactive approaches based upon distance from a source node.

These conventional routing protocols use a best effort approach in selecting a route from the source node to the destination node. Typically, the number of hops is the main criteria (metric) in such a best effort approach. In other words, the route with the least amount of hops is selected as the transmission route. However, Quality-of-service (QoS) routing in mobile ad hoc networks is also gaining interest. To provide quality-of-service, the protocol needs not only to find a route but also to secure the resources along the route. Because of the limited, shared bandwidth of the network, and lack of central controller which can account for and control these limited resources, nodes must negotiate with each other to manage the resources required for QoS routes. This is further complicated by frequent topology changes. Due to these constraints, QoS routing is more demanding than best-effort routing.

Also, as mentioned, the bandwidth of a typical ad-hoc network is limited. Conventional mobile ad-hoc network routing protocols assume that all nodes are on the same channel permanently. This single channel operation is a factor in the bandwidth availability. Although some networks may use a separate control channel to reduce overhead on the transmission channel, conventional mobile ad-hoc networks do not utilize multiple channels for transmitting packet data.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a multichannel mobile ad hoc network to efficiently make use of a plurality of channels.

This and other objects, features, and advantages in accordance with the present invention are provided by a method for operating a mobile ad hoc network over a plurality of channels. The network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over the plurality of channels. The method includes, at a source node, sending a route request over each of the plurality of channels to discover routing to a destination node, and selecting a route to the destination node on at least one of the plurality of channels. The route request may be sent over each of the plurality of channels sequentially, and the route request preferably includes a source node channel identifier.

Also, each intermediate node may determine whether the intermediate node can support the route requested and, if so, forward the route request to one of other intermediate nodes and the destination node. The intermediate node will forward the route request over the plurality of channels. Any node that has already heard this request will not continue this flooding. Furthermore, the method preferably includes generating a reply to the source node for each discovered route upon receiving the route request at the destination node. Generating the reply to the source node for each discovered route preferably includes sending the reply back to the

US 7,027,426 B2

**3**

source node along the discovered route in reverse. The source node sends a transmission to the destination node along the selected route, which may span several channels.

Before selecting the route, the source node may prioritize the discovered routes by calculating a metric for each discovered route to the destination nod. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority. The selected route to the destination node may include more than one of the plurality of channels. In other words, the selected route may be wholly, or in part, on a different channel than the source node.

A system aspect of the invention is directed to a multi-channel mobile ad hoc network including a plurality of mobile nodes, and a plurality of wireless communication links connecting the plurality of mobile nodes together over a plurality of channels. Each mobile node includes a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and a controller to route communications via the communications device. The controller includes a route discovery unit to transmit route requests over each of the plurality of channels to discover routing to a destination node, and a route selection unit to select a route to the destination node on at least one of the plurality of channels. The route discovery unit may send the route request over each of the plurality of channels sequentially, and the route request may include a channel identifier. The selected route to the destination node may include more than one of the plurality of channels.

The controller may further include a request processing unit to determine whether the node can support the route requested and, if so, to forward the route request to one of other intermediate nodes and the destination node. Also, the controller may include a reply generator to generate a route reply to a source node for each discovered route. Again, generating the reply to the source node for each discovered route preferably includes sending the reply back to the source node along the discovered route in reverse.

The controller may also include a data transmission unit to send a transmission to the destination node along the selected route, and a route prioritizing unit to prioritize discovered routes. Again, prioritizing may include calculating a metric for each discovered route to the destination node. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**–**5** are schematic diagrams of a multichannel mobile ad hoc network in accordance with the present invention.

FIG. **6** is a schematic diagram illustrating a router of a node in accordance with the network of the present invention.

FIG. **7** is a schematic diagram illustrating the details of the controller of the router in FIG. **6**.

FIG. **8** is a flowchart illustrating the method steps for multichannel routing in a mobile ad hoc network in accordance with the present invention.

**4**

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

As will be appreciated by those skilled in the art, portions of the present invention may be embodied as a method, data processing system, or computer program product. Accordingly, these portions of the present invention may take the form of an entirely hardware embodiment, an entirely software embodiment, or an embodiment combining software and hardware aspects. Furthermore, portions of the present invention may be a computer program product on a computer-usable storage medium having computer readable program code on the medium. Any suitable computer readable medium may be utilized including, but not limited to, static and dynamic storage devices, hard disks, optical storage devices, and magnetic storage devices.

The present invention is described below with reference to flowchart illustrations of methods, systems, and computer program products according to an embodiment of the invention. It will be understood that blocks of the illustrations, and combinations of blocks in the illustrations, can be implemented by computer program instructions. These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, implement the functions specified in the block or blocks.

These computer program instructions may also be stored in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner, such that the instructions stored in the computer-readable memory result in an article of manufacture including instructions which implement the function specified in the flowchart block or blocks. The computer program instructions may also be loaded onto a computer or other programmable data processing apparatus to cause a series of operational steps to be performed on the computer or other programmable apparatus to produce a computer implemented process such that the instructions which execute on the computer or other programmable apparatus provide steps for implementing the functions specified in the flowchart block or blocks.

Referring initially to FIGS. **1**–**5** and **8**, a method for determining a route from a source node to a destination node in a mobile ad hoc network **20** will now be described. The network **20** includes a plurality of mobile nodes **30** including the source node S and the destination node D with intermediate nodes A-C and E-N therebetween. Also, in this example, nodes Y and Z are not within communication range of any of the other illustrated nodes **30**. The nodes **30**, such as laptop computers, personal digital assistants (PDAs) or mobile phones, are connected by wireless communication links **32** as would be appreciated by the skilled artisan. Contrary to conventional mobile ad-hoc networks, the com-

US 7,027,426 B2

munication links 32 exist over a plurality of channels, for example, between three to ten channels.

The method begins (block 100) and includes transmitting a route requests RREQ from the source node S to discover routing to the destination node D over multiple channels, as indicated at block 102 in FIG. 8. the source node S does not currently know what channel the destination node D is normally on. In the example illustrated in FIG. 1, the source node sends the route request RREQ to intermediate nodes A-C. The source node S and node C may normally be on a first channel, node B may normally be on a second channel, and node A may normally be on yet a third channel, for example. So, the source node S sends the route request RREQ over all the existing channels that the network is currently operating on to reach all nodes 30 within one-hop. Preferably, the route request RREQ would include a source node channel identifier indicating what channel the source node S is on.

Separately, on each channel, route discovery proceeds as usual (FIG. 2). Each intermediate node A, B and C determines whether the node can support the route request RREQ. If the node cannot support the particular request RREQ, then the request is denied or simply not forwarded by the node. If the node, for example node A, can support the particular request RREQ, then the node forwards the route request RREQ to other intermediate nodes, e.g. node H, on all channels and temporarily reserves node resources for that route request if the request is for traffic other than best-effort. For best-effort, no resources necessarily need be reserved. The route request RREQ is eventually forwarded to the destination node D.

As illustrated in FIG. 3, the destination node D, upon receiving the route request RREQ, generates a reply RREP to the source node S (block 104). However, as illustrated in FIG. 4, the destination node D may have received the forwarded route request RREQ from any of various possible routes including, for example, S-A-H-J-D or S-B-G-K-D. A reply RREPQ is generated in each case. The reply RREP includes the discovered route from S to D, and is sent to the source node S back along a route obtained by reversing the route appended to the route request RREQ received by the destination node D. In the example illustrated in FIGS. 3 and 4, if nodes D, J, H and A are on a different channel than the source node S, then the last hop A must move to the same channel as the source node S and send the reply RREP with an indication of its normal channel. The RREPs include not only the list of nodes along the route, but which channel each node is on.

The source node S caches each discovered route including the channel to the first hop node. At block 106, the source node S may prioritize the discovered routes by calculating a metric for each discovered route to the destination node D. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority, for example. The selected route to the destination node may include more than one of the plurality of channels. In other words, the selected route may be wholly, or in part, on a different channel than the source node.

Also, at block 108, the source node S then selects a route to the destination node D based upon the route metrics, and preferably transmits route confirmations CONFQ to intermediate nodes on the selected route. This is to confirm the use of the resources on the selected route that were temporarily reserved. Other temporarily reserved resources on discovered but non-selected routes may be permitted to time out by not transmitting CONFQ on those routes. Use of

CONFQ is associated with confirming use of resources for traffic that requires a QoS other that just best-effort. Route discovery for best-effort need not involve reserving resources at each intermediate node. Once the route is selected, message/packet data may be transmitted from the source node S to the destination node D via the selected route and on the appropriate channels, at Block 110, thus concluding the method (Block 112). As used herein, "message data" is intended to include any data that may be sent between nodes in the mobile ad-hoc network, including (but not limited to) additional route requests/replies, video data, audio data, alphanumeric data, etc., as would be appreciated by the skilled artisan.

The described method can be applied to any type of On-Demand or Reactive routing protocol, such as Dynamic Source Routing (DSR) or Ad-Hoc On-Demand Distance Vector (AODV) routing, or to any hybrid proactive/reactive protocol, such as Zone Routing Protocol (ZRP), as would be appreciated by the skilled artisan. A similar approach may also be used with proactive routing protocols to discover the best route spanning nodes that may be on different channels.

The described procedures are easily applied to the DSR protocol. The conventional DSR message types RREQ, RREP, RRER are defined as optional packet types, and can be used as defined for the conventional operation of the protocol to support "best effort" traffic in a backwards compatibility mode. Modified optional packet types may be defined to support multi-channel routing. Definition of the required header fields for these types is straightforward based on the functions defined above. A special type of source routed packet for mission data may also be included.

Referring now additionally to FIGS. 6 and 7, a system aspect of the invention will be described. As previously discussed, the mobile ad hoc network 20 includes a plurality of mobile nodes 30, and a plurality of wireless communication links 32 connecting the plurality of mobile nodes together. Each mobile node 30 includes a router 40 (FIG. 6) that has a communications device 42 to wirelessly and uni-directionally or bi-directionally communicate with other nodes over multiple channels and via the wireless communication links 32, and a controller 44 to route communications via the communications device 42. Also, a memory 46 may be included as part of the controller 44 or in connection with the controller.

As shown in FIG. 7, the controller 44 includes a route discovery unit 50 to transmit route requests RREQ over each of the plurality of channels to discover routing to the destination node D, and a route selection unit 52 to select a route to the destination node on at least one of the plurality of channels. The route discovery unit 50 may send the route request over each of the plurality of channels sequentially, and the route request may include a channel identifier. The selected route to the destination node may include more than one of the plurality of channels.

The controller 44 may further include a route request processing unit 54 to determine whether the node 30 can support the route requested and, if so, to forward the route request RREQ to one of other intermediate nodes and the destination node D. Also, the controller 44 may include a reply generator 56 to generate the route reply RREP to the source node S for each discovered route. Again, generating the reply RREP to the source node S for each discovered route preferably includes sending the reply back to the source node along the discovered route in reverse.

The controller 44 may also include a data transmission unit 58 to send a message/transmission to the destination node D along the selected route, and a route prioritizing unit

7

60 to prioritize discovered routes. Again, prioritizing may include calculating a metric for each discovered route to the destination node. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

The present invention may make use of dynamic channel allocation in a mobile ad hoc network to efficiently make use of the plurality of channels, as described in copending application Ser. No. 10/134,862, filed Apr. 29, 2002 by the same assignee of record and incorporated by reference herein in its entirety. IEEE 802.11 spinoffs like 802.11a will make use of the ISM spectrum in the 5 GHz band. In this band, there is more bandwidth available to support many channels. As a result, a process to automatically assign a channel to an 802.11 node would be important. Such a channel decision would be based on current channel utilization and sampling of the other channels. Using dynamic channel selection would provide better performance since the spectrum would be used evenly. Additionally, channel use could be throttled such that Quality of Service (QoS) is maintained for current stations using the channel.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

The invention claimed is:

1. A method for operating a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over a plurality of electrically separate wireless channels, the method comprising:

at a source node, sending a route request over each of the plurality of electrically separate channels to discover routing to a destination node;

at each intermediate node, determining whether the intermediate node can support the route requested and, if so, forwarding the route request to other intermediate nodes and the destination node over each of the plurality of electrically separate channels;

at the destination node, upon receiving the route request, generating a reply to the source node for each discovered route;

at the source node, selecting a route to the destination node on at least one of the plurality of electrically separate channels; and

at the source node, sending a transmission to the destination node along the selected route.

2. A method according to claim 1 wherein the source node sends the route request over each of the plurality of channels sequentially.

3. A method according to claim 1 wherein the route request includes a source node channel identifier.

4. A method according to claim 1 wherein generating the reply to the source node for each discovered route comprises sending the reply back to the source node along the discovered route in reverse.

5. A method according to claim 1 further comprising, at the source node, prioritizing discovered routes.

6. A method according to claim 5 wherein prioritizing comprises calculating a metric for each discovered route to the destination node, the metric being based upon at least

8

one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

7. A method according to claim 1 wherein a selected route to the destination node includes more than one of the plurality of channels.

8. A method for operating a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over a plurality of electrically separate wireless channels, the method comprising:

at a source node, sending a route request over each of the plurality of electrically separate channels to discover routing to a destination node; and

at the source node, selecting a route to the destination node on at least one of the plurality of electrically separate channels.

9. A method according to claim 8 further comprising, at each intermediate node, determining whether the intermediate node can support the route requested and, if so, forwarding the route request to one of other intermediate nodes and the destination node.

10. A method according to claim 8 further comprising, at the destination node, upon receiving the route request, generating a reply to the source node for each discovered route.

11. A method according to claim 10 wherein generating the reply to the source node for each discovered route comprises sending the reply back to the source node along the discovered route in reverse.

12. A method according to claim 8 further comprising, at the source node, sending a transmission to the destination node along the selected route.

13. A method according to claim 8 wherein the source node sends the route request over each of the plurality of channels sequentially.

14. A method according to claim 8 wherein the route request includes a source node channel identifier.

15. A method according to claim 8 further comprising, at the source node, prioritizing discovered routes.

16. A method according to claim 15 wherein prioritizing comprises calculating a metric for each discovered route to the destination node, the metric being based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

17. A method according to claim 8 wherein a selected route to the destination node includes more than one of the plurality of channels.

18. A mobile ad hoc network comprising:

a plurality of mobile nodes; and

a plurality of wireless communication links connecting the plurality of mobile nodes together over a plurality of electrically separate wireless channels;

each mobile node comprising

a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and

a controller to route communications via the communications device, and comprising

a route discovery unit to transmit route requests over each of the plurality of electrically separate channels to discover routing to a destination node, and

a route selection unit to select a route to the destination node on at least one of the plurality of electrically separate channels.

US 7,027,426 B2

9

**19**. The mobile ad hoc network according to claim **18** wherein the controller further comprises a route request processing unit to determine whether the node can support the route requested and, if so, to forward the route request to one of other intermediate nodes and the destination node.

**20**. The mobile ad hoc network according to claim **18** wherein the controller further comprises a reply generator to generate a route reply to a source node for each discovered route.

**21**. The mobile ad hoc network according to claim **20** wherein generating the route reply to the source node for each discovered route comprises sending the reply back to the source node along the discovered route in reverse.

**22**. The mobile ad hoc network according to claim **18** wherein the controller further comprises a data transmission unit to send a transmission to the destination node along the selected route.

**23**. The mobile ad hoc network according to claim **18** wherein the route discovery unit sends the route request over each of the plurality of channels sequentially.

10

**24**. The mobile ad hoc network according to claim **18** wherein the route request includes a channel identifier.

**25**. The mobile ad hoc network according to claim **18** wherein the controller further comprises a route prioritizing unit to prioritize discovered routes.

**26**. The mobile ad hoc network according to claim **25** wherein the prioritizing unit calculates a metric for each discovered route to the destination node, the metric being based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

**27**. The mobile ad hoc network according to claim **18** wherein a selected route to the destination node includes more than one of the plurality of channels.

* * * * *

Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 16 of 360 PageID #: 182038

EXHIBIT B

US006718394B2

(12) **United States Patent**
Cain

(10) Patent No.: **US 6,718,394 B2**
(45) Date of Patent: **Apr. 6, 2004**

(54) **HIERARCHICAL MOBILE AD-HOC NETWORK AND METHODS FOR PERFORMING REACTIVE ROUTING THEREIN USING AD-HOC ON-DEMAND DISTANCE VECTOR ROUTING (AODV)**

(75) Inventor: **Joseph Bibb Cain**, Indialantic, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/134,901**

(22) Filed: **Apr. 29, 2002**

(65) **Prior Publication Data**

US 2003/0204625 A1 Oct. 30, 2003

(51) Int. Cl.[7] ............................................. G06F 15/173

(52) U.S. Cl. ...................... 709/242; 709/239; 709/238; 370/351

(58) Field of Search ................................. 709/238, 243, 709/227, 242, 239; 370/254, 338, 316, 468, 310, 235, 351

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins | 370/94.1 |
| 5,987,011 A | 11/1999 | Toh | 370/331 |
| 6,304,556 B1 * | 10/2001 | Haas | 370/254 |
| 6,385,174 B1 | 5/2002 | Li | 370/252 |
| 6,493,759 B1 * | 12/2002 | Passman et al. | 709/227 |
| 6,535,498 B1 * | 3/2003 | Larsson et al. | 370/338 |
| 2001/0033556 A1 | 10/2001 | Krishnamurthy et al. | 370/329 |
| 2002/0101822 A1 * | 8/2002 | Ayyagari et al. | 370/235 |
| 2003/0053424 A1 * | 3/2003 | Krishnamurthy et al. | 370/316 |
| 2003/0067941 A1 * | 4/2003 | Fall | 370/468 |

OTHER PUBLICATIONS

Chakrabarti et al., *"QoS Issues in Ad Hoc Wireless Networks"*, , IEEE Communications Magazine, (2/01), pp. 142–148.

Chen, *"Routing Support for Providing Guaranteed End–to–End Quality–of–Service,"* Ph.D. thesis, Univ. of Illinois at Urbana–Champaign, http://cairo.cs.uiuc.edu/papers/Scthesis.ps. 1999.

Zhu, *Medium Access Control and Quality–of–Service Routing for Mobile Ad Hoc Networks*, PhD thesis, Department of Computer Engineering, University of Maryland, College Park, MD, 2001.

(List continued on next page.)

Primary Examiner—Le Hien Luu
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A method is provided for sending data in a wireless ad-hoc network including a plurality of nodes grouped into clusters of nodes and a plurality of wireless links connecting the plurality of nodes, where each cluster has a designated cluster leader node. The method may include sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster, and determining a cluster-level route between the source cluster and a destination cluster including a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes. Further, a node-level route may be determined from the source node to the destination node along the cluster-level route, and each node along the node-level route may store an address of a next node along the node-level route. Additionally, the data may be transferred via the node-level route based upon the stored addresses.

**35 Claims, 8 Drawing Sheets**



## OTHER PUBLICATIONS

Mirhakkak et al., *Dynamic Quality–of–Service for Mobile Ad Hoc Networks*, MITRE Corp., 2000.

Das et al., *Routing in Ad–Hoc Networks Using Minimum Connected Dominating Sets*, IEEE Int. Conf. On Commun. (ICC '97), 1997.

Das et al., *Routing in Ad–Hoc Networks Using a Spine*, IEEE Int. Conf. On Computer Commun. and Networks (IC3N '97), 1997.

Raghunathan et al., *Gateway Routing: A Cluster Based Mechanism for Recovery from Mobile Host Partitioning in Cellular Networks*, Proceedings of the 3rd IEEE Symposium on Application–Specific Systems and Software Engineering Technology (ASSET'00), 2000.

Chen et al., *Clustering and Routing in Mobile Wireless Networks*, Nortel Networks and Computer Science, SITE, University of Ottawa, (no date available).

Krishna et al., *A Cluster Based Approach for Routing in Dynamic Networks*, ACM Computer Communications Review, 27(2), Apr. 1997.

Chiang, *Routing in Clustered Multihop, Mobile Wireless Networks with Fading Channel*, Proceedings of IEEE SICON '97, Apr. 1997, pp. 36–45.

Gerla, *Clustering and Routing in Large Ad Hoc Wireless Nets, Computer Science Department*, University of California, Los Angeles, Final Report 1998–99 for MICRO project 98–044.

Van Dyck et al., *Distributed Sensor Processing Over an Ad–Hoc Wireless Network: Simulation Framework And Performance Criteria*, Proceedings IEEE Milcom, Oct. 2001.

Lin et al., *Adaptive Clustering for Mobile Wireless Networks, IEEE Journal on Selected Areas in Communications*, 15(7), Sep. 1997.

McDonald, *PhD. Dissertation Proposal: A Mobility–Based Framework for Adaptive Dynamic Cluster–Based Hybrid Routing in Wireless Ad–Hoc Networks*, University of Pittsburgh, 1999.

Royer et al., *A Review of Current Routing Protocols for Ad Hoc Mobile Wireless Networks*, IEEE Personal Communications, Apr. 1999, pp. 46–55.

Corson et al., *A Reservation–Based Multicast (RBM) Routing Protocol for Mobile Networks: Initial Route Constructions Phase*, ACM/I. 1, No. 4, 1995, pp. 1–39.

Xiao et al., *A Flexible Quality of Service Model for Mobile Ad Hoc Networks, IEEE VTC2000–spring*, Tokyo, Japan, May 2000.

Wu et al., *QoS Support in Mobile Ad Hoc Networks*, Computing Science Department, University of Alberta, (no date available).

Corson et al., *Mobile Ad Hoc Networking (MANET): Routing Protocol Performance Issues and Evaluation Considerations*, Network Working Group, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 1999.

Haas et al., *The Bordercast Resolution Protocol (BRP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Interzone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Intrazone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Clausen et al., *Optimized Link State Routing Protocol*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Oct. 31, 2001.

Perkins et al., *Quality of Service in Ad hoc On–Demand Distance Vector Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 2000.

Park et al., *Temporally–Ordered Routing Algorithm (TORA) Versoin 1 Functional Specification*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 20, 2001.

Ogier et al., *Topology Broadcast Based on Reserve–Path Forwarding (TBRPF)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 10, 2002.

Gerla et al., *Landmark Routing Protocol (LANMAR) for Large Scale Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Hu et al., *Flow State in the Dynamic Soucre Routing Protocol for Mobile Ad Hoc Networks*, Internet Engineering Task Force(IETF) MANET Working Group, Internet Draft, Feb. 23, 2001.

Gerla et al., *Fisheye State Routing Protocol (FSR) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Johnson et al., *The Dynamic Source Routing Protocol for Mobile Ad Hoc Networks (DSR)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 21, 2001.

Perkins et al., *Ad hoc On–Demand Distance Vector (ADOV) Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 9, 2001.

* cited by examiner

Case 1:19-cv-02345-GHC   Document 1-1   Filed 12/09/19   Page 19 of 360   PageID #: 201
Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 19 of 360 PageID #: 182041



FIG. 1.

Case 1:19-cv-02345-GEC   Document 1-1   Filed 12/09/19   Page 20 of 360 PageID #: 2042
Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 20 of 360 PageID #: 2042



*FIG. 2.*

Case 1:19-cv-02945-GLC Document 1898-1 Filed 12/09/19 Page 21 of 360 PageID #: 18243



*FIG. 3.*

Case 1:19-cv-02345-GEC Document 1-1 Filed 12/09/19 Page 22 of 360 PageID #: 1244
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 22 of 360 PageID #: 1244



FIG. 4.

Case 1:19-cv-02345-GEC   Document 1-1   Filed 10/09/19   Page 23 of 360 PageID # 435
Case 1:99-mc-09999   Document 1098-1   Filed 12/09/19   Page 23 of 360 PageID # 182045



FIG. 5.

FIG. 6.

Case 1:19-cv-02345-GEC Document 1-1 Filed 10/09/19 Page 24 of 360 PageID #: 206
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 24 of 360 PageID #: 18246



FIG. 7.

FIG. 8.

Case 1:19-cv-02345-GEC   Document 1-1   Filed 12/09/19   Page 25 of 360 PageID # 182047
Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 25 of 360 PageID # 182047



*FIG. 9.*

Case 1:19-cv-02335-CFC   Document 1-1   Filed 12/09/19   Page 26 of 360 PageID #: 482

Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 26 of 360 PageID #: 182048



*FIG. 10.*

US 6,718,394 B2

1

# HIERARCHICAL MOBILE AD-HOC NETWORK AND METHODS FOR PERFORMING REACTIVE ROUTING THEREIN USING AD-HOC ON-DEMAND DISTANCE VECTOR ROUTING (AODV)

## FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad-hoc wireless networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad-hoc networks. Physically, a mobile ad-hoc network includes a number of geographically-distributed, potentially mobile nodes sharing a common radio channel. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad-hoc networks is the lack of any fixed infrastructure. The network may be formed of mobile nodes only, and a network is created "on the fly" as the nodes transmit with each other. The network does not depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

Because of these unique characteristics, routing protocols for governing data flow within ad-hoc networks are required which can adapt to frequent topology changes. Two basic categories of ad-hoc routing protocols have emerged in recent years, namely reactive or "on-demand" protocols, and proactive or table-driven protocols. Reactive protocols collect routing information when a particular route is required to a destination in response to a route request. Examples of reactive protocols include ad-hoc on demand distance vector (AODV) routing, dynamic source routing (DSR), and the temporally ordered routing algorithm (TORA).

On the other hand, proactive routing protocols attempt to maintain consistent, up-to-date routing information from each node to every other node in the network. Such protocols typically require each node to maintain one or more tables to store routing information, and they respond to changes in network topology by propagating updates throughout the network to maintain a consistent view of the network. Examples of such proactive routing protocols include destination-sequenced distance-vector (DSDV) routing, which is disclosed in U.S. Pat. No. 5,412,654 to Perkins; the wireless routing protocol (WRP); and cluster-head gateway switch routing (CGSR). A hybrid protocol which uses both proactive and reactive approaches is the zone routing protocol (ZRP), which is disclosed in U.S. Pat. No. 6,304,556 to Haas.

One challenge to the advancement of ad-hoc network development is that of extending such networks to encompass large numbers of nodes. One prior art attempt to do so utilizes "spine" routing, such as in the optimal spine routing (OSR) approach disclosed by Das et al. in "Routing in Ad-Hoc Networks using Minimum Connected Dominating Sets,"IEEE Int. On Commun. (ICC '97), 1997. In this approach, a spine or "virtual backbone" is defined such that each network node is no more than one hop from a spine node. Global topology (link state) is maintained at each spine node, and a link-state routing algorithm is run at each spine node to produce current routes to every destination.

Another related approach is clustered spine routing (CSR), which is disclosed by Das et al. in "Routing in

2

Ad-Hoc Networks using a Spine," IEEE Int. Conf. On Computer Commun. and Networks (IC3N '97), 1997. this approach is intended to extend the applicability of spine routing to larger network sizes by grouping the nodes in clusters and adding a second hierarchical level to the OSR approach. Yet another approach is known as partial knowledge spine routing (PSR) which is disclosed by Sivakumar et al. in "The Clade Vertebrata: Spines and Routing in Ad-Hoc Networks," IEEE Symposium On Computer and Commun., 1998.

One common characteristic of each of the above prior art cluster/spine approaches is that they each rely on proactive routing. One potential drawback of proactive routing is that it typically requires a significant amount of routing overhead to maintain optimal routes to all destinations at all times. This problem may become particularly acute when applied to ad-hoc networks including a very large number of nodes.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a method for sending data in ad-hoc networks that is particularly well suited for networks having a relatively large number of nodes.

This and other objects, features, and advantages in accordance with the present invention are provided by a method for sending data in a wireless ad-hoc network including a plurality of nodes grouped into clusters of nodes and a plurality of wireless links connecting the plurality of nodes, where each cluster has a designated cluster leader node. The method may include sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster, and determining a cluster-level route between the source cluster and a destination cluster including a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes. Further, a node-level route may be determined from the source node to the destination node along the cluster-level route, and each node along the node-level route may store an address of a next node along the node-level route. Additionally, the data may be transferred from the source node to the destination node via the node-level route based upon the addresses of each next node along the node-level route.

More particularly, the method may further include generating a mission data packet comprising an address of the destination node, and transferring may further include transferring the data also based upon the mission data packet. Also, a respective cluster target node may be determined for each cluster along the cluster-level route. Thus, determining the node-level route may include determining a node-level route from the source node to a cluster target node for a next adjacent cluster along the cluster-level route, and determining a node-level route from each cluster target node to a next cluster target node along the cluster-level route.

In addition, each cluster leader node along the cluster-level route may store an address of a next cluster along the cluster-level route. Each cluster target node may also poll its respective cluster leader node for the next cluster address, and each cluster target node may determine the next cluster target node based upon the next cluster address.

The address of the destination node may be stored along with an address of its respective cluster at the cluster leader node for the source cluster. The method may also include indexing the address of the next node along the node-level route stored at the source node by an address of the destination node.

US 6,718,394 B2

3

In addition, a plurality of the cluster leader nodes comprising at least the source cluster leader node and the destination cluster leader node may be grouped into a leader node cluster, and a high-level route from the cluster leader node of the source cluster to the cluster leader node of the destination cluster may be determined within the leader node cluster. Further, the cluster-level route may include at least the clusters having respective cluster leader nodes along the high-level route.

Determining the cluster-level route may include determining designated communication links between the cluster leader nodes, and sending a cluster leader node route request from the cluster leader node of the source cluster to the remaining cluster leaders via the designated communication links. Further, a cluster leader node route reply may be returned from the cluster leader node of the destination cluster to the cluster leader node of the source cluster along a delivery route of the cluster leader node route request.

More particularly, at least one of the designated communications links may include a node that is not a cluster leader node. Further, each cluster leader node may store identities of adjacent cluster leader nodes, and sending the cluster leader node route request may include sending the cluster leader node route request from each cluster leader node to its adjacent cluster leader nodes. Also, the adjacent cluster leader nodes may be periodically polled to maintain current addresses therefor. Furthermore, the delivery route may include a least number of cluster leader nodes between the cluster leader nodes of the source and destination clusters. Other path metrics such as delay, link capacities, availability, etc., may also be useful in determining the best route.

A mobile ad-hoc network is also provided according to the present invention and may include a plurality of nodes grouped into clusters of nodes, each cluster having a designated cluster leader node, and a plurality of wireless links connecting said plurality of nodes. The plurality of nodes may send data therebetween as briefly outlined above.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of an ad-hoc network according to the present invention.

FIG. 2 is a schematic diagram of the ad-hoc network of FIG. 1 illustrating node-level routes therein along a cluster-level route.

FIG. 3 is a schematic diagram of the ad-hoc network of FIG. 1 illustrating multiple hierarchical levels.

FIG. 4 is a flow diagram illustrating a method for sending data within an ad-hoc network according to the present invention.

FIG. 5 is a flow diagram illustrating the cluster-level route discovery process of FIG. 5 in further detail.

FIG. 6 is a flow diagram illustrating the node-level route discovery process and data transfer of FIG. 5 in further detail.

FIG. 7 is a flow diagram illustrating an alternate embodiment of the method of FIG. 5 using dynamic source routing (DSR).

FIG. 8 is a flow diagram illustrating another alternate embodiment of the invention using ad-hoc on-demand vector (AODV) routing.

FIG. 9 is a flow diagram illustrating a method for route error recovery according to the present invention.

FIG. 10 is schematic diagram illustrating grouping of clusters and cluster leader node designation in accordance with the present invention.

4

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime and multiple prime notation is used to indicate similar elements in alternative embodiments.

Referring initially to FIG. 1, a mobile ad-hoc network 10 according to the present invention illustratively includes a plurality of nodes 11 connected by wireless communications links 13. The nodes 11 may be any suitable type of wireless communications device capable of communicating within a wireless ad-hoc network, such as computers, personal data assistants (PDAs), etc. with wireless modems, as well as others, as will be appreciated by those of skill in the art. Of course, it will also be appreciated that certain of the nodes 11 may optionally be connected to a fixed communications infrastructure, if desired.

According to the invention, the nodes 11 are preferably grouped into clusters 12, which are illustratively shown as circles surrounding respective groups of nodes in FIG. 1. Grouping of the nodes 11 into clusters 12 will be described in greater detail below. For each of the clusters 12, one of the nodes 11 thereof is designated as a respective cluster leader node 21–33. The process for designating the cluster leader nodes 21–33 and the function thereof will also be described further below. For clarity of explanation, when a cluster 12 is discussed individually herein, the particular cluster will be referred to by the reference numeral of its respective cluster leader node. For example, the cluster leader node 21 is within the cluster 21, etc.

A method for sending data within the ad-hoc network 10 according to the invention will now be described with reference to the flow diagrams of FIGS. 4–6. The method beings (Block 40) by grouping the nodes 11 into the clusters 12, at Block 41. Various approaches may be used for grouping the nodes 11 in the clusters 12. Generally speaking, it is preferable that decisions for clustering and election of cluster leaders be based upon a generalized metric with parameters selected to meet specific network requirements, as will be appreciated by those skilled in the art.

By way of example, a node 11 may select a cluster 12 to join based upon a cluster association metric. This metric may be calculated for each of the potential clusters 12 that a node 11 may associate with, and it may be based upon how well the node "fits" with the cluster in question. The cluster association metric can be as simple as a hop count metric, where the hop count is calculated for the path to the cluster leader node. In this simple case a node would associate with the cluster leader node that is closest in hop count.

Other metrics may consider different measures such as the path metric to all cluster members within $k_N$ hops, the number of cluster members within $k_N$ hops, the path metric to the cluster leader, and/or the cluster leader metric, for example. There are several methods possible for combining these measures to create a unified metric for cluster association. One example is a weighted sum where a node

US 6,718,394 B2

5

calculates the metric $M_m^{CA}$ for associating with cluster leader node m as:

$$M_m^{CA} = M_m^{CL} + a \cdot M_m^{PCL} + \frac{c}{(n_m)^b} \cdot \sum_i M_i^P, \qquad (1)$$

where $n_m$ is the number of nodes within a $k_N$-hop neighborhood that are in cluster m, $M_i^P$ is the path metric to the $i^{th}$ node in that neighborhood, $M_i^{PCL}$ is the path metric to the cluster leader node m, $M_m^{CL}$ is the cluster leader metric, and a, b, and c are parameters to be tailored to the network requirements. Of course, other suitable approaches may also be used, as will be appreciated by those of skill in the art.

The above parameters allow a compromise in the association between selecting the cluster leader node 21-33 with the minimum path metric versus selecting the cluster 12 with a minimum path metric to as many nodes 11 in the cluster as possible. The node 11 selects the cluster leader node 21-33 with which it has the smallest cluster association metric $M_m^{CA}$ as the leader to join. In addition, a hop count limit may be established that requires a new cluster member to be within hops $k_C$ of the cluster leader node, as well as a limit $L_{CL}$ on the number of nodes per cluster.

Path metrics used in the above calculation may include as node or link metrics one or more components such as hop count, delay, available capacity, node durability, and/or link durability, for example, although other suitable methods may also be used, as will be appreciated by those of skill in the art. A path metric may also be calculated as a weighted sum of link and node metric components along the path.

If the above cluster association metric is not within certain bounds, then a node 11 may elect to attempt to become a cluster leader node and form a new cluster 12, at Block 42. In doing this it may contend with its $k_N$-hop neighbors for the election to cluster leader. Another metric, the cluster leader metric, may be used for this purpose. Generally speaking, the cluster leader metric is based upon how well the node 11 will perform the task of cluster leader node for its $k_N$-hop neighbors.

More specifically, the cluster leader metric may take one of several forms. It could be as simple as the number of nodes reachable in a $k_N$-hop neighborhood. However, additional components for the metric may be desirable in certain applications. The cluster leader should preferably be "durable" in terms of its operation as a cluster leader, i.e., rather than intermittently alternating between powered-up and sleeping modes. An intermittently operating cluster leader node 21-33 would likely cause disruptive dynamics in the hierarchical topology, as will be appreciated by those of skill in the art.

Thus, nodes 11 contending to be a cluster leader may calculate their cluster leader metric $M_m^{CL}$ using one or more components, such as the number of nodes reachable in a $k_N$-hop neighborhood, path metrics to these nodes, path metrics to neighbor cluster leader nodes 21-33, total nodal link capacities, node durability, and node relative mobility, for example. Of course, other metric components which will be appreciated by those of skill in the art may also be used. For a given network application, the cluster leader metric can be formed as an appropriate combination of those components which are needed for that application in a manner similar to that illustrated in equation (1), above, for the cluster association metric, as will also be appreciated by those skilled in the art.

As will be discussed further below, each cluster leader node 21-33 broadcasts a cluster leader node announce (CLNANN) message periodically (with a propagation limit

6

of $n_{CL}$ hops, for example). The propagation limit of this message may be such that it can reach all cluster members as well as the cluster leader nodes of all adjacent clusters. This message will announce the node as a cluster leader node and include the cluster leader metric for that node. In addition, it may include placeholders to allow accumulation of a path metric for any path over which it is propagated, as will be appreciated by those of skill in the art.

Several forms of the path metric are possible, and the path metric can be either accumulated as one or more components or as a vector with each node retransmitting the CLNANN message and adding its contribution to the vector metric, as will be appreciated by those of skill in the art. The path metric and the cluster leader metric allow any node to calculate a cluster association metric. It will also be appreciated that the procedures for joining or associating with a cluster and the procedures for electing a cluster leader node, although described separately herein for clarity of explanation, may in fact be so closely related that in some embodiments they are implemented in a single composite algorithm.

Operational details of cluster association and election of cluster leader nodes will now be discussed further with reference to FIG. 10, in which a scenario for the election of a new cluster leader node is schematically illustrated. Clusters 101 and 102 include designated cluster leader nodes 101 and 102, respectively. For clarity of illustration and explanation, the same reference numeral used for a particular cluster leader node will also be used to designate its respective cluster. Using the example illustrated in FIG. 10, the operational details associated with periodic messaging, node power-up election and cluster association, cluster leader node election, link failure, node failure, and new link addition will now be discussed.

With respect to periodic messaging, two types of periodic messages may be used. The cluster leader nodes 101, 102 issue periodic CLNANN messages, as briefly discussed above. This message announces the existence of the node as a cluster leader node. It is propagated for $n_{CL}$ hops so that it reaches all nodes 11 in adjacent clusters and, more particularly, the adjacent cluster leader nodes. This message may include the cluster leader metric and a placeholder for nodes re-broadcasting the message to accumulate a path metric for the path from the cluster leader node to any node along each of the paths traversed.

The cluster leader metric may also be used to notify other nodes in the cluster of this metric. This is so that any other node that can be a better cluster leader can determine if it should contend for leadership based upon this metric. Each ordinary node 11 may also broadcast a neighborhood HELLO message that is to be propagated for $k_N$ hops so that it reaches all nodes in a $k_N$-hop neighborhood of the node. This allows all nodes in the $k_N$-hop neighborhood to gather path metric information to all nodes in their neighborhood. The path metrics obtained in this manner can be used in forming both cluster leader and cluster association metrics.

Regarding node power-up and cluster association, upon powering up a node 11 may perform the following steps. The node 11 may "listen" for the periodic CLNANN messages from cluster leader nodes in neighboring clusters to identify potential clusters that it may join. Further, it may listen for the periodic HELLO messages from nodes 11 in the $k_N$-hop neighborhood to gather path metric information to all nodes in its $k_N$-hop neighborhood. Additionally, it may broadcast periodic HELLO messages to all nodes in its $k_N$-hop neighborhood. A cluster association metric $M_m^{CA}$ may then be formed for each adjacent cluster leader m and the cluster

7

leader node m, may be selected with the minimum cluster association metric $M_m^{CA}$ as the cluster to join.

The metric $M_m^{CA}$ will preferably be less than a threshold $T_J$ to indicate that the node to be considered is close enough to the cluster to join. If this threshold is satisfied, then a cluster join message CLJOIN is sent to the cluster leader node m. If the cluster has less than the limit $L_{CL}$ on the number of nodes per cluster, then the cluster leader node accepts the node in the cluster and sends the acceptance message CLACCEPT to the node. If the cluster leader node cannot accept another member, then it sends a reject message CLREJECT to the node. Additionally, if the node is rejected, it may then select the next best cluster leader node as its backup and repeat the process to join that cluster.

A node 11 following the above processes will ordinarily become a member of a cluster 12 soon after powering up. In some cases, such as network initiation, for example, it will find no acceptable cluster leader node 21–33 with which to complete the association. In this case the node 11 may decide to contend to become a cluster leader node.

If an ordinary node 103 decides to contend to become a cluster leader node, it may initiate the following procedures. The node 103 may broadcast a special type of CLNANN message to all nodes 11 in its $k_N$-hop neighborhood that announces its bid to become a cluster leader node, which this includes the cluster leader metric calculated by the node. For reliability purposes, each node 11 in the $k_N$-hop neighborhood will preferably respond to the CLNANN message. Any node 11 that does not respond may be sent a follow-up CLNANN message via unicast, for example, as will be understood by those of skill in the art.

A node 11 responding positively to the CLNANN message returns a CLNANN message indicating agreement that the node 103 can become a cluster leader node. It does this either because it is not in a position to become a cluster leader node itself or it has a larger cluster leader metric than that received in the original CLNANN message. A node 11 responding negatively to the CLNANN message returns a CLNANN message that announces that it has a better cluster leader metric than that received in the original CLNANN message and that it will make a better cluster leader. In the event of a cluster leader metric tie, the cluster leadership role may be aarded to the node with the lowest node ID, for example, though other tiebreakers may also be used.

If all CLNANN message responses are positive, or if there is contention but the node 103 wins the cluster leader node role, then the node assumes the cluster leader node role. It then begins the periodic broadcast of regular CLNANN messages to be propagated for $n_{CL}$ hops to reach all nodes 11 in adjacent clusters 12 and the adjacent cluster leader nodes. Other nodes 11 may now begin to consider if they should join this new cluster. Yet, if another node wins the indicating agreement node role, then the node 103 will consider if it should join the cluster of this new cluster leader node.

Link/node failures and route recoveries will be discussed in further detail below, but a brief discussion is appropriate at this point in the context of clustering and cluster leader node designation. More specifically, when a node 11 loses a link to a neighboring node, it may perform certain actions. That is, it may test its path to its cluster leader node to determine if it can remain in the same cluster. If it cannot find a node level route to the cluster leader node, it may then associate with another cluster leader node. On the other hand, if the node 11 determines it still has a path to the cluster leader node, it may then reevaluate the cluster association metrics to this cluster leader node and to the cluster leader nodes for adjacent clusters.

8

If the cluster association metric has increased to a value above another threshold $T_L$, i.e., $M_m^{CA}>T_L>T_J$, then it will preferably leave the cluster and possibly find an adjacent cluster for which its cluster association metric meets the criteria for joining, as previously described above. Also, the node 11 may find that it has a better cluster association metric than an adjacent cluster leader node. If its current association is with cluster leader node m and its best adjacent cluster leader node is node k, then if node k has a cluster association metric that is better by a specified threshold the node may associate with the adjacent cluster. That is, if $M_m^{CA}-M_k^{CA}>\Delta_{CL}$, then it switches from cluster m to cluster k. In several cases, a node may find that it should attempt to form a new cluster and contend for cluster leadership using the procedures defined above, as will be appreciated by those of skill in the art.

With respect to node failure, either an ordinary node or a cluster leader node 21–33 may experience a failure or shut down. The failure of an ordinary node (i.e., a node other then a cluster leader node 21–33) may equate to potentially several link failures as detected by the neighbors of the node. These nodes may each respond to this failure as if it were a link failure and proceed according to the procedures defined above. Another type of failure that is potentially more disruptive is a failure of a cluster leader node. This failure may be detected by neighboring nodes by the link loss, and by other nodes in the cluster by the loss of the periodic CLNANN message broadcasts. Nodes in the same cluster may select an adjacent cluster leader with which they can associate if the cluster association metric is good enough using the procedures defined above, for example. Alternatively, one or more nodes may contend to become a cluster leader node 21–23 using the cluster leader election procedures defined above.

In addition to the topology dynamics induced by the node and link failures discussed above, link additions may also induce topology changes. Link and node failures tend to make nodes 11 become further away topologically. Conversely, link additions tend to make nodes 11 become closer together topologically, thereby improving the path metrics. Traffic dynamics can have a similar effect. This can have the effect of making nodes in one cluster eventually have a better cluster association metric with an adjacent cluster. The node 11 can use the same procedures defined above to determine if it should switch its cluster association, as will be understood by those skilled in the art. If the current association of the node is with cluster leader node m and its best adjacent cluster leader node is node k, then if node k has a cluster association metric that is better by a specified threshold, the node may associate with the adjacent cluster. That is, if $M_m^{CA}-M_k^{CA}>\Delta_{CL}$, then it switches from cluster in to cluster k.

Further, two cluster leader nodes may become very close to each other, making elimination of one of the cluster leader nodes a desirable outcome. If the path metric between two cluster leader nodes becomes less than a specified threshold value $\Delta_P$, and if one of them can support the total number of cluster members for both clusters, then the best cluster leader node may be determined and the other node may relinquish its cluster leader node role. As cluster leader nodes move closer together, the ordinary nodes may use the cluster association metrics to naturally migrate to the best choice for them as the cluster leader node. Thus, the decision of which of the two nodes should be the remaining cluster leader node will be based upon the number of cluster members for each node and its cluster leader metric. After one of the nodes relinquishes it cluster leader node role, the

US 6,718,394 B2

9

10

ordinary nodes associated with it may choose to associate either with the remaining cluster leader node or any of their other adjacent cluster leader nodes.

When a particular source node **14** in a source cluster (in the illustrated example of FIG. **1**, the cluster **21**) needs to send data to a destination node **15** in a destination cluster (here, the cluster **32**), the source node may advantageously send a cluster-level route request (CLRR) to its respective cluster leader node (here, the node **21**), at Block **43**. The source cluster **21** then begins the process of determining a cluster-level route between the source cluster **21** and a destination cluster **32** responsive to the cluster-level route request, at Block **44**. That is, the cluster level route is established in a reactive fashion, as opposed to the proactive approaches used for spine/cluster routing of the prior art.

A cluster-level route is a particular sequence of clusters **12** in a route from the source cluster to the destination cluster. Referring more particularly to FIG. **5**, the determination of the cluster-level route will now be described in further detail. This process begins (Block **50**) with determining (or establishing) designated communication links **16** between the cluster leader nodes **21–33**, at Block **51**. The designated communication links **16** are illustratively shown as dotted lines in FIG. **1** and may be conceptually thought of as "virtual" links between the cluster leader nodes **21–33**. Each designated communication link may include a single-hop or multi-hop path that connects the cluster leader nodes **21–33** in adjacent clusters **12**. That is, each of the designated links may include one or more intermediate nodes **11** which are not cluster leader nodes **21–33**, or there may be no such intermediate nodes therebetween.

The determination of the designated links **16** may include sending a cluster leader node announce (CLNANN) message via limited broadcast by a cluster leader node to announce to all adjacent clusters that it is a cluster leader node for a designated cluster. As used herein, "adjacent clusters" are two clusters **12** for which at least one node **11** in one of the clusters is directly connected to at least one node in the other cluster.

Once a cluster leader node **21–33** knows that another cluster leader node is present in an adjacent cluster, it obtains a node-level route to that cluster leader node (i.e., the designated communication link **16** between the cluster leader nodes). These two cluster leader nodes maintain the designated communication links **16** therebetween and a metric associated therewith. This metric may include a number of hops in the designated communication link **16**, quality of service (QoS) parameters such as bandwidth, availability, etc., as will be appreciated by those of skill in the art. Such metrics may also preferably be used for the other designated links **16** as well.

Each cluster leader node preferably stores the addresses of all of its adjacent cluster leader nodes and maintains designated communications links **16** to each of the adjacent cluster leader nodes. Once the designated communications links are established, if the cluster-level route requested by the source node **14** is not to one of the clusters adjacent to the source cluster, then the source cluster leader node **21** may begin the cluster-level route discovery process.

The process is initiated by sending a cluster leader node route request (CLNRR) from the cluster leader node **21** of the source cluster to the remaining cluster leader nodes **22–31** via the designated communication links **16**, at Block **52**. More particularly, this may be done by sending the cluster leader node route request from the source cluster leader node **21** to each of its adjacent cluster leader nodes, which are the cluster nodes **23, 25** in the example illustrated

in FIG. **1**. The cluster leader nodes **23, 25** then, in turn, forward the cluster leader node route request to each of its adjacent cluster leader nodes, and so on, until the request has been received by all of the cluster leader nodes **21–33**.

It will be appreciated by those of skill in the art that above approach provides significant savings in overhead traffic since no global broadcast is used. That is, only a subset of wireless links **13** are required for the broadcast. An expanding ring search can be used in this process in order to further limit the communications overhead transmissions required. Further, the cluster leader node route request can be targeted to discover a route to a single cluster, to a list of clusters, or to all clusters. The cluster leader node route request may also include an accumulated metric that can indicate the desirability of each cluster-level route found. By way of example, the accumulated metric may be the accumulation of link metrics for the designated communication links **16** between the cluster leader nodes **21–33** along the route to the targeted destination cluster **32**.

When a cluster leader node route request is received by the destination cluster leader node **32**, the destination cluster leader node replies with a cluster leader node route reply (CLRREP), at Block **53**. This cluster leader node route reply is used by the destination cluster leader node **32** to return the cluster-level route to the source cluster leader node **21**. This message is returned via the delivery route which the cluster leader node route request traveled, i.e., the designated communication links **16** connecting the source cluster leader node **21** and destination cluster leader node **32**.

The information in the cluster leader node route reply may include the sequence of clusters on the delivery route, though other variations are possible, as will be discussed further below. In addition, a path metric (or components that can be combined to form a path metric) for the particular delivery route may be returned. Of course, it is possible that the destination cluster leader node **32** may receive the same cluster leader node route request message from more than one of its adjacent cluster leader nodes (i.e., the cluster leader nodes **26, 31**, and **33** in the example illustrated in FIG. **1**). In such case, the destination cluster leader node **32** may also return cluster leader node route replies for each of the delivery routes associated with each of these adjacent cluster leader nodes.

Once the source cluster leader node **21** collects all of the cluster leader node route replies corresponding to a given cluster leader node route request, it may then use the path metric of each delivery route to select the best route from among the delivery routes as the cluster-level route, at Block **54**. Of course, in some embodiments the destination node **15** could select the best delivery route from among those available and only return the cluster leader node route reply along the best path to thereby determine the cluster-level route.

In either event, once selected the best route may then be stored in a routing cache or table. By way of example, the path metric used to select the cluster-level route may be which delivery route includes the least number of cluster leader nodes (i.e., which one has includes the least number of clusters **12**). Of course, other metrics, such as the QoS metrics noted above, may also be used. One particularly advantageous approach to selecting routes using QoS parameters is described in a co-pending U.S. application entitled "METHODS AND SYSTEM FOR DETERMINING QUALITY OF SERVICE (QoS) ROUTING FOR MOBILE AD HOC NETWORKS," attorney docket number GCSD-1201 (51264), filed Apr. 29, 2002, which is assigned to the present assignee and is incorporated herein in its

11                                                                        12

entirety by reference. Once the source cluster leader node 21 has determined the best cluster level route, it may then be forwarded to the requesting source node 14 in a cluster level route reply (CLRREP) message, at Block 57.

Each of the cluster leader nodes 21–33 may periodically poll its adjacent cluster leader nodes to maintain current addresses therefor, at Block 55, illustratively concluding the method (Block 56). This may advantageously expedite the process of forwarding the cluster level node route requests since adjacent cluster leader nodes will not have to be determined with each new request. While this polling step is illustratively shown as a final step (Block 55) in the cluster-level route discovery process illustrated in FIG. 5, it will be understood that this step may be performed at any time after the designated communication links 16 between adjacent cluster leader nodes 21–33 are established and at any desired interval.

Once the cluster-level route is established, data may be transferred from the source node 14 to the destination node 15 using the cluster-level route, at Block 45, thus ending the method illustrated in FIG. 4 (Block 46). The process of transferring the data using the cluster-level route will now be described with reference to the schematic diagram of the ad-hoc network 10 illustrated in FIG. 2, in which the designated communication links 16 have been removed for clarity of illustration, and the flow diagram of FIG. 6. For this example, it will be assumed that the cluster-level route selected by the source node 14 includes clusters 21 (source), 25, 24, 29, 26, and 32 (destination).

This process begins (Block 60) by designating a cluster target node 17 in a next cluster along the cluster-level route to which the data is to be sent, at Block 61. While it is not necessary to use cluster target nodes for transferring data according to the present invention, the cluster target nodes provide a convenient point of entry into each cluster along the cluster-level route and thereby facilitate establishing node-level routes therebetween, as will be described further below.

More particularly, the source node 14 will select a cluster target node 17a in the next adjacent cluster along the cluster-level route (here, the cluster 25). This may be done by broadcasting an adjacent cluster target node discovery packet using an expanding ring search to identify potential cluster target nodes, for example. This broadcast may advantageously be limited to the next adjacent cluster (here, the cluster 25). Thus, the broadcast is of limited extent to reduce excess traffic in the ad-hoc network 10.

Any node in the adjacent cluster target 25 will send back an adjacent cluster target node discovery response packet that allows the source node 14 to collect the identity of the potential cluster target node along with a metric and a route thereto. An algorithm may be used for selecting the best adjacent cluster target node in the adjacent cluster 25 based upon all of the adjacent cluster target node discovery responses received and based upon the metrics included therewith. Here again, the path metrics used may include the least number of hops, QoS parameters, etc., as similarly discussed above with respect to selection of the cluster level-route.

The adjacent cluster target node 25 will preferably be as close in distance to the source cluster 27, and have as a high a capacity, as is possible. Also, it should be noted that a cluster leader node of an adjacent cluster could also serve as a cluster target node as well, which could be particularly advantageous if the cluster leader node has high link capacities.

Various approaches are possible for establishing the cluster target nodes. For example, a proactive approach may be

adopted in which each node 11 in each cluster 12 may use the above procedure to designate a cluster target node for each of the clusters adjacent to its own cluster. An adjacent cluster target node "hello" message may then be used to maintain node-level routes to such cluster target nodes. This message may be transmitted periodically to each adjacent cluster target node to ensure that the route is still available. The cluster target node may then reply with the same packet type to indicate that the route is still valid. If the route fails, then the failure is detected by this process and the node sending the adjacent cluster target node hello message may initiate a search for another adjacent cluster target node, as will be described further below.

Another approach that does not require the adjacent cluster target node hello message is to discover adjacent cluster target nodes only on a reactive basis when required. Further, these adjacent cluster target nodes may be maintained only as long as they are used. Here again, this will result in less network traffic, which may be advantageous in certain applications, as will be appreciated by those of skill in the art. In either case, by having each node independently select its adjacent cluster target nodes, there will likely not be one single cluster target node used for each cluster, which may reduce the concentration of transit traffic that may otherwise occur through such a single cluster target node. Of course, a single cluster target node could be used in some embodiments, if desired, as will also be appreciated by those of skill in the art.

Once the next cluster target node is determined (the node 17a in the example illustrated in FIG. 2), a node-level route to the next cluster target node may then be determined, at Block 62. This may be done by sending a node-level route request to the next cluster target node 17a using a base routing protocol such as DSR or AODV, for example. Specific embodiments of the present invention using these two protocols will be presented below.

Generally speaking, node-level route requests may be used to find routes to other nodes within the same cluster or to the cluster target nodes in adjacent clusters by using a limited broadcast (or expanding ring search). It should be noted that the destination node 15 could be in the same cluster as the source node 14. If this is the case, only a node-level route need be used, as cluster-level routes are needed only to reach destination nodes outside the source node cluster. This case will also be discussed further below in conjunction with the discussion of DSR as the base routing protocol.

Once the node-level route to the next cluster target node along the cluster-level route has been established, the data may then be transferred from the source node 14 to the next cluster target node 17a via the node-level route, at Block 63. Here again, this data transfer will be governed by the underlying base routing protocol that is being used. Generally speaking, the data will be transmitted along with a mission data packet or header which includes information that is pertinent to the node-level transfer, the cluster level route, or both. The use of mission data packets will also be discussed further below in the particular cases in which DSR and AODV are used as the based routing protocols.

The above described steps illustrated at Blocks 61–63 will then be repeated to determine each next cluster target node 17b, 17c, 17d, 17e, along the cluster-level route and the respective node-level routes therebetween until the data is transferred to the destination target node 17e, at Block 64. Once the data reaches the destination cluster target node 17e, a node-level route from the destination cluster target node to the destination node 15 may be determined (Block 65), and

US 6,718,394 B2

13

14

the data transferred therebetween via this node-level route (Block 66) as discussed above, thus ending the method, at Block 67. Again, these steps may be performed according to the base routing protocol, such as DSR or AODV, for example.

As may be seen in FIG. 2, the various node-level routes along the cluster-level route may or may not include cluster leader nodes. In some embodiments, it may be particularly advantageous to define the node-level routes to not include cluster leader nodes where possible, as this may help alleviate excessive traffic at the cluster leader nodes. The node-level route discovery process could thus include using a metric for each potential route that signifies whether the route will include a cluster leader node, and the node requesting the route may then use this metric in its selection process, for example, as will be appreciated by those of skill in the art.

The case in which DSR is to be used as the base routing protocol will now be described with reference to FIG. 7. The basic DSR protocol includes message types such as route requests and route replies, which may be used to perform the steps described with reference to Blocks 61 and 62 of FIG. 6, which are not reproduced in FIG. 7. It should be noted that the route discovery process for node-level routes in accordance with the invention is very similar to that of the conventional DSR approach. That is, a controlled broadcast search is used to search only in the current cluster or to search for routes to cluster target nodes (or cluster leader nodes) in the adjacent clusters, rather than over the entire network 10. The standard DSR packet type may be modified to accommodate a field for metric type and metric value if it is desired to use a path selection criteria other than minimum hop count, as discussed briefly above, which will be appreciated by those of skill in the art.

On the other hand, the cluster-level route discovery process according to the invention will vary somewhat from the conventional DSR approach. Namely, this process will involve a limited global search. This is because of the existence of the designated communication links 16 (and corresponding node-level source routes) between all adjacent cluster leader nodes 21–33. In other words, the route discovery packets will traverse only the designated communication links 16 rather than all links 13 in the network 10, as described above. The cluster leader node route request forwarded from one cluster leader node will preferably include the node-level source route to the next cluster leader node to which it is forwarding the message. Again, the message is forwarded in this fashion to the cluster leader nodes in all adjacent clusters.

As noted above, data transfer according to a base protocol usually requires that some form of mission data packet or header be generated to accompany the data. When using DSR in accordance with the invention, beginning at Block 70' the mission data packet generated by the source node 14 (Block 71') will preferably include an address of the destination node, an address of the next cluster target node 17a, the node-level route, and the cluster-level route. The next cluster target and cluster-level routing fields may be defined as optional packet types for application to the present invention, as will be understood by those skilled in the art.

This data is then transferred based upon the mission data packet along the node-level route to the next-cluster target node 17a, at Block 63'. The next cluster target node 17a' will then repeat the steps illustrated at Blocks 61 and 62 (FIG. 6) and then update the mission data packet accordingly. More particularly, the mission data packet is updated at each cluster target node 17a, 17b, 17c, 17d along the cluster-level route to include the new cluster target node and the new node-level route thereto.

This process continues until the destination cluster target node 17e is reached (Block 64'). The destination cluster node 17e determines that the data has reached the destination cluster 32 by the cluster-level route in the mission data packet. Then, the node-level route to the destination node 15 is determined (Block 65'). The mission data packet may then be updated to include null values for the cluster level route and the next cluster target node, since the route to the destination node 15 is an intracluster route. The data may then be transferred to the destination node 15, as previously described above, at Block 66'.

It was also noted above that the source node 14 and destination node 15 may, in some cases, be located in the same cluster. When this happens, the source node 14 may simply set the address of the cluster target node and the cluster-level route in the mission data packet to equal to a predetermined value. For example, this may be a null value as described above with respect to the destination cluster target node 17e. The conventional DSR routing procedures may then be used to transfer the data.

Again, the source node 14 will also not need to request a cluster-level route in such cases if it already knows that the destination node 15 is in the same cluster. This may be the case if data has previously been sent thereto and a record thereof has been stored in a memory or cache of the source node 14.

In this regard, the various routing information that has been determined in the above-described steps may advantageously be stored in one or more caches to be used for future routing operations, at Block 73', thus concluding the process (Block 74'). As a result, if such routing information has not timed out or otherwise been discarded, it may be used again without completing all or parts of the cluster/node-level discovery processes.

By way of example, the following types of caches may be maintained. A cluster-level route cache caches the cluster-level route to any destination cluster for which routes are currently being maintained. This cache may be kept at each of the cluster leader nodes 21–33, for example, and indexed by the destination cluster to provide known cluster-level source routes upon request.

Another cache may include a node-level route cache which caches the node-level route to any node in the same cluster or in adjacent clusters (such as the cluster target nodes 17) for which routes are currently being maintained. This cache may be kept at each individual node 11 and indexed by destination node address, and it provides each node 11 with a known node-level source route when available.

Moreover, a hierarchical route cache, which may be kept at each node 11, caches the hierarchical route to any destination node for which routes are currently being maintained. This cache may also be indexed by the destination node address, and the cache returns the hierarchical route which includes the cluster-level source route to the destination cluster and the node-level source route to the cluster target node (the node 17a in the illustrated example) in the first cluster on the source route.

Additional types of caches which may prove useful include a cluster cache which is a table that is indexed by the destination node address and which returns the address of the cluster in which the node currently is a member, as well as an adjacent cluster target node cache. This cache includes the adjacent cluster target node for each adjacent cluster. This cache may be indexed by the adjacent cluster address and returns the adjacent cluster node address for that cluster.

US 6,718,394 B2

15

Given the dynamic nature of ad-hoc networks, various types of addresses may be used for the individual nodes and clusters. Depending upon the particular type of addressing used in a particular application, various other modifications may be necessary for a given base protocol. For example, if fixed addresses are used, then a protocol may be included for distributing current cluster membership as the nodes change clusters, as will be appreciated by those of skill in the art. If such a protocol is not used, then cluster membership can be determined in a reactive manner using the CLNRR route discovery process, for example. On the other hand, if addresses are dynamically assigned based upon the particular cluster, hierarchical level (discussed further below), etc., at which the node is located, then a dynamic name server may optionally be included for allowing a source node to determine the current address for a fixed node name, as will also be appreciated by those skilled in the art.

Turning now to the alternate embodiment in which AODV is used as the base routing protocol, this approach will be described with reference to the flow diagram of FIG. 8. According to the AODV protocol, node-level routes are established using route requests and route replies, as is the case with DSR described above. Yet, the manner in which node level routes, and correspondingly cluster-level routes, are determined is somewhat different than in DSR.

More particularly, beginning at Block 81 in FIG. 8, a cluster leader node route request is sent using conventional AODV mechanisms known to those skilled in the art via the designated communication links 16. Generally speaking, according to the AODV protocol, when a route request is sent each node 11 along a route stores the address of the prior node from which it received the route request, which is then forwarded along to the next node. In this way, if a route reply is ultimately returned along this route, then the address stored in each node 11 provides the location of the next hop along the return route. Further, as the route reply is forwarded from one node 11 to the next along the return route, each node then stores the address of the node which forwarded the route reply to it. These addresses then provide the location of the next hop along the route when the data is transmitted along the route.

According to the present invention, the above described process takes place at the cluster level to determine the cluster-level route, at Blocks 81–82, using the above referenced cluster leader node route requests and cluster leader node route replies. Moreover, this process is similarly implemented at the node level to determine the node-level routes along the cluster-level route, at Blocks 83–84, using the node-level route requests and node-level route replies described above. Here again, cluster target nodes may be used as described above, if desired, and the cluster target nodes may be determined as previously described above but with the standard mechanisms of AODV, as will be appreciated by those of skill in the art.

A mission data packet may be generated at the beginning of each node-level route (i.e., either by the source node 14 or a cluster target node 17) and the data may then be transferred along the various node-level routes thus defined based upon the mission data packets, at Block 85. In accordance with the AODV protocol, the mission data packet typically requires only the address of the destination node 15, as the hops of the node-level route are already stored in the various nodes 11 on the route.

Since the mission data packet may not include the location of the next cluster along the cluster level route, each cluster target node 17 may poll its respective cluster leader node for the next cluster address. The cluster leader node

16

may then determine the next cluster target node based upon the next cluster address. Of course, other approaches may be used in which optional data packets are defined for inclusion in the mission data packet so that the cluster leader nodes need not be polled, as will be understood by those of skill in the art.

The data is transferred along the various node-level routes until reaching the destination cluster target node 17e, at Block 86. The node-level route to the destination node 15 may then be defined, again using standard AODV techniques, and the data transferred thereto, at Block 87, thus concluding the process (Block 88).

Various tables may be used for storing the requisite routing information for implementing AODV in accordance with the present invention. In particular, a cluster-level route table, which may be indexed by the destination cluster address, returns the next adjacent cluster on the path to any destination cluster for which routes are being maintained. Further, a node-level route table, which again may be indexed by the destination node address, returns the address of the next node 11 on the path to any node in the same cluster or in adjacent clusters (such as the cluster target nodes 17) for which routes are being maintained.

Moreover, a cluster cache, which may be indexed by the destination node address, returns the address of the cluster in which the destination node is currently a member. An adjacent cluster target node cache, which may be indexed by the adjacent cluster address, returns the adjacent cluster target node address for adjacent clusters. In addition, a hierarchical route table, which may be indexed by the destination node address, returns the address of the next node on the path to any destination node in the entire network for which routes are being maintained.

As similarly described above, the data maintained in the above tables may be stored each time new cluster-level or node-level information is gathered. Thus, this information will be available for future routes, which helps alleviate traffic as discovery request and reply messages may be avoided. Of course, this information may also be discarded after a period of time, for example, to reduce the storage of outdated information.

Due to the dynamic nature of wireless mobile ad-hoc networks, a common problem which must be addressed is that of route failure due to nodes 11 logging off of the network 10, breaks in the wireless communication links 16, etc. Base routing protocols typically include mechanisms for addressing route recognition and repair. Route repair in the context of the present invention, with particular emphasis on route repair using the DSR and AODV protocols, will now be described further with respect to the flow diagram of FIG. 9. For the purposes of FIG. 9, it will be assumed that the cluster-level and node-level route designation processes (FIGS. 5 and 6) have previously been performed.

As such, beginning at Block 90, if a cluster-level route failure occurs between adjacent clusters along the cluster-level route, at Block 91, a cluster-level route error message is sent (Block 92) to the source node 14, which will then begin the cluster-level and node-level route discovery processes over again, as previously described above. The form that this particular route request takes will depend upon the base routing protocol being used.

For example, if the base protocol being used is AODV, it will be recalled that each of the cluster leader nodes stores the address of each "downstream" cluster leader node along the cluster-level route to the destination cluster leader node 32. As such, as the cluster-level route error message traverses the cluster-level route back "upstream" to the

17 18

cluster-level route, each of the cluster leader nodes receiving the error message may delete the next hop address from its respective cache, at Block 93, since the cluster-level route is no longer valid.

For the case in which DSR is used as the base protocol, the cluster-level route error message may be broadcast from the cluster leader node discovering the loss of connection to all other nodes within its cluster as well as the cluster leader nodes in all adjacent clusters. This broadcast will reach all nodes that have been selected as adjacent cluster target nodes 17 by nodes in other clusters as well as all other nodes within the cluster. Any adjacent cluster target node 17 that receives a packet to forward through the cluster that is no longer adjacent will now forward a cluster-level route error message to the original sender of the data packet notifying it that the route has failed at the cluster level. The cluster-level route error message broadcast to the cluster leader nodes in all adjacent clusters may also be broadcast to all cluster leader nodes in the network 10, if desired, thereby informing them that cluster-level routes may be outdated. This prompts all of the cluster leader nodes to initiate a new round of route discovery queries upon receiving new cluster-level route requests, rather than simply relying on information previously stored in their respective caches.

On the other hand, if a node-level route failure occurs between adjacent nodes in a node-level route, at Block 94, then a new node-level route may be determined in accordance with the base protocol being used, at Block 95, thus concluding the process (Block 96). More particularly, for a node-level route used to a destination node 15 or to adjacent cluster target nodes 17, the basic procedures established for the base routing protocol using a route error message will accommodate notification of the appropriate nodes of the path failure, as will be appreciated by those of skill in the art.

The above-described method of the present invention may also advantageously be extended to an arbitrary number of hierarchical levels, as illustrated in FIG. 3. In FIG. 3, the exemplary ad-hoc network 10 illustrated in FIGS. 1 and 2 has been extended to four levels of hierarchy. The first level of the hierarchy is the network node level (i.e., the nodes 11) from the previous example. The second level is made up of the hierarchy includes the clusters 12.

The third level 17 of the hierarchy is constructed from virtual nodes and virtual links. Each virtual node at the third level represents an entire cluster 12 at the second level. Closely connected virtual nodes at the third level 17 are grouped into third level clusters, and one of these virtual nodes is selected as the third level virtual cluster leader node. The physical node selected as the third level 17 cluster leader node may be the actual cluster leader node from the second level cluster, which would then perform the cluster leader node functions for both the second and third level clusters.

The third level 17 virtual links illustratively shown with dashed lines in FIG. 10 are the multi-hop virtual links between the cluster leader nodes in adjacent clusters shown at the second level. Virtual links between third level 17 cluster leader nodes may also be established, as also illustratively shown with dashed lines. This hierarchical organizational process can be continued to any number of levels, as will be appreciated by those skilled in the art.

A fourth level 18 cluster is also illustratively shown in FIG. 3, in which each third level 17 cluster becomes a virtual node in the fourth level. The virtual links shown at the fourth level 18 are the third level 17 cluster leader node virtual links. The physical node selected as the fourth level 18 cluster leader node may be the actual cluster leader node

from the third level 17 cluster, which would perform the cluster leader node functions for the second, third, and fourth level clusters. If the network were larger, the hierarchical organization could be extended to even more clusters, as will be appreciated by those of skill in the art.

Several of the above-described messages may be augmented to handle an arbitrary number of hierarchical levels. For example, the cluster leader node route request message type may be of a different type for each hierarchical cluster level. This message is broadcast to all destination cluster leader nodes, but it is sent over the virtual links connecting all cluster leader nodes at the appropriate hierarchical level, which involves only uni-casts over the virtual links connecting adjacent cluster leader nodes. Moreover, the cluster leader node route reply message, like the cluster leader node route request, will similarly have different types for each hierarchical cluster level, as will be appreciated by those of skill in the art.

Furthermore, the cluster-level route request may have a different type for each hierarchical cluster level. More particularly, at a specific level the message is sent to the ALN for that level. Additionally, with respect to the cluster-level route reply, the source node can obtain the cluster-level route (for the specific hierarchical level of the request) to the destination with a transaction that is sent over a short distance to its cluster leader node.

As may be seen in FIG. 3, the fourth level 18 includes a single cluster which may advantageously provide a convenient reference for determining a high-level route from the cluster leader node 21 of the source cluster to the cluster leader node 32 of the destination cluster. More particularly, since this single cluster includes the source and destination leader node clusters 21, 32, the high-level route may be determined therebetween using the various steps outlined above. The high-level route may, in turn, be used to determine the cluster-level route for the second hierarchical level. That is, the cluster-level route may include at least the clusters having respective cluster leader nodes along the high-level route, here the cluster leader nodes 21, 24, and 32.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A method for sending data in a wireless ad-hoc network comprising a plurality of nodes grouped into clusters of nodes and a plurality of wireless links connecting the plurality of nodes, each cluster having a designated cluster leader node, the method comprising:

sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster;

determining a cluster-level route between the source cluster and a destination cluster comprising a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes;

performing reactive route discovery to determine a node-level route from the source node to the destination node along the cluster-level route, each node along the node-level route storing an address of a next node along the node-level route responsive to the reactive route discovery; and

transferring data from the source node to the destination node via the node-level route based upon the addresses of each next node along the node-level route.

US 6,718,394 B2

19

2. The method of claim 1 further comprising generating a mission data packet comprising an address of the destination node; and wherein transferring further comprises transferring the data also based upon the mission data packet.

3. The method of claim 1 further comprising determining a respective cluster target node for each cluster along the cluster-level route; and wherein determining the node-level route comprises determining a node-level route from the source node to a cluster target node for a next adjacent cluster along the cluster-level route, and determining a node-level route from each cluster target node to a next cluster target node along the cluster-level route.

4. The method of claim 3 wherein each cluster leader node along the cluster-level route stores an address of a next cluster along the cluster-level route; wherein each cluster target node polls its respective cluster leader node for the next cluster address; and wherein each cluster target node determines the next cluster target node based upon the next cluster address.

5. The method of claim 1 further comprising storing the address of the destination node along with an address of its respective cluster at the cluster leader node for the source cluster.

6. The method of claim 1 further comprising indexing the address of the next node along the node-level route stored at the source node by an address of the destination node.

7. The method of claim 1 further comprising grouping a plurality of the cluster leader nodes comprising at least the source cluster leader node and the destination cluster leader node into a leader node cluster, and determining a high-level route from the cluster leader node of the source cluster to the cluster leader node of the destination cluster within the leader node cluster; and wherein the cluster-level route comprises at least the clusters having respective cluster leader nodes along the high-level route.

8. The method of claim 1 wherein determining the cluster-level route comprises:

determining designated communication links between the cluster leader nodes;

sending a cluster leader node route request from the cluster leader node of the source cluster to the remaining cluster leaders via the designated communication links; and

returning a cluster leader node route reply from the cluster leader node of the destination cluster to the cluster leader node of the source cluster along a delivery route of the cluster leader node route request.

9. The method of claim 8 wherein at least one of the designated communications links comprises a node that is not a cluster leader node.

10. The method of claim 8 wherein each cluster leader node stores identities of adjacent cluster leader nodes; and wherein sending the cluster leader node route request comprises sending the cluster leader node route request from each cluster leader node to its adjacent cluster leader nodes.

11. The method of claim 10 further comprising periodically polling the adjacent cluster leader nodes to maintain current addresses therefor.

12. The method of claim 8 wherein the delivery route comprises a least number of cluster leader nodes between the cluster leader nodes of the source and destination clusters.

13. The method of claim 8 further comprising determining the delivery route based upon at least one of delay, link capacity, and availability.

14. A method for sending data in a wireless ad-hoc network comprising a plurality of nodes grouped into clus-

20

ters of nodes and a plurality of wireless links connecting the plurality of nodes, each cluster having a designated cluster leader node, the method comprising:

sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster;

determining a cluster-level route between the source cluster and a destination cluster comprising a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes;

determining a node-level route from the source node to the destination node along the cluster-level route, each node along the node-level route storing an address of a next node along the node-level route;

generating a mission data packet comprising an address of the destination node;

transferring data from the source node to the destination node via the node-level route based upon the addresses of each next node along the node-level route and based upon the mission data packet; and

indexing the address of the next node along the node-level route stored at the source node by an address of the destination node.

15. The method of claim 14 further comprising determining a respective cluster target node for each cluster along the cluster-level route; and wherein determining the node-level route comprises determining a node-level route from the source node to a cluster target node for a next adjacent cluster along the cluster-level route, and determining a node-level route from each cluster target node to a next cluster target node along the cluster-level route.

16. The method of claim 15 wherein each cluster leader node along the cluster-level route stores an address of a next cluster along the cluster-level route; wherein each cluster target node polls its respective cluster leader node for the next cluster address; and wherein each cluster target node determines the next cluster target node based upon the next cluster address.

17. The method of claim 14 further comprising storing the address of the destination node along with an address of its respective cluster at the cluster leader node for the source cluster.

18. The method of claim 14 further comprising grouping a plurality of the cluster leader nodes comprising at least the source cluster leader node and the destination cluster leader node into a leader node cluster, and determining a high-level route from the cluster leader node of the source cluster to the cluster leader node of the destination cluster within the leader node cluster; and wherein the cluster-level route comprises at least the clusters having respective cluster leader nodes along the high-level route.

19. The method of claim 14 wherein determining the cluster-level route comprises:

determining designated communication links between the cluster leader nodes;

sending a cluster leader node route request from the cluster leader node of the source cluster to the remaining cluster leaders via the designated communication links; and

returning a cluster leader node route reply from the cluster leader node of the destination cluster to the cluster leader node of the source cluster along a delivery route of the cluster leader node route request.

20. The method of claim 19 wherein at least one of the designated communications links comprises a node that is not a cluster leader node.

US 6,718,394 B2

21

21. The method of claim 19 wherein each cluster leader node stores identities of adjacent cluster leader nodes; and wherein sending the cluster leader node route request comprises sending the cluster leader node route request from each cluster leader node to its adjacent cluster leader nodes.

22. The method of claim 21 further comprising periodically polling the adjacent cluster leader nodes to maintain current addresses therefor.

23. The method of claim 19 wherein the delivery route comprises a least number of cluster leader nodes between the cluster leader nodes of the source and destination clusters.

24. The method of claim 19 further comprising determining the delivery route based upon at least one of delay, link capacity, and availability.

25. A mobile ad-hoc network comprising:

a plurality of nodes grouped into clusters of nodes, each cluster having a designated cluster leader node; and

a plurality of wireless links connecting said plurality of nodes;

said plurality of nodes sending data therebetween by

sending a cluster-level route request from a source node of a source cluster to a cluster leader node of said source cluster,

a cluster-level route between said source cluster and a destination cluster comprising a destination node responsive to the cluster-level route request and using a plurality of said cluster leader nodes,

performing reactive route discovery to determine a node-level route from said source node to said destination node along the cluster-level route, each node along the node-level route storing an address of a next node along the node-level route responsive to the reactive route discovery, and

transferring data from said source node to said destination node via the node-level route based upon the addresses of each next node along the node-level route.

26. The mobile ad-hoc network of claim 25 wherein said source node generates a mission data packet comprising an address of said destination node; and wherein the data is also transferred based upon the mission data packet.

27. The mobile ad-hoc network of claim 25 wherein a respective cluster target node is determined for each cluster along the cluster-level route; and wherein the node-level

22

route comprises a node-level route from said source node to a cluster target node for a next adjacent cluster along the cluster-level route, and a node-level route from each cluster target node to a next cluster target node along the cluster-level route.

28. The mobile ad-hoc network of claim 27 wherein each cluster leader node along the cluster-level route stores an address of a next cluster along the cluster-level route; wherein each cluster target node polls its respective cluster leader node for the next cluster address; and wherein each cluster target node determines said next cluster target node based upon the next cluster address.

29. The mobile ad-hoc network of claim 25 wherein said cluster leader node for said source cluster stores an address of said destination node along with an address of its respective cluster.

30. The mobile ad-hoc network of claim 25 wherein said source node indexes the address of said next node along the node-level route by an address of said destination node.

31. The mobile ad-hoc network of claim 25 further comprising designated communication links between said cluster leader nodes; and wherein the cluster-level route is determined by sending a cluster leader node route request from said cluster leader node of said source cluster to said remaining cluster leaders via said designated communication links, and returning a cluster leader node route reply from said cluster leader node of said destination cluster to said cluster leader node of said source cluster along a delivery route of the cluster leader node route request.

32. The mobile ad-hoc network of claim 31 wherein at least one of said designated communications links comprises a node that is not a cluster leader node.

33. The mobile ad-hoc network of claim 31 wherein each cluster leader node stores identities of adjacent cluster leader nodes; and wherein the cluster leader node route request is sent from each cluster leader node to its adjacent cluster leader nodes.

34. The mobile ad-hoc network of claim 33 wherein each cluster leader node periodically polls its adjacent cluster leader nodes to maintain current addresses therefor.

35. The mobile ad-hoc network of claim 31 wherein the delivery route comprises a least number of said cluster leader nodes between said cluster leader nodes of said source and destination clusters.

*  *  *  *  *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,718,394 B2                   Page 1 of 1
DATED        : April 6, 2004
INVENTOR(S)  : Joseph Bibb Cain

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 2,
Line 2, delete "1997. this" insert -- 1997. This --

Column 4,
Line 44, delete "beings" insert -- begins --

Column 7,
Line 42, delete "aarded" insert -- awarded --

Column 8,
Line 19, delete "then" and insert -- than --
Line 33, delete "21-23" insert -- 21-33 --

Column 10,
Line 58, delete "has includes" insert -- includes --

Column 17,
Line 23, delete "relying" insert -- replying --

Signed and Sealed this

Twenty-fourth Day of August, 2004

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT C

US007453864B2

(12) **United States Patent**
Kennedy et al.

(10) Patent No.: **US 7,453,864 B2**
(45) Date of Patent: **\*Nov. 18, 2008**

(54) **PREDICTIVE ROUTE MAINTENANCE IN A MOBILE AD HOC NETWORK**

(75) Inventors: **Robert A. Kennedy**, Melbourne, FL (US); **Joseph Bibb Cain**, Indialantic, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 977 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/426,731**

(22) Filed: **Apr. 30, 2003**

(65) **Prior Publication Data**

US 2004/0218582 A1    Nov. 4, 2004

(51) **Int. Cl.**
*H04L 12/28*    (2006.01)
(52) **U.S. Cl.** ...................... **370/351**; 370/400; 370/401
(58) **Field of Classification Search** ................ 370/230, 370/235, 238, 251, 252, 254, 255, 328, 338, 370/351, 352, 400

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,115,580 A | 9/2000 | Chuprun et al. | |
| 6,304,556 B1* | 10/2001 | Haas | 370/254 |
| 6,791,949 B1* | 9/2004 | Ryu et al. | 370/254 |
| 7,035,937 B2 | 4/2006 | Haas et al. | 709/239 |
| 7,200,149 B1* | 4/2007 | Hasty, Jr. | 370/400 |
| 7,327,682 B2* | 2/2008 | Gandhi et al. | 370/235.1 |
| 7,355,986 B2* | 4/2008 | Vanderveen et al. | 370/255 |
| 2002/0062388 A1 | 5/2002 | Ogier et al. | |
| 2002/0133534 A1 | 9/2002 | Forslow | |
| 2002/0186665 A1* | 12/2002 | Chaffee et al. | 370/255 |

| | | | |
|---|---|---|---|
| 2003/0005149 A1 | 1/2003 | Haas et al. | |
| 2003/0067941 A1 | 4/2003 | Fall | |
| 2003/0153338 A1* | 8/2003 | Herz et al. | 455/517 |
| 2004/0085909 A1* | 5/2004 | Soliman | 370/252 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 02/078229 | 10/2002 |
| WO | 02/084956 | 10/2002 |

OTHER PUBLICATIONS

Article, "Path Set Selection in Mobile Ad Hoc Networks", MOBIHOC '02, Jun. 9-11, 2002, EPFL Lausanne, Switzerland. Copyright 2002 ACM 1-58113-501-7/02/0006.
Article, "Metrics to Enable Adaptive Protocols for Mobile Ad Hoc Networks", Colorado School of Mines, Dept. of Math and Computer Sciences.
Article, "Longevity of Routes in Mobile Ad Hoc Networks", Center for Research in Wireless Mobility and Networking(CreWMaN), The University of Texas at Arlington, Department of Computer Science.
Article, "Predictive Location-Based QoS Routing in Mobile Ad Hoc Networks", University of Illinois at Urbana-Champaign, Department of Computer Science.
Article, "Preemptive Routing in Ad Hoc Networks", 2001 ACM ISBN 1-58113-422-3/01/07.

\* cited by examiner

*Primary Examiner*—Wing F Chan
*Assistant Examiner*—Eunsook Choi
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57)    **ABSTRACT**

The mobile ad hoc network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together. A method for operating the network includes discovering and using routes in the network, predicting route failure in the network, and performing route maintenance in the network based upon the predicted route failure.

**34 Claims, 5 Drawing Sheets**



Case 1:19-cv-09995-GEC Document 1890-1 Filed 12/09/19 Page 41 of 360 PageID #: 182063



*FIG.1.*

Case 1:19-cv-09995-GFC Document 1898-1 Filed 12/09/19 Page 42 of 360 PageID #: 254



*FIG.2.*

Case 1:09-cv-09995-GFC Document 1890-1 Filed 12/09/19 Page 43 of 360 PageID #: 2085



*FIG.3.*

Case 1:19-cv-09995-GFC Document 1-1 Filed 12/09/19 Page 44 of 360 PageID #: 256



FIG.4.



FIG.5.



*FIG.6.*

US 7,453,864 B2

1

# PREDICTIVE ROUTE MAINTENANCE IN A MOBILE AD HOC NETWORK

## FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad hoc wireless networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad hoc networks. Physically, a mobile ad hoc network includes a number of geographically-distributed, potentially mobile nodes wirelessly connected by one or more radio frequency channels. Compared with other type of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad hoc networks is the lack of any fixed infrastructure. The network is formed of mobile nodes only, and a network is created on the fly as the nodes transmit to or receive from other nodes. The network does not in general depend on a particular node or dynamically adjusts as some nodes join or others leave the network.

In a hostile environment where a fixed communication infrastructure is unreliable or unavailable, such as in a battle field or in a natural disaster area struck by earthquake or hurricane, an ad hoc network can be quickly deployed and provide much needed communications. While the military is still a major driving force behind the development of these networks, ad hoc networks are quickly finding new applications in civilian or commercial areas. Ad hoc networks will allow people to exchange data in the field or in a class room without using any network structure except the one they create by simply turning on their computers or PDAs.

As wireless communication increasingly permeates everyday life, new applications for mobile ad hoc networks will continue to emerge and become an important part of the communication structure. Mobile ad hoc networks pose serious challenges to the designers. Due to the lack of a fixed infrastructure, nodes must self-organize and reconfigure as they move, join or leave the network. All nodes could potentially be functionally identical and there may not be any natural hierarchy or central controller in the network. Many network-controlling functions are distributed among the nodes. Nodes are often powered by batteries and have limited communication and computation capabilities. The bandwidth of the system is usually limited. The distance between two nodes often exceeds the radio transmission range, and a transmission has to be relayed by other nodes before reaching its destination. Consequently, a network has a multihop topology, and this topology changes as the nodes move around.

The Mobile Ad-Hoc Networks (MANET) working group of the Internet Engineering Task Force (IETF) is been actively evaluating and standardizing routing, including multicasting, protocols. Because the network topology changes arbitrarily as the nodes move, information is subject to becoming obsolete, and different nodes often have different views of the network, both in time (information may be outdated at some nodes but current at others) and in space (a node may only know the network topology in its neighborhood usually not far away from itself).

A routing protocol needs to adapt to frequent topology changes and with less accurate information. Because of these unique requirements, routing in these networks is very different from others. Gathering fresh information about the entire network is often costly and impractical. Many routing protocols are reactive (on-demand) protocols: they collect routing information only when necessary and to destinations they need routes to, and do not generally maintain unused routes after some period of time. This way the routing overhead is greatly reduced compared to pro-active protocols which maintain routes to all destinations at all times. It is important for a protocol to be adaptive. Ad Hoc on Demand Distance Vector (AODV), Dynamic Source Routing (DSR) and Temporally Ordered Routing Algorithm (TORA) are representative of on-demand routing protocols presented at the MANET working group.

Examples of other various routing protocols include Destination-Sequenced Distance Vector (DSDV) routing which is disclosed in U.S. Pat. No. 5,412,654 to Perkins, and Zone Routing Protocol (ZRP) which is disclosed in U.S. Pat. No. 6,304,556 to Haas. ZRP is a hybrid protocol using both proactive and reactive approaches based upon distance from a source node.

These conventional routing protocols use a best effort approach in selecting a route from the source node to the destination node. Typically, the number of hops is the main criteria (metric) in such a best effort approach. In other words, the route with the least amount of hops is selected as the transmission route.

An application that a network is connected to may be time-critical and cannot withstand the delays imposed by an on-demand route discovery approach. The network may have too many nodes or is too power-constrained to do frequent-enough updates of the network topology by a source node. This rules out a proactive MANET routing approach. Therefore, the designer would typically choose a reactive (on-demand) routing protocol because that is the only other conventional routing protocol available. But, because there are severe restrictions on the time constraints allowed to discover a route, the on-demand discovered routes may be too late to be useful.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide predictive route maintenance in a mobile ad hoc network.

This and other objects, features, and advantages in accordance with the present invention are provided by a method for operating the mobile ad hoc network. The mobile ad hoc network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together. The method includes discovering and using routes in the network, predicting route failure in the network, and performing route maintenance in the network based upon the predicted route failure.

Predicting route failure may include generating route failure metrics including link failure metrics and node failure metrics for each route which may include estimating node mobility and/or radio frequency (RF) propagation characteristics. Route failure metrics may be broadcast to other nodes in the network. Predicting route failure may also include determining a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics.

Performing predictive route maintenance may include discovering alternative routes, e.g. by predicting the future viability of alternate routes to replace routes predicted to fail, increasing transmission power on a link to reduce route failure, allocating additional channels on a link to reduce route failure, and/or determining whether alternate routes are stored in the route cache to replace routes predicted to fail.

US 7,453,864 B2

3

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic diagram of a mobile ad hoc network in accordance with the present invention.

FIG. **2** is a schematic diagram illustrating the operation of a mobile ad hoc network in accordance with the present invention.

FIG. **3** is a flowchart illustrating the steps of a method for managing and controlling the discovery and maintenance of routes in accordance with the present invention.

FIG. **4** is a schematic diagram illustrating a router of a node in accordance with the network of the present invention.

FIG. **5** is a schematic diagram illustrating the details of the controller of the router in FIG. **3**.

FIG. **6** is a schematic diagram illustrating the general architecture of psiactive routing.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

As will be appreciated by those skilled in the art, portions of the present invention may be embodied as a method, data processing system, or computer program product. Accordingly, these portions of the present invention may take the form of an entirely hardware embodiment, an entirely software embodiment, or an embodiment combining software and hardware aspects. Furthermore, portions of the present invention may be a computer program product on a computer-usable storage medium having computer readable program code on the medium. Any suitable computer readable medium may be utilized including, but not limited to, static and dynamic storage devices, hard disks, optical storage devices, and magnetic storage devices.

The present invention is described below with reference to flowchart illustrations of methods, systems, and computer program products according to an embodiment of the invention. It will be understood that blocks of the illustrations, and combinations of blocks in the illustrations, can be implemented by computer program instructions. These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, implement the functions specified in the block or blocks.

These computer program instructions may also be stored in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner, such that the instructions stored in the computer-readable memory result in an article of manufacture including instructions which implement the function specified in the flowchart block or blocks. The computer program instructions may also be loaded onto a computer or other programmable data processing apparatus to cause a series of operational steps to be performed on the computer or

4

other programmable apparatus to produce a computer or other programmable apparatus implemented process such that the instructions which execute on the computer or other programmable apparatus provide steps for implementing the functions specified in the flowchart block or blocks.

The present invention may make use of the temporal transition network protocol (TTNP) in a mobile ad hoc network to efficiently make use of the management and control of route discovery and associated processes via temporal transitioning processes and events in a mobile ad hoc network, as described in copending application Ser. No. 10/134,856 , filed Apr. 29, 2002 by the same assignee of record and incorporated by reference herein in its entirety. Furthermore, the present invention may make use of "Intelligent Communication Node Object Beacon Framework" (ICBF), for intelligent, adaptive advertisement by any communications node object of its presence and/or the corresponding detection (neighbor discovery) by another node object or the network of those node objects transmitting such beacons as described in copending application Ser. No. 10/235,242 , filed Sep. 4, 2002 by the same assignee of record and incorporated by reference herein in its entirety.

Predictive or Psiactive routing ($\Psi$Rt) is route discovery and maintenance in which the network "senses and predicts" a need will occur in the future to have additional routes established or maintained which may not presently be needed. Fundamentally, $\Psi$Rt fuses key information from multiple network layers as is necessary to accomplish reliable prediction of future needed routes and the accompanying route maintenance operations. The following discussion will generally cover, for each component of Psiactive Routing ($\Psi$Rt), the architecture of the $\Psi$Rt component, a terse algorithm where appropriate for each major capability/functionality of the component, external interfaces to other $\Psi$Rt components and larger network architectures such as hybrid ad hoc networks, network state profiles used by the $\Psi$Rt component and $\Psi$Rt dedicated and nondedicated protocols used by the component.

$\Psi$Rt is a class of ad hoc network routing which fuses either a proactive or reactive (on-demand) method for handling current routing scenarios with a major predictive capability that fundamentally uses a forecasting technique to peer into some future state of the network (or part of the network) to greatly increase the ability of the ad hoc network routing to timely respond to the entire range of network dynamics from slow to very rapid. Within the $\Psi$Rt context, a "forecast" is any intermediate lookahead step and the "prediction" is the result of all steps leading up to the final (predicted) outcome. $\Psi$Rt will operate correctly with any general network architecture such as hierarchical or flat. $\Psi$Rt will also correctly operate by itself or as part of a hybrid routing scheme such as Temporal Transition Network Protocol (TTNP) or Zone Routing Protocol (ZRP). $\Psi$Rt is adaptable to the environment that it is inserted into.

Contrary to the current state of thinking in ad hoc network routing, proactive and reactive methods are not capable of adequately addressing a broad class of network routing (including route discovery, route maintenance, route failure and topology discovery) problems which are a dominant type of problem in many important applications. Both proactive and reactive methods are only capable of addressing current routing scenarios and even then, they are only capable of handling light to moderate network topology dynamics. Such rates are relative to the number of nodes in the network, the bandwidth of the communications links, the number of source-destination pairs, and the quality of the links.

5

6

FIG. **1** is a snapshot of an example network **100** of mobile nodes **12** showing the wireless links **14** connecting nodes. The application that this network is connected to is time-critical and cannot withstand the delays imposed by an on-demand route discovery approach. This network has too many nodes or is too power-constrained to do frequent-enough updates of the network topology by the source node $S_n$. This rules out a proactive MANET routing approach. Therefore, the designer would typically use a reactive (on-demand) routing method because that is the only other conventional fundamental class of routing methods available.

At some point in time, a request is made for $S_n$ to send information to the destination node $D_n$. The route is not in the route cache of $S_n$ and therefore the reactive route discovery process is activated and discovers Route **1** (R1) and Route **2** (R2). Because there are severe restrictions on the time constraints allowed to discover a route, the discovered Routes **1** and **2** are too late to be useful. This routing problem is solved by the availability of psiactive routing ΨRt that has the ability to form some routes or route segments, e.g. routes Y1 and Y2 and the link between them, before the routes are even needed. The general attributes of this new routing method include using application information to predict when and to where routes will be needed, using link/node/path predicted dynamics to improve route construction and robustness, providing for the preconstruction of some routes and partial routes (route segments) that are likely to be stable at the time needed, to be placed into $S_n$'s route table (cache) before these routes are actually needed, improving the real-time response capability (i.e. a super real-time response) with potentially less overhead, and using ΨRt combined with many existing routing algorithms. The basic technology approach then breaks into three distinct, but interconnected parts: predicting routes that will be stable at the point in time required by the application; activating those routes when appropriate; and maintaining those routes until and after they are needed for some period of time.

Referring now to FIGS. **2** and **3**, a method for operating a mobile ad hoc network **10**, e.g. by discovering routes from a source node to a destination node, will now be described. The network **10** includes a plurality of mobile nodes **12** including the source node S and the destination node D with intermediate nodes therebetween. The nodes **12**, such as laptop computers, personal digital assistants (PDAs) or mobile phones, are connected by wireless communication links **14** as would be appreciated by the skilled artisan.

The method begins (FIG. **3**; block **80**) and includes predicting future-needed routes in the network **10**, a route comprising a set of wireless communication links **14** and mobile nodes **12** from a source S to a destination D. Predicting future need routes preferably includes predicting a need for future communications between at least two of the plurality of mobile nodes and may be based upon fuzzy logic. Such a need is typically based upon current and historical traffic data, for example. Future-network dynamics and/or topology are predicted (block **82**), and routes, including partial routes or complete routes, are discovered (block **84**) along predicted future-needed routes in the network based upon the predicted future-network dynamics and/or topology. Also, the method includes (block **86**) storing the routes, e.g. in a route cache or table, for future use, before ending at block **88**. The method may also include predicting future stability of links **14** and nodes **12** along predicted future-needed routes including each node predicting and transmitting link and node stability information to other nodes (block **83**).

In the method, predicting future-network dynamics may include monitoring current-network dynamics, and discover-

ing routes may include discovering routes from a proxy-source node to a proxy-destination node. The proxy-source node and proxy-destination node are preferably chosen based upon predicted future stability of links **14** and nodes **12** along predicted future-needed routes. Typically, the source node S transmits a request to the proxy-source node to establish a partial route from the proxy-source node to the proxy-destination node.

Link and node stability information may be transmitted to other nodes **12** via replies to route requests, and future-needed routes may be predicted based upon at least one of mission plans, schedules, planned traffic patterns and network management data. Furthermore, predicting future-network dynamics (block **82**) preferably includes predicting future route failure and/or predicting future route maintenance, as will be described in greater detail below.

More specifically, predicting route failure may include generating route failure metrics including link failure metrics and node failure metrics for each route which may include estimating node mobility and/or radio frequency (RF) propagation characteristics. Route failure metrics may be broadcast to other nodes in the network. Predicting route failure may also include determining a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics.

Performing predictive route maintenance may include discovering alternative routes, e.g. by predicting the future viability of alternate routes to replace routes predicted to fail, increasing transmission power on a link to reduce route failure, allocating additional channels on a link to reduce route failure, and/or determining whether alternate routes are stored in the route tables/cache to replace routes predicted to fail.

ΨRt has many different network parameters that it can predict given proper sampling and timely processing of the target data. One such category of parameters predictions is the node and link dynamics, for example. There is a tradeoff between longer routes through more stable links and nodes versus shorter routes that may use some less stable links and nodes. This is analogous to a pilot safely flying the long way around a severe thunderstorm and arriving at the destination instead of taking the short way through the middle of the thunderstorm and risking not getting to the destination at all.

Predicted node and link dynamics can be used with reactive, proactive, hybrid, hierarchical, and structured flat routing approaches. If used in a structured network such as Hierarchical Reactive Routing (HRR), predicted node and link dynamics can optimize cluster formation. As discussed above with reference to FIGS. **1** and **2**, ΨRt can predict partial routes (route segments) where portions of a route may be unstable, and therefore need frequent rerouting through or avoiding altogether, while other route segments in the route are predicted to be stable enough to be utilized at the future needed time.

These predictions also can be used to optimize required updates of routing information for ad hoc routing protocols, for example, in proactive protocols such as Optimal Link State Routing (OLSR), to adaptively control the period of routing information broadcasts for each node based on predicted link and node dynamics at that node. This can lead to significant savings of overhead information in the overall network and therefore freeing more of the overall network bandwidth for non-overhead information. In a similar fashion, hybrids (e.g. TTNP) and hierarchical (e.g. HRR) can be so equipped to optimize routing information broadcasts. Predicted link and node dynamics can also be used in multiple path routing. For multiple path routing, these predictions

US 7,453,864 B2

7

could determine the number of paths required, selection of backup routes to provide more robust delivery, and the coding overhead for network time coding.

Specifically, these traffic predictions include traffic loads, sources and sinks. For example, mission plans could indicate when certain nodes need to exchange information. If a reactive protocol such as AODV is used by ΨRt, AODV would be stimulated to do route discovery before the route is actually needed. This enables AODV to behave more like a proactive routing method. If a proactive protocol like OLSR is used by ΨRt, the topology update period of the network, or some subset of it, could be adjusted according to the predicted routing needs of the network. The general capability to adjust the full/subset network topology update period using ΨRt's predictive capabilities is further discussed below.

Various general entities that comprise a ΨRt network will now be defined. These are illustrated in FIGS. 1 and 3. A link 14 is the most atomic connection in a ΨRt network and is simply the physical link between any two nodes 12. A node 12 is the end point of a link 14. Information describing the node includes an ID (IP address, ATM address, etc) and positional information if available. A route segment RS is a set of links and nodes grouped together to form a reusable entity in potentially more than one route. Nothing in the definition requires these links to be spatially contiguous or the nodes to be adjacent to (within 1 hop of) at least one other node in the RS. For example, in FIG. 1, Segment 1's links are contiguous, but Segment 1's nodes are not all within 1 hop of at least one other node in RS 1. A segment link set (SLS) is an RS minus its nodes. A segment node set (SNS) is an RS minus its links. A route is a set of route segments whose union forms a contiguous path from the source S to the destination D. A route link set (RLS) is a route minus its nodes. A route node set (RNS) is a route minus its links. A proxy source node ($pS_n$) is an intermediate node in a route that is the beginning node of a RS in that route. This definition rules out the actual source node $S_n$ from ever being a $pS_n$ and vice versa. A $pS_n$ is so named because it functions as a substitute $S_n$ under certain circumstances. A proxy destination node ($pD_n$) is an intermediate node in a route that is the terminating node of a RS in that route. This definition rules out the actual destination node $D_n$ from ever being a $pD_n$ and vice versa. A $pD_n$ is so named because it functions as a substitute $D_n$ under certain circumstances. A source destination subset (SDS) is the allowed subset of possible destination nodes for the designated source node. The limiting case is the entire network. A notable special case is a formal subnet.

When a route segment RS is created, a route segment profile also gets created which contains the following information. A segment link set profile (SLSP) which is the ordered SLS for this segment. This ordering may change over time as well as the ordering parameter(s). A segment node set profile (SNSP) which is the ordered SNS for this segment. This ordering may change over time as well as the ordering parameter(s). A time dependent segment stability profile (TSSP) which can be any type of descriptor such as a mathematical function (deterministic, statistical, fuzzy), set of heuristic rules, etc. combined with accumulated node and link status/state information that together track and forecast the way in which a route segment changes over time. For example, one of the simplest descriptors is a linear function characterized by the link quality and node dynamics for that route segment. Each link and node associated with this descriptor would have the same stability profile function, but with different slopes which represent different rates of deterioration and restoration. Link and node availability data would be collected at various times for the links and nodes in

8

this segment and processed by the descriptor. This is a very effective conceptual mechanism for representing RSs with any type of stability from highly unstable to essentially permanently stable segments.

When a route is created, a route profile also gets created which contains the following information. A route segment set profile (RSSP) which contains the ordered set of route segments (RS) that make up the set of links in this route segment. This ordering may change over time as well as the ordering parameter(s). A time dependent route stability profile (TRSP) which can be any type of descriptor such as a mathematical function (deterministic, statistical, fuzzy), set of heuristic rules, etc. that track and forecast the way in which a route changes over time with respect to which route segments connect/disconnect to this route. For example, one of the simplest descriptors is a linear function characterized by the link quality and node dynamics for that route segment. Each segment associated with this descriptor would have the same stability profile function, but with different slopes which represent different rates of deterioration and restoration. Segment availability data and intersegment interaction data would be collected at various times for the segments in this route and processed by the descriptor. The TRSP is a very effective conceptual mechanism for representing the stability of a route with respect to entire route segments. The TRSP indicates a higher order of stability in the network than what the examination of individual links and nodes would show.

A system aspect of the invention will now be described with further reference to FIGS. 4 and 5. As discussed, the mobile ad hoc network 10 has a plurality of wireless mobile nodes 12, and a plurality of wireless communication links 14 connecting the nodes together. Each mobile node 12 includes a router 20 that has a communications device 22 to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links 14. Also, the router includes a controller 24 to route communications via the communications device 22. Also, a memory 26 may be included as part of the controller 24 or in connection with the controller.

The controller 24 includes route tables 36 to define partial and complete routes in the network 10. Again, a route is a set of links 14 and nodes 12 from a source to a destination. The controller also includes a route-need predictor 32 to predict a need for future communications between at least two of the plurality of mobile nodes, and a topology and/or dynamics predictor 34 to predict future-network topology and/or dynamics. The controller 24 also includes a route discovery module 30 to discover routes, including partial and/or complete routes, based upon the need for future communications and the predicted future-network topology. The route discovery module updates the route tables 36 via a route discovery process.

The route-need predictor 32 may predict the need for future communications based upon fuzzy logic "if-then" rules and statistical numerical forecasts as will be described in greater detail below. As will be discussed, the route-need predictor 32 may store descriptive information of the network including at least one of physical and operational characteristics of the network which is samples and updated. Here, the route-need predictor 32 would preferably include a knowledge base of fuzzy if-then rules.

The topology and/or dynamics predictor 34 preferably includes a route failure predictor to predict failure of routes defined in the route tables/cache 36. The route failure predictor generates route failure metrics including link failure metrics and node failure metrics, and may estimate node mobility and/or RF propagation characteristics to generate the route

US 7,453,864 B2

9

10

failure metrics. The route failure predictor also determines a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics, as will be described in greater detail below.

A route maintenance module **40** performs route maintenance in the network based upon predicted route failure. For example, the route maintenance may direct the route discovery module **30** to discover alternative routes to replace routes predicted to fail. Alternatively or in combination, the route maintenance module **40** may increase transmission power on a link to reduce route failure, allocate additional channels on a link to reduce route failure, and/or determine whether alternate routes are defined in the route tables/cache **36** to replace routes predicted to fail.

The general architecture of ΨRt (ΨAr) is built upon the premise of identifying and defining the components of ΨRt such that these components and their external ΨRt parameters are not dependent upon any particular application or general protocol stack. This defined generic set of external ΨRt interface parameters require whatever protocol stack and application is chosen by the applications systems design to conform to the ΨRt interface specification. Such conformation could required the specific applications system to create these parameters through a custom parameter conversion or extraction process. The architecture of each major component ΨRt is kept separate from ΨAr so as to further preserve this independence.

FIG. **6** shows the general architecture of ΨRt (ΨAr) including the interfaces (IF) between the six major functional components that form ΨRt and an example protocol stack on the left. Other protocol stacks may be architected differently, but the set of interfaces (IF) must still provide ΨRt with the information in the parametric forms discussed below. IFs are in general customized for the particular stack and application although a set of generic IFs should be available as templates or defaults for each broad type of protocol stack.

As seen from FIG. **6**, the six major components are ΨControl (ΨCn), ΨRoute Prediction (ΨRp), ΨRoute Discovery (ΨRd), ΨTopology Discovery (ΨTd), ΨRoute Failure Prediction (ΨRf), and ΨPredictive Route Maintenance (ΨRm). For drawing clarity, ΨCn is not shown as explicitly connected to any one of the other components even though there actually are two-way connections/arrows between ΨCn and all the other major components of a ΨRt.

ΨCn is the overall controller or manager for ΨRt. ΨRp predicts future new routes and route segments. ΨRf predicts the failure of routes. ΨRm predicts what should be a fix for a predicted future route failure so that when the route failure actually occurs, assuming it does, the time to discover such a fix is reduced or altogether eliminated. ΨRd is the route discovery function that ΨRp and ΨRm uses to discover new routes/route segments. ΨTd is the topology discovery function for ΨRt.

ΨRt does not explicitly address how any of these six components are physically mapped to any given node or subset of nodes. It is the philosophy of ΨRt to leave the physical mappings to the targeted application or to the designer of the network that must support one or more applications. However, one could argue that it is preferable to have all of these components on each node provided the physical resources of the node will support all of these components residing simultaneously on each node and provided there are no other concerns, such as security, about having so much functionality on each node. The requirements, strategies, reasoning and candidate network architectures for how fully distributed functionality should be in a network should be determined by the network designer. Conceptually, ΨRt is independent of such

mappings. However, for reasons such as throughput, security and energy-constrained nodes, some distributed architectures would naturally be preferable to others depending on the circumstances.

As seen in FIG. **6**, there is direct interaction of the five layers of network communications on the left and the five non-control components of ΨRt although the interaction is not a one layer to one component mapping. ΨCn provides the controls for directing the other five components in a coherent, symphonic operation and its external interfaces are discussed separately in the ΨCn section. Details of each of these components follows.

Application layer-derived data is distributed to ΨRp, ΨRm and ΨRf. This data includes information such as mission plans, schedules, planned traffic patterns, network management data and explicitly-specified future routes. Physical layer information is distributed to ΨRp and ΨRf. Physical layer-derived data includes node mobility limitations, node power specifications and antenna pointing properties. Datalink layer-derived information such as link metrics, node metrics and snapshot topology updates is distributed to ΨRp, ΨRd, ΨRm, ΨRf and ΨTd. However, not all this datalink layer information is sent to each ΨRt component. Transport layer-derived information such as congestion statistics, flow information, and general traffic management information is distributed to ΨRf and ΨRm.

The network layer serves as the mechanism for forwarding information to ΨRd and ΨTd. ΨRt does not explicitly extract this information from these layers, but depends on a separate interface typically written by the application to extract these parameters. The default for ΨRt is to use its set of generic network stack interfaces as the templates for any particular application to utilize ΨRt. One of the distinctive hallmarks of ΨRt is its ability to utilize information from many of the classical layered structure for network communications and yet still function in a less optimal mode should some of this information not be available to ΨRt. Applications, such as mission planning would still function without the network, but the network would use mission planning information if available for improving route prediction.

An example execution flow of a ΨRt network including a large number of mobile nodes is presented below. This example network is using AODV (ΨRt/AODV) as the conventional routing component of ΨRt. AODV (Ad hoc Ondemand Distance Vector) is a reactive routing method. A different reactive method, such as Dynamic Source Routing, could be appropriately substituted for AODV as might be required by the system. A similar set of steps could be developed for a ΨRt/OLSR (Optimal Link State Routing) or using some other proactive method.

1 ΨCn is activated by the system at network initialization and assumes control of the activation of ΨRt including the conventional routing component (AODV) of ΨRd.

2 Ad hoc network routing is initialized using AODV.

3 Route caches (tables) get built for various nodes as route requests are generated.

4 At some point in time, ΨCn activates ΨRp which in turn takes control from AODV when one or more of the following conditions are met.

Designated sets of network stability conditions 1) reach a certain level or 2) track to a specified pattern of change in an area of interest (AOI) in the network.

Some nodes in one or more designated areas of the network start moving too rapidly to be reliably considered a part of route under current discovery.

Nodes move from one part of the network to an area of uncertain, not necessarily unstable, conditions that

could affect the ability to use AODV with some minimal predictable level of reliabilty.

ΨCn receives instructions from an application that communications will be needed among some set of network nodes at some point in the future, but not needed at this time.

The network response to the engagement of ΨRt is as follows.

5 ΨCn multicasts a message to the relevant nodes in the affected areas.

6 Message is specifically directed toward the ΨRp, ΨRm or ΨRf components. ΨRd and ΨTd are slaves to the other components of ΨRt.

7 Message is to predict one or more routes for the designated AOI, predict failures in the AOI or to predict the route maintenance solution to a failure before the failure occurs.

8 Message goes out to the entire network or to designated subsets of it.

9 From this point on until the network is shut down, route tables (caches) are modified by both the predictive components of ΨRt and by the more conventional, non-predictive component of ΨRt (in this case, AODV).

10 Through the execution of ΨRt, collected data is recorded in the associated TRSPs and TSSPs.

11 Create and update the information bases of the associated TRSPs and TSSPs to track the stability and state of each of the network components (nodes, links, segments, and routes).

12 Not all the collected data in these information bases need come from just a route cache analysis. This and other related data can also be collected from separate QoS and traffic management information bases if those services have collected such data. This data can also come directly from nodes transmitting link and node status.

As mentioned above, ΨRt does not fundamentally dictate the mapping of control to a single or any particular group of nodes in the network. Therefore, ΨCn could be distributed to every node in the network or be restricted to one or a few selected nodes depending on the designer's requirements and preferences. The other components of ΨRt are not restricted to residing on the same node with ΨCn. As in all cases with a network in which ΨRt is present, ΨCn actually activates the other components of ΨRt according to external information supplied to ΨCn. One tactic is to activate ΨRt on a periodic basis with the period determined by network conditions. Conditions that could cause a periodic activation of ΨRt are expected changes in node deployment patterns at certain times, regular rapid additions/deletions of nodes in the network and predictable changes in directional antenna pointing effectively turning on and off links between nodes for some period of time. Another tactic is to activate ΨRt according to the outputs of a mission plan which are interpreted by the ΨRp module. In a hybrid network, the availability of ΨRt and not necessarily its activation, could be controlled by the switching logic of the hybrid. For example, a network using the Temporal Transition Network Protocol (TTNP) uses various stability conditions to determine when and where to switch from using a proactive routing protocol to using a reactive routing protocol and vice versa. The general version of TTNP is not limited to just proactive and reactive protocols. TTNP could also include ΨRt as part of the hybrid. Therefore, activation of ΨRt in a TTNP network would be controlled by some specified set of network stability conditions.

On the other hand, ΨRt, specifically ΨCn, will not always be activated in a hybrid ad hoc network and therefore would be unavailable to exert any control during the unavailability period. When active, ΨRt will need to know what happened in the network during its "blackout" period. It will be the responsibility of the hybrid network controller to send the appropriate set of messages to ΨRt in order to sync the ΨRt knowledge and databases with the current state of the network.

As also seen in FIG. 6, ΨCn has direct ΨRt-external interfaces to the application and physical layers. The following is a list of the information that is passed from the application and physical layers over these interfaces to ΨCn and vice versa. ΨCn will be activated typically at system bootup.

1 Message to the node(s) containing ΨCn notifying them of the ΨRt functional component configuration of a given target node or set of nodes in the network. Functional component configuration refers to which functions from the set (ΨRp, ΨRf, ΨRm, ΨTd, ΨRd) that the target node or set of nodes are configured with. This interface message would in general utilize whatever services publishing/discovery method resides on the network.

2 Message or signal to ΨCn to wakeup (activate) the other components of ΨRt

3 Message or signal to ΨCn to shutdown (deactivate) the other components of ΨRt

4 Message to ΨCn to monitor a timer (physical layer info) for when to activate/deactivate other ΨRt components

5 Message from application layer containing tactics for scheduling ΨRp, ΨRf, and ΨRm to run (These components first have to be activated.)

6 Get timer value

7 Set timer value

In the following discussion, "inputs" refers to information passed to ΨCn from one of the other components of ΨRt, and "outputs" refers to information passed from ΨCn to one of the other components of ΨRt. For specific communicated information (request, status response, etc) that is common between ΨCn and all the other major functional components of ΨRt, a single message is defined for each common communication item. The currently defined messages are included below. All other interfaces between ΨCn and the other ΨRt components is presented further below. Although the words "array", "list", "component" and other types of nouns are used in this document to refer to items, no implementation-specific construction is assumed. Therefore, it is of no intention in this document to specify whether a software designer implements an "array" as a formally-defined array, linked list, binary tree or any other computer science construct. That decision is left to the implementers of the concepts and entities identified in this document.

The Activate ΨRt Components ($T_n$, RequestorID, Ack, Component List) message includes $T_n$ as the network ID (IP address, ATM address, etc.) of the target node containing the components to be activated. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this activation request. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the component activation per requested component. If set to FALSE, no such acknowledgement is to be sent by the target node. Component List is the list of components to be activated on the target node.

The ΨRt Components Activated ($T_n$, Component List) message refers to the currently activated ΨRt components on the target node. This message may be sent to any authorized node in the network. $T_n$ is the network ID (IP address, ATM

US 7,453,864 B2

13

address, etc.) of the target node containing the activated ΨRt components. Component List is the list of components currently activated on the target node. The Deactivate ΨRt Components (T_n, RequestorID, Ack, Component List) message includes T_n as the network ID (IP address, ATM address, etc.) of the target node containing the components to be deactivated. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this deactivation request. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the component deactivation per requested component. If set to FALSE, no such acknowledgement is to be sent by the target node. Component List is the list of components to be deactivated on the target node.

The ΨRt Components Deactivated (T_n, Component List) message refers to the currently deactivated ΨRt components on the target node. This message may be sent to any node authorized host in the network. T_n is the network ID (IP address, ATM address, etc.) of the target node containing the activated ΨRt components. Component List is the list of components currently activated on the target node. The node making the deactivation request is assumed to also have knowledge of which ΨRt components were activated on the target node. Therefore, this node or some other having the same knowledge of such activation could check to see if all ΨRt components on the target node have been properly deactivated.

For ΨCn Interface to ΨRp, the Predict Routes (T_n, RequestorID, SDS Set) message includes T_n as the network ID (IP address, ATM address, etc.) of the target node supervising the actual prediction. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this prediction request. SDS Set is the set of Source Destination Subsets (SDS) for which this request for the prediction of routes is specified.

For ΨCn Interface to ΨRf, Route Failure Predicted (P_n, Component List) message includes P_n as the network ID (IP address, ATM address, etc.) of the node predicting one or more route failures. Unless P_n has standing instructions from ΨCn to automatically request ΨRm to predict a maintenance solution for the predicted route failure(s), P_n must get instructions from ΨCn in order to determine what to do about the predicted route failure(s). The intent here is to keep ΨCn in control of this situation since ΨCn has a larger view of the network including the demands of applications under such circumstances.

The Auto Repair Predicted Route Failure AltRt (P_n) message includes P_n as the network ID (IP address, ATM address, etc.) of a node tasked with monitoring network node and link conditions affecting both predicted and non-predicted routes, predicting route failures, then utilizing ΨRm to predict the appropriate route maintenance solution, and then to save this solution in the appropriate location. If the solution is the prediction to use an alternative route (including even simple modifications to the failing route), then the predicted alternate route(s) are added to the appropriate route tables or cache, but not activated until actually needed. If the solution is not via the discovery and usage of alternative routes, including simple modifications of an existing one, then P_n will not automatically repair the route(s) using ΨRm. In these cases, ΨCn will take direct control of the route repair authorizations on a case-by-case basis and direct such types of repairs to whichever nodes have the resources to handle these repairs. For example, it may be that the appropriate maintenance tactic is to boost the transmission power or increase the sensitivity of the receiving nodes at just the right time. Control of this type of adjustment of may not be desirable to automati-

14

cally give directly to a slave process such as ΨRm. Therefore, in such a case, ΨCn would not allow P_n to automatically perform this type of route maintenance and would instead direct the nodes directly attached to the links which are predicted to fail at some point in the future, to either/or boost the transmission power between them or increase their receiver sensitivities. All this must be done at the appropriate future time or else undesirable side effects like using up limited battery power or interfering with surrounding communications too soon might happen.

For ΨCn Interface to ΨTd, The Execute Global Topology Update (T_n, RequestorID, Period, Ack) message includes T_n as the network ID (IP address, ATM address, etc.) of the target node instructed to perform this topology update. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this global topology request. Period is an integer number of network system basic clock cycles at which T_n is to perform a global topology update. If Period is set to 0, the global topology update by T_n is only performed once and not subsequently reexecuted by T_n unless T_n receives another explicit message to do so. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the global topology update each time such update is performed whether as a single event or as a periodically scheduled event. If set to FALSE, no such acknowledgement is to be sent by the target node.

The Global Topology Update Completed (T_n) message refers to the currently deactivated ΨRt components on the target node. This message may be sent to any node authorized node in the network. T_n is the network ID (IP address, ATM address, etc.) of the target node containing the activated ΨRt components. The Cease Global Topology Updates (T_n, RequestorID, Ack) message includes T_n as the network ID (IP address, ATM address, etc.) of the target node instructed to cease executing the global topology updates. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this global topology request. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of that is has ceased the global topology updates. If set to FALSE, no such acknowledgement is to be sent by the target node.

The Execute Topology Microbursts (T_n, RequestorID, NumBursts, Period, Ack, RSSP_List) message includes T_n as the network ID (IP address, ATM address, etc.) of the target node instructed to perform this topology microburst. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this topology microburst request. NumBursts is the number of samples of the topology from the same limited area of the network. Period is an integer number of network system basic clock cycles at which T_n is to perform this topology update. If NumBursts is set to 1, Period is ignored. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the microburst topology update each time such update is performed whether as a single event or as a periodically scheduled event. If set to FALSE, no such acknowledgement is to be sent by the target node. RSSP_List is the set of RSSPs covering the entire portion (could be the entire network) of the network for which the topology update was requested.

The Topology Microburst Request Status (T_n, Status) message includes T_n as the network ID (IP address, ATM address, etc.) of the target node containing the activated ΨRt components. Status is set to 1 when the request is completed. Status is set to 0 if it is on-going. Status is set to −1 if this request has

15

failed. No such interim or final status is reported to $T_n$ unless Ack is set to TRUE in the "Execute Topology Microbursts" message.

For the ΨCn algorithm, the following steps may be used:

1 External factors signal ΨCn to wake up the other components of ΨRt,

These external factors could include the mechanism used to switch from one routing method to another routing method in a hybrid network;

2 ΨCn signals ΨTd, ΨRp, ΨRd, ΨRf and ΨRm to wake up from their inactive state;

3 ΨCn initially schedules ΨRp, ΨRf, ΨTd (global updates only) and ΨRm to run according to tactics specified by the application layer,

Examples of the scheduling of these components can be periodic, aperiodic according to a mission plan, or according to a variety of network conditions such as degrading QoS, rapid changes in node density in parts of the network, etc.;

4 ΨRp, ΨRf, ΨTd (global updates only), and ΨRm continue to execute according to the above chosen scheduling plan;

5 ΨCn may receive and subsequently process requests from ΨRp to instruct ΨTd to perform limited area topology updates at some frequency (topology microbursts);

6 ΨCn may receive and subsequently process requests from ΨRp or an application to change the global topology update rate;

7 ΨCn continues to oversee the flow of ΨRt until being directed by an external signal to suspend or completely deactivate ΨRp, ΨRd, ΨRf, ΨRm and ΨTd;

8 If ΨRt has not been actually shut down, then go to step 1, otherwise Stop.

Data, such as mission and historical node movement data, are used to forecast the need for communications between two nodes at some point in the future. ΨRp will attempt to satisfy this need by predicting from a variety of information what the network will topologically look like at the time the route is actually needed, determining the likelihood that a complete route can be predicted for the appointed future time, and identifying parts of the full route (route segments) that could be reliably predicted in the event it is deemed too hard to predict the full route.

The prediction engine described in this section is also used as the fundamental prediction engine for ΨRf, but with different logic wrapped around the engine for ΨRf since the goals of these two components of ΨRt are different. The predictor makes both local and global predictions. Local predictions will seek to use applications information such as mission plans, to predict the need for new routes. Other types of local predictions can include node and link stabilities. Stability type predictions are propagated to other nodes via topology updates and/or node beacons along with other link/node metrics. For example, these metrics could be returned in route replies for "conventional" MANET reactive routing schemes such as Ad Hoc On-Demand Distance Vector (AODV) or Dynamic Source Routing (DSR). These stability predictions are then used to adapatively control the required frequency of topology updates.

Global predictions have a number of traits. The predicted stability of various routing paths to a $D_n$ can be obtained from aggregating the link stabilities received via topology updates, beacon transmissions or from route replies. Acquisition of routing path stabilities from these mechanisms will allow regions of the network to be classified from low to high stability. Stable areas of the network can more likely support stable routes or partial routes than can less stable areas of the

16

network. The terms "low" and "high" are considered to be "fuzzy" to endow global stability predictions with some robustness.

Quality of service (QoS) could also benefit from these global predictions. A QoS network component can use ΨRt's predictions to determine the likely frequency of route failure and the number of multiple routes needed to support a required class of service. Thus, when QoS classes of service are required for applications, the bond between the routing component and the QoS component becomes strong should the designer choose to use the predictive capabilities of ΨRt. Indeed, combining these two components in this way results in QoS-based routing schemes as opposed to applying QoS to routes discovered independent on QoS metrics.

Generally, route segments that are expected to be part of actual route future complete routes, are likely to be predicted more often than the future complete routes. The reasons for this are three-fold. First, in a highly dynamic network such as is the general case of a MANET, frequent topological changes mean that there will be more opportunity for a predicted full route from $S_n$ to $D_n$ to break up, than for selected, relatively stable parts of the route called route segments. As discussed above, these route segments would be specified by $(pS_n, pD_n)$ pairs except at the boundaries of the associated routes. In other words, conceptually the highest probability of ensuring predictions being stable over the period of time needed to establish and utilize the route is accomplished by predicting route segments instead of entire routes. The boundary node in each segment closest, in terms of the selected routing metric or measure, to the $S_n$ is designated as the $pS_n$. The terminating boundary node in the route segment is $pD_n$. If $S_n$ or $D_n$ are part of a given predicted route segment then those nodes, and not their counterpart proxies, form the predicted route segment. This would result in route segments of the forms $(S_n, pD_n)$ or $(pS_n, D_n)$

The node controlling the prediction process for the desired pair $(S_n, D_n)$ preferably tracks and manages this segmented route prediction to ensure that by the time the entire route is needed to be activated for use, an entire route has been discovered and set aside for this purpose. This route segment prediction tracking and management function is an important part of the ΨCn component that initiated the prediction request.

Second, time constraints may limit the future route discovery window. Tactically valuable route segments could be prediscovered and preloaded into selected nodes' route tables/caches thereby shortening the future full route discovery process. There may also not be enough time available to discover complete future-needed routes, but there could still be enough time to discover segments of these routes. The settling time of the network for the discovery of any particular route is a major factor here.

Third, network bandwidth may become a significant limitation in the current time slots in which such route prediction should also take place. Therefore, the route discovery process would be a candidate for shortening since that adds to the overhead traffic in the network. The challenge here is to minimize the route discovery overhead during certain periods of time by finding only the "right" number of route segments during these bandwidth-restricted slots vs. trying to find the full route which would require more total network bandwidth during peak times.

These discussions imply that the application tactic of choice for route prediction is to be selective in the route segments chosen to be used for prediction. As will be discussed below, ΨRf and ΨRm can identify and repair many of these routes before such problems arise or at least shorten the

US 7,453,864 B2

17

response time to failures. However, frequent route and route segment maintenance activities tend to significantly diminish the throughput of the network even to the point of being critical at times. Therefore, the best general strategy is to reduce the need for route repairs by limiting the number of nodes in the predicted route segment based on the expected stabilities.

ΨRp tracks the topological changes in the network using both global and localized network topology updates some of which are similar to that of current routing methods such as Optimal Link State Routing (OLSR). A separate discussion on ΨTd is found below.

Not all nodes need to be ΨRp enabled nor, due to potential physical (power, processor type, memory capacity, communications capabilities) or information access limitations, can all nodes necessarily be so enabled. This is one of the justifications that leads to possibly restricting the number of nodes in a ΨRt network with the ΨRp ability. These "advantaged" nodes, called $\Psi_c$ (prediction control nodes), would then be able to make requests to other nodes or itself to get (retrieving from a route table/cache or discovering from scratch) routes or route segments that are predicted to be needed at some point in the future. If a route or route segment exists in the node that this request is sent to, then such a request would also have the effect of telling that node to not let that route expire until some amount of time after the route is to be actually needed.

There are a number of basic requirements that should be met for this predictor to be effective in a general MANET environment. There is no particular ordering the following list.

1 A predictor must be on-time implementable.
   A real-time implementation that keeps up with every microchange in the network is not in general necessary. On-time becomes real-time in the few cases in which these microchanges are critical.
   Improved hardware and bandwidth may help in specific applications, but not in the broadest sense of applicability.
2 A broadly applicable predictor must not require the collection of a lot of data (<100 data points) before being able to make a reliable prediction.
   This is more than just a real-time consideration. Collecting a lot of data would often not even be possible because all meaningful collection could frequently occur only over a few data points.
   The collection of a large quantity of such data simultaneously by many nodes in the network could result in too much overhead and threaten the available data bandwidth and timely response of the network.
3 A predictor must be robust in that it can issue reliable predictions even when relevant network conditions are "somewhat" outside the norm that the designer expects.
4 Predictors need not necessarily be complex, but the behavior of a predictor itself must stay within the bounds of acceptable predictability of the applications they serve.
5 The technology foundation of this strategic, fundamental predictor must be robust enough to function well regardless of the priority ordering of the above requirements in this list.
   This priority ordering could vary from application to application.

Candidates for the predictors for problems of a dynamically-changing MANET could be based on fuzzy logic, decision trees, rule induction or combinations of these. Nonpara-

18

metric statistical or deterministic analysis is used to preprocess the data before sending to the actual predictor.

Based on the requirements outlined in section above, the ΨRp predictor method uses a fuzzy rule-based approach (not rule induction). The ΨRp example in this document uses deterministic node deployment information from the application layer, statistically-derived numerical data forecasting actual movement of nodes over time, and link stability information. In a general application of ΨRp, multiple types of data would be used and not necessarily of the types used in the example in this document, although these three types of data are in general very useful for route prediction.

ΨRp is composed of nine components. These components are:
1 Database (ΨDb)
2 Sampling and Database Update and Tactics (SDUT)
3 Knowledge Base (ΨKb)
4 Sampling and Knowledge Base Update and Tactics (SKUT)
5 Statistical Numerical Forecasts (SNF)
6 Information Structure Interface (ISI)
7 Fuzzifier (ΨFz)
8 Reasoning Engine (ΨRe)
9 Defuzzifier (ΨDf)

Each of these components is descibed below with the algorithm for using these components for the predictive functions of ΨRt discussed further below.

The database includes data-sets which are collected during the actual operation of the network and data which is preconfigured into the database. The database typically contains information that is typically descriptive of physical or operational characteristics of the network. Preconfigured data may be constants or default values for physical characteristics of nodes. The data may be either numerical or textual in form. Much of the information in the database is retrieved from and relevant to the physical and application layers. The following is a list of information that should be acquired when possible and placed into this database to facilitate more accurate and useful predictions.

1 Initial number of nodes in the network;
2 Maximum number of nodes allowed in the network (irregularly, if ever sampled);
3 Location of each node (frequently sampled);
4 Maximum possible or permitted speed of each node
5 ID of each node—often an IPv4/v6 or ATM address (sampled);
6 Allowed power capacity of each node for communications
7 Node communications power utilization rate;
8 Current remaining power capacity for communications (sampled);
9 Expected locations of nodes at planned times;
10 Probability associated with each of the expected locations of nodes at the planned times;
11 Predetermined pairs or groups of nodes that are planned to be in communication with each other at various times;
12 Predefined movement patterns of nodes;
13 Planned removal of nodes from service;
14 Planned activation of nodes into service;
15 Predetermined required source routing paths;
16 Permitted location boundary of a node's movement;
17 Node movement rate—speed and acceleration (frequently sampled);
18 Node transmit distance;
19 Node receive distance;
20 Antenna type (omnidirectional, directional, unidirectional);

19

21 Current pointing direction (if directional) of antenna;

22 Planned future antenna pointing directions;

23 Link quality (stability, reliability, availability, etc.).

These parameters, e.g. power-related information, are generic to ΨRt but are derived by custom interfaces (see FIG. 6—IF) which process very layer-specific information and output parameters needed by ΨRp and some other components of ΨRt. This is the tactic used to ensure ΨRt and all its components are transportable to any type of network composed of any type of hardware, MACs, mission plans, etc. Specifically, ΨRp will convert some of these to fuzzy values (fuzzify) before further usage.

Since ΨRp is prediction for the purpose of routing, the sampling strategy must support the database update requirements for the types of information collected and the validity of the information. Typical types of information are the items identified as "sampled" in the list of database information types above. The need for many nodes to hold large databases and sample information across the network can consume a significant percentage of the needed total network bandwidth, occupy too much of a node's memory and drain a node's power reserve. Therefore, "right-sizing" the database is critical as are the tactics for the efficient and timely synchronization of databases across multiple nodes.

Node position data is acquired by two types of sampling mechanisms with each mechanism sampling at two different timescales or frequencies (low frequency, low resolution position and high frequency, high resolution position). The first sampling mechanism uses a route discovery technique to acquire relative node positions at link-level resolution. The second sampling mechanism uses coordinate position data transmitted directly by either the node that the position data applies to or by another node that is designated to transmit its position data for other nodes in the network.

ΨRp issues a request for ΨTd to perform "low frequency" global topology updates at the current low frequency rate. Detailed discussion of the actual Psiactive topology discovery process is presented below. ΨRp uses low frequency-acquired position data to isolate subsets of the nodes from which route and route segments are to be predicted. This overall low frequency assessment rate is application dependent and is initialized with a predefined rate provided by the designer. After initialization, this rate is adjusted as necessary as a result of ΨRp assessing the overall success of providing reliable, ontime routing for the application.

ΨRp issues a request for ΨTd to perform "high frequency" global topology updates at the current high frequency rate. ΨRp uses high frequency-acquired position data for specified subsets of the network to calculate estimated node velocity (speed and direction) of all the nodes in the subset. This high frequency rate is application dependent and is initialized with a predefined rate provided by the designer. After initialization, this rate is adjusted as necessary as a result of ΨRp assessing the overall success of providing reliable, ontime routing for the application. The sampling rate increases with higher frequency position acquisition and decreases as the data acquisition frequency decreases.

Each node can independently collect data and store it in its local database. Generally, each node node's database is not only different from other nodes' databases in the numerical values of data items, but also in the types of data items collected. Since ΨRp that is being hosted on one node will in general need to obtain information contained in the databases of other nodes on some scheduled basis in order to make intelligent, informed predictions, it is essential that the databases be synchronized with each other as necessary to ensure the integrity of the data. This means that some of the needed

20

database may be distributed among many nodes to save on local node memory resources, while other information must be duplicated across selected subsets of nodes. The updating of this duplicated data is generally done at some rate independent of any particular access by nodes in order to maintain real-time prediction throughput.

The ΨRp knowledge base consists of the following general categories of knowledge-encoded information: General system fuzzy If-Then rules; Applications specific fuzzy If-Then rules; Sampling strategy used to populate the database; and Tactics used to synchronize databases across multiple nodes.

The Statistical Numerical Forecasts part of ΨRp uses the Holt-Winters extension to the classic exponentially weighted moving average (EWMA) univariate forecasting procedure to produce the numerical forecasts (predictions) calculated at various timescales. Techniques such as Holt-Winters and EWMA are "ad hoc" techniques because no proper statistical model is associated with these types of techniques. Nevertheless, such forecasting methods have proven to be very useful and practical in practice. The results from each timescale serves as a separate numerical input into the overall ΨRp prediction. For simplicity, only two timescales are utilized resulting in statistical numerical forecasts that serve as two of the three major inputs into a fuzzification mapping. If sufficient computational power is available at the prediction nodes along with sufficient real-time or ontime data inputs to these prediction nodes, then the number of timescales (multiple timescale granularities) could be increased to improve prediction results as may be required by the application.

One input is a large time interval forecast (LTIF) and the second is a short time interval forecast (STIF). The third input into the fuzzifier is not necessarily directly based on ΨRp numerically-calculated forecasts and will be discussed later as input directly from the knowledge base. LTIF is the forecast based entirely on data, such as node movement and link stability, acquired long before the actual route has to be used. STIF is the forecast based entirely on the same data used for the LTIF except that the STIF applies only to this data acquired just before the actual route is to be utilized. The final numerical forecast is a weighted combination of STIF and LTIF.

In general, these weights are depend upon time with LTIF more heavily weighted than the STIF right after the requested route is predicted, but with less weight than the STIF near the time for actual first usage of the predicted route. These weights may be set one of three basic ways: 1) nonparametric statistical estimation, 2) parametric statistical estimation, 3) fixed deterministic values.

The following is the set of equations used for the Holt-Winters forecasts for any timescale.

$$\hat{Y}_{t+P/t}=M_t+B_tP+C_{t+P/t}\ P=1,2,. \tag{1}$$

$$M_t=\lambda_0Y_t+(1-\lambda_0)(M_{t-1}+B_{t-1}) \tag{2}$$

$$B_t=\lambda_1(M_t-M_{t-1})+(1-\lambda_1)B_{t-1} \tag{3}$$

$$C_t=\lambda_P(Y_t-M_t)+(1-\lambda_P)C_{t-p}0<\lambda_0,\lambda_1,\lambda_P\le1 \tag{4}$$

$\hat{Y}_{t+P/t}$ is the prediction of future observations P time periods from the current time t period given the value of $M_t$, which is the prediction for the current value of Y at time t or $Y_t$. $B_t$ is the slope of the prediction equation which is interpreted to mean the local linear trend of the data series. $C_t$ is the "seasonal" component that in this case is considered to be additive in nature. Some seasonal components may be multiplicative in nature and therefore equation (1) would change to reflect this multiplicative nature. For discussion, the additive case is

US 7,453,864 B2

21

assumed. $\lambda_0$, $\lambda_1$, $\lambda_P$ are smoothing constants in the range specified above. These recursive equations permit the reuse of results from one time period earlier to calculate the current time period results for each of the above equations.

The mathematical difference between LTIF and STIF is the length of each time interval. The practical difference is the ability to "home" in on the optimal prediction given the data and knowledge base inputs without overloading the computational and network bandwidth of the prediction nodes and the network. Sampling and processing at different timescales is preferable to sampling and processing at the finest granular timescale level as such a tactic would significantly increase amount of data to acquire and process. Another benefit of the multiple timescales is to rapidly acquire and discern features of the behavior of the network (nodes and links) which exhibit themselves most readily at some natural timescale or frequency. There is no requirement for the LTIF time interval to be an integer multiple of the STIF time interval. Optimally, the length of each interval should be set according to the demands of the application, although a generic STIF and LTIF can also be defined.

Fundamentally, $\Psi Rp$ does not restrict the acquisition and analysis of data to the time domain. $\Psi Rp$ may also be formulated in the frequency domain, but that means changing from the Holt-Winters set of equations to an equivalent set in the frequency domain. This is not discussed in this document since the time domain captures the essence of any formulation of $\Psi Rp$ needed to present the concepts and functions of $\Psi Rp$.

The Information Structure Interface (ISI) is the combined interface between the external and internal components of the network and $\Psi Rp$. The external interfaces are discussed below. The internal interfaces are those interfaces interconnecting two or more of the 8 other major components of $\Psi Rp$ to each other. ISI is mainly concerned with the presentation form of the data and knowledge that is being communicated to and within $\Psi Rp$. More optimum presentation of this data and knowledge means more efficient and easier-to-understand information transport and processing within $\Psi Rp$. One notable ISI component is the interface that extracts information in IPv4/6 protocols and converts it to forms recognized by various $\Psi Rp$ components. The companion for this particular ISI component builds IPv4/6 packets from $\Psi Rp$ information that must be transported over the Internet. Other such interfaces could exist for other types of transport protocols such as ATM and Frame Relay.

The $\Psi Rp$ fuzzifier takes numerical information from the SNF and the knowledge base and maps them into a "fuzzy" space described by fuzzy sets. In a real world dynamic network, especially a MANET, the prediction problem will usually have some nonstatistically-quantifiable vagueness either in the target prediction itself or in the intermediate forecasts needed to arrive at the target prediction. For instance, mission plans may specify that at some given future time, it will be necessary to establish a route between a certain $(S_n, D_n)$ pair. The difficulty becomes how to specify the position and connectivity of nodes which would be candidates as the intermediate nodes in this route at the specified future time given a complex, many-body interaction problem. In other words, this problem has a very specific goal but to get there, must utilize vaguely-knowable future node, link and system state information.

Approaches such as statistical processing, including ad hoc methods like Holt-Winters, and conventional rule-based systems produce results which are too "brittle" to handle such problems. Brittleness is the opposite of robustness and therefore violates the rule discussed above which requires any predictor to be robust in its ability to handle vague specifica-

22

tion of target routes. The present invention proposes to formulate this problem in fuzzy space with the appropriate fuzzy logic operators which together handle this type of vagueness and overcome the brittleness of more conventional approaches.

The fuzzy space mapping and fuzzy logic operations are used for the computation of information and for the formulation/evaluation of production rules. The net effect is to enable $\Psi Rp$ to be more robust in its predictions than possible otherwise. Mathematically rigorous fuzzy logic is applied to combine inputs and produce the appropriate mapping. Another advantage of fuzzy logic is that it requires minimal computational and memory resources and can be readily backtracked to understand how the results were obtained.

The functions of Reasoning Engine ($\Psi Re$) are to evaluate the production rules and to fuse multiple rules' outputs into a single fuzzy set. These rules may fire as a result of the inputs from each timescale and the $\Psi Kb$. $\Psi Re$'s basic problem is inherently fuzzy in nature, unlike conventional reasoning engines and the output from a fuzzy reasoning engine will typically be far less brittle than that produced by its conventional counterpart.

The Defuzzifier $\Psi Df$ is responsible for mapping the output of $\Psi Re$ into a numerical value, range or set of values which is then the proper forecast (prediction) to be used by $\Psi Rt$. Although not part of $\Psi Rp$ per se, $\Psi Rt$ may choose to collect multiple such forecasts and compare these forecasts against actual outcomes to determine higher level system evolutionary characteristics or trends and use these as feedback into the prediction process via $\Psi Kb$. These additional processing approaches are not discussed here.

As seen in FIG. **6**, there are direct interfaces of $\Psi Rp$ with the applications, datalink and physical layers. Within $\Psi Rt$, $\Psi Rp$ directly interfaces to $\Psi Cn$, $\Psi Rd$ and $\Psi Td$. Each of these interfaces is discussed below. The following is a list of the information that $\Psi Rp$ uses that is derived from the applications, datalink and physical layers: Expected locations of nodes at planned times; Probability associated with each of the expected locations of nodes at the planned times; Predetermined pairs or groups of nodes that will be in communication with each other at planned times; Predefined movement patterns of nodes; Planned removal of nodes from service; Planned activation of nodes into service; Predetermined required source routing paths; Permitted location boundary of a node's movement; Node movement rate; Node transmit and receive distances; Remaining life of node power source; Antenna type (omnidirectional, directional, unidirectional); Current pointing direction (if directional) of antenna; Planned future antenna pointing directions; and Link quality (stability, reliability, availability, etc).

The following is the information that $\Psi Rp$ inputs and outputs from/to $\Psi Rd$. The Route Discovery Status ($T_n$, RequestorID, Status, Term_Node ID) message includes $T_n$ as the network ID (IP address, ATM address, etc.) of the target node instructed to perform the route discovery. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the $\Psi Rp$ function which is making this route discovery request. Status is set to TRUE if full requested route was discovered. Status is set to FALSE if request was not successful. If Status is FALSE, then Term_Node ID is either set to −1 or is set to some other node ID of the same form as RequestorID. If set to −1, not even a stable route segment of the requested route could be discovered. If Status is FALSE and Term_Node ID ≠−1, then the discovery process was only able to find a route segment of the actual requested route or

US 7,453,864 B2

23

proxy route. Nevertheless, even a route segment of a proxy route is better than not being able to discover any part of the actual needed route.

The Find_Route_Request ($S_n$, $D_n$, ReqID, RequestorID, ExpTime) message includes $S_n$ as either the true target source node that the node generating this request to ΨRd needs to establish according to its ΨRp prediction or else is a "proxy source" node ($pS_n$). Also, $D_n$ is either the true target destination node that the node generating this request to ΨRd needs to establish according to its ΨRp prediction or else is a "proxy destination" node ($pD_n$). ReqID is this particular active route request originating from this node. RequestorID is the ID (IP address, ATM address, etc). ExpTime is the amount of time that the node receiving this request as well as the target $S_n$, has to wait after finding the route or route segment before marking it as stale and subsequently deleting it.

The following describes the "normal" algorithm for route prediction using the Psiactive concepts and architecture described in this document. Other algorithms are possible that utilize the Psiactive architecture and concepts.

1 Initialize the node and network databases with appropriate physical characteristics of nodes and links.

2 Initialize the node and network knowledge bases with the appropriate fuzzy rules.

3 Perform topology discovery to locate and track the position of nodes whose future positions are specified for in mission plans. This is one step in the process of predicting future-needed routes which is not the same as predicting future needed routes to circumvent a predicted route failure which are discussed below.

4 Perform topology discovery to locate and track the position of ($S_n$, $D_n$) pairs designated in mission plans as communication pairs whose future positions are not explicitly planned or known apriori.

5 Predict the link quality utilizing predefined plans as input data as well as link quality data collected during network operation. This step is for the purpose of predicting good routes in the route discovery process.

6 Predict node quality utilizing predefined plans as input data as well as node quality data collected during operation.

7 Predict the position of nodes that satisfy qualifying criteria as intermediate nodes for the planned ($S_n$, $D_n$) pairs.

8 Perform topology discovery to locate and track the position of single nodes of interest whose future positions are predicted on the basis of input from real-time topology discovery and tracking and not from mission plans.

9 Perform topology discovery to locate and track the position of ($S_n$, $D_n$) pairs designated by real-time requests as communication pairs.

10 Predict node quality utilizing predefined plans as input data as well as node quality data collected during operation.

11 Predict the position of nodes that satisfy qualifying criteria as intermediate nodes for ad hoc requests ($S_n$, $D_n$) pairs.

12 A route prediction requestor node ($P_r$) sends a message to a target prediction control node ($P_c$) to determine a future-needed route from a designated source node ($S_n$) to a designated destination node ($D_n$).

13 $P_c$ takes control of the prediction request until completed.

14 $S_n$ first checks its local routing table (cache) to determine complete routes or route segments that are already marked as stable over the length of time delay before the route is needed.

24

15 $P_c$ retrieves valid global topology information to determine the area of interest (AOI) of the network on which to focus the prediction for the requested ($S_n$, $D_n$) pair. If several ($S_n$, $D_n$) pairs are collected into a "batch", then the global topology update can cover all of these in a single global topology update request. If a global topology update is underway during this request, the global topology update is completed before $P_c$'s request is honored.

16 $P_c$ then requests ΨTd to perform a "topology microburst" within the designated AOI.

17 A Holt-Winters exponentially weighted moving average linear trend is then computed by the $P_c$ using the data acquired from the topology microburst.

18 Use a modified version of the Holt-Winters forecast equations with "seasons" at multiple timescales.

19 Apriori determined values, for example node position from mission plans, may be substituted for some actual measurements. At least some of the data used in the modified Holt-Winters equations must be actual measured data while the network is in operation.

20 Numerical values are then mapped into "fuzzy predictions" via the Fuzzification stage.

21 The Reasoning Engine uses inputs from the knowledge base and the fuzzy predictions to evaluate the production rules and aggregate the fuzzy outputs resulting from all firing rules into one fuzzy set.

22 The Defuzzifier maps the fuzzy result into the modified numerical predicton.

Regarding Psiactive Route Discovery (ΨRd), Routes and parts of routes are added to the appropriate route tables (caches) as predictions dictate. When a node receives a request to send information to another node, that route has either completely or in part already been discovered and loaded into a route table (cache) of the source node $S_n$. Users will not only have the confidence that route failures can be repaired when they occur, but ΨRt will also be looking into how to fix predicted possible route failures before the failures actually occur and therefore the repair process should go much faster.

Link and node information are prime determining factors as to whether a complete route or a route segment can be reliably predictated for the time period needed. Such information includes stability, reliability and availability. Actual route discovery is usually accomplished by a reactive protocol applied to the route segments of the entire ($S_n$, $D_n$) route. The route discovery request generally originates from a some node not part of the segment although this "externalness" of the requesting node is not a requirement. This is a significant departure from other approaches in which the route discovery request always originates from the source node of the target ($S_n$, $D_n$) pair. The reasoning behind this departure is that the future $S_n$ for this future route is just that—a future source node. This means that the network node which will at some future time need to have this route established is not necessarily the node which currently is in position to know this need. Why, this future source node may not even currently exist in the network and therefore would not be in any position to even predict that it would some day need to have a route to some destination node $D_n$. One key advantage of a powerful route predictive capability is that nodes in the network not even a part of the future route could possess future knowledge of this need and start the route discovery process before one or both of the main focal points of this need, the ($S_n$, $D_n$) pair, are even in position to receive the route discovery request. This also is another prime reason to have proxy source and destination nodes.

US 7,453,864 B2

25

Note that ΨRd is not dependent upon which conventional route discovery method (proactive or reactive) to use. Depending upon the particular problem, one method may be superior to another. ΨRd leaves this decision to the application or systems designer, although the defaults for ΨRd are Ad Hoc On-Demand Distance Vector (AODV) for the reactive method and Optimal Link State Routing (OLSR) for the proactive method. The discussions in this document only directly refer to these two route discovery methods.

$S_n$ accomplishes ΨRd by sending a message to a target "proxy $S_n$," ($pS_n$) to establish routes from $pS_n$ to a "proxy $D_n$" ($pD_n$). This phase of route discovery for the ($S_n$, $D_n$) pair starts at this $pS_n$ instead of at the actual $S_n$ and ends at the designated $pD_n$. The ($pS_n$, $pD_n$) route segment is recorded in nodes' local memories (route tables/cache). $pS_n$ and $pD_n$ are generally chosen as outcomes of the route prediction, route maintenance and topology discovery. Could also be chosen from information received from an application.

The Psiactive Route Failure Prediction (ΨRf) function estimates the likelihood of link failures (or dynamics) and uses this information to estimate the likelihood of route failure. A variety of sources of information can be used to estimate the likelihood of link failure including: node mobilities and trajectories, known obstructions in communication paths, and estimation and prediction of link quality. This link failure information can then be used to determine the aggregate likelihood of a route (which is just a series of links) failure. This information may be collected or distributed in either a proactive or reactive fashion depending on what routing techniques are selected in any given implementation. Depending on which approach or combination of approaches are taken, this link/route failure information may be distributed through the network either via topology updates or through a route discovery process. Route failure prediction information is then sent to the Psiactive Route Maintenance function.

ΨRf collects certain statistics for its node which are used in creating metrics. For example, some of these are: Estimated mean time to node shutdown or sleep mode (EMTNS); Estimated mean time to link failure for each link to a neighbor node (EMTNLF); and Estimated link quality (ELQ). Inputs to EMTNS, EMTNLF and ELQ calculations are, for example, estimated node mobility (ENM) and RF propagation characteristics. Certain metrics should be consistent with the Harris-identified QoS metrics defined for ad hoc networks. Each node sends out these metrics to other nodes.

These metrics are included in topology updates that are broadcast periodically or in response to topology update requests. They are also included in route discovery and route reply packets where each node along the path inserts the relevant metric information. This makes packet sizes larger, but the number of overhead transmissions fewer. These larger packets tend to make for potentially more bursty overhead traffic. Once the metrics for all nodes and links along a path are known at a source node, then two things can occur. First, we can calculate the Mean Time to Failure (MTTF) for the path from the source to the destination node. This applies to both (Sn, Dn) pairs and (pSn, pDn) pairs. Second, Psiactive Route Maintenance (ΨRm) will be informed of the MTTF for the path. ΨRm and ΨCn will determine what to do in response to this information.

Any route, R1, is composed of a series of links L1, L2, L3, . . . , Ln. Each of these individual links may be characterized by a rate of link failure, $\lambda Li$ (in failures/sec). There may be a variety of factors influencing the rate of link failure for example: the mobility of each node, the propagation environment, and any obstructions that might impair the link. The information that may be used to estimate the rate of link

26

failure may be derived from several sources including link quality measurements and node movement trajectory information.

The ΨRf algorithm executes the following steps. 1—At every node and for each link to a neighbor node, estimate the rate of link failure $\lambda Li$ based upon one or more of the following observations: Known future node trajectories for neighbor nodes that allow link connectivity to be estimated (possibly from mission plans); Knowledge of current node location and extrapolation of node movement combined with knowledge of obstructions (such as foliage or buildings) along the estimated communication path; Continuous measurement of expected link quality and variations in quality and estimation of expected time to link dropout based on these statistical measures. 2—Create a link failure metric. This can be the rate of link failure $\lambda Li$, for each link from a node to each of its neighbor nodes. 3—Use the link failure metric in a creating routing failure metric. Assume for now that the link failure metric $\lambda Li$ is used. If the failures on each link may be modeled as a Poisson arrival process, then the failure of the route occurs if one or more link failures occur. Then the rate of route failure $\lambda Ri$ (in failures/sec), for route R1 assuming independence of links failures may be calculated as

$$\lambda_{R1} = \sum_{i=1}^{n} \lambda_{Li}$$

Then the route failure metric will be $\lambda Ri$. The MTTF for route R1 is then $MTTF_{R1} = 1/\lambda_{R1}$ seconds.

Link failure metrics may be used in either proactive or reactive routing protocols. In a proactive protocol, the values of the link failure metrics will be included in any topology update packets that a node broadcasts either over a limited area of the network or over the entire network. In a reactive protocol, each node would use its local link failure metrics in updating route failure metrics for any routes evaluated in responding to route discovery packets.

Psiactive Route Maintenance (ΨRm) takes the route failure metrics produced by ΨRf as well as route performance metrics (such as delay and capacity) and determines how best to insure that routes are maintained that meet the system performance goals as well as route failure likelihood goals. The mean time to find a new route may be denoted as $1/\mu$ (in seconds). A rough order of magnitude for this variable is $\mu \approx 1$ or a small number of seconds for most interesting reactive and proactive routing protocols. Thus, we should find a new route (if one exists) in 1 second or so for reasonable link capacities. If we have a single route available, then we must have $MTTF_{R1} >> 1/\mu$ in order for a route to be available most of the time when it is needed. If $MTTF_{R1}$ is too small, then maintaining multiple routes will allow a much larger overall MTTF to be obtained that insures that, almost all of the time, a route to the destination will be available.

There are two principal strategies that are part of ΨRm. A strategy for requesting the discovery of new and multiple routes, and a strategy for using multiple routes.

ΨRm does not necessarily require finding an alternative route. Other strategies are also possible and useful in the right circumstances. One such strategy could also mean boosting the capacity or resilience of the route to failure via for example, pre-boosting the transmission power on a link and preallocating additional channels on the link.

ΨRm is composed of both a predictive route maintenance component and a conventional route maintenance compo-

US 7,453,864 B2

27

nent. The predictive component is used when parts of routes are predicted to be likely to fail. We are given an MTTF for the path from $\Psi$Rf and also given the MTTF estimates for all nodes and links along the path. It is then determined if there are alternate routes in the routing table/cache that are likely to be stable for at least the early part of the timeframe needed. If a new route is needed, an alternate path will be required to be discovered within some fraction of the time estimated as the MTTF. $\Psi$Rp is then informed that an alternate path is to be discovered prior to time T1. The path, P1, is provided as well as sets of nodes and links that may be of questionable duration.

The conventional component is used when the probability of failure is 1, that is, when the failure has occurred. A conventional notification of the source of the failure via Route Error (RERR) packets can be used in this case. New route discovery will be initiated in response to this notification.

$\Psi$Rm takes the route failure metrics produced by $\Psi$Rf as well as route performance metrics (such as delay and capacity) and determines how best to insure that routes are maintained that meet the system performance goals as well as route failure likelihood goals. In selecting routes, this allows a tradeoff between performance metrics such as delay and capacity vs. route failure likelihood. One way to accomplish this is to set minimum acceptable values for delay and capacity and a maximum acceptable value for route failure likelihood.

There are several strategies that could be followed in predicting the need for new routes and replacing failed routes: One could find a batch of routes to a destination and then use these routes until all have failed before attempting to replace any of the routes; One could replace routes as they fail always attempting to maintain at least K routes, where K is the number of routes required to maintain the desired route reliability.

When new routes are needed, they are requested from $\Psi$Rd which determines new routes either by proactive or reactive means. Analysis of the route failure likelihood can be used to determine if new routes are needed to meet an objective goal for route failure likelihood. The following analysis indicates how this might be done depending on the strategy employed for using multiple routes. If one does not replace routes as they fail, then the analysis of the MTTF is straightforward. Assume that each route has the same route failure rate of $\lambda$R (in failures/sec), and that route failures are independent. If no repair of routes is done, the failure process can be modeled as a Markov chain. Then with N routes the MTTF of all routes is

$$MTTF_{\text{All\_Routes}} = \frac{1}{\lambda_R} \cdot \sum_{i=1}^{N} \frac{1}{i}$$

The mean time to have only K good routes remaining is

$$MTT_{\text{K\_Routes}} = \frac{1}{\lambda_R} \cdot \sum_{i=K+1}^{K} \frac{1}{i}$$

We can also analyze the strategy of repairing routes as they fail. If we assume we start with N routes and repair routes as they fail, the problem can also be analyzed as a Markov chain. Then in steady-state, the probability of k route failures that have not been repaired is

28

$$Pr(k\_failures) = \frac{(\lambda/\mu)^k \cdot \binom{N}{k}}{(1 + \lambda/\mu)^N}, \quad 0 \le k \le N$$

With larger values of N and/or values of $\lambda/\mu$, then the probability that all N routes have failed can be made very small. Calculations such as these can be a central element in an adaptive algorithm for determining how many routes should be maintained at any time and when new routes should be discovered.

There are also several possible strategies for using multiple routes. Each of the following approaches could be used within $\Psi$Rm:

1—Use only one route at a time for a given destination node (Other routes would be available as alternate routes in case the primary route failed. This would lead to potential temporary outages during the time needed for detection of the failed route).

2—All functional multiple routes to a destination can be used by splitting traffic to that destination over the multiple routes in a round robin or other fashion to balance the load among the multiple paths. This has the advantage of better load balancing in the network. In addition, if a route is lost, then traffic may continue to be delivered over the other paths so only a portion of the traffic will be lost during the time that the route failure is undetected. This would cause some degradation of QoS for real-time traffic and a need for retransmissions in TCP traffic.

3—Use multiple routes to a destination by routing the same traffic to that destination over each route redundantly for traffic flows that require a particularly high level of QoS. This approach has the disadvantage of using a significant amount of additional resources (capacity) to transmit the redundant information. However, this has the advantage that the loss of a route does not even temporarily lead to loss of data during the time that the route failure is undetected because redundant information is transmitted over the other routing paths. Once a loss of a route is detected, then an attempt can be made to discover an additional route to maintain the desired number of redundant routes.

4—Use multiple routes to a destination simultaneously by splitting the traffic to a destination among the multiple routes by using network-time coding. This approach uses parity checks of an error correction code with interleaving to utilize simultaneous routes for the same traffic to a destination in a very efficient fashion to provide a very high level of QoS. As in the previous approach, this approach has the advantage that the loss of a route does not even temporarily lead to loss of data during the time that the route failure is undetected because redundant information is transmitted over the other routing paths via the FEC parity checks.

Then using one of the strategies outlined above for usage of multiple routes, the following procedure is used to control $\Psi$Rm:

1—Update the value of $\lambda_R$ (in failures/sec) for each route that meets minimum route performance metrics to each destination as this information is received from $\Psi$Rf.

2—Calculate the value of $MTTF_{\text{Routes}}$ for routes to each destination node. The procedure used in this calculation will depend on the strategy employed for using multiple routes. If the value of $MTTF_{\text{Routes}}$ is less than the minimum required value of $MTTF_{\text{Routes}}$, then one or more additional routes may be needed.

US 7,453,864 B2

29

If additional routes are needed, ΨRd is triggered to attempt discover of additional routes to the destination.

Adapt utilization of routes to include new routes if more are found. Exactly how this is done will depend on which of the strategies for using multiple routes are used. For example, if network-time coding is used, then the code rate and interleaver parameters may be adjusted to accommodate the additional route. Then a portion of the traffic (including parity) to that destination node may be sent over the new route(s).

ΨTd is the method used by ΨRt to determine the network topology (node and link configuration/status). ΨTd supports both predictive and non-predictive aspects of route discovery, route failure analysis and route maintenance. Psiactive topology discovery employs two primary activation tactics. First, activate only when a prediction is to be made. Second, activate "topology discovery microbursts" (TDmBs) to take closely-spaced topology snapshots over a relatively very short time period of the same set of nodes. This helps determine localized node movement characteristics should other information not be available to supply this movement information at the resolution needed.

ΨRt uses information from occasional wide area network topology updates when predictive route discovery is needed. This wide area topology information serves as a global map from which more limited subsets of nodes can be extracted on which to perform very focused topology updates (discovery). Restricting the topology discovery for a subset of nodes is performed by the following process. Source node Sn sends a message "Report Local Topology" with the following parameters:

Ids of Each Node in the Target Subset of Nodes

1 Neighbor discovery around each target node of N hops;

2 Time-to-Live for discovery packets;

3 Number of topology reports to send out;

4 Sampling period within each topology report.

The result of topology discovery can be used to limit the route discovery packet propagation. This result can specify the subset of nodes that the route discovery and therefore the route must go through. The default topology discovery for Ψ-Routing is a link state topology discovery technique limited to only the (areas) specified by the source node Sn at topology discovery activation time.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A method for operating a mobile ad hoc network comprising a plurality of mobile nodes and a plurality of wireless communication links connecting the mobile nodes together, the method comprising:

discovering and using routes in the network, a route comprising a set of wireless communication links and mobile nodes from a source to a destination;

predicting route failure in the network by generating route failure metrics including link failure metrics and node failure metrics for each route; and

performing route maintenance in the network based upon the predicted route failure.

30

2. A method according to claim 1 wherein generating link failure metrics and node failure metrics comprises estimating at least one of node mobility and radio frequency (RF) propagation characteristics.

3. A method according to claim 1 further comprising broadcasting route failure metrics to other nodes in the network.

4. A method according to claim 1 wherein predicting route failure further includes determining a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics.

5. A method according to claim 1 wherein performing route maintenance comprises discovering alternative routes to replace routes predicted to fail.

6. A method according to claim 5 wherein discovering alternative routes comprises discovering a plurality of alternative routes for each route predicted to fail.

7. A method according to claim 5 wherein discovering alternative routes comprises predicting and storing available routes for each route predicted to fail.

8. A method according to claim 1 wherein performing route maintenance comprises increasing transmission power on a link to reduce route failure.

9. A method according to claim 1 wherein performing route maintenance comprises allocating additional channels on a link to reduce route failure.

10. A method according to claim 1 wherein discovering and using routes in the network includes storing routes in a route cache; and wherein performing route maintenance comprises determining whether alternate routes are stored in the route cache to replace routes predicted to fail.

11. A method for operating a mobile ad hoc network comprising a plurality of mobile nodes and a plurality of wireless communication links connecting the mobile nodes together, the method comprising:

predicting future-needed routes in the network, a route comprising a set of wireless communication links and mobile nodes from a source to a destination;

discovering routes, including at least one of partial routes and complete routes, based upon the predicted need for future communications;

storing the discovered routes;

predicting route failure in the network for stored routes by generating route failure metrics including link failure metrics and node failure metrics for each route; and

performing route maintenance in the network based upon the predicted route failure.

12. A method according to claim 11 wherein generating link failure metrics and node failure metrics comprises estimating at least one of node mobility and radio frequency (RF) propagation characteristics.

13. A method according to claim 11 further comprising broadcasting route failure metrics to other nodes in the network.

14. A method according to claim 11 wherein predicting route failure further includes determining a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics.

15. A method according to claim 11 wherein performing route maintenance comprises discovering alternative routes to replace routes predicted to fail.

16. A method according to claim 15 wherein discovering alternative routes comprises discovering a plurality of alternative routes for each route predicted to fail.

17. A method according to claim 15 wherein discovering alternative routes comprises predicting and storing available routes for each route predicted to fail.

US 7,453,864 B2

31

**18**. A method according to claim **11** wherein performing route maintenance comprises increasing transmission power on a link to reduce route failure.

**19**. A method according to claim **11** wherein performing route maintenance comprises allocating additional channels on a link to reduce route failure.

**20**. A method according to claim **11** wherein performing route maintenance comprises determining whether alternate routes are stored to replace routes predicted to fail.

**21**. A mobile ad hoc network comprising:

a plurality of mobile nodes;

a plurality of wireless communication links connecting the mobile nodes together;

each mobile node comprising

a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and

a controller to route communications via the communications device, and comprising

a route cache to define partial and complete routes in the network, a route comprising a sat of wireless communication links and mobile nodes from a source node to a destination node,

a route discovery module to discover routes, including at least one of partial and complete routes, and to update the route cache,

a route failure predictor to predict failure of routes defined in the route cache by generating route failure metrics including link failure metrics and node failure metrics for each route, and

a route maintenance module to perform route maintenance in the network based upon predicted route failure.

**22**. The network according to claim **21** wherein the route failure predictor estimates at least one of node mobility and radio frequency (RF) propagation characteristics to generate the route failure metrics.

**23**. The network according to claim **21** wherein the route failure predictor determines a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics.

**24**. The network according to claim **21** wherein the route maintenance module directs the route discovery module to discover alternative routes to replace routes predicted to fail.

**25**. The network according to claim **21** wherein the route maintenance module increases transmission power on a link to reduce route failure.

**26**. The network according to claim **21** wherein the route maintenance module allocates additional channels on a link to reduce route failure.

32

**27**. The network according to claim **21** wherein the route maintenance module determines whether alternate routes are defined in the route cache to replace routes predicted to fail.

**28**. A wireless mobile node for use in a mobile ad hoc network comprising a plurality of mobile nodes, and a plurality of wireless communication links connecting the mobile nodes together, the wireless mobile node comprising:

a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links; and

a controller to route communications via the communications device, and comprising

a route cache to define partial and complete routes in the network, a route comprising a set of wireless communication links and mobile nodes from a source node to a destination node,

a route discovery module to discover routes, including at least one of partial and complete routes, and to update the route cache,

a route failure predictor to predict failure of routes defined in the route cache by generating route failure metrics including link failure metrics and node failure metrics for each route, and

a route maintenance module to perform route maintenance in the network based upon predicted route failure.

**29**. The wireless mobile node according to claim **28** wherein the route failure predictor estimates at least one of node mobility and radio frequency (RF) propagation characteristics to generate the route failure metrics.

**30**. The wireless mobile node according to claim **28** wherein the route failure predictor determines a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics.

**31**. The wireless mobile node according to claim **28** wherein the route maintenance module directs the route discovery module to discover alternative routes to replace routes predicted to fail.

**32**. The wireless mobile node according to claim **28** wherein the route maintenance module increases transmission power on a link to reduce route failure.

**33**. The wireless mobile node according to claim **28** wherein the route maintenance module allocates additional channels on a link to reduce route failure.

**34**. The wireless mobile node according to claim **28** wherein the route maintenance module determines whether alternate routes are defined in the route cache to replace routes predicted to fail.

\*    \*    \*    \*    \*

Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 62 of 360 PageID #: 182084

# EXHIBIT D

US006980537B1

(12) **United States Patent** (10) Patent No.: **US 6,980,537 B1**

Liu (45) Date of Patent: **Dec. 27, 2005**

(54) **METHOD AND APPARATUS FOR COMMUNICATION NETWORK CLUSTER FORMATION AND TRANSMISSION OF NODE LINK STATUS MESSAGES WITH REDUCED PROTOCOL OVERHEAD TRAFFIC**

(75) Inventor: **Yu-Jih Liu**, Ledgewood, NJ (US)

(73) Assignee: **ITT Manufacturing Enterprises, Inc.,** Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 945 days.

(21) Appl. No.: **09/709,502**

(22) Filed: **Nov. 13, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/164,955, filed on Nov. 12, 1999, provisional application No. 60/164,942, filed on Nov. 12, 1999.

(51) Int. Cl.[7] ............................................... **H04Q 7/24**

(52) U.S. Cl. ...................... **370/338**; 370/310; 370/277

(58) Field of Search ............................... 370/328, 389, 370/401, 400, 407, 338, 315, 310

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,958,343 | A | 9/1990 | Abramovici et al. |
| 5,068,916 | A | 11/1991 | Harrison et al. |
| 5,231,634 | A | 7/1993 | Giles et al. |
| 5,233,604 | A | 8/1993 | Ahmadi et al. |
| 5,241,542 | A | 8/1993 | Natarajan et al. |
| 5,317,566 | A | 5/1994 | Joshi |
| 5,530,912 | A | 6/1996 | Agrawal et al. |
| 5,535,195 | A | 7/1996 | Lee |
| 5,631,897 | A | 5/1997 | Pacheco et al. |
| 5,684,794 | A | 11/1997 | Lopez et al. |
| 5,687,168 | A | 11/1997 | Iwata |
| 5,745,694 | A | 4/1998 | Egawa et al. |
| 5,805,593 | A | 9/1998 | Busche |

(Continued)

FOREIGN PATENT DOCUMENTS

DE 41069741 A1 9/1992

(Continued)

OTHER PUBLICATIONS

Adjih, C. et al.; "Link State Routing in Wireless Ad-Hoc Networks"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

(Continued)

*Primary Examiner*—Duc Ho
*Assistant Examiner*—Thien D. Tran
(74) *Attorney, Agent, or Firm*—Edell, Shapiro, & Finnan

(57) **ABSTRACT**

The present invention facilitates cluster formation within a communications network by utilizing network topology information to designate network nodes that are crucial for relaying traffic as cluster head nodes, while remaining network nodes are designated as member nodes. A beacon packet transmission rate of a network node or the interval between successive beacon packet transmissions by that node is adjusted by the present invention to facilitate cluster formation independent of network size and varying initial start times of network nodes. In addition, the present invention utilizes the above described cluster formation technique to form a three tier architecture for transmission or flooding of routing information from head node databases throughout the network. The cluster formation technique is applied to cluster head nodes to form an additional network tier of super nodes that are designated routing information, while cluster head nodes route network data traffic. The databases of cluster head nodes are examined subsequent to flooding of head node database information by super nodes, where data missing from a head node database is requested from a corresponding super node, thereby eliminating transmissions of acknowledgment messages.

**68 Claims, 10 Drawing Sheets**



# US 6,980,537 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,805,977 A | | 9/1998 | Hill et al. |
| 5,805,995 A | | 9/1998 | Jiang et al. |
| 5,825,772 A | | 10/1998 | Dobbins et al. |
| 5,881,095 A | | 3/1999 | Cadd |
| 5,896,561 A | | 4/1999 | Schrader et al. |
| 5,903,559 A | | 5/1999 | Acharya et al. |
| 5,909,651 A | | 6/1999 | Chander et al. |
| 6,052,594 A | | 4/2000 | Chuang et al. |
| 6,130,881 A | * | 10/2000 | Stiller et al. ................ 370/321 |
| 6,192,053 B1 | | 2/2001 | Angelico et al. |
| 6,205,146 B1 | * | 3/2001 | Rochberger et al. ... 370/395.53 |
| 6,208,870 B1 | | 3/2001 | Lorello et al. |
| 6,246,875 B1 | | 6/2001 | Seazholtz et al. |
| 6,260,072 B1 | * | 7/2001 | Rodriguez-Moral ........ 709/241 |
| 6,304,556 B1 | * | 10/2001 | Haas ........................... 370/254 |
| 6,370,571 B1 | * | 4/2002 | Medin, Jr. ................... 709/218 |
| 2003/0165117 A1 | * | 9/2003 | Garcia-Luna-Aceves et al. 370/238 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 06121373 | 4/1994 |
| JP | 08125654 | 5/1996 |
| JP | 09200850 | 7/1997 |
| JP | 09205668 | 8/1997 |
| JP | 11032373 | 2/1999 |
| WO | WO 09718637 | 5/1997 |

### OTHER PUBLICATIONS

Henderson, T.R. et al.; "A Wireless Interface Type for OSPF"; Milcom Proceedings; Oct. 2003; pp. 1-6.

Cain, J.B. et al.; "A Link Scheduling and Ad Hoc Networking Approach Using Directional Antennas"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

Macker, J.P. et al.; "A Study of Link State Flooding Optimizations for Scalable Wireless Networks"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

Hsu, J. et al.; "Performance of Mobile Ad Hoc Networking Routing Protocols in Realistic Scenarios"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

Clausen, T. et al.; "Optimized Link State Routing Protocol (OLSR)"; Internet RFC/STD/FYI/BCP Archives; Project Hipercom, INRIA; Oct. 2003; 75 pages.

Qayyum, A. et al.; "Multipoint relaying: An efficient technique for flooding in mobile wireless networks"; Mar. 2000; 18 pages.

Clausen, T. et al.; "Optimized Link State Routing Protocol"; Internet Draft; Jul. 1, 2002; 55 pages.

Jacquet, P. et al.; "Increasing Reliability in Cable-Free Radio LANs Low Level Forwarding in HIPERLAN"; Wireless Personal Communications, vol. 4, 1996; pp. 51-63.

Corson, M.S. et al.; "An Internet MANET Encapsulation Protocol (IMEP) Specification"; Internet Draft; Aug. 7, 1999; 37 pages.

Jacquet, P. et al.; "Optimized Link State Routing Protocol for Ad Hoc Networks"; Hipercom Project, INRIA; 2001 IEEE; pp. 62-68.

European Telecommunication Standard; Radio Equipment and Systems (RES); High PErformance Radio Local Area Network (HIPERLAN) Type 1; Functional specification; ETSI; Oct. 1996; pp. 1-111.

Viennot, L.; "Complexity Results on election of Multipoint Relays in Wireless Networks"; INRIA; Dec. 1998; pp. 1-12.

Jacquet, P. et al.; "Optimized Link State Routing Protocol"; Internet Draft; Nov. 18, 1998; 17 pages.

Corson, M.S.; "An Internet MANET Encapsulation Protocol (IMEP) Specification"; Internet Draft; Nov. 26, 1997; 18 pages.

Lin, C.R. et al., "Real-time support in multihop wireless networks", Wireless Networks 5 (1999), pp. 125-135.

Koubias, S.A. et al., "Further results on the performance . . . ATP-2 for local area networks", IEEE Transactions on Computers, vol. V37, No. 3, 1988, pp. 376-383.

Bandai, M. et al., "Performance analysis of a channel reservation . . . unicast and multicast packets", Trans. Inst. Electron. Inf. Comm. Eng. B-I, Japan, vol. J82B-1, No. 2, Feb. 1999, pp. 236-250.

Riera, M.O.I. et al., "Variable channel reservation . . . mobility platforms", VTC '98, 48th IEEE Vehicluar Technology Conference, 1998, pp. 1259-1263.

Kee, Chaing Chua et al, "Probabilistic channel reservation . . . pico/microcellular networks", IEEE Commun. Lett. (USA), vol. 2, No. 7, Jul. 1998, pp. 195-196.

Tripathi, S.B. et al., "Performance analysis of microcellisation . . . cellular wireless networks", 1997 IEEE Inter. Conf. On Personal Wireless Communication, pp. 9-14.

Boumerdassi, S., "A new channel reservation . . . cellular communication systems", Broadband Communications, Fourth Intern. Conf. On. Broadband Commun., 1998, pp. 157-168.

Wei, Huang et al, "Channel reservation for high rate service in cellular networks", 1997 IEEE Pacific Rim Conference, vol. 1, pp. 350-353.

Konishi, S. et al, "Flexible transmission bandwidth . . . for NGOSO MSS networks", IEEE J. Sel. Areas Commun. (USA), vol. 15, No. 7, Sep. 1997, pp. 1197-1207.

Ohta, C., et al, "Effects of moving mobiles . . . micro-cellular systems", IEEE Globecom 1996, vol. 1, 1996, pp. 535-539.

Kanazawa, A. et al, "Performance study of . . . micro-cellular systems", IEICE Trans. Fundam. Electron. Commun. Comput. Sci. (Japan), vol. E79-A, No. 7, Jul. 1996, p. 990-996.

Harms, J.J. et al, "Performance modeling of a channel reservation service", Comput. Netw. ISDN Syst. (Netherlands), vol. 27, No. 11, Oct. 1995, pp. 1487-1497.

Harms, J.J. et al, "Performance of scheduling algorithms for channel reservation", IEE Proc., Comput. Digit. Tech. (UK), vol. 141, No. 6, Nov. 1994, pp. 341-346.

Barghi, H. et al, "Time constrained performance . . . for local networks", Eleventh Annual International Phoenix Conference on Computers and Communications, 1992, pp. 644-650.

Masuda, E., "Traffic evaluation of . . . on a T-S-T network", Electron. Commun. Jpn. 1, Commun. (USA), vol. 72, No. 8, Aug. 1989, pp. 104-119.

"PacTel Withdraws . . . dialtone operations", Multichannel News Jan. 29, 1996, pp. 48.

Iwata et al, "Scalable Routing . . . Wireless Networks", IEEE Journal on Selected Areas in Communications, vol. 17, No. 8, Aug. 1999, pp. 1369-1379.

Joa-Ng, et al, "A Peer-to-Peer . . . Mobile Ad Hoc Networks", IEEE Journal on Selected Areas in Communications, vol. 17, No. 8, Aug. 1999, pp. 1415-1425.

Das et al, "Routing in ad hoc networks using a spine", Proceedings of 6th Intern. Conf. On Computer Commun. And Networks, Las Vegas, 1997, pp. 34-39.

Krishna et al, "A cluster-based approach for routing in ad-hoc networks", Proceedings of the Second USENIX Symposium on Mobile and Location—Independent Computing, 1995, pp. 1-10.

Baker D.J. et al, "The architectural organization of a mobile radio network via a distributed algorithm", IEEE Trans. Commun., vol. Con-29, No. 11, pp. 1694-1701, Nov. 1981.

Baker, D.J. et al, "A distributed algorithm . . . mobile radio network", in Proc. IEEE ICC'82, pp. 2F.6.1-2F.6.5.

Ephremides, A. et al., "A design Concept . . . hopping signaling", Proc. IEEE, Vol. 75, No. 1, Jan. 1987, pp. 56-73.

Gerla M. et al, "Multicluster, mobile, multimedia radio network", Baltzer Journals, Jul. 12, 1995, pp. 1-25.

Lin, C.R. et al, "Adaptive clustering for mobile wireless network", IEEE JSAC, Sep. 1997, pp. 1-21.

MingLiang et al, "Cluster Based Routing Protocol (CBRP) Functional Specification" Internet-Draft, Aug. 14, 1998.

Moy, J., "OSPF version 2", RFC2328, Apr. 1998.

Kweon, Seok-Kyo, Real-Time . . . Packet Networks (Quality of Service, ATM, Ethernet), 1998, pp. 1-158.

Huang, Yih, Group Communication Under Link-State Routing (Multipoint Communications, Leader Election), 1998, pp. 1-204.

Behrens, Jochen, Distributed Routing For Very Large Networks Based on Link Vectors (Routing Algorithm), 1997, pp. 1-109.

Khosravi-Sichani, et al, Performance Modeling and Analysis for the Survivable Signaling Network, Proceedings—IEEE Military Communication Conference, v 3, 1991, pp. 880-884.

Bellur, et al, "A Reliable, Efficient Topology . . . Dynamic Networks", IEEE INFOCOM '99, Conf. On Computer Commun. Proceed. 18th Annual Joint Conf. Of IEEE Comp. And Commun. Societies, vol. 1, 1999, pp. 178-186.

Ching-Chuan, et al, "On-Demand Multicast in Mobile Wireless Networks", Proceed. 6th Intern. Conf. On Network Protocols, 1998, pp. 262-270.

Garcia-Luna-Aceves, et al, "Scalable Link-State Internet Routing", Proceed. 6th Intern. Comf. On Network Protocols, 1998, pp. 52-61.

Huang et al, "Optimal Switch-Aided Flooding Operations in ATM Networks", 1998 IEEE ATM Workshop Proceedings, 1998, pp. 329-338.

Behrens, et al., Fast Disseminationof Link . . . Updates or Age Fields, Proceed. 17th Intern. Conf. On Distributed Computing Systems, 1997, pp. 51-58.

Garcia-Luna-Aceves, et al, "Distributed, Scalable Routing . . . States", IEEE J. Sel. Areas Commun. (USA), vol. 13, No. 8, Oct. 1995, pp. 1383-1395.

Behrens, et al, "Distributed, Scalable Routing Based on Link-State Vectors", Comput. Commun. Rev. (USA), vol. 24, No. 4, Oct. 1994, pp. 136-147.

Rutenburg et al, "How to Extract Maximum . . . Topology Updates", IEEE '93. Conf. On comp. Commun. Proceed. 12th Annual Joint Conf. Of the IEEE Comp. And Commun. Societies, 1993, pp. 1004-1013.

Garcia-Luna-Aceves, "Reliable Broadcast of Routing Information Using Diffusing Computations", GLOBECOM '92, Communication for Global Users, IEEE Global Tel. Conf., 1992, pp. 615-21.

Moy, J., "OSPF Version 2", RFC 1583, Mar. 1994.

Johnson et al, "Dynamic Source Routing in Ad Hoc Wireless Networks", Mobile Computing, 1996.

Broch et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Networks", IETF internet draft, Mar. 13, 1998.

Broch et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Networks", IETF internet draft, Oct. 22, 1999.

Johnson et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Network", IETF internet draft, Nov. 17, 2000.

Park et al, "Temporally-Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Aug. 7, 1998.

Park et al, "Temporally-Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Oct. 22, 1999.

Park et al, "Temporally-Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Nov. 24, 2000.

Perkins, "Ad Hoc On Demand Distance Vector (AODV) Routing", IETF Internet draft, Nov. 20, 1997.

Perkins, "Ad Hoc On Demand Distance Vector (AODV) Routing", IETF Internet draft, Nov. 24, 2000.

Deering et al, "Protocol Independent Multicast Version2, Dense Mode Specification", IETF internet draft, May 21, 1997.

Garcia-Luna Aceves, "Source Tree Adaptive Routing (STAR) Protocol", IETF Draft, Oct. 1999.

Wu et al, "Ad Hoc Multicast Routing Protocol Utilizing Increasing id-numbers (AMRIS)", IETF internet draft, 1998.

Ballardie, "Core Based Tree Multicast Routing", RFC 2186, Sep. 1997.

Ballardie et al, "Core Based Tree (CBT)", SIGCOMM '93, 1993, pp. 86-94.

Chiang et al, "Shared Tree Wireless Network Network Multicast", IC3N'97, Apr. 1997, pp. 1-16.

Chiang et al, " Forwarding Group Multicast Protocol (FGMP) for Multihop", Mobile Wireless Networks, ACM-Baltzer Journal of Cluster Computing, 1998.

Lee et al, "On-Demand Multicast Routing Protocol (ODMRP) for Ad Hoc Networks", IETF internet draft, Jan. 2000.

North et al, "Wirelss Networked Radios: Comparison of Military, Commercial and R&D Protocols", Second Annual UCSD Conference on Wireless Communications, Mar. 3, 1999, pp. 1-6.

* cited by examiner

Case 1:19-cv-08345-GFC   Document 1890-1   Filed 12/09/19   Page 66 of 360 PageID #: 1278
Case 1:99-mc-09999   Document 1890-1   Filed 12/09/19   Page 66 of 360 PageID #: 182088



FIG.1A

FIG.1B

Case 1:19-cv-02345-GLC   Document 1890-1   Filed 12/09/19   Page 67 of 360 PageID #: 18209



FIG.2

Case 1:19-cv-09995-GFC Document 1 1 Filed 12/09/19 Page 68 of 360 PageID #: 180090



FIG.3

Case 1:19-cv-09345-GBC Document 1-1 Filed 12/09/19 Page 69 of 360 PageID #: 2091
Case 1:19-mc-09999 Document 1890-1 Filed 12/09/19 Page 69 of 360 PageID #: 182091



FIG.4

Case 1:19-mc-09999-GFC Document 1 Filed 12/09/19 Page 70 of 360 PageID #: 18202



FIG.5



FIG.6

Case 1:19-cv-08245-GFC   Document 1896-1   Filed 12/09/19   Page 71 of 360 PageID #: 18203



FIG.7

Case 1:19-cv-08345-GFC Document 1890-1 Filed 12/09/19 Page 72 of 360 PageID #: 18204



**FIG.8**



FIG.9

Case 1:19-cv-09995-GFC Document 1890-1 Filed 12/09/19 Page 74 of 360 PageID #: 182096



FIG.10



FIG.11

US 6,980,537 B1

1

# METHOD AND APPARATUS FOR COMMUNICATION NETWORK CLUSTER FORMATION AND TRANSMISSION OF NODE LINK STATUS MESSAGES WITH REDUCED PROTOCOL OVERHEAD TRAFFIC

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Patent Application Serial Nos. 60/164,955, entitled "Cluster Algorithm for Ad Hoc Wireless Network" and filed Nov. 12, 1999, and 60/164,942, entitled "Routing Algorithm for Ad Hoc Wireless Networks" and filed Nov. 12, 1999. The disclosures of those provisional applications are incorporated herein by reference in their entireties.

## BACKGROUND OF THE INVENTION

### 1. Technical Field

The present invention pertains to communication systems. In particular, the present invention pertains to a wireless communication system utilizing network topology information to form clusters for data transmission by a minimal quantity of hops and without regard to initial start times of network nodes. In addition, the present invention pertains to a wireless communication system employing cluster formation to form a multiple tier network architecture and facilitate transmission of node link status messages with reduced protocol overhead traffic.

### 2. Discussion of Related Art

Generally, certain wireless networks, such as a cellular network, commonly utilize a relay station to forward a message from a mobile cellular unit to a desired destination. The relay station is typically a fixed base station where each mobile unit transmits an outgoing message directly to the base station (e.g., the base station is generally within one hop from the mobile units) for forwarding through a public telephone network to the desired destination. Ad hoc wireless networks (e.g., dynamic wireless networks without any routing infrastructure) are typically employed for military and personal communication applications. These types of networks do not include fixed base stations, but rather employ nodes that each dynamically determine a relay type network node to route traffic. Thus, the ad hoc network node is provided with a difficult task of determining a routing path for data transmission. Since several hops are typically required to facilitate communications, the cellular scheme described above is insufficient for ad hoc networks.

The related art has attempted to overcome the aforementioned problem by providing flat and hierarchical network architectures for data routing. In particular, the flat architecture basically includes a single tier of network nodes in communication with each other. The flat architecture performs adequately with small scale networks, however, overhead traffic increases rapidly and exceeds network capacity in response to increasing network size. The hierarchal architecture basically arranges a network into plural tiers or hierarchical levels. The first tier typically includes clusters or cells each including a plurality of communication nodes or cluster members. One node within each cluster is designated as the cluster head and has full connectivity to corresponding member nodes. The second tier includes a backbone network formed of the cluster head nodes to enable communications between different clusters (e.g., for data transmitted over greater distances). Thus, the first

2

network tier represents each network node, while the second network tier represents cluster head nodes. In operation, a network member node initially transmits a message to its corresponding cluster head node which subsequently forwards the message through the backbone network (e.g., through plural hops of cluster head nodes) to a destination cluster head node associated with a destination member node. Since full connectivity exists between each cluster head node and its corresponding member nodes, the destination cluster head node transmits the message to the corresponding destination member node. This type of architecture is typically employed in communication networks for military applications.

The formation of clusters and designation of cluster head nodes is generally performed dynamically within the exemplary hierarchical network, while the network employs a routing protocol to facilitate communications within the network. The routing protocol is preferably a link-state type of protocol that is implemented on the backbone network (e.g., by the cluster head nodes). The cluster head nodes each include a database that has information enabling the cluster head nodes to determine appropriate paths for routing messages. In particular, each head node constructs a routing table to determine a successive link to transmit a message from that node toward a destination head node. This is accomplished by transmitting or flooding routing information from each head node database among cluster head nodes to synchronize those databases. In order to ensure receipt of database information, a receiving head node transmits an acknowledgment message to a source head node transmitting the database information. If an acknowledgment message is not received within a predetermined time interval, the database information is re-transmitted to the network head nodes that have not acknowledged receipt of the database information. In addition, each network node (e.g., cluster head and member nodes) periodically broadcasts a beacon type or node status packet in accordance with the routing protocol. This packet basically advertises the presence of a node within the network, and is typically utilized by cluster head nodes for "keep alive" and neighbor discovery purposes.

In order to facilitate internet routing or routing between the hierarchical and other external networks (e.g., the Internet), a modified version of the conventional Open Shortest Path First (OSPF) Protocol may be employed. The OSPF protocol is basically a routing protocol employed for Internet Protocol (IP) type networks, while the modified protocol or Radio Open Shortest Path First (ROSPF) protocol is similar to OSPF, but is adapted for use with radio or wireless networks. For examples of implementation of the OSPF Protocol, reference is made to RFC 1583, Moy, "OSPF Version 2," March 1994, the disclosure of which is incorporated herein by reference in its entirety.

Routing is accomplished in the OSPF protocol by each network node having a routing database containing information related to network topology (e.g., links between network nodes). The routing database is utilized by each node to determine a path for transmitting a message to a destination site. The routing databases are updated by exchanging Link-State Advertisement (LSA) packets between neighboring nodes. These packets generally include information related to current links of network nodes and are typically transferred periodically and/or in the event of a modification to the network topology. The OSPF protocol designates a particular router to flood LSA packets to neighbors in broadcast type networks, while LSA packets are transmitted via point-to-point within non-broadcast type

US 6,980,537 B1

3

networks. The ROSPF protocol employed by the hierarchical network described above is similar to the OSPF protocol and exchanges LSA type packets between neighbors (e.g., cluster head and member nodes) to synchronize routing databases as described above.

The hierarchical architecture may provide significant reduction in routing overhead traffic in relation to the flat architecture depending upon the quantity of cluster head nodes employed. Accordingly, the related art provides several clustering techniques to arrange a network into a hierarchical architecture. Initially, a cluster head node may be utilized to replace the functionality of a cellular network base station and basically serves as a pseudo base station for data traffic within a corresponding cluster. A technique of the related art for cluster head designation and subsequent cluster formation includes determining clusters based on identifiers (e.g., identification codes or numbers) of network nodes. This technique basically designates a network node having a lowest (e.g., or greatest) node identifier as a cluster head. The related art has expanded this technique to utilize a node identifier or a degree of node connectivity to designate a cluster head node, and has further modified the technique to employ interconnected non-overlapping clusters to cover an entire network.

In addition, clustering techniques have been employed for military communication applications and provide a basis for routing protocols. One such technique determines cluster head nodes in accordance with initial random start times of network nodes. Basically, each network node may initiate power or start up at various times, thereby providing a generally random node initiation sequence. A network node is designated as a cluster head node in response to node initiation and determining the absence of neighboring nodes. Thus, nodes having early initiation times tend to be designated as cluster head nodes by this technique. The routing protocol commonly designates cluster head nodes and forms clusters based on network node identifiers (e.g., lowest node identifier is designated as a head node) and certain designation rules.

The clustering techniques of the related art suffer from several disadvantages. In particular, the above clustering techniques generally utilize simple criteria to dynamically designate a cluster head without employing network topology information. In particular, the techniques typically designate a cluster head node based on lowest or greatest node identifier. However, this may result in no direct links between cluster head nodes, thereby requiring additional gateway type nodes (e.g., nodes having communications with two cluster head nodes) to facilitate communication between clusters and increasing the quantity of hops required for communication. The approach according to node random start times may designate a significant quantity of nodes as cluster head nodes, where the designations are typically not optimal selections for a network configuration. Further, this cluster formation technique depends upon the particular sequence of node initiation, thereby enabling particular initiation sequences to facilitate a formation failure. Moreover, the above clustering techniques complicate determination of an appropriate interval between node status packet transmissions. When the interval is set to a value below an acceptable range, large scale networks may become congested. Conversely, if the interval is set to a value above an acceptable range, an extensive time interval is required to complete cluster formation. In addition, the above clustering techniques typically require the initial start times of network nodes to be spaced apart a sufficient

4

interval in order to avoid network failure as the quantity of nodes within the network increases.

With respect to the network architectures for data routing, the flat architecture performs adequately for small scale networks, but as network size increases, the flat network rapidly becomes congested since overhead traffic increases exponentially with network size. The hierarchical architecture reduces overhead traffic relative to the flat network architecture, however, this reduction is insufficient when the network employs on the order of several hundred nodes, thereby limiting application of the routing protocol. Although reliability of flooding node database information throughout a network is enhanced by transmission of acknowledgment messages, these messages increase overhead traffic, thereby degrading network performance.

The present invention overcomes the aforementioned problems by utilizing network topology information to identify network nodes crucial for relaying traffic. The identified nodes are designated as cluster head nodes, while remaining nodes are designated as member nodes. Since cluster head nodes basically serve as relay nodes, the present invention removes the need for gateway type nodes. In other words, the present invention designates a minimum quantity of network nodes as cluster head nodes to achieve connectivity among the nodes. Since the present invention employs a deterministic approach, cluster formation remains substantially the same independently of the initial start-up sequence of network nodes. Further, the designation of cluster head nodes by the present invention is optimal since the designated nodes are crucial for relaying network traffic. Moreover, since the quantity of cluster head nodes that may facilitate communications depends upon the interval between node status packet transmissions, the present invention adaptively adjusts that interval to subsequently facilitate cluster formation independent of network size and varying start times of network nodes.

In addition, the present invention employs a cluster formation technique to form a three tier hierarchical network in order to apply the routing protocol to large scale networks. The cluster formation technique is applied to the cluster head nodes or backbone network to form third tier clusters. Nodes within the third tier distribute routing information from head node databases to reduce overhead traffic, while head nodes within the second tier are utilized for data routing. Further, the present invention reduces overhead traffic by eliminating transmission of acknowledgment messages in response to receipt of the database information. Basically, the present invention examines head node databases and requests third tier nodes to supply missing information. Thus, the present invention only sends request messages in response to receipt of the database information and discovering missing data within head node databases, thereby significantly reducing overhead traffic.

OBJECTS AND SUMMARY OF THE
INVENTION

Accordingly, it is an object of the present invention to facilitate cluster formation in accordance with network topology information to minimize the quantity of hops for data transmission within the network.

It is another object of the present invention to form clusters within a network while designating a minimum quantity of cluster head nodes, thereby reducing the quantity of hops and overhead traffic for data transmission.

US 6,980,537 B1

5

Yet another object of the present invention is to enable cluster formation independent of initial start times of network nodes.

Still another object of the present invention is to form an additional network hierarchical tier to transmit routing information from node databases throughout the network with reduced overhead traffic.

A further object of the present invention is to employ a three tier network architecture to facilitate transmission of routing information from node databases throughout the network with reduced overhead traffic.

The aforesaid objects may be achieved individually and/or in combination, and it is not intended that the present invention be construed as requiring two or more of the objects to be combined unless expressly required by the claims attached hereto.

According to the present invention, an exemplary wireless network includes a plurality of nodes arranged by the present invention into clusters with each cluster having cluster member nodes and a designated cluster head node. The nodes communicate with each other via a link-state type of routing protocol and may further communicate with other external networks in accordance with an internetworking protocol (e.g., a modified version of the conventional Open Shortest Path First (OSPF) routing protocol, or a Radio Open Shortest Path First (ROSPF) protocol). A database within each network node contains link information for that node. The present invention facilitates cluster formation within the network by utilizing network topology information to form clusters and designate cluster head nodes. This is accomplished by identifying nodes that are crucial for relaying traffic within the network and designating those nodes as cluster head nodes, while remaining network nodes are designated as member nodes. Further, the present invention adjusts a node status packet transmission rate or interval between successive node status packet transmissions to facilitate cluster formation independent of network size and varying initial start times of network nodes.

In addition, the present invention utilizes the above described cluster formation technique to form a three tier architecture for transmission or flooding of routing information from head node databases throughout the network. In particular, the cluster formation technique is applied to cluster head nodes to form an additional network tier of super nodes. These super nodes are responsible for distributing the routing information, while cluster head nodes route network data traffic. The databases of cluster head nodes are examined subsequent to flooding of head node database information by super nodes, where data missing from a head node database is requested from a corresponding super node, thereby eliminating transmissions of acknowledgment messages. Thus, the present invention achieves significant reduction in overhead traffic.

The above and still further objects, features and advantages of the present invention will become apparent upon consideration of the following detailed description of specific embodiments thereof, particularly when taken in conjunction with the accompanying drawings wherein like reference numerals in the various figures are utilized to designate like components.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a diagrammatic illustration of network nodes according to the present invention arranged in an exemplary communication network.

FIG. 1B is a block diagram of a network node of FIG. 1.

6

FIG. 2 is a procedural flow chart illustrating the manner in which a network node adjusts the interval between node status packet transmissions according to the present invention.

FIG. 3 is a procedural flow chart illustrating the manner in which a network node receives and processes node status packets according to the present invention.

FIG. 4 is a procedural flow chart illustrating the manner in which a network node determines head or member status to facilitate cluster formation according to the present invention.

FIG. 5 is a diagrammatic illustration of an exemplary configuration of network nodes and corresponding clusters formed in accordance with the present invention.

FIG. 6 is a diagrammatic illustration of an exemplary alternative configuration of network nodes and corresponding clusters formed in accordance with the present invention.

FIG. 7 is a graphical illustration of the relationship between network packet rate and time for an exemplary network configuration employing cluster formation and adjustment of the interval between node status packet transmissions in accordance with the present invention.

FIG. 8 is a diagrammatic illustration of an exemplary network having multiple tiers according to the present invention.

FIG. 9 is a procedural flow chart illustrating the manner in which a network node performs clustering and determines super node status to form a multiple tier network configuration according to the present invention.

FIG. 10 is a diagrammatic illustration of an exemplary configuration of cluster head nodes and corresponding clusters formed in accordance with the present invention.

FIG. 11 is a graphical illustration of the relationship between the total quantity of overhead packets and the quantity of cluster head nodes for the present invention and conventional flooding techniques.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Network nodes according to the present invention arranged in an exemplary wireless network are illustrated in FIG. 1A. Specifically, wireless network 2 includes a plurality of nodes 10 arranged in cells or clusters 12 in accordance with cluster formation of the present invention as described below. Each cell or cluster includes corresponding cluster member nodes 10 with one of those cluster member nodes designated as a cluster head node 14. These cluster arrangements form a first tier of network 2 and facilitate communication within a cluster between the cluster head and member nodes preferably utilizing a first transmission frequency. The head nodes of each cluster are in communication with each other, preferably utilizing a second transmission frequency, and form a backbone network 16. The backbone network essentially forms a second tier of network 2 and facilitates communications between nodes of different clusters (e.g., generally providing communications over greater distances). The architecture of network 2 is similar to that of conventional cellular telephone systems, except that network 2 provides dynamic selection of cells and cluster head nodes as described below.

A network node 10 according to the present invention is illustrated in FIG. 1B. Specifically, node 10 includes a transmitter 22, a receiver 24 and a processor 26. The processor is preferably implemented by a conventional microprocessor or controller and controls the node to trans-

US 6,980,537 B1

7

mit and receive messages in accordance with the communication protocols described below. The transmitter is preferably implemented by a conventional transmitter and transmits messages from the processor, preferably in the form of radio frequency (RF) signals, in accordance with processor instructions. Receiver 24 is typically implemented by a conventional receiver and configured to receive signals, preferably in the form of radio frequency (RF) signals, transmitted by the transmitter of another node. The receiver receives transmitted signals and forwards the received signals to processor 26 for processing. The node further includes an identifier (e.g., a code or identification number) to identify the particular node and a database (not shown) to store information pertaining to neighboring nodes to facilitate cluster formation as described below. A present invention head node 14 is substantially similar to node 10 described above.

The network preferably employs a link-state type of routing protocol that is implemented on backbone network 16. The database of each head node 14 maintains information enabling that cluster head to determine appropriate paths for routing messages through the network. The information typically relates to links between the various network head nodes. The cluster head databases are synchronized in accordance with the routing protocol by transference of database update packets or messages between cluster head nodes that provide network connectivity information. These packets are conventionally transmitted to each neighboring network head node via plural unicast or point-to-point messages (e.g., messages from a source node to a specific destination network node) in response to changes in network topology, an external network connected to network 2 or other modifications to the network facilitating changes in a node database. When a database update packet is received, a point-to-point acknowledgment (ACK) packet is commonly transmitted to the source node from the destination node to indicate packet reception. In addition, each node (e.g., cluster head and member nodes) periodically broadcasts a beacon type or node status packet. This packet basically advertises the presence of a node within the network and is typically utilized by head nodes for "keep alive" and neighbor discovery purposes.

With respect to communications between network 2 and other external networks (e.g., the Internet), the network may employ a Radio Open Shortest Path First (ROSPF) protocol. This protocol is basically a modified version of the conventional Open Shortest Path First (OSPF) protocol commonly utilized for Internet Protocol (IP) type networks. Since the OSPF protocol generates significant overhead when applied to ad hoc networks (e.g., dynamic wireless networks without any routing infrastructure), such as network 2, that protocol has been modified to derive the ROSPF protocol suitable for use with wireless or radio networks. According to the ROSPF protocol, each node within network 2 maintains a routing database including information enabling the node to determine an appropriate path for routing a message to the external network. The information contained within the node routing databases typically relates to links between the various network nodes. The ROSPF protocol is a link-state type routing protocol and provides for synchronization of node routing databases through transmission of Link-State Advertisement (LSA) packets to each network node. These packets are conventionally transmitted to each neighboring network node via plural point-to-point messages (e.g., messages from a source node to a specific destination network node) in response to changes in network topology, an external network connected to network 2 or other modifi-

8

cations to the network facilitating changes in a node database. When a database update packet is received, a point-to-point OSPF type acknowledgment (ACK) packet is commonly transmitted to the source node from the destination node to indicate packet reception.

The arrangement of nodes 10 within clusters 12 and the designation of cluster head nodes 14 are dynamically determined by the present invention. Basically, the present invention facilitates cluster formation and adjustment of the interval between node status packet transmissions within wireless ad hoc type networks. Cluster formation facilitates arrangement of network 2 into clusters and designation of cluster head nodes to form backbone network 16. The present invention distributes processing in a manner that enables each network node to determine its status as a head or member node in accordance with local connectivity information received within node status packet transmissions from neighboring nodes as described below. Since the interval between node status packet transmissions is adjusted, the initial value for that interval is not critical to cluster formation. Generally, the initial interval between node status packet transmissions is set to a low value to form clusters rapidly. If the initial interval is set to a value below an acceptable range, the network becomes congested due to transmission of excessive quantities of node status packets. However, the present invention automatically increases that interval to relieve the congestion.

The manner in which a processor of a network node facilitates transmission of node status packets and adjustment of the interval between transmission of those packets according to the present invention is illustrated in FIG. 2. Initially, power is enabled to an unconfigured network 2 at step 30 and each network node periodically transmits node status packets at predetermined time intervals. The node status packets transmitted by each node include a payload or storage section containing information including the quantity of neighboring nodes associated with that node and a listing of those neighboring nodes. The quantity of this information typically increases as node status packets are received by a node and additional neighboring nodes are discovered. The node status packets are transmitted as a broadcast message to enable each node of a succeeding hop (e.g., nodes within one hop from the transmitting node) to receive the packets. Specifically, a node schedules beacon transmission using an initial value at step 32, and subsequently waits for the transmission time of a succeeding node status packet as determined at step 34. In other words, the network node transmits a node status packet 'k' (e.g., where k is generally an integer greater than or equal to zero) at time, $t_k$, and waits for expiration of a time interval, $T_k$, between time $t_k$ and the transmission time of a succeeding node status packet, $t_{k+1}$. The time interval between node status packet transmissions, $T_k$, is initially set to a generally low predetermined value and is adjusted in accordance with network conditions as described below. However, the time interval may be initially set to any desired value. The network node receives node status packets during transmission and processes the packets as described below to facilitate the interval adjustment.

In response to expiration of the time interval, a node status packet containing relevant neighbor information is transmitted by the network node at step 36. The node processor subsequently determines the appropriate interval for subsequent node status packet transmissions based on the quantity of neighboring nodes indicated within received node status packets. Basically, the quantity of neighboring nodes generally decreases or remains the same in the event

9

that no additional neighbors are discovered, or that neighboring node status packet transmissions are lost due to transmission impairments. In order to enhance the probability of receiving the potentially lost node status packets, the interval between node status packet transmissions, $T_k$, is increased to provide sufficient time for reception of the packets. Specifically, when the quantity of neighboring nodes, $N_k$ (e.g., where N is an integer generally greater than or equal to zero), associated with the network node at a time, tk, is the same as the neighbor quantity, $N_{k-1}$, at a previous time, $t_{k-1}$, as determined at step **38**, the time interval between transmission of node status packets by the network node, $T_k$, is increased at step **42**. Accordingly, the time for transmission of a succeeding node status packet, $t_{k+1}$, may be expressed as follows:

$$t_{k+1} = t_k + T_k + \text{uniform } (\delta);$$

where the uniform function represents a uniform distribution. In other words, the transmission time of a succeeding packet, $t_{k+1}$, is determined from the transmission time of a current node status packet $(t_k)$, a current interval between transmissions $(T_k)$ and an offset $(\delta)$. The offset, $\delta$, is utilized to coordinate node status packet transmissions of network nodes. Since simultaneous transmission of node status packets results in collisions, the node status packet transmission times are staggered among the network nodes to minimize collision occurrence. The offset, $\delta$, may be any desired value or function to achieve appropriate node status packet transmission times. The uniform function basically distributes the offset values among the nodes in an appropriate manner. The interval between node status packet transmissions of neighboring nodes is typically determined by the network node based on the frequency of reception of node status packets from those nodes. Thus, the network node may determine appropriate intervals for node status packet transmissions based on the current interval and intervals of neighboring nodes. Moreover, the time interval between transmission of succeeding node status packets, $T_{k+1}$, may be determined from the current interval $(T_k)$ and the offset $(\delta)$, and may be expressed as follows.

$$T_{k+1} = T_k \cdot \delta.$$

If the quantity of neighbors, $N_k$, associated with the network node at a time, $t_k$, is not the same as the neighbor quantity, $N_{k-1}$, at a prior time, $t_{k-1}$, as determined at step **38**, the time interval for succeeding node status packet transmissions, $T_{k+1}$, is not modified, and the transmission time, $t_{k+1}$, and interval, $T_{k+1}$, are respectively set at step **40** as follows:

$$t_{k+1} = t_k + T_k$$

$$T_{k+1} = T_k.$$

Thus, the transmission time of a succeeding packet, $t_{k+1}$, is determined based on the current transmission time $(t_k)$ and time interval $(T_k)$. Since additional nodes are in communication with the network node, this indicates that the interval is set to a reasonable value and, therefore, should remain unchanged. The above process is repeated until termination of node processing (e.g., power down or other event) as determined at step **44**.

The manner in which a processor of a network node facilitates reception and processing of node status packets transmitted by neighboring nodes is illustrated in FIG. **3**. Initially, each node includes a database that stores information associated with neighboring nodes from which node

10

status packets are received. The database basically maintains a plurality of neighbor sets, S, each including the corresponding node and neighbors from which that node receives node status packets. Thus, the database of a node having 'P' neighbors (e.g., where P is generally an integer greater than or equal to zero) includes P+1 neighbor sets (e.g., a set for the node and individual sets for each of P neighbors). Specifically, the network node receives a node status packet from a neighboring node at step **50**. If the neighboring node is not included within the network node neighbor set as determined at step **52**, the neighboring node is added to that set at step **54**. When the network node database does not include a neighbor set corresponding to the neighboring node as determined at step **56**, that neighbor set is created at step **58**. Since node status packets typically include neighbor information as described above, the neighbor information within the received node status packet is examined by the network node processor at step **60** to determine whether or not neighbors identified within the received packet are included within the neighbor set associated with the neighboring node. If each identified neighbor is not present within the associated neighbor set, that neighbor set is updated to include the missing neighbors at step **64**.

In response to determining at step **66** that the network node is identified within the neighbor set associated with the neighboring node or within the neighbor information of the node status packet, the network node establishes two-way communication with the neighboring node at step **68**. The above process is repeated until termination of node processing (e.g., power down or other event) as determined at step **70**.

The manner in which a processor of a network node determines head or member status of that node to facilitate cluster formation is illustrated in FIG. **4**. Initially, cluster formation is distributed among network nodes where each node determines its status as a head or member node. Node status is basically determined by each node subsequent transmission of a predetermined quantity of node status packets by that node and in response to no new neighbors being discovered and no changes within neighbor sets occurring during the node status packet transmissions. Specifically, a node status packet counter is initialized by the network node processor at step **80**. The network node transmits node status packets including corresponding neighbor information at appropriate times and adjusts the interval between those transmissions as described above. In response to transmission of a node status packet as determined at step **82**, the counter is incremented at step **84**. If the counter is below a predetermined threshold as determined at step **86**, thereby indicating that the predetermined quantity of node status packets has not been transmitted, the network node continues to monitor transmission of node status packets and increment the counter as described above.

When the packet counter accumulates a value greater than or equal to the predetermined threshold, thereby indicating transmission of a sufficient quantity of node status packets, the node processor determines at step **88** whether or not new neighbors have been discovered or a neighbor set has changed. If either of these conditions has occurred during transmission of the node status packets, the counter is re-initialized at step **80** and the processor basically waits for the occurrence of appropriate conditions (e.g., no new neighbors and no changes within neighbor sets) within succeeding sessions of node status packet transmissions (e.g., intervals where the predetermined quantity of node status packets are transmitted) as described above. The

US 6,980,537 B1

11

predetermined quantity of node status packet transmissions may be set to any desired value.

Once a session of node status packet transmissions occurs without discovering a new neighbor and without changes in neighbor sets, the node processor determines at step **90** whether or not a neighbor set associated with the network node is a subset of a neighbor set of any neighboring nodes. The neighbor sets for this determination are stored within the network node database as described above. In other words, the processor determines for the neighbor set, S, associated with the network node the presence of a neighbor set, $S_m$, associated with another node 'm' that satisfies the condition of $S \subset S_m$, where m is generally an integer from one to the quantity of neighboring nodes. If the neighbor set associated with the network node is not a subset of any neighbor sets of neighboring nodes, this indicates that there exist some nodes within the associated neighbor set that may only establish communications through the network node. Thus, the network node is crucial to relay traffic and is designated as a head node at step **92**.

If the neighbor set associated with the network node is a subset of a neighbor set of a neighboring node, the node processor determines at step **94** if there exists a common neighbor set associated with the network node and each of the neighboring nodes (e.g., each neighbor set associated with the network node or neighboring nodes is equivalent to each other). In other words, the processor determines the presence of a neighbor set, C, equivalent to each neighbor set, $S_i$, in the network node database, where 'i' is generally an integer from one to a quantity of nodes including the network node and its neighboring nodes. This basically occurs in the event of a flat network architecture of fully connected nodes where each node has the same neighbors, thereby producing equivalent neighbor sets. When there is no common neighbor set, this indicates that the neighbor set associated with the network node is a subset of another neighbor set as described above. Thus, the neighbors of the network node may facilitate communications through the node associated with that other neighbor set. Accordingly, the network node is not crucial to relay traffic and is designated as a member node at step **96**.

When a common neighbor set exists as determined at step **94**, the node with the lowest identifier is designated as a head node and a master node at step **98**. The master node determines the head or member node status of the remaining nodes. The head nodes are selected to have a predetermined quantity of member nodes associated with each head node. For example, if 'Q' (e.g., where Q is an integer greater than zero) member nodes are to be associated with each head node, the master node designates a head node for each group of Q+1 nodes. The master node informs nodes of their head node status, while remaining nodes are designated as members.

Once status has been determined for network nodes as described above, the head nodes inform corresponding member nodes of the head node designations. This is typically accomplished by the head nodes transmitting status information within the node status packets. When a member node receives node status packets indicating that more than one neighboring node is designated as a head node, the member node may determine the particular head node to utilize for communications based on any desired criteria (e.g., strongest signal, etc.). The above process is repeated until termination of node processing (e.g., power down or other event) as determined at step **100**. The network continually adjusts the interval between node status packet

12

transmissions and performs cluster formation in response to appropriate conditions as described above.

Cluster formation in accordance with the present invention is described with reference to an exemplary network illustrated in FIG. **5**. Specifically, a network **20**a includes nodes **10(1)**–**10(10)** each substantially similar to the nodes described above and arranged with nodes **10(1)**–**10(4)**, **10(4)** –**10(7)** and **10(7)**–**10(10)** respectively in communication with each other and disposed within areas **102**, **104**, **106**. However, node sets **10(1)**–**10(3)**, **10(5)**–**10(6)** and **10(8)**–**10(10)** lack connectivity between those areas. Since node **10(4)** is disposed within areas **102** and **104** and node **10(7)** is disposed within areas **104** and **106**, these nodes are crucial to relay traffic between areas and, therefore, are designated as head nodes. Further, nodes **10(4)** and **10(7)** are the minimum quantity of nodes that should be selected as head nodes to facilitate communications among network nodes. The remaining nodes (e.g., **10(1)**–**10(3)**, **10(5)**–**10(6)** and **10(8)**–**10(10)**) are designated as member nodes.

The neighbor sets associated with each node of exemplary network **20**a are as follows:

$$B_{update} = (N-1) + (N-1)(N-2) = (N-1)(N-2+1)$$
$$(N-1)^2.$$

where the subscript of a set 'S' and the corresponding set elements are in the form of reference numeral indices to refer to a corresponding node. For example, '$S_1$' represents the neighbor set associated with node **10(1)**, while a set element '**2**' refers to node **10(2)**. The database of each node includes the neighbor set of that node and the neighbor sets of neighboring nodes. Byway of example, the database of node **10(1)** includes neighbor sets $S_1$, $S_2$, $S_3$ and $S_4$.

Each neighbor set basically includes the associated node and the neighboring nodes from which the particular node receives node status packets. For example, since node **10(1)** is in communication with nodes **10(2)**, **10(3)** and **10(4)** as described above, the corresponding neighbor set, $S_1$, includes nodes **10(1)**, **10(2)**, **10(3)** and **10(4)**. The head or member status of node **10(1)** is determined by that node based on neighbor sets of the nodes within set, $S_1$, or sets $S_1$, $S_2$, $S_3$ and $S_4$. Since neighbor set $S_1$ is a subset of neighbor set $S_4$, node **10(1)** is not crucial to relay traffic and is designated as a member node. In other words, the nodes within set $S_1$ may also receive packets from node **10(4)**, thereby indicating that node **10(1)** is not crucial to relay traffic.

The status of node **10(4)** is determined by that node based upon neighbor sets of the nodes within set $S_4$, or sets $S_1$, $S_2$, $S_3$, $S_5$, $S_6$ and $S_7$. Since set $S_4$ is not a subset of the neighbor sets of the remaining nodes with that set, this indicates that there exist some nodes within set $S_4$ that may only establish communications through node **10(4)** and, therefore, node **10(4)** is crucial to relay traffic and is designated as a head node. Similarly, node **10(7)** determines, in the manner described above for node **10(4)**, that some nodes within associated neighbor set $S_7$ may only facilitate communications through node **10(7)** and, therefore, node **10(7)** is crucial to relay traffic and designates its status as a head node. The remaining nodes within network **20**a determine their status in substantially the same manner described above. The present invention identifies nodes **10(4)** and **10(7)** as head nodes, thereby designating the minimum quantity of head nodes and providing a minimum quantity of

13

hops for data transmission. The minimum hop quantity further serves to maximize message completion rate and minimize network latency. The network nodes perform the above determination based on the neighbor information received within node status packets and stored in the respective node databases as described above.

Performance of the present invention has been measured with reference to an exemplary network configuration illustrated in FIG. 6. Specifically, network 20b includes nodes 10(1)–10(20) each substantially similar to the nodes described above and arranged with nodes 10(1)–10(6), 10(6)–10(11), 10(11)–10(16) and 10(16)–10(20) respectively in communication with each other and disposed within areas 108, 110, 112 and 114. Nodes 10(6), 10(11) and 10(16) should be designated as head nodes, while remaining nodes within network 20b should be designated as member nodes. The present invention designates nodes 10(6), 10(11) and 10(16) as head nodes without regard to the generally random sequence of node activation. In contrast, the techniques of the related art described above produce sub-optimal results. For example, the lowest node identifier scheme designates at least four cluster head nodes each associated with a respective area 108, 110, 112, 114. Further, that technique requires designation of gateway nodes to route traffic, whereas the present invention provides head node status to nodes that are crucial for relaying traffic, thereby eliminating the necessity of gateway nodes.

In addition, the above-described scheme dependent upon node activation generates different cluster formations with varying start-up activation. In order to produce results for this scheme, a simulator employing a random number generator is utilized to simulate network behavior. The random number generator produces a random number that is associated with a particular node. Thus, corresponding nodes are initiated in accordance with the output of the random number generator to simulate the generally random nature of network node initiation. The random number generator utilizes a base number or seed to produce a sequence of random numbers where variations in the seed alter the sequence of random numbers. Results of cluster formation by the above described node initiation scheme for varying seeds are illustrated in Table I below.

TABLE I

| SEED | HEADS |
|------|-------|
| 123127 | 5, 7, 8, 10, 11, 12, 16, 17 |
| 3127 | 3, 4, 5, 6, 7, 11, 12, 16, 19 |
| 9857 | 4, 7, 8, 10, 11, 13, 16, 20 |

The head nodes indicated in the table are in the form of reference numeral indices to refer to corresponding nodes. Thus, by way of example, a head node '4' in the table refers to node 10(4). As shown above in Table I, the scheme designates a significantly greater quantity of cluster heads than the present invention, where the cluster heads are not optimal or crucial for routing traffic. Further, this scheme generates different cluster formations with varying seeds or node initiation sequences, thereby being dependent upon those sequences for cluster formation.

The performance of adjustment of the interval between node status packet transmissions has been measured on an exemplary network of one-hundred nodes randomly distributed in an area of twenty kilometers by twenty kilometers and having a radio range of approximately ten kilometers. Initially, each network node starts within a period of

14

approximately four seconds. Subsequently, the interval between node status packet transmissions is adjusted in the manner described above. The relationship between packet rate of the network and time is illustrated in FIG. 7. The total packet rate is defined to be the total quantity of node status packets transmitted divided by the elapsed time. As shown in FIG. 7, the packet rate is initially high and decreases with an increased interval to avoid collisions. Once the interval settles, cluster formation is initiated. The present invention designates twenty-two head nodes and seventy-eight member nodes for the network. The node initiation scheme described above cannot form clusters for this network since the network nodes start at approximately the same time. The present invention has been further applied to various network configurations having approximately one-hundred to three hundred fifty nodes. In each case, cluster formation was achieved even during conditions of each node starting at approximately the same time (e.g., starting within four seconds).

Typically, the cluster arrangement of a network affects overhead traffic, where the amount of overhead traffic generally depends on the degree of optimal cluster formation. For example, a cluster formation technique that designates an excessive quantity of cluster head nodes severely affects overhead traffic and routing performance. In order to reduce overhead traffic within a network, the clustering technique described above is further applied to a backbone network of head nodes to form an additional tier of super nodes as illustrated in FIG. 8. Specifically, an exemplary network 200 includes nodes 10(1)–10(11) each substantially similar to node 10 described above. Cluster formation is initially performed by the network nodes to determine head node status in substantially the same manner described above. This same clustering procedure is subsequently performed by head nodes to determine super node status. Once the head node clustering is performed, the network includes an additional tier of super nodes. By way of example, nodes 10(1)–10(11) of network 200 are initially within a first tier 150. Cluster formation is performed by the first tier nodes where nodes 10(3), 10(6) and 10(9) are designated as head nodes 14(3), 14(6) and 14(9). These head nodes form a second tier 160 where each node within that tier is a head node. The head nodes of tier 160 perform cluster formation as described above and node 14(6) is designated as a super node 15(6). The super node forms a third tier 170. When formation of the super node tier commences, a database within each second tier head node includes information relating to connectivity of its neighboring head nodes. In other words, a database of a head node that has 'L' neighboring head nodes (e.g., where L is an integer generally greater than zero) includes the neighbor sets, $H_i$, where 'i' is generally an integer from one through L+1 (e.g., neighbor sets for the particular head node and each of its L neighboring head nodes). The neighbor sets include the associated head node and neighboring head nodes from which the particular head node receives node status packets. The head nodes initially receive this connectivity information from their neighboring nodes within node status packets as described above. The super node includes information relating to connectivity of its corresponding neighboring head node and super nodes at termination of third tier formation.

The manner in which a processor of a network node determines its status to facilitate multiple tier cluster formation is illustrated in FIG. 9. Specifically, power is enabled to the network at step 120 and the network node transmits and receives node status packets and adjusts the interval between those transmissions at step 122 in substantially the same

15

manner described above for FIGS. **2–3**. Once the appropriate conditions have occurred (e.g., no new neighbors and no neighbor set changes have occurred within an interval of a predetermined quantity of node status packet transmissions), the network node determines its status as a head or member node at step **124** in substantially the manner described above for FIG. **4**.

Subsequent node status determination, the node processor determines at step **126** whether or not the network node is designated as a head node. If the network node is designated as a head node, the node processor determines at step **127** whether or not each node within neighbor sets of neighboring nodes has determined its status as a head or member node. Basically, the database of a node having 'W' neighboring nodes (e.g., where W is an integer generally greater than zero) includes the neighbor sets, $S_j$, where j is an integer from one to W+1 (e.g., neighbor sets for the particular node and each of its W neighboring nodes). Cluster formation with respect to network head nodes may commence by a head node when the head or member status of each node within sets, $S_j$, is determined. Initially, an additional head link database is constructed by each head node and includes information relating to cluster head node connectivity. For example, the head link database of a head node having 'L' neighboring head nodes (e.g., where L is an integer generally greater than zero) from which the cluster head node may receive transmissions, includes neighbor sets, $H_i$, where 'i' is generally an integer from one through L+1 (e.g., neighbor sets for the particular head node and each of its L neighboring head nodes). The neighbor sets include the associated head node and neighboring head nodes from which the particular head node receives node status packets as described above. The super node status of the network node is determined at step **128** in response to the nodes within the neighbor sets determining their status. Super node status of the network node is determined in substantially the same manner as the determination of head node status described above for FIG. **4**. The super nodes basically inform corresponding head nodes of the super node designations by transmitting status information within node status packets in substantially the same manner described above for head node notification. Further, when a head node receives information indicating that more than one neighboring node is a super node, the head node may determine the particular super node to utilize for communications based on any desired criteria (e.g., signal strength, etc.) in substantially the same manner described above for member nodes selecting a head node.

A flooding process occurs after formation of the super node tier and is initiated by the super nodes. Basically, flooding is the process where each head node receives routing information from other network head nodes to synchronize head link databases. Thus, the head link database of each head node includes information relating to the connectivity of head nodes within the network in response to completion of the flooding process. In particular, the network node floods a database update packet to other network super nodes at step **132** in response to determining that the network node is a super node at step **130**. The flooding may be accomplished by a unicast or broadcast technique. Specifically, a unicast technique includes each super node transmitting routing or connectivity information from its head link database or any newly received connectivity information to each corresponding neighboring super node via unicast or point-to-point messages. Since the head link database of each super node includes connectivity information of its corresponding neighboring head nodes, the head

16

link database of each super node contains information relating to connectivity of each network head node at completion of the flooding process. The information transmitted by a super node is received by neighboring super nodes that each forward the information via unicast or point-to-point messages to head nodes associated with that super node. Since each head node contains connectivity information relating to each of its neighboring head nodes (e.g., including its corresponding super node), the super nodes need to transmit to their associated head nodes only the information received from neighboring super nodes. The unicast technique facilitates transmission to a destination with minimum power for nodes that may adapt transmission power. Further, since this technique requires a channel to be cleared prior to transmission, the possibility of collisions is reduced. However, this technique transmits a packet for each destination, thereby providing significant overhead traffic for large networks and increasing the likelihood of collisions.

As discussed above, the unicast technique basically transmits packets among super nodes and subsequently floods those packets from super nodes to associated head nodes. The broadcast technique basically includes super nodes flooding connectivity information from their head link database or any newly received connectivity information to each of their super node or head node neighbors. Thus, the super nodes may transmit to any neighbors regardless of super node status. Although the broadcast technique transmits without adaptive power adjustment or a guarantee of a clear channel, this technique provides significant reduction of overhead traffic. For example, one broadcast packet transmission is required to flood connectivity information for a super node having 'Y' associated head nodes (e.g., where Y is generally an integer greater than zero), whereas Y packet transmissions are required by the unicast technique.

Once connectivity information is transmitted by super nodes, the network node in response to being designated a super node, receives the information at step **133** and forwards the information to its associated head nodes. The associated head nodes update their head link databases with the transmitted information and determine whether or not further information is required as described below. If additional information is required, the head nodes transmit requests to the network node to provide the requested information. Accordingly, the network node receives requests for information from associated head nodes at step **134**. The requests are processed by the network node and the information is transmitted via a unicast or point-to-point message to the requesting head node at step **135**. The requesting node receives the information and updates its head link database to contain a complete description of head node connectivity.

Once flooding has been accomplished, each head node should contain sufficient information to perform clustering and route packets. However, in order to ensure the integrity of head link databases, each head node examines its head link database for missing information. Accordingly, in response to the node processor determining at step **130** that the network node does not qualify as a super node, the network node receives and processes database update packets from a corresponding super node at step **136**. The network node processes these packets in order to update its head link database. Once the flooding is complete, the network node examines its head link database for missing information at step **138**. This is accomplished by examining neighbor sets within that database. In particular, each head link database should contain neighbor sets, $D_i$, where 'i' is

17

an integer from 1 through 'Z', and Z is generally an integer greater than zero and represents the quantity of head nodes in the network. The neighbor sets include the associated head node and neighboring head nodes from which the particular head node receives node status packets as described above. The network node examines each neighbor set $D_i$ within the head link database to uncover a set element or neighboring head node for which the head link database does not include a corresponding neighbor set, thereby indicating that the database is incomplete. For example, if node **14(9)** (FIG. 8) is determined to be an element of the set, $D_5$, the network node examines the head link database for the neighbor set, $D_9$, associated with node **14(9)**. When set $D_9$ is not within the database, the database is incomplete and the network node ascertains the missing information.

In response to determining at step **140** that the database lacks information, the network node requests its corresponding super node to provide the missing information at step **142**. The request is processed by the super node and the information is provided to the network node as described above. The head link database of the network node is updated with the information to provide a complete description of head node connectivity. This technique eliminates the need for head nodes to acknowledge receipt of packets from the corresponding super node. Since numerous acknowledgment packets may be transmitted, especially in the case where a super node has several associated head nodes, the amount of overhead traffic is significantly reduced. In certain systems, an acknowledgment is incorporated into the routing protocol for a unicast message. Accordingly, a head node does not need to repeat the acknowledgment to a super node. However, with respect to a broadcast technique, an acknowledgment is typically transmitted to ensure reliability.

Operation of the multiple tier architecture of the present invention is described with reference to an exemplary network configuration illustrated in FIG. **10**. Initially, network **200** includes head nodes **14(1)**–**14(8)** each substantially similar to nodes **14** described above and associated with corresponding member nodes (not shown). Network nodes **14(1)**–**14(8)** have been designated as head nodes in the manner described above and form a second tier of network **200**. The cluster formation technique described above is applied to the head nodes resulting in head nodes **14(3)** and **14(8)** being designated as super nodes. The super nodes flood routing information to synchronize head link databases as described above, where the head link database of each head node should contain the following information or neighbor sets.

$$S_1 = \{1, 2, 3, 4\} \qquad S_2 = \{1, 2, 3, 4\} \qquad S_3 = \{1, 2, 3, 4\}$$

$$S_4 = \{1, 2, 3, 4, 5, 6, 7\} \quad S_5 = \{4, 5, 6, 7\} \quad S_6 = \{4, 5, 6, 7\}$$

$$S_7 = \{4, 5, 6, 7, 8, 9, 10\} \quad S_8 = \{7, 8, 9, 10\} \quad S_9 = \{7, 8, 9, 10\}$$

$$S_{10} = \{7, 8, 9, 10\}$$

The subscript of set D and set elements represent reference numeral indices and refer to particular head nodes. For example, 'D$_1$' represents the neighbor set associated with head node **14(1)**, while an element '2' refers to head node **14(2)**.

Once flooding is accomplished by super nodes **14(3)** and **14(8)**, the head link database of each head node **14(1)**–**14(2)** and **14(4)**–**14(7)** is examined for completeness. By way of example only, node **14(1)** examines its database and discov-

18

ers that node **14(5)** is an element of neighbor sets $D_3$, $D_4$ and $D_8$ respectively associated with head nodes **14(3)**, **14(4)** and **14(8)**. However, the neighbor set associated with node **14(5)** is not within the database of node **14(1)**. Accordingly, node **14(1)** transmits a request to corresponding super node **14(3)** to provide the missing information. If additional information relating to a particular node is missing, this indicates that the node has a system failure or has moved out of range. For example, when the database of node **14(1)** further lacks sets $D_5$, $D_3$, $D_4$ and $D_8$ respectively associated with uncovered node **14(5)** and its neighboring head nodes **14(3)**, **14(4)** and **14(8)**, node **14(5)** typically has a system failure or has moved out of range.

Conventional techniques, such as the OSPF protocol, designate a particular router to transmit a broadcast message to neighboring routers as described above. The neighboring routers each transmit an acknowledgment message to the designated router in response to receiving the broadcast message. When the designated router does not receive a response from a neighboring router within a predetermined time interval, the broadcast message is re-transmitted via the unicast technique to the router not acknowledging the message. However, the present invention eliminates the requirement of transmitting an acknowledgment message, while providing a manner for head nodes to receive missing information from super nodes, thereby reducing overhead traffic. Once initial flooding and database examination are complete, each head node contains information sufficient to route messages. Super nodes handle flooding of database update packets, while head nodes provide routing functions for the network. When changes in network connectivity or other events occur that modify a head link database, new information is flooded to the head nodes to synchronize their head link databases. This is accomplished by a head node transmitting the information to a corresponding super node which subsequently floods the information as described above. This technique may be further utilized to flood database or other information (e.g., internal network routing protocol, ROSPF packets, etc.) to head and/or member nodes throughout the network. The present invention continually adjusts network configuration and designates head nodes and super nodes in response to appropriate network conditions as described above. This enables the network to adapt to changing conditions (e.g., units moving between clusters or unit movement causing a current configuration to be sub-optimal) and provide a relatively optimal configuration for routing traffic.

The present invention may employ alternative techniques to reduce overhead traffic. In particular, broadcast messages may include information from plural database update packets and be transmitted at particular times to reduce overhead traffic. For example, when a super node receives new database information in the form of database update packets from neighboring super nodes, the information may be transmitted immediately within individual packets each corresponding to a received database update packet. However, this may increase packet rate, especially where the node is receiving database information from several other super nodes. Accordingly, the super nodes may transmit information accumulated from several received database update packets within a single cumulative packet for transmission to associated head nodes. Alternatively, each super node may include a timer that is initiated after adjustment of the interval between node status packet transmissions for head node clustering. The timer indicates expiration of predetermined time intervals, and may be set to any desired value. A super node floods a message in response to receiving new

19

routing information within each periodic interval as indicated by the timer. The message includes the routing information received during that interval. This provides a super node an opportunity to aggregate data prior to transmission in order to reduce overhead traffic.

The present invention may achieve significant reductions in overhead traffic. By way of example only, the overhead traffic produced by conventional techniques and the present invention for a fully connected network (e.g., a network including nodes having direct communication with each other) is examined. Basically, two approaches may be utilized to flood database information. One approach is a conventional brute force or basic technique utilizing a flat or single level network architecture, while another approach includes the technique employed by the present invention described above. A comparison between the approaches may be performed based on the quantity of packets transmitted (e.g., excluding re-transmissions within the flat architecture and request messages within the present invention). The packet quantity for the present invention is measured from cluster head nodes. In other words, the second tier or cluster head nodes are considered as a flat architecture for the conventional approach, and as a hierarchical architecture for the present invention subsequent clustering and formation of the third tier. Unicast and broadcast transmission techniques are utilized for the comparison.

Basically, an exemplary network configuration includes 'N' second tier or cluster head nodes that are fully connected, where N is an integer generally greater than zero. Transmission from a single head node initiates a series of transmissions from other head nodes to flood a packet. In other words, a head node initially transmits a database update packet to N-1 destination head nodes, where each destination head node transmits the packet to the remaining N-2 destination head nodes. The total packet quantity, $B_{update}$, using the conventional approach may be expressed as follows:

$$D_1 = \{1, 2, 3\} \quad D_2 = \{1, 2, 3\} \quad D_3 = \{1, 2, 3, 4, 5, 8\}$$
$$D_4 = \{3, 4, 5, 8\} \quad D_5 = \{3, 4, 5, 8\} \quad D_6 = \{6, 7, 8\}$$
$$D_7 = \{6, 7, 8\} \quad D_8 = \{3, 4, 5, 6, 7, 8\}$$

The above expression provides a packet quantity for an update message received by any network node. With respect to a database refresh (e.g., each head node transmits information from its head link database to other head nodes), each head node basically transmits a packet in the manner of an update as described above. Thus, the total packet quantity, $B_{refresh}$, for a database refresh (e.g., $N \cdot B_{update}$) may be expressed as follows:

$$B_{refresh} = N(N-1)^2.$$

Referring to the present invention, upon completion of head node clustering, each head link database includes connectivity information pertaining to each network head node in response to the head nodes being fully connected. Thus, additional information is not required to be flooded, whereas flooding in a flat architecture is dependent upon the implementation and the above expression for $B_{update}$ provides the quantity of packets transmitted. The determination of the total packet quantity transmitted by the present invention is based on the conditions of a node receiving a database update packet from a source head node and sub-

20

sequently flooding the received packet, while node status as a head node or super node remains constant. Accordingly, a present invention head node initially transmits an update packet to its corresponding super node. The super node subsequently transmits the packet to the remaining associated N-2 head nodes. Thus, the packet quantity for the present invention utilizing a unicast technique, $P_{update\ (unicast)}$, may be expressed as:

$$P_{update\ (unicast)} = 1 + (N-2) = N-1.$$

When the present invention employs a broadcast technique, a first packet is transmitted from a head node to a corresponding super node, while a second packet is subsequently broadcasted from the super node to the remaining super or head nodes. Thus, the packet quantity for the broadcast technique, $P_{update\ (broadcast)}$, is equal to two, and may be expressed as follows:

$$P_{update\ (broadcast)} = 2.$$

A graphical illustration of the relationship between the total packet quantity and quantity of head nodes for the conventional approach and the hierarchical approach of the present invention employing unicast and broadcast techniques is illustrated in FIG. 11. As shown in the figure, the present invention significantly reduces packet quantity relative to the conventional approach, especially as the quantity of network nodes increases. For example, when an exemplary network configuration includes ten head nodes, the corresponding packet quantity for the conventional approach is eighty-one, while the packet quantities for the present invention are nine for a three-tier architecture employing a unicast technique and two when employing the broadcast technique. Since clustering and routing are essential elements of self-organizing networks, such as those for ad hoc wireless communications, and since communication failure occurs in response to overhead consuming a significant portion of available bandwidth, the present invention reduces overhead traffic when flooding messages to thereby prevent communication failure and maintain a functioning network.

The present invention is not limited to the networks described herein, but may be applied to any static, mobile or wireless networks (e.g., commercial or military applications, ad hoc wireless network, etc.). Further, the present invention may be applied to any networks requiring self-organization (e.g., military applications), or those that dynamically determine potential routes for message transmission. Accordingly, the present invention has numerous commercial applications in various events (e.g., earthquake, fire, flood, rescue, criminal search, etc.) or within personal communication networks (e.g., within a campus). Moreover, the present invention may be applied in a cellular network, where a base station fails and a multi-hop wireless network is utilized to transmit data.

It will be appreciated that the embodiments described above and illustrated in the drawings represent only a few of the many ways of implementing a method and apparatus for communication network cluster formation and transmission of node link status messages with reduced protocol overhead traffic.

The communication networks employing the present invention nodes may include any quantity of those nodes or tiers. The present invention network nodes may be arranged to form any plural tier network configuration and may transmit information throughout that network configuration in the manner described above to reduce protocol overhead traffic. The network nodes may be arranged in any fashion

21 22

into any quantity of clusters, cells or tiers each having any quantity of member nodes, head nodes and/or super nodes. The backbone network may include any quantity of head nodes, while communications within a cluster and between neighboring cluster head and/or super nodes may utilize the same or different transmission frequencies. The network may include any quantity of nodes, head nodes and super nodes, where each node may have any quantity of neighboring nodes. The head and super nodes may respectively have any quantity of associated member and head nodes. The variables used herein (e.g., N, P, Q, L, W, Y, Z, etc.) merely describe network and data configurations, and do not limit the present invention to any particular configuration. The variables may be any type of number (e.g., integer, real, etc.) having any desired value. The neighbor sets may include any information to identify neighboring nodes arranged in any fashion.

The formation of cells and designation of head and super nodes may be predetermined or accomplished dynamically via the technique described above. The nodes may communicate via any suitable communications medium (e.g., wired or wireless communication devices, etc.). The present invention node may include any quantity of conventional or other transmitters, where each transmitter may transmit signals at any suitable frequency and in any suitable energy form (e.g., radio signals, microwave, optical signals, etc.), and any quantity of conventional or other receivers, where each receiver may receive signals at any suitable frequency and in any suitable energy form (e.g., radio signals, microwave, optical signals, etc.). Alternatively, the present invention node may include any quantity of combined transmitting/receiving devices. The node identifier may include any quantity of any types of alphanumeric or other characters or symbols which provide the identification of a node within a sequence. The sequence may be conventional and known (e.g., numeric order, alphabetical order, etc.), or may be predetermined (e.g., created or constructed) and provided to the nodes.

The processor of the present invention node may be implemented by any conventional or other microprocessor, controller or circuitry to perform the functions described herein, while any quantity of processors or processing devices or circuitry may be employed within the present invention node where the processor functions may be distributed in any fashion among any quantity of modules, processors or other processing devices or circuits. The software for the processor of the present invention node may be implemented in any suitable computer language, and could be developed by one of ordinary skill in the computer and/or programming arts based on the functional description contained herein and the flow charts illustrated in the drawings. Further, any references herein of software performing various functions generally refer to processors performing those functions under software control. The software and/or algorithms described above and illustrated in the flow charts may be modified in any manner that accomplishes the functions described herein. The present invention node may alternatively include any components arranged in any fashion to facilitate distribution of packets within the network in the manner described above.

The database update, node status and other packets or messages (e.g., acknowledgment, point-to-point message, broadcast message, etc.) may be of any size, may have any format, may contain any desired information and may be transmitted via any suitable transmission technique (e.g., unicast, broadcast, etc.). The node status packets may be transmitted at any suitable transmission rate or have any

desired interval between transmissions. The initial interval between node status packet transmissions may be set to any desired value. This interval may be adjusted in response to any suitable conditions (e.g., neighbor quantity, expiration of timers, etc.). The interval adjustment offset may be set to any desired value or function to achieve transmission times producing an acceptable quantity of collisions for network operation. The offset may be distributed among nodes in any desired fashion via any suitable function (e.g., a uniform distribution function, etc.). The timers (e.g., periodic interval timer for accumulating information prior to transmission, etc.) may be implemented by any conventional or other timing mechanisms (e.g., processor clock, external hardware, software, etc.) and may be set to any desired intervals (e.g., fractions of seconds, seconds, minutes, hours, days, etc.) for their respective functions. Similarly, the counter (e.g., for node status packet transmissions, etc.) may be implemented by any conventional or other counting mechanisms (e.g., external hardware, software, etc.).

Cluster formation to determine head and member status may be initiated in response to any suitable conditions (e.g., transmission intervals, expiration of timers, etc.), while the threshold of node status packet transmissions may be set to any desired value. The head and super nodes may be identified in any manner that determines network nodes which are required to facilitate communications within the network (e.g., based on neighbor sets, shortest path techniques, node transmission ranges, etc.). The master node may be selected in any fashion and may subsequently determine head nodes via any conventional or other techniques. The head and super nodes may transmit any information in any manner (e.g., within any packets, etc.) to inform neighboring nodes of the head or super node designations. Similarly, the master node may transmit any information in any manner to inform nodes of their head node status. A member or head node having plural head or super nodes may select a corresponding head or super node based on any desired criteria (e.g., strongest signal, connectivity, etc.).

The various messages may include any identifier to identify the type of message or packet. The node status and database update packets may be transmitted at any desired intervals and/or in response to any desired events or conditions. The flooding may utilize any unicast, broadcast or other transmission techniques either individually or in any combination, while any types of messages or other information (e.g., ROSPF information, database synchronization, routing control information, etc.) may be flooded in the manner described above. The packets transmitted in the flooding process may include any quantity of accumulated information (e.g., information received from any quantity of packets received by a node). Further, the flooded packets may include information received during particular time intervals, where the time interval and associated timer may be set to any desired values.

The communication network may employ any suitable intranet and/or internetworking communications protocols to facilitate reception, processing and transference of messages or packets within or external of the network. The present invention may be utilized within any intranet, internetworking or other protocol to transmit or flood messages within the network in accordance with that protocol. The node databases (e.g., routing, head link, etc.) may be implemented by any conventional database or other storage structure (e.g., processor memory, external memory, file, data structure (e.g., array, queue, stack, etc.), etc.) and may have any desired storage capacity to contain any desired infor-

US 6,980,537 B1

23

mation. The head link or other databases may be examined in any manner and utilize any conventional or other techniques to determine information missing from those databases.

It is to be understood that the present invention is not limited to the applications or networks described herein, but may be utilized for various communication applications or networks, especially those employing link-state based routing protocols. Further, the present invention may be applied to any applications requiring flooding of routing or any other information.

From the foregoing description it will be appreciated that the invention makes available a novel method and apparatus for communication network cluster formation and transmission of node link status messages with reduced protocol overhead traffic wherein network nodes crucial for relaying network traffic are designated as head nodes to form a hierarchical network configuration, while this technique is further applied to those designated head nodes to form a multiple tier architecture for flooding information with reduced overhead traffic.

Having described preferred embodiments of a new and improved method and apparatus for communication network cluster formation and transmission of node link status messages with reduced protocol overhead traffic, it is believed that other modifications, variations and changes will be suggested to those skilled in the art in view of the teachings set forth herein. It is therefore to be understood that all such variations, modifications and changes are believed to fall within the scope of the present invention as defined by the appended claims.

What is claimed is:

**1**. In a communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a routing unit for routing said messages from said member units, a communication unit to transmit and receive messages within said network comprising:

a transmitter to transmit an outgoing message to each neighboring unit of said communication unit;

a receiver to receive an incoming message from said each neighboring unit;

a storage unit to store network connectivity information relating to said communication unit and corresponding neighboring units; and

a processor to control said transmission and reception of said outgoing and incoming messages, wherein said processor includes:

a configuration module to designate a status of said communication unit as one of said routing unit and said member unit to configure said communications network, wherein said configuration module includes:

a neighbor module to examine said network connectivity information and identify neighboring units of said communication unit that are isolated from communications with remaining neighboring units of said communication unit:

a designation module to designate said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit,

24

wherein said communication unit designation as said routing unit is fixed for routing subsequent network messages; and

a monitor module to re-evaluate said communication unit designation in response to connectivity changes in said network.

**2**. The unit of claim **1** wherein said transmitter transmits said outgoing message in the form of radio signals.

**3**. The unit of claim **1** wherein said receiver receives said incoming message in the form of radio signals.

**4**. The unit of claim **1** wherein said processor further includes:

a status transmission module to facilitate transmission of a unit status message at a periodic time interval, wherein said unit status message includes unit connectivity information relating to network connectivity of said communication unit; and

a status reception module to facilitate reception of said unit status message from said each neighboring unit and to update said connectivity information within said storage unit in accordance with unit connectivity information contained within each received unit status message.

**5**. The unit of claim **4** wherein said processor further includes:

an interval module to adjust said periodic time interval in response to detecting modifications in network connectivity indicated by said updated connectivity information within said storage unit.

**6**. The unit of claim **5** wherein said interval module further includes:

an interval adjustment module to increase said periodic time interval in response to determining that a quantity of neighboring units of said communication unit is equal to said neighboring unit quantity of an immediately preceding periodic time interval.

**7**. The unit of claim **4** wherein said configuration module further includes:

a transmission interval module to maintain a count of unit status message transmissions by said communications unit and to determine when a predetermined quantity of said unit status messages has been transmitted;

an evaluation module to determine the presence of modifications to said connectivity information within said storage unit during said unit status message transmissions; and

a unit status module to determine said status of said communication unit as said routing unit in response to an absence of modifications to said connectivity information as determined by said evaluation module.

**8**. The unit of claim **7** wherein said unit status module further includes:

a routing status module to designate said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit;

a master status module to designate said communication unit as a master unit in response to determining that said communication unit and each neighboring unit are in communication with the same units and said communication unit is associated with an identifier superior to identifiers of said neighboring units; and

a member status module to designate said communication unit as a member unit of a corresponding routing unit in response to said master status module determining that said communication unit and each neighboring unit are in communication with at least one different unit

25

and said routing status module determining that said communication unit fails to qualify as said routing unit.

**9**. The unit of claim **8** wherein said master status module further includes:

a routing unit selection module to determine said status of said neighboring units as said routing and member units in response to said communication unit being designated as said master unit; and

a status transmission module to facilitate transmission of status information to neighboring designated routing units to inform those units of their designation as routing units by said communication unit serving as said master unit.

**10**. The unit of claim **1** wherein said configuration module further includes:

a link storage unit to store connectivity information relating to routing units; and

a routing unit configuration module to examine said network connectivity information within said link storage unit in response to said communication unit being designated as said routing unit and to designate said communication unit as a transmission routing unit in response to determining that said communication unit communicates with at least one neighboring routing unit that is isolated from communications with remaining neighboring routing units of said communication unit.

**11**. The unit of claim **10** wherein said transmission routing unit transmits update messages including network connectivity information, and said routing unit configuration module further includes:

a message forwarding module to receive an update message from a neighboring transmission routing unit in response to said communication unit being designated as said transmission routing unit and to transmit said received message to neighboring routing units to facilitate synchronization of said link storage unit of each said routing unit.

**12**. The unit of claim **11** wherein said routing unit configuration module further includes:

an update module to receive an update message from a neighboring transmission routing unit in response to said communication unit being designated as said routing unit and to update said link storage unit with said connectivity information contained within said received update message;

a data integrity module to examine said network connectivity information within said link storage unit and determine information missing from said link storage unit in response to said update by said update module; and

a request module to request said neighboring transmission routing unit to transmit said missing information in response to said data integrity module determining that information is missing from said link storage unit.

**13**. The unit of claim **12** wherein said routing unit configuration module further includes:

a request processing module to receive said request from a neighboring routing unit in response to said communication unit being designated as a transmission routing unit and to process said received request to transmit information identified in said request to that neighboring routing unit.

**14**. The unit of claim **11** wherein said message forwarding module further includes:

a data accumulation module to accumulate information received within plural update messages and to transmit said accumulated information in the form of a single

26

transmission to neighboring routing units to facilitate synchronization of said link storage unit of said each routing unit.

**15**. The unit of claim **11** wherein said message forwarding module further includes:

a timer to indicate expiration of periodic reception intervals; and

a data accumulation module to accumulate information received within each of said periodic reception intervals and to transmit said accumulated information of each periodic reception interval in the form of a single transmission to neighboring routing units at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**16**. In a communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a routing unit for routing said messages from said member units, a method of configuring a network communication unit to transmit and receive messages within said network comprising the steps of:

(a) examining network connectivity information relating to said communication unit and corresponding neighboring units stored in a storage unit of said communication unit and identifying neighboring units that are isolated from communications with remaining neighboring units of said communication unit;

(b) designating said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit, wherein said communication unit designation as said routing unit is fixed for routing subsequent network messages; and

(c) re-evaluating said communication unit designation in response to connectivity changes in said network.

**17**. The method of claim **16** wherein said messages are transmitted in the form of radio signals.

**18**. The method of claim **16** wherein step (a) further includes:

(a.1) transmitting a unit status message at a periodic time interval, wherein said unit status message includes unit connectivity information relating to network connectivity of said communication unit; and

(a.2) receiving said unit status message from said each neighboring unit and updating said connectivity information within said storage unit in accordance with unit connectivity information contained within each received unit status message.

**19**. The method of claim **18** wherein step (a) further includes:

(a.3) adjusting said periodic time interval in response to detecting modifications in network connectivity indicated by said updated connectivity information within said storage unit.

**20**. The method of claim **19** wherein step (a.3) includes:

(a.3.1) increasing said periodic time interval in response to determining that a quantity of neighboring units of said communication unit is equal to said neighboring unit quantity of an immediately preceding periodic time interval.

**21**. The method of claim **18** wherein step (b) further includes:

(b.1) maintaining a count of unit status message transmissions by said communications unit and determining when a predetermined quantity of said unit status messages has been transmitted;

27

(b.2) determining the presence of modifications to said connectivity information within said storage unit during said unit status message transmissions; and

(b.3) determining said status of said communication unit as said routing unit in response to an absence of modifications to said connectivity information as determined in step (b.2).

**22**. The method of claim **21** wherein step (b.3) further includes:

(b.3.1) designating said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit;

(b.3.2) designating said communication unit as a master unit in response to determining that said communication unit and each neighboring unit are in communication with the same units and said communication unit is associated with an identifier superior to identifiers of said neighboring units; and

(b.3.3) designating said communication unit as a member unit of a corresponding routing unit in response to step (b.3.2) determining that said communication unit and each neighboring unit are in communication with at least one different unit and step (b.3.1) determining that said communication unit fails to qualify as said routing unit.

**23**. The method of claim **22** wherein step (b.3.2) further includes:

(b.3.2.1) determining said status of said neighboring units as said routing and member units in response to said communication unit being designated as said master unit; and

(b.3.2.2) transmitting status information to neighboring designated routing units to inform those units of their designation as routing units by said communication unit serving as said master unit.

**24**. The method of claim **16** further including:

(d) examining network connectivity information relating to routing units stored within a link storage unit of said communication unit in response to said communication unit being designated as said routing unit; and

(e) designating said communication unit as a transmission routing unit in response to determining that said communication unit communicates with at least one neighboring routing unit that is isolated from communications with remaining neighboring routing units of said communication unit.

**25**. The method of claim **24** wherein said transmission routing unit transmits update messages including network connectivity information, and step (e) further includes:

(e.1) receiving an update message from a neighboring transmission routing unit in response to said communication unit being designated as said transmission routing unit and transmitting said received message to neighboring routing units to facilitate synchronization of said link storage unit of each said routing unit.

**26**. The method of claim **25** wherein step (e) further includes:

(e.2) receiving an update message from a neighboring transmission routing unit in response to said communication unit being designated as said routing unit and updating said link storage unit with said connectivity information contained within said received update message;

(e.3) examining said network connectivity information within said link storage unit and determining information missing from said link storage unit in response to said update by step (e.2); and

28

(e.4) requesting said neighboring transmission routing unit to transmit said missing information in response to step (e.3) determining that information is missing from said link storage unit.

**27**. The method of claim **26** wherein step (e) further includes:

(e.5) receiving said request from a neighboring routing unit in response to said communication unit being designated as a transmission routing unit and processing said received request to transmit information identified in said request to that neighboring routing unit.

**28**. The method of claim **25** wherein step (e.1) further includes:

(e.1.1) accumulating information received within plural update messages and transmitting said accumulated information in the form of a single transmission to neighboring routing units to facilitate synchronization of said link storage unit of said each routing unit.

**29**. The method of claim **25** wherein step (e.1) further includes:

(e.1.1) indicating expiration of periodic reception intervals; and

(e.1.2) accumulating information received within each of said periodic reception intervals and transmitting said accumulated information of each periodic reception interval in the form of a single transmission to neighboring routing units at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**30**. A communications network comprising:

a plurality of communication units to transmit and receive messages within said network, wherein each said communication unit includes:

a status transmission module to facilitate periodic transmission of a unit status message;

an interval module to adjust the time between each said periodic transmission in response to detecting modifications in connectivity with neighboring units; and

a configuration module to determine a status of that communication unit as a routing unit for routing network traffic or as a member unit of a corresponding routing unit in accordance with information contained within received unit status messages, wherein said communication unit status as said routing unit is fixed for routing subsequent network messages and re-evaluated in response to changes in network connectivity.

**31**. The network of claim **30** wherein said each communication unit transmits messages in the form of radio signals.

**32**. The network of claim **30** wherein said interval module further includes:

an interval adjustment module to increase said time between each said periodic transmission in response to determining that a quantity of neighboring units of that communication unit is equal to said neighboring unit quantity associated with an immediately preceding periodic transmission.

**33**. In a communications network including a plurality of communication units to transmit and receive messages within said network, a method of transmitting and receiving messages comprising the steps of:

(a) periodically transmitting a unit status message from each communication unit;

(b) adjusting the time between each periodic transmission of a communication unit in response to that communication unit detecting modifications in connectivity with neighboring units; and

(c) determining a status of said each communication unit as a routing unit for routing network traffic or as a

29

member unit of a corresponding routing unit in accordance with information contained within received unit status messages, wherein said communication unit status as said routing unit is fixed for routing subsequent network messages and re-evaluated in response to changes in network connectivity.

**34.** The method of claim **33** wherein said each communication unit transmits messages in the form of radio signals.

**35.** The method of claim **33** wherein step (b) further includes:

(b.1) increasing said time between each said periodic transmission in response to determining that a quantity of neighboring units of that communication unit is equal to said neighboring unit quantity associated with an immediately preceding periodic transmission.

**36.** A communications network comprising:

a plurality of communication units forming a first network tier to transmit and receive messages within said network, wherein at least one of said communication units is designated as a routing unit to form a second network tier to route network traffic and at least one of said designated routing units is designated as a transmission routing unit to form a third network tier to transmit network information throughout said second and third network tiers, and wherein each said communication unit includes:

a configuration module to determine a status of that communication unit as said routing unit of said second network tier for routing network traffic or as a member unit of said first network tier and associated with a routing unit, wherein said communication unit status as a routing unit is fixed for routing subsequent network messages;

a routing unit configuration module to determine a status of that communication unit as a transmission routing unit in response to that communication unit being designated as said routing unit, wherein said communication unit status as a transmission routing unit is fixed for flooding subsequent network connectivity messages; and

an evaluation module to re-evaluate said communication unit status in response to connectivity changes in said network.

**37.** The network of claim **36** wherein said each communication unit transmits messages in the form of radio signals.

**38.** The network of claim **36** wherein said configuration module further includes a unit designation module to examine network connectivity information relating to that communication unit and to designate that communication unit as said routing unit in response to that communication unit communicating with at least one neighboring unit that is isolated from communications with remaining neighboring units of that communication unit.

**39.** The network of claim **36** wherein said routing unit configuration module further includes a routing unit designation module to examine network connectivity information relating to designated routing units stored within a link storage unit of that communication unit and to designate that communication unit as a transmission routing unit in response to that communication unit communicating with at least one neighboring routing unit that is isolated from communications with remaining neighboring routing units of that communication unit.

**40.** The network of claim **39** wherein said transmission routing unit transmits update messages including network connectivity information, and said routing unit configuration module further includes:

a message forwarding module to receive an update message from a neighboring transmission routing unit in

30

response to that communication unit being designated as said transmission routing unit and to transmit said received message to neighboring routing units of that communication unit to facilitate synchronization of said link storage unit of each said routing unit.

**41.** The network of claim **40** wherein said routing unit configuration module further includes:

an update module to receive an update message from a neighboring transmission routing unit in response to that communication unit being designated as said routing unit and to update said link storage unit of that communication unit with said connectivity information contained within said received update message;

a data integrity module to examine said network connectivity information within a link storage unit of that communication unit and determine information missing from that link storage unit in response to said update by said update module; and

a request module to request said neighboring transmission routing unit to transmit said missing information in response to said data integrity module determining that information is missing from said link storage unit of that communication unit.

**42.** The unit of claim **41** wherein said routing unit configuration module further includes:

a request processing module to receive said request from a neighboring routing unit in response to that communication unit being designated as a transmission routing unit and to process said received request to transmit information identified in said request to that neighboring routing unit.

**43.** The network of claim **40** wherein said message forwarding module further includes:

a data accumulation module to accumulate information received within plural update messages and to transmit said accumulated information in the form of a single transmission to neighboring routing units of that communication unit to facilitate synchronization of said link storage unit of said each routing unit.

**44.** The network of claim **40** wherein said message forwarding module further includes:

a timer to indicate expiration of periodic reception intervals; and

a data accumulation module to accumulate information received within each of said periodic reception intervals and to transmit said accumulated information of each periodic reception interval in the form of a single transmission to neighboring routing units of that communication unit at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**45.** In a communications network including a plurality of communication units forming a first network tier to transmit and receive messages within said network, wherein at least one of said communication units is designated as a routing unit to form a second network tier to route network traffic and at least one of said designated routing units is designated as a transmission routing unit to form a third network tier to transmit network information throughout said second and third network tiers, a method of configuring said network including the steps of:

(a) determining a status of each communication unit as said routing unit of said second network tier for routing network traffic or as a member unit of said first network tier and associated with a routing unit, wherein said communication unit status as a routing unit is fixed for routing subsequent network messages;

(b) determining a status of each communication unit as said transmission routing unit to transmit said network information throughout said second and third network

tiers in response to that communication unit being designated as said routing unit, wherein said communication unit status as a transmission routing unit is fixed for flooding subsequent network connectivity messages; and

(c) re-evaluating said communication unit status in response to connectivity changes in said network.

**46**. The method of claim **45** wherein said each communication unit transmits messages in the form of radio signals.

**47**. The method of claim **45** wherein step (a) further includes:

(a.1) examining network connectivity information relating to each communication unit and designating as said routing unit each communication unit communicating with at least one neighboring unit isolated from communications with remaining neighboring units of that communication unit.

**48**. The method of claim **45** wherein step (b) further includes:

(b.1) examining network connectivity information relating to designated routing units and stored within a link storage unit of said each communication unit and designating as said transmission routing unit each communication unit that communicates with at least one neighboring routing unit isolated from communications with remaining neighboring routing units of that communication unit.

**49**. The method of claim **48** wherein said transmission routing unit transmits update messages including network connectivity information, and step (b) further includes:

(b.2) receiving an update message from a corresponding neighboring transmission routing unit at each communication unit designated as said transmission routing unit and transmitting said received message to neighboring routing units of that communication unit to facilitate synchronization of said link storage unit of each said routing unit.

**50**. The method of claim **49** wherein step (b) further includes:

(b.3) receiving an update message from a corresponding neighboring transmission routing unit at each communication unit designated as said routing unit and updating said link storage unit of that communication unit with said connectivity information contained within said received update message;

(b.4) examining said network connectivity information within said link storage unit of each communication unit and determining information missing from that link storage unit in response to said update; and

(b.5) requesting said corresponding neighboring transmission routing unit of each communication unit designated as said routing unit to transmit said missing information in response to said data integrity module determining that information is missing from a link storage unit of that communication unit.

**51**. The method of claim **50** wherein step (b) further includes:

(b.6) receiving at each communication unit designated as said transmission routing unit said request from a corresponding neighboring routing unit and processing said received request to transmit information identified in said request to that neighboring routing unit.

**52**. The method of claim **49** wherein step (b.2) further includes:

(b.2.1) accumulating information received within plural update messages at each communication unit designated as said transmission routing unit and transmitting said accumulated information in the form of a single transmission to corresponding neighboring routing

units of that communication unit to facilitate synchronization of said link storage unit of said each routing unit.

**53**. The method of claim **49** wherein step (b.2) further includes:

(b.2.1) indicating expiration of periodic reception intervals; and

(b.2.2) accumulating information received within each of said periodic reception intervals at each communication unit designated as said transmission routing unit and transmitting said accumulated information of each periodic reception interval in the form of a single transmission to corresponding neighboring routing units of that communication unit at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**54**. In a wireless communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a relay unit for transferring messages from said member units, a communication unit to transmit and receive messages within said network comprising:

a transmitter to transmit an outgoing message in the form of radio signals to each neighboring unit of said communication unit;

a receiver to receive an incoming message in the form of radio signals from said each neighboring unit;

a storage unit to store network information relating to said communication unit and corresponding neighboring units; and

a processor to control said transmission and reception of said outgoing and incoming messages, wherein said processor includes:

a configuration module to designate a status of said communication unit as one of said relay unit and said member unit to configure said communications network, wherein said configuration module includes:

a neighbor module to examine network connectivity information and identify at least one neighboring unit of said communication unit that is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from that neighboring unit;

a designation module to designate said communication unit as said relay unit based on said examination and in response to determining that at least one neighboring communication unit is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from said neighboring communication unit, wherein said communication unit designation as said relay unit is fixed for transferring subsequent network messages; and

an evaluation module to re-evaluate said communication unit designation in response to connectivity changes in said network.

**55**. The unit of claim **54**, wherein said network is an ad-hoc wireless communications network.

**56**. The unit of claim **54**, wherein said processor further includes:

a status transmission module to facilitate transmission of a unit status message at a periodic time interval, wherein said unit status message includes network connectivity information.

US 6,980,537 B1

33

**57**. The unit of claim **56**, wherein said processor further includes:

an interval module to adjust said periodic time interval to accommodate network conditions.

**58**. The unit of claim **54**, wherein said plurality of communication units include said member units and said designated relay units, and wherein said relay units generate and forward network connectivity information through said network.

**59**. In a wireless communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a relay unit for transferring messages from said member units, a method of configuring a network communication unit to transmit and receive messages within said network comprising the steps of:

(a) examining network connectivity information relating to said communication unit and corresponding neighboring units stored in a storage unit of said communication unit and identifying at least one neighboring unit of said communication unit that is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from that neighboring unit;

(b) designating said communication unit as said relay unit based on said examination and in response to determining that at least one neighboring communication unit is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from said neighboring communication unit, wherein said communication unit designation as said relay unit is fixed for transferring subsequent network messages; and

(c) re-evaluating said communication unit designation in response to connectivity changes in said network.

**60**. The method of claim **59**, wherein said network is an ad-hoc wireless communications network.

**61**. The method of claim **59**, wherein step (a) further includes:

(a.1) transmitting a unit status message at a periodic time interval, wherein said unit status message includes network connectivity information.

**62**. The method of claim **61**, wherein step (a) further includes:

(a.2) adjusting said periodic time interval to accommodate network conditions.

34

**63**. The method of claim **59**, wherein said plurality of communication units include said member units and said designated relay units, and said method further includes:

(d) generating and forwarding network connectivity information through said network via said designated relay units.

**64**. A wireless communications network comprising:

a plurality of communication units to transmit and receive messages in the form of radio signals within said network, wherein said communication units: examine network connectivity information; identify communication units that are required to be utilized by associated neighboring units to communicate with network communication units that are outside the range of and greater than one hop away from those neighboring units; designate at least one communication unit as a relay unit to transfer network information based on said examination and in response to determining that said at least one communication unit is required to be utilized by at least one neighboring unit to communicate with communication units that are outside the range of and greater than one hop away from said neighboring units, wherein said communication unit designation as said relay unit is fixed for transferring subsequent network messages; and re-evaluate said communication unit designation in response to connectivity changes in said network.

**65**. The network of claim **64**, wherein said network is an ad-hoc wireless communications network.

**66**. The network of claim **64**, wherein said communication units each include:

a status transmission module to facilitate transmission of a unit status message at a periodic time interval, wherein said unit status message includes network connectivity information.

**67**. The network of claim **66**, wherein said communication units each further include:

an interval module to adjust said periodic time interval to accommodate network conditions.

**68**. The network of claim **64**, wherein said designated relay units generate and forward network connectivity information through said network.

*    *    *    *    *

Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 93 of 360 PageID #: 182115

# EXHIBIT E

US006958986B2

(12) **United States Patent** (10) Patent No.: **US 6,958,986 B2**

Cain (45) **Date of Patent:** **Oct. 25, 2005**

(54) **WIRELESS COMMUNICATION SYSTEM WITH ENHANCED TIME SLOT ALLOCATION AND INTERFERENCE AVOIDANCE/MITIGATION FEATURES AND RELATED METHODS**

(75) Inventor: **Joseph Bibb Cain**, Indialantic, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 380 days.

(21) Appl. No.: **10/401,004**

(22) Filed: **Mar. 27, 2003**

(65) **Prior Publication Data**

US 2004/0028018 A1 Feb. 12, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/043,457, filed on Jan. 10, 2002.

(51) Int. Cl.$^7$ ............................................. **H04B 7/212**
(52) U.S. Cl. ........................................ **370/337**; 370/347
(58) Field of Search ................................ 370/328, 229, 370/332, 333, 337, 341, 347, 348, 431, 442, 468

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,371,780 A | 12/1994 | Amitay | 379/58 |
| 5,719,871 A | 2/1998 | Helm et al. | 370/479 |
| 5,767,807 A | 6/1998 | Pritchett | 342/374 |
| 6,226,531 B1 | 5/2001 | Holt et al. | 455/562 |
| 6,243,371 B1 | 6/2001 | Chawla et al. | 370/347 |
| 6,278,883 B1 | 8/2001 | Choi | 455/552 |
| 6,295,285 B1 | 9/2001 | Whitehead | 370/329 |
| 6,418,148 B1 | 7/2002 | Kumar et al. | 370/468 |
| 6,438,389 B1 | 8/2002 | Sandhu et al. | 455/562 |
| 6,822,966 B2 * | 11/2004 | Putcha et al. | 370/411 |
| 2002/0183066 A1 | 12/2002 | Pankaj | 455/453 |
| 2003/0013451 A1 | 1/2003 | Walton | 455/447 |
| 2004/0032847 A1 * | 2/2004 | Cain | 370/338 |
| 2004/0081134 A1 * | 4/2004 | Kotzin | 370/348 |

* cited by examiner

*Primary Examiner*—Ajit Patel

(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A wireless communication network may include a plurality of mobile nodes each including a wireless transceiver and a controller for controlling the wireless transceiver. The controller may also be for scheduling a respective semi-permanent time slot to establish a communication link with neighboring mobile nodes for transmitting data therebetween, where the data has different priority levels. The controller may also determine respective link utilization metrics for each data priority level for each communication link, and schedule demand assigned time slots for establishing additional communication links with the neighboring mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels. The wireless communication network may also provide enhanced interference avoidance and/or mitigation features in certain embodiments.

**32 Claims, 15 Drawing Sheets**





FIGURE 1



FIGURE 2

Case 1:19-cv-08345-GBC   Document 1808-1   Filed 12/09/19   Page 96 of 360 PageID #: 5988
Case 1:19-mc-09995-GBC   Document 1808-1   Filed 12/09/19   Page 96 of 360 PageID #: 182118



*FIGURE 3*



*FIGURE 4*



*FIGURE 5*



*FIGURE 6*



*FIGURE 7*



*FIGURE 8*

Case 1:19-cv-08345-GBC Document 1-1 Filed 12/09/19 Page 99 of 360 PageID #: 1821



*FIGURE 9*



*FIGURE 10*



*FIGURE 11*

Case 1:19-cv-09995-GFC Document 1-1 Filed 12/09/19 Page 100 of 360 PageID #: 18212



FIGURE 12    FIGURE 13

Case 1:19-cv-08395-GEC Document 1-1 Filed 12/09/19 Page 101 of 360 PageID #: 18213



FIGURE 14

FIGURE 15

Case 1:19-cv-09995-GFC Document 1-1 Filed 12/09/19 Page 102 of 360 PageID #:182124



FIGURE 16

FIGURE 17

Case 1:19-cv-09995-GFC  Document 1-1  Filed 12/09/19  Page 103 of 360 PageID #: 515



FIGURE 18

FIGURE 19



FIGURE 21



FIGURE 20



*FIGURE 22*                    *FIGURE 23*



FIGURE 24

FIGURE 25



*FIGURE 26*



*FIGURE 27*

Case 1:19-cv-00995-CFC  Document 1-1  Filed 12/09/19  Page 109 of 360 PageID #: 521



FIGURE 28

FIGURE 29

US 6,958,986 B2

**WIRELESS COMMUNICATION SYSTEM WITH ENHANCED TIME SLOT ALLOCATION AND INTERFERENCE AVOIDANCE/MITIGATION FEATURES AND RELATED METHODS**

### RELATED APPLICATION

This application is a continuation-in-part of co-pending application Ser. No. 10/043,457 filed Jan. 10, 2002, the entire disclosure of which is incorporated herein by reference.

This invention was made with Government support under Contract Number N00014-96-C-2063 awarded by the Naval Research Laboratory. The Government has certain rights in this invention.

### FIELD OF THE INVENTION

The present invention relates to the field of communications, and more particularly, to a network of mobile communication systems operating with directional antennas.

### BACKGROUND OF THE INVENTION

Time division multiple access (TDMA) is one example of an access scheme used for establishing communication links between wireless mobile communication systems. Communication links between the wireless mobile communication systems are established within a series of time frames. Each time frame is divided into time slots, with each wireless mobile communication system being assigned at least one time slot.

An omni-directional antenna is typically used by a wireless mobile communication system so that information transmitted by one mobile communication system is received by all the other mobile communication systems. When the mobile communication systems are operating at a fixed frequency, they must take turns transmitting within their respective time slots to prevent channel interference.

To improve quality of a communications link between two wireless communication systems, a directional antenna may be used. The directional antenna provides an increased antenna gain in a desired area that is limited in coverage while decreasing the antenna gain towards the remaining area.

U.S. Pat. No. 5,767,807 to Pritchett discloses phased array antennas being used for establishing communication links within a network of wireless communication systems. The phased array antenna includes parasitic elements for selectively controlling the antenna pattern. The phased array antenna radiates an omni-directional signal when all of the parasitic elements are in a high impedance state, and radiates a directional signal when a selected number of parasitic elements are placed in a lower impedance state in response to switching circuits.

More particularly, the Pritchett '807 patent discloses the acquisition, by a fixed initiating wireless communication system from a fixed receiving wireless communication system, of a list of the wireless communication systems operating in the network and a corresponding respective time slot list for each wireless communication system. A table is then created based upon the list for scheduling time slots among the wireless communication systems.

Scheduling time slots for wireless communication systems operating with directional antennas, particularly when the wireless communication systems are mobile, is complex.

In such a dynamic network, mobile communication systems are continuously entering into and dropping out of the network. Furthermore, procedures for interference detection and avoidance are needed.

With Optimized Link State Routing (OLSR), link state information can quantify the status of a link with various quality of service (QoS) metrics including bandwidth, delay, and probability of data loss. Each router maintains complete topology information and periodically broadcasts the link state information to all other nodes in the network via flooding. Thus, procedures for reporting link quality to the OLSR protocol in a directional antenna mobile communication system are needed.

### SUMMARY OF THE INVENTION

It is an object of the present invention to schedule time slots and mitigate the effects of interference in a manner that is responsive to variations in communication link demands in a mobile wireless network.

This and other objects, features and advantages in accordance with the present invention are provided by a wireless communication network which may include a plurality of mobile nodes each including a wireless transceiver and a controller for controlling the transceiver. The controller may also be for scheduling a respective semi-permanent time slot to establish a communication link with neighboring mobile nodes for transmitting data therebetween, where the data has different priority levels. The controller may also determine respective link utilization metrics for each data priority level for each communication link, and schedule demand assigned time slots for establishing additional communication links with the neighboring mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

More particularly, the controller may determine link utilization metrics for each data priority level for each additional communication link, and re-allocate the demand assigned time slots based upon the link utilization metrics for each data priority level for each additional communication link and the data priority levels. The controller may re-allocate the demand assigned time slots by designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith, and estimating reduced capacity link utilization metrics between mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto. The designated demand assigned time slots may then be re-allocated based upon the estimated reduced capacity link utilization metrics.

Additionally, the controller may also estimate increased capacity link utilization metrics between mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto. As such, the controller may re-allocate the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

Each link utilization metric may be determined based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level. Also, the controller may further include a queue for storing data prior to transmitting, and each link utilization metric may be determined based upon a quantity of data corresponding to the respective priority level in the queue. Additionally, the controller may determine an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

US 6,958,986 B2

## 3

The communication link and additional communication links may advantageously be directional communication links, and each node may further include a phased array antenna connected to the transceiver and controlled by the controller for establishing the directional communication links. The wireless communication network may be a mobile ad-hoc network (MANET), for example.

Another advantageous aspect of the invention relates to a wireless communication network which may include a plurality of mobile nodes each including a wireless transceiver and a controller for controlling the wireless transceiver. The controller may also schedule a directional communication link to a neighboring mobile node during a time slot by determining relative positions of the neighboring mobile node and other potentially interfering mobile nodes transmitting during the time slot, and determining potential interference to the directional communication link based upon the relative positions. Furthermore, the directional communication link may be scheduled during the time slot if the potential interference is below a threshold.

More particularly, the controller may determine the relative positions based upon a respective distance and angle to the neighboring mobile node and each potentially interfering mobile node. The relative positions may further be determined based upon at least one of a plane-earth attenuation algorithm and a free space attenuation algorithm.

In addition, the controller may determine the potential interference based upon estimated signal path loss. The potential interference may also be determined based upon side lobes from signals transmitted by the potentially interfering nodes and a side lobe suppression algorithm.

The controller may receive a request from the neighboring mobile node to establish the directional communication link prior to determining the relative positions. After scheduling the directional communication link, the controller may also intermittently determine relative positions of the neighboring mobile node and other potentially interfering nodes, determine potential interference to the directional communication link based upon the intermittently determined relative positions, and schedule the directional communication link during a new time slot if the potential interference rises above the threshold.

Additionally, the controller may have a look-up table for storing signal-to-interference values, and the controller may further determine the interference based upon the stored signal-to-interference values. Also, the mobile nodes may further include a position determining device for measuring a respective position thereof, and the controller may determine the relative positions based upon the measured positions of the neighboring mobile node and the potentially interfering mobile nodes.

In accordance with yet another advantageous aspect of the invention, the wireless communication network may include a plurality of mobile nodes establishing communication links therebetween during assigned time slots and re-allocating the assigned time slots based upon usage requirements. In particular, an initiating mobile node may identify available time slots shared with neighboring mobile nodes, rank the available time slots based upon link utilization during the time slots by the initiating mobile node and the neighboring mobile nodes, and transmit a time slot re-allocation request to a receiving mobile node including the available time slots and ranking thereof.

The receiving mobile node may in turn receive the time slot re-allocation request, rank the available time slots based upon link utilization during the available time slots by the

## 4

receiving mobile node and mobile nodes neighboring the receiving mobile node, and generate a combined ranking of the available time slots based upon the rankings thereof by the initiating mobile node and the receiving mobile node. The receiving mobile node may then re-allocate at least one of the available time slots for establishing a communication link between the initiating mobile node and the receiving mobile node based upon the combined ranking.

More particularly, the initiating mobile node and the receiving mobile node may each determine a traffic demand metric associated with each available time slot and remove from consideration for re-allocation any available time slot having a traffic demand metric associated therewith above a high usage threshold. Further, the initiating mobile node and the receiving mobile node may also each determine a signal-to-interference (SIR) value associated with each available time slot and remove from consideration for re-allocation any available time slots having an SIR value associated therewith above a high SIR threshold. Also, the initiating mobile node and the receiving mobile node may each determine an SIR value associated with each available time slot and further rank the time slots based thereon.

The initiating mobile node and the receiving mobile node may advantageously transmit data having a plurality of priority levels. The receiving mobile node may thus only re-allocate an available time slot if data to be transmitted during the available time slot has an equal or greater priority level than data currently being transmitted during the available time slot. The initiating mobile node and the receiving mobile node may each estimate a reduced capacity link utilization metric for each available time slot and further rank the available time slots based thereon.

Moreover, the initiating mobile node and the receiving mobile node may each rank the available time slots based upon an average quantity of data transmitted therein. Again, the mobile nodes may include queues for storing data to be transmitted over the communication links, and the initiating mobile node and the receiving mobile node may each rank each available time slot based upon an amount of data stored in queues associated with a respective communication link.

Still another advantageous aspect of the invention is provided in a wireless communication network in which a pair of the mobile nodes establish a communication link for transmitting packets therebetween during at least one time slot. At least one of the mobile nodes from the pair of mobile nodes may determine a link quality value associated with the communication link during the at least one time slot and if the communication link is of a first or second quality. The pair of mobile nodes may cooperate to re-allocate the communication link to a new time slot within a first time period if the communication link is of the first quality during the at least one time slot. They may also cooperate to re-allocate the communication link to a new time slot within a second time period shorter than the first time period if the communication link is of the second quality during the at least one time slot.

As a result, if link quality is severely degraded, the time slot may be allocated relatively quickly to minimize disruption to communications. On the other hand, if link quality is marginal but still usable, re-allocation of the time slot may be delayed longer, which may reduce conflicts between competing pairs of nodes attempting to re-allocate time slots simultaneously.

More particularly, the at least one mobile node from the pair of mobile nodes may determine the link quality value based upon at least one of an SIR and a packet reception

US 6,958,986 B2

5

error value (PREV). Furthermore, the communication link may be determined to be of the first quality if the SIR is between a first SIR threshold and a second SIR threshold higher than the first SIR threshold, and the PREV is between a first error threshold and a second error threshold higher than the first error threshold. Moreover, the communication link may also be determined to be of the first quality if the SIR is less than the first SIR threshold and the PREV is greater than the second error threshold.

Additionally, the communication link may be determined to be of the second quality if the SIR is less than the first SIR threshold, and the PREV is between the first error threshold and the second error threshold. Further, the communication link may also be determined to be of the second quality if the PREV is below the first error threshold.

The at least one time slot may be at least one demand assigned time slot, and the pair of mobile nodes may also establish an additional communication link during a semi-permanent time slot. As such, at least one of the mobile nodes from the pair of mobile nodes may determine a semi-permanent link quality value associated with the additional communication link during the semi-permanent time slot, and also determine if the additional communication link is of the first or second quality during the semi-permanent time slot based upon the semi-permanent link quality value. Thus, the pair of mobile nodes may cooperate to re-allocate the additional communication link to a new semi-permanent time slot within the second period if the additional communication link is of the first or second quality during the semi-permanent time slot.

As noted above, the plurality of mobile nodes may also include an omni-directional antenna connected to the transceiver, and the pair of mobile nodes may cooperate to establish an omni-directional communication link therebetween. As such, the pair of mobile nodes may also substantially immediately de-allocate the at least one time slot if the communication link is of the second quality and an omnidirectional quality value associated with the omni-directional communication link falls below an omni-directional link quality threshold for a predetermined period.

A communication method aspect of the invention is for a wireless communication network, such as the one described briefly above, in which a respective semi-permanent time slot is scheduled to establish communication links between respective pairs of mobile nodes for transmitting data therebetween, where the data has different priority levels. The method may include determining respective link utilization metrics for each data priority level for each communication link, and scheduling demand assigned time slots for establishing additional communication links between the pairs of mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

Another communication method aspect of the invention may include scheduling a directional communication link from a first mobile node to a second neighboring mobile node during a time slot. More particularly, this may be done by determining relative positions of the second neighboring mobile node and other potentially interfering mobile nodes transmitting during the time slot, and determining potential interference to the directional communication link based upon the relative positions. As such, the directional communication link may be scheduled during the time slot if the interference is below a threshold.

Still another communication method aspect of the invention may include identifying available time slots shared

6

between an initiating mobile node and neighboring mobile nodes, and ranking the available time slots based upon link utilization during the time slots by the initiating mobile node and the neighboring mobile nodes. A time slot re-allocation request may also be transmitted from the initiating mobile node to the receiving mobile node which includes the available time slots and ranking thereof, and the time slot re-allocation request may be received at the receiving mobile node. The available time slots may be ranked based upon link utilization during the available time slots by the receiving mobile node and mobile nodes neighboring the receiving mobile node, and a combined ranking of the available time slots may be generated based upon the rankings thereof by the initiating mobile node and the receiving mobile node. Furthermore, at least one of the available time slots may be re-allocated for establishing a communication link between the initiating mobile node and the receiving mobile node based upon the combined ranking.

A further communication method aspect of the invention may include establishing a communication link between a pair of mobile nodes for transmitting packets therebetween during at least one time slot, and determining a link quality value associated with the communication link during the at least one time slot and determining if the communication link is of a first or second quality. The method may also include re-allocating the communication link to a new time slot within a first time period if the communication link is of the first quality during the at least one time slot. Also, if the communication link is of the second quality during the at least one time slot, the communication link may be re-allocated to a new time slot within a second time period shorter than the first time period.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram illustrating a wireless mobile ad hoc network in accordance with the present invention.

FIG. 2 is a more detailed block diagram illustrating a wireless mobile node in accordance with the present invention.

FIG. 3 is a diagram illustrating a frame of time slots in accordance with the present invention.

FIG. 4 illustrates the scheduling of available time slots to the network diagram illustrated in FIG. 2 in accordance with the present invention.

FIG. 5 is a top-level state diagram for the scheduling of semi-permanent time slots and available time slots in accordance with the present invention.

FIG. 6 is a diagram illustrating a semi-permanent time slot scheduling process in accordance with the present invention.

FIG. 7 is a diagram illustrating a semi-permanent time slot being scheduled for a new communication link in accordance with the present invention.

FIG. 8 is a diagram illustrating an available time slot scheduling process in accordance with the present invention.

FIG. 9 is a diagram illustrating an available time slot being added to a communications link in accordance with the present invention.

FIGS. 10 and 11 are diagrams illustrating a semi-permanent time slot being scheduled for a new communications link based upon multiple simultaneous antenna beams from a phased array antenna in accordance with the present invention.

FIGS. 12 and 13 are flow diagrams illustrating a method in accordance with the present invention for establishing

US 6,958,986 B2

7

directional communication links between the mobile nodes based upon an omni-directional link quality value.

FIGS. 14–16 are flow diagrams illustrating a method in accordance with the present invention for allocating demand assigned time slots based upon link utilization.

FIGS. 17 and 18 are flow diagrams illustrating a data prioritization method in accordance with the present invention.

FIGS. 19 and 20 are flow diagrams illustrating a method for determining a packet reception error value and adjusting link usage based thereon in accordance with the present invention.

FIG. 21 is a schematic block diagram illustrating an interference avoidance scenario for two pairs of mobile nodes in a wireless communication network of the present invention.

FIGS. 22 and 23 are flow diagrams illustrating an interference avoidance method in accordance with the present invention.

FIGS. 24 and 25 are flow diagrams illustrating a method for re-allocating time slots in accordance with the present invention.

FIGS. 26–28 are flow diagrams illustrating a method for re-allocating time slots within different time periods based upon link quality in accordance with the present invention.

FIG. 29 is a flow diagram illustrating a method for estimating and reporting link quality to a routing protocol in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

Referring initially to FIGS. 1–2, a wireless mobile communication network 10 comprises a plurality of wireless mobile nodes 12a–12h. Each mobile node 12a–12h comprises a transceiver 14, a directional antenna 16 connected to the transceiver, and a controller 18 connected to the transceiver.

The controller 18 includes a semi-permanent time slot unit 18a for scheduling a respective semipermanent time slot for each time frame for establishing a communication link with each neighboring mobile node while leaving at least one available time slot in each time frame. An available time slot unit 18b schedules the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand. In addition, the controller 18 includes an antenna aiming unit 18c for aiming the directional antenna toward each neighboring mobile node during communication therewith.

Parallel operations can reduce time slot allocation delay. Accordingly, the semi-permanent time slot unit 18a may initiate one or more semi-permanent time slot requests for respective time frames to establish the communication link with each neighboring mobile node and leaving at least one available time slot in each time frame, while processing multiple received semi-permanent time slot requests from

8

neighboring mobile nodes. The available time slot unit 18b may initiate one or more available time slot request to also serve the communication link with the neighboring mobile node based upon link communications demand, while processing multiple received available time slot requests from neighboring mobile nodes.

In other words, a node can have one or more pending demand available requests and semi-permanent requests that it initiated while processing multiple received requests. This may sometimes result in temporarily allocating a given time slot to more than one neighbor. However, this conflict may be eliminated by confirmation messages which indicate the selection of one neighbor node for the time slot, as is discussed in more detail below.

Reliable confirmation messages may be provided with a couple of different approaches. An initiating mobile node transmits a request for time slots to the receiving mobile node, which transmits a reply to the initiating mobile node. The initiating mobile node transmits a confirmation to the receiving mobile node, and the receiving mobile node transmits the reply again if the confirmation is not received. Alternatively, the receiving mobile node may transmit an acknowledgment to the initiating mobile node, and the initiating mobile node transmits the confirmation again if the acknowledgment is not received.

If two nodes simultaneously initiate time slot requests to each other, the time slot request collisions should be handled reliably. The controller 18 waits a time period to resend another request upon simultaneously sending a request to another mobile node and receiving a request from the other mobile node without receiving a corresponding reply. During this time period, incoming time slot requests may be processed. After the period ends, a new request may be sent to the other node if no request was already received from that node or if no time slot allocation was made to that node. If a delayed request reaches the front of the queue, the controller 18 checks to see if a time slot allocation has already been made to that node. If so, the delayed request is discarded. Also, if the request is destined for a node that is no longer a neighbor by the time the request reaches the front of the queue, the delayed request is discarded.

An interference detection unit 18d is included to detect interference in time slots for communication with neighboring mobile nodes. The controller 18 coordinates the scheduling of time slots based upon detected interference. The interference detection unit 18d may measure a signal-to-interference ratio and/or a packet error rate. The packet error rate may be based upon cyclic redundancy check (CRC) failures. Also, the interference detection unit 18d may compare detected interference to a threshold. Preferably, the controller switches an order of communication between nodes for a given time slot based upon detected interference, and may also coordinate scheduling of new time slots based upon detected interference after switching the order of communication.

A traffic coordination unit 18e coordinates communication with each neighboring mobile node by allocating time slots to the time slot unit based upon link communications demand. The controller 18 coordinates the scheduling of time slots based upon based upon allocated time slots. The traffic coordination unit 18e may allocate a bulk set of time slots based upon an increased link communications demand, and/or may request a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand. Also, the traffic coordination unit 18e may increase a maximum number of time slots, re-allocate time slots,

US 6,958,986 B2

9

and/or allocate half time slots based upon increased link communications demand. Such increased link communications demand may include streaming video and/or high rate sensor data.

The wireless mobile nodes $12a–12h$ are operating in a mobile environment. These systems may be ground based and/or airborne, whereby they are continuously entering into and dropping out of the network 10. The directional antenna 16 may be a phased array, a dish or horn antennas, for example. Transmission via a directional antenna 16 enables the RF signal to be focused in a desired direction.

By selectively controlling the direction of the antenna pattern between a pair of wireless mobile communication systems for establishing a communications link therebetween, additional communication links may be established between other wireless communication systems within the same scheduled semi-permanent time slot. This is illustrated by communication link 27 operating in time slot 1 between mobile nodes $12c$ and $12e$, and communication link 29 also operating in time slot 1 between mobile nodes $12a$ and $12b$, as best illustrated in FIG. 1. This feature of the present invention advantageously allows the resources of the wireless mobile communication network 10 to be better utilized.

The controller 18 limits the number of communication links for each wireless mobile node $12a–12h$ within each time frame based upon a total number of time slots within the frame. The advantage of limiting the number of communication links to a fraction of the total number of time slots within the time frame significantly simplifies the scheduling of time slots with neighboring nodes.

The number of communication links for each wireless mobile node $12a–12h$ within each time frame is less than or equal to N, and the total number of time slots within each frame is greater than or equal to $2N–1$. In addition to simplifying the scheduling of time slots, this type of distributed scheduling avoids conflicts.

Distributed scheduling allows any two pair of wireless mobile nodes, such as $12a$ and $12b$, for example, to schedule a semi-permanent time slot without having to communicate with any other wireless mobile node. In other words, there is no centralized master/slave type of coordination with all of the wireless mobile nodes $12a–12h$ for scheduling the semi-permanent time slots. Since the time slots among the wireless mobile nodes $12a–12h$ are scheduled in a distributed fashion, there is no single point of failure in the wireless mobile communication network 10.

The controller 18 may prioritize the communication links and drop one of the communication links based upon the prioritization for making available a semi-permanent time slot for establishing a communication link with a new neighboring mobile node. Prioritization of the communication links will be addressed in greater detail below. In addition, the controller 18 may also prioritize the communication links and schedule the at least one available time slot based upon this prioritization.

The controller 18 may also schedule one of the semi-permanent time slots as an available time slot if a number of the communication links is less than N. This advantageously supports communication link demands on an as needed basis for the existing communication links. However, the controller 18 may reschedule the demand assigned time slot back to a semi-permanent time slot if the number of the communication links is again equal to N, as will also be discussed in greater detail below.

Each communication link is formed by an initiating mobile node, such as node $12a$, and a receiving mobile node,

10

such as node $12b$, and the initiating mobile node transmits a list of available semi-permanent time slots to the receiving mobile node. The receiving mobile node $12b$ then transmits selection of one of the semi-permanent time slots to the initiating mobile node. The initiating mobile node $12a$ then confirms selection of the selected semi-permanent time slot to the receiving mobile node.

Each mobile node may further comprise an omni-directional antenna 20 connected to the transceiver 14 for exchanging positional information with other neighboring mobile nodes. Other information that may be exchanged includes resource requirements and detection of the presence of a potential new neighbor node. In addition, the phased array antenna 16 may simultaneously generate multiple antenna beams, wherein the controller 18 aims the phased array antenna to multiple neighboring mobile nodes within a scheduled semi-permanent time slot.

The interference detection unit $18d$ detects and avoids interference for collinear node pairs within the beamwidth and allocated the same time slot. For example, referring to FIG. 1, nodes $12a$ and $12e$ transmitting to nodes $12b$ and $12c$, respectively during their half of the same assigned time slot 1. With wide enough antenna beamwidths, both nodes $12b$ and $12c$ may simultaneously hear transmissions from both nodes $12a$ and $12e$. The interference detection unit $18d$ may measure the Signal-to-Interference Ratio (SIR) at the physical layer during time slot usage. Alternatively, the packet error rate can be measured at the link layer based upon CRC check failures. If these measurements violate a specified threshold, the slot may be declared bad.

However, because fading may cause a single slot to fail this test, it may be desired to declare excessive interference in a slot if m of n trials of this slot suffer degradation. At this point, the controller 18 attempts to avoid the interference. The order of Tx/Rx at both ends of the link may be switched for the time slot. If such switching fails, a new time slot may be coordinated. Of course both of these changes should be made probabilistically to reduce the likelihood that both node pairs try to make the same change at the same time and thus remain in conflict.

The traffic coordination unit $18e$ manages unbalanced traffic loads that may be generated by streaming video or high rate sensor data. Coordination mechanisms are provided to permit each half-duplex link to allocate a time slot in any Tx/Rx split of traffic. Also, the maximum number of time slots may be increased to a number above the minimum to create more demand time slots. Subslotting would permit an effective increase or decrease in the maximum number of time slots as nodes may "steal" subslots from a semi-permanent allocated time slot to re-allocate to a demand time slot. Moreover, a reservation protocol could be used together with link scheduling procedures to indicate allocation of resources for a high rate stream at each node along a path from a source to a destination node by requesting and allocating a bulk set of time slots and/or subslots at each node along the path to accommodate the high rate stream. For reserved resources, separate queues and a queue service discipline may be necessary to insure that the capacity required by the stream is delivered.

The invention is also directed to a method for establishing communication links for a plurality of mobile nodes $12a–12h$, with each mobile node comprising a transceiver 14, a phased array antenna 16 connected to the transceiver, and a controller 18 connected to the transceiver. The method comprises for each mobile node $12a–12h$ scheduling a respective semi-permanent time slot for each time frame to

**11**

establish a communication link with a neighboring mobile node and leaving at least one available time slot in each time frame.

The at least one available time slot is preferably scheduled to serve the communication link with a neighboring mobile node based upon link communications demand. The phased array antenna **16** is aimed toward each neighboring mobile node **12a–12h** during communication therewith. Each time frame may have up to N semi-permanent time slots and at least 2N–1 available time slots.

The method may also include initiating one or more semi-permanent time slot requests for respective time frames to establish a communication link with each neighboring mobile node and leaving at least one available time slot in each time frame, while processing multiple received semi-permanent time slot requests from neighboring mobile nodes, and initiating at least one available time slot request to also serve the communication link with a neighboring mobile node based upon link communications demand, while processing multiple received available time slot requests from neighboring mobile nodes.

The directional/phased array antenna **16** is aimed toward each neighboring mobile node **12a–12h** during communication therewith, interference is detected in time slots for communication with neighboring mobile nodes, and the scheduling of new time slots is coordinated based upon detected interference. The interference detection unit **18d** may measure a signal-to-interference ratio and/or a packet error rate. The packet-error rate may be based upon cyclic redundancy check (CRC) failures. Also, the interference detection unit **18d** may compare detected interference to a threshold. Preferably, the controller **18** switches an order of communication between nodes for a given time slot based upon detected interference, and may also coordinate scheduling of new time slots based upon detected interference after switching the order of communication. Also, communication with each neighboring mobile node **12a–12h** may be coordinated by allocating time slots for scheduling based upon link communications demand.

The method further includes having each node prioritize the communication links and drop one of the communication links based upon the prioritization for making available a semi-permanent time slot for establishing a communication link with a new neighboring mobile node. In addition, an available time slot that is currently scheduled to serve a particular communication link may be reassigned to another communication link based on link demand. This advantageously allows any mobile node to accommodate variations in communication link demands.

Scheduling of the semi-permanent time slots and the available time slots will now be discussed in greater detail. Details on steering the directional antennas **16** toward a receiving mobile node **12a–12h** will be omitted since this feature of the present invention is readily understood by one skilled in the art.

For purposes of discussion, it will be assumed that the directional antenna **16** is a phased array antenna. As readily understood by one skilled in the art, a phased array antenna **16** includes a plurality of antenna elements and respective phase shifters that can be adjusted for producing a steerable antenna beam in a desired direction. The phased array antenna **16** steers or scans the antenna pattern without physically moving the antenna.

Also for purposes of discussion, a number of assumptions about the wireless mobile communication network **10** are made. First, there is a single frequency band that is a high

**12**

data rate channel that is shared by all the wireless mobile nodes **12a–12h**. This type of transmission channel is time shared between all the wireless mobile nodes **12a–12h** for both transmit and receive. All transmission slots are scheduled in advance.

An assumption is also made that a separate low data rate overhead channel is provided. This overhead channel can be used for node discovery, net entry, and exchange of various other data link control overhead information including resource requests. This overhead channel is provided via an omni-directional antenna **20**. Good global timing reference is also known at all nodes. The terms wireless mobile nodes and wireless mobile communications systems **12a–12h** are interchangeable throughout the following discussion.

The wireless mobile communication network **10** also includes the capability for locating and tracking mobile nodes so that the phased array antennas **16** can be pointed accurately when a scheduled time slot is available. As noted above, a detailed discussion on the pointing/tracking will not be provided herein.

An assumption is also made that the phased array antennas **16** have zero beamwidth. This assumption will be relaxed later. Consequently, we can assume that a transmission by a given mobile node will be received only by the neighbor mobile node to which it is attempting to transmit. This allows a less restrictive set of constraints on the scheduling of time slots. Each communications link will be labeled with a number which represents a scheduled time slot for transmitting and receiving data therein.

The constraints are as follows. No node may have more than one communications link labeled with the same time slot number. A given time slot assignment will apply to a half duplex link between two mobile nodes, and be used alternately by the two nodes for transmit and receive. These two constraints imply that a time slot assigned by a mobile node to one of its neighboring nodes is constrained by the previous time slot assigned by that node to other nodes.

The scheduling of time slots for the phased array antenna **16** is illustrated in FIG. 1, which shows a network **10** with link connectivity based upon scheduled time slots. The time slots are scheduled so that the wireless mobile nodes **12a–12h** know when to point their respective phased array antenna **16** toward a neighboring wireless mobile node.

The communication links are assumed to be bi-directional and are used in a half duplex fashion where each time slot number represents a time slot and a transmission opportunity in each direction occurring in that time slot. The term $N_{frame}$ will be used to denote the maximum link index or the maximum number of time slots within a frame. In the case of this example, $N_{frame}=6$.

FIG. **3** illustrates a representative frame of time slots. In the simplest formulation, each epoch or frame has n slots and the value of n is set to $N_{frame}$. In the figure we also show how a time slot is used for the link connecting to nodes labeled as nodes A and B. Each time slot is divided into two mini-slots **22a**, **22b**. The first mini-slot **22a** (e.g., half of the time slot) is used for transmissions from node A to B. Then the direction of the link is reversed and the second mini-slot **22b** is used for transmissions from node B to A.

During the transmission periods, multiple packets can be transmitted. As indicated, each mini-slot **22a**, **22b** also contains a guard time **24a**, **24b** selected according to the following considerations. The maximum range between any pair of nodes determines the maximum propagation delay that must be accommodated. A maximum range of 100 miles corresponds to about 0.5 ms of propagation delay. A guard

US 6,958,986 B2

13

time is allocated for each mini-slot $22a$, $22b$ to accommodate uncertainty of propagation delay and unequal propagation delays between all pairs of nodes.

At a maximum range of 100 miles, a guard time of 0.5 ms is needed. The guard time allocation for a maximum range of 100 miles implies the need to make the mini-slots $22a$, $22b$ on the order of 2 to 4 ms to minimize the channel efficiency loss. As an example, if we assume a 50 Mb/s data rate on the communication links and a maximum range of 100 miles, then a 4 ms mini-slot implies 200,000 bits/mini-slot (250 mini-slots per second). Then the mini-slot would contain a 25,000 bit guard time and 175,000 bits of mission data.

The controller **18** may also bias each established link to assign priority when the available time slots are scheduled. As will be discussed in greater detail below, semi-permanent (SP) time slots and available or demand assigned (DA) time slots are provided within each frame. A stated objective is to increase reuse of time slots among several nodes at the same time. While the mobile network **10** in FIG. 1 is limited in the total number of nodes and communication links, there are a number of cases of parallel usage of time slots. For example, time slots **1** and **2** are simultaneously each used on 3 different communication links, and time slot **6** is used on only one link. All the other time slots are assigned to two communication links. We can define a reuse factor which indicates the average level of reuse as a ratio of the total number of time slot assignments in the network ($N_{frame}$) to the number of assigned time slots (Num_Slots_Assigned):

$$R = \frac{Num\_Slots\_Assigned}{N_{frame}} \qquad (1)$$

For the example network **10** in FIG. 1, the reuse approach provides a reuse factor of R=14/6=2.333, indicating that on the average there are slightly more than two simultaneous users of each time slot in the network schedule. It is obvious that the reuse factor calculated for any specific scheduling algorithm will be highly dependent on the network size and topology. A full comparative evaluation should consider a variety of network sizes and topologies.

A lower bound on the value of $N_{frame}$ for any graph can be determined by noting that each node requires at least as many time slots as the node has neighbors, i.e., the node requires a number of time slots at least equal to its degree. Then $N_{frame}$ must be at least as great as the maximum node degree over the entire graph. Thus, denoting the degree of node i by $d_i$ the lower bound on $N_{frame}$ is

$$N_{frame} \geq \max_i \{d_i\} \qquad (2)$$

For the example network **10** illustrated in FIG. 2 the reuse portion is assigned the scheduling with $N_{frame}$ equal to the minimum number of time slots that must be used according to equation (2). Note that several nodes, namely all nodes but node **1**, are assigned less than the full set of time slot. Thus, an enhanced scheduling algorithm may be able to assign additional slots to some of the links without introducing conflicts in scheduling.

The following discussion focuses primarily on the scheduling of time slots for generating the link schedules. Other parts of the overall phased array network problem that ultimately must be addressed include: 1) node and neighbor discovery, 2) net entry, 3) overhead channel format and protocol including protocol exchanges for scheduling updates, and 4) tracking and location of neighbor nodes (may include assistance of phased array antenna **16**), and 5) a routing algorithm for a dynamic network topology.

14

The approach for scheduling time slots according to the present invention is based upon the following principles. First, a specified number of time slots are allocated as semi-permanent (SP) time slots scheduled for a given link. The rest of the available time slots (DA) may be allocated on a demand-assigned basis to those nodes/links that need them most. This allows flexibility in shifting the schedule on an as needed basis. Secondly, as discussed above, a limit on the maximum number of semi-permanently assigned time slots is established. This limit is a parameter that is selected based upon a specific network. This limit is also the upper limit on the number of allowable neighbor nodes, with a single SP time slot per node.

Third, as also discussed above, a limit on the maximum number of time slots per frame is established. This limit is a parameter that is also selected based upon a specific network. This limit is important for establishing a limit on latency since it determines the maximum revisit time for a link transmit opportunity.

Fourth, the relationship between the number of total time slots per frame, $N_{frame}$, and the limit on the maximum number of semi-permanently assigned time slots per frame is chosen so that the scheduling of the semi-permanently assigned time slots is greatly simplified and scheduling conflicts may be significantly avoided even with distributed scheduling.

By limiting the maximum number of semi-permanently assigned time slots per node to a certain fraction to the total number of time slots per frame, the process of distributively assigning semi-permanently assigned time slots is greatly simplified. The upper limit on the number of the semi-permanently assigned time slots (and, therefore, the maximum number of allowable neighbor nodes) will be denoted by N. We will consider values of $N_{frame}$ such that:

$$N_{frame} \geq 2N-1 \qquad (3)$$

Assume that all nodes $12a$–$12h$ in the network **10** are connected by directional links, where each node has a single beam phased array antenna **16** with beam sharing by time hopping and pointing to its neighbor nodes. Further, assume that the number of neighbors is equal to N, and the limit on the allowable number of semi-permanent time slots (with one SP time slot allocated per neighbor) is fixed.

If the fixed value of $N_{frame}$ satisfies equation (3), then all nodes can select a different semi-permanent time slot for each of these links by mutual agreement with the neighbor for that link without regard to what links other nodes are selecting more than one-hop away. This allows each node to select its semi-permanent time slot for the link to a neighbor node in a very direct fashion by communicating only with that neighbor node. This process can be followed for up to N neighbor nodes.

The key is recognizing that as the value of $N_{frame}$ increases for a fixed value of N, there are fewer constraints on the ability of a node to select a time slot that does not conflict with a neighbor's choice of a time slot. A node selecting a time slot for a new link must select a time slot that it is not currently being used and that the neighbor is not currently using.

If a node currently has m neighbors with a single time slot assigned to each of these links to the neighbors and is adding a link to a new neighbor node, then the neighbor node can be using at most (N−1) time slots. Thus, if $N_{frame}$ is greater than (m+N−1), then there will be at least one more time slot available that the node can assign to the new link. The worst case in this assignment process is when the node already has (N−1) neighbors and is assigning the time slot for the N[th]

US 6,958,986 B2

15

neighbor node. In this case $N_{frame}$ must satisfy equation (3) for an additional time slot to be guaranteed to be available for assignment to the link to the $N^{th}$ neighbor.

Some additional observations will be made about how this property can be exploited in the disclosed time slot scheduling approach. First, a node need only coordinate the selection of the semi-permanent time slots to be assigned for a directional link to a neighbor with that neighbor. The node requesting the link might, for example, send to the neighbor the list of suggested time slots for the link. This is based upon those time slots not being used for SP assignments. There could be some ordering of this list based upon other factors to be discussed below, but this is not necessary. The neighbor node can then select from this list the time slot it prefers and return a reply with this selection. This allows us to define a straightforward, fully distributed algorithm for scheduling the semi-permanent time slots.

If a node has less than N neighbors, then more than one of its N allowed semi-permanent time slots could be assigned on individual links. However, in this case there is no guarantee that all N assignments can be made via neighbor-to-neighbor node coordination without some conflicts. For example, if N=6 and a node had only 3 neighbors but each of these neighbors each had 6 neighbors, then the node would be able to assign only one time slot to each of the links with its 3 neighbors. In order to simplify our algorithm, we will not allow scheduling of more than one SP time slot per link. However, all unused time slots may be allocated as available time slots.

For certain networks with very large numbers of nodes where the number of potential neighbors will be much larger than the limit N, there will also be a topology control problem to deal with. The node will be faced with choosing, from among the potential neighbors, those neighbors that create the optimum network topology. This topology control problem also is related to the concept of optimizing an energy efficient network. In the case where the number of potential neighbors is much larger than the limit N, a topology control function can be used to select the neighbor node to connect to.

If we assign to $N_{frame}$ the minimum value allowed by (3), then each node will be allowed to have a-maximum of N semi-permanent time slots and a total of (2N−1) time slot assignments. The demand assigned time slots will be assigned on a basis to best accommodate the traffic load. Of course, assigning a much larger value of $N_{frame}$ is also an option. In this case, there will be many more time slots available for demand assignment. There may be applications for which this is a desirable way to configure the network.

As with the semi-permanent time slots, the node need only coordinate the selection of the available time slots to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link.

A node requesting the allocation of an available time slot DA from a neighbor node will do so based upon a perceived need for additional capacity on that link. This may be prompted by a high link utilization (queue buildup) based on short and long term measurements. The request will contain the number of slots requested and a metric, which indicates the priority to be attached to the request. The metric might indicate the queue length as a measure of the need for the time slot allocation.

The node receiving the request may also receive requests from other neighbor nodes, which may contend for alloca-

16

tion of the same time slot. In order to simplify the protocol, a node must complete processing one thread of an available time slot DA allocation before considering the next allocation. These allocations may not persist for a long period of time because they are constantly subject to preemption to become re-allocated as semi-permanent time slots-as a result of topology changes or subject to re-allocation due to shifting traffic demand.

Neighbor and link discovery will now be discussed. The distributed link scheduling algorithm requires support from an omni-directional overhead channel for certain protocol exchanges that must occur with a potential neighbor node prior to the establishment of the directional link with that node. Such messages include the REQ_SPTS which requests the allocation of a semi-permanent time slot on the directional link to that node.

In addition to supporting protocol message exchanges which directly support the protocol defined herein, the omni-directional overhead channel must support the function of neighbor and link discovery. This is usually done through periodic omni transmissions by each node via an omni-directional antenna 20 that alerts any other node that move within range that the two nodes can be neighbor nodes. Several ad hoc routing protocols (including OLSR) have defined such a supporting protocol. These previously defined protocols could be adapted to support this distributed link scheduling algorithm. The primary function that must be performed by such a protocol is to discover new potential neighbor nodes and to report these to the topology control function.

One approach for node and link discovery includes each node periodically transmitting beacon messages over the control channel to notify neighbor nodes of its presence and its position. In addition, link state messages are transmitted periodically to notify neighbor nodes of the identity of its beacon neighbors (BN list) and its PA neighbor nodes (PAN list) and the time slots assigned to these nodes.

The link discovery portion of the algorithm continually compares the bi-directional beacon neighbors (BBN) list with the PAN list to see if there are any nodes on the BBN list that are not on the PAN list. Any such neighbor node becomes a candidate for link testing to determine if a PA link is possible. According to this approach, after an exchange of control messages the directional link is tested to determine if reliable communication is possible. If communication is reliable, the new neighbor node is added to the PAN list.

This validates communication in the testing time slot, but not necessarily in the time slot that may be assigned to the link on a semi-permanent basis. One approach is to do it this way or another approach is to wait until an SP time slot is assigned and test it in this time slot.

The topology control function can be a very straightforward function if it does not have to do topology optimization. The purpose of this function is to take the list of nodes in the PAN list, the information about the reliability of these links, and the information about the network topology, and use this information to determine which nodes on the PAN list should become PA neighbors. This is the function that should optimize the network topology if there are constraints such as the number of PA neighbors that do not allow all nodes in the PAN list to become PA neighbors.

With the proposed constraints of a fixed value for $N_{frame}$ and a fixed value for N (the maximum number of semi-permanent time slots per node), the potential exists for having some concern about network topology utilization. This would certainly be the case if these values were selected to be very small numbers. For example, if N=3 were

US 6,958,986 B2

17

selected with $N_{frame}$=5, it may be difficult to expect a well connected network topology when we could have no more than 3 neighbors for any node, unless an intelligent topology control function carefully utilized the topology prior to adding new PA neighbor nodes. This may be particularly so for a large network.

Thus, the topology control function should create a neighbor priority (NP) list, which is the PAN list ordered in order of desirability as potential PA neighbors. This list will direct the priority order in which potential PA neighbors are scheduled time slots. However, our initial problem is that of a small network with perhaps 15 nodes. In this case, we could specify N to have a value in the range of 5 to 8 and still have low latency. There is very little likelihood that there will be any topology utilization issues since allowing for 5 to 8 neighbor nodes will allow almost all possible neighbors to be PA neighbors.

A second purpose of the topology control function is to generate the topology change event that causes the link scheduler process to change state and perform the re-allocation process for the SP time slots.

A top-level scheduling algorithm structure will now be discussed. The scheduling process was formulated with the objective of minimizing the complexity of the process while taking advantage of the overall approach outlined above. A key to controlling this scheduling is maintaining an accurate data structure at each node reflecting the state of time slot schedules for future time slots assigned to the link with each neighbor node.

Two data structures are proposed: a slot assignment DB and a link message DB. The possible states of links in the data structure for a given time slot in the epoch are listed in TABLE 1. The table describes each possible state and gives the notation for that state. TABLE 2 shows an example slot assignment DA and the contents indicating the timeslots for $N_{frame}$=9 (N=5), the state assignments for each state, and example assigned neighbor IDs for each time slot.

In this example, 4 neighbors have been assigned SP time slots so one additional neighbor may be connected with these constraints. There is one free time slot which may be allocated as a DB time slot or offered with the DB time slots to be allocated as an SP time slot if a new neighbor node is possible. The use of the link message DB will be discussed later in the detailed protocol explanation. The example also indicates the use of sub-slots, e.g., 2 sub-slots per slot.

This is a concept to be used with the DA allocations to allow finer granularity. The meaning in this case would be that an allocation of time slot k, sub-slot **1** would be an allocation to a link of time slot k on the odd numbered frames. Conversely, sub-slot **2** would indicate an allocation of the time slot on the even numbered frames.

TABLE 1

| Time Slot State in DB | Notation |
|---|---|
| Free | Free |
| SP Allocated Time Slot | SP_Alloc |
| DA Allocated Time Slot (May Be Preempted by SP Allocation Process or by DA Re-allocation) | DA_Alloc |
| SP Allocation Request Message Sent | SP_Req |
| SP Allocation Reply Message Sent | SP_Reply |

18

TABLE 1-continued

| Time Slot State in DB | Notation |
|---|---|
| DA Allocation Request Message Sent (May Be Preempted by SP Allocation Process or by DA Re-allocation) | DA_Req |
| DA Allocation Reply Message Sent (May Be Preempted by SP Alloation Process or by DA Re-allocation) | DA_Reply |

TABLE 2

| Time Slot | Subslot | State | Assigned Neighbor ID |
|---|---|---|---|
| 1 | — | Free | — |
| 2 | — | SP_Alloc | 3 |
| 3 | — | SP_Req | 4 |
| 4 | 1 | DA_Alloc | 3 |
| 4 | 2 | DA_Alloc | 4 |
| 5 | 1 | DA_Alloc | 5 |
| 5 | 2 | DA_Alloc | 3 |
| 6 | — | SP_Alloc | 5 |
| 7 | 1, 2 | DA_Alloc | 8 |
| 8 | 2 | DA_Alloc | 4 |
| 9 | — | SP_Alloc | 8 |

The top-level state diagram for the link scheduling protocol is shown in FIG. **5**. The diagram shows two independent processes **30** and **32** that are responsible for maintaining and modifying the time slot allocation database. On the left side is the state diagram for the process for maintaining and assigning semi-permanent (SP) time slots, i.e., process **30**. This process has priority over the assignments made by the process **32** on the right, which has responsibility for assigning the available (DA) time slots. Within process path **31**, the time slots that can be seized are as follows: free, DA allocated, and in process of being DA allocated. Similarly, within process path **33**, the time slots that can be seized are as follows: free, DA allocated and also need to be re-allocated.

This database must be controlled as a locked database such that for any given time slot assignment state, only one of the two scheduling processes may modify that state at a given point in time. Once one of the processes begins to modify the state of a particular time slot assignment, the state is locked and the other process may not modify it until it is released.

At any time each time slot in the DB is in one of seven states as indicated in TABLE 1. Available time slots are said to be in the free state, i.e., they are not assigned to a link to one of its neighbor nodes either because a scheduling conflict has prevented assignment or because the time slot has recently become free and has not yet been scheduled.

As indicated, a time slot in the free state may be scheduled either as an SP time slot or a DA time slot. A time slot that has been allocated as SP assigned may be modified only by the process that maintains SP time slots. The time slot may be de-allocated by this process if network topology changes or if a more desirable topology is possible. Until such a time slot is returned to the free state, the process for maintaining and assigning the DA time slots cannot modify its state.

In addition, any time slot with a DB state indicating that it is in the process of being SP assigned cannot be allocated by the DA assignment process. This includes states indicating that SP request and reply messages have been sent. However, if the state of a time slot is DA allocated, then it

US 6,958,986 B2

19

may be re-allocated by the DA assignment process. This might be done if the loading on the network indicated that a re-allocation of the DA time slot is needed.

In contrast, the process allocating SP time slots has priority. In addition to assigning free slots, it may seize and reassign all time slots that have been DA assigned or are in the process of being DA assigned. This is done to provide a straightforward process of ensuring at least a single SP time slot assigned to each neighbor node during a frame of $N_{frame}$ time slots. SP allocated slots are returned to the free state only if the link is lost or if the topology control function determines that a particular link should no longer be in the list of the top N links to be established with neighbor nodes.

FIG. 5 illustrates how this process works at the top level. The SP slot assignment process has greater flexibility in allocating time slots. It can seize more time slots for allocation than the DA process, and it can seize time slots that either have been DA allocated or are in the process of being DA allocated. The SP process may receive various events for processing including topology change events from the topology control function and protocol messages.

Such events might include loss of link to a neighbor, discovery of a new neighbor, reception of an SP allocation request message from a neighbor node, and the discovery that a topology change should occur to either add a link to a neighbor, break a link, or do both. The topology change event notification will carry data that will describe the topology change that needs to occur.

If the event described a loss of a link, then the only action that must be taken is to change the appropriate time slot state in the slot assignment DB to "free." If a link is to be added the process is more complex. In this case, the SP slot assignment process initiates protocol message exchanges with the new neighbor node and modifies the slot assignment DB. This ultimately results in the agreement between the two nodes on a time slot assignment for the SP slot assigned to this link. Only a single SP time slot is to be assigned to each link with a neighbor to simplify the protocol. Additional details of this protocol are described below.

The process of assigning DA time slots follows a similar procedure. The DA slot assignment process must calculate the DA time slot needs and compare them with the allocated time slots to determine if a new time slot re-allocation is needed. If a reassignment of DA slots is initiated, it will also lead to a series of protocol message exchanges with neighbor nodes to agree on the reassigned time slots. The DA slot assignment process may reassign only time slots that are in the free state or not SP assigned. More about the protocol details and the process for determining when DA time slot reassignment is needed will be discussed below.

Allocating semi-permanent time slots to directional links will now be discussed. In the description of the approach for allocating N semi-permanent time slots assume that N is fixed and intelligently chosen with respect to the network size and environment. Also assume that $N_{frame}=2N-1$. $N_{frame}$ could also be set at any value higher than this to provide additional on-demand time slots if that is deemed to be useful for the particular network and traffic environment.

Several important functions are provided by the topology control function. The neighbor priority (NP) list is generated by the topology control function and is used to indicate the preferred PA neighbor nodes for the assignment of time slots.

If the length of the NP list is N or smaller, then the topology control function will generate topology change events to the SP slot assignment process to make it attempt

20

to get time slot assignments to all of these neighbor nodes. If the length of the NP list is greater than N, then it will generate topology change events to the SP slot assignment process to obtain time slot assignments to each of the N highest priority nodes on the NP list.

The NP list is constantly changing due to network dynamics. When PA links go down, the node is removed from the NP list and the time slot(s) for that link are then subject to re-allocation. This is initiated by the topology control function which sends the SP slot assignment process a link delete event. Thus, the SP time slot and any DA time slots allocated to that link become available for re-allocation to another node on the PA list.

The first choice when slots become available is to allocate the slot(s) to additional PA neighbor nodes if that is possible given the current state of the NP list. If no additional neighbor nodes can be added, then the slot(s) can be re-allocated on a DA basis.

FIG. 6 shows a state diagram of the SP slot assignment process. In order to manage the protocol message processing, a link scheduling message DB is created as shown in TABLE 3. This maintains the state needed from prior protocol exchanges to be used when the next SP message arrives for processing. The idle process does event management in that it checks received events prior to allowing a state change to one of the other states.

These operations include checking received messages to determine if they are consistent with the current state of the DB. If a message is inconsistent with the DB, it is discarded. Certain timeouts may indicate that DB state needs to be reset. This process performs this function.

TABLE 3

| Link Nbr_ID | State | Time out | Time Slot List | Selected Time Slot | Selected Subslot | Num_ tries |
|---|---|---|---|---|---|---|
| 1 | SP_Alloc | — | — | 2 | 1 | — |
| 1 | SP_Alloc | — | — | 2 | 2 | — |
| 1 | DA_Alloc | — | — | 5 | 1 | — |
| 2 | SP_Alloc | — | — | 4 | 1 | — |
| 2 | SP_Alloc | — | — | 4 | 2 | — |
| 2 | DA_Alloc | — | — | 5 | 2 | — |
| 3 | SP_Req | T2 | Ls | — | | 1 |
| 4 | SP_Alloc | — | — | 6 | 1 | — |
| 4 | SP_Alloc | — | — | 6 | 2 | — |

There are four basic message types required in the SP time slot assignment protocol as listed below in Table 4. The use of these are self-explanatory and consistent with the prior discussion.

TABLE 4

| Message Type | Message Function |
|---|---|
| REQ_SPTS | Request New SP Slot Allocation |
| REPLY_SPTS | Reply to Received REQ_SPTS |
| CONFIRM | Response to Received REPLY_SPTS |
| DELETE_TS | Message Indicating Deleted Time Slot Allocation |

An example of SP time slot assignment is shown in FIG. 7. Nodes 1 and 2 both have 3 neighbors with the SP time slots allocations shown for each link. Therefore, they can add an additional link between themselves. The link scheduling protocol will find an acceptable time slot for the SP allocation. The corresponding protocol message exchange is shown in TABLE 5.

Node 1 initiates the exchange by sending a REQ_SPTS (L=(4,5,6,7)) with a list of at least N candidate time slots.

US 6,958,986 B2

21

This list may include all free and DA time slots. Node 1 is using time slots 1, 2 and 3 for SP allocations to its neighbors so its list L contains the other time slots 4, 5, 6 and 7. When the request message is sent, the appropriate changes are made to the time slot and link scheduling message data structures. Node 2 is using time slots 4, 5 and 6 as SP allocations for its links to its 3 neighbors so it selects time slot 7 as the only one that will work for the new link. It sends this choice in the reply message.

When a reply message is sent, the appropriate changes are also made to the time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "SP allocated to link (1,2)."

Note also that if nodes 1 and 2 had already selected 4 neighbor nodes, it would still be possible for them to find common time slots with which to establish a link between them if they used the same time slots with at least two of their neighbors.

TABLE 5

| Node 1 | Node 2 |
|---|---|
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | |
| Send REQ_SPTS(L = (4, 5, 6, 7)) → Timeout and retry | Msg Lost |
| Resend REQ_SPTS(L = (4, 5, 6, 7)) → | Rcvd |
| Rcvd REPLY_SPTS(Slot 7) ← | REQ_SPTS(L = (4, 5, 6, 7)) Send REPLY_SPTS(Slot 7) |
| Send CONFIRM(Slot 7) → Slot 7 Allocated to Link (1, 2) | Rcvd CONFIRM(Slot 7) Slot 7 Allocated to Link (1, 2) |

Some initial pseudocode describing the processes required in FIG. 6 has been developed. There are various events that may occur which must be processed by the SP slot assignment process 34. Event management is done in the idle process as shown in TABLE 6. Four categories of events are shown: received message, check timeouts, link addition notification from topology control, and link failure or link deletion.

Received messages are first checked versus the link scheduling message DB to insure that the message is consistent with the current state of the DB. For example, if we sent a request to a neighbor, the next message expected is a reply. To simplify this distributed protocol, only one thread of SP protocol message exchanges is allowed at a time. This is enforced in the procedure by checking the DB to see if other SP message exchanges are ongoing prior to initiating a link add transition or prior to processing a REQ_SPTS message.

If a link addition cannot be initiated because another SP protocol thread is currently in process, the link addition will be postponed by backing off and rescheduling for a later time when the other process is expected to be completed. Allowing multiple attempts is done to handle potential conflict between several nodes attempting to add links simultaneously. This is not meant to deal with the problem of an unreliable RF link. This latter issue should be addressed by using a link protocol on the overhead channel that uses ARQ and retransmission to recover lost/errored messages.

Thus, the distributed scheduling protocol can assume that messages will not get lost. This allows simplification of the

22

protocol. When topology control selects a neighbor node from the NP list to connect to as a new neighbor, it issues a topology change (link addition) event which (after consistency checks in the idle process) causes a transition to the link add state in the SP slot assignment process.

TABLE 6

Procedure for Idle State (SP Event Management)

```
Case Event Type
    Received Message:
        If received message is not consistent with the
state of the Link Scheduling Message
        DB for that Nbr_ID
            Discard Message
        Elseif message type = REQ_SPTS
            If no pending SP message activity in the Link
Scheduling Message DB for link additions        other
than receiving a previous REQ_SPTS        message from
Nbr_ID
                Transition to Process REQ_SPTS state to
process message
            Else
                Reject new link and send negative
REPLY_SPTS message to Nbr_ID
            End
        Elseif message type = REPLY_SPTS
            Transition to Process REPLY_SPTS state to
process message
        Elseif message type = CONFIRM
            Transition to Process CONFIRM state to
process message
        Elseif message type = DELETE_TS
            Transition to Process DELETE_TS state to
process message
        End
    Check Timeouts:
        Check all timeouts
        If Timeout expired for a link in the SP_Req state
            Transition to Link Add State
        If Timeout expired for a link in the SP_Reply
state
            Reset Slot Assignment DB for time slot Ns and
in the Link Message state in
                Link Scheduling Message DB for index Nbr_ID
        End
    Link Addition Notification from Topology Control:
        If no pending SP message activity in the Link
Scheduling Message DB
            Transition to Link Add state to add Nbr_ID
        Else
            Backoff and reschedule Link Addition
        End
    Link Failure or Link Deletion:
        Transition to Link Delete state to delete link to
Nbr_ID
    End
End
```

Pseudocode for the link add process is shown in TABLE 7. This starts a process which requires coordination of the SP time slot assignment and protocol message exchanges between only the two neighbor nodes. The node requesting the link sends a REQ_SPTS message to the candidate neighbor node with the list of acceptable time slots for the link.

The list of candidate time slots must contain at least N time slots including at least one semi-permanent time slot SP. The list can also include possibly all of the N−1 available DA time slots. The available or on-demand time slots may be currently temporarily allocated for on-demand traffic. This list will be priority-ordered to indicate the time slot preference that causes the least perturbation in the current available time slot assignments. In other words, the notation being used is that a time slot is not an SP time slot unless already allocated to a communication link. Any of the 2N−1

US 6,958,986 B2

23

time slots may be an SP time slot. Thus, the list of N time slots sent are all either free time slots or an available DA time slot. These may be N−1 SP time slots but they are already allocated and are not on the list.

The REQ_SPTS message can be sent up to MAX_TRIES times to allow for unreliable links and conflicts with other assignments potentially occurring simultaneously. The timeout in the link scheduling message DB triggers the retries if there is no REPLY_SPTS message from the neighbor node in response to the REQ_SPTS message. Once the REQ_SPTS message is sent the process returns to the idle state where other events can be processed.

TABLE 7

| Procedure for Link Addition to Node Nbr_ID (Generate REQ_SPTS Message) |
| --- |
| If Num_tries = MAX_TRIES (No more tries)<br>    Reset state of Link Scheduling Message DB for index<br>    Nbr_ID (Link State = Free and no timeout for retry)<br>        Return to Idle state<br>Else<br>    If initial try to node Nbr_ID<br>        Set Num_tries = 1 in Link Scheduling Message DB<br>for index Nbr_ID<br>    Else<br>        Set Num_tries = Num_tries +1 in Link Scheduling<br>Message DB for index Nbr_ID<br>    End<br>    Construct list Ls of time slots to offer to Nbr_ID<br>    Append Ls to REQ_SPTS message and send to Nbr_ID<br>    Setup timeout and Link Message state in Link Scheduling<br>Message DB for index<br>        Nbr_ID and in Slot Assignment DB<br>    Return to Idle state<br>End |

The neighbor receiving a REQ_SPTS message will have its SP slot assignment process transition to the process REQ_SPTS state. The procedure for processing this message is shown in TABLE 8. This procedure takes the offered list of time slots, Ls, and selects its preferred time slot, Ns.

If the number of links to neighbor nodes, Num_links, is less than the limit N, the procedure selects the time slot it prefers from this list. Then a REPLY_SPTS reply message with this selection is sent. If the link cannot be accepted or if there is another ongoing SP slot assignment in process, a negative REPLY_SPTS reply message is sent.

The selected time slot will be selected from one of its N available time slots or one of its free time slots. An available time slot is either a "free" time slot or an available DA time slot. There will be at least N of these if we can add another link. Each node always manages its time slots so that there are N time slots available to assign as semi-permanent time slots (one to each of N neighbor nodes if that many neighbor nodes are available). If it accepts the link, then it will have at most N−1 other neighbor nodes with one semi-permanent time slot allocated per node. The procedure also makes the appropriate modifications to the state in the link scheduling message DB and the slot assignment DB.

TABLE 8

| Procedure for Processing REQ_SPTS Message (from Nbr_ID) |
| --- |
| If Num_links<N<br>    Examine list Ls of the available time slots received<br>from potential neighbor node<br>        Nbr_ID, compare with the current allocations in<br>the Slot Assignment DB, and select the best<br>assignment = Ns |

24

TABLE 8-continued

| Procedure for Processing REQ_SPTS Message (from Nbr_ID) |
| --- |
|     Make appropriate modification to the Slot Assignment DB<br>    (mark it as SP_Reply) for time slot Ns<br>    If time slot Ns was DA allocated<br>        Send DELETE_TS to the neighbor node allocated the<br>DA time slot<br>    End<br>    Append time slot choice, Ns, to REPLY_SPTS message and<br>send to Nbr_ID<br>    Setup timeout and Link Message state (to SP_Reply with<br>time slot Ns) in Link<br>        Scheduling Message DB for index Nbr_ID<br>    Return to Idle state<br>Else<br>    Reject new link and send negative REPLY_SPTS message to<br>Nbr_ID<br>    Return to Idle state<br>End |

A received REPLY_SPTS message is processed as shown in TABLE 9. The choice of time slot, Ns, received from the neighbor node is extracted from the message. We will also require the node to confirm this reply with either a positive or negative CONFIRM message that indicates that it will agree to use the allocated time slot. This three-way handshake eliminates uncertainty in the outcome of the scheduling process.

If the REPLY_SPTS message is a positive reply, then the choice of time slot, Ns, is examined to see if it is still an allowable assignment for a new SP time slot for the new link. If it is allowable, then the appropriate modifications to the state in the slot assignment and link scheduling message databases are made. Then a positive CONFIRM message is returned.

If the received REPLY_SPTS message was negative, then the slot assignment and link scheduling message databases are reset for this Nbr_ID. Otherwise, if the choice of Ns is no longer allowable, then the link scheduling message database is reset for this Nbr_ID. Then a negative CONFIRM message is sent to the neighbor node rejecting the link.

TABLE 9

| Procedure for Processing REPLY_SPTS Message from Nbr_ID |
| --- |
| Extract time slot choice Ns from the REPLY_SPTS message from<br>Nbr_ID<br>If (positive REPLY_SPTS message) and (choice of Ns is still<br>allowable from Slot Assignment DB)<br>    Make appropriate modification to the Slot Assignment DB<br>    (mark it as SP_Reply)<br>        for time slot Ns and in the Link Message state in<br>Link Scheduling Message DB<br>        for index Nbr_ID<br>    If time slot Ns was allocated<br>        Send DELETE_TS to the neighbor node allocated the<br>DA time slot<br>    End<br>    Create CONFIRM message for Ns and send to Nbr_ID<br>    Increment Num_links<br>    Return to Idle state<br>Elseif negative REPLY_SPTS message<br>    Reset Slot Assignment DB for time slot Ns and in the<br>Link Message state in<br>        Link Scheduling Message DB for index Nbr_ID<br>    Return to Idle state |

US 6,958,986 B2

25

26

TABLE 9-continued

| Procedure for Processing REPLY__SPTS Message from Nbr__ID |
| --- |
| Else<br>    Reset Link Message state in Link Scheduling Message DB<br>    for index Nbr__ID<br>        Send negative CONFIRM message to Nbr__ID<br>        Return to Idle state<br>End |

Table 10 shows the procedure for processing CONFIRM messages. If the CONFIRM is positive, the link is considered to be added to the set of neighbors. The number of links for the node, Num__links, is incremented. The assigned time slot, Ns, is marked SP__Alloc in the slot assignment DB, and the link message state in the link scheduling message DB is reset for index Nbr__ID. If the message was a negative CONFIRM, then the slot assignment and link scheduling message databases are reset for this Nbr__ID.

TABLE 10

| Procedure for Processing CONFIRM Message from Nbr__ID |
| --- |
| If positive CONFIRM message<br>    Make appropriate modification to the Slot Assignment DB<br>    (mark it as SP__Alloc)<br>        for time slot Ns<br>    Reset Link Message state in Link Scheduling Message DB<br>    for index Nbr__ID<br>        Increment Num__links<br>        Return to Idle state<br>Else<br>    Reset the Slot Assignment DB (mark it as Free) for time<br>    slot Ns<br>    Reset Link Message state in Link Scheduling Message DB<br>    for index Nbr__ID<br>        Return to Idle state<br>End |

An allocated time slot may need to be de-allocated for one of several reasons. If during the course of normal operation a link goes down or becomes unreliable, then the topology control function gets involved to address the unreliable link problem. Ultimately, it may generate a topology change (e.g., link deletion) event directing the SP slot assignment process to delete all slots assigned to the link.

The steps involved in this procedure are shown in TABLE 11. The link is de-allocated by sending a DELETE__TS message from the node requesting the de-allocation of all the time slots which are shared with the other node. In addition, the appropriate entries in the link scheduling message DB and the slot assignment DB are reset.

TABLE 11

| Procedure for Link Deletion to Node Nbr__ID (Generate DELETE_TS Message) |
| --- |
| Extract list of all SP and DA time slots, Ls, from the Slot<br>Assignment DB assigned to the<br>    link to Nbr__ID<br>Construct message, DELETE__TS, with the list, Ls, and send to<br>Nbr__ID<br>Reset Link Scheduling Message DB for index Nbr__ID and Slot<br>Assignment DB for all time slots in Ls<br>Decrement Num__links<br>Return to Idle state |

Table 12 shows the procedure for processing a received DELETE__TS message. The list of de-allocated time slots, Ls, is extracted from the message. Then the appropriate state

in the slot assignment DB and in the link scheduling message DB is reset.

TABLE 12

| Procedure for Processing DELETE__TS Message from Nbr__ID |
| --- |
| Extract list of time slots, Ls, from the DELETE__TS message<br>from Nbr__ID<br>Reset the Slot Assignment DB (mark it as Free) for all time<br>slots in list Ls<br>Reset Link Message state in Link Scheduling Message DB for<br>all time slots in list Ls for index Nbr__ID<br>Decrement Num__links<br>Return to Idle state |

In summary, the objective for the function allocating the semi-permanent time slots is to connect to as many neighbor nodes as possible up to N. If N neighbor nodes are obtained, then each is allocated a single semi-permanent time slot. Once a new link is established by this protocol, both nodes will commence operation in the newly allocated SP time slot.

This operation will test the new link to determine if reliable communication can be maintained using the allocated time slot. This insures that there is no unusual interference that occurs in this particular time slot. If the link is tested as unreliable, then the topology control function will be notified so that the time slot can be de-allocated and used for other purposes.

Allocation of available (on-demand) time slots will now be discussed. The available time slots are to be allocated in a manner that is responsive to the fluctuating demands of network traffic. Again, assume that N is fixed and intelligently chosen with respect to the network size and environment. Also assume that $N_{frame}=2N-1$.

To allow fine granularity in the allocation of available capacity, time slots will be divided into $m_s$ sub-time slots. Assume for the rest of the following discussion that $m_s=2$. This will be accomplished by defining a sub-time slot to be a specific time slot allocation that repeats every $m_s{}^{th}$ (or second) frame.

A request for available time slots from one node to a neighbor node is allowed only if at least one semi-permanent time slot is allocated for the link between these two nodes. After a link is allocated at least one semi-permanent time slot, then a node may request a periodic allocation of a single time slot every $m_s{}^{th}$ (or second) frame. The messages used for scheduling the available time slots can be sent over the PA link for scheduling time slots several frames in advance of when they are needed since the link has an allocation of at least one semi-permanent time slot per frame.

A key requirement for efficient allocation of available time slots is the measurement of the traffic requirements on each link. Two measures will be needed. First, the measured average traffic sent over link (i, k) (in units of the number of time slots per frame) will be denoted by $T_{ikse}$. This measure will include all traffic sent over one or more semi-permanent time slots per frame as well as any available time slots.

In addition, we also need to maintain a current measure of the queue state, $Q_{ik}$, for link (i, k). Larger values of $Q_{ik}$ indicate the need for an immediate allocation of one or more available time slots. Occasional bursts of demand may produce increases in $Q_{ik}$, which should then trigger a request for additional time slots of on-demand capacity until the queue size decreases.

US 6,958,986 B2

27

The total number of time slots (quantized to ½ of a time slot with $m_s$=2) allocated on link (i, k) will be denoted by $N_{ik}^{tot}$. The time slot demand is defined as follows:

$$T_{ik}^{dem} = f(T_{ik}^{se}, Q_{ik}),$$ (4)

which is a function of the measured traffic plus the estimated additional capacity needed that is indicated by the queue size. Then the number of time slots needed on this link, $T_{ik}^{need}$, is as follows:

$$T_{ik}^{need} = \max(T_{ik}^{dem}, T_{ki}^{dem})$$ (5)

The metric assigned to this link is as follows:

$$M_{ik}^{DA} = T_{ik}^{need} - N_{ik}^{tot} + B$$ (6)

which is a measure of the estimated number of additional time slots that should be allocated to this link through the DA slot allocation mechanism. B is a bias term that might be nominally set at about ¼ to ½ of a time slot to allocated enough excess capacity to each link to avoid significant queuing. While we are illustrating the approach using the metric defined in (4), a variety of other forms of metric could also be used as the basis for allocating the DA time slots.

FIG. 8 shows a state diagram of the DA slot allocation process 36. The state diagram and the protocol exchanges are similar to those of the SP slot assignment process. In order to simplify the protocol message processing, only a single thread of DA time slot allocation can be in process at any time. The idle process does event management in that it checks received events prior to allowing a state change to one of the other states.

These operations include the following. Check received messages to determine if they are consistent with the current state of the DB. If a message is inconsistent with the DB, it is discarded. Certain timeouts may indicate that DB state needs to be reset. This process performs this function. It also determines if the DA slot assignment is optimal given the traffic load needs of the node. It may cause a transition to the add DA slot state if it determines if a new DA time slot must be added to a particular link.

There are four basic message types required in the DA time slot assignment protocol as listed below in TABLE 13. These are very similar to those used in the SP slot allocation. The use of these is self-explanatory and consistent with the prior discussion of the SP slot allocation process.

TABLE 13

| Message Type | Message Function |
| --- | --- |
| REQ_DATS | Request New DA Slot Assignment |
| REPLY_DATS | Reply to Received REQ_DATS |
| CONFIRM | Response to Received REPLY_DATS |
| DELETE_TS | Message Indicating Deleted Time Slot Allocation |
| LINK_METRIC | Message Broadcast to Neighbor Nodes with Link Metric for Each Link to a Neighbor Node |

An example of DA time slot assignment is shown in FIG. 9. Node 1 wants to add an additional DA time slot allocation for its link (1,2). The corresponding protocol message exchange is shown in TABLE 5. Node 1 initiates the exchange by sending a REQ_DATS (L=(4.2, 5,6)) indicating that it can support allocations of all of slots 5 and 6 and sub-slot 4.2. This list may include all free and DA time slots, the later of which are less needed.

When the request message is sent, the appropriate changes are made to the time slot and link scheduling

28

message data structures. Node 2 is using time slots 1, 3 and 6 as SP allocations for its links to its 3 neighbors and sub-slots 2.1 and 3.2 as DA allocations. It can select either sub-slot 4.2 or both sub-slots of slot 5. It chooses and sends this choice in the reply message.

When a reply message is sent the appropriate changes are also made to the time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "sub-slot 4.2 DA allocated to link (1,2)."

TABLE 14

| Node 1 | Node 2 |
| --- | --- |
| Determines That The Link From Node 1 to Node 2 Requires An Additional DA Time Slot | |
| Send REQ_DATS(L = (4.2, 5, 6)) → | Msg Lost |
| Timeout and retry | |
| Resend | |
| REQ_DATS(L = (4.2, 5, 6)) → | Rcvd REQ_DATS(L = (4.2, 5, 6)) |
| Rcvd REPLY_DATS (Slot 4.2) ← | Send REPLY_DATS (Slot 4.2) |
| Send CONFIRM (Slot 4.2) → | Rcvd CONFIRM (Slot 4.2) |
| Slot 4.2 DA Allocated to Link (1, 2) | Slot 4.2 DA Allocated to Link (1, 2) |

The following approach is used at each network node to allocate the (N−1) available time slots for directional links to neighbor nodes. Using these measures each node will continuously maintain the link metric, $M_{ik}^{DA}$, for each of its links allocated a semi-permanent time slot. Each node will use this link metric to indicate the need for additional transmission time slots to each neighbor node. The largest values of $M_{ik}^{DA}$ indicate the links with the greatest need for additional on-demand time slot allocation. A positive value of $M_{ik}^{DA}$ indicates the number of additional time slots required, and a negative value of indicates the number of time slots that can be surrendered for re-allocation.

As the metrics, $M_{ik}^{DA}$, are maintained, if the largest link metric indicates a need for an additional sub-slot allocation and if there are sub-slots available either as free slots or as excess DA allocation to other links (again indicated by a small metric), then the process transitions to the add DA slot state and the process of finding a DA sub-slot allocation is initiated.

As with the semi-permanent time slots, the node need only coordinate the selection of the DA time slot to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link.

Some initial pseudocode describing the processes required in FIG. 8 has been developed. There are various events that may occur which must be processed by the DA slot assignment process. Event management is done in the idle process as shown in TABLE 6.

Four categories of events are shown: 1) received message, 2) check timeouts, 3) recalculation of link metrics, and 4) DA time slot needs and DA time slot deletion. Received messages are first checked versus the link scheduling message DB to insure that the message is consistent with the current state of the DB. For example, if we sent a request to a neighbor, the next message expected is a reply.

To simplify this distributed protocol, only one thread of DA protocol message exchanges is allowed at a time. This

US 6,958,986 B2

29

is enforced in the procedure by checking the DB to see if other DA message exchanges are ongoing prior to initiating an add DA slot transition or prior to processing a REQ_DATS message. If an addition slot cannot be initiated because another DA protocol thread is currently in process, the addition slot will not be done.

It can be naturally rescheduled on the next opportunity for recalculation of link metrics and DA time slot needs. Link metrics will be recalculated periodically according to a preset schedule. A link which has a link metric greater than a certain threshold, Max_metric_threshold, is a candidate for obtaining a new DA sub-lot.

The link with the maximum metric that exceeds this threshold will be selected as the next link to which a new DA sub-slot is allocated. When a new DA sub-slot needs to be allocated and if it satisfies the above conditions, then a transition to the add DA slot state occurs in the DA slot assignment process.

TABLE 15

Procedure for Idle State (DA Event Management)

Case Event Type
    Received Message:
        If received message is not consistent with the state of
the Link Scheduling Message
        DB for that Nbr_ID
            Discard Message
        Elseif message type = REQ_DATS
            If no pending DA message activity in the Link
Scheduling Message DB for link additions other
than receiving a previous REQ DATS message from
Nbr_ID Transition to Process    REQ_DATS state to
process message
            Else
                Reject new link and send negative
REPLY_DATS message to Nbr_ID
            End
        Elseif message type = REPLY_DATS
            Transition to Process REPLY_DATS state to
process message
        Elseif message type = CONFIRM
            Transition to Process CONFIRM state to
process message
        Elseif message type = DELETE_TS
            Transition to Process DELETE_TS state to
process message
        End
    Check Timeouts:
        Check all timeouts
        If Timeout expired for a link in the DA_Req state
            Transition to Add DA Slot state
        If Timeout expired for a link in the DA_Reply
state
            Reset Slot Assignment DB for time slot Ns and
in the Link Message state in
                Link Scheduling Message DB for index Nbr_ID
        End
    Recalculate Link Metrics and DA Time Slot Needs:
        Recalculate link metrics
        Send new link metrics to all neighbor nodes in a
LINK_METRIC message
        Sort link metrics and select Largest_link_metric
        If (no pending DA message activity in the Link
Scheduling Message DB) and
            (Largest_link_metric > Max_metric_threshold)
            Transition to Add DA Slot state to add new DA
slot assignment to Nbr_ID
        End
    DA Time Slot Delete:
        Transition to DA TS Delete state to delete Time
Slot to Nbr_ID
    End

Psuedocode for the additional DA slot process is shown in TABLE 16. This starts a process which requires coordination of the time slot assignment and protocol message

30

exchanges between only the two neighbor nodes. The node requesting the link sends a REQ_DATS message to the candidate neighbor node with the list of acceptable time slots for the link.

The list of candidate time slots must contain all free sub-slots and all DA sub-slots with a metric below a certain threshold, Min_metric_threshold. The DA time slots may be currently temporarily allocated for other DA traffic. This list will be priority-ordered to indicate the sub-slot preference that causes the least perturbation in the current on-demand time slot assignments. The priority ordering will be first the free time slots followed by the sub-slots with the smallest metrics progressing up to the largest metric less than the Min_metric_threshold.

In order to simplify this distributed protocol, only one thread of DA protocol message exchanges is allowed at a time. This is enforced in the idle procedure. The REQ_DATS message is only sent once, but it could be unsuccessful if the neighbor node is currently processing another DA protocol exchange. In this case, the node will eventually receive a negative REPLY_DATS message. The attempt to add the DA slot may be made again in this case if this link has the largest metric the next time the link metrics are evaluated. Once the REQ_DATS message is sent the process returns to the idle state where other events can be processed.

TABLE 16

Procedure for Addition of a New DA Subslot to the Link to
Node Nbr_ID (Generate REQ_DATS Message)

Construct list Ls of free slots (subslots) to offer to
Nbr_ID from Free time slots and
        DA subslots with excess capacity (Link_metric <
Min_metric_threshold)
    Append list Ls to REQ_SPTS message and send to Nbr_ID
    Setup timeout and Link Message state in Link Scheduling
Message DB for index
        Nbr_ID and in Slot Assignment DB

The neighbor receiving a REQ_DATS message will have its DA slot assignment process transition to the REQ_SPTS state. The procedure for processing this message is shown in TABLE 17. This procedure takes the offered list of sub-slots, Ls, and selects its preferred sub-slot, Ns. The sub-slot accepted is the first sub-slot on the list, ls, that is either marked free in the slot assignment DB or is DA allocated with a link metric less than Min_metric_threshold. Then a REPLY_DATS reply message with this selection is sent. If the link cannot be accepted or if there is another ongoing DA slot assignment in process, a negative REPLY_DATS reply message is sent. The procedure also makes the appropriate modifications to the state in the link scheduling message DB and the slot assignment DB.

TABLE 17

Procedure for Processing REQ_DATS Message (from Nbr_ID)

Examine prioritized list Ls of the available subslots
received from Nbr_ID
        and compare with the current allocations in        the
Slot Assignment DB
    Select the best assignment = Ns as the subslot on the
list that is either marked Free in
        the Slot Assignment DB or is DA allocated with
Link_metric <
        Min_metric_threshold
If no subslot satisfies conditions for acceptance

US 6,958,986 B2

31

32

TABLE 17-continued

| Procedure for Processing REQ_DATS Message (from Nbr_ID) |
| --- |
| Reject new link and send negative REPLY_DATS message to Nbr_ID |
| Return to Idle state |
| Else |
| Make appropriate modification to the Slot Assignment DB (mark it as DA_Reply) |
| for time slot Ns |
| If time slot Ns was DA allocated |
| Send DELETE_TS to the neighbor node allocated the DA time slot |
| End |
| Append time slot choice, Ns, to REPLY_DATS message and send to Nbr_ID |
| Setup timeout and Link Message state (to DA_Reply with time slot Ns) in Link |
| Scheduling Message DB for index Nbr_ID |
| Return to Idle state |
| End |

A received REPLY_DATS message is processed as shown in TABLE 18. The choice of sub-slot, Ns, received from the neighbor node is extracted from the message. We require the node to confirm this reply with either a positive or negative CONFIRM message that indicates that it will agree to use the allocated time slot. As indicated in the SP allocation process, this three-way handshake eliminates uncertainty in the outcome of the scheduling process.

If the REPLY_DATS message is a positive reply, then the choice of sub-slot, Ns, is examined to see if it is still an allowable assignment for a new DA sub-slot for the new link. If it is allowable, then the appropriate modifications to the state in the slot assignment and link scheduling message databases are made. Then a positive CONFIRM message is returned.

If the received REPLY_SPTS message was negative, then the slot assignment and link scheduling message databases are reset for this Nbr_ID. Otherwise, if the choice of Ns is no longer allowable, then the link scheduling message database is reset for this Nbr_ID. Then a negative CON-FIRM message is sent to the neighbor node rejecting the link.

TABLE 18

| Procedure for Processing REPLY_DATS Message from Nbr_ID |
| --- |
| Extract time slot choice Ns from the REPLY_DATS message from Nbr_ID |
| If (positive REPLY_DATS message) and (choice of Ns is still allowable from Slot |
| Assignment DB) |
| Make appropriate modification to the Slot Assignment DB (mark it as DA_Reply) |
| for time slot Ns and in the Link Message state in Link Scheduling Message DB |
| for index Nbr_ID |
| If time slot Ns was DA allocated |
| Send DELETE_TS to the neighbor node allocated the DA time slot |
| End |
| Create CONFIRM message for Ns and send to Nbr_ID |
| Return to Idle state |
| Elseif negative REPLY_DATS message |
| Reset Slot Assignment DB for time slot Ns and in the Link Message state in |
| Link Scheduling Message DB for index Nbr_ID |
| Return to Idle state |
| Else |
| Reset Link Message state in Link Scheduling Message DB for index Nbr_ID |

TABLE 18-continued

| Procedure for Processing REPLY_DATS Message from Nbr_ID |
| --- |
| Send negative CONFIRM message to Nbr_ID |
| Return to Idle state |
| End |

TABLE 19 shows the procedure for processing CON-FIRM messages. If the CONFIRM is positive, the selected sub-slot to be added to the allocation to the link to Nbr_ID. The assigned time slot, Ns, is marked DA_Alloc in the slot assignment DB, and the link message state in the link scheduling message DB is reset for index Nbr_ID. If the message was a negative CONFIRM, then the slot assignment and link scheduling message databases are reset for this sub-slot.

TABLE 19

| Procedure for Processing CONFIRM Message from Nbr_ID |
| --- |
| If positive CONFIRM message |
| Make appropriate modification to the Slot Assignment DB (mark it as DA_Alloc) |
| for time slot Ns |
| Reset Link Message state in Link Scheduling Message DB for index Nbr_ID |
| Return to Idle state |
| Else |
| Reset the Slot Assignment DB (mark it as Free) for time slot Ns |
| Reset Link Message state in Link Scheduling Message DB for index Nbr_ID |
| Return to Idle state |
| End |

An allocated time slot may need to be de-allocated for one of several reasons. If during the course of normal operation a link goes down or becomes unreliable, then the topology control function gets involved to address the unreliable link problem. Ultimately, it may generate a topology change (e.g., a link deletion) event directing the SP slot assignment process to delete all slots assigned to the link.

The steps involved in this procedure are shown in TABLE 11. The link is de-allocated by sending a DELETE_TS message from the node requesting the de-allocation of all the time slots which are shared with the other node with. In addition, the appropriate entries in the link scheduling message DB and the slot assignment DB are reset.

TABLE 20

| Procedure for DA TS Delete to Node Nbr_ID (Generate DELETE_TS Message) |
| --- |
| Construct message, DELETE_TS, containing the DA subslot, Ns, that is to be deleted |
| and send to Nbr_ID |
| Reset Link Scheduling Message DB for index Nbr_ID and Slot Assignment DB for subslot Ns |
| Return to Idle state |

Table 21 shows the procedure for processing a received DELETE_TS message. The subslot, Ls, to be de-allocated is extracted from the message. Then the appropriate state in the slot assignment DB and in the link scheduling message DB is reset.

US 6,958,986 B2

33

TABLE 21

| Procedure for Processing DELETE_TS Message from Nbr_ID |
|---|
| Extract DA subslot, Ns, from the DELETE TS message from Nbr_ID |
| Reset the Slot Assignment DB (mark it as Free) for subslot Ns |
| Reset Link Message state in Link Scheduling Message DB for subslot Ns |
| Return to Idle state |

The link scheduling algorithm is also applicable to multiple simultaneous beams generated by the phased array antenna **16**. Assume the extension to a system with nodes each employing multiple antenna beams with separate receivers such as a multiple beam phased array (or other types of multiple, directional antennas). Furthermore, assume that all nodes do not all have to have the same number of beams, i.e., node k has $B_k$ beams. This is equivalent to $B_k$ parallel links possible at any time slot.

We are extending the previous discussion (which assumed a single steered beam) to allow the $B_k$ beams to be time-shared among a set of neighbor nodes larger than $B_k$. Even though the nodes may each have different numbers of beams, all nodes must use a common time slot format and frame with a number of time slots per frame for each beam equal to $N_{frame}$.

Consider an upper limit at any node k on the number of semi-permanently (SP) assigned time slots on any one of its $B_k$ beams (and therefore the maximum number of allowable neighbor nodes per beam) to be denoted by $N_{beam}$. The value of $N_{beam}$ is dependent only on the number of time slots per frame and not the number of beams. As in (3) we will specify that $N_{beam}$ must satisfy the following equation:

$$N_{frame} \geqq 2 \cdot N_{beam} - 1 \tag{7}$$

Assume that all nodes in a network are connected by directional links, where node k has $B_k$ beams with beam sharing by time hopping and pointing to its neighbor nodes. Further, assume the number of neighbors allowed per beam is equal to $N_{beam}$, the fixed limit on the allowable number of semi-permanent time slots allowed per beam (with one SP time slot allocated per neighbor).

If the fixed value of $N_{beam}$ for each beam at each neighbor node satisfies (7), then all nodes can select a different semi-permanent time slot for each of these links and each of its beams by mutual agreement with the neighbor for that link without regard to what colors other nodes are selecting more than one hop away. This allows each node to select its $N_{beam}$ semi-permanent time slots for each beam in a very direct fashion by communicating only with its neighbor node. By following this strategy, each node is able to support at least

$$N_k = B_k \cdot N_{beam} \tag{8}$$

neighbors and each allocated a single SP time slot with no more than $N_{beam}$ such time slots allocated per beam.

Verification that $N_{beam}$ neighbors per beam can be supported as long as (7) is satisfied follows directly from the verification of the observation for the single beam case. Then if all $B_k$ beams have their SP time slots scheduled in the same fashion, it is obvious that the number of neighbor nodes that can be supported is the product of the number of beams and the number of neighbors per beam resulting in (8).

An example of SP time slot assignment between two nodes with an unequal number of beams per node is shown

34

in FIG. **10**. In this example node **1** has 2 beams and node **2** has 3 beams. While the two nodes have different numbers of beams, both nodes must use the same frame structure. In this example $N_{frame}$=5 time slots per frame. From (7) and (8), this allows node **1** to have a maximum of 6 neighbors and node **2** to have a maximum of 9 neighbors.

Initially both nodes have one less than the maximum number of neighbors they are allowed under the constraints of (7) and (8). The SP beam/time slots allocations are shown for each link. These nodes can add an additional link between themselves while still satisfying the constraints of (7) and (8). The link scheduling protocol will find an acceptable beam/time slot for the SP allocation for each node, and it operates in essentially the same way it did with the single beam case.

The corresponding protocol message exchange is shown in TABLE 22. Node **1** initiates the exchange by sending a REQ_SPTS(L=(1, 2, 3)) with a list of at least $N_{beam}$ candidate time slots. Note the 3 beam IDs are denoted by a, b and c, and the slot number is denoted by the subscript on the beam ID. Node **1** had to identify that it had used all 3 allowable SP time slots on beam a, but it had allocated only 2 of the 3 allowable SP time slots on its beam b.

Thus, it sent a list of the 3 SP time slots (available on beam b) to node **2**. This list may include all free and DA time slots on this beam. When the request message is sent, the appropriate changes are made to the time slot and link scheduling message data structures. Node **2** has previously allocated SP all available SP time slots on beams a and b for its links to its 8 neighbors.

Thus, beam c is the only beam that can accept a new SP allocation. When it receives the REQ_SPTS(L=(1, 2, 3)) from node **1**, it selects beam/time slot $c_3$ as the only that will work for the new link (having previously allocated $c_1$ and $c_2$ as SP time slots). It sends this choice in the reply message. When a reply message is sent the appropriate changes are also made to the beam/time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "SP allocated to link (1,2)."

TABLE 22

| Node 1 | | Node 2 |
|---|---|---|
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | | |
| Send REQ_SPTS(L = (1, 2, 3)) | → | Rcvd Send REQ_SPTS(L = (1, 2, 3)) |
| Rcvd REPLY_SPTS (Slot 3) | ← | Send REPLY_SPTS (Slot 3) |
| Send CONFIRM (Slot 3) Beam/Slot $b_3$ Allocated to Link (1, 2) | → | Rcvd CONFIRM (Slot 3) Beam/Slot $c_3$ Allocated to Link (1, 2) |

The changes that are required to implement the multiple beam scheduling algorithm/protocol are straightforward and are as follows. Add the beam ID as a variable in the state of the time slot DB and the link scheduling message DB. Use (7) and (8) as the criteria for determining if it is possible to schedule a new SP time slot. We specify a value for the parameters $N_{frame}$ and $N_{beam}$ for the network.

To offer a new SP time slot to a potential neighbor, the algorithm must first find a beam for which the number of neighbors is less than $N_{beam}$. This beam can then be used to add the new neighbor. The REQ_SPTS message that the node sends to its neighbor will specify $N_{beam}$ available time slots for that beam that are not currently SP allocated.

US 6,958,986 B2

35                                    36

Having received an REQ_SPTS message the node must find one of its beams for which the number of neighbors is less than $N_{beam}$. This beam can then be used to add the new neighbor. Comparing the list of $N_{beam}$ time slots in the received REQ_SPTS message with the $N_{beam}$ time slots not currently allocated in the selected beam, at least one time slot can be found that is common to both lists. That time slot can be selected as the time slot to send in the REPLY_SPTS message. Once the originating node receives the REPLY_SPTS message, both nodes will have selected their beam and the common time slot allocation.

This example implicitly assumed that a single frequency band is used for each of the beams. In this case, a node could have several beams simultaneously communicating over the same band without interference. This interference-free operation may be difficult to support in practice. A similar formulation of the problem could be done with each beam operating in a different frequency band, i.e., beams a, b, and c in FIG. 10 each use a different frequency band. In terms of the scheduling algorithm, we would apply the same constraints on the allocation of SP time slots. However, in actually allocating the time slot/beam combinations we would need to find an allocation such that the two nodes are using the same beam (equivalent to using the same band) as well as the same time slot. This equivalent to making each beam/time slot combination different from the scheduling perspective. Thus, the number of available time slots is the number of beams multiplied by the frame size. In this case the constraint on assigning SP time slots to potential neighbors is given by

$$B \cdot N_{frame} \geq 2 \cdot N - 1, \qquad (9)$$

where B denotes the number of beams. This constraint on the number of neighbors is slightly more restrictive than that of (7) and (8) because of the requirement that nodes which share an SP time slot must also use the same beam/frequency channel as well as the same time slot. For the example $N_{frame}$=5 and B=3, then the constraint of (9) allows 8 neighbors for each node whereas the constraints of (7) and (8) will allow 9 neighbors for each node.

The example problem in FIG. 10 has 2 nodes each with 3 beams with each beam operating in a different frequency band, i.e., beams a, b, and c each use a different frequency band. Assume also that the frame size is 5. Both nodes have already committed 7 SP time slots to neighbor nodes and thus, from (9), they can each add an additional neighbor with an SP time slot allowing them to establish a link between them. The committed SP time slots are indicated in the figure, and the message exchanges required to establish the SP time slot assignment and the new link are indicated in Table 23. The message exchange is initiated by node 1 by sending a REQ_SPTS (L=(a₄, a₅, b₃, b₄, b₅, c₃, c₄, c₅)) message to node 2 which must include the 8 beam/time slot combinations it has not previously allocated as SP time slots. In this example, node 2 had already allocated 7 beam/time slot combinations that were not used by node 1 (which were in the list of 8 beam/time slot combinations received in the REQ_SPTS message). Thus, by (9) there must be at least one remaining beam/time slot combination that it can select for allocation ($c_5$). This is the SP beam/time slot combination allocated to the link between nodes 1 and 2 as show in both FIG. 11 and Table 23.

TABLE 23

| Node 1 | Node 2 |
|---|---|
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | |
| Send REQ_SPTS(L = (a₄, a₅, b₃, b₄, b₅, c₃, c₄, c₅) ) → | Rcvd Send REQ_SPTS(L = (a₄, a₅, b₃, b₄, b₅, c₃, c₄, c₅) ) |
| Rcvd REPLY_SPTS (Beam/Slot c₅) ← | Send REPLY_SPTS (Beam/Slot c₅) |
| Send CONFIRM (Beam/Slot c₅) → | Rcvd CONFIRM (Beam/Slot c₅) |
| Beam / Slot c₅ Allocated to Link (1, 2) | Beam/Slot c₅ Allocated to Link (1, 2) |

Turning now additionally to FIGS. 12 and 13, one particularly advantageous approach for determining when it is appropriate to establish a directional link between two mobile nodes 12 is to first determine the quality of the omni-directional link between the nodes and base the determination on this quality value. That is, directional signals typically have greater signal strength than omni-directional signals transmitted at the same power level because the energy of the directional communication link is focused in one direction and not spread out over 360°. Thus, by requiring nodes to have a sufficient quality value for the omni-directional communication link before establishing the directional communication link, this provides a good indication that the directional communication link will also be of a desired quality level.

Indeed, the omni link quality is a key issue in maintaining a connected mobile ad-hoc network of nodes using directional antennas. There are a variety of link impairments that can lead to loss of either or both of directional and omni-directional links, either intermittently or for a relatively long time. Link quality is preferably continuously measured for both link types, and mechanisms should be used to react to changes in link quality. These measurements may be performed at the link layer, and the network layer will be informed of link quality through link layer notification, although other configurations may be used in certain embodiments.

As such, the process of establishing a directional link preferably begins (Block 120) by first establishing an omni-directional link between a given pair of mobile nodes 12, at Block 121, as described above. This will occur when a neighbor is first detected by hearing its Link_HELLO packets. In accordance with this aspect of the invention, the link scheduler will not be allowed to initiate the process of directional link setup until the omni link quality is sufficiently high.

The controller 18 determines a quality value for the omni link (Block 122) as follows. Using OLSR as an exemplary routing protocol, to be consistent with the OLSR specification, we will define the link quality measure,-denoted as the variable N_quality, as a number between 0 and 1, where 1 represents the highest quality. In accordance with one method for calculating quality in the OLSR specification, this may be done as an estimate of the packet reception error rate for OLSR packets.

The process of estimating channel quality should be implemented in a fashion such that the most accurate possible estimate of channel quality is obtained. One possibility is to use signal-to-noise estimates, e.g., from an 802.11 card, if they are easily obtained and related to the time slots assigned to particular nodes.

US 6,958,986 B2

37

If a signal-to-noise ratio estimate cannot be easily used, one can use the approach used with OLSR, which estimates quality from the successful reception of OLSR packets. For the omni link several packets per second are received from each neighbor of the types Link_HELLO, Directional Neighbor, and Channel Quality Feedback. For a given set of configuration parameters, a fixed number of these packets are transmitted each second from each neighbor node. Thus, a known number of these packets per second are transmitted, and the number received can be counted.

An algorithm for calculating the omni quality value $N\_\text{quality}_{omni}^{L_k}$ is as follows. For each successful packet reception from node k, the $N\_\text{quality}_{omni}^{L_k}$ value for the link from node k is updated as:

$$N\_\text{quality}_{omni}^{L_k} = (1-\alpha) \cdot N\_\text{quality}_{omni}^{L_k} + \alpha. \qquad (10)$$

For each packet transmission from node k that is lost, the $N\_\text{quality}_{omni}^{L_k}$ value for the link from node k is updated as:

$$N\_\text{quality}_{omni}^{L_k} = (1-\alpha) \cdot N\_\text{quality}_{omni}^{L_k}. \qquad (11)$$

The initial condition for the $N\_\text{quality}_{omni}^{L_k}$ value for the link from node k is set to 0 prior to the first received Link_HELLO, and then it is updated according to (10) with the correctly received Link_HELLO. The choice of the parameter $\alpha$ effectively sets a time constant for a first order filter (or exponentially weighted average) for calculating the estimate of the probability of successful packet transmission. The proper setting for the value of this parameter is dependent on the number of messages per second expected, and it is a compromise between the desired responsiveness and the accuracy of the estimate. As will be appreciated by those skilled in the art, larger values of $\alpha$ result in larger changes for each new sample received. This leads to faster recognition of a change in link status at the expense of increased possibility of incorrectly classifying the link status.

For the link $L_k$, a variable Can_Alloc$^{L_k}$ will be set that will preferably be TRUE to initiate a directional link time slot allocation, either for the initial SP time slot allocation or for any future DA allocation or re-allocation due to interference mitigation. That is, link scheduler will only establish a directional communication link with the neighboring mobile node if the quality value for the omni-directional communication link is greater than a link quality threshold (indicating Can_Alloc$^{L_k}$ is TRUE), at Blocks 123 and 124, thus concluding the illustrated method. The directional communication link may be established as previously described above.

Of course, the method may optionally continue (Block 130) by continuing to determine/monitor the quality value (Block 131) after a directional link is established. In such case, the variable Can_Alloc$^{L_k}$ will be modified each time $N\_\text{quality}_{omni}^{L_k}$ is determined according to the relationships:

$$N\_\text{quality}_{omni}^{L_k} < T_{omni}^{L}; \text{ Set Can\_Alloc}^{L_k} = \text{FALSE}; \qquad (12)$$

$$N\_\text{quality}_{omni}^{L_k} > T_{omni}^{H}; \text{ Set Can\_Alloc}^{L_k} = \text{TRUE}; \text{ and} \qquad (13)$$

$$T_{omni}^{L} \leq N\_\text{quality}_{omni}^{L_k} \leq T_{omni}^{H}; \text{ Do not modify Can\_Alloc}^{L_k}. \qquad (14)$$

To avoid link flapping caused by the statistical fluctuations in estimating the $N\_\text{quality}_{omni}^{L_k}$ value, hysteresis is introduced in (12)–(14) to prevent modifications of the Can_Alloc$^{L_k}$ variable unless a sufficient change in $N\_\text{quality}_{omni}^{L_k}$ is estimated, as illustrated at Block 132. The first threshold $T_{omni}^{H}$, the second threshold $T_{omni}^{L}$, and

38

the parameter $\alpha$ are selected to insure this behavior. Exemplary values for the thresholds are $T_{omni}^{L} = 0.2$ and $T_{omni}^{H} = 0.8$, although other values may also be used. Of course, if the quality value falls below the second threshold $T_{omni}^{L}$, use of the directional link may be temporarily suspended, or the link discontinued as appropriate (Block 133), thus ending the illustrated method (Block 134).

It should be noted that the procedures which will be discussed further below may be predicated upon using the Can_Alloc$^{L_k}$ variable as a gate, as described above. That is, the variable should have the value Can_Alloc$^{L_k}$ = TRUE before a time slot can be allocated to a directional link $L_k$. The variable is set initially to the value Can Alloc$^{L_k}$ = FALSE when the first Link_HELLO packet is received for the link $L_k$. Of course, other approaches could be used for determining when it is appropriate to establish and/or continue to use directional communication links.

Referring now additionally to FIGS. 14–16, allocation of the demand assigned time slots will now be discussed in further detail. The DA time slots are preferably allocated in a manner that is responsive to the fluctuating demands of network traffic. As noted above, the variable Can_Alloc$^{L_k}$ may be used to determine when it is first appropriate to establish a directional communication link. That is, good omni channel quality may be used as a precondition for assignment of new DA time slots. Thus, for a link $L_k$, the variable Can_Alloc$^{L_k}$ should be TRUE prior to allocation of a new DA time slot either by the requester of the time slot or the node receiving a time slot allocation request.

Similarly, it may also be desirable to require that the variable Can_Alloc$^{L_k}$ be TRUE prior to re-allocation of a DA directional time slot responsive to interference conditions or other link degradation. The following discussion of allocation of DA time slots assumes the condition that Can_Alloc$^{L_k}$ is TRUE, but this is not required in all embodiments.

In accordance with this aspect of the invention, a request for on-demand time slots from one node to a neighbor node is allowed only if a semi-permanent time slot is allocated for the link between these two nodes. After a link is allocated at least one semi-permanent time slot, then a node may request a periodic allocation of an additional time slot. The messages used for scheduling the DA time slots can be sent over the omni link or the directional link.

More particularly, each controller 18 preferably includes a data queue 18f for storing data to be sent over a given communication link. A first approach for allocating demand assigned time slots (FIG. 14) begins (Block 140) with scheduling respective semi-permanent time slots between pairs of mobile nodes 12, at Block 141, as discussed above. A quantity of data previously sent over the communication link during the semi-permanent time slots may be determined, at Block 142, along with the amount of data stored in the data queues (Block 143), and link utilization metrics for each communication link may be determined based thereon, at Block 144. The demand assigned time slots may then be scheduled based upon the link utilization metrics (as will be described further below), at Block 145, thus concluding the illustrated method, at Block 146.

In particular, measurement of the traffic requirements on each link is particularly important for efficient allocation of DA time slots. As noted above, this is preferably done based upon the quantity of data being sent over a given link and the data that is getting backed up in the queues 18f. With respect to the former, the measured average traffic sent over the link between nodes i and k (in units of the number of time slots per epoch) will be denoted by $T_{ik}^{se}$. This measure will

39                                          40

include all traffic sent over one or more semi-permanent time slots per epoch as well as any on-demand time slots.

A current measure of the queue state, $Q_{ik}$, is also maintained for the link between nodes i and k. Larger values of $Q_{ik}$ indicate the need for an immediate allocation of one or more DA time slots. Occasional bursts of demand may produce increases in $Q_{ik}$, which should then trigger a request for additional time slots of DA capacity until the queue size decreases.

The total number of time slots allocated on link between nodes i and k will be denoted by $N_{ik}^{tot}$. The time slot demand may be defined as:

$$T_{ik}^{dem} = f(T_{ik}^{se}, Q_{ik}), \qquad (15)$$

which is a function of the measured traffic plus the estimated additional capacity needed that is indicated by the queue size. This function can take many forms and can be also influenced by new requests for reserved capacity.

In some embodiments, it may be desirable to allow the link metric to be influenced by the priority of the traffic demand. That is, the level of demand for a given communication link during a time slot may be further segmented into the amount of expected demand for several priority class of traffic. This enables more effective allocation of time slots to meet the demand of prioritized traffic.

Thus, with reference to FIG. **15**, such approach may begin (Block **151**) by scheduling the SP time slot as similarly described with reference to the step illustrated at Block **141** in FIG. **14**. Link utilization metrics may then be determined for each of a plurality of data priority levels or classes for each communication link, at Block **152**. This may be done using one or both of the above measurements (i.e., amount of data previously transmitted and/or amount of data stored in the data queue 18f), or other appropriate usage measurements.

By way of example, if the traffic is prioritized into p priority classes in order of demand from lowest to highest, $P_1, P_2, P_3, \ldots, P_p$, then the time slot demand for priority class $P_j$ is:

$$T_{ik}^{dem,P_j} = f(T_{ik}^{se,P_j}, Q_{ik}^{P_j}). \qquad (16)$$

A separate demand metric is computed for each priority class. Then the number of time slots needed for this priority class on this link, $T_{ik}^{need,P_j}$, is computed using the metrics from both directions:

$$T_{ik}^{need,P_j} = \max(T_{ik}^{dem,P_j}, T_{ki}^{dem,P_j}). \qquad (17)$$

It may be desirable to increase the highest priority demand metric, $T_{ik}^{need,P_p}$ by a bias term, B (e.g., of about ¼ of a time slot) to ensure that adequate capacity is allocated to avoid significant queuing. An aggregate metric may then optionally be determined (Block **153**) as the aggregate demand over all priority classes, that is:

$$T_{ik}^{need} = \sum_{j=1}^{p} T_{ik}^{need,P_j}. \qquad (18)$$

The DA time slots may then be scheduled based thereon and based upon the priority levels, at Block **154**, thus concluding the method (Block **155**).

A demand metric is assigned to this link which is a function of both the demand for capacity and the number of time slots previously allocated to the link. We will denote this by $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$, indicating that it is dependent on

the estimated demand for all priority classes and the number of allocated slots. This approach provides that the metric increases as the proportion of higher priority traffic increases, and as more time slots are needed. In addition, the metric is reduced if the number of allocated time slots is increased. Thus, if a link has excess time slots, the metric is negative. Of course, other metrics may be used in various applications, as will be appreciated by those of skill in the art.

The following algorithm can be used to calculate the link metric. For the following example, we assume three priority classes for simplicity with priority class $P_3$ being the most important. If $T_{ik}^{need} \leq N_{ik}^{tot}$ then set

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = T_{ik}^{need} - N_{ik}^{tot}; \qquad (19)$$

elseif $T_{ik}^{need} - T_{ik}^{need,P_3} < N_{ik}^{tot}$, then

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = \max(K_3, T_{ik}^{need} - N_{ik}^{tot}); \qquad (20)$$

else if $T_{ik}^{need} - T_{ik}^{need,P_3} - T_{ik}^{need,P_2} < N_{ik}^{tot}$, then

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = \max(2 \cdot K_3, K_3 + T_{ik}^{need} - T_{ik}^{need,P_3} - N_{ik}^{tot}); \qquad (21)$$

else

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = 2 \cdot K_3 + T_{ik}^{need} - T_{ik}^{need,P_3} - T_{ik}^{need,P_2} - N_{ik}^{tot}. \qquad (22)$$

In the above algorithm, the constant parameter $K_3 \geq 1$ is selected to allow as much range as needed in the metric for each priority class. For example, if $K_3 = 1$, then if additional time slots are needed and there is class $P_3$ traffic demand, the aggregate metric will be in the range $2 < M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) \leq 3$. Likewise, if the highest traffic class is class $P_2$, then the aggregate metric will be in the range $1 < M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) \leq 2$. Otherwise, if the highest traffic class is class $P_1$, then the aggregate metric will be in the range $0 < M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) \leq 1$. The range can be further expanded by selecting a larger value for $K_3$. For $K_3 = 2$ using the procedure above, the metric ranges for the 3 priority classes from lowest to highest are 0 to 2, 2 to 4, and 4 to 6.

The metric $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$, as calculated above, provides a basis for determining whether or not a link requires additional slot assignments (i.e., if $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ is positive) and which priority class requires the assignment. It also enables new slots to be assigned on those links with the highest metric indicating the greatest need for slots at the highest priority. In addition, it also indicates if there is excess capacity assigned to the link (i.e., $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ is negative).

A key point to note is that when using the above approach the link metrics will indicate prioritized relative demand for time slots. The largest metric greater than zero indicates the greatest need for additional capacity for traffic of higher priority than any other link. A metric less than zero indicates that the link has excess capacity. The smallest link metric indicates the link with the greatest excess capacity. This link would then be the best candidate for rescheduling capacity on another link if required.

An exemplary approach will now be described with reference to FIG. **16** which may be used at each network node **12** to allocate on-demand time slots for directional links to neighbor nodes. Using the approaches outlined in either or both of FIGS. **14** and **15**, beginning at Block **160** a mobile node **12** will continuously maintain the link metric $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ for each of its links allocated a semi-permanent time slot, at Block **161**.

Each node **12** will use this link metric to indicate the need for additional transmission time slots to each neighbor node. The largest values of $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ indicate the links

41
42

with the greatest need for additional DA time slot allocation ordered by priority. A value of $M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot}) > 2 \cdot K_s$ indicates the need for additional time slots of the highest priority class $P_3$. Similarly, if $K_s < M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot}) \leq 2 \cdot K_s$, then additional time slots are needed to serve priority class $P_2$. Finally, if $0 < M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot}) \leq K_s$, then additional time slots are needed to serve priority class $P_1$.

As the metrics $M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot})$ are maintained, the link with the largest link metric greater than zero should be selected as the first choice for an additional time slot allocation, at Block 162. If there are time slots available either as free slots or as excess DA allocation to other links (again indicated by a small metric) or slots that are being used but have a lower priority, then the process transitions to the Add DA Slot state and the process of finding a DA time slot allocation is initiated.

There are several other metrics that will be useful in this time slot re-allocation process. An increased capacity link utilization metric $M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot} + 1)$ may be calculated to estimate how the link metric changes after an additional time slot is added, at Block 163. This can be useful in determining if a second time slot should be requested and what the priority of that request should be. It may indicate that this link should be allocated a second time slot, or another link may now have a larger metric. In the latter case, the next time slot allocation should be to that link with the largest metric.

Similarly, a reduced capacity link utilization metric $M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot} - 1)$ may be calculated, at Block 164, to estimate what the link utilization metric will be if a time slot is taken away from the link. This can be useful in the re-allocation of time slots from one link to another. That is, the demand assigned time slot(s) designated for re-allocation may then be re-allocated, at Block 165, if the increased and/or decreased link utilization metrics are within acceptable limits, as will be appreciated by those of skill in the art, thus concluding the illustrated method (Block 166).

As with the semi-permanent time slots, a node 12 need only coordinate the selection of the DA time slot to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link, as will be discussed further below.

Link metrics are preferably recalculated periodically according to a predetermined schedule. A link which has a link metric greater than a certain threshold Max_metric_threshold is a candidate for obtaining a new DA capacity. The metric may indicate the need for multiple time slots, and they may be requested concurrently in one request. The link with the maximum metric that exceeds this threshold will have preference in allocating a new DA time slot. However, if multiple link metrics exceed the threshold Max_metric_threshold, then a node may request DA time slots from multiple neighbor nodes concurrently. A negative value of link metric indicates that the link has excess capacity, although other forms of the metrics may also be used in various embodiments. This capacity may be relinquished to satisfy the needs of other links with larger link metrics.

Using multiple data priority levels also provides the flexibility of prioritizing data so that higher priority data can be transmitted first. Of course, a given link may have several time slots allocated in each directional epoch. Thus, a directional link $L_k$ to neighbor node k may have time slots i and j allocated to it, and these two time slots may have differing link qualities. Depending on interference levels,

one of the time slots may be of high quality while the other is of poor quality. It would not typically be appropriate to transmit important traffic over time slots of poor quality.

One advantageous approach for prioritizing data based upon link quality of service (QoS) during given time slots will now be discussed with reference to FIG. 17. Beginning at Block 170, a plurality of time slots are scheduled between a given pair of mobile nodes 12, at Block 171. Again, this would typically include one or more SP time slots, and one or more DA time slots, as previously described above. As also described above, respective link quality values associated with the communication link during each time slot are also illustratively determined, at Block 172. This may be done based upon SIR, packet reception error values, etc. As such, the data is prioritized to be transmitted during the time slots based upon the priority level of the data and the quality values, at Block 173, thus concluding the illustrated method (Block 174).

More particularly, the controller 18 preferably assigns data corresponding to a highest one of the priority levels to the time slot having the highest quality value associated therewith. For example, the highest priority level may correspond to network control data, as this type of data typically requires prompt delivery and action to mitigate interference, re-allocate lost links to new time slots, etc.

Referring additionally to FIG. 18, an exemplary approach for prioritizing the data is now described. Beginning at Block 180, data waiting to be transmitted is first preferably ranked by data priority level, at Block 181, and then further by the order in which the data was received, at Block 182. The highest ranking data from these two steps may then be selected (Block 183) and sent during a first available time slot for which the quality value is above a respective minimum quality threshold for that data priority level, at Block 184. This process then continues until all of the data is sent (Block 185), which concludes the illustrated method, at Block 186. Of course, it will be appreciated that the above steps will be repeated frequently during actual operation, but they are illustratively shown as terminating at Block 186 for clarity of illustration.

It should be noted that the data queues 18f could in fact be implemented as separate data priority level queues if prioritization based upon quality values (i.e., QoS) is implemented. Moreover, some modification may be desirable to account for differing link qualities of each time slot allocated to a specific link. Again using the above example, it may not be desirable to transmit OLSR network control traffic over a time slot of questionable quality.

The quality measure estimated at a node j for its link to node k via time slot i is denoted by $N\_quality_i^{Lk}$. Similarly, the estimated quality for that time slot at node k and transmitted in the Channel Quality Feedback packets will be denoted by $N\_quality\_Rx_i^{Lk}$. Then, based on these two estimates, the quality of time slot i may be estimated as $Quality_i^{Lk} = Min(N\_quality_i^{Lk}, N\_quality\_Tx_i^{Lk})$.

If network control traffic is assigned the highest priority, when a time slot i allocated to a directional link $L_k$ comes up, then any queued network control traffic for the directional link $L_k$ has first choice at using this time slot, assuming certain conditions on the quality of the time slot are met.

For the class of network control traffic, such conditions may be as follows. A packet addressed to node k is transmitted in the first time slot i and allocated to the directional link $L_k$ if the quality of the link $L_k$ satisfies $Quality_i^{Lk} > T_{NC}$, where the threshold $T_{NC}$ is chosen to insure sufficient link quality for network control traffic. Otherwise, the packet addressed to node k may be transmitted in the time slot

US 6,958,986 B2

43

allocated to directional link $L_k$ that has the highest link quality Quality$_i^{L_k}$.

Furthermore, for some of the classes of mission data traffic it may be desirable to impose similar time slot quality conditions. For any mission data class Cm, one can impose time slot quality conditions as follows. A packet addressed to node k may be transmitted during the first time slot i allocated to directional link $L_k$ that satisfies Quality$_i^{L_k}$>T$_{Cm}$, where the threshold T$_{Cm}$ is chosen to ensure sufficient link quality for mission data traffic of class Cm. Otherwise, the packet addressed to node k may be transmitted during the time slot allocated to directional link $L_k$ that has the highest link quality Quality$_i^{L_k}$.

As will be appreciated by those skilled in the art, with the above approach there is an advantage to having a longer epoch with several time slots allocated within each epoch to each link $L_k$. That is, there is much less chance of link degradation when one time slot experiences poor quality either temporarily or permanently due to interference. In this case the other allocated time slots may have higher quality and be crucial for maintaining QoS for critical traffic. If a single time slot is allocated to a link, then there may be a delay in the allocation of a new time slot if the quality of the single allocated time slot begins to degrade due to interference.

Link quality sensing is preferably performed on the directional links as well as the omni links. Yet, this is more complex for the directional links since each time slot may have a different link quality. In addition to normal propagation effects inducing link outages, the directional links are subject to quality degradation by interference from other node pairs reusing the same time slot. Thus, the link quality for every time slot may need to be estimated and stored separately (even if several time slots are allocated to the same neighbor node).

Moreover, even with the link quality estimated separately for each time slot, the aggregate link quality for a link over several time slots is typically the only information transferred to the routing protocol, as is the case with OLSR, for example. This process is complicated by the frequent reassignment of time slots to links that may be required by changes in traffic demand and by changes in the interference constraints (induced by changes in geometry) for certain time slots.

All of this activity at the link layer may in fact be transparent to the routing protocol. For any given link to a neighbor, the only information typically reported to the routing protocol is the link quality of the link to that neighbor. Various features of the invention which may be used at the link layer to support link quality sensing, interference avoidance and mitigation, and the relationship thereof to assigning new time slots are described below.

One particularly advantageous approach for determining directional link quality will now be described with reference to FIGS. 19 and 20. If a signal-to-noise ratio estimate cannot be easily used to estimate quality for each individual time slot, then the approach described above for estimating omni link quality may be used (i.e., using the successful reception of omni overhead packets). In the case of a directional time slot, the traffic is primarily mission data traffic.

In particular, beginning at Block 190, several such data packets will be transmitted by a source node in each time slot, but the receiving node does not know how many were transmitted. To allow the receiving node to know how many packets were transmitted in the time slot, the transmitter will also transmit in the slot a special overhead packet PKT__CT along with the data packets, at Block 191. The overhead

44

packet provides the transmitted packet count during the time slot (including itself). Thus, the receiving node will know how many total packets were transmitted in a time slot if the PKT__CT packet is received. We will denote this number as $n_i^T$ for the number transmitted in the time slot. The receiving node also counts the number of correctly received packets, denoted as $n_i^R$, at Block 192.

A packet reception error value for a time slot i may be estimated based on the packets received in time slot i. Preferably, the network will be configured such that at least one packet will always be transmitted (i.e., the PKT__CT packet). As such, if no packets are received in a given time slot, the packet reception error value for time slot i is estimated at 0. If the PKT__CT packet is received correctly, at Block 193, it provides the value of $n_i^T$ and the packet reception error value for time slot i is estimated at $n_i^R/n_i^T$, thus concluding the illustrated method, at Block 196.

The other case that can occur is if the PKT__CT packet is not received correctly, and the value of $n_i^T$ is not known. In this case the probability of correct packet reception for time slot i is estimated as the fraction of the time slot occupied by correctly received packets (Block 195), i.e., $B_i^R/TS_i$. Here, $B_i^R$ denotes the number of bytes in correctly received packets during the time slot, and $TS_i$ denotes the time slot length in bytes. Thus, the estimate of the packet reception error value, $\tilde{p}_i^C$, for time slot i is calculated as:

$$\tilde{p}_i^C = \begin{cases} n_i^R/n_i^T; & (n_i^T\_\text{known}) \\ B_i^R/TS_i; & (n_i^T\_\text{not\_known}) \\ 0; & (\text{no\_pkts\_received}) \end{cases} \tag{23}$$

The method may optionally include, beginning at Block 200, using the packet reception error value to determine/update the directional link quality value (LQV) N__quality$_i^{L_k}$ for each time slot i assigned to a link $L_k$, at Block 201. These values are updated once per epoch for each time slot in the epoch. After each time slot the N__quality$_i^{L_k}$ value for the directional link allocated to time slot i is updated as:

$$N\_\text{quality}_i^{L_k}=(1-\beta)\cdot N\_\text{quality}_i^{L_k}+\beta\cdot\tilde{p}_i^C. \tag{24}$$

The initial condition for the N__quality$_i^{L_k}$ value for the link from node k is set to 1 prior to the first received time slot after the time slot is allocated to this link. It is then updated according to (24) with each, subsequent epoch after the time slot i for that epoch.

The choice of the parameter β effectively sets a time constant relative to the length of a directional link epoch for a first order filter estimating probability of successful packet transmission. The proper setting for the parameter β is a compromise between desired responsiveness and accuracy of the estimate. Larger values of β result in a larger potential change during an epoch. This leads to faster recognition of a change in link status at the expense of increased possibility of incorrectly classifying the link status.

One issue is how much time (in number of epochs) should be allowed to pass before it is determined that a change in link status has occurred. After a period of time, if the time slot i has become very bad, the value of N__quality$_i^{L_k}$≈0. Similarly, if the time slot i has become very good, the value of N__quality$_i^{L_k}$≈1. The difficulty lies in judging the transition between good and bad and when to declare a time slot should be re-allocated.

One particularly advantageous approach for making this determination is to use hysteresis. In accordance with this aspect of the invention, generally speaking, the destination node determines the link quality value N__quality$_i^{L_k}$ associ-

US 6,958,986 B2

45

ated with the communication link based upon the packet reception error value, at Block 201. If the link quality value $N\_quality_t^{L_k}$ falls below a first threshold, the source node and the destination node will discontinue use of the communication link during the time slot, at Block 203.

Further, if the link quality value $N\_quality_t^{L_k}$ remains below the first threshold (other thresholds could also be used in other embodiments) for a predetermined duration, at Block 204, the source node and the destination node may establish a new time slot for establishing a wireless communication link therebetween, at Block 205, thus concluding the illustrated method (Block 206). On the other hand, if the link quality value $N\_quality_t^{L_k}$ has previously fallen below the first threshold and use of the link already discontinued, at Block 207, the source node and the destination node will continue using the communication link during the time slot if the link quality value increases above a second threshold higher than the first threshold, at Blocks 208 and 209.

By way of example, if the $N\_quality_t^{L_k}$ value for the link from node k over time slot i has a range of 0 to 1, for the present example we will quantize this to three levels with hysteresis for certain network control functions. The variable $TS\_Qual_t^{L_k}$ will represent the quantized value of the $N\_quality_t^{L_k}$ variable. The new variable can take on the values of GOOD, MID, and BAD, representing three possible link quality states. The $TS\_Qual_t^{L_k}$ variable will be modified each time $N\_quality_t^{L_k}$ is modified according to the following:

$$N\_quality_t^{L_k} > T_{QH}; \text{ Set } TS\_Qual_t^{L_k} = \text{GOOD};\qquad(25)$$

$$TS\_Qual_t^{L_k} = \text{GOOD and if } T_Q^M \leq N\_quality_t^{L_k} \leq T_Q^H, \text{ then set } TS\_Qual_t^{L_k} = \text{GOOD};\qquad(26)$$

$$TS\_Qual_t^{L_k} = \text{GOOD and if } T_Q^L \leq N\_quality_t^{L_k} < T_Q^M, \text{ then set } TS\_Qual_t^{L_k} = \text{MID};\qquad(27)$$

$$TS\_Qual_t^{L_k} = \text{MID and if } T_Q^L \leq N\_quality_t^{L_k} \leq T_Q^H, \text{ then set } TS\_Qual_t^{L_k} = \text{MID};\qquad(28)$$

$$TS\_Qual_t^{L_k} = \text{BAD and if } T_Q^M \leq N\_quality_t^{L_k} \leq T_Q^H, \text{ then set } TS\_Qual_t^{L_k} = \text{MID};\qquad(29)$$

$$TS\_Qual_t^{L_k} = \text{BAD and if } T_Q^L \leq N\_quality_t^{L_k} < T_Q^M, \text{ then set } TS\_Qual_t^{L_k} = \text{BAD; and}\qquad(30)$$

$$N\_quality_t^{L_k} < T_Q^L; \text{ Set } TS\_Qual_t^{L_k} = \text{BAD}.\qquad(31)$$

As will be appreciated by those of skill in the art, hysteresis is introduced in the above relationships (25)–(31) to prevent excessive fluctuations in the estimated time slot states. Exemplary values for the thresholds are $T_Q^L$=0.2, $T_Q^M$=0.5, and $T_Q^H$=0.8, although other values may be used depending on the given application. It should be noted herein that while the exemplary quality range is used herein extends from 0 to 1 for convenience, other ranges could also be used. When $TS\_Qual_t^{L_k}$=BAD for a specific time slot, the scheduler preferably will not transmit any traffic over the link during that time slot unless there are no other time slots available for that link with a quality of MID or GOOD.

It should also be noted that the use of exponentially-weighted averages as set forth above is appropriate for measuring link quality of both the omni and directional links. There are a variety of link impairments that can lead to the loss of either of these links. Link quality is preferably continuously measured for both link types, and mechanisms should also be used to react to changes in link quality.

As will be appreciated by those skilled in the art, various phenomena may affect link quality. For example, the distance between two nodes may become so great that the line of sight (LOS) is lost. In this case, the link is lost until the

46

nodes become closer in distance at some future time. The same effect is observed if a node moves behind an obstruction and remains obscured for a long period of time. In such case, both the omni and directional links will have very low quality. This would preferably trigger removal of semi-permanent time slot allocations and/or removal of the links in OLSR routing.

Another phenomenon is that a link may rapidly oscillate between having good and poor quality (a.k.a. "flapping"). This may occur, for example, when a node is rapidly moving through small obstructions. In this case both omni and directional links will be flapping. This could also potentially happen if the link quality is estimated using too small of a sample size. This case needs to be treated somewhat more carefully. The links may be too poor to be used for routing traffic while this situation persists. However, the time slot assignments may be kept for a time to determine if a high quality link can be restored.

Furthermore, the omni link could be of high quality while the directional link is of low quality in a specific time slot is of low quality. Communication on this directional link with the other node could also be of good quality in other time slots assigned. This indicates that there is specific interference from other users operating in the single directional time slot of poor quality. Intermittent interference could also cause flapping of the link in this time slot. In this case the time slot should be rescheduled to eliminate the interference. Routing could still occur either if other time slots are available or if a new time slot assignment could be obtained quickly while traffic is buffered.

Several types of action are possible in response to the above-described phenomena. For example, at the link layer, it may be determined that the neighbor node is no longer reachable in a single hop. In this case, neighbor tables are updated to reflect the new state, and any directional time slots are de-allocated and marked as "free." If a time slot is declared bad due to excessive interference while the neighbor is within range, then the link scheduling protocol will attempt to allocate a new time slot that is interference-free.

At the routing layer, the routing protocol does not need to be notified of some of these actions at the link layer unless they affect connectivity. If time slots between two nodes are rescheduled but the two nodes are still connected and can exchange mission data, the routes through that link are still good. If a neighbor node is no longer reachable, then the routing protocol should find new routes that do not utilize this link.

Turning now to the problem of interference, it will be appreciated by those skilled in the art that interference is a possibility in any scheduling algorithm where time slot reuse is an objective. Generally speaking, two strategies for reducing potential and actual interference from other users in a given time slot are provided in accordance with the present invention. An interference avoidance strategy is used for initial time slot scheduling and some preemptive interference avoidance rescheduling. An interference mitigation strategy is used for cases where the avoidance strategy does not act in time to prevent actual interference. The interference mitigation strategy will act to reschedule time slots to remove the interference.

An exemplary interference avoidance scenario is illustrated in FIG. 21. In this scenario, node m is evaluating potential interference prior to scheduling a time slot for transmissions to a neighboring mobile node n. This evaluation may be prompted by a request from node n to node m to establish an initial/additional time slot therebetween, as discussed above. The node m can look in its tables of

US 6,958,986 B2

47

information received via the Directional Neighbor packets to determine which of its neighbor nodes have scheduled transmissions in the same time slot. In the illustrated example, nodes k and j are potentially interfering nodes using the same time slot (illustratively shown as empty circles).

More specifically, the interference from node k at the node m illustratively traverses a distance $d_{km}$ and is received at an angle $\theta_{mk}$ from the boresight (indicated by the arrow 210) of the antenna sector that node m would use in pointing to node n. In addition, the potentially interfering signal is transmitted toward node m at an angle $\theta_{km}$ from the boresight (indicated by the arrow 211) of the antenna at node k when transmitting to node j.

Whether the resulting interference is of sufficient strength to cause node m to avoid scheduling this time slot for transmissions to node n may be determined based upon several factors. Turning now to FIG. 22, one approach begins (Block 220) with determining relative positions of the neighboring mobile node n and other potentially interfering mobile nodes (here, the nodes j and k) transmitting during the time slot, at Block 222.

The potential interference to the directional communication link between nodes m and n is then determined based upon these relative positions, at Block 222. One approach for doing so is to calculate the positions based upon the respective distances and angles to the neighboring mobile node n and the potentially interfering mobile nodes k, j, as will be discussed further below. The directional communication link is then scheduled during the time slot only if the interference is below a threshold, at Block 224, thus ending the illustrated method (Block 225).

In addition to the relative positions of the nodes, the potential interference can further be determined based upon the suppression which can be achieved on the antenna sidelobes by the suppression algorithm or filter used by node m. That is, an interfering signal may be suppressed to varying degrees by the path loss of the distance, $d_{km}$ and the antenna sidelobes at nodes m and k. This will be measured by a metric $M_{k,T_i}{}^T$ calculated for each potentially interfering node. This metric represents an interference level (in dB) received from node k in time slot $T_i$.

The information received from neighbor nodes in their HELLO and Directional Neighbor update packets will allow calculation of the distance to the node and the boresight direction of the beam used for transmissions in each time slot. For the present example, we will assume that all nodes have an antenna gain pattern as a function of the angle from the boresight given by the function $G_a(\theta)$. If the exact propagation loss in a given environment may not be known, loss as an inverse function of $d^{n_p}$ can be estimated, where d is the distance from the interfering node k to the node of interest, and $n_p$ is a constant propagation loss exponent that would typically be in the range of 2 to 4.

As an exemplary model, the path attenuation may be calculated as the maximum of the path attenuation given by the plane-earth attenuation equation and the free-space attenuation equation. For the plane-earth equation, the attenuation is:

$$L_{km}{}^P = 40 \cdot \log(d_{km}) - 20 \cdot \log(h_t) - 20 \cdot \log(h_r), \tag{32}$$

where the path length $d_{km}$ (the distance from node k to node m) and the respective heights $h_t$, $h_z$ of the transmitter and receiver are all in meters. The free space attenuation equation gives a path attenuation of:

$$L_{km}{}^{fs} = 32.45 + 20 \cdot \log(d_{km}) + 20 \cdot \log(f), \tag{33}$$

48

where the RF frequency, f, is in GHz. The total estimated path loss is the maximum of the two, namely:

$$L_{km}{}^{tot} = \max(L_{km}{}^P, L_{km}{}^{fs}). \tag{34}$$

As will be appreciated by those of skill in the art, the actual loss will be time-varying and may differ significantly from this calculation because of obstructions or foliage, but this constant value may be used as a reasonable approximation in evaluating effects of potential interferers. Then a theoretical metric may be calculated that is based on the signal loss at the receiving antenna at node m on the path from the potentially interfering node k for the signal transmitted from node k during time slot $T_i$ as:

$$M_{k,T_i}{}' = -L_{km}{}^{tot} + G_a(\theta_{km}), \tag{35}$$

where $\theta_{km}$ is the angle from the boresight at node k of the signal direction toward node m. This metric can be used at node m for calculating interference effects for allocating time slot $T_i$ to any other neighbor node.

The foregoing metric does not incorporate the effects of the sidelobe suppression of the interfering signal at node m because this depends on which neighbor node is being considered for being scheduled during time slot $T_i$. However, when considering any neighbor node for this time slot, such as node n, a new metric can be calculated from $M_{k,T_i}{}'$ which includes the sidelobe suppression at node m as:

$$M_{k,T_i}{}^{l,mn} = M_{k,T_i}{}' + G_a(\theta_{mk}). \tag{36}$$

Then the maximum interference level for interference from the link L between the node pair k, j communicating in time slot $T_i$ received at node m is given by the maximum level received either from node k or node j, i.e.,

$$N_{L,T_i}^{mn} = \max_{k,j}(M_{k,T_i}^{L,mn}, M_{j,T_i}^{L,mn}). \tag{37}$$

As such, the total interference received at node m in time slot $T_i$ is the sum of the interference received from all links L operating in time slot $T_i$, i.e.,

$$N_{T_i}^{mn} = 10 \cdot \log\left[\sum_L 10^{N_{L,T_i}^{mn}/10}\right]. \tag{38}$$

In most cases an approximation of this quantity is sufficient. With a small number of potential interferers in any time slot, it is unlikely that two or more interferers will have nearly equal power. In this case, we can calculate the approximate value of interference as

$$N_{T_i}^{mn} \approx \max_L(N_{L,T_i}^{mn}). \tag{39}$$

Then, since actual signal-to-interference will depend strongly on the ratio of the distance to the desired target node relative to the distance to the interfering node, we can calculate a theoretical SIR metric for time slot $T_i$ as:

$$SIR_{mn}{}^{T_i} = N_{T_i}{}^{mn} + L_{mn}{}^{tot}. \tag{40}$$

The foregoing metrics are in dB, and they can be used to provide interference avoidance in initially scheduling a time slot for any neighbor node. In addition, they can advantageously be used in intermittently checking to determine if a currently scheduled time slot is beginning to experience or

US 6,958,986 B2

49

likely to experience an increased level of interference. This approach is illustrated in FIG. 23, which begins (Block 230) with node m intermittently determining the relative positions of the neighboring mobile node n and other potentially interfering nodes, at Block 231. It should be noted that since the nodes are mobile, the potentially interfering nodes may have changed in the interim. That is, the nodes j and k may or may not still be potentially interfering nodes, and other potentially interfering nodes may have come within range of node m in the interim.

In any event, once the new relative positions to the new potentially interfering nodes are determined, the potential interference to the directional communication link is determined based thereon, at Block 232, as previously described above. If the potential interference is above the above-referenced interference threshold, at Block 233, then the directional communication link is scheduled during a new time slot, at Block 234, thus concluding the illustrated method (Block 235). Of course, a different threshold could be used, such as to introduce hysteresis, as described above.

The above-described interference equations provide a useful model for the time slot prioritization that is preferably accounted for when determining the appropriate allocation of time slots. Of course, in practice calculating each of the above metrics every time interference is to be determined may require significant processing resources. As such, it may be advantageous to pre-compute a set of ranges of the input/output values or ratios and store them in a look-up table $18g$ in the controller 18 to calculate SIR, as will be appreciated by those of skill in the art.

Turning now additionally to FIG. 24, SP and DA time slot re-allocation will now be discussed in further detail. First, we will consider the initial scheduling of a new SP or DA time slot between the node m and its neighbor node n (see FIG. 21). As an initial matter, it is assumed herein that when allocating a new SP time slot, any "free" time slots or DA time slots are available for allocation with the "free" time-slots of higher priority than the DA time slots. The DA time slots are also preferably ordered with the smallest value of demand metric as the highest priority for re-allocation. A similar process is followed when allocating a new DA time slot except that existing time slot allocations with a demand metric larger than a certain amount are not available for re-allocation, as noted above.

The initial scheduling process may also be augmented by considering estimated interference levels and the prioritized traffic demand metric as prioritization metrics, as discussed above. Thus, the process of rank ordering potential time slots is more complex with these two metrics.

Generally speaking, re-allocation of time slots may begin (Block 240) following establishment of the initial time slots, at Block 241, as discussed above. In accordance with the present example, the initiating mobile node n will identify available time slots shared with its neighboring mobile nodes, at Block 242, and rank the available time slots based upon link utilization during the time slots by the initiating mobile node and the neighboring mobile nodes, at Block 243. The initiating mobile node n then transmits a time slot re-allocation request to the receiving mobile node m including the available time slots and ranking thereof, at Block 244.

As such, the receiving mobile node m will in turn receive the time slot re-allocation request and rank the available time slots based upon link utilization during the available time slots by the receiving mobile node and mobile nodes neighboring the receiving mobile node, at Block 245. Further, node m then generates a combined ranking of the

50

available time slots, at Block 246, based upon the rankings thereof by the initiating mobile node and the receiving mobile node. The receiving mobile node m may then re-allocate one or more of the available time slots for establishing a communication link between the initiating mobile node and the receiving mobile node based upon the combined ranking, at Block 247, thus concluding the illustrate method, at Block 248.

With further reference to FIG. 25, the above re-allocation method may also advantageously include various other features in certain embodiments. Beginning at Block 250, the initiating mobile node n and the receiving mobile node m may each determine a traffic demand metric associated with each available time slot, at Block 251, as described above, and remove from consideration for re-allocation any available time slot having a traffic demand metric associated therewith a high usage threshold, at Blocks 252 and 253.

Similarly, the initiating mobile node n and receiving mobile node m may also each determine an SIR value associated with each available time slot, at Block 254, and remove from consideration for re-allocation any available time slots having an SIR value associated therewith above a high SIR threshold, at Blocks 255 and 253. It should also be noted that the initiating mobile node n and the receiving mobile node m may also use the SIR values in the ranking of the time slots (Blocks 243, 245 in FIG. 24).

These rankings could also take into account increased and/or decreased link utilization metrics, as were previously described above. Moreover, the initiating mobile node n and the receiving mobile node m may each rank the available time slots based upon an average quantity of data transmitted therein and/or an amount of data stored in their queues $18f$, as was also discussed above.

Moreover, since the initiating mobile node n and the receiving mobile node m will preferably transmit data having a plurality of priority levels, the receiving mobile node m can prohibit re-allocation of an available time slot if data to be transmitted during the available time slot does not have has an equal or greater priority level than data currently being transmitted during the available time slot, at Blocks 256 and 253. Otherwise, the link can be re-allocated (Block 257) as previously described above, thus concluding the illustrated method, at Block 258.

More specifically, exemplary algorithms will now be provided for performing the above-described ranking of time slots. However, before giving the algorithms for rank-ordering potential time slots that may be re-allocated to the link between nodes m and n, we will first define a term $MetLim_{mn}$ to ensure that no time slots will be re-allocated from another link to the link between nodes m and n unless it is needed to carry higher priority traffic, as noted with reference to Block 256, above. Again assuming the example with three priority classes, $MetLim_{mn}$ is defined as:

$$\text{If } M_{mn}^{DA}(T_{mn}^{Pi};N_{mn}^{tot})/K_3 > 2 \text{ then } MetLim_{mn} = 2, \tag{41}$$

$$\text{Elseif } M_{mn}^{DA}(T_{mn}^{Pi};N_{mn}^{tot})/K_2 > 1 \text{ then } MetLim_{mn} = 1, \tag{42}$$

$$\text{Else } MetLim_{mn} = 0. \tag{43}$$

To illustrate the overall approach, first consider the approach for rank ordering the time slots when the interference metrics are not considered. We begin by rank ordering all other time slots not assigned to the link between nodes m and n (i.e., those assigned between node m and one of its neighbor nodes r, not shown) according to the following time slot prioritization approach, which considers priority of

US 6,958,986 B2

51

52

traffic demand in allocating new time slots but does not include the effects of interference.

In particular, when a new time slot is required to be allocated between nodes m and n, a list of available time slots is created from free and DA time slots. These time slots are then rank ordered at the requesting or initiating node n prior to sending a list of potential time slots to the receiving node m. Available time slots are rank ordered using the prioritized traffic demand metric $M_{mr}^{DA}(T_{mr}^{Pi}, N_{mr}^{tot}-1))$. Note the use of $(N_{mr}^{tot}-1)$ in this metric, which indicates the value of the metric if a time slot is taken away from the link between nodes m and r.

The following approach is recommended for this ordering. The highest ranking time slots are the time slots that are free. The remaining time slots are rank ordered in inverse order of the traffic demand metric $M_{mr}^{DA}(T_{mr}^{Pi}, (N_{mr}^{tot}-1))$. If the new time slot to be allocated is a DA time slot, then all time slots are eliminated which are carrying equal or higher priority traffic, i.e.,

$$M_{mr}^{DA}(T_{mr}^{Pi}, (N_{mr}^{tot}-1))>MetLim_{mr}. \qquad (44)$$

This ensures that only traffic of lower priority is lost in the re-allocation process.

A rank ordered list of time slots (according to the above criteria) is included in the REQ message sent by the requesting node n, as noted above. The receiving node m receives the REQ message and takes the list of rank ordered time slots and rank orders these time slots according to the method described above using the priority traffic demand. Then the remaining time slots are given a combined ranking from the rankings determined by the two nodes, and the time slot is selected which has the best combined ranking, as also noted above.

If the metric $M_{ik}^{DA}(T_{ik}^{Pi}, (N_{ik}^{tot}+1))>0$, this indicates that another time slot will be needed even after allocating the first time slot. This metric can then be compared with the metrics for the links to other neighbors to see if a second time slot should be requested, or if another link now has a more urgent need for an additional time slot. In the latter case, the next time slot allocation is preferably given to that link with the largest metric.

The foregoing approach may also advantageously be enhanced in some embodiments to account for traffic priority as described above. The following approach is recommended for rank-ordering potential time slots with interference. Received interference levels $M_{ri,T_i}^{I}$ are maintained for each neighbor node and each time slot. These levels are preferably updated periodically, e.g., about once per second with new position updates.

When a new time slot is required to be allocated between nodes m and n, a list of available time slots is created from free and DA time slots. These time slots are then rank ordered or prioritized at the requesting node n prior to sending a list of potential time slots to the receiving node m. Thus, to rank-order the time slots, the total received interference power may be evaluated after receiving antenna suppression for each neighbor. The total estimated interference power received $N_{T_i}^{mn}$ may then be calculated, as will be appreciated by those of skill in the art.

The available time slots allocated to neighbor nodes may then be ranked using the prioritized traffic demand metric $M_{mr}^{DA}(T_{mr}^{Pi}, (N_{mr}^{tot}-1))$ and the interference metric $N_{T_i}^{mn}$. Note the use of $(N_{mr}^{tot}-1)$ in this metric, which indicates the value of the metric if a time slot is taken away from the link between nodes m and r. For this rank-ordering, it is preferred that the highest ranking time slots are the time slots that are free or are DA time slots that have a prioritized traffic

demand metric $M_{mr}^{DA}(T_{mr}^{Pi}, (N_{mr}^{tot}-1))\le T_{DA}^{L}$ less than a predetermined threshold. In other words, these are time slots that are either not being used (free) or are almost never used. These time slots are then rank ordered according to the level of estimated interference power $N_{T_i}^{mn}$, with the lowest values of $N_{T_i}^{mn}$ assigned the highest rank.

The next time slots in order of rank are the remaining DA time slots that have a prioritized traffic demand metric $M_{mr}^{DA}(T_{mr}^{Pi}, (N_{mr}^{tot}-1))\le T_{DA}^{H}$ less than a higher threshold value, and simultaneously have very high $SIR_{mn}^{Ti}$ for the time slot indicated by exceeding a threshold $SIR_{mn}^{Ti}>T_{SIR}^{H}$. These time slots are rank ordered according to the prioritized traffic demand metric with smallest demand metric indicating highest rank. These time slots are ranked below those previously calculated.

The remaining DA time slots that satisfy $M_{mr}^{DA}(T_{mr}^{Pi}, (N_{mr}^{tot}-1))\le T_{DA}^{H}$ but do not satisfy $SIR_{mn}^{Ti}>T_{SIR}^{H}$ are rank ordered according to the highest value of $SIR_{mn}^{Ti}$. These time slots are ranked below those previously calculated. Further, the remaining DA time slots are ranked below those previously calculated. These time slots are rank ordered according to the prioritized traffic demand metric with smallest prioritized traffic demand metric indicating highest rank. Of course, it will be appreciate that the above ranking approach is exemplary and that other approaches may also be used within the scope of the present invention.

Any time slots in the previous priority ranking are preferably eliminated from consideration for re-allocation if the time slot predicted signal-to-interference ratio is:

$$SIR_{mn}^{Ti}<T_{SIR}^{L}. \qquad (45)$$

This eliminates from consideration any time slots for which interfering nodes might cause too low an SIR. Furthermore, if the new time slot to be allocated is a DA time slot, then all of time slots are preferably eliminated which are carrying equal or higher priority traffic, i.e.,

$$M_{mr}^{DA}(T_{mr}^{Pi}, (N_{mr}^{tot}-1))>MetLim_{mr}. \qquad (46)$$

This ensures that only traffic of lower priority is lost in the re-allocation process.

As noted above, a rank ordered list of time slots (according to the above criteria) is included in the REQ message sent by the requesting node. The receiving node m receiving the REQ message takes the list of rank ordered time slots and rank-orders these time slots according to the same method described above using demand and interference metrics it calculates. This preferably includes eliminating any time slots that fail the SIR, interfering node distance, and interfering node angle thresholds, or that are unavailable at the receiving node. Then the remaining time slots are given a combined ranking from the rankings determined by the two nodes, and the time slot is selected which has the best combined ranking.

If the metric $M_{ik}^{DA}(T_{ik}^{Pi}, (N_{ik}^{tot}+1))>0$, this indicates that another time slot will be needed even after allocating the first time slot. This metric can then be compared with the metrics for the links to other neighbors to see if a second time slot should be requested, or if another link now has a more urgent need for an additional time slot. In the latter case, the next time slot allocation should preferably be to that link, with the largest metric.

After a time slot is allocated, it will be continually monitored as part of the interference avoidance and mitigation approach. In addition, the omni link quality is continually measured. If the quality of the omni link goes bad (indicating a loss of LOS or too much distance to the other

US 6,958,986 B2

53

node), then the link is declared down and the routing algorithm (e.g., OLSR) is notified of the loss of link. This will initiate rerouting at the network layer. As long as the omni link is still good, then the individual time slots must still be monitored for interference.

The following discussion illustrates how potential or existing interference on directional time slots is evaluated when the omni link is of good quality. There will be situations where the link quality indicators show that the omni link to a given neighbor node is good, but one of the directional time slots allocated to that node is very unreliable. This will be an indication of excessive interference on that time slot that has not been prevented by the interference avoidance techniques described above.

There are several situations that can cause such interference which are typically initiated by movement. These include, for example, rapid change of the direction of arrival of the desired signal, rapid change of the direction of arrival of the interfering signal, increasing number of interferers, and changes in distance between a node and its target node and the interfering nodes.

An overview of the interference monitoring/mitigation approach in accordance with the invention will now be described with reference to FIG. 26. Beginning at Block 260, after a communication link is established between the pair of mobile nodes m and n during one or more time slots (Block 261), as described above, at least one of the nodes determines a link quality value associated with the communication link during the time slot(s), at Block 262. This node then determines if the communication link is of a first (marginal) or a second (poor) quality, at Blocks 263 and 264.

In accordance with the invention, the mobile nodes cooperate to re-allocate the communication link to a new time slot within a first time period if the communication link is of marginal quality during a given time slot, at Block 265. Further, if the communication link is of poor quality during a given time slot, the nodes then cooperate to re-allocate the communication link to a new time slot within a second time period shorter than the first time period, at Block 266. That is, if link quality is severely degraded, the time slot may be allocated relatively quickly (i.e., within the second time period) to minimize disruption to communications. On the other hand, if link quality is marginal but still usable, re-allocation of the time slot may be delayed longer (i.e., within the longer first time period), which may reduce conflicts between competing pairs of nodes attempting to re-allocate time slots simultaneously.

The steps generally illustrated at Blocks 262–264 are illustrated in further detail in FIG. 27. In particular, the link quality value is preferably determined based upon the SIR and packet reception error value (PREV), as described above, at Block 271. As will be described further below, the communication link is preferably determined to be of marginal quality if the SIR is between a first SIR threshold and a second SIR threshold (which is higher than the first quality threshold), and the PREV is between a first error threshold and a second error threshold (which is higher than the first error threshold), at Blocks 272 and 274, concluding this aspect of the method (Block 278).

Similarly, the communication link is also preferably determined to be of marginal quality if the SIR is less than the first SIR threshold and the PREV is greater than the second error threshold, at Blocks 274 and 273. Additionally, if the SIR is less than the first SIR threshold and the PREV is between the first error threshold and the second error threshold, the communication link is determined to be of poor quality, at Block 275 and 276. Also, the communication

54

link is determined to be of poor quality if the quality factor is below the first error threshold.

The above-described approach is particularly well suited for demand assigned time slots. For semi-permanent time slots, it may in some applications be appropriate to re-allocate these time slots relatively quickly. As such, referring now to FIG. 28, beginning at Block 280, and after the initial establishment of an SP time slot, at Block 281, a semi-permanent link quality value associated with the communication link during the semi-permanent time slot is determined, at Block 282, as similarly described above for the DA time slots. If the additional communication link is determined to be of either marginal or poor quality during the semi-permanent time slot based upon the semi-permanent link quality value, at Block 283, then the link is re-allocated to a new SP time slot within the relatively short second time period, at Block 284. Otherwise, the link quality value will continue to monitored, as illustratively shown.

The above-outlined interference avoidance and mitigation procedure will now be described in further detail with reference to particular equations for calculating the above-noted variables. Again, several key variables will be periodically re-calculated for each time slot and for each interfering node. These include the link quality $N\_quality_i^{L_k}$ and its quantized value $TS\_Qual_i^{L_k}$ for each time slot i for each directional link $L_k$; the potential $SIR_{mn}^{T_i}$ for time slot I; and the omni link status $Can\_Alloc^{L_k}$.

These variables will be indicators of interference or potential interference on time slot i. Minor degradation in these variables will initiate a more leisurely attempt (i.e., within the first relatively long time period) to reschedule a more favorable time slot in order to avoid potential interference. Since the interfering node pair(s) may have also detected this condition, the leisurely backoff reduces the probability that both node pairs will reschedule at the same time and possibly introduce another conflict.

As such, if the interfering node pair decides to reschedule first, this may eliminate the need for rescheduling. For this "slow" backoff approach (i.e., within the first time period), the rescheduling operation will be initiated with probability $p_{rs}^{slow}$ at a random time over the next $\Delta T_R$ seconds. If it is not initiated, then the tests will be performed again when the variables are again recalculated (about once per second). If the tests are failed again, then the rescheduling operation will be initiated with probability $p_{rs}^{slow}$ at a random time over the next $\Delta T_R$ seconds. This testing process will go on as long as the potential interference condition exists.

Detection of existing severe degradation will require more immediate rescheduling to avoid existing excessive interference. In this case the "fast" backoff approach is to initiate rescheduling of the time slot within the second relatively short time period. By way of example, this may be within the next directional epoch, for example, and this is done with probability $p_{rs}^{fast}$. If rescheduling is not initiated within this epoch, then it is initiated within the next epoch with probability $p_{rs}^{fast}$, and so on.

The decision between doing no re-allocation of a current time slot assignment and doing either slow or fast backoff toward re-allocation is preferably based on the following criteria. First, re-allocation of the time slot is not considered if the time slot i for the link between nodes m and n satisfies either of the following conditions:

$$SIR_{mn}^{T_i} > T_{SIR}^M \text{ and } TS\_Qual_i^{L_k} = \text{GOOD OR MID; and} \qquad (47)$$

$$SIR_{mn}^{T_i} > T_{SIR}^L \text{ and } TS\_Qual_i^{L_k} = \text{GOOD.} \qquad (48)$$

Furthermore, a slow backoff toward re-allocation of the time slot is used if the time slot i for the link between nodes

55

m and n satisfies either of the following conditions (fast backoff if it is the only time slot for the link between nodes m and n):

$$T_{SIR}^L \le SIR_{mn}^{T_i} \le T_{SIR}^M \text{ and } TS\_Qual_i^{L,k} = \text{MID; and} \tag{49}$$

$$SIR_{mn}^{T_i} < T_{SIR}^L \text{ and } TS\_Qual_i^{L,k} = \text{GOOD.} \tag{50}$$

Also, a fast backoff toward re-allocation of the time slot is used if the time slot i for the link between nodes m and n satisfies either of the following conditions:

$$SIR_{mn}^{T_i} < T_{SIR}^L \text{ and } TS\_Qual_i^{L,k} = \text{MID; and} \tag{51}$$

$$TS\_Qual_i^{L,k} = \text{BAD.} \tag{52}$$

The time slot is de-allocated and the routing protocol (e.g., OLSR) is notified that the link between nodes m and n has been lost if the following conditions are satisfied:

$$TS\_Qual_i^{L,k} = \text{BAD and } Can\_Alloc^{L,k} = \text{FALSE for at least } T_B \text{ seconds.} \tag{53}$$

As briefly discussed above, once rescheduling is determined to be necessary either through fast or slow backoff, certain precautions may be desirable if time slot i is an SP time slot. Because of the importance of SP time slots it is important that this time slot not be degraded. If the time slot is the only time slot allocated between nodes m and n, then fast backoff is preferably done even if the conditions listed below would indicate that a slow backoff is satisfactory.

The other case is when nodes m and n have several time slots allocated. If slow backoff is otherwise indicated for an SP time slot, then node m can immediately notify node n that one of their DA time slots should be made the SP time slot, thereby letting the current time slot assume the less critical role of DA time slot. If no other time slots allocated to nodes m and n are of sufficient quality to rename as the SP time slot, then fast backoff is used to reschedule the SP time slot i. If the time slot i is a DA time slot or can be made a DA time slot, then the fast or slow backoff decision decided by the criteria below is used.

In particular, the time slot being re-allocated is not de-allocated until the new time slot allocation is made. After the new time slot is obtained, the old questionable or bad time slot can be de-allocated. It is preferred that forwarding of packets over a time slot of "low" quality ($TS\_Qual_i^{L,k} = $ BAD) be discontinued if another time slot is available for the link between nodes m and n.

A simple interface with the Optimized Link State Routing (OLSR) routing algorithm may be included in the present invention and is discussed below with reference to FIGS. 2 and 29. As is known to those skilled in the art, with OLSR, link state information can quantify the status of a link. Complete topology information is maintained and neighbor topology information is periodically broadcast to all other nodes in the network to allow them to construct complete network topology. Most of the activity surrounding allocation and reallocation of time slots to meet traffic demands and mitigation of interference should be hidden from OLSR. An issue arises when there are several time slots allocated to a link with a neighbor node, e.g., a link to neighbor node k has m time slots, $i_1, i_2, \ldots, i_m$. If one or more, but not all of the time slots are determined to be of poor quality due to interference, then rescheduling of the time slots could be initiated. As long as at least one time slot to the neighbor node is still of high quality, then the nodes are still connected to neighbors, and no changes are needed in routing tables. Thus, there is no need to cause OLSR to react to this. The

56

link does experience a loss of some capacity during the rescheduling, which may be of concern, but there is nothing that OLSR should do. If all of the time slots are of poor quality, then OLSR must be allowed to react and reroute data through other links. The following link quality measure is defined for the link to node k as the maximum quality of each of the time slots allocated to that link.

$$N\_quality^{L,k} = \max_{\text{All\_TS\_for\_L}_k} (N\_quality_i^{L,k}) \tag{54}$$

The quality measure, $N\_quality^{L,k}$, for the link to node k can then be reported to OLSR each time it changes. This quality measure will replace the quality measure that OLSR typically calculates from received HELLO packets. It will replace the standard OLSR quality measure, but it will then be used by OLSR in exactly the same way. As is typically done in OLSR, a hysteresis function may be applied to it to reduce "link flapping" as seen by OLSR. If the link quality becomes too poor, then the link will be declared "down" and OLSR will automatically send new status information in its HELLO and TC update packets and recalculate routes.

More specifically, the controller 18 (FIG. 2) preferably includes a communications router 18i to discover routes and route communications to neighboring nodes with a routing protocol, such as OLSR. The time slot scheduling unit 18a/18b schedules time slots to establish the communication link with each neighboring mobile node, and an antenna aiming unit 18c aims the directional antenna toward each neighboring mobile node during communication therewith. Here, a link quality estimator 18h is provided to estimate link quality based upon the quality of each time slot scheduled for the communication link and to report estimated link quality to the communications router 18i.

As discussed above, the estimated link quality may be defined as the maximum quality of each time slot scheduled for the communication link, and the router 18i may route communications to neighboring nodes based upon the estimated link quality. The communication link is preferably maintained as long as the maximum quality of at least one time slot for the link is above a predetermined threshold, and the router 18i initiates new route discovery when the estimated link quality for the link is below the predetermined threshold. The router 18i may perform a hysteresis function to the estimated link quality reported from the link quality estimator.

Referring to FIG. 29, the general steps of this method aspect of the present invention are now described. The method begins at Block 290, time slots are scheduled and the antenna is aimed, in accordance with the approaches discussed above, at Blocks 291 and 292, respectively. At Block 293 the link quality is estimated, and reported to the communications router 18i or OLSR as indicated in Block 294, before the method ends at Block 295.

The present invention thus provides a fully distributed link scheduling algorithm and protocol for phased array networks. It should be noted that the above description of the algorithm/protocol details assumed the case of a single directional beam per node, which is time-shared and pointed toward neighbor nodes during the allocated time slot for that access. However, the approach can be used for any number of steered beams per node.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is to be understood that the invention is not to be limited to the

US 6,958,986 B2

57

specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

**1**. A wireless communication network comprising:

a plurality of mobile nodes each comprising a wireless transceiver and a controller for controlling said wireless transceiver, said controller also for

scheduling a respective semi-permanent time slot to establish a communication link with neighboring mobile nodes for transmitting data therebetween, the data having different priority levels,

determining respective link utilization metrics for each data priority level for each communication link, and

scheduling demand assigned time slots for establishing additional communication links with the neighboring mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

**2**. The wireless communication network of claim **1** wherein said controller determines link utilization metrics for each data priority level for each additional communication link, and re-allocates the demand assigned time slots based upon the link utilization metrics for each data priority level for each additional communication link and the data priority levels.

**3**. The wireless communication network of claim **2** wherein said controller re-allocates the demand assigned time slots by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

**4**. The wireless communication network of claim **2** wherein said controller re-allocates the demand assigned time slot by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

**5**. The wireless communication network of claim **1** wherein each link utilization metric is determined based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

**6**. The wireless communication network of claim **1** wherein said controller further comprises a queue for storing data prior to transmitting, and wherein each link utilization metric is determined based upon a quantity of data corresponding to the respective priority level in said queue.

**7**. The wireless communication network of claim **1** wherein said controller determines an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

58

**8**. The wireless communication network of claim **1** wherein the communication link and additional communication links comprise directional communication links; and wherein each node further comprises a phased array antenna connected to said wireless transceiver and controlled by said controller.

**9**. A wireless communication network comprising:

a plurality of mobile nodes each comprising a wireless transceiver and a controller for controlling said wireless transceiver, said controller comprising a data queue and also for

scheduling respective semi-permanent time slots to establish communication links with neighboring mobile nodes for transmitting data stored in said data queues therebetween,

determining link utilization metrics for each communication link based upon a quantity of data previously sent over the communication link during the semi-permanent time slots and the data queue, and

scheduling demand assigned time slots for establishing additional communication links with said neighboring mobile nodes for transmitting the data based upon the link utilization metrics.

**10**. The wireless communication network of claim **9** wherein the data has different priority levels; wherein said controller also determines respective link utilization metrics for each data priority level for each communication link, and schedules demand assigned time slots further based upon the link utilization metrics and data priority levels.

**11**. The wireless communication network of claim **10** wherein said controller determines link utilization metrics for each data priority level for each additional communication link and re-allocates the demand assigned time slots based thereon.

**12**. The wireless communication network of claim **11** wherein said controller re-allocates the demand assigned time slots by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

**13**. The wireless communication network of claim **11** wherein said controller re-allocates the demand assigned time slot by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

**14**. The wireless communication network of claim **10** wherein each link utilization metric is determined based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

US 6,958,986 B2

59

**15**. The wireless communication network of claim **10** wherein said controller determines an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

**16**. The wireless communication network of claim **9** wherein the communication link and additional communication links comprise directional communication links; and wherein each node further comprises a phased array antenna connected to said wireless transceiver and controlled by said controller.

**17**. A communication method for a wireless communication network comprising a plurality of mobile nodes, the method comprising:

scheduling a respective semi-permanent time slot to establish communication links between respective pairs of mobile nodes for transmitting data therebetween, the data having different priority levels;

determining respective link utilization metrics for each data priority level for each communication link; and

scheduling demand assigned time slots for establishing additional communication links between the pairs of mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

**18**. The method of claim **17** wherein determining comprises determining respective link utilization metrics for each data priority level for each additional communication link; and further comprising re-allocating the demand assigned time slots based upon the link utilization metrics for each data priority level for each additional communication link and the data priority levels.

**19**. The method of claim **18** wherein re-allocating further comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

**20**. The method of claim **18** wherein re-allocating further comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

**21**. The method of claim **17** wherein determining comprises determining each link utilization metric based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

**22**. The method of claim **17** wherein each mobile node comprises a queue for storing data prior to transmitting, and wherein the link utilization metrics are determined based upon quantities of data in the queues corresponding to respective priority levels.

**23**. The method of claim **17** wherein determining comprises determining an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

60

**24**. The method of claim **17** wherein the communication link and additional communication links comprise directional communication links.

**25**. A communication method for a wireless communication network comprising a plurality of mobile nodes each comprising a data queue, the method comprising:

scheduling respective semi-permanent time slots to establish communication links between respective pairs of mobile nodes for transmitting data stored in the data queues therebetween;

determining link utilization metrics for each communication link based upon a quantity of data previously sent over the communication link during the semi-permanent time slots and the data queues; and

scheduling demand assigned time slots for establishing additional communication links between the pairs of mobile nodes for transmitting the data based upon the link utilization metrics.

**26**. The method of claim **25** wherein the data has different priority levels; wherein determining further comprises determining respective link utilization metrics for each data priority level for each communication link; and wherein scheduling further comprises scheduling demand assigned time slots based upon the link utilization metrics and data priority levels.

**27**. The method of claim **26** further comprising determining link utilization metrics for each data priority level for each additional communication link and re-allocating the demand assigned time slots based thereon.

**28**. The method of claim **27** wherein re-allocating comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

**29**. The method of claim **27** wherein re-allocating comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

**30**. The method of claim **26** wherein determining comprises determining each link utilization metric based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

**31**. The method of claim **26** wherein determining comprises determining an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

**32**. The method of claim **25** wherein the communication link and additional communication links comprise directional communication links.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.    : 6,958,986 B2                                    Page 1 of 2
DATED         : October 25, 2005
INVENTOR(S)   : Cain

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1,
Lines 7-16, delete "RELATED APPLICATION
This application is a continuation-in-part of co-pending application Ser. No. 10/043,457 filed Jan. 10, 2002, the entire disclosure of which is incorporated herein by reference.

This invention was made with Government support under Contract Number N00014-96-C-2063 awarded by the Naval Research Laboratory. The Government has certain rights in this invention." insert --This invention was made with Government support under Contract Number N00014-96-C-2063 awarded by the Naval Research Laboratory. The Government has certain rights in this invention.

RELATED APPLICATION
This application is a continuation-in-part of co-pending application Ser. No. 10/043,457 filed Jan. 10, 2002, the entire disclosure of which is incorporated herein by reference. --.

Column 15,
Line 42, delete "a-maximum" insert -- a maximum --.

Column 16,
Line 7, delete "slots-as" insert -- slots as --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,958,986 B2                                    Page 2 of 2
DATED          : October 25, 2005
INVENTOR(S) : Cain

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 26,
Line 23, delete "determine-if" insert -- determine if --.
Line 35, delete "size-and" insert -- size and --.
Line 56, delete "measure,-" insert -- measure, --.

Signed and Sealed this

Thirtieth Day of May, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT F

US007304972B2

(12) **United States Patent**　　(10) **Patent No.:** **US 7,304,972 B2**
Cain et al.　　(45) **Date of Patent:** **Dec. 4, 2007**

---

(54) **METHOD AND DEVICE FOR ESTABLISHING COMMUNICATION LINKS AND HANDLING UNBALANCED TRAFFIC LOADS IN A COMMUNICATION SYSTEM**

(75) Inventors: **Joseph Bibb Cain**, Indialantic, FL (US); **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1222 days.

(21) Appl. No.: **10/280,949**

(22) Filed: **Oct. 25, 2002**

(65) **Prior Publication Data**

US 2003/0193919 A1　　Oct. 16, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/043,457, filed on Jan. 10, 2002, now Pat. No. 6,904,032.

(51) **Int. Cl.**
| | |
|---|---|
| *H04Q 7/24* | (2006.01) |
| *G01R 31/08* | (2006.01) |
| *H04L 1/00* | (2006.01) |
| *H04L 12/26* | (2006.01) |
| *H04J 3/08* | (2006.01) |

(52) **U.S. Cl.** ...................... **370/338**; 370/252; 370/326
(58) **Field of Classification Search** ............... 370/330, 370/337, 347, 442, 478, 329, 219, 334, 208, 370/336, 229, 338, 252, 339, 443, 328, 325, 370/326; 342/374; 455/435, 512, 450, 456, 455/550, 101, 132, 272

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,506,848 | A * | 4/1996 | Drakopoulos et al. ...... | 370/336 |
| 5,594,720 | A | 1/1997 | Papadopoulos et al. ..... | 370/330 |
| 5,767,807 | A * | 6/1998 | Pritchett ..................... | 342/374 |
| 6,226,531 | B1 | 5/2001 | Holt et al. ................... | 455/562 |
| 6,278,883 | B1 | 8/2001 | Choi ........................... | 455/552 |

(Continued)

OTHER PUBLICATIONS

Matthias Lott, Rüdiger Halfmann, Egon Schultz, Markus Radimirsch, Medium Access and Radio Resource Management for AD HOC Networks based UTRA TDD, Oct. 2001, Proceedings of the 2nd ACM international symposium on Mobile ad hoc networking & computing MobiHoc '01; Publisher: ACM Press, pp. 78-86.*

*Primary Examiner*—Wing Chan
*Assistant Examiner*—Prenell Jones
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A wireless communication network includes a plurality of mobile nodes each including a transceiver, a directional antenna, such as a phased array antenna, connected to the transceiver, and a controller connected to the transceiver. The controller schedules a respective semi-permanent time slot for each time frame to establish a communication link with each neighboring mobile node and leaves at least one available time slot in each time frame. The controller also schedules the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand. The directional antenna is aimed by the controller towards each neighboring mobile node during communication therewith. The controller also coordinates communication with each neighboring mobile node by allocating time slots based upon link communications demand.

**40 Claims, 5 Drawing Sheets**



US 7,304,972 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,781,986 B1 * | 8/2004 | Sabaa et al. | ................ | 370/389 |
| 7,274,677 B1 * | 9/2007 | Lewis | ........................ | 370/330 |
| 2002/0097689 A1 * | 7/2002 | Eloy et al. | .................. | 370/280 |
| 2002/0167960 A1 | 11/2002 | Garcia-Luna Aceves | .... | 370/442 |
| 2003/0067892 A1 | 4/2003 | Beyer et al. | ................ | 370/328 |
| 2004/0057407 A1 | 3/2004 | Balachandran et al. | ..... | 370/336 |
| 2006/0039312 A1 * | 2/2006 | Walton et al. | .............. | 370/319 |
| 2006/0120282 A1 * | 6/2006 | Carlson et al. | ............. | 370/229 |

* cited by examiner



*FIG. 1.*



*FIG. 2.*

Case 1:19-cv-08945-GFC Document 1898-1 Filed 12/09/19 Page 146 of 360 PageID #: 18258



*FIG. 3.*



*FIG. 4.*



*FIG. 5.*



*FIG. 6.*



*FIG. 7.*



*FIG. 8.*



*FIG. 9.*



*FIG. 10.*



*FIG. 11.*

US 7,304,972 B2

**1**

## METHOD AND DEVICE FOR ESTABLISHING COMMUNICATION LINKS AND HANDLING UNBALANCED TRAFFIC LOADS IN A COMMUNICATION SYSTEM

### RELATED APPLICATION

This application is a continuation-in-part of application Ser. No. 10/043,457 filed Jan. 10, 2002 now U.S. Pat. No. 6,904,032, the entire disclosure of which is incorporated herein by reference.

This invention was made with Government support under Contract Number N00014-96-C-2063 awarded by the Naval Research Laboratory. The Government has certain rights in this invention.

### FIELD OF THE INVENTION

The present invention relates to the field of communications, and more particularly, to a network of mobile communication systems operating with directional antennas.

### BACKGROUND OF THE INVENTION

Time division multiple access (TDMA) is one example of an access scheme used for establishing communication links between wireless mobile communication systems. Communication links between the wireless mobile communication systems are established within a series of time frames. Each time frame is divided into time slots, with each wireless mobile communication system being assigned at least one time slot.

An omni-directional antenna is typically used by a wireless mobile communication system so that information transmitted by one mobile communication system is received by all the other mobile communication systems. When the mobile communication systems are operating at a fixed frequency, they must take turns transmitting within their respective time slots to prevent channel interference.

To improve quality of a communications link between two wireless communication systems, a directional antenna may be used. The directional antenna provides an increased antenna gain in a desired area that is limited in coverage while decreasing the antenna gain towards the remaining area.

U.S. Pat. No. 5,767,807 to Pritchett discloses phased array antennas being used for establishing communication links within a network of wireless communication systems. The phased array antenna includes parasitic elements for selectively controlling the antenna pattern. The phased array antenna radiates an omni-directional signal when all of the parasitic elements are in a high impedance state, and radiates a directional signal when a selected number of parasitic elements are placed in a lower impedance state in response to switching circuits.

More particularly, the Pritchett '807 patent discloses the acquisition, by a fixed initiating wireless communication system from a fixed receiving wireless communication system, of a list of the wireless communication systems operating in the network and a corresponding respective time slot list for each wireless communication system. A table is then created based upon the list for scheduling time slots among the wireless communication systems.

Scheduling time slots for wireless communication systems operating with directional antennas, particularly when the wireless communication systems are mobile, is complex. In such a dynamic network, mobile communication systems

**2**

are continuously entering into and dropping out of the network. Furthermore, improved handling of unbalanced traffic loads is needed.

### SUMMARY OF THE INVENTION

It is an object of the present invention to schedule time slots and improve handling of unbalanced traffic loads in communication link demands in a wireless mobile ad hoc network.

This and other objects, advantages and features in accordance with the present invention are provided by a wireless communication network including a plurality of mobile nodes each having a transceiver, a directional antenna, e.g. a phased array antenna, connected to the transceiver, and a controller connected to the transceiver. The controller includes a time slot scheduling unit to schedule time slots to establish a communication link with each neighboring mobile node, an antenna aiming unit to aim the directional antenna toward each neighboring mobile node during communication therewith, and a traffic coordination unit to coordinate communication with each neighboring mobile node by allocating time slots to the time slot unit based upon link communications demand. The controller coordinates the scheduling of time slots based upon based upon allocated time slots. The time slot scheduling unit may include a first time slot unit to schedule a respective semi-permanent time slot for each time frame to establish a communication link with each neighboring mobile node and leaving at least one available time slot in each time frame, and a second time slot unit to schedule the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand.

The traffic coordination unit may allocate a bulk set of time slots based upon an increased link communications demand, and/or may request a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand. Also, the traffic coordination unit may increase a maximum number of time slots, reallocate time slots, and/or allocate half time slots based upon increased link communications demand. Such increased link communications demand may include streaming video and/or high rate sensor data.

Objects, advantages and features in accordance with the present invention are also provided by a method for establishing communication links for the plurality of mobile nodes. The method includes scheduling a respective semi-permanent time slot for each time frame to establish a communication link with a neighboring mobile node and leaving at least one available time slot in each time frame, and scheduling the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand. The directional antenna is aimed toward each neighboring mobile node during communication therewith, and communication with each neighboring mobile node is coordinated by allocating time slots for scheduling based upon link communications demand.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram illustrating a wireless mobile ad hoc network in accordance with the present invention.

FIG. **2** is a more detailed block diagram illustrating a wireless mobile node in accordance with the present invention.

US 7,304,972 B2

3

4

FIG. **3** is a diagram illustrating a frame of time slots in accordance with the present invention.

FIG. **4** illustrates the scheduling of available time slots to the network diagram illustrated in FIG. **2** in accordance with the present invention.

FIG. **5** is a top-level state diagram for the scheduling of semi-permanent time slots and available time slots in accordance with the present invention.

FIG. **6** is a diagram illustrating a semi-permanent time slot scheduling process in accordance with the present invention.

FIG. **7** is a diagram illustrating a semi-permanent time slot being scheduled for a new communication link in accordance with the present invention.

FIG. **8** is a diagram illustrating an available time slot scheduling process in accordance with the present invention.

FIG. **9** is a diagram illustrating an available time slot being added to a communications link in accordance with the present invention.

FIGS. **10** and **11** are diagrams illustrating a semi-permanent time slot being scheduled for a new communications link based upon multiple simultaneous antenna beams from a phased array antenna in accordance with the present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout and prime notations are used in alternate embodiments. The dimensions of layers and regions may be exaggerated in the figures for greater clarity.

Referring initially to FIGS. **1**-**2**, a wireless mobile communication network **10** comprises a plurality of wireless mobile nodes **12a**-**12h**. Each mobile node **12a**-**12h** comprises a transceiver **14**, a directional antenna **16** connected to the transceiver, and a controller **18** connected to the transceiver.

The controller **18** includes a semi-permanent time slot unit **18a** for scheduling a respective semi-permanent time slot for each time frame for establishing a communication link with each neighboring mobile node while leaving at least one available time slot in each time frame. An available time slot unit **18b** schedules the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand. In addition, the controller **18** includes an antenna aiming unit **18c** for aiming the directional antenna toward each neighboring mobile node during communication therewith.

Parallel operations can reduce time slot allocation delay. Accordingly, the semi-permanent time slot unit **18a** may initiate one or more semi-permanent time slot requests for respective time frames to establish the communication link with each neighboring mobile node and leaving at least one available time slot in each time frame, while processing multiple received semi-permanent time slot requests from neighboring mobile nodes. The available time slot unit **18b** may initiate one or more available time slot request to also serve the communication link with the neighboring mobile node based upon link communications demand, while processing multiple received available time slot requests from neighboring mobile nodes.

In other words, a node can have one or more pending demand available requests and semi-permanent requests that it initiated while processing multiple received requests. This may sometimes result in temporarily allocating a given time slot to more than one neighbor. However, this conflict may be eliminated by confirmation messages which indicate the selection of one neighbor node for the time slot, as is discussed in more detail below.

Reliable confirmation messages may be provided with a couple of different approaches. An initiating mobile node transmits a request for time slots to the receiving mobile node, which transmits a reply to the initiating mobile node. The initiating mobile node transmits a confirmation to the receiving mobile node, and the receiving mobile node transmits the reply again if the confirmation is not received. Alternatively, the receiving mobile node may transmit an acknowledgment to the initiating mobile node, and the initiating mobile node transmits the confirmation again if the acknowledgment is not received.

If two nodes initiate time slot requests to each other, the time slot request collisions should be handled reliably. The controller **18** waits a time period to resend another request upon simultaneously sending a request to an other mobile node and receiving a request from the other mobile node without receiving a corresponding reply. During this time period, incoming time slot requests may be processed. After the period ends, a new request may be sent to the other node if no request was already received from that node or if no time slot allocation was made to that node. If a delayed request reaches the front of the queue, the controller **18** checks to see if a time slot allocation has already been made to that node. If so, the delayed request is discarded. Also, if the request is destined for a node that is no longer a neighbor by the time the request reaches the front of the queue, the delayed request is discarded.

An interference detection unit **18d** is included to detect interference in time slots for communication with neighboring mobile nodes. The controller **18** coordinates the scheduling of time slots based upon detected interference. The interference detection unit **18d** may measure a signal-to-interference ratio and/or a packet error rate. The packet error rate may be based upon cyclic redundancy check (CRC) failures. Also, the interference detection unit **18d** may compare detected interference to a threshold. Preferably, the controller switches an order of communication between nodes for a given time slot based upon detected interference, and may also coordinate scheduling of new time slots based upon detected interference after switching the order of communication.

A traffic coordination unit **18e** coordinates communication with each neighboring mobile node by allocating time slots to the time slot unit based upon link communications demand. The controller **18** coordinates the scheduling of time slots based upon based upon allocated time slots. The traffic coordination unit **18e** may allocate a bulk set of time slots based upon an increased link communications demand, and/or may request a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand. Also, the traffic coordination unit **18e** may increase a maximum number of time slots, reallocate time slots, and/or allocate half time slots based upon increased link communications demand. Such increased link communications demand may include streaming video and/or high rate sensor data.

US 7,304,972 B2

5

The wireless mobile nodes **12a-12h** are operating in a mobile environment. These systems may be ground based and/or airborne, whereby they are continuously entering into and dropping out of the network **10**. The directional antenna **16** may be a phased array, a dish or horn antennas, for example. Transmission via a directional antenna **16** enables the RF signal to be focused in a desired direction.

By selectively controlling the direction of the antenna pattern between a pair of wireless mobile communication systems for establishing a communications link therebetween, additional communication links may be established between other wireless communication systems within the same scheduled semi-permanent time slot. This is illustrated by communication link **27** operating in time slot **1** between mobile nodes **12c** and **12e**, and communication link **29** also operating in time slot **1** between mobile nodes **12a** and **12b**, as best illustrated in FIG. **1**. This feature of the present invention advantageously allows the resources of the wireless mobile communication network **10** to be better utilized.

The controller **18** limits the number of communication links for each wireless mobile node **12a-12h** within each time frame based upon a total number of time slots within the frame. The advantage of limiting the number of communication links to a fraction of the total number of time slots within the time frame significantly simplifies the scheduling of time slots with neighboring nodes.

The number of communication links for each wireless mobile node **12a-12h** within each time frame is less than or equal to N, and the total number of time slots within each frame is greater than or equal to 2N−1. In addition to simplifying the scheduling of time slots, this type of distributed scheduling avoids conflicts.

Distributed scheduling allows any two pair of wireless mobile nodes, such as **12a** and **12b**, for example, to schedule a semi-permanent time slot without having to communicate with any other wireless mobile node. In other words, there is no centralized master/slave type of coordination with all of the wireless mobile nodes **12a-12h** for scheduling the semi-permanent time slots. Since the time slots among the wireless mobile nodes **12a-12h** are scheduled in a distributed fashion, there is no single point of failure in the wireless mobile communication network **10**.

The controller **18** may prioritize the communication links and drop one of the communication links based upon the prioritization for making available a semi-permanent time slot for establishing a communication link with a new neighboring mobile node. Prioritization of the communication links will be addressed in greater detail below. In addition, the controller **18** may also prioritize the communication links and schedule the at least one available time slot based upon this prioritization.

The controller **18** may also schedule one of the semi-permanent time slots as an available time slot if a number of the communication links is less than N. This advantageously supports communication link demands on an as needed basis for the existing communication links. However, the controller **18** may reschedule the demand assigned time slot back to a semi-permanent time slot if the number of the communication links is again equal to N, as will also be discussed in greater detail below.

Each communication link is formed by an initiating mobile node, such as node **12a**, and a receiving mobile node, such as node **12b**, and the initiating mobile node transmits a list of available semi-permanent time slots to the receiving mobile node. The receiving mobile node **12b** then transmits selection of one of the semi-permanent time slots to the initiating mobile node. The initiating mobile node **12a** then

6

confirms selection of the selected semi-permanent time slot to the receiving mobile node.

Each mobile node may further comprise an omni-directional antenna **20** connected to the transceiver **14** for exchanging positional information with other neighboring mobile nodes. Other information that may be exchanged includes resource requirements and detection of the presence of a potential new neighbor node. In addition, the phased array antenna **16** may simultaneously generate multiple antenna beams, wherein the controller **18** aims the phased array antenna to multiple neighboring mobile nodes within a scheduled semi-permanent time slot.

The interference detection unit **18d** detects and avoids interference for collinear node pairs within the beamwidth and allocated the same time slot. For example, referring to FIG. **1**, nodes **12a** and **12e** transmitting to nodes **12b** and **12c**, respectively during their half of the same assigned time slot **1**. With wide enough antenna beamwidths, both nodes **12b** and **12c** may simultaneously hear transmissions from both nodes **12a** and **12e**. The interference detection unit **18d** may measure the Signal-to-Interference Ratio (SINR) at the physical layer during time slot usage. Alternatively, the packet error rate can be measured at the link layer based upon CRC check failures. If these measurements violate a specified threshold, the slot may be declared bad.

However, because fading may cause a single slot to fail this test, it may be desired to declare excessive interference in a slot if m of n trials of this slot suffer degradation. At this point, the controller **18** attempts to avoid the interference. The order of Tx/Rx at both ends of the link may be switched for the time slot. If such switching fails, a new time slot may be coordinated. Of course both of these changes should be made probalistically to reduce the likelihood that both node pairs try to make the same change at the same time and thus remain in conflict.

The traffic coordination unit **18e** manages unbalanced traffic loads that may be generated by streaming video or high rate sensor data. Coordination mechanisms are provided to permit each half-duplex link to allocate a time slot in any Tx/Rx split of traffic. Also, the maximum number of time slots may be increased to a number above the minimum to create more demand time slots. Subslotting would permit an effective increase or decrease in the maximum number of time slots as nodes may "steal" subslots from a semi-permanent allocated time slot to reallocate to a demand time slot. Moreover, a reservation protocol could be used together with link scheduling procedures to indicate allocation of resources for a high rate stream at each node along a path from a source to a destination node by requesting and allocating a bulk set of time slots and/or subslots at each node along the path to accommodate the high rate stream. For reserved resources, separate queues and a queue service discipline may be necessary to insure that the capacity required by the stream is delivered.

The invention is also directed to a method for establishing communication links for a plurality of mobile nodes **12a-12h**, with each mobile node comprising a transceiver **14**, a phased array antenna **16** connected to the transceiver, and a controller **18** connected to the transceiver. The method comprises for each mobile node **12a-12h** scheduling a respective semi-permanent time slot for each time frame to establish a communication link with a neighboring mobile node and leaving at least one available time slot in each time frame.

The at least one available time slot is preferably scheduled to serve the communication link with a neighboring mobile node based upon link communications demand. The phased

US 7,304,972 B2

7

array antenna **16** is aimed toward each neighboring mobile node **12a-12h** during communication therewith. Each time frame may have up to N semi-permanent time slots and at least 2N−1 available time slots.

The method may also include initiating one or more semi-permanent time slot requests for respective time frames to establish a communication link with each neighboring mobile node and leaving at least one available time slot in each time frame, while processing multiple received semi-permanent time slot requests from neighboring mobile nodes, and initiating at least one available time slot request to also serve the communication link with a neighboring mobile node based upon link communications demand, while processing multiple received available time slot requests from neighboring mobile nodes.

The directional/phased array antenna **16** is aimed toward each neighboring mobile node **12a-12h** during communication therewith, interference is detected in time slots for communication with neighboring mobile nodes, and the scheduling of new time slots is coordinated based upon detected interference. The interference detection unit **18d** may measure a signal-to-interference ratio and/or a packet error rate. The packet error rate may be based upon cyclic redundancy check (CRC) failures. Also, the interference detection unit **18d** may compare detected interference to a threshold. Preferably, the controller **18** switches an order of communication between nodes for a given time slot based upon detected interference, and may also coordinate scheduling of new time slots based upon detected interference after switching the order of communication. Also, communication with each neighboring mobile node **12a-12h** may be coordinated by allocating time slots for scheduling based upon link communications demand.

The method further includes having each node prioritize the communication links and drop one of the communication links based upon the prioritization for making available a semi-permanent time slot for establishing a communication link with a new neighboring mobile node. In addition, an available time slot that is currently scheduled to serve a particular communication link may be reassigned to another communication link based on link demand. This advantageously allows any mobile node to accommodate variations in communication link demands.

Scheduling of the semi-permanent time slots and the available time slots will now be discussed in greater detail. Details on steering the directional antennas **16** toward a receiving mobile node **12a-12h** will be omitted since this feature of the present invention is readily understood by one skilled in the art.

For purposes of discussion, it will be assumed that the directional antenna **16** is a phased array antenna. As readily understood by one skilled in the art, a phased array antenna **16** includes a plurality of antenna elements and respective phase shifters that can be adjusted for producing an antenna beam in a desired direction. The phased array antenna **16** steers or scans the antenna pattern without physically moving the antenna.

Also for purposes of discussion, a number of assumptions about the wireless mobile communication network **10** are made. First, there is a single frequency band that is a high data rate channel that is shared by all the wireless mobile nodes **12a-12h**. This type of transmission channel is time shared between all the wireless mobile nodes **12a-12h** for both transmit and receive. All transmission slots are scheduled in advance.

An assumption is also made that a separate low data rate overhead channel is provided. This overhead channel can be

8

used for node discovery, net entry, and exchange of various other data link control overhead information including resource requests. This overhead channel is provided via an omni-directional antenna **20**. Good global timing reference is also known at all nodes. The terms wireless mobile nodes and wireless mobile communications systems **12a-12h** are interchangeable throughout the following discussion.

The wireless mobile communication network **10** also includes the capability for locating and tracking mobile nodes so that the phased array antennas **16** can be pointed accurately when a scheduled time slot is available. As noted above, a detailed discussion on the pointing/tracking will not be provided herein.

An assumption is also made that the phased array antennas **16** have zero beamwidth. This assumption will be relaxed later. Consequently, we can assume that a transmission by a given mobile node will be received only by the neighbor mobile node to which it is attempting to transmit. This allows a less restrictive set of constraints on the scheduling of time slots. Each communications link will be labeled with a number which represents a scheduled time slot for transmitting and receiving data therein.

The constraints are as follows. No node may have more than one communications link labeled with the same time slot number. A given time slot assignment will apply to a half duplex link between two mobile nodes, and be used alternately by the two nodes for transmit and receive. These two constraints imply that a time slot assigned by a mobile node to one of its neighboring nodes is constrained by the previous time slot assigned by that node to other links.

The scheduling of time slots for the phased array antenna **16** is illustrated in FIG. **1**, which shows a network **10** with link connectivity based upon scheduled time slots. The time slots are scheduled so that the wireless mobile nodes **12a-12h** know when to point their respective phased array antenna **16** toward a neighboring wireless mobile node.

The communication links are assumed to be bidirectional and are used in a half duplex fashion where each time slot number represents a time slot and a transmission opportunity in each direction occurring in that time slot. The term $N_{frame}$ will be used to denote the maximum time index or the maximum number of time slots within a frame. In the case of this example, $N_{frame}$=6.

FIG. **3** illustrates a representative frame of time slots. In the simplest formulation, each epoch or frame has n slots and the value of n is set to $N_{frame}$. In the figure we also show how a time slot is used for the link connecting to nodes labeled as nodes A and B. Each time slot is divided into two mini-slots **22a**, **22b**. The first mini-slot **22a** (e.g., half of the time slot) is used for transmissions from node A to B. Then the direction of the link is reversed and the second mini-slot **22b** is used for transmissions from node B to A.

During the transmission periods, multiple packets can be transmitted. As indicated, each mini-slot **22a**, **22b** also contains a guard time **24a**, **24b** selected according to the following considerations. The maximum range between any pair of nodes determines the maximum propagation delay that must be accommodated. A maximum range of 100 miles corresponds to about 0.5 ms of propagation delay. A guard time is allocated for each mini-slot **22a**, **22b** to accommodate uncertainty of propagation delay and unequal propagation delays between all pairs of nodes.

At a maximum range of 100 miles, a guard time of 0.5 ms is needed. The guard time allocation for a maximum range of 100 miles implies the need to make the mini-slots **22a**, **22b** on the order of 2 to 4 ms to minimize the channel efficiency loss. As an example, if we assume a 50 Mb/s data

rate on the communication links and a maximum range of 100 miles, then a 4 ms mini-slot implies 200,000 bits/mini-slot (250 mini-slots per second). Then the mini-slot would contain a 25,000 bit guard time and 175,000 bits of mission data.

The controller **18** may also bias each established link to assign priority when the available time slots are scheduled. As will be discussed in greater detail below, semi-permanent (SP) time slots and available or demand assigned (DA) time slots are provided within each frame. A stated objective is to increase reuse of time slots among several nodes at the same time. While the mobile network **10** in FIG. **1** is limited in the total number of nodes and communication links, there are a number of cases of parallel usage of time slots. For example, time slots **1** and **2** are simultaneously each used on 3 different communication links, and time slot **6** is used on only one link. All the other time slots are assigned to two communication links. We can define a reuse factor which indicates the average level of reuse as a ratio of the total number of time slot assignments in the network ($N_{frame}$) to the number of assigned time slots (Num_Slots_Assigned):

$$R = \frac{\text{Num\_Slots\_Assigned}}{N_{frame}} \qquad (1)$$

For the example network **10** in FIG. **1**, the reuse approach provides a reuse factor of R=14/6=2.333, indicating that on the average there are slightly more than two simultaneous users of each time slot in the network schedule. It is obvious that the reuse factor calculated for any specific scheduling algorithm will be highly dependent on the network size and topology. A full comparative evaluation should consider a variety of network sizes and topologies.

A lower bound on the value of $N_{frame}$ for any graph can be determined by noting that each node requires at least as many time slots as the node has neighbors, i.e., the node requires a number of time slots at least equal to its degree. Then $N_{frame}$ must be at least as great as the maximum node degree over the entire graph. Thus, denoting the degree of node i by $d_i$ the lower bound on $N_{frame}$ is

$$N_{frame} \geq \max_i\{d_i\} \qquad (2)$$

For the example network **10** illustrated in FIG. **2** the reuse portion is assigned the scheduling with $N_{frame}$ equal to the minimum number of time slots that must be used according to equation (2). Note that several nodes, namely all nodes but node **1**, are assigned less than the full set of time slot. Thus, an enhanced scheduling algorithm may be able to assign additional slots to some of the links without introducing conflicts in scheduling.

The following discussion focuses primarily on the scheduling of time slots for generating the link schedules. Other parts of the overall phased array network problem that ultimately must be addressed include: 1) node and neighbor discovery, 2) net entry, 3) overhead channel format and protocol including protocol exchanges for scheduling updates, and 4) tracking and location of neighbor nodes (may include assistance of phased array antenna **16**), and 5) a routing algorithm for a dynamic network topology.

The approach for scheduling time slots according to the present invention is based upon the following principles. First, a specified number of time slots are allocated as semi-permanent (SP) time slots scheduled for a given link. The rest of the available time slots (DA) may be allocated on

a demand-assigned basis to those nodes/links that need them most. This allows flexibility in shifting the schedule on an as needed basis. Secondly, as discussed above, a limit on the maximum number of semi-permanently assigned time slots is established. This limit is a parameter that is selected based upon a specific network. This limit is also the upper limit on the number of allowable neighbor nodes, with a single SP time slot per node.

Third, as also discussed above, a limit on the maximum number of time slots per frame is established. This limit is a parameter that is also selected based upon a specific network. This limit is important for establishing a limit on latency since it determines the maximum revisit time for a link transmit opportunity.

Fourth, the relationship between the number of total time slots per frame, $N_{frame}$, and the limit on the maximum number of semi-permanently assigned time slots per frame is chosen so that the scheduling of the semi-permanently assigned time slots is greatly simplified and scheduling conflicts may be significantly avoided even with distributed scheduling.

By limiting the maximum number of semi-permanently assigned time slots per node to a certain fraction to the total number of time slots per frame, the process of distributively assigning semi-permanently assigned time slots is greatly simplified. The upper limit on the number of the semi-permanently assigned time slots (and, therefore, the maximum number of allowable neighbor nodes) will be denoted by N. We will consider values of $N_{frame}$ such that:

$$N_{frame} \geq 2N-1 \qquad (3)$$

Assume that all nodes **12a-12h** in the network **10** are connected by directional links, where each node has a single beam phased array antenna **16** with beam sharing by time hopping and pointing to its neighbor nodes. Further, assume that the number of neighbors is equal to N, and the limit on the allowable number of semi-permanent time slots (with one SP time slot allocated per neighbor) is fixed.

If the fixed value of $N_{frame}$ satisfies equation (3), then all nodes can select a different semi-permanent time slot for each of these links by mutual agreement with the neighbor for that link without regard to what links other nodes are selecting more than one-hop away. This allows each node to select its semi-permanent time slot for the link to a neighbor node in a very direct fashion by communicating only with that neighbor node. This process can be followed for up to N neighbor nodes.

The key is recognizing that as the value of $N_{frame}$ increases for a fixed value of N, there are fewer constraints on the ability of a node to select a time slot that does not conflict with a neighbor's choice of a time slot. A node selecting a time slot for a new link must select a time slot that it is not currently being used and that the neighbor is not currently using.

If a node currently has m neighbors with a single time slot assigned to each of these links to the neighbors and is adding a link to a new neighbor node, then the neighbor node can be using at most (N-1) time slots. Thus, if $N_{frame}$ is greater than (m+N-1), then there will be at least one more time slot available that the node can assign to the new link. The worst case in this assignment process is when the node already has (N-1) neighbors and is assigning the time slot for the N$^{th}$ neighbor node. In this case $N_{frame}$ must satisfy equation (3) for an additional time slot to be guaranteed to be available for assignment to the link to the N$^{th}$ neighbor.

Some additional observations will be made about how this property can be exploited in the disclosed time slot sched-

US 7,304,972 B2

uling approach. First, a node need only coordinate the selection of the semi-permanent time slot to be assigned for a directional link to a neighbor with that neighbor. The node requesting the link might, for example, send to the neighbor the list of suggested time slots for the link. This is based upon those time slots not being used for SP assignments. There could be some ordering of this list based upon other factors to be discussed below, but this is not necessary. The neighbor node can then select from this list the time slot it prefers and return a reply with this selection. This allows us to define a straightforward, fully distributed algorithm for scheduling the semi-permanent time slots.

If a node has less than N neighbors, then more than one of its N allowed semi-permanent time slots could be assigned on individual links. However, in this case there is no guarantee that all N assignments can be made via neighbor-to-neighbor node coordination without some conflicts. For example, if N=6 and a node had only 3 neighbors but each of these neighbors each had 6 neighbors, then the node would be able to assign only one time slot to each of the links with its 3 neighbors. In order to simplify our algorithm, we will not allow scheduling of more than one SP time slot per link. However, all unused time slots may be allocated as available time slots.

For certain networks with very large numbers of nodes where the number of potential neighbors will be much larger than the limit N, there will also be a topology control problem to deal with. The node will be faced with choosing, from among the potential neighbors, those neighbors that create the optimum network topology. This topology control problem also is related to the concept of optimizing an energy efficient network. In the case where the number of potential neighbors is much larger than the limit N, a topology control function can be used to select the neighbor node to connect to.

If we assign to $N_{frame}$ the minimum value allowed by (3), then each node will be allowed to have a maximum of N semi-permanent time slots and a total of (2N−1) time slot assignments. The demand assigned time slots will be assigned on a basis to best accommodate the traffic load. Of course, assigning a much larger value of $N_{frame}$ is also an option. In this case, there will be many more time slots available for demand assignment. There may be applications for which this is a desirable way to configure the network.

As with the semi-permanent time slots, the node need only coordinate the selection of the available time slots to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link.

A node requesting the allocation of an available time slot DA from a neighbor node will do so based upon a perceived need for additional capacity on that link. This may be prompted by a high link utilization (queue buildup) based on short and long term measurements. The request will contain the number of slots requested and a metric, which indicates the priority to be attached to the request. The metric might indicate the queue length as a measure of the need for the time slot allocation.

The node receiving the request may also receive requests from other neighbor nodes, which may contend for allocation of the same time slot. In order to simplify the protocol, a node must complete processing one thread of an available time slot DA allocation before considering the next allocation. These allocations may not persist for a long period of time because they are constantly subject to preemption to become reallocated as semi-permanent time slots as a result of topology changes or subject to reallocation due to shifting traffic demand.

Neighbor and link discovery will now be discussed. The distributed link scheduling algorithm requires support from an omni-directional overhead channel for certain protocol exchanges that must occur with a potential neighbor node prior to the establishment of the directional link with that node. Such messages include the REQ_SPTS which requests the allocation of a semi-permanent time slot on the directional link to that node.

In addition to supporting protocol message exchanges which directly support the protocol defined herein, the omni-directional overhead channel must support the function of neighbor and link discovery. This is usually done through periodic omni transmissions by each node via an omni-directional antenna 20 that alerts any other node that move within range that the two nodes can be neighbor nodes. Several ad hoc routing protocols (including OLSR) have defined such a supporting protocol. These previously defined protocols could be adapted to support this distributed link scheduling algorithm. The primary function that must be performed by such a protocol is to discover new potential neighbor nodes and to report these to the topology control function.

One approach for node and link discovery includes each node periodically transmitting beacon messages over the control channel to notify neighbor nodes of its presence and its position. In addition, link state messages are transmitted periodically to notify neighbor nodes of the identity of its beacon neighbors (BN list) and its PA neighbor nodes (PAN list) and the time slots assigned to these nodes.

The link discovery portion of the algorithm continually compares the bi-directional beacon neighbors (BBN) list with the PAN list to see if there are any nodes on the BBN list that are not on the PAN list. Any such neighbor node becomes a candidate for link testing to determine if a PA link is possible. According to this approach, after an exchange of control messages the directional link is tested to determine if reliable communication is possible. If communication is reliable, the new neighbor node is added to the PAN list.

This validates communication in the testing time slot, but not necessarily in the time slot that may be assigned to the link on a semi-permanent basis. One approach is to do it this way or another approach is to wait until an SP time slot is assigned and test it in this time slot.

The topology control function can be a very straightforward function if it does not have to do topology optimization. The purpose of this function is to take the list of nodes in the PAN list, the information about the reliability of these links, and the information about the network topology, and use this information to determine which nodes on the PAN list should become PA neighbors. This is the function that should optimize the network topology if there are constraints such as the number of PA neighbors that do not allow all nodes in the PAN list to become PA neighbors.

With the proposed constraints of a fixed value for $N_{frame}$ and a fixed value for N (the maximum number of semi-permanent time slots per node), the potential exists for having some concern about network topology utilization. This would certainly be the case if these values were selected to be very small numbers. For example, if N=3 were selected with $N_{frame}$=5, it may be difficult to expect a well connected network topology when we could have no more than 3 neighbors for any node, unless an intelligent topology

US 7,304,972 B2

13

control function carefully utilized the topology prior to adding new PA neighbor nodes. This may be particularly so for a large network.

Thus, the topology control function should create a neighbor priority (NP) list, which is the PAN list ordered in order of desirability as potential PA neighbors. This list will direct the priority order in which potential PA neighbors are scheduled time slots. However, our initial problem is that of a small network with perhaps 15 nodes. In this case, we could specify N to have a value in the range of 5 to 8 and still have low latency. There is very little likelihood that there will be any topology utilization issues since allowing for 5 to 8 neighbor nodes will allow almost all possible neighbors to be PA neighbors.

A second purpose of the topology control function is to generate the topology change event that causes the link scheduler process to change state and perform the reallocation process for the SP time slots.

A top-level scheduling algorithm structure will now be discussed. The scheduling process was formulated with the objective of minimizing the complexity of the process while taking advantage of the overall approach outlined above. A key to controlling this scheduling is maintaining an accurate data structure at each node reflecting the state of time slot schedules for future time slots assigned to the link with each neighbor node.

Two data structures are proposed: a slot assignment DB and a link message DB. The possible states of links in the data structure for a given time slot in the epoch are listed in TABLE 1. The table describes each possible state and gives the notation for that state. TABLE 2 shows an example slot assignment DA and the contents indicating the timeslots for $N_{frame}=9$ (N=5), the state assignments for each state, and example assigned neighbor IDs for each time slot.

In this example, 4 neighbors have been assigned SP time slots so one additional neighbor may be connected with these constraints. There is one free time slot which may be allocated as a DB time slot or offered with the DB time slots to be allocated as an SP time slot if a new neighbor node is possible. The use of the link message DB will be discussed later in the detailed protocol explanation. The example also indicates the use of sub-slots, e.g., 2 sub-slots per slot.

This is a concept to be used with the DA allocations to allow finer granularity. The meaning in this case would be that an allocation of time slot k, sub-slot 1 would be an allocation to a link of time slot k on the odd numbered frames. Conversely, sub-slot 2 would indicate an allocation of the time slot on the even numbered frames.

TABLE 1

| Time Slot State in DB | Notation |
|---|---|
| Free | Free |
| SP Allocated Time Slot | SP_Alloc |
| DA Allocated Time Slot (May Be Preempted by DA Reallocation Process or by DA Reallocation) | DA_Alloc |
| SP Allocation Request Message Sent | SP_Req |
| SP Allocation Reply Message Sent | SP_Reply |
| DA Allocation Request Message Sent (May Be Preempted by SP Allocation Process or by DA Reallocation) | DA_Req |

14

TABLE 1-continued

| Time Slot State in DB | Notation |
|---|---|
| DA Allocation Reply Message Sent (May Be Preempted by SP Allocation Process or by DA Reallocation) | DA_Reply |

TABLE 2

| Time Slot | Subslot | State | Assigned Neighbor ID |
|---|---|---|---|
| 1 | — | Free | — |
| 2 | — | SP_Alloc | 3 |
| 3 | — | SP_Req | 4 |
| 4 | 1 | DA_Alloc | 3 |
| 4 | 2 | DA_Alloc | 4 |
| 5 | 1 | DA_Alloc | 5 |
| 5 | 2 | DA_Alloc | 3 |
| 6 | — | SP_Alloc | 5 |
| 7 | 1, 2 | DA_Alloc | 8 |
| 8 | 2 | DA_Alloc | 4 |
| 9 | — | SP_Alloc | 8 |

The top-level state diagram for the link scheduling protocol is shown in FIG. 5. The diagram shows two independent processes 30 and 32 that are responsible for maintaining and modifying the time slot allocation database. On the left side is the state diagram for the maintaining and assigning semi-permanent (SP) time slots, i.e., process 30. This process has priority over the assignments made by the process 32 on the right, which has responsibility for assigning the available (DA) time slots. Within process path 31, the time slots that can be seized are as follows: free, DA allocated, and in process of being DA allocated. Similarly, within process path 33, the time slots that can be seized are as follows: free, DA allocated and also need to be reallocated.

This database must be controlled as a locked database such that for any given time slot assignment state, only one of the two scheduling processes may modify that state at a given point in time. Once one of the processes begins to modify the state of a particular time slot assignment, the state is locked and the other process may not modify it until it is released.

At any time each time slot in the DB is in one of seven states as indicated in TABLE 1. Available time slots are said to be in the free state, i.e., they are not assigned to a link to one of its neighbor nodes either because a scheduling conflict has prevented assignment or because the time slot has recently become free and has not yet been scheduled.

As indicated, a time slot in the free state may be scheduled either as an SP time slot or a DA time slot. A time slot that has been allocated as SP assigned may be modified only by the process that maintains SP time slots. The time slot may be deallocated by this process if network topology changes or if a more desirable topology is possible. Until such a time slot is returned to the free state, the process for maintaining and assigning the DA time slots cannot modify its state.

In addition, any time slot with a DB state indicating that it is in the process of being SP assigned cannot be allocated by the DA assignment process. This includes states indicating that SP request and reply messages have been sent. However, if the state of a time slot is DA allocated, then it may be reallocated by the DA assignment process. This

15

might be done if the loading on the network indicated that a reallocation of the DA time slot is needed.

In contrast, the process allocating SP time slots has priority. In addition to assigning free slots, it may seize and reassign all time slots that have been DA assigned or are in the process of being DA assigned. This is done to provide a straightforward process of ensuring at least a single SP time slot assigned to each neighbor node during a frame of $N_{frame}$ time slots. SP allocated time slots are returned to the free state only if the link is lost or if the topology control function determines that a particular link should no longer be in the list of the top N links to be established with neighbor nodes.

FIG. 5 illustrates how this process works at the top level. The SP slot assignment process has greater flexibility in allocating time slots. It can seize more time slots for allocation than the DA process, and it can seize time slots that either have been DA allocated or are in the process of being DA allocated. The SP process may receive various events for processing including topology change events from the topology control function and protocol messages.

Such events might include loss of link to a neighbor, discovery of a new neighbor, reception of an SP allocation request message from a neighbor node, and the discovery that a topology change should occur to either add a link to a neighbor, break a link, or do both. The topology change event notification will carry data that will describe the topology change that needs to occur.

If the event described a loss of a link, then the only action that must be taken is to change the appropriate time slot state in the slot assignment DB to "free." If a link is to be added the process is more complex. In this case, the SP slot assignment process initiates protocol message exchanges with the new neighbor node and modifies the slot assignment DB. This ultimately results in the agreement between the two nodes on a time slot assignment for the SP slot assigned to this link. Only a single SP time slot is to be assigned to each link with a neighbor to simplify the protocol. Additional details of this protocol are described below.

The process of assigning DA time slots follows a similar procedure. The DA slot assignment process must calculate the DA time slot needs and compare them with the allocated time slots to determine if a new time slot reallocation is needed. If a reassignment of DA slots is initiated, it will also lead to a series of protocol message exchanges with neighbor nodes to agree on the reassigned time slots. The DA slot assignment process may reassign only time slots that are in the free state or not SP assigned. More about the protocol details and the process for determining when DA time slot reassignment is needed will be discussed below.

Allocating semi-permanent time slots to directional links will now be discussed. In the description of the approach for allocating N semi-permanent time slots assume that N is fixed and intelligently chosen with respect to the network size and environment. Also assume that $N_{frame}=2N-1$. $N_{frame}$ could also be set at any value higher than this to provide additional on-demand time slots if that is deemed to be useful for the particular network and traffic environment.

Several important functions are provided by the topology control function. The neighbor priority (NP) list is generated by the topology control function and is used to indicate the preferred PA neighbor nodes for the assignment of time slots.

If the length of the NP list is N or smaller, then the topology control function will generate topology change events to the SP slot assignment process to make it attempt to get time slot assignments to all of these neighbor nodes.

16

If the length of the NP list is greater than N, then it will generate topology change events to the SP slot assignment process to obtain time slot assignments to each of the N highest priority nodes on the NP list.

The NP list is constantly changing due to network dynamics. When PA links go down, the node is removed from the NP list and the time slot(s) for that link are then subject to reallocation. This is initiated by the topology control function which sends the SP slot assignment process a link delete event. Thus, the SP time slot and any DA time slots allocated to that link become available for reallocation to another node on the PA list.

The first choice when slots become available is to allocate the slot(s) to additional PA neighbor nodes if that is possible given the current state of the NP list. If no additional neighbor nodes can be added, then the slot(s) can be reallocated on a DA basis.

FIG. 6 shows a state diagram of the SP slot assignment process. In order to manage the protocol message processing, a link scheduling message DB is created as shown in TABLE 3. This maintains the state needed from prior protocol exchanges to be used when the next SP message arrives for processing. The idle process does event management in that it checks received events prior to allowing a state change to one of the other states.

These operations include checking received messages to determine if they are consistent with the current state of the DB. If a message is inconsistent with the DB, it is discarded. Certain timeouts may indicate that DB state needs to be reset. This process performs this function.

TABLE 3

| Nbr__ID | Link State | Time out | Time Slot List | Selected Time Slot | Selected Subslot | Num__ tries |
|---------|-----------|----------|----------------|--------------------|------------------|-------------|
| 1 | SP__Alloc | — | — | 2 | 1 | — |
| 1 | SP__Alloc | — | — | 2 | 2 | — |
| 1 | DA__Alloc | — | — | 5 | 1 | — |
| 2 | SP__Alloc | — | — | 4 | 1 | — |
| 2 | SP__Alloc | — | — | 4 | 2 | — |
| 2 | DA__Alloc | — | — | 5 | 2 | — |
| 3 | SP__Req | T2 | Ls | — | | 1 |
| 4 | SP__Alloc | — | — | 6 | 1 | — |
| 4 | SP__Alloc | — | — | 6 | 2 | — |

There are four basic message types required in the SP time slot assignment protocol as listed below in Table 4. The use of these are self-explanatory and consistent with the prior discussion.

TABLE 4

| Message Type | Message Function |
|--------------|------------------|
| REQ__SPTS | Request New SP Slot Allocation |
| REPLY__SPTS | Reply to Received REQ__SPTS |
| CONFIRM | Response to Received REPLY__SPTS |
| DELETE__TS | Message Indicating Deleted Time Slot Allocation |

An example of SP time slot assignment is shown in FIG. 7. Nodes 1 and 2 both have 3 neighbors with the SP time slots allocations shown for each link. Therefore, they can add an additional link between themselves. The link scheduling protocol will find an acceptable time slot for the SP allocation. The corresponding protocol message exchange is shown in TABLE 5.

US 7,304,972 B2

17

Node **1** initiates the exchange by sending a REQ_SPTS (L=(4, 5, 6, 7)) with a list of at least N candidate time slots. This list may include all free and DA time slots. Node **1** is using slots **1**, **2** and **3** for SP allocations to its neighbors so its list L contains the other time slots **4**, **5**, **6** and **7**. When the request message is sent, the appropriate changes are made to the time slot and link scheduling message data structures. Node **2** is using time slots **4**, **5** and **6** as SP allocations for its links to its 3 neighbors so it selects time slot **7** as the only one that will work for the new link. It sends this choice in the reply message.

When a reply message is sent, the appropriate changes are also made to the time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "SP allocated to link (**1**,**2**)."

Note also that if nodes **1** and **2** had already selected 4 neighbor nodes, it would still be possible for them to find common time slots with which to establish a link between them if they used the same time slots with at least two of their neighbors.

TABLE 5

| Node 1 | Node 2 |
|---|---|
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 Send REQ_SPTS(L = (4, 5, 6, 7)) | Msg Lost |
| Timeout and retry Resend REQ_SPTS(L = (4, 5, 6, 7)) | → Rcvd REQ_SPTS(L = (4, 5, 6, 7)) |
| Rcvd REPLY_SPTS(Slot 7) | ← Send REPLY_SPTS(Slot 7) |
| Send CONFIRM(Slot 7) | → Rcvd CONFIRM(Slot 7) |
| Slot 7 Allocated to Link (1, 2) | Slot 7 Allocated to Link (1, 2) |

Some initial pseudocode describing the processes required in FIG. **6** has been developed. There are various events that may occur which must be processed by the SP slot assignment process **34**. Event management is done in the idle process as shown in TABLE 6. Four categories of events are shown: received message, check timeouts, link addition notification from topology control, and link failure or link deletion.

Received messages are first checked versus the link scheduling message DB to insure that the message is consistent with the current state of the DB. For example, if we sent a request to a neighbor, the next message expected is a reply. To simplify this distributed protocol, only one thread of SP protocol message exchanges is allowed at a time. This is enforced in the procedure by checking the DB to see if other SP message exchanges are ongoing prior to a link add transition or prior to processing a REQ_SPTS message.

If a link addition cannot be initiated because another SP protocol thread is currently in process, the link addition will be postponed by backing off and rescheduling for a later time when the other process is expected to be completed. Allowing multiple attempts is done to handle potential conflict between several nodes attempting to add links simultaneously. This is not meant to deal with the problem of an unreliable RF link. This latter issue should be addressed by using a link protocol on the overhead channel that uses ARQ and retransmission to recover lost/errored messages.

18

Thus, the distributed scheduling protocol can assume that messages will not be lost. This allows simplification of the protocol. When topology control selects a neighbor node from the NP list to connect to as a new neighbor, it issues a topology change (link addition) event which (after consistency checks in the idle process) causes a transition to the link add state in the SP slot assignment process.

TABLE 6

Procedure for Idle State (SP Event Management)

```
Case Event Type
    Received Message:
        If received message is not consistent with the
            state of the Link Scheduling Message
            DB for that Nbr_ID
            Discard Message
        Elseif message type = REQ_SPTS
            If no pending SP message activity in the Link
                Scheduling Message DB for link additions
                other than receiving a previous REQ_SPTS
                message from Nbr_ID
                Transition to Process REQ_SPTS state to
                process message
            Else
                Reject new link and send negative
                REPLY_SPTS message to Nbr_ID
            End
        Elseif message type = REPLY_SPTS
            Transition to Process REPLY_SPTS state to
            process message
        Elseif message type = CONFIRM
            Transition to Process CONFIRM state to
            process message
        Elseif message type = DELETE_TS
            Transition to Process DELETE_TS state to
            process message
        End
    Check Timeouts:
        Check all timeouts
        If Timeout expired for a link in the SP_Req state
            Transition to Link Add State
        If Timeout expired for a link in the SP_Reply
            state
            Reset Slot Assignment DB for time slot Ns and
            in the Link Message state in
            Link Scheduling Message DB for index Nbr_ID
        End
    Link Addition Notification from Topology Control:
        If no pending SP message activity in the Link
            Scheduling Message DB
            Transition to Link Add state to add Nbr_ID
        Else
            Backoff and reschedule Link Addition
        End
    Link Failure or Link Deletion:
    Transition to Link Delete state to delete link to
    Nbr_ID
        End
End
```

Psuedocode for the link add process is shown in TABLE 7. This starts a process which requires coordination of the SP time slot assignment and protocol message exchanges between only the two neighbor nodes. The node requesting the link sends a REQ_SPTS message to the candidate neighbor node with the list of acceptable time slots for the link.

The list of candidate time slots must contain at least N time slots including at least one semi-permanent time slot SP. The list can also include possibly all of the N−1 available DA time slots. The available or on-demand time slots may be currently temporarily allocated for on-demand traffic. This list will be priority-ordered to indicate the time slot preference that causes the least perturbation in the current available time slot assignments. In other words, the notation

19 20

being used is that a time slot is not an SP time slot unless already allocated to a communication link. Any of the 2N−1 time slots may be an SP time slot. Thus, the list of N time slots sent are all either free time slots or an available DA time slot. These may be N−1 SP time slots but they are already allocated and are not on the list.

The REQ_SPTS message can be sent up to MAX_TRIES times to allow for unreliable links and conflicts with other assignments potentially occurring simultaneously. The timeout in the link scheduling message DB triggers the retries if there is no REPLY_SPTS message from the neighbor node in response to the REQ_SPTS message. Once the REQ_SPTS message is sent the process returns to the idle state where other events can be processed.

TABLE 7

| Procedure for Link Addition to Node Nbr_ID (Generate REQ_SPTS Message) |
| --- |
| If Num_tries = MAX_TRIES (No more tries) |
|     Reset state of Link Scheduling Message DB for index |
|     Nbr_ID (Link State = Free and no timeout for retry) |
|     Return to Idle state |
| Else |
|     If initial try to node Nbr_ID |
|         Set Num_tries = 1 in Link Scheduling Message DB |
|         for index Nbr_ID |
|     Else |
|         Set Num_tries = Num_tries +1 in Link Scheduling |
|         Message DB for index Nbr_ID |
|     End |
|     Construct list Ls of time slots to offer to Nbr_ID |
|     Append list Ls to REQ_SPTS message and send to Nbr_ID |
|     Setup timeout and Link Message state in Link Scheduling |
|     Message DB for index |
|             Nbr_ID and in Slot Assignment DB |
|     Return to Idle state |
| End |

The neighbor receiving a REQ_SPTS message will have its SP slot assignment process transition to the process REQ_SPTS state. The procedure for processing this message is shown in TABLE 8. This procedure takes the offered list of time slots, Ls, and selects its preferred time slot.

If the number of links to neighbor nodes, Num_links, is less than the limit N, the procedure selects the time slot it prefers from this list. Then a REPLY_SPTS reply message with this selection is sent. If the link cannot be accepted or if there is another ongoing SP slot assignment in process, a negative REPLY_SPTS reply message is sent.

The selected time slot will be selected from one of its N available time slots or one of its free time slots. An available time slot is either a "free" time slot or an available DA time slot. There will be at least N of these if we can add another link. Each node always manages its time slots so that there are N time slots available to assign as semi-permanent time slots (one to each of N neighbor nodes if that many neighbor nodes are available). If it accepts the link, then it will have at most N−1 other neighbor nodes with one semi-permanent time slot allocated per node. The procedure also makes the appropriate modifications to the state in the link scheduling message DB and the slot assignment DB.

TABLE 8

| Procedure for Processing REQ_SPTS Message (from Nbr_ID) |
| --- |
| If Num_links<N |
|     Examine list Ls of the available time slots received |
|     from potential neighbor node |

TABLE 8-continued

| Procedure for Processing REQ_SPTS Message (from Nbr_ID) |
| --- |
|     Nbr_ID, compare with the current allocations in |
|     the Slot Assignment DB, and select the best |
|     assignment = Ns |
| Make appropriate modification to the Slot Assignment DB |
| (mark it as SP_Reply) for time slot Ns |
| If time slot Ns was DA allocated |
|     Send DELETE_TS to the neighbor node allocated the |
|     DA time slot |
| End |
| Append time slot choice, Ns, to REPLY_SPTS message and |
| send to Nbr_ID |
| Setup timeout and Link Message state (to SP_Reply with |
| time slot Ns) in Link |
|     Scheduling Message DB for index Nbr_ID |
|     Return to Idle state |
| Else |
|     Reject new link and send negative REPLY_SPTS message to |
|     Nbr_ID |
|     Return to Idle state |
| End |

A received REPLY_SPTS message is processed as shown in TABLE 9. The choice of time slot, Ns, received from the neighbor node is extracted from the message. We will also require the node to confirm this reply with either a positive or negative CONFIRM message that indicates that it will agree to use the allocated time slot. This three-way handshake eliminates uncertainty in the outcome of the scheduling process.

If the REPLY_SPTS message is a positive reply, then the choice of time slot, Ns, is examined to see if it is still an allowable assignment for a new SP time slot for the new link. If it is allowable, then the appropriate modifications to the state in the slot assignment and link scheduling message databases are made. Then a positive CONFIRM is returned.

If the received REPLY_SPTS message was negative, then the slot assignment and link scheduling message databases are reset for this Nbr_ID. Otherwise, if the choice of Ns is no longer allowable, then the link scheduling message database is reset for this Nbr_ID. Then a negative CONFIRM message is sent to the neighbor node rejecting the link.

TABLE 9

| Procedure for Processing REPLY_SPTS Message from Nbr_ID |
| --- |
| Extract time slot choice Ns from the REPLY_SPTS message from |
| Nbr_ID |
| If (positive REPLY_SPTS message) and (choice of Ns is still |
|     allowable from Slot Assignment DB) |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as SP_Reply) |
|         for time slot Ns and in the Link Message state in |
|         Link Scheduling Message DB |
|         for index Nbr_ID |
|     If time slot Ns was DA allocated |
|         Send DELETE_TS to the neighbor node allocated the |
|         DA time slot |
|     End |
|     Create CONFIRM message for Ns and send to Nbr_ID |
|     Increment Num_links |
|     Return to Idle state |
| Elseif negative REPLY_SPTS message |
|     Reset Slot Assignment DB for time slot Ns and in the |
|     Link Message state in |
|         Link Scheduling Message DB for index Nbr_ID |
|     Return to Idle state |

US 7,304,972 B2

21

## TABLE 9-continued

| Procedure for Processing REPLY_SPTS Message from Nbr_ID |
|---|
| Else |
|     Reset Link Message state in Link Scheduling Message DB for index Nbr_ID |
|     Send negative CONFIRM message to Nbr_ID |
|     Return to Idle state |
| End |

Table 10 shows the procedure for processing CONFIRM messages. If the CONFIRM is positive, the link is considered to be added to the set of neighbors. The number of links for the node, Num_links, is incremented. The assigned time slot, Ns, is marked SP_Alloc in the slot assignment DB, and the link message state in the link scheduling message DB is reset for index Nbr_ID. If the message was a negative CONFIRM, then the slot assignment and link scheduling message databases are reset for this Nbr_ID.

## TABLE 10

| Procedure for Processing CONFIRM Message from Nbr_ID |
|---|
| If positive CONFIRM message |
|     Make appropriate modification to the Slot Assignment DB (mark it as SP_Alloc) for time slot Ns |
|     Reset Link Message state in Link Scheduling Message DB for index Nbr_ID |
|     Increment Num_links |
|     Return to Idle state |
| Else |
|     Reset the Slot Assignment DB (mark it as Free) for time slot Ns |
|     Reset Link Message state in Link Scheduling Message DB for index Nbr_ID |
|     Return to Idle state |
| End |

An allocated time slot may need to be deallocated for one of several reasons. If during the course of normal operation a link goes down or becomes unreliable, then the topology control function gets involved to address the unreliable link problem. Ultimately, it may generate a topology change (e.g., link deletion) event directing the SP slot assignment process to delete all slots assigned to the link.

The steps involved in this procedure are shown in TABLE 11. The link is de-allocated by sending a DELETE_TS message from the node requesting the de-allocation of all the time slots which are shared with the other node. In addition, the appropriate entries in the link scheduling message DB and the slot assignment DB are reset.

## TABLE 11

| Procedure for Link Deletion to Node Nbr_ID (Generate DELETE_TS message) |
|---|
| Extract list of all SP and DA time slots, Ls, from the Slot Assignment DB assigned to the link to Nbr_ID |
| Construct message, DELETE_TS, with the list, Ls, and send to Nbr_ID |
| Reset Link Scheduling Message DB for index Nbr_ID and Slot Assignment DB for all time slots in Ls |
| Decrement Num_links |
| Return to Idle state |

Table 12 shows the procedure for processing a received DELETE_TS message. The list of deallocated time slots, Ls,

22

is extracted from the message. Then the appropriate state in the slot assignment DB and in the link scheduling message DB is reset.

## TABLE 12

| Procedure for Processing DELETE_TS Message from Nbr_ID |
|---|
| Extract list of time slots, Ls, from the DELETE_TS message from Nbr_ID |
| Reset the Slot Assignment DB (mark it as Free) for all time slots in list Ls |
| Reset Link Message state in Link Scheduling Message DB for all time slots in list Ls for index Nbr_ID |
| Decrement Num_links |
| Return to Idle state |

In summary, the objective for the function allocating the semi-permanent time slots is to connect to as many neighbor nodes as possible up to N. If N neighbor nodes are obtained, then each is allocated a single semi-permanent time slot. Once a new link is established by this protocol, both nodes will commence operation in the newly allocated SP time slot.

This operation will test the new link to determine if reliable communication can be maintained using the allocated time slot. This insures that there is no unusual interference that occurs in this particular time slot. If the link is tested as unreliable, then the topology control function will be notified so that the time slot can be deallocated and used for other purposes.

Allocation of available (on-demand) time slots will now be discussed. The available time slots are to be allocated in a manner that is responsive to the fluctuating demands of network traffic. Again, assume that N is fixed and intelligently chosen with respect to the network size and environment. Also assume that $N_{frame}=2N-1$.

To allow fine granularity in the allocation of available capacity, time slots will be divided into $m_s$ sub-time slots. Assume for the rest of the following discussion that $m_s=2$. This will be accomplished by defining a sub-time slot to be a specific time slot allocation that repeats every $m_s^{th}$ (or second) frame.

A request for available time slots from one node to a neighbor node is allowed only if at least one semi-permanent time slot is allocated for the link between these two nodes. After a link is allocated at least one semi-permanent time slot, then a node may request a periodic allocation of a single time slot every $m_s^{th}$ (or second) frame. The messages used for scheduling the available time slots can be sent over the PA link for scheduling time slots several frames in advance of when they are needed since the link has an allocation of at least one semi-permanent time slot per frame.

A key requirement for efficient allocation of available time slots is the measurement of the traffic requirements on each link. Two measures will be needed. First, the measured average traffic sent over link (i, k) (in units of the number of time slots per frame) will be denoted by $T_{ikse}$. This measure will include all traffic sent over one or more semi-permanent time slots per frame as well as any available time slots.

In addition, we also need to maintain a current measure of the queue state, $Q_{ik}$, for link (i, k). Larger values of $Q_{ik}$ indicate the need for an immediate allocation of one or more available time slots. Occasional bursts of demand may produce increases in $Q_{ik}$, which should then trigger a request for additional time slots of on-demand capacity until the queue size decreases.

US 7,304,972 B2

23

24

The total number of time slots (quantized to ½ of a time slot with $m_s=2$) allocated on link (i, k) will be denoted by $N_{ik}^{tot}$. The time slot demand is defined as follows:

$$T_{ik}^{dem}=f(T_{ik}^{se}, Q_{ik}) \qquad (4)$$

which is a function of the measured traffic plus the estimated additional capacity needed that is indicated by the queue size. Then the number of time slots needed on this link, $T_{ik}^{need}$, is as follows:

$$T_{ik}^{need}=\max(T_{ik}^{dem}, T_{ki}^{dem}) \qquad (5)$$

The metric assigned to this link is as follows:

$$M_{ik}^{DA}=T_{ik}^{need}-N_{ik}^{tot}+B \qquad (6)$$

which is a measure of the estimated number of additional time slots that should be allocated to this link through the DA slot allocation mechanism. B is a bias term that might be nominally set at about ¼ to ½ of a time slot to allocated enough excess capacity to each link to avoid significant queuing. While we are illustrating the approach using the metric defined in (4), a variety of other forms of metric could also be used as the basis for allocating the DA time slots.

FIG. 8 shows a state diagram of the DA slot assignment process 36. The state diagram and the protocol exchanges are similar to those of the SP slot assignment process. In order to simplify the protocol message processing, only a single thread of DA time slot allocation can be in process at any time. The idle process does event management in that it checks received events prior to allowing a state change to one of the other states.

These operations include the following. Check received messages to determine if they are consistent with the current state of the DB. If a message is inconsistent with the DB, it is discarded. Certain timeouts may indicate that DB state needs to be reset. This process performs this function. It also determines if the DA slot assignment is optimal given the traffic load needs of the node. It may cause a transition to the add DA slot state if it determines if a new DA time slot must be added to a particular link.

There are four basic message types required in the DA time slot assignment protocol as listed below in TABLE 13. These are very similar to those used in the SP slot allocation. The use of these is self-explanatory and consistent with the prior discussion of the SP slot allocation process.

TABLE 13

| Message Type | Message Function |
|---|---|
| REQ_DATS | Request New DA Slot Assignment |
| REPLY_DATS | Reply to Received REQ_DATS |
| CONFIRM | Response to Received REPLY_DATS |
| DELETE_TS | Message Indicating Deleted Time Slot Allocation |
| LINK_METRIC | Message Broadcast to Neighbor Nodes with Link Metric for Each Link to a Neighbor Node |

An example of DA time slot assignment is shown in FIG. 9. Node 1 wants to add an additional DA time slot allocation for its link (1,2). The corresponding protocol message exchange is shown in TABLE 5. Node 1 initiates the exchange by sending a REQ_DATS (L=(4,2, 5,6)) indicating that it can support allocations of all of slots 5 and 6 and sub-slot 4.2. This list may include all free and DA time slots, the later of which are less needed.

When the request message is sent, the appropriate changes are made to the time slot and link scheduling

message data structures. Node 2 is using time slots 1, 3 and 6 as SP allocations for its links to its 3 neighbors and sub-slots 2.1 and 3.2 as DA allocations. It can select either sub-slot 4.2 or both sub-slots of slot 5. It chooses and sends this choice in the reply message.

When a reply message is sent the appropriate changes are also made to the time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "sub-slot 4.2 DA allocated to link (1,2)."

TABLE 14

| Node 1 | Node 2 |
|---|---|
| Determines That The Link From Node 1 to Node 2 Requires An Additional DA Time Slot | |
| Send REQ_DATS(L = (4,2, 5, 6)) → | Msg Lost |
| Timeout and retry | |
| Resend → | Rcvd |
| REQ_DATS(L = (4,2, 5, 6)) | REQ_DATS(L = (4,2, 5, 6)) |
| Rcvd REPLY_DATS(Slot 4.2) ← | Send REPLY_DATS(Slot 4.2) |
| Send CONFIRM(Slot 4.2) → | Rcvd CONFIRM(Slot 4.2) |
| Slot 4.2 DA Allocated | Slot 4.2 DA Allocated |
| to Link (1, 2) | to Link (1, 2) |

The following approach is used at each network node to allocate the (N−1) available time slots for directional links to neighbor nodes. Using these measures each node will continuously maintain the link metric, $M_{ik}^{DA}$, for each of its links allocated a semi-permanent time slot. Each node will use this link metric to indicate the need for additional transmission time slots to each neighbor node. The largest values of $M_{ik}^{DA}$ indicate the links with the greatest need for additional on-demand time slot allocation. A positive value of $M_{ik}^{DA}$ indicates the number of additional time slots required, and a negative value indicates the number of time slots that can be surrendered for reallocation.

As the metrics, $M_{ik}^{DA}$, are maintained, if the largest link metric indicates a need for an additional sub-slot allocation and if there are sub-slots available either as free slots or as excess DA allocation to other links (again indicated by a small metric), then the process transitions to the add DA slot state and the process of finding a DA sub-slot allocation is initiated.

As with the semi-permanent time slots, the node need only coordinate the selection of the DA time slot to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link.

Some initial pseudocode describing the processes required in FIG. 8 has been developed. There are various events that may occur which must be processed by the DA slot assignment process. Event management is done in the idle process as shown in TABLE 6.

Four categories of events are shown: 1) received message, 2) check timeouts, 3) recalculation of link metrics, and 4) DA time slot needs and DA time slot deletion. Received messages are first checked versus the link scheduling message DB to insure that the message is consistent with the current state of the DB. For example, if we sent a request to a neighbor, the next message expected is a reply.

To simplify this distributed protocol, only one thread of DA protocol message exchanges is allowed at a time. This

US 7,304,972 B2

25

is enforced in the procedure by checking the DB to see if other DA message exchanges are ongoing prior to initiating an add DA slot transition or prior to processing a REQ_DATS message. If an addition slot cannot be initiated because another DA protocol thread is currently in process, the addition slot will not be done.

It can be naturally rescheduled on the next opportunity for recalculation of link metrics and DA time slot needs. Link metrics will be recalculated periodically according to a preset schedule. A link which has a link metric greater than a certain threshold, Max_metric_threshold, is a candidate for obtaining a new DA sub-slot.

The link with the maximum metric that exceeds this threshold will be selected as the next link to have a new DA sub-slot is allocated. When a new DA sub-slot needs to be allocated and if it satisfies the above conditions, then a transition to the add DA slot state occurs in the DA slot assignment process.

TABLE 15

| Procedure for Idle State (DA Event Management) |
|---|
| Case Event Type |
| Received Message: |
| If received message is not consistent with the |
| state of the Link Scheduling Message |
| DB for that Nbr_ID |
| Discard Message |
| Elseif message type = REQ_DATS |
| If no pending DA message activity in the Link |
| Scheduling Message DB for link additions |
| other than receiving a previous REQ_DATS |
| message from Nbr_ID Transition to Process |
| REQ_DATS state to process message |
| Else |
| Reject new link and send negative |
| REPLY_DATS message to Nbr_ID |
| End |
| Elseif message type = REPLY_DATS |
| Transition to Process REPLY_DATS state to |
| process message |
| Elseif message type = CONFIRM |
| Transition to Process CONFIRM state to |
| process message |
| Elseif message type = DELETE_TS |
| Transition to Process DELETE_TS state to |
| process message |
| End |
| Check Timeouts: |
| Check all timeouts |
| If Timeout expired for a link in the DA_Req state |
| Transition to Add DA Slot state |
| If Timeout expired for a link in the DA_Reply |
| state |
| Reset Slot Assignment DB for time slot Ns and |
| in the Link Message in the |
| Link Scheduling Message DB for index Nbr_ID |
| End |
| Recalculate Link Metrics and DA Time Slot Needs: |
| Recalculate link metrics |
| Send new link metrics to all neighbor nodes in a |
| LINK_METRIC message |
| Sort link metrics and select Largest_link_metric |
| If (no pending DA message activity in the Link |
| Scheduling Message DB) and |
| (Largest_link_metric > Max_metric_threshold) |
| Transition to Add DA Slot state to add new DA |
| slot assignment to Nbr_ID |
| End |
| DA Time Slot Delete: |
| Transition to DA TS Delete state to delete Time |
| Slot to Nbr_ID |
| End |

Psuedocode for the additional DA slot process is shown in TABLE 16. This starts a process which requires coordina-

26

tion of the time slot assignment and protocol message exchanges between only the two neighbor nodes. The node requesting the link sends a REQ_DATS message to the candidate neighbor node with the list of acceptable time slots for the link.

The list of candidate time slots must contain all free sub-slots and all DA sub-slots with a metric below a certain threshold, Min_metric_threshold. The DA time slots may be currently temporarily allocated for other DA traffic. This list will be priority-ordered to indicate the sub-slot preference that causes the least perturbation in the current on-demand time slot assignments. The priority ordering will be first the free time slots followed by the sub-slots with the smallest metrics progressing up to the largest metric less than the Min_metric_threshold.

In order to simplify this distributed protocol, only one thread of DA protocol message exchanges is allowed at a time. This is enforced in the idle procedure. The REQ_DATS message is only sent once, but it could be unsuccessful if the neighbor node is currently processing another DA protocol exchange. In this case, the node will eventually receive a negative REPLY_DATS message. The attempt to add the DA slot may be made again in this case if this link has the largest metric the next time the link metrics are evaluated. Once the REQ_DATS message is sent the process returns to the idle state where other events can be processed.

TABLE 16

| Procedure for Addition of a New DA Subslot to the Link to Node Nbr_ID (Generate REQ_DATS Message) |
|---|
| Construct list Ls of time slots (subslots) to offer to |
| Nbr_ID from Free time slots and |
| DA subslots with excess capacity (Link_metric < |
| Min_metric_threshold) |
| Append list Ls to REQ_SPTS message and send to Nbr_ID |
| Setup timeout and Link Message state in Link Scheduling |
| Message DB for index |
| Nbr_ID and in Slot Assignment DB |

The neighbor receiving a REQ_DATS message will have its DA slot assignment process transition to the REQ_SPTS state. The procedure for processing this message is shown in TABLE 17. This procedure takes the offered list of sub-slots, Ls, and selects its preferred sub-slot, Ns. The sub-slot accepted is the first sub-slot on the list, ls, that is either marked free in the slot assignment DB or is DA allocated with a link metric less than Min_metric_threshold. Then a REPLY_DATS reply message with this selection is sent. If the link cannot be accepted or if there is another ongoing DA slot assignment in process, a negative REPLY_DATS reply message is sent. The procedure also makes the appropriate modifications to the state in the link scheduling message DB and the slot assignment DB.

TABLE 17

| Procedure for Processing REQ_DATS Message (from Nbr_ID) |
|---|
| Examine prioritized list Ls of the available subslots |
| received from Nbr_ID |
| and compare with the current allocations in |
| the Slot Assignment DB |
| Select the best assignment = Ns as the subslot on the |
| list that is either marked Free in |
| the Slot Assignment DB or is DA allocated with |
| Link_metric < |
| Min_metric_threshold |

US 7,304,972 B2

27 28

TABLE 17-continued

| Procedure for Processing REQ_DATS Message (from Nbr_ID) |
|---|
| If no subslot satisfies conditions for acceptance |
|     Reject new link and send negative REPLY_DATS message to |
|       Nbr_ID |
|     Return to Idle state |
| Else |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as DA_Reply) |
|       for time slot Ns |
|     If time slot Ns was DA allocated |
|       Send DELETE_TS to the neighbor node allocated the |
|       DA time slot |
|     End |
|     Append time slot choice, Ns, to REPLY_DATS message and |
|     send to Nbr_ID |
|     Setup timeout and Link Message state (to DA_Reply with |
|     time slot Ns) in Link |
|       Scheduling Message DB for index Nbr_ID |
|     Return to Idle state |
| End |

A received REPLY_DATS message is processed as shown in TABLE 18. The choice of sub-slot, Ns, received from the neighbor node is extracted from the message. We require the node to confirm this reply with either a positive or negative CONFIRM message that indicates that it will agree to use the allocated time slot. As indicated in the SP allocation process, this three-way handshake eliminates uncertainty in the outcome of the scheduling process.

If the REPLY_DATS message is a positive reply, then the choice of sub-slot, Ns, is examined to see if it is still an allowable assignment for a new DA sub-slot for the new link. If it is allowable, then the appropriate modifications to the state in the slot assignment and link scheduling message databases are made. Then a positive CONFIRM message is returned.

If the received REPLY_SPTS message was negative, then the slot assignment and link scheduling message databases are reset for this Nbr_ID. Otherwise, if the choice of Ns is no longer allowable, then the link scheduling message database is reset for this Nbr_ID. Then a negative CONFIRM message is sent to the neighbor node rejecting the link.

TABLE 18

| Procedure for Processing REPLY_DATS Message from Nbr_ID |
|---|
| Extract time slot choice Ns from the REPLY_DATS message from |
| Nbr_ID |
| If (positive REPLY_DATS message) and (choice of Ns is still |
| allowable from Slot |
|     Assignment DB) |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as DA_Reply) |
|       for time slot Ns and in the Link Message state in |
|       Link Scheduling Message DB |
|       for index Nbr_ID |
|     If time slot Ns was DA allocated |
|       Send DELETE_TS to the neighbor node allocated the |
|       DA time slot |
|     End |
|     Create CONFIRM message for Ns and send to Nbr_ID |
|     Return to Idle state |
| Elseif negative REPLY_DATS message |
|     Reset Slot Assignment DB for time slot Ns and in the |
|     Link Message state in |
|       Link Scheduling Message DB for index Nbr_ID |
|     Return to Idle state |

TABLE 18-continued

| Procedure for Processing REPLY_DATS Message from Nbr_ID |
|---|
|     Else |
|       Reset Link Message state in Link Scheduling Message DB |
|       for index Nbr_ID |
|       Send negative CONFIRM message to Nbr_ID |
|     End |

TABLE 19 shows the procedure for processing CONFIRM messages. If the CONFIRM is positive, the selected sub-slot to be added to the allocation to the link to Nbr_ID. The assigned time slot, Ns, is marked DA_Alloc in the slot assignment DB, and the link message state in the link scheduling message DB is reset for index Nbr_ID. If the message was a negative CONFIRM, then the slot assignment and link scheduling message databases are reset for this sub-slot.

TABLE 19

| Procedure for Processing CONFIRM Message from Nbr_ID |
|---|
| If positive CONFIRM message |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as DA_Alloc) |
|       for time slot Ns |
|     Reset Link Message state in Link Scheduling Message DB |
|     for index Nbr_ID |
|     Return to Idle state |
| Else |
|     Reset the Slot Assignment DB (mark it as Free) for time |
|     slot Ns |
|     Reset Link Message state in Link Scheduling Message DB |
|     for index Nbr_ID |
|     Return to Idle state |
| End |

An allocated time slot may need to be deallocated for one of several reasons. If during the course of normal operation a link goes down or becomes unreliable, then the topology control function gets involved to address the unreliable link problem. Ultimately, it may generate a topology change (e.g., a link deletion) event directing the SP slot assignment process to delete all slots assigned to the link.

The steps involved in this procedure are shown in TABLE 11. The link is de-allocated by sending a DELETE_TS message from the node requesting the de-allocation of all the time slots which are shared with the other node with. In addition, the appropriate entries in the link, scheduling message DB and the slot assignment DB are reset.

TABLE 20

| Procedure for DA TS Delete to Node Nbr_ID (Generate DELETE_TS Message) |
|---|
| Construct message, DELETE_TS, containing the DA subslot, Ns, |
| that is to be deleted |
|     and send to Nbr_ID |
| Reset Link Scheduling Message DB for index Nbr_ID and Slot |
|     Assignment DB for subslot Ns |
| Return to Idle state |

Table 21 shows the procedure for processing a received DELETE_TS message. The subslot, Ls, to be deallocated is extracted from the message. Then the appropriate state in the slot assignment DB and in the link scheduling message DB is reset.

US 7,304,972 B2

29

30

TABLE 21

| Procedure for Processing DELETE_TS Message from Nbr_ID |
| --- |
| Extract DA subslot, Ns, from the DELETE_TS message from Nbr_ID |
| Reset the Slot Assignment DB (mark it as Free) for subslot Ns |
| Reset Link Message state in Link Scheduling Message DB for subslot Ns |
| Return to Idle state |

The link scheduling algorithm is also applicable to multiple simultaneous beams generated by the phased array antenna **16**. Assume the extension to a system with nodes each employing multiple antenna beams with separate receivers such as a multiple beam phased array (or other types of multiple, directional antennas). Furthermore, assume that all nodes do not all have to have the same number of beams, i.e., node k has $B_k$ beams. This is equivalent to $B_k$ parallel links possible at any time slot.

We are extending the previous discussion (which assumed a single steered beam) to allow the $B_k$ beams to be time-shared among a set of neighbor nodes larger than $B_k$. Even though the nodes may each have different numbers of beams, all nodes must use a common time slot format and frame with a number of time slots per frame for each beam equal to $N_{frame}$.

Consider an upper limit at any node k on the number of semi-permanently (SP) assigned time slots on any one of its $B_k$ beams (and therefore the maximum number of allowable neighbor nodes per beam) to be denoted by $N_{beam}$. The value of $N_{beam}$ is dependent only on the number of time slots per frame and not the number of beams. As in (3) we will specify that $N_{beam}$ must satisfy the following equation:

$$N_{frame} \geq 2 \cdot N_{beam} - 1 \qquad (7)$$

Assume that all nodes in a network are connected by directional links, where node k has $B_k$ beams with beam sharing by time hopping and pointing to its neighbor nodes. Further, assume the number of neighbors allowed per beam is equal to $N_{beam}$, the fixed limit on the allowable number of semi-permanent time slots allowed per beam (with one SP time slot allocated per neighbor).

If the fixed value of $N_{beam}$ for each beam at each neighbor node satisfies (7), then all nodes can select a different semi-permanent time slot for each of these links and each of its beams by mutual agreement with that neighbor for that link without regard to what colors other nodes are selecting more than one hop away. This allows each node to select its $N_{beam}$ semi-permanent time slots for each beam in a very direct fashion by communicating only with its neighbor node. By following this strategy, each node is able to support at least

$$N_k = B_k \cdot N_{beam} \qquad (8)$$

neighbors and each allocated a single SP time slot with no more than $N_{beam}$ such time slots allocated per beam.

Verification that $N_{beam}$ neighbors per beam can be supported as long as (7) is satisfied follows directly from the verification of the observation for the single beam case. Then if all $B_k$ beams have their SP time slots scheduled in the same fashion, it is obvious that the number of neighbor nodes that can be supported is the product of the number of beams and the number of neighbors per beam resulting in (8).

An example of SP time slot assignment between two nodes with an unequal number of beams per node is shown in FIG. **10**. In this example node **1** has 2 beams and node **2** has 3 beams. While the two nodes have different numbers of beams, both nodes must use the same frame structure. In this example $N_{frame}$=5 time slots per frame. From (7) and (8), this allows node **1** to have a maximum of 6 neighbors and node **2** to have a maximum of 9 neighbors.

Initially both nodes have one less than the maximum number of neighbors they are allowed under the constraints of (7) and (8). The SP beam/time slots allocations are shown for each link. These nodes can add an additional link between themselves while still satisfying the constraints of (7) and (8). The link scheduling protocol will find an acceptable beam/time slot for the SP allocation for each node, and it operates in essentially the same way it did with the single beam case.

The corresponding protocol message exchange is shown in TABLE 22. Node **1** initiates the exchange by sending a REQ_SPTS(L=(1, 2, 3)) with a list of at least $N_{beam}$ candidate time slots. The 3 beam IDs are denoted by a, b, and c, and the slot number is denoted by the subscript on the beam ID. Node **1** had to identify that it had used all 3 allowable SP time slots on beam a, but it had allocated only 2 of the 3 allowable SP time slots on its beam b.

Thus, it sent a list of the 3 SP time slots (available on beam b) to node **2**. This list may include all free and DA time slots on this beam. When the request message is sent, the appropriate changes are made to the time slot and link scheduling message data structures. Node **2** has previously allocated SP all available SP time slots on beams a and b for its links to its 8 neighbors.

Thus, beam c is the only beam that can accept a new SP allocation. When it receives the REQ_SPTS(L=(1, 2, 3)) from node **1**, it selects beam/time slot $c_3$ as the only one that will work for the new link (having previously allocated $c_1$ and $c_2$ as SP time slots). It sends this choice in the reply message. When a reply message is sent the appropriate changes are also made to the beam/time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "SP allocated to link (**1**,**2**)."

TABLE 22

| Node 1 | Node 2 |
| --- | --- |
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | |
| Send REQ_SPTS (L = (1, 2, 3))  → | Rcvd Send REQ_SPTS (L = (1, 2, 3)) |
| Rcvd REPLY_SPTS (Slot 3)  ← | Send REPLY_SPTS (Slot 3) |
| Send CONFIRM (Slot 3)  → | Rcvd CONFIRM (Slot 3) |
| Beam/Slot $b_3$ | Beam/Slot $c_3$ |
| Allocated to Link (1, 2) | Allocated to Link (1, 2) |

The changes that are required to implement the multiple beam scheduling algorithm/protocol are straightforward and are as follows. Add the beam ID as a variable in the state of the time slot DB and the link scheduling message DB. Use (7) and (8) as the criteria for determining if it is possible to schedule a new SP time slot. We specify a value for the parameters $N_{frame}$ and $N_{beam}$ for the network.

To offer a new SP time slot to a potential neighbor, the algorithm must first find a beam for which the number of neighbors is less than $N_{beam}$. This beam can then be used to

US 7,304,972 B2

31                                                           32

add the new neighbor. The REQ_SPTS message that the node sends to its neighbor will specify $N_{beam}$ available time slots for that beam that are not currently SP allocated.

Having received an REQ_SPTS message the node must find one of its beams for which the number of neighbors is less than $N_{beam}$. This beam can then be used to add the new neighbor. Comparing the list of $N_{beam}$ time slots in the received REQ_SPTS message with the $N_{beam}$ time slots not currently allocated in the selected beam, at least one time slot can be found that is common to both lists. That time slot can be selected as the time slot to send in the REPLY_SPTS message. Once the originating node receives the REPLY_SPTS message, both nodes will have selected their beam and the common time slot allocation.

This example implicitly assumed that a single frequency band is used for each of the beams. In this case, a node could have several beams simultaneously communicating over the same band without interference. This interference-free operation may be difficult to support in practice. A similar formulation of the problem could be done with each beam operating in a different frequency band, i.e., beams a, b, and c in FIG. **10** each use a different frequency band. In terms of the scheduling algorithm, we would apply the same constraints on the allocation of SP time slots. However, in actually allocating the time slot/beam combinations we would need to find an allocation such that the two nodes are using the same beam (equivalent to using the same band) as well as the same time slot. This equivalent to making each beam/time slot combination different from the scheduling perspective. Thus, the number of available time slots is the number of beams multiplied by the frame size. In this case the constraint on assigning SP time slots to potential neighbors is given by

$$B \cdot N_{frame} \geq 2 \cdot N - 1, \qquad (9)$$

where B denotes the number of beams. This constraint on the number of neighbors is slightly more restrictive than that of (7) and (8) because of the requirement that nodes which share an SP time slot must also use the same beam/frequency channel as well as the same time slot. For the example $N_{frame}$=5 and B=3, then the constraint of (9) allows 8 neighbors for each node whereas the constraints of (7) and (8) will allow 9 neighbors for each node.

The example problem in FIG. **10** has 2 nodes each with 3 beams with each beam operating in a different frequency band, i.e., beams a, b, and c each use a different frequency band. Assume also that the frame size is 5. Both nodes have already committed 7 SP time slots to neighbor nodes and thus, from (9), they can each add an additional neighbor with an SP time slot allowing them to establish a link between them. The committed SP time slots are indicated in the figure, and the message exchanges required to establish the SP time slot assignment and the new link are indicated in Table 23. The message exchange is illustrated by node **1** by sending a REQ_SPTS (L=($a_4$, $a_5$, $b_3$, $b_4$, $b_5$, $c_3$, $c_4$, $c_5$)) message to node **2** which must include the 8 beam/time slot combinations it has not previously allocated as SP time slots. In this example, node **2** had already allocated 7 beam/time slot combinations that were not used by node **1** (which were in the list of 8 beam/time slot combinations received in the REQ_SPTS message). Thus, by (9) there must be at least one remaining beam/time slot combination that it can select for allocation ($c_5$). This is the SP beam/time slot combination allocated to the link between nodes **1** and **2** as show in both FIG. **11** and Table 23.

TABLE 23

| Node 1 | | Node 2 |
|---|---|---|
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | | |
| Send REQ__SPTS (L = ($a_4$, $a_5$, $b_3$, $b_4$, $b_5$, $c_3$, $c_4$, $c_5$)) | → | Rcvd Send REQ__SPTS (L = ($a_4$, $a_5$, $b_3$, $b_4$, $b_5$, $c_3$, $c_4$, $c_5$)) |
| Rcvd REPLY__SPTS (Beam/Slot $c_5$) | ← | Send REPLY__SPTS (Beam/Slot $c_5$) |
| Send CONFIRM (Beam/Slot $c_5$) | → | Rcvd CONFIRM (Beam/Slot $c_5$) |
| Beam/Slot $c_5$ Allocated to Link (1, 2) | | Beam/Slot $c_5$ Allocated to Link (1, 2) |

The present invention thus provides a fully distributed link scheduling algorithm and protocol for phased array networks. The description of the algorithm/protocol details assumed the case of a single directional beam per node, which is time-shared and pointed toward neighbor nodes during the allocated time slot for that access. However, the approach can be used for an arbitrary number of steered beams per node.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is to be understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A wireless communication network comprising:
   a plurality of mobile nodes each comprising a transceiver, a directional antenna connected to said transceiver, and a controller connected to said transceiver and comprising
   a first time slot unit to schedule a respective semi-permanent time slot for each time frame to establish a communication link with each neighboring mobile node and leaving at least one available time slot in each time frame,
   a second time slot unit to schedule the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand,
   an antenna aiming unit to aim said directional antenna toward each neighboring mobile node during communication therewith, and
   a traffic coordination unit to coordinate communication with each neighboring mobile node by allocating time slots to the first and second time slot units based upon link communications demand.

2. A wireless communication network according to claim **1**, wherein said traffic coordination unit allocates a bulk set of time slots based upon an increased link communications demand.

3. A wireless communication network according to claim **1**, wherein said traffic coordination unit requests a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand.

4. A wireless communication network according to claim **1**, wherein said traffic coordination unit increases a maximum number of time slots based upon an increased link communications demand.

US 7,304,972 B2

33

**5**. A wireless communication network according to claim **1**, wherein said traffic coordination unit reallocates time slots based upon an increased link communications demand.

**6**. A wireless communication network according to claim **1**, wherein the communication link comprises a bidirectional link defining two half time slots; and wherein

said traffic coordination unit allocates half time slots based upon an increased link communications demand.

**7**. A wireless communication network according to claim **1**, wherein the traffic coordination unit allocates time slots to the first and second time slot units based upon increased link communications demand, the increased link communications demand comprising streaming video.

**8**. A wireless communication network according to claim **1**, wherein the traffic coordination unit allocates time slots to the first and second time slot units based upon increased link communications demand, the increased link communications demand comprising high rate sensor data.

**9**. A wireless communication network according to claim **1**, wherein a plurality of communication links are established within a scheduled semi-permanent time slot, with each communication link including a different pair of neighboring mobile nodes.

**10**. A wireless communication network according to claim **1**, wherein said directional antenna comprises a phased array antenna.

**11**. A wireless communication network comprising:

a plurality of mobile nodes each comprising a transceiver, a directional antenna connected to said transceiver, and a controller connected to said transceiver and comprising

a time slot scheduling unit to schedule time slots to establish a communication link with each neighboring mobile node,

an antenna aiming unit to aim said directional antenna toward each neighboring mobile node during communication therewith, and

a traffic coordination unit to coordinate communication with each neighboring mobile node by allocating time slots to the time slot unit based upon link communications demand,

said controller coordinating the scheduling of time slots based upon allocated time slots.

**12**. A wireless communication network according to claim **11**, wherein said traffic coordination unit allocates a bulk set of time slots based upon an increased link communications demand.

**13**. A wireless communication network according to claim **11**, wherein said traffic coordination unit requests a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand.

**14**. A wireless communication network according to claim **11**, wherein said traffic coordination unit increases a maximum number of time slots based upon an increased link communications demand.

**15**. A wireless communication network according to claim **11**, wherein said traffic coordination unit reallocates time slots based upon an increased link communications demand.

**16**. A wireless communication network according to claim **11**, wherein the communication link comprises a bidirectional link defining two half time slots;

and wherein said traffic coordination unit allocates half time slots based upon an increased link communications demand.

**17**. A wireless communication network according to claim **11**, wherein the traffic coordination unit allocates time slots

34

to the time slot unit based upon increased link communications demand, the increased link communications demand comprising streaming video.

**18**. A wireless communication network according to claim **11**, wherein the traffic coordination unit allocates time slots to the time slot unit based upon increased link communications demand, the increased link communications demand comprising high rate sensor data.

**19**. A wireless communication network according to claim **11**, wherein a plurality of communication links are established within a scheduled semi-permanent time slot, with each communication link including a different pair of neighboring mobile nodes.

**20**. A wireless communication network according to claim **12**, wherein said directional antenna comprises a phased array antenna.

**21**. A mobile node for a wireless communication network, the mobile node comprising:

a transceiver;

a directional antenna connected to said transceiver; and

a controller connected to said transceiver and comprising

a time slot scheduling unit to schedule time slots to establish a communication link with neighboring mobile nodes,

an antenna aiming unit to aim said directional antenna toward each neighboring mobile node during communication therewith, and

a traffic coordination unit to coordinate communication with each neighboring mobile node by allocating time slots to the time slot scheduling unit based upon link communications demand,

said controller coordinating the scheduling of time slots based upon allocated time slots.

**22**. A mobile node according to claim **21**, wherein said traffic coordination unit allocates a bulk set of time slots based upon an increased link communications demand.

**23**. A mobile node according to claim **21**, wherein said traffic coordination unit requests a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand.

**24**. A mobile node according to claim **21**, wherein said traffic coordination unit increases a maximum number of time slots based upon an increased link communications demand.

**25**. A mobile node according to claim **21**, wherein said traffic coordination unit reallocates time slots based upon an increased link communications demand.

**26**. A mobile node according to claim **21**, wherein the communication link comprises a bidirectional link defining two half time slots; and wherein said traffic coordination unit allocates half time slots based upon an increased link communications demand.

**27**. A mobile node according to claim **21**, wherein the traffic coordination unit allocates time slots to the time slot unit based upon increased link communications demand, the increased link communications demand comprising streaming video.

**28**. A mobile node according to claim **21**, wherein the traffic coordination unit allocates time slots to the time slot unit based upon increased link communications demand, the increased link communications demand comprising high rate sensor data.

**29**. A mobile node according to claim **21**, wherein a plurality of communication links are established within a scheduled semi-permanent time slot, with each communication link including a different pair of neighboring mobile nodes.

US 7,304,972 B2

35

**30**. A mobile node according to claim **21**, wherein said directional antenna comprises a phased array antenna.

**31**. A method for establishing communication links for a plurality of mobile nodes, each mobile node comprising a transceiver, a directional antenna connected to the transceiver, and a controller connected to the transceiver, the method comprising for each mobile node:

scheduling a respective semi-permanent time slot for each time frame to establish a communication link with a neighboring mobile node and leaving at least one available time slot in each time frame;

scheduling the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand;

aiming the directional antenna toward each neighboring mobile node during communication therewith;

coordinating communication with each neighboring mobile node by allocating time slots for scheduling based upon link communications demand.

**32**. A method according to claim **31**, wherein coordinating communication comprises allocating a bulk set of time slots based upon an increased link communications demand.

**33**. A method according to claim **31**, wherein coordinating communication comprises requesting a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand.

**34**. A method according to claim **31**, wherein coordinating communication comprises increasing a maximum number of time slots based upon an increased link communications demand.

36

**35**. A method according to claim **31**, wherein coordinating communication comprises reallocating time slots based upon an increased link communications demand.

**36**. A method according to claim **31**, wherein the communication link comprises a bidirectional link defining two half time slots; and wherein coordinating communication comprises allocating half time slots based upon an increased link communications demand.

**37**. A method according to claim **31**, wherein coordinating communication comprises allocating time slots to the time slot unit based upon increased link communications demand, the increased link communications demand comprising streaming video.

**38**. A method according to claim **31**, wherein coordinating communication comprises allocating time slots to the time slot unit based upon increased link communications demand, the increased link communications demand comprising high rate sensor data.

**39**. A method according to claim **31**, wherein a plurality of communication links are established within a scheduled semi-permanent time slot, with each communication link including a different pair of neighboring mobile nodes.

**40**. A method according to claim **31**, wherein said directional antenna comprises a phased array antenna.

\*  \*  \*  \*  \*

Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 168 of 360 PageID #: 182190

# EXHIBIT G

(12) **United States Patent**　　(10) Patent No.: **US 6,870,846 B2**

Cain　　(45) Date of Patent: **Mar. 22, 2005**

---

(54) **HIERARCHICAL MOBILE AD-HOC NETWORK AND METHODS FOR PERFORMING REACTIVE ROUTING THEREIN USING DYNAMIC SOURCE ROUTING (DSR)**

(75) Inventor: **Joseph Bibb Cain**, Indialantic, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 499 days.

(21) Appl. No.: **10/134,859**

(22) Filed: **Apr. 29, 2002**

(65) **Prior Publication Data**

US 2003/0202465 A1 Oct. 30, 2003

(51) **Int. Cl.⁷** ................................................ H04Q 7/24
(52) **U.S. Cl.** ........................................ **370/392**; 370/338
(58) **Field of Search** ................................ 370/254, 310, 370/338, 392, 351, 389; 709/238, 239, 242, 243

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins | 370/94.1 |
| 5,987,011 A | 11/1999 | Toh | 370/331 |
| 6,304,556 B1 | 10/2001 | Haas | 370/254 |
| 6,349,091 B1 | 2/2002 | Li | 370/238 |
| 6,385,174 B1 | 5/2002 | Li | 370/252 |
| 6,396,814 B1 | 5/2002 | Iwamura et al. | 370/256 |
| 6,456,599 B1 | 9/2002 | Elliott | 370/254 |
| 6,493,759 B1 | 12/2002 | Passman et al. | 709/227 |
| 6,535,498 B1 | 3/2003 | Larson et al. | 370/338 |
| 2001/0033556 A1 | 10/2001 | Krishnamurthy et al. | 370/329 |
| 2002/0018448 A1 | 2/2002 | Amis et al. | 370/255 |
| 2002/0082035 A1 | 6/2002 | Aihara et al. | 455/518 |
| 2002/0101822 A1 | 8/2002 | Ayyagari et al. | 370/235 |
| 2002/0103893 A1 | 8/2002 | Frelechoux et al. | 709/223 |
| 2003/0053424 A1 | 3/2003 | Krishnamurthy et al. | 370/316 |

| | | | |
|---|---|---|---|
| 2003/0067941 A1 | 4/2003 | Fall | 370/468 |
| 2004/0003111 A1 * | 1/2004 | Maeda et al. | 709/237 |

OTHER PUBLICATIONS

Zhu, *Medium Access Control and Quality–of–Service Routing for Mobile Ad Hoc Networks*, PhD thesis, Department of Computer Engineering, University of Maryland, College Park, MD, 2001.

Mirhakkak et al., *Dynamic Quality–of–Service for Mobile Ad Hoc Networks*, MITRE Corp., 2000.

Das et al., *Routing in Ad–Hoc Networks Using Minimum Connected Dominating Sets*, IEEE Int. Conf. On Commun. (ICC '97), 1997.

Das et al., *Routing in Ad–Hoc Networks Using a Spine*, IEEE Int. Conf. On Computer Commun. and Networks (IC3N '97), 1997.

(List continued on next page.)

*Primary Examiner*—Chi Pham
*Assistant Examiner*—Derrick W Ferris
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A method is provided for sending data in a wireless ad-hoc network including a plurality of nodes grouped into clusters of nodes and a plurality of wireless links connecting the plurality of nodes, where each cluster node has a designated cluster leader node. The method may include sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster, and determining a cluster-level route between the source cluster and a destination cluster including a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes. Furthermore, at least one cluster target node may be designated in a cluster along the cluster-level route, and a node-level route determined from the source node to the destination node including the at least one cluster target node. In addition, the method may also include generating a mission data packet for transferring the data.

**41 Claims, 8 Drawing Sheets**



**US 6,870,846 B2**

Page 2

## OTHER PUBLICATIONS

Raghunathan et al., *Gateway Routing: A Cluster Based Mechanism for Recovery from Mobile Host Partitioning in Cellular Networks*, Proceedings of the 3rd IEEE Symposium on Application–Specific Systems and Software Engineering Technology (ASSET'00), 2000.

Chen et al., *Clustering and Routing in Mobile Wireless Networks*, Nortel Networks and Computer Science, SITE, University of Ottawa, no date available.

Krishna et al., *A Cluster Based Approach for Routing in Dynamic Networks*, ACM Computer Communications Review, 27(2), Apr. 1997.

Chiang, *Routing in Clustered Multihop, Mobile Wireless Networks with Fading Channel*, Proceedings of IEEE SICON '97, Apr. 1997, pp. 36–45.

Geria, *Clustering and Routing in Large Ad Hoc Wireless Nets, Computer Science Department*, Univeristy of California, Los Angeles, Final Report 1998–99 for MICRO project 98–044.

Van Dyck et al., *Distributed Sensor Processing Over an Ad–Hoc Wireless Network: Simulation Framework And Performance Criteria*, Proceedings IEEE Milcom, Oct. 2001.

Lin et al., *Adaptive Clustering for Mobile Wireless Networks, IEEE Journal on Selected Areas in Communications*, 15(7), Sep. 1997.

McDonald, *PhD. Dissertation Proposal: A Mobility–Based Framework for Adaptive Dynamic Cluster–Based Hybrid Routing in Wireless Ad–Hoc Networks*, University of Pittsburgh, 1999.

Royer et la., *A Review of Current Routing Protocols for Ad Hoc Mobile Wireless Networks*, IEEE Personal Communications, Apr. 1999, pp. 46–55.

Corson et al., *A Reservation–Based Multicast (RBM) Routing Protocol for Mobile Networks: Initial Route Constructions Phase*, ACM/I. 1, No. 4, 1995, pp. 1–39.

Xiao et al., *A Flexible Quality of Service Model for Mobile Ad Hoc Networks, IEEE VTC2000–spring*, Tokyo, Japan, May 2000.

Wu et al., *QoS Support in Mobile Ad Hoc Networks*, Computing Science Department, University of Alberta, no date available.

Corson et al., *Mobile Ad Hoc Networking (MANET): Routing Protocol Performance Issues and Evaluation Considerations*, Network Working Group, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 1999.

Haas et al., *The Bordercast Resolution Protocol (BRP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Interzone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Intrazone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Clausen et al., *Optimized Link State Routing Protocol*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Oct. 31, 2001.

Perkins et al., *Quality of Service in Ad hoc On–Demand Distance Vector Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 2000.

Park et al., *Temporally–Ordered Routing Algorithm (TORA) Versoin 1 Functional Specification*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 20, 2001.

Ogier et al., *Topology Broadcast Based on Reserve–Path Forwarding (TBRPF)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 10, 2002.

Gerla et al., *Landmark Routing Protocol (LANMAR) for Large Scale Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Hu et al., *Flow State in the Dynamic Socurce Routing Protocol for Mobile Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Feb. 23, 2001.

Gerla et al., *Fisheye State Routing Protocol (FSR) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Johnson et al., *The Dynamic Source Routing Protocol for Mobile Ad Hoc Networks (DSR)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 21, 2001.

Perkins et al., *Ad hoc On–Demand Distance Vector (ADOV) Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 9, 2001.

Jin et al., *A Hierarchical Routing Protocol for Large Scale Ad Hoc Network*IEEE 1999, pp. 379–385.

Gerla et al., *Multicluster, Mobile, Multimedia Radio Network*, Wireless Networks I, 1995, pp. 255–265.

Azzidine Boukerche, "A Simulation Based Study of On–Demand Routing Protocols for Ad hoc Wireless Networks", IEEE 2001, pp. 85–92.

Jiang et al., "Cluster Based Routing Protocol (CBRP)", Internet Draft draft–letf–manet–cbrp–spec–01.txt. Aug. 14, 1999, pp. 1–27.

Chakrabarti et al., "QoS Issues in Ad Hoc Wireless Networks", , IEEE Communications Magazine, (2/01), pp. 142–148.

Chen, "*Routing Support for Providing Guaranteed End–to–End Quality–of–Service*," Ph.D. thesis, Univ. of Illinois at Urbana–Champaign, http://cairo.cs.uiuc.edu/papers/Scthesis.ps. 1999.

* cited by examiner



FIG. 1.

Case 1:99-mc-09999-GFC Document 1898-1-1 Filed 12/09/19 Page 172 of 360 PageID #: 182194



FIG. 2.

Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 173 of 360 PageID #: 18235



FIG. 3.



*FIG. 4.*

Case 1:19-cv-09995-GEC Document 1-1 Filed 12/09/19 Page 175 of 360 PageID #: 597
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 175 of 360 PageID #: 18297



*FIG. 5.*

*FIG. 6.*

Case 1:19-cv-09995-GBC Document 1-1 Filed 12/09/19 Page 176 of 360 PageID #: 588
Case 1:99-mc-09995 Document 1898-1 Filed 12/09/19 Page 176 of 360 PageID #: 182198



FIG. 7.

FIG. 8.

Case 1:19-cv-08395-GEC Document 1898-1 Filed 12/09/19 Page 177 of 360 PageID #:18299



FIG. 9.

Case 1:19-cv-02345-GLC Document 1-1 Filed 12/09/19 Page 178 of 360 PageID #: 5590



*FIG. 10.*

US 6,870,846 B2

**1**

## HIERARCHICAL MOBILE AD-HOC NETWORK AND METHODS FOR PERFORMING REACTIVE ROUTING THEREIN USING DYNAMIC SOURCE ROUTING (DSR)

### FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad-hoc wireless networks and related methods.

### BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad-hoc networks. Physically, a mobile ad-hoc network includes a number of geographically-distributed, potentially mobile nodes sharing a common radio channel. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad-hoc networks is the lack of any fixed infrastructure. The network may be formed of mobile nodes only, and a network is created "on the fly" as the nodes transmit with each other. The network does not depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

Because of these unique characteristics, routing protocols for governing data flow within ad-hoc networks are required which can adapt to frequent topology changes. Two basic categories of ad-hoc routing protocols have emerged in recent years, namely reactive or "on-demand" protocols, and proactive or table-driven protocols. Reactive protocols collect routing information when a particular route is required to a destination in response to a route request. Examples of reactive protocols include ad-hoc on demand distance vector (AODV) routing, dynamic source routing (DSR), and the temporally ordered routing algorithm (TORA).

On the other hand, proactive routing protocols attempt to maintain consistent, up-to-date routing information from each node to every other node in the network. Such protocols typically require each node to maintain one or more tables to store routing information, and they respond to changes in network topology by propagating updates throughout the network to maintain a consistent view of the network. Examples of such proactive routing protocols include destination-sequenced distance-vector (DSDV) routing, which is disclosed in U.S. Pat. No. 5,412,654 to Perkins; the wireless routing protocol (WRP); and cluster-head gateway switch routing (CGSR). A hybrid protocol which uses both proactive and reactive approaches is the zone routing protocol (ZRP), which is disclosed in U.S. Pat. No. 6,304,556 to Haas.

One challenge to the advancement of ad-hoc network development is that of extending such networks to encompass large numbers of nodes. One prior art attempt to do so utilizes "spine" routing, such as in the optimal spine routing (OSR) approach disclosed by Das et al. in "Routing in Ad-Hoc Networks using Minimum Connected Dominating Sets," *IEEE Int. Conf. On Commun.* (ICC '97), 1997. In this approach, a spine or "virtual backbone" is defined such that each network node is no more than one hop from a spine node. Global topology (link state) is maintained at each spine node, and a link-state routing algorithm is run at each spine node to produce current routes to every destination.

Another related approach is clustered spine routing (CSR), which is disclosed by Das et al. in "Routing in

**2**

Ad-Hoc Networks using a Spine," *IEEE Int. Conf. On Computer Commun. and Networks* (IC3N '97), 1997. this approach is intended to extend the applicability of spine routing to larger network sizes by grouping the nodes in clusters and adding a second hierarchical level to the OSR approach. Yet another approach is known as partial knowledge spine routing (PSR) which is disclosed by Sivakumar et al. in "The Clade Vertebrata: Spines and Routing in Ad-Hoc Networks," *IEEE Symposium On Computer and Commun.,* 1998.

One common characteristic of each of the above prior art cluster/spine approaches is that they each rely on proactive routing. One potential drawback of proactive routing is that it typically requires a significant amount of routing overhead to maintain optimal routes to all destinations at all times. This problem may become particularly acute when applied to ad-hoc networks including a very large number of nodes.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a method for sending data in ad-hoc networks that is particularly well suited for networks having a relatively large number of nodes.

This and other objects, features, and advantages in accordance with the present invention are provided by a method for sending data in a wireless ad-hoc network including a plurality of nodes grouped into clusters of nodes and a plurality of wireless links connecting the plurality of nodes, where each cluster has a designated cluster leader node. The method may include sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster, and determining a cluster-level route between the source cluster and a destination cluster including a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes. Furthermore, at least one cluster target node may be designated in a cluster along the cluster-level route, and a node-level route determined from the source node to the destination node including the at least one cluster target node. In addition, the method may also include generating a mission data packet including an address of the destination node, an address of the at least one cluster target node, the node-level route, and the cluster-level route. The data may be transferred from the source node to the destination node via the node-level route based upon the mission data packet.

More particularly, determining the at least one cluster target node may include determining a respective cluster target node for each cluster along the cluster-level route. Further, determining the node-level route may include determining the node-level route from the source node to a cluster target node for a next adjacent cluster along the cluster-level route, and a node-level route may be determined from each cluster target node to a next cluster target node along the cluster-level route. Also, generating the mission data packet may further include updating the mission data packet at each cluster target node along the cluster-level route to include an address of the next cluster target node and the node-level route thereto.

The address of the at least one cluster target node and the cluster-level route may be equal to a predetermined value if the source cluster and the destination cluster are the same cluster. The method may further include storing the address of the destination node along with an address of the respective cluster leader node therefor at the cluster leader node for the source cluster. Also, a hierarchical source route may be

US 6,870,846 B2

3

stored, at the source node, to the destination node. The hierarchical source route may include the cluster-level route, the address of the at least one cluster target node, and the node-level route. Additionally, the cluster-level route may be stored at the cluster leader node for the source cluster.

Furthermore, the method may also include grouping a plurality of the cluster leader nodes including at least the source cluster leader node and the destination cluster leader node into a leader node cluster. A high-level route may be determined from the cluster leader node of the source cluster to the cluster leader node of the destination cluster within the leader node cluster. Also, the cluster-level route may include at least the clusters having respective cluster leader nodes along the high-level route.

Determining the cluster-level route may include determining designated communication links between the cluster leader nodes, and sending a cluster leader node route request from the cluster leader node of the source cluster to the remaining cluster leaders via the designated communication links. Further, a cluster leader node route reply may be returned from the cluster leader node of the destination cluster to the cluster leader node of the source cluster along a delivery route of the cluster leader node route request.

More particularly, at least one of the designated communications links may include a node that is not a cluster leader node. Further, each cluster leader node may store identities of adjacent cluster leader nodes, and sending the cluster leader node route request may include sending the cluster leader node route request from each cluster leader node to its adjacent cluster leader nodes. Also, the adjacent cluster leader nodes may be periodically polled to maintain current addresses therefor. Furthermore, the delivery route may include a least number of cluster leader nodes between the cluster leader nodes of the source and destination clusters. Other path metrics such as delay, link capacities, availability, etc., may also be useful in determining the best route.

A mobile ad-hoc network is also provided according to the present invention and may include a plurality of nodes grouped into clusters of nodes, each cluster having a designated cluster leader node, and a plurality of wireless links connecting said plurality of nodes. The plurality of nodes may send data therebetween as briefly outlined above.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of an ad-hoc network according to the present invention.

FIG. 2 is a schematic diagram of the ad-hoc network of FIG. 1 illustrating node-level routes therein along a cluster-level route.

FIG. 3 is a schematic diagram of the ad-hoc network of FIG. 1 illustrating multiple hierarchical levels.

FIG. 4 is a flow diagram illustrating a method for sending data within an ad-hoc network according to the present invention.

FIG. 5 is a flow diagram illustrating the cluster-level route discovery process of FIG. 5 in further detail.

FIG. 6 is a flow diagram illustrating the node-level route discovery process and data transfer of FIG. 5 in further detail.

FIG. 7 is a flow diagram illustrating an alternate embodiment of the method of FIG. 5 using dynamic source routing (DSR).

FIG. 8 is a flow diagram illustrating another alternate embodiment of the invention using ad-hoc on-demand vector (AODV) routing.

4

FIG. 9 is a flow diagram illustrating a method for route error recovery according to the present invention.

FIG. 10 is schematic diagram illustrating grouping of clusters and cluster leader node designation in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime and multiple prime notation is used to indicate similar elements in alternative embodiments.

Referring initially to FIG. 1, a mobile ad-hoc network 10 according to the present invention illustratively includes a plurality of nodes 11 connected by wireless communications links 13. The nodes 11 may be any suitable type of wireless communications device capable of communicating within a wireless ad-hoc network, such as computers, personal data assistants (PDAs), etc. with wireless modems, as well as others, as will be appreciated by those of skill in the art. Of course, it will also be appreciated that certain of the nodes 11 may optionally be connected to a fixed communications infrastructure, if desired.

According to the invention, the nodes 11 are preferably grouped into clusters 12, which are illustratively shown as circles surrounding respective groups of nodes in FIG. 1. Grouping of the nodes 11 into clusters 12 will be described in greater detail below. For each of the clusters 12, one of the nodes 11 thereof is designated as a respective cluster leader node 21–33. The process for designating the cluster leader nodes 21–33 and the function thereof will also be described further below. For clarity of explanation, when a cluster 12 is discussed individually herein, the particular cluster will be referred to by the reference numeral of its respective cluster leader node. For example, the cluster leader node 21 is within the cluster 21, etc.

A method for sending data within the ad-hoc network 10 according to the invention will now be described with reference to the flow diagrams of FIGS. 4–6. The method beings (Block 40) by grouping the nodes 11 into the clusters 12, at Block 41. Various approaches may be used for grouping the nodes 11 in the clusters 12. Generally speaking, it is preferable that decisions for clustering and election of cluster leaders be based upon a generalized metric with parameters selected to meet specific network requirements, as will be appreciated by those skilled in the art.

By way of example, a node 11 may select a cluster 12 to join based upon a cluster association metric. This metric may be calculated for each of the potential clusters 12 that a node 11 may associate with, and it may be based upon how well the node "fits" with the cluster in question. The cluster association metric can be as simple as a hop count metric, where the hop count is calculated for the path to the cluster leader node. In this simple case a node would associate with the cluster leader node that is closest in hop count.

Other metrics may consider different measures such as the path metric to all cluster members within $k_N$ hops, the number of cluster members within $k_N$ hops, the path metric to the cluster leader, and/or the cluster leader metric, for

US 6,870,846 B2

5

example. There are several methods possible for combining these measures to create a unified metric for cluster association. One example is a weighted sum where a node calculates the metric

$$M_m^{CA}$$

for associating with cluster leader node m as:

$$M_m^{CA} = M_m^{CL} + a \cdot M_m^{PCL} + \frac{c}{(n_m)^b} \cdot \sum_i M_i^P, \tag{1}$$

where $n_m$ is the number of nodes within a $k_N$-hop neighborhood that are in cluster m, $M_i^P$ is the path metric to the $i^{th}$ node in that neighborhood,

$$M_i^{PCL}$$

is the path metric to the cluster leader node m,

$$M_m^{CL}$$

is the cluster leader metric, and a, b, and c are parameters to be tailored to the network requirements. Of course, other suitable approaches may also be used, as will be appreciated by those of skill in the art.

The above parameters allow a compromise in the association between selecting the cluster leader node 21–33 with the minimum path metric versus selecting the cluster 12 with a minimum path metric to as many nodes 11 in the cluster as possible. The node 11 selects the cluster leader node 21–33 with which it has the smallest cluster association metric

$$M_m^{CA}$$

as the leader to join. In addition, a hop count limit may be established that requires a new cluster member to be within hops $k_C$ of the cluster leader node, as well as a limit $L_{CL}$ on the number of nodes per cluster.

Path metrics used in the above calculation may include as node or link metrics one or more components such as hop count, delay, available capacity, node durability, and/or link durability, for example, although other suitable methods may also be used, as will be appreciated by those of skill in the art. A path metric may also be calculated as a weighted sum of link and node metric components along the path.

If the above cluster association metric is not within certain bounds, then a node 11 may elect to attempt to become a cluster leader node and form a new cluster 12, at Block 42. In doing this it may contend with its $k_N$-hop neighbors for the election to cluster leader. Another metric, the cluster leader metric, may be used for this purpose. Generally speaking, the cluster leader metric is based upon how well the node 11 will perform the task of cluster leader node for its $k_N$-hop neighbors.

More specifically, the cluster leader metric may take one of several forms. It could be as simple as the number of nodes reachable in a $k_N$-hop neighborhood. However, additional components for the metric may be desirable in certain applications. The cluster leader should preferably be "durable" in terms of its operation as a cluster leader, i.e., rather than intermittently alternating between powered-up

6

and sleeping modes. An intermittently operating cluster leader node 21–33 would likely cause disruptive dynamics in the hierarchical topology, as will be appreciated by those of skill in the art.

Thus, nodes 11 contending to be a cluster leader may calculate their cluster leader metric

$$M_m^{CL}$$

using one or more components, such as the number of nodes reachable in a $k_N$-hop neighborhood, path metrics to these nodes, path metrics to neighbor cluster leader nodes 21–33, total nodal link capacities, node durability, and node relative mobility, for example. Of course, other metric components which will be appreciated by those of skill in the art may also be used. For a given network application, the cluster leader metric can be formed as an appropriate combination of those components which are needed for that application in a manner similar to that illustrated in equation (1), above, for the cluster association metric, as will also be appreciated by those of skill in the art.

As will be discussed further below, each cluster leader node 21–33 broadcasts a cluster leader node announce (CLNANN) message periodically (with a propagation limit of $n_{CL}$ hops, for example). The propagation limit of this message may be such that it can reach all cluster members as well as the cluster leader nodes of all adjacent clusters. This message will announce the node as a cluster leader node and include the cluster leader metric for that node. In addition, it may include placeholders to allow accumulation of a path metric for any path over which it is propagated, as will be appreciated by those of skill in the art.

Several forms of the path metric are possible, and the path metric can be either accumulated as one or more components or as a vector with each node retransmitting the CLNANN message and adding its contribution to the vector metric, as will be appreciated by those of skill in the art. The path metric and the cluster leader metric allow any node to calculate a cluster association metric. It will also be appreciated that the procedures for joining or associating with a cluster and the procedures for electing a cluster leader node, although described separately herein for clarity of explanation, may in fact be so closely related that in some embodiments they are implemented in a single composite algorithm.

Operational details of cluster association and election of cluster leader nodes will now be discussed further with reference to FIG. 10, in which a scenario for the election of a new cluster leader node is schematically illustrated. Clusters 101 and 102 include designated cluster leader nodes 101 and 102, respectively. For clarity of illustration and explanation, the same reference numeral used for a particular cluster leader node will also be used to designate its respective cluster. Using the example illustrated in FIG. 10, the operational details associated with periodic messaging, node power-up election and cluster association, cluster leader node election, link failure, node failure, and new link addition will now be discussed.

With respect to periodic messaging, two types of periodic messages may be used. The cluster leader nodes 101, 102 issue periodic CLNANN messages, as briefly discussed above. This message announces the existence of the node as a cluster leader node. It is propagated for $n_{CL}$ hops so that it reaches all nodes 11 in adjacent clusters and, more particularly, the adjacent cluster leader nodes. This message may include the cluster leader metric and a placeholder for nodes re-broadcasting the message to accumulate a path

US 6,870,846 B2

7

metric for the path from the cluster leader node to any node along each of the paths traversed.

The cluster leader metric may also be used to notify other nodes in the cluster of this metric. This is so that any other node that can be a better cluster leader can determine if it should contend for leadership based upon this metric. Each ordinary node 11 may also broadcast a neighborhood HELLO message that is to be propagated for $k_N$ hops so that it reaches all nodes in a $k_N$-hop neighborhood of the node. This allows all nodes in the $k_N$-hop neighborhood to gather path metric information to all nodes in their neighborhood. The path metrics obtained in this manner can be used in forming both cluster leader and cluster association metrics.

Regarding node power-up and cluster association, upon powering up a node 11 may perform the following steps. The node 11 may "listen" for the periodic CLNANN messages from cluster leader nodes in neighboring clusters to identify potential clusters that it may join. Further, it may listen for the periodic HELLO messages from nodes 11 in the $k_N$-hop neighborhood to gather path metric information to all nodes in its $k_N$-hop neighborhood. Additionally, it may broadcast periodic HELLO messages to all nodes in its $k_N$-hop neighborhood. A cluster association metric

$$M_m^{CA}$$

may then be formed for each adjacent cluster leader m and the cluster leader node m, may be selected with the minimum cluster association metric

$$M_m^{CA}$$

as the cluster to join.

The metric

$$M_m^{CA}$$

will preferably be less than a threshold $T_J$ to indicate that the node to be considered is close enough to the cluster to join. If this threshold is satisfied, then a cluster join message CLJOIN is sent to the cluster leader node m. If the cluster has less than the limit $L_{CL}$ on the number of nodes per cluster, then the cluster leader node accepts the node in the cluster and sends the acceptance message CLACCEPT to the node. If the cluster leader node cannot accept another member, then it sends a reject message CLREJECT to the node. Additionally, if the node is rejected, it may then select the next best cluster leader node as its backup and repeat the process to join that cluster.

A node 11 following the above processes will ordinarily become a member of a cluster 12 soon after powering up. In some cases, such as network initiation, for example, it will find no acceptable cluster leader node 21–33 with which to complete the association. In this case the node 11 may decide to contend to become a cluster leader node.

If an ordinary node 103 decides to contend to become a cluster leader node, it may initiate the following procedures. The node 103 may broadcast a special type of CLNANN message to all nodes 11 in its $k_N$-hop neighborhood that announces its bid to become a cluster leader node, which this includes the cluster leader metric calculated for the node. For reliability purposes, each node 11 in the $k_N$-hop neighborhood will preferably respond to the CLNANN message. Any node 11 that does not respond may be sent a follow-up CLNANN message via unicast, for example, as will be understood by those of skill in the art.

8

A node 11 responding positively to the CLNANN message returns a CLNANN message indicating agreement that the node 103 can become a cluster leader node. It does this either because it is not in a position to become a cluster leader node itself or it has a larger cluster leader metric than that received in the original CLNANN message. A node 11 responding negatively to the CLNANN message returns a CLNANN message that announces that it has a better cluster leader metric than that received in the original CLNANN message and that it will make a better cluster leader. In the event of a cluster leader metric tie, the cluster leadership role may be aarded to the node with the lowest node ID, for example, though other tiebreakers may also be used.

If all CLNANN message responses are positive, or if there is contention but the node 103 wins the cluster leader node role, then the node assumes the cluster leader node role. It then begins the periodic broadcast of regular CLNANN messages to be propagated for $n_{CL}$ hops to reach all nodes 11 in adjacent clusters 12 and the adjacent cluster leader nodes. Other nodes 11 may now begin to consider if they should join this new cluster. Yet, if another node wins the indicating agreement node role, then the node 103 will consider if it should join the cluster of this new cluster leader node.

Link/node failures and route recoveries will be discussed in further detail below, but a brief discussion is appropriate at this point in the context of clustering and cluster leader node designation. More specifically, when a node 11 loses a link to a neighboring node, it may perform certain actions. That is, it may test its path to its cluster leader node to determine if it can remain in the same cluster. If it cannot find a node level route to the cluster leader node, it may then associate with another cluster leader node. On the other hand, if the node 11 determines it still has a path to the cluster leader node, it may then reevaluate the cluster association metrics to this cluster leader node and to the cluster leader nodes for adjacent clusters.

If the cluster association metric has increased to a value above another threshold $T_L$, i.e.,

$$M_m^{CA} > T_L > T_J,$$

then it will preferably leave the cluster and possibly find an adjacent cluster for which its cluster association metric meets the criteria for joining, as previously described above. Also, the node 11 may find that it has a better cluster association metric than an adjacent cluster leader node. If its current association is with cluster leader node m and its best adjacent cluster leader node is node k, then if node k has a cluster association metric that is better by a specified threshold the node may associate with the adjacent cluster. That is, if

$$M_m^{CA} - M_k^{CA} > \Delta_{CL},$$

then it switches from cluster m to cluster k. In several cases, a node may find that it should attempt to form a new cluster and contend for cluster leadership using the procedures defined above, as will be appreciated by those of skill in the art.

With respect to node failure, either an ordinary node or a cluster leader node 21–33 may experience a failure or shut down. The failure of an ordinary node (i.e., a node other then a cluster leader node 21–33) may equate to potentially several link failures as detected by the neighbors of the node. These nodes may each respond to this failure as if it were a

US 6,870,846 B2

9

link failure and proceed according to the procedures defined above. Another type of failure that is potentially more disruptive is a failure of a cluster leader node. This failure may be detected by neighboring nodes by the link loss, and by other nodes in the cluster by the loss of the periodic CLNANN message broadcasts. Nodes in the same cluster may select an adjacent cluster leader with which they can associate if the cluster association metric is good enough using the procedures defined above, for example. Alternatively, one or more nodes may contend to become a cluster leader node 21–23 using the cluster leader election procedures defined above.

In addition to the topology dynamics induced by the node and link failures discussed above, link additions may also induce topology changes. Link and node failures tend to make nodes 11 become further away topologically. Conversely, link additions tend to make nodes 11 become closer together topologically, thereby improving the path metrics. Traffic dynamics can have a similar effect. This can have the effect of making nodes in one cluster eventually have a better cluster association metric with an adjacent cluster. The node 11 can use the same procedures defined above to determine if it should switch its cluster association, as will be understood by those skilled in the art. If the current association of the node is with cluster leader node m and its best adjacent cluster leader node is node k, then if node k has a cluster association metric that is better by a specified threshold, the node may associate with the adjacent cluster. That is, if

$$M_m^{CA} - M_k^{CA} > \Delta_{CL},$$

then it switches from cluster m to cluster k.

Further, two cluster leader nodes may become very close to each other, making elimination of one of the cluster leader nodes a desirable outcome. If the path metric between two cluster leader nodes becomes less than a specified threshold value $\Delta_P$, and if one of them can support the total number of cluster members for both clusters, then the best cluster leader node may be determined and the other node may relinquish its cluster leader node role. As cluster leader nodes move closer together, the ordinary nodes may use the cluster association metrics to naturally migrate to the best choice for them as the cluster leader node. Thus, the decision of which of the two nodes should be the remaining cluster leader node will be based upon the number of cluster members for each node and its cluster leader metric. After one of the nodes relinquishes it cluster leader node role, the ordinary nodes associated with it may choose to associate either with the remaining cluster leader node or any of their other adjacent cluster leader nodes.

When a particular source node 14 in a source cluster (in the illustrated example of FIG. 1, the cluster 21) needs to send data to a destination node 15 in a destination cluster (here, the cluster 32), the source node may advantageously send a cluster-level route request (CLRR) to its respective cluster leader node (here, the node 21), at Block 43. The source cluster 21 then begins the process of determining a cluster-level route between the source cluster 21 and a destination cluster 32 responsive to the cluster-level route request, at Block 44. That is, the cluster level route is established in a reactive fashion, as opposed to the proactive approaches used for spine/cluster routing of the prior art.

A cluster-level route is a particular sequence of clusters 12 in a route from the source cluster to the destination cluster. Referring more particularly to FIG. 5, the determination of the cluster-level route will now be described in further

10

detail. This process begins (Block 50) with determining (or establishing) designated communication links 16 between the cluster leader nodes 21–33, at Block 51. The designated communication links 16 are illustratively shown as dotted lines in FIG. 1 and may be conceptually thought of as "virtual" links between the cluster leader nodes 21–33. Each designated communication link may include a single-hop or multi-hop path that connects the cluster leader nodes 21–33 in adjacent clusters 12. That is, each of the designated links may include one or more intermediate nodes 11 which are not cluster leader nodes 21–33, or there may be no such intermediate nodes therebetween.

The determination of the designated links 16 may include sending a cluster leader node announce (CLNANN) message via limited broadcast by a cluster leader node to announce to all adjacent clusters that it is a cluster leader node for a designated cluster. As used herein, "adjacent clusters" are two clusters 12 for which at least one node 11 in one of the clusters is directly connected to at least one node in the other cluster.

Once a cluster leader node 21–33 knows that another cluster leader node is present in an adjacent cluster, it obtains a node–level route to that cluster leader node (i.e., the designated communication link 16 between the cluster leader nodes). These two cluster leader nodes maintain the designated communication links 16 therebetween and a metric associated therewith. This metric may include a number of hops in the designated communication link 16, quality of service (QoS) parameters such as bandwidth, availability, etc., as will be appreciated by those of skill in the art. Such metrics may also preferably be used for the other designated links 16 as well.

Each cluster leader node preferably stores the addresses of all of its adjacent cluster leader nodes and maintains designated communications links 16 to each of the adjacent cluster leader nodes. Once the designated communications links are established, if the cluster-level route requested by the source node 14 is not to one of the clusters adjacent to the source cluster, then the source cluster leader node 21 may begin the cluster-level route discovery process.

The process is initiated by sending a cluster leader node route request (CLNRR) from the cluster leader node 21 of the source cluster to the remaining cluster leader nodes 22–31 via the designated communication links 16, at Block 52. More particularly, this may be done by sending the cluster leader node route request from the source cluster leader node 21 to each of its adjacent cluster leader nodes, which are the cluster leader nodes 23, 25 in the example illustrated in FIG. 1. The cluster leader nodes 23, 25 then, in turn, forward the cluster leader node route request to each of its adjacent cluster leader nodes, and so on, until the request has been received by all of the cluster leader nodes 21–33.

It will be appreciated by those of skill in the art that above approach provides significant savings in overhead traffic since no global broadcast is used. That is, only a subset of wireless links 13 are required for the broadcast. An expanding ring search can be used in this process in order to further limit the communications overhead transmissions required. Further, the cluster leader node route request can be targeted to discover a route to a single cluster, to a list of clusters, or to all clusters. The cluster leader node route request may also include an accumulated metric that can indicate the desirability of each cluster-level route found. By way of example, the accumulated metric may be the accumulation of link metrics for the designated communication links 16 between the cluster leader nodes 21–33 along the route to the targeted destination cluster 32.

US 6,870,846 B2

11

When a cluster leader node route request is received by the destination cluster leader node **32**, the destination cluster leader node replies with a cluster leader node route reply (CLRREP), at Block **53**. This cluster leader node route reply is used by the destination cluster leader node **32** to return the cluster-level route to the source cluster leader node **21**. This message is returned via the delivery route which the cluster leader node route request traveled, i.e., the designated communication links **16** connecting the source cluster leader node **21** and destination cluster leader node **32**.

The information in the cluster leader node route reply may include the sequence of clusters on the delivery route, though other variations are possible, as will be discussed further below. In addition, a path metric (or components that can be combined to form a path metric) for the particular delivery route may be returned. Of course, it is possible that the destination cluster leader node **32** may receive the same cluster leader node route request message from more than one of its adjacent cluster leader nodes (i.e., the cluster leader nodes **26**, **31**, and **33** in the example illustrated in FIG. **1**). In such case, the destination cluster leader node **32** may also return cluster leader node route replies for each of the delivery routes associated with each adjacent cluster leader nodes.

Once the source cluster leader node **21** collects all of the cluster leader node route replies corresponding to a given cluster leader node route request, it may then use the path metric of each delivery route to select the best route from among the delivery routes as the cluster-level route, at Block **54**. Of course, in some embodiments the destination node **15** could select the best delivery route from among those available and only return the cluster leader node route reply along the best path to thereby determine the cluster-level route.

In either event, once selected the best route may then be stored in a routing cache or table. By way of example, the path metric used to select the cluster-level route may be which delivery route includes the least number of cluster leader nodes (i.e., which one has includes the least number of clusters **12**). Of course, other metrics, such as the QoS metrics noted above, may also be used. One particularly advantageous approach to selecting routes using QoS parameters is described in a co-pending U.S. application entitled "METHODS AND SYSTEM FOR DETERMINING QUALITY OF SERVICE (QoS) ROUTING FOR MOBILE AD HOC NETWORKS," attorney docket number GCSD-1201 (51264), filed Apr. 29, 2002, which is assigned to the present assignee and is incorporated herein in its entirety by reference. Once the source cluster leader node **21** has determined the best cluster level route, it may then be forwarded to the requesting source node **14** in a cluster level route reply (CLRREP) message, at Block **57**.

Each of the cluster leader nodes **21–33** may periodically poll its adjacent cluster leader nodes to maintain current addresses therefor, at Block **55**, illustratively concluding the method (Block **56**). This may advantageously expedite the process of forwarding the cluster level node route requests since adjacent cluster leader nodes will not have to be determined with each new request. While this polling step is illustratively shown as a final step (Block **55**) in the cluster-level route discovery process illustrated in FIG. **5**, it will be understood that this step may be performed at any time after the designated communication links **16** between adjacent cluster leader nodes **21–33** are established and at any desired interval.

Once the cluster-level route is established, data may be transferred from the source node **14** to the destination node

12

**15** using the cluster-level route, at Block **45**, thus ending the method illustrated in FIG. **4** (Block **46**). The process of transferring the data using the cluster-level route will now be described with reference to the schematic diagram of the ad-hoc network **10** illustrated in FIG. **2**, in which the designated communication links **16** have been removed for clarity of illustration, and the flow diagram of FIG. **6**. For this example, it will be assumed that the cluster-level route selected by the source node **14** includes clusters **21** (source), **25**, **24**, **29**, **26**, and **32** (destination).

This process begins (Block **60**) by designating a cluster target node **17** in a next cluster along the cluster-level route to which the data is to be sent, at Block **61**. While it is not necessary to use cluster target nodes for transferring data according to the present invention, the cluster target nodes provide a convenient point of entry into each cluster along the cluster-level route and thereby facilitate establishing node-level routes therebetween, as will be described further below.

More particularly, the source node **14** will select a cluster target node **17a** in the next adjacent cluster along the cluster-level route (here, the cluster **25**). This may be done by broadcasting an adjacent cluster target node discovery packet using an expanding ring search to identify potential cluster target nodes, for example. This broadcast may advantageously be limited to the next adjacent cluster (here, the cluster **25**). Thus, the broadcast is of limited extent to reduce excess traffic in the ad-hoc network **10**.

Any node in the cluster **25** will send back an adjacent cluster target node discovery response packet that allows the source node **14** to collect the identity of the potential cluster target node along with a metric and a route thereto. An algorithm may be used for selecting the best adjacent cluster target node in the adjacent cluster **25** based upon all of the adjacent cluster target node discovery responses received and based upon the metrics included therewith. Here again, the path metrics used may include the least number of hops, QoS parameters, etc., as similarly discussed above with respect to selection of the cluster level-route.

The adjacent cluster target node **25** will preferably be as close in distance to the source cluster **27**, and have as a high a capacity, as is possible. Also, it should be noted that a cluster leader node of an adjacent cluster could also serve as a cluster target node as well, which may be particularly advantageous if the cluster leader node has high link capacities.

Various approaches are possible for establishing the cluster target nodes. For example, a proactive approach may be adopted in which each node **11** in each cluster **12** may use the above procedure to designate a cluster target node for each of the clusters adjacent to its own cluster. An adjacent cluster target node "hello" message may then be used to maintain node-level routes to such cluster target nodes. This message may be transmitted periodically to each adjacent cluster target node to ensure that the route is still available. The cluster target node may then reply with the same packet type to indicate that the route is still valid. If the route fails, then the failure is detected by this process and the node sending the adjacent cluster target node hello message may initiate a search for another adjacent cluster target node, as will be described further below.

Another approach that does not require the adjacent cluster target node hello message is to discover adjacent cluster target nodes only on a reactive basis when required. Further, these adjacent cluster target nodes may be maintained only as long as they are used. Here again, this will

US 6,870,846 B2

13

14

result in less network traffic, which may be advantageous in certain applications, as will be appreciated by those of skill in the art. In either case, by having each node independently select its adjacent cluster target nodes, there will likely not be one single cluster target node used for each cluster, which may reduce the concentration of transit traffic that may otherwise occur through such a single cluster target node. Of course, a single cluster target node could be used in some embodiments, if desired, as will also be appreciated by those of skill in the art.

Once the next cluster target node is determined (the node 17a in the example illustrated in FIG. 2), a node-level route to the next cluster target node may then be determined, at Block 62. This may be done by sending a node-level route request to the next cluster target node 17a using a base routing protocol such as DSR or AODV, for example. Specific embodiments of the present invention using these two protocols will be presented below.

Generally speaking, node-level route requests may be used to find routes to other nodes within the same cluster or to the cluster target nodes in adjacent clusters by using a limited broadcast (or expanding ring search). It should be noted that the destination node 15 could be in the same cluster as the source node 14. If this is the case, only a node-level route need be used, as cluster-level routes are needed only to reach destination nodes outside the source node cluster. This case will also be discussed further below in conjunction with the discussion of DSR as the base routing protocol.

Once the node-level route to the next cluster target node along the cluster-level route has been established, the data may then be transferred from the source node 14 to the next cluster target node 17a via the node-level route, at Block 63. Here again, this data transfer will be governed by the underlying base routing protocol that is being used. Generally speaking, the data will be transmitted along with a mission data packet or header which includes information that is pertinent to the node-level transfer, the cluster level route, or both. The use of mission data packets will also be discussed further below in the particular cases in which DSR and AODV are used as the based routing protocols.

The above described steps illustrated at Blocks 61–63 will then be repeated to determine each next cluster target node 17b, 17c, 17d, 17e, along the cluster-level route and the respective node-level routes therebetween until the data is transferred to the destination target node 17e, at Block 64. Once the data reaches the destination cluster target node 17e, a node-level route from the destination cluster target node to the destination node 15 may be determined (Block 65), and the data transferred therebetween via this node-level route (Block 66) as discussed above, thus ending the method, at Block 67. Again, these steps may be performed according to the base routing protocol, such as DSR or AODV, for example.

As may be seen in FIG. 2, the various node-level routes along the cluster-level route may or may not include cluster leader nodes. In some embodiments, it may be particularly advantageous to define the node-level routes to not include cluster leader nodes where possible, as this may help alleviate excessive traffic at the cluster leader nodes. The node-level route discovery process could thus include using a metric to each potential route that signifies whether the route will include a cluster leader node, and the node requesting the route may then use this metric in its selection process, for example, as will be appreciated by those of skill in the art.

The case in which DSR is to be used as the base routing protocol will now be described with reference to FIG. 7. The basic DSR protocol includes message types such as route requests and route replies, which may be used to perform the steps described with reference to Blocks 61 and 62 of FIG. 6, which are not reproduced in FIG. 7. It should be noted that the route discovery process for node-level routes in accordance with the invention is very similar to that of the conventional DSR approach. That is, a controlled broadcast search is used to search only in the current cluster or to search for routes to cluster target nodes (or cluster leader nodes) in the adjacent clusters, rather than over the entire network 10. The standard DSR packet type may be modified to accommodate a field for metric type and metric value if it is desired to use a path selection criteria other than minimum hop count, as discussed briefly above, which will be appreciated by those of skill in the art.

On the other hand, the cluster-level route discovery process according to the invention will vary somewhat from the conventional DSR approach. Namely, this process will involve a limited global search. This is because of the existence of the designated communication links 16 (and corresponding node-level source routes) between all adjacent cluster leader nodes 21–33. In other words, the route discovery packets will traverse only the designated communication links 16 rather than all links 13 in the network 10, as described above. The cluster leader node route request forwarded from one cluster leader node will preferably include the node-level source route to the next cluster leader node to which it is forwarding the message. Again, the message is forwarded in this fashion to the cluster leader nodes in all adjacent clusters.

As noted above, data transfer according to a base protocol usually requires that some form of mission data packet or header be generated to accompany the data. When using DSR in accordance with the invention, beginning at Block 70' the mission data packet generated by the source node 14 (Block 71') will preferably include an address of the destination node, an address of the next cluster target node 17a, the node-level route, and the cluster-level route. The next cluster target and cluster-level routing fields may be defined as optional packet types for application to the present invention, as will be understood by those skilled in the art.

This data is then transferred based upon the mission data packet along the node-level route to the next-cluster target node 17a, at Block 63'. The next cluster target node 17a' will then repeat the steps illustrated at Blocks 61 and 62 (FIG. 6) and then update the mission data packet accordingly. More particularly, the mission data packet is updated at each cluster target node 17a, 17b, 17c, 17d along the cluster-level route to include the new cluster target node and the new node-level route thereto.

This process continues until the destination cluster target node 17e is reached (Block 64'). The destination cluster target node 17e determines that the data has reached the destination cluster 32 by the cluster-level route in the mission data packet. Then, the node-level route to the destination node 15 is determined (Block 65'). The mission data packet may then be updated to include null values for the cluster level route and the next cluster target node, since the route to the destination node 15 is an intracluster route. The data may then be transferred to the destination node 15, as previously described above, at Block 66'.

It was also noted above that the source node 14 and destination node 15 may, in some cases, be located in the same cluster. When this happens, the source node 14 may simply set the address of the cluster target node and the cluster-level route in the mission data packet to equal to a predetermined value. For example, this may be a null value

as described above with respect to the destination cluster target node **17***e*. The conventional DSR routing procedures may then be used to transfer the data.

Again, the source node **14** will also not need to request a cluster-level route in such cases if it already knows that the destination node **15** is in the same cluster. This may be the case if data has previously been sent thereto and a record thereof has been stored in a memory or cache of the source node **14**.

In this regard, the various routing information that has been determined in the above-described steps may advantageously be stored in one or more caches to be used for future routing operations, at Block **73'**, thus concluding the process (Block **74'**). As a result, if such routing information has not timed out or otherwise been discarded, it may be used again without completing all or parts of the cluster/node-level discovery processes.

By way of example, the following types of caches may be maintained. A cluster-level route cache caches the cluster-level route to any destination cluster for which routes are currently being maintained. This cache may be kept at each of the cluster leader nodes **21–33**, for example, and indexed by the destination cluster to provide known cluster-level source routes upon request.

Another cache may include a node-level route cache which caches the node-level route to any node in the same cluster or in adjacent clusters (such as the cluster target nodes **17**) for which routes are currently being maintained. This cache may be kept at each individual node **11** and indexed by destination node address, and it provides each node **11** with a known node-level source route when available.

Moreover, a hierarchical route cache, which may be kept at each node **11**, caches the hierarchical route to any destination node for which routes are currently being maintained. This cache may also be indexed by the destination node address, and the cache returns the hierarchical route which includes the cluster-level source route to the destination cluster and the node-level source route to the cluster target node (the node **17***a* in the illustrated example) in the first cluster on the source route.

Additional types of caches which may prove useful include a cluster cache which is a table that is indexed by the destination node address and which returns the address of the cluster in which the node currently is a member, as well as an adjacent cluster target node cache. This cache includes the adjacent cluster target node for each adjacent cluster. This cache may be indexed by the adjacent cluster address and returns the adjacent cluster node address for that cluster.

Given the dynamic nature of ad-hoc networks, various types of addresses may be used for the individual nodes and clusters. Depending upon the particular type of addressing used in a particular application, various other modifications may be necessary for a given base protocol. For example, if fixed addresses are used, then a protocol may be included for distributing current cluster membership as the nodes change clusters, as will be appreciated by those of skill in the art. If such a protocol is not used, then cluster membership can be determined in a reactive manner using the CLNRR route discovery process, for example. On the other hand, if addresses are dynamically assigned based upon the particular cluster, hierarchical level (discussed further below), etc., at which the node is located, then a dynamic name server may optionally be included for allowing a source node to determine the current address for a fixed node name, as will also be appreciated by those skilled in the art.

Turning now to the alternate embodiment in which AODV is used as the base routing protocol, this approach will be described with reference to the flow diagram of FIG. **8**. According to the AODV protocol, node-level routes are established using route requests and route replies, as is the case with DSR described above. Yet, the manner in which node level routes, and correspondingly cluster-level routes, are determined is somewhat different than in DSR.

More particularly, beginning at Block **81** in FIG. **8**, a cluster leader node route request is sent using conventional AODV mechanisms known to those skilled in the art via the designated communication links **16**. Generally speaking, according to the AODV protocol, when a route request is sent each node **11** along a route stores the address of the prior node from which it received the route request, which is then forwarded along to the next node. In this way, if a route reply is ultimately returned along this route, then the address stored in each node **11** provides the location of the next hop along the return route. Further, as the route reply is forwarded from one node **11** to the next along the return route, each node then stores the address of the node which forwarded the route reply to it. These addresses then provide the location of the next hop along the route when the data is transmitted along the route.

According to the present invention, the above described process takes place at the cluster level to determine the cluster-level route, at Blocks **81–82**, using the above referenced cluster leader node route requests and cluster leader node route replies. Moreover, this process is similarly implemented at the node level to determined the node-level routes along the cluster-level route, at Blocks **83–84**, using the node-level route requests and node-level route replies described above. Here again, cluster target nodes may be used as described above, if desired, and the cluster target nodes may be determined as previously described above but with the standard mechanisms of AODV, as will be appreciated by those of skill in the art.

A mission data packet may be generated at the beginning of each node-level route (i.e., either by the source node **14** or a cluster target node **17**) and the data may then be transferred along the various node-level routes thus defined based upon the mission data packets, at Block **85**. In accordance with the AODV protocol, the mission data packet typically requires only the address of the destination node **15**, as the hops of the node-level route are already stored in the various nodes **11** on the route.

Since the mission data packet may not include the location of the next cluster along the cluster level route, each cluster target node **17** may poll its respective cluster leader node for the next cluster address. The cluster leader node may then determine the next cluster target node based upon the next cluster address. Of course, other approaches may be used in which optional data packets are defined for inclusion in the mission data packet so that the cluster leader nodes need not be polled, as will be understood by those of skill in the art.

The data is transferred along the various node-level routes until reaching the destination cluster target node **17***e*, at Block **86**. The node-level route to the destination node **15** may then be defined, again using standard AODV techniques, and the data transferred thereto, at Block **87**, thus concluding the process (Block **88**).

Various tables may be used for storing the requisite routing information for implementing AODV in accordance with the present invention. In particular, a cluster-level route table, which may be indexed by the destination cluster address, returns the next adjacent cluster on the path to any destination cluster for which routes are being maintained. Further, a node-level route table, which again may be

US 6,870,846 B2

17

indexed by the destination node address, returns the address of the next node **11** on the path to any node in the same cluster or in adjacent clusters (such as the cluster target nodes **17**) for which routes are being maintained.

Moreover, a cluster cache, which may be indexed by the destination node address, returns the address of the cluster in which the destination node is currently a member. An adjacent cluster target node cache, which may be indexed by the adjacent cluster address, returns the adjacent cluster target node address for adjacent clusters. In addition, a hierarchical route table, which may be indexed by the destination node address, returns the address of the next node on the path to any destination node in the entire network for which routes are being maintained.

As similarly described above, the data maintained in the above tables may be stored each time new cluster-level or node-level information is gathered. Thus, this information will be available for future routes, which helps alleviate traffic as discovery request and reply messages may be avoided. Of course, this information may also be discarded after a period of time, for example, to reduce the storage of outdated information.

Due to the dynamic nature of wireless mobile ad-hoc networks, a common problem which must be addressed is that of route failure due to nodes **11** logging off of the network **10**, breaks in the wireless communication links **16**, etc. Base routing protocols typically include mechanisms for addressing route recognition and repair. Route repair in the context of the present invention, with particular emphasis on route repair using the DSR and AODV protocols, will now be described further with respect to the flow diagram of FIG. **9**. For the purposes of FIG. **9**, it will be assumed that the cluster-level and node-level route designation processes (FIGS. **5** and **6**) have previously been performed.

As such, beginning at Block **90**, if a cluster-level route failure occurs between adjacent clusters along the cluster-level route, at Block **91**, a cluster-level route error message is sent (Block **92**) to the source node **14**, which will then begin the cluster-level and node-level route discovery processes over again, as previously described above. The form that this particular route request takes will depend upon the base routing protocol being used.

For example, if the base protocol being used is AODV, it will be recalled that each of the cluster leader nodes stores the address of each "downstream" cluster leader node along the cluster-level route to the destination cluster leader node **32**. As such, as the cluster-level route error message traverses the cluster-level route back "upstream" to the cluster-level route, each of the cluster leader nodes receiving the error message may delete the next hop address from its respective cache, at Block **93**, since the cluster-level route is no longer valid.

For the case in which DSR is used as the base protocol, the cluster-level route error message may be broadcast from the cluster leader node discovering the loss of connection to all other nodes within its cluster as well as the cluster leader nodes in all adjacent clusters. This broadcast will reach all nodes that have been selected as adjacent cluster target nodes **17** by nodes in other clusters as well as all other nodes within the cluster. Any adjacent cluster target node **17** that receives a packet to forward through the cluster that is no longer adjacent will now forward a cluster-level route error message to the original sender of the data packet notifying it that the route has failed at the cluster level. The cluster-level route error message broadcast to the cluster leader nodes in all adjacent clusters may also be broadcast to all cluster leader nodes in the network **10**, if desired, thereby

18

informing them that cluster-level routes may be outdated. This prompts all of the cluster leader nodes to initiate a new round of route discovery queries upon receiving new cluster-level route requests, rather than simply relying of information previously stored in their respective caches.

On the other hand, if a node-level route failure occurs between adjacent nodes in a node-level route, at Block **94**, then a new node-level route may be determined in accordance with the base protocol being used, at Block **95**, thus concluding the process (Block **96**). More particularly, for a node-level route used to a destination node **15** or to adjacent cluster target nodes **17**, the basic procedures established for the base routing protocol using a route error message will accommodate notification of the appropriate nodes of the path failure, as will be appreciated by those of skill in the art.

The above-described method of the present invention may also advantageously be extended to an arbitrary number of hierarchical levels, as illustrated in FIG. **3**. In FIG. **3**, the exemplary ad-hoc network **10** illustrated in FIGS. **1** and **2** has been extended to four levels of hierarchy. The first level of the hierarchy is the network node level (i.e., the nodes **11**) from the previous example. The second level is made up of the hierarchy includes the clusters **12**.

The third level **17** of the hierarchy is constructed from virtual nodes and virtual links. Each virtual node at the third level represents an entire cluster **12** at the second level. Closely connected virtual nodes at the third level **17** are grouped into third level clusters, and one of these virtual nodes is selected as the third level virtual cluster leader node. The physical node selected as the third level **17** cluster leader node may be the actual cluster leader node from the second level cluster, which would then perform the cluster leader node functions for both the second and third level clusters.

The third level **17** virtual links illustratively shown with dashed lines in FIG. **10** are the multi-hop virtual links between the cluster leader nodes in adjacent clusters shown at the second level. Virtual links between third level **17** cluster leader nodes may also be established, as also illustratively shown with dashed lines. This hierarchical organizational process can be continued to any number of levels, as will be appreciated by those skilled in the art.

A fourth level **18** cluster is also illustratively shown in FIG. **3**, in which each third level **17** cluster becomes a virtual node in the fourth level. The virtual links shown at the fourth level **18** are the third level **17** cluster leader node virtual links. The physical node selected as the fourth level **18** cluster leader node may be the actual cluster leader node from the third level **17** cluster, which would perform the cluster leader node functions for the second, third, and fourth level clusters. If the network were larger, the hierarchical organization could be extended to even more clusters, as will be appreciated by those of skill in the art.

Several of the above-described messages may be augmented to handle an arbitrary number of hierarchical levels. For example, the cluster leader node route request message type may be of a different type for each hierarchical cluster level. This message is broadcast to all destination cluster leader nodes, but it is sent over the virtual links connecting all cluster leader nodes at the appropriate hierarchical level, which involves only uni-casts over the virtual links connecting adjacent cluster leader nodes. Moreover, the cluster leader node route reply message, like the cluster leader node route request, will similarly have different types for each hierarchical cluster level, as will be appreciated by those of skill in the art.

Furthermore, the cluster-level route request may have a different type for each hierarchical cluster level. More

US 6,870,846 B2

19

20

particularly, at a specific level the message is sent to the ALN for that level. Additionally, with respect to the cluster-level route reply, the source node can obtain the cluster-level route (for the specific hierarchical level of the request) to the destination with a transaction that is sent over a short distance to its cluster leader node.

As may be seen in FIG. 3, the fourth level **18** includes a single cluster which may advantageously provide a convenient reference for determining a high-level route from the cluster leader node **21** of the source cluster to the cluster leader node **32** of the destination cluster. More particularly, since this single cluster includes the source and destination leader node clusters **21, 32**, the high-level route may be determined therebetween using the various steps outlined above. The high-level route may, in turn, be used to determine the cluster-level route for the second hierarchical level. That is, the cluster-level route may include at least the clusters having respective cluster leader nodes along the high-level route, here the cluster leader nodes **21, 24**, and **32**.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

**1**. A method for sending data in a wireless ad-hoc network comprising a plurality of nodes grouped into clusters of nodes and a plurality of wireless links connecting the plurality of nodes, each cluster having a designated cluster leader node, the method comprising:

   sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster;

   determining a cluster-level route between the source cluster and a destination cluster comprising a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes;

   designating at least one cluster target node in a cluster along the cluster-level route;

   determining a node-level route from the source node to the destination node including the at least one cluster target node;

   generating a mission data packet comprising an address of the destination node, an address of the at least one cluster target node, the node-level route, and the cluster-level route; and

   transferring data from the source node to the destination node via the node-level route based upon the mission data packet.

**2**. The method of claim **1** wherein determining the at least one cluster target node comprises determining a respective cluster target node for each cluster along the cluster-level route.

**3**. The method of claim **2** wherein determining the node-level route comprises determining the node-level route from the source node to a cluster target node for a next adjacent cluster along the cluster-level route; and further comprising determining a node-level route from each cluster target node to a next cluster target node along the cluster-level route.

**4**. The method of claim **3** wherein generating the mission data packet further comprises updating the mission data packet at each cluster target node along the cluster-level route to comprise an address of the next cluster target node and the node-level route thereto.

**5**. The method of claim **1** wherein the address of the at least one cluster target node and the cluster-level route are equal to a predetermined value if the source cluster and the destination cluster are the same cluster.

**6**. The method of claim **1** further comprising storing the address of the destination node along with an address of the respective cluster leader node therefor at the cluster leader node for the source cluster.

**7**. The method of claim **1** further comprising storing, at the source node, a hierarchical source route to the destination node comprising the cluster-level route, the address of the at least one cluster target node, and the node-level route.

**8**. The method of claim **1** further comprising storing the cluster-level route at the cluster leader node for the source cluster.

**9**. The method of claim **1** further comprising grouping a plurality of the cluster leader nodes comprising at least the source cluster leader node and the destination cluster leader node into a leader node cluster, and determining a high-level route from the cluster leader node of the source cluster to the cluster leader node of the destination cluster within the leader node cluster; and wherein the cluster-level route comprises at least the clusters having respective cluster leader nodes along the high-level route.

**10**. The method of claim **1** wherein determining the cluster-level route comprises:

   determining designated communication links between the cluster leader nodes;

   sending a cluster leader node route request from the cluster leader node of the source cluster to the remaining cluster leaders via the designated communication links; and

   returning a cluster leader node route reply from the cluster leader node of the destination cluster to the cluster leader node of the source cluster along a delivery route of the cluster leader node route request.

**11**. The method of claim **10** wherein at least one of the designated communications links comprises a node that is not a cluster leader node.

**12**. The method of claim **10** wherein each cluster leader node stores identities of adjacent cluster leader nodes; and wherein sending the cluster leader node route request comprises sending the cluster leader node route request from each cluster leader node to its adjacent cluster leader nodes.

**13**. The method of claim **12** further comprising periodically polling the adjacent cluster leader nodes to maintain current addresses therefor.

**14**. The method of claim **10** wherein the delivery route comprises a least number of cluster leader nodes between the cluster leader nodes of the source and destination clusters.

**15**. The method of claim **10** further comprising determining the delivery route based upon at least one of delay, link capacity, and availability.

**16**. A method for sending data in a wireless ad-hoc network comprising a plurality of nodes grouped into clusters of nodes and a plurality of wireless links connecting the plurality of nodes, each cluster having a designated cluster leader node, the method comprising:

   sending a cluster-level route request from a source node of a source cluster to a cluster leader node of the source cluster;

   determining a cluster-level route between the source cluster and a destination cluster comprising a destination node responsive to the cluster-level route request and using a plurality of the cluster leader nodes;

US 6,870,846 B2

21

designating at least one cluster target node in a cluster along the cluster-level route;

determining a node-level route from the source node to the destination node including the at least one cluster target node;

generating a mission data packet comprising an address of the destination node, an address of the at least one cluster target node, the node-level route, and the cluster-level route, the address of the at least one cluster target node and the cluster-level route being equal to a predetermined value if the source cluster and the destination cluster are the same cluster;

transferring data from the source node to the destination node via the node-level route based upon the mission data packet; and

storing, at the source node, a hierarchical source route to the destination node comprising the cluster-level route, the address of the at least one cluster target node, and the node-level route.

**17**. The method of claim **16** wherein determining the at least one cluster target node comprises determining a respective cluster target node for each cluster along the cluster-level route.

**18**. The method of claim **17** wherein determining the node-level route comprises determining the node-level route from the source node to a cluster target node for a next adjacent cluster along the cluster-level route; and further comprising determining a node-level route from each cluster target node to a next cluster target node along the cluster-level route.

**19**. The method of claim **18** wherein generating the mission data packet further comprises updating the mission data packet at each cluster target node along the cluster-level route to comprise an address of the next cluster target node and the node-level route thereto.

**20**. The method of claim **16** further comprising storing the address of the destination node along with an address of the respective cluster leader node therefor at the cluster leader node for the source cluster.

**21**. The method of claim **16** further comprising storing the cluster-level route at the cluster leader node for the source cluster.

**22**. The method of claim **16** further comprising grouping a plurality of the cluster leader nodes comprising at least the source cluster leader node and the destination cluster leader node into a leader node cluster, and determining a high-level route from the cluster leader node of the source cluster to the cluster leader node of the destination cluster within the leader node cluster; and wherein the cluster-level route comprises at least the clusters having respective cluster leader nodes along the high-level route.

**23**. The method of claim **16** wherein determining the cluster-level route comprises:

determining designated communication links between the cluster leader nodes;

sending a cluster leader node route request from the cluster leader node of the source cluster to the remaining cluster leaders via the designated communication links; and

returning a cluster leader node route reply from the cluster leader node of the destination cluster to the cluster leader node of the source cluster along a delivery route of the cluster leader node route request.

**24**. The method of claim **23** wherein at least one of the designated communications links comprises a node that is not a cluster leader node.

**25**. The method of claim **23** wherein each cluster leader node stores identities of adjacent cluster leader nodes; and

22

wherein sending the cluster leader node route request comprises sending the cluster leader node route request from each cluster leader node to its adjacent cluster leader nodes.

**26**. The method of claim **25** further comprising periodically polling the adjacent cluster leader nodes to maintain current addresses therefor.

**27**. The method of claim **23** wherein the delivery route comprises a least number of cluster leader nodes between the cluster leader nodes of the source and destination clusters.

**28**. The method of claim **23** further comprising determining the delivery route based upon at least one of delay, link capacity, and availability.

**29**. A wireless ad-hoc network comprising:

a plurality of nodes grouped into clusters of nodes, each cluster node having a designated cluster leader node; and

a plurality of wireless links connecting said plurality of nodes;

said plurality of nodes sending data therebetween by

sending a cluster-level route request from a source node of a source cluster to a cluster leader node of said source cluster;

determining a cluster-level route between said source cluster and a destination cluster comprising a destination node responsive to the cluster-level route request and using a plurality of said cluster leader nodes;

designating at least one cluster target node in a cluster along the cluster-level route;

determining a node-level route from said source node to said destination node including said at least one cluster target node;

generating a mission data packet comprising an address of said destination node, an address of said at least one cluster target node, the node-level route, and the cluster-level route; and

transferring data from said source node to said destination node via the node-level route based upon the mission data packet.

**30**. The mobile ad-hoc network of claim **29** wherein said at least one cluster target node comprises a respective cluster target node for each cluster along the cluster-level route.

**31**. The mobile ad-hoc network of claim **30** wherein the node-level route comprises a node-level route from the source node to a cluster target node for a next adjacent cluster along the cluster-level route and a node-level route from each cluster target node to a next cluster target node along the cluster-level route.

**32**. The mobile ad-hoc network of claim **31** wherein the mission data packet is updated at each cluster target node along the cluster-level route to comprise an address of the next cluster target node and the node-level route thereto.

**33**. The mobile ad-hoc network of claim **29** wherein the address of the at least one cluster target node and the cluster-level route are equal to a predetermined value if the source cluster and the destination cluster are the same cluster.

**34**. The mobile ad-hoc network of claim **29** wherein the address of the destination node is stored along with an address of the respective cluster leader node therefor at the cluster leader node for the source cluster.

**35**. The mobile ad-hoc network of claim **29** wherein, at the source node, a hierarchical source route to the destination node is stored comprising the cluster-level route, the address of the at least one cluster target node, and the node-level route.

**36**. The mobile ad-hoc network of claim **29** wherein the cluster-level route is stored at the cluster leader node for the source cluster.

US 6,870,846 B2

23

**37**. The mobile ad-hoc network of claim **29** further comprising designated communication links connecting the cluster leader nodes; and wherein the cluster level route is determined by sending a cluster leader node route request from said cluster leader node of said source cluster to said remaining cluster leaders via said designated communications links, and returning a cluster leader node route reply from said cluster leader node of said destination cluster to said cluster leader node of said source cluster along a delivery route of the cluster leader node route request.

**38**. The mobile ad-hoc network of claim **37** wherein at least one of said designated communications links comprises a node that is not a cluster leader node.

24

**39**. The mobile ad-hoc network of claim **37** wherein each cluster leader node stores identities of adjacent cluster leader nodes; and wherein the cluster leader node route request is sent from each cluster leader node to its adjacent cluster leader nodes.

**40**. The mobile ad-hoc network of claim **39** wherein each cluster leader node periodically polls its adjacent cluster leader nodes to maintain current addresses therefor.

**41**. The mobile ad-hoc network of claim **37** wherein the delivery route comprises a least number of cluster leader nodes between said cluster leader nodes of said source and destination clusters.

* * * * *

Case 1:19-cv-02245-CFC Document 1-1 Filed 12/09/19 Page 191 of 360 PageID #: 603

# EXHIBIT H

US007382765B2

(12) **United States Patent**    (10) **Patent No.:**    **US 7,382,765 B2**
Kennedy et al.    (45) **Date of Patent:**    **Jun. 3, 2008**

(54) **PREDICTIVE ROUTING IN A MOBLE AD HOC NETWORK**

(75) Inventors: **Robert A. Kennedy**, Melbourne, FL (US); **Joseph Bibb Cain**, Indialantic, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 973 days.

(21) Appl. No.: **10/426,281**

(22) Filed: **Apr. 30, 2003**

(65) **Prior Publication Data**

US 2004/0218548 A1    Nov. 4, 2004

(51) **Int. Cl.**
**H04L 12/50** (2006.01)
(52) **U.S. Cl.** ........................ **370/351**; 370/400; 370/401
(58) **Field of Classification Search** ................ 370/230, 370/235, 238, 251, 252, 254, 328, 338, 351, 370/352, 255, 400; 455/1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,905,712 | A | * | 5/1999 | Cresswell et al. | 370/238 |
| 6,069,895 | A | | 5/2000 | Ayandeh | 370/399 |
| 6,115,580 | A | * | 9/2000 | Chuprun et al. | 455/1 |
| 6,400,690 | B1 | * | 6/2002 | Liu et al. | 370/252 |
| 6,704,301 | B2 | * | 3/2004 | Chari et al. | 370/351 |
| 6,791,949 | B1 | * | 9/2004 | Ryu et al. | 370/254 |
| 6,940,832 | B2 | * | 9/2005 | Saadawi et al. | 370/328 |
| 7,200,149 | B1 | * | 4/2007 | Hasty, Jr. | 370/400 |

| | | | | |
|---|---|---|---|---|
| 2002/0186665 | A1 | * | 12/2002 | Chaffee et al. | 370/255 |
| 2003/0179742 | A1 | * | 9/2003 | Ogier et al. | 370/351 |
| 2004/0085909 | A1 | * | 5/2004 | Soliman | 370/252 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 386 607 | 9/1990 |
| WO | 02/078229 | 10/2002 |
| WO | 02/087176 | 10/2002 |

OTHER PUBLICATIONS

Article, "Path Set Selection in Mobile Ad Hoc Networks", MOBIHOC '02, Jun. 9-11, 2002, EPFL Lausanne, Switzerland. Copyright 2002 ACM 1-58113-501-7/02/0006.
Aritcle, "Metrics to Enable Adaptive Protocols for Mobile Ad Hoc Networks", Colorado School of Mines, Dept. of Math and Computer Sciences.

(Continued)

*Primary Examiner*—Chau T. Nguyen
*Assistant Examiner*—Eunsook Choi
(74) *Attorney, Agent, or Firm*—Allen Dyer Doppelt Milbrath & Gilchrist

(57) **ABSTRACT**

The mobile ad hoc network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together. A method for managing and controlling the discovery and maintenance of routes in the network includes predicting future-needed routes or the need for future communications in the network, and predicting future-network dynamics or topology. Partial and complete routes are discovered along predicted future-needed routes based upon the predicted need for routes and the predicted network dynamics or topology. Route tables are built and updated at each mobile node with a route discovery process to store the partial and complete routes in the network.

**31 Claims, 5 Drawing Sheets**



**US 7,382,765 B2**

Page 2

OTHER PUBLICATIONS

Article, "Longevity of Routes in Mobile Ad Hoc Networks", Center for Research in Wireless Mobility and Networking(CreWMaN), The University of Texas at Arlington, Department of Computer Science.

Article, "Predictive Location-Based QoS Routing in Mobile Ad Hoc Networks", University of Illinois at Urbana-Champaign, Department of Computer Science.

Article, "Preemptive Routing in Ad Hoc Networks", 2001 ACM ISBN 1-58113-422-Mar. 1, 2007.

* cited by examiner

Case 1:19-cv-09995-GFC   Document 1898-1-1   Filed 12/09/19   Page 194 of 360 PageID #: 18221



*FIG. 1.*



*FIG. 2.*



*FIG.3.*



FIG.4.



FIG.5.

Case 1:19-cv-09995-GEC Document 1898-1 Filed 12/09/19 Page 198 of 360 PageID #: 18220



FIG.6.

**1**

# PREDICTIVE ROUTING IN A MOBILE AD HOC NETWORK

### FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad hoc wireless networks and related methods.

### BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad hoc networks. Physically, a mobile ad hoc network includes a number of geographically-distributed, potentially mobile nodes wirelessly connected by one or more radio frequency channels. Compared with other type of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad hoc networks is the lack of any fixed infrastructure. The network is formed of mobile nodes only, and a network is created on the fly as the nodes transmit to or receive from other nodes. The network does not in general depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

In a hostile environment where a fixed communication infrastructure is unreliable or unavailable, such as in a battle field or in a natural disaster area struck by earthquake or hurricane, an ad hoc network can be quickly deployed and provide much needed communications. While the military is still a major driving force behind the development of these networks, ad hoc networks are quickly finding new applications in civilian or commercial areas. Ad hoc networks will allow people to exchange data in the field or in a class room without any network structure except the one they create by simply turning on their computers or PDAs.

As wireless communication increasingly permeates everyday life, new applications for mobile ad hoc networks will continue to emerge and become an important part of the communication structure. Mobile ad hoc networks pose serious challenges to the designers. Due to the lack of a fixed infrastructure, nodes must self-organize and reconfigure as they move, join or leave the network. All nodes could potentially be functionally identical and there may not be any natural hierarchy or central controller in the network. Many network-controlling functions are distributed among the nodes. Nodes are often powered by batteries and have limited communication and computation capabilities. The bandwidth of the system is usually limited. The distance between two nodes often exceeds the radio transmission range, and a transmission has to be relayed by other nodes before reaching its destination. Consequently, a network has a multihop topology, and this topology changes as the nodes move around.

The Mobile Ad-Hoc Networks (MANET) working group of the Internet Engineering Task Force (IETF) has been actively evaluating and standardizing routing, including multicasting, protocols. Because the network topology changes arbitrarily as the nodes move, information is subject to becoming obsolete, and different nodes often have different views of the network, both in time (information may be outdated at some nodes but current at others) and in space (a node may only know the network topology in its neighborhood usually not far away from itself).

A routing protocol needs to adapt to frequent topology changes and with less accurate information. Because of these unique requirements, routing in these networks is very different from others. Gathering fresh information about the

**2**

entire network is often costly and impractical. Many routing protocols are reactive (on-demand) protocols: they collect routing information only when necessary and to destinations they need routes to, and do not generally maintain unused routes after some period of time. This way the routing overhead is greatly reduced compared to pro-active protocols which maintain routes to all destinations at all times. It is important for a protocol to be adaptive. Ad Hoc on Demand Distance Vector (AODV), Dynamic Source Routing (DSR) and Temporally Ordered Routing Algorithm (TORA) are representative of on-demand routing protocols presented at the MANET working group.

Examples of other various routing protocols include Destination-Sequenced Distance Vector (DSDV) routing which is disclosed in U.S. Pat. No. 5,412,654 to Perkins, and Zone Routing Protocol (ZRP) which is disclosed in U.S. Pat. No. 6,304,556 to Haas. ZRP is a hybrid protocol using both proactive and reactive approaches based upon distance from a source node.

These conventional routing protocols use a best effort approach in selecting a route from the source node to the destination node. Typically, the number of hops is the main criteria (metric) in such a best effort approach. In other words, the route with the least amount of hops is selected as the transmission route.

An application that a network is connected to may be time-critical and cannot withstand the delays imposed by an on-demand route discovery approach. The network may have too many nodes or is too power-constrained to do frequent-enough updates of the network topology by a source node. This rules out a proactive MANET routing approach. Therefore, the designer would typically choose a reactive (on-demand) routing protocol because that is the only other conventional routing protocol available. But, because there are severe restrictions on the time constraints allowed to discover a route, the on-demand discovered routes may be too late to be useful.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide predictive discovery of routes in a mobile ad hoc network.

This and other objects, features, and advantages in accordance with the present invention are provided by a network and method for managing and controlling the discovery of routes in the mobile ad hoc network. The mobile ad hoc network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together. The method includes predicting future-needed routes in the network, and predicting future-stability of links and nodes along predicted future-needed routes. Partial and complete routes are discovered along predicted future-needed routes based upon the predicted future-stability of the links and nodes. Route tables are built and updated at each mobile node with a route discovery process to store the partial and complete routes in the network.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic diagram of a mobile ad hoc network in accordance with the present invention.

FIG. **2** is a schematic diagram illustrating the operation of a mobile ad hoc network in accordance with the present invention.

FIG. **3** is a flowchart illustrating the steps of a method for managing and controlling the discovery and maintenance of routes in accordance with the present invention.

US 7,382,765 B2

3

4

FIG. **4** is a schematic diagram illustrating a router of a node in accordance with the network of the present invention.

FIG. **5** is a schematic diagram illustrating the details of the controller of the router in FIG. **3**.

FIG. **6** is a schematic diagram illustrating the general architecture of psiactive routing.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

As will be appreciated by those skilled in the art, portions of the present invention may be embodied as a method, data processing system, or computer program product. Accordingly, these portions of the present invention may take the form of an entirely hardware embodiment, an entirely software embodiment, or an embodiment combining software and hardware aspects. Furthermore, portions of the present invention may be a computer program product on a computer-usable storage medium having computer readable program code on the medium. Any suitable computer readable medium may be utilized including, but not limited to, static and dynamic storage devices, hard disks, optical storage devices, and magnetic storage devices.

The present invention is described below with reference to flowchart illustrations of methods, systems, and computer program products according to an embodiment of the invention. It will be understood that blocks of the illustrations, and combinations of blocks in the illustrations, can be implemented by computer program instructions. These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, implement the functions specified in the block or blocks.

These computer program instructions may also be stored in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner, such that the instructions stored in the computer-readable memory result in an article of manufacture including instructions which implement the function specified in the flowchart block or blocks. The computer program instructions may also be loaded onto a computer or other programmable data processing apparatus to cause a series of operational steps to be performed on the computer or other programmable apparatus to produce a computer or other programmable apparatus implemented process such that the instructions which execute on the computer or other programmable apparatus provide steps for implementing the functions specified in the flowchart block or blocks.

The present invention may make use of the temporal transition network protocol (TTNP) in a mobile ad hoc network to efficiently make use of the management and control of route discovery and associated processes via temporal transitioning processes and events in a mobile ad hoc network, as described in copending application Ser. No. 10/134,856, filed Apr. 29, 2002 by the same assignee of record and incorporated by reference herein in its entirety. Furthermore, the present invention may make use of "Intelligent Communication Node Object Beacon Framework" (ICBF), for intelligent, adaptive advertisement by any communications node object of its presence and/or the corresponding detection (neighbor discovery) by another node object or the network of those node objects transmitting such beacons as described in copending application Ser. No. 10/235,242, filed Sep. 4, 2002 by the same assignee of record and incorporated by reference herein in its entirety.

Predictive or Psiactive routing ($\Psi$Rt) is route discovery and maintenance in which the network "senses and predicts" a need will occur in the future to have additional routes established or maintained which may not presently be needed. Fundamentally, $\Psi$Rt fuses key information from multiple network layers as is necessary to accomplish reliable prediction of future needed routes and the accompanying route maintenance operations. The following discussion will generally cover, for each component of Psiactive Routing ($\Psi$Rt), the architecture of the $\Psi$Rt component, a terse algorithm where appropriate for each major capability/functionality of the component, external interfaces to other $\Psi$Rt components and larger network architectures such as hybrid ad hoc networks, network state profiles used by the $\Psi$Rt component and $\Psi$Rt dedicated and nondedicated protocols used by the component.

$\Psi$Rt is a class of ad hoc network routing which fuses either a proactive or reactive (on-demand) method for handling current routing scenarios with a major predictive capability that fundamentally uses a forecasting technique to peer into some future state of the network (or part of the network) to greatly increase the ability of the ad hoc network routing to timely respond to the entire range of network dynamics from slow to very rapid. Within the $\Psi$Rt context, a "forecast" is any intermediate lookahead step and the "prediction" is the result of all steps leading up to the final (predicted) outcome. $\Psi$Rt will operate correctly with any general network architecture such as hierarchical or flat. $\Psi$Rt will also correctly operate by itself or as part of a hybrid routing scheme such as Temporal Transition Network Protocol (TTNP) or Zone Routing Protocol (ZRP). $\Psi$Rt is adaptable to the environment that it is inserted into.

Contrary to the current state of thinking in ad hoc network routing, proactive and reactive methods are not capable of adequately addressing a broad class of network routing (including route discovery, route maintenance, route failure and topology discovery) problems which are a dominant type of problem in many important applications. Both proactive and reactive methods are only capable of addressing current routing scenarios and even then, they are only capable of handling light to moderate network topology dynamics. Such rates are relative to the number of nodes in the network, the bandwidth of the communications links, the number of source-destination pairs, and the quality of the links.

FIG. **1** is a snapshot of an example network **100** of mobile nodes **12** showing the wireless links **14** connecting nodes. The application that this network is connected to is time-critical and cannot withstand the delays imposed by an on-demand route discovery approach. This network has too many nodes or is too power-constrained to do frequent-enough updates of the network topology by the source node $S_n$. This rules out a proactive MANET routing approach. Therefore, the designer would typically choose a reactive

US 7,382,765 B2

5

(on-demand) routing method because that is the only other conventional fundamental class of routing methods available.

At some point in time, a request is made for $S_n$ to send information to the destination node $D_n$. The route is not in the route cache of $S_n$ and therefore the reactive route discovery process is activated and discovers Route 1 (R1) and Route 2 (R2). Because there are severe restrictions on the time constraints allowed to discover a route, the discovered Routes 1 and 2 are too late to be useful. This routing problem is solved by the availability of psiactive routing $\Psi$Rt that has the ability to form some routes or route segments, e.g. nodes Y1 and Y2 and the link between them, before the routes are even needed. The general attributes of this new routing method include using application information to predict when and to where routes will be needed, using link/node/path predicted dynamics to improve route construction and robustness, providing for the preconstuction of some routes and partial routes (route segments) that are likely to be stable at the time needed, to be placed into $S_n$'s route table (cache) before these routes are actually needed, improving the real-time response capability (i.e. a super real-time response) with potentially less overhead, and using $\Psi$Rt combined with many existing routing algorithms. The basic technology approach then breaks into three distinct, but interconnected parts: predicting routes that will be stable at the point in time required by the application; activating those routes when appropriate; and maintaining those routes until and after they are needed for some period of time.

Referring now to FIGS. 2 and 3, a method for operating a mobile ad hoc network 10, e.g. by discovering routes from a source node to a destination node, will now be described. The network 10 includes a plurality of mobile nodes 12 including the source node S and the destination node D with intermediate nodes therebetween. The nodes 12, such as laptop computers, personal digital assistants (PDAs) or mobile phones, are connected by wireless communication links 14 as would be appreciated by the skilled artisan.

The method begins (FIG. 3; block 80) and includes predicting future-needed routes in the network 10, a route comprising a set of wireless communication links 14 and mobile nodes 12 from a source S to a destination D. Predicting future need routes preferably includes predicting a need for future communications between at least two of the plurality of mobile nodes and may be based upon fuzzy logic. Such a need is typically based upon current and historical traffic data, for example. Future-network dynamics and/or topology are predicted (block 82), and routes, including partial routes or complete routes, are discovered (block 84) along predicted future-needed routes in the network based upon the predicted future-network dynamics and/or topology. Also, the method includes (block 86) storing the routes, e.g. in a route cache or table, for future use, before ending at block 88. The method may also include predicting future stability of links 14 and nodes 12 along predicted future-needed routes including each node predicting and transmitting link and node stability information to other nodes (block 83).

In the method, predicting future-network dynamics may include monitoring current-network dynamics, and discovering routes may include discovering routes from a proxy-source node to a proxy-destination node. The proxy-source node and proxy-destination node are preferably chosen based upon predicted future stability of links 14 and nodes 12 along predicted future-needed routes. Typically, the

6

source node S transmits a request to the proxy-source node to establish a partial route from the proxy-source node to the proxy-destination node.

Link and node stability information may be transmitted to other nodes 12 via replies to route requests, and future-needed routes may be predicted based upon at least one of mission plans, schedules, planned traffic patterns and network management data. Furthermore, predicting future-network dynamics (block 82) preferably includes predicting future route failure and/or predicting future route maintenance, as will be described in greater detail below.

More specifically, predicting route failure may include generating route failure metrics including link failure metrics and node failure metrics for each route which may include estimating node mobility and/or radio frequency (RF) propagation characteristics. Route failure metrics may be broadcast to other nodes in the network. Predicting route failure may also include determining a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics.

Performing predictive route maintenance may include discovering alternative routes, e.g. by predicting the future viability of alternate routes to replace routes predicted to fail, increasing transmission power on a link to reduce route failure, allocating additional channels on a link to reduce route failure, and/or determining whether alternate routes are stored in the route tables/cache to replace routes predicted to fail.

$\Psi$Rt has many different network parameters that it can predict given proper sampling and timely processing of the target data. One such category of parameters predictions is the node and link dynamics, for example. There is a tradeoff between longer routes through more stable links and nodes versus shorter routes that may use some less stable links and nodes. This is analogous to a pilot safely flying the long way around a severe thunderstorm and arriving at the destination instead of taking the short way through the middle of the thunderstorm and risking not getting to the destination at all.

Predicted node and link dynamics can be used with reactive, proactive, hybrid, hierarchical, and structured flat routing approaches. If used in a structured network such as Hierarchical Reactive Routing (HRR), predicted node and link dynamics can optimize cluster formation. As discussed above with reference to FIGS. 1 and 2, $\Psi$Rt can predict partial routes (route segments) where portions of a route may be unstable, and therefore need frequent rerouting through or avoiding altogether, while other route segments in the route are predicted to be stable enough to be utilized at the future needed time.

These predictions also can be used to optimize required updates of routing information for ad hoc routing protocols, for example, in proactive protocols such as Optimal Link State Routing (OLSR), to adaptively control the period of routing information broadcasts for each node based on predicted link and node dynamics at that node. This can lead to significant savings of overhead information in the overall network and therefore freeing more of the overall network bandwidth for non-overhead information. In a similar fashion, hybrids (e.g. TTNP) and hierarchical (e.g. HRR) can be so equipped to optimize routing information broadcasts. Predicted link and node dynamics can also be used in multiple path routing. For multiple path routing, these predictions could determine the number of paths required, selection of backup routes to provide more robust delivery, and the coding overhead for network time coding.

Specifically, these traffic predictions include traffic loads, sources and sinks. For example, mission plans could indicate

US 7,382,765 B2

7

when certain nodes need to exchange information. If a reactive protocol such as AODV is used by ΨRt, AODV would be stimulated to do route discovery before the route is actually needed. This enables AODV to behave more like a proactive routing method. If a proactive protocol like OLSR is used by ΨRt, the topology update period of the network, or some subset of it, could be adjusted according to the predicted routing needs of the network. The general capability to adjust the full/subset network topology update period using ΨRt's predictive capabilities is further discussed below.

Various general entities that comprise a ΨRt network will now be defined. These are illustrated in FIGS. **1** and **3**. A link **14** is the most atomic connection in a ΨRt network and is simply the physical link between any two nodes **12**. A node **12** is the end point of a link **14**. Information describing the node includes an ID (IP address, ATM address, etc) and positional information if available. A route segment RS is a set of links and nodes grouped together to form a reusable entity in potentially more than one route. Nothing in the definition requires these links to be spatially contiguous or the nodes to be adjacent to (within 1 hop of) at least one other node in the RS. For example, in FIG. **1**, Segment **1**'s links are contiguous, but Segment **1**'s nodes are not all within 1 hop of at least one other node in RS **1**. A segment link set (SLS) is an RS minus its nodes. A segment node set (SNS) is an RS minus its links. A route is a set of route segments whose union forms a contiguous path from the source S to the destination D. A route link set (RLS) is a route minus its nodes. A route node set (RNS) is a route minus its links. A proxy source node ($pS_n$) is an intermediate node in a route that is the beginning node of a RS in that route. This definition rules out the actual source node $S_n$ from ever being a $pS_n$ and vice versa. A $pS_n$ is so named because it functions as a substitute $S_n$ under certain circumstances. A proxy destination node ($pD_n$) is an intermediate node in a route that is the terminating node of a RS in that route. This definition rules out the actual destination node $D_n$ from ever being a $pD_n$ and vice versa. A $pD_n$ is so named because it functions as a substitute $D_n$ under certain circumstances. A source destination subset (SDS) is the allowed subset of possible destination nodes for the designated source node. The limiting case is the entire network. A notable special case is a formal subnet.

When a route segment RS is created, a route segment profile also gets created which contains the following information. A segment link set profile (SLSP) which is the ordered SLS for this segment. This ordering may change over time as well as the ordering parameter(s). A segment node set profile (SNSP) which is the ordered SNS for this segment. This ordering may change over time as well as the ordering parameter(s). A time dependent segment stability profile (TSSP) which can be any type of descriptor such as a mathematical function (deterministic, statistical, fuzzy), set of heuristic rules, etc. combined with accumulated node and link status/state information that together track and forecast the way in which a route segment changes over time. For example, one of the simplest descriptors is a linear function characterized by the link quality and node dynamics for that route segment. Each link and node associated with this descriptor would have the same stability profile function, but with different slopes which represent different rates of deterioration and restoration. Link and node availability data would be collected at various times for the links and nodes in this segment and processed by the descriptor. This is a very effective conceptual mechanism for repre-

8

senting RSs with any type of stability from highly unstable to essentially permanently stable segments.

When a route is created, a route profile also gets created which contains the following information. A route segment set profile (RSSP) which contains the ordered set of route segments (RS) that make up the set of links in this route segment. This ordering may change over time as well as the ordering parameter(s). A time dependent route stability profile (TRSP) which can be any type of descriptor such as a mathematical function (deterministic, statistical, fuzzy), set of heuristic rules, etc. that track and forecast the way in which a route changes over time with respect to which route segments connect/disconnect to this route. For example, one of the simplest descriptors is a linear function characterized by the link quality and node dynamics for that route segment. Each segment associated with this descriptor would have the same stability profile function, but with different slopes which represent different rates of deterioration and restoration. Segment availability data and intersegment interaction data would be collected at various times for the segments in this route and processed by the descriptor. The TRSP is a very effective conceptual mechanism for representing the stability of a route with respect to entire route segments. The TRSP indicates a higher order of stability in the network than what the examination of individual links and nodes would show.

A system aspect of the invention will now be described with further reference to FIGS. **4** and **5**. As discussed, the mobile ad hoc network **10** has a plurality of wireless mobile nodes **12**, and a plurality of wireless communication links **14** connecting the nodes together. Each mobile node **12** includes a router **20** that has a communications device **22** to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links **14**. Also, the router includes a controller **24** to route communications via the communications device **22**. Also, a memory **26** may be included as part of the controller **24** or in connection with the controller.

The controller **24** includes route tables **36** to define partial and complete routes in the network **10**. Again, a route is a set of links **14** and nodes **12** from a source to a destination. The controller also includes a route-need predictor **32** to predict a need for future communications between at least two of the plurality of mobile nodes, and a topology and/or dynamics predictor **34** to predict future-network topology and/or dynamics. The controller **24** also includes a route discovery module **30** to discover routes, including partial and/or complete routes, based upon the need for future communications and the predicted future-network topology. The route discovery module updates the route tables **36** via a route discovery process.

The route-need predictor **32** may predict the need for future communications based upon fuzzy logic "if-then" rules and statistical numerical forecasts as will be described in greater detail below. As will be discussed, the route-need predictor **32** may store descriptive information of the network including at least one of physical and operational characteristics of the network which is samples and updated. Here, the route-need predictor **32** would preferably include a knowledge base of fuzzy if-then rules.

The topology and/or dynamics predictor **34** preferably includes a route failure predictor to predict failure of routes defined in the route tables/cache **36**. The route failure predictor generates route failure metrics including link failure metrics and node failure metrics, and may estimate node mobility and/or RF propagation characteristics to generate the route failure metrics. The route failure predictor also

US 7,382,765 B2

9

determines a mean time to failure (MTF) for a route from a source to a destination based upon the route failure metrics, as will be described in greater detail below.

A route maintenance module **40** performs route maintenance in the network based upon predicted route failure. For example, the route maintenance may direct the route discovery module **30** to discover alternative routes to replace routes predicted to fail. Alternatively or in combination, the route maintenance module **40** may increase transmission power on a link to reduce route failure, allocate additional channels on a link to reduce route failure, and/or determine whether alternate routes are defined in the route tables/cache **36** to replace routes predicted to fail.

The general architecture of ΨRt (ΨAr) is built upon the premise of identifying and defining the components of ΨRt such that these components and their external ΨRt parameters are not dependent upon any particular application or general protocol stack. This defined generic set of external ΨRt interface parameters require whatever protocol stack and application is chosen by the applications systems design to conform to the ΨRt interface specification. Such conformation could required the specific applications system to create these parameters through a custom parameter conversion or extraction process. The architecture of each major component is kept separate from ΨAr so as to further preserve this independence.

FIG. **6** shows the general architecture of ΨRt (ΨAr) including the interfaces (IF) between the six major functional components that form ΨRt and an example protocol stack on the left. Other protocol stacks may be architected differently, but the set of interfaces (IF) must still provide ΨRt with the information in the parametric forms discussed below. IFs are in general customized for the particular stack and application although a set of generic IFs should be available as templates or defaults for each broad type of protocol stack.

As seen from FIG. **6**, the six major components are ΨControl (ΨCn), ΨRoute Prediction (ΨRp), ΨRoute Discovery (ΨRd), ΨTopology Discovery (ΨTd), ΨRoute Failure Prediction (ΨRf), and ΨPredictive Route Maintenance (ΨRm). For drawing clarity, ΨCn is not shown as explicitly connected to any one of the other components even though there actually are two-way connections/arrows between ΨCn and all the other major components of a ΨRt.

ΨCn is the overall controller or manager for ΨRt. ΨRp predicts future new routes and route segments. ΨRf predicts the failure of routes. ΨRm predicts what should be a fix for a predicted future route failure so that when the route failure actually occurs, assuming it does, the time to discover such a fix is reduced or altogether eliminated. ΨRd is the route discovery function that ΨRp and ΨRm uses to discover new routes/route segments. ΨTd is the topology discovery function for ΨRt.

ΨRt does not explicitly address how any of these six components are physically mapped to any given node or subset of nodes. It is the philosophy of ΨRt to leave the physical mappings to the targeted application or to the designer of the network that must support one or more applications. However, one could argue that it is preferable to have all of these components on each node provided the physical resources of the node will support all of these components residing simultaneously on each node and provided there are no other concerns, such as security, about having so much functionality on each node. The requirements, strategies, reasoning and candidate network architectures for how fully distributed functionality should be in a network should be determined by the network designer.

10

Conceptually, ΨRt is independent of such mappings. However, for reasons such as throughput, security and energy-constrained nodes, some distributed architectures would naturally be preferable to others depending on the circumstances.

As seen in FIG. **6**, there is direct interaction of the five layers of network communications on the left and the five non-control components of ΨRt although the interaction is not a one layer to one component mapping. ΨCn provides the controls for directing the other five components in a coherent, symphonic operation and its external interfaces are discussed separately in the ΨCn section. Details of each of these components follows.

Application layer-derived data is distributed to ΨRp, ΨRm and ΨRf. This data includes information such as mission plans, schedules, planned traffic patterns, network management data and explicitly-specified future routes. Physical layer information is distributed to ΨRp and ΨRf. Physical layer-derived data includes node mobility limitations, node power specifications and antenna pointing properties. Datalink layer-derived information such as link metrics, node metrics and snapshot topology updates is distributed to ΨRp, ΨRd, ΨRm, ΨRf and ΨTd. However, not all this datalink layer information is sent to each ΨRt component. Transport layer-derived information such as congestion statistics, flow information, and general traffic management information is distributed to ΨRf and ΨRm.

The network layer serves as the mechanism for forwarding information to ΨRd and ΨTd. ΨRt does not explicitly extract this information from these layers, but depends on a separate interface typically written by the application to extract these parameters. The default for ΨRt is to use its set of generic network stack interfaces as the templates for any particular application to utilize ΨRt. One of the distinctive hallmarks of ΨRt is its ability to utilize information from many of the classical layered structure for network communications and yet still function in a less optimal mode should some of this information not be available to ΨRt. Applications, such as mission planning would still function without the network, but the network would use mission planning information if available for improving route prediction.

An example execution flow of a ΨRt network including a large number of mobile nodes is presented below. This example network is using AODV (ΨRt/AODV) as the conventional routing component of ΨRt. AODV (Ad hoc On-demand Distance Vector) is a reactive routing method. A different reactive method, such as Dynamic Source Routing, could be appropriately substituted for AODV as be required by the system. A similar set of steps be developed for a ΨRt/OLSR (Optimal Link State Routing) or using some other proactive method.

1 ΨCn is activated by the system at network initialization and assumes control of the activation of ΨRt including the conventional routing component (AODV) of ΨRd.

2 Ad hoc network routing is initialized using AODV.

3 Route caches (tables) get built for various nodes as route requests are generated.

4 At some point in time, ΨCn activates ΨRp which in turn takes control from AODV when one or more of the following conditions are met.

　　Designated sets of network stability conditions 1) reach a certain level or 2) track to a specified pattern of change in an area of interest (AOI) in the network.

　　Some nodes in one or more designated areas of the network start moving too rapidly to be reliably considered a part of route under current discovery.

US 7,382,765 B2

11                                                                 12

Nodes move from one part of the network to an area of uncertain, not necessarily unstable, conditions that could affect the ability to use AODV with some minimal predictable level of reliabilty.

ΨCn receives instructions from an application that communications will be needed among some set of network nodes at some point in the future, but not needed at this time.

The network response to the engagement of ΨRt is as follows.

5 ΨCn multicasts a message to the relevant nodes in the affected areas.

6 Message is specifically directed toward the ΨRp, ΨRm or ΨRf components. ΨRd and ΨTd are slaves to the other components of ΨRt.

7 Message is to predict one or more routes for the designated AOI, predict failures in the AOI or to predict the route maintenance solution to a failure before the failure occurs.

8 Message goes out to the entire network or to designated subsets of it.

9 From this point on until the network is shut down, route tables (caches) are modified by both the predictive components of ΨRt and by the more conventional, non-predictive component of of ΨRt (in this case, AODV).

10 Through the execution of ΨRt, collected data is recorded in the associated TRSPs and TSSPs.

11 Create and update the information bases of the associated TRSPs and TSSPs to track the stability and state of each of the network components (nodes, links, segments, and routes).

12 Not all the collected data in these information bases need come from just a route cache analysis.

This and other related data can also be collected from separate QoS and traffic management information bases if those services have collected such data. This data can also come directly from nodes transmitting link and node status.

As mentioned above, ΨRt does not fundamentally dictate the mapping of control to a single or any particular group of nodes in the network. Therefore, ΨCn could be distributed to every node in the network or be restricted to one or a few selected nodes depending on the designer's requirements and preferences. The other components of ΨRt are not restricted to residing on the same node with ΨCn. As in all cases with a network in which ΨRt is present, ΨCn actually activates the other components of ΨRt according to external information supplied to ΨCn. One tactic is to activate ΨRt on a periodic basis with the period determined by network conditions. Conditions that could cause a periodic activation of ΨRt are expected changes in node deployment patterns at certain times, regular rapid additions/deletions of nodes in the network and predictable changes in directional antenna pointing effectively turning on and off links between nodes for some period of time. Another tactic is to activate ΨRt according to the outputs of a mission plan which are interpreted by the ΨRp module. In a hybrid network, the availability of ΨRt and not necessarily its activation, could be controlled by the switching logic of the hybrid. For example, a network using the Temporal Transition Network Protocol (TTNP) uses various stability conditions to determine when and where to switch from using a proactive routing protocol to using a reactive routing protocol and vice versa. The general version of TTNP is not limited to just proactive and reactive protocols. TTNP could also include

ΨRt as part of the hybrid. Therefore, activation of ΨRt in a TTNP network would be controlled by some specified set of network stability conditions.

On the other hand, ΨRt, specifically ΨCn, will not always be activated in a hybrid ad hoc network and therefore would be unavailable to exert any control during the unavailability period. When active, ΨRt will need to know what happened in the network during its "blackout" period. It will be the responsibility of the hybrid network controller to send the appropriate set of messages to ΨRt in order to sync the ΨRt knowledge and databases with the current state of the network.

As also seen in FIG. 6, ΨCn has direct ΨRt-external interfaces to the application and physical layers. The following is a list of the information that is passed from the application and physical layers over these interfaces to ΨCn and vice versa. ΨCn will be activated typically at system bootup.

1 Message to the node(s) containing ΨCn notifying them of the ΨRt functional component configuration of a given target node or set of nodes in the network. Functional component configuration refers to which functions from the set (ΨRp, ΨRf, ΨRm, ΨTd, ΨRd) that the target node or set of nodes are configured with. This interface message would in general utilize whatever services publishing/discovery method resides on the network.

2 Message or signal to ΨCn to wakeup (activate) the other components of ΨRt

3 Message or signal to ΨCn to shutdown (deactivate) the other components of ΨRt

4 Message to ΨCn to monitor a timer (physical layer info) for when to activate/deactivate other ΨRt components

5 Message from application layer containing tactics for scheduling ΨRp, ΨRf, and ΨRm to run (These components first have to be activated.)

6 Get timer value

7 Set timer value

In the following discussion, "inputs" refers to information passed to ΨCn from one of the other components of ΨRt, and "outputs" refers to information passed from ΨCn to one of the other components of ΨRt. For specific communicated information (request, status response, etc) that is common between ΨCn and all the other major functional components of ΨRt, a single message is defined for each common communication item. The currently defined messages are included below. All other interfaces between ΨCn and the other ΨRt components is presented further below. Although the words "array", "list", "component" and other types of nouns are used in this document to refer to items, no implementation-specific construction is assumed. Therefore, it is of no intention in this document to specify whether a software designer implements an "array" as a formally-defined array, linked list, binary tree or any other computer science construct. That decision is left to the implementers of the concepts and entities identified in this document.

The Activate ΨRt Components ($T_n$, RequestorID, Ack, Component List) message includes $T_n$ as the network ID (IP address, ATM address, etc.) of the target node containing the components to be activated. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this activation request. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the component activation per requested component. If set to FALSE,

13

no such acknowledgement is to be sent by the target node. Component List is the list of components to be activated on the target node.

The ΨRt Components Activated (T$_n$, Component List) message refers to the currently activated ΨRt components on the target node. This message may be sent to any authorized node in the network. T$_n$ is the network ID (IP address, ATM address, etc.) of the target node containing the activated ΨRt components. Component List is the list of components currently activated on the target node. The Deactivate ΨRt Components (T$_n$, RequestorID, Ack, Component List) message includes T$_n$ as the network ID (IP address, ATM address, etc.) of the target node containing the components to be deactivated. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this deactivation request. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the component deactivation per requested component. If set to FALSE, no such acknowledgement is to be sent by the target node. Component List is the list of components to be deactivated on the target node.

The ΨRt Components Deactivated (T$_n$, Component List) message refers to the currently deactivated ΨRt components on the target node. This message may be sent to any node authorized node in the network. T$_n$ is the network ID (IP address, ATM address, etc.) of the target node containing the activated ΨRt components. Component List is the list of components currently activated on the target node. The node making the deactivation request is assumed to also have knowledge of which ΨRt components were activated on the target node. Therefore, this node or some other having the same knowledge of such activation could check to see if all ΨRt components on the target node have been properly deactivated.

For ΨCn Interface to ΨRp, the Predict Routes (T$_n$, RequestorID, SDS Set) message includes T$_n$ as the network ID (IP address, ATM address, etc.) of the target node supervising the actual prediction. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this prediction request. SDS Set is the set of Source Destination Subsets (SDS) for which this request for the prediction of routes is specified.

For ΨCn Interface to ΨRf, Route Failure Predicted (P$_n$, Component List) message includes P$_n$ is the network ID (IP address, ATM address, etc.) of the node predicting one or more route failures. Unless P$_n$ has standing instructions from ΨCn to automatically request ΨRm to predict a maintenance solution for the predicted route failure(s), P$_n$ must get instructions from ΨCn in order to determine what to do about the predicted route failure(s). The intent here is to keep ΨCn in control of this situation since ΨCn has a larger view of the network including the demands of applications under such circumstances.

The Auto Repair Predicted Route Failure AltRt (P$_n$,) message includes P$_n$ as the network ID (IP address, ATM address, etc.) of a node tasked with monitoring network node and link conditions affecting both predicted and non-predicted routes, predicting route failures, then utilizing ΨRm to predict the appropriate route maintenance solution, and then to save this solution in the appropriate location. If the solution is the prediction to use an alternative route (including even simple modifications to the failing route), then the predicted alternate route(s) are added to the appropriate route tables or cache, but not activated until actually needed. If the solution is not via the discovery and usage of

14

alternative routes, including simple modifications of an existing one, then P$_n$ will not automatically repair the route(s) using ΨRm. In these cases, ΨCn will take direct control of the route repair authorizations on a case-by-case basis and direct such types of repairs to whichever nodes have the resources to handle these repairs. For example, it may be that the appropriate maintenance tactic is to boost the transmission power or increase the sensitivity of the receiving nodes at just the right time. Control of this type of adjustment of may not be desirable to automatically give directly to a slave process such as ΨRm. Therefore, in such a case, ΨCn would not allow P$_n$ to automatically perform this type of route maintenance and would instead direct the nodes directly attached to the links which are predicted to fail at some point in the future, to either/or boost the transmission power between them or increase their receiver sensitivities. All this must be done at the appropriate future time or else undesirable side effects like using up limited battery power or interfering with surrounding communications too soon might happen.

For ΨCn Interface to ΨTd, The Execute Global Topology Update (T$_n$, RequestorID, Period, Ack) message includes T$_n$ as the network ID (IP address, ATM address, etc.) of the target node instructed to perform this topology update. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this global topology request. Period is an integer number of network system basic clock cycles at which T$_n$ is to perform a global topology update. If Period is set to 0, the global topology update by T$_n$ is only performed once and not subsequently reexecuted by T$_n$ unless T$_n$ receives another explicit message to do so. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the global topology update each time such update is performed whether as a single event or as a periodically scheduled event. If set to FALSE, no such acknowledgement is to be sent by the target node.

The Global Topology Update Completed (T$_n$) message refers to the currently deactivated ΨRt components on the target node. This message may be sent to any node authorized node in the network. T$_n$ is the network ID (IP address, ATM address, etc.) of the target node containing the activated ΨRt components. The Cease Global Topology Updates (T$_n$, RequestorID, Ack) message includes T$_n$ as the network ID (IP address, ATM address, etc.) of the target node instructed to cease executing the global topology updates. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this global topology request. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of that is has ceased the global topology updates. If set to FALSE, no such acknowledgement is to be sent by the target node.

The Execute Topology Microbursts (T$_n$, RequestorID, NumBursts, Period, Ack, RSSP_List) message includes T$_n$ as the network ID (IP address, ATM address, etc.) of the target node instructed to perform this topology microburst. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨCn function which is making this topology microburst request. NumBursts is the number of samples of the topology from the same limited area of the network. Period is an integer number of network system basic clock cycles at which T$_n$ is to perform this topology update. If NumBursts is set to 1, Period is ignored. Ack, if set to TRUE, requests an explicit acknowledgement from the target node of the success of the microburst topology update each time such update is performed whether

US 7,382,765 B2

15

as a single event or as a periodically scheduled event. If set to FALSE, no such acknowledgement is to be sent by the target node. RSSP_List is the set of RSSPs covering the entire portion (could be the entire network) of the network for which the topology update was requested.

The Topology Microburst Request Status ($T_n$, Status) message includes $T_n$ as the network ID (IP address, ATM address, etc.) of the target node containing the activated ΨRt components. Status is set to 1 when the request is completed. Status is set to 0 if it is on-going. Status is set to −1 if this request has failed. No such interim or final status is reported to $T_n$ unless Ack is set to TRUE in the "Execute Topology Microbursts" message.

For the ΨCn algorithm, the following steps may be used:

1 External factors signal ΨCn to wake up the other components of ΨRt;

    These external factors could include the mechanism used to switch from one routing method to another routing method in a hybrid network;

2 ΨCn signals ΨTd, ΨRp, ΨRd, ΨRf and ΨRm to wake up from their inactive state;

3 ΨCn initially schedules ΨRp, ΨRf, ΨTd (global updates only) and ΨRm to run according to tactics specified by the application layer,

    Examples of the scheduling of these components can be periodic, aperiodic according to a mission plan, or according to a variety of network conditions such as degrading QoS, rapid changes in node density in parts of the network, etc.;

4 ΨRp, ΨRf, ΨTd (global updates only), and ΨRm continue to execute according to the above chosen scheduling plan;

5 ΨCn may receive and subsequently process requests from ΨRp to instruct ΨTd to perform limited area topology updates at some frequency (topology microbursts);

6 ΨCn may receive and subsequently process requests from ΨRp or an application to change the global topology update rate;

7 ΨCn continues to oversee the flow of ΨRt until being directed by an external signal to suspend or completely deactivate ΨRp, ΨRd, ΨRf, ΨRm and ΨTd;

8 If ΨRt has not been actually shut down, then go to step 1, otherwise Stop.

Data, such as mission and historical node movement data, are used to to forecast the need for communications between two nodes at some point in the future. ΨRp will attempt to satisfy this need by predicting from a variety of information what the network will topologically look like at the time the route is actually needed, determining the likelihood that a complete route can be predicted for the appointed future time, and identifying parts of the full route (route segments) that could be reliably predicted in the event it is deemed too hard to predict the full route.

The prediction engine described in this section is also used as the fundamental prediction engine for ΨRf, but with different logic wrapped around the engine for ΨRf since the goals of these two components of ΨRt are different. The predictor makes both local and global predictions. Local predictions will seek to use applications information such as mission plans, to predict the need for new routes. Other types of local predictions can include node and link stabilities. Stability type predictions are propagated to other nodes via topology updates and/or node beacons along with other link/node metrics. For example, these metrics could be returned in route replies for "conventional" MANET reactive routing schemes such as Ad Hoc On-Demand Distance

16

Vector (AODV) or Dynamic Source Routing (DSR). These stability predictions are then used to adapatively control the required frequency of topology updates.

Global predictions have a number of traits. The predicted stability of various routing paths to a $D_n$ can be obtained from aggregating the link stabilities received via topology updates, beacon transmissions or from route replies. Acquisition of routing path stabilities from these mechanisms will allow regions of the network to be classified from low to high stability. Stable areas of the network can more likely support stable routes or partial routes than can less stable areas of the network. The terms "low" and "high" are considered to be "fuzzy" to endow global stability predictions with some robustness.

Quality of service (QoS) could also benefit from these global predictions. A QoS network component can use ΨRt's predictions to determine the likely frequency of route failure and the number of multiple routes needed to support a required class of service. Thus, when QoS classes of service are required for applications, the bond between the routing component and the QoS component becomes strong should the designer choose to use the predictive capabilities of ΨRt. Indeed, combining these two components in this way results in QoS-based routing schemes as opposed to applying QoS to routes discovered independent on QoS metrics.

Generally, route segments that are expected to be part of actual route future complete routes, are likely to be predicted more often than the future complete routes. The reasons for this are three-fold. First, in a highly dynamic network such as is the general case of a MANET, frequent topological changes mean that there will be more opportunity for a predicted full route from $S_n$ to $D_n$ to break up, than for selected, relatively stable parts of the route called route segments. As discussed above, these route segments would be specified by ($pS_n$, $pD_n$) pairs except at the boundaries of the associated routes. In other words, conceptually the highest probability of ensuring predictions being stable over the period of time needed to establish and utilize the route is accomplished by predicting route segments instead of entire routes. The boundary node in each segment closest, in terms of the selected routing metric or measure, to the $S_n$ is designated as the $pS_n$. The terminating boundary node in the route segment is $pD_n$. If $S_n$ or $D_n$ are part of a given predicted route segment then those nodes, and not their counterpart proxies, form the predicted route segment. This would result in route segments of the forms ($S_n$, $pD_n$) or ($pS_n$, $D_n$).

The node controlling the prediction process for the desired pair ($S_n$, $D_n$) preferably tracks and manages this segmented route prediction to ensure that by the time the entire route is needed to be activated for use, an entire route has been discovered and set aside for this purpose. This route segment prediction tracking and management function is an important part of the ΨCn component that initiated the prediction request.

Second, time constraints may limit the future route discovery window. Tactically valuable route segments could be prediscovered and preloaded into selected nodes' route tables/caches thereby shortening the future full route discovery process. There may also not be enough time available to discover complete future-needed routes, but there could still be enough time to discover segments of these routes. The settling time of the network for the discovery of any particular route is a major factor here.

Third, network bandwidth may become a significant limitation in the current time slots in which such route prediction should also take place. Therefore, the route dis-

US 7,382,765 B2

17

covery process would be a candidate for shortening since that adds to the overhead traffic in the network. The challenge here is to minimize the route discovery overhead during certain periods of time by finding only the "right" number of route segments during these bandwidth-restricted slots vs. trying to find the full route which would require more total network bandwidth during peak times.

These discussions imply that the application tactic of choice for route prediction is to be selective in the route segments chosen to be used for prediction. As will be discussed below, $\Psi$Rf and $\Psi$Rm can identify and repair many of these routes before such problems arise or at least shorten the response time to failures. However, frequent route and route segment maintenance activities tend to significantly diminish the throughput of the network even to the point of being critical at times. Therefore, the best general strategy is to reduce the need for route repairs by limiting the number of nodes in the predicted route segment based on the expected stabilities.

$\Psi$Rp tracks the topological changes in the network using both global and localized network topology updates some of which are similar to that of current routing methods such as Optimal Link State Routing (OLSR). A separate discussion on $\Psi$Td is found below.

Not all nodes need to be $\Psi$Rp enabled nor, due to potential physical (power, processor type, memory capacity, communications capabilities) or information access limitations, can all nodes necessarily be so enabled. This is one of the justifications that leads to possibly restricting the number of nodes in a $\Psi$Rt network with the $\Psi$Rp ability. These "advantaged" nodes, called $\Psi_c$ (prediction control nodes), would then be able to make requests to other nodes or itself to get (retrieving from a route table/cache or discovering from scratch) routes or route segments that are predicted to be needed at some point in the future. If a route or route segment exists in the node that this request is sent to, then such a request would also have the effect of telling that node to not let that route expire until some amount of time after the route is to be actually needed.

There are a number of basic requirements that should be met for this predictor to be effective in a general MANET environment. There is no particular ordering the following list.

1 A predictor must be on-time implementable.

 A real-time implementation that keeps up with every microchange in the network is not in general necessary. On-time becomes real-time in the few cases in which these microchanges are critical.

 Improved hardware and bandwidth may help in specific applications, but not in the broadest sense of applicability.

2 A broadly applicable predictor must not require the collection of a lot of data (<100 data points) before being able to make a reliable prediction.

 This is more than just a real-time consideration. Collecting a lot of data would often not even be possible because all meaningful collection could frequently occur only over a few data points.

 The collection of a large quantity of such data simultaneously by many nodes in the network could result in too much overhead and threaten the available data bandwidth and timely response of the network.

3 A predictor must be robust in that it can issue reliable predictions even when relevant network conditions are "somewhat" outside the norm that the designer expects.

18

4 Predictors need not necessarily be complex, but the behavior of a predictor itself must stay within the bounds of acceptable predictability of the applications they serve.

5 The technology foundation of this strategic, fundamental predictor must be robust enough to function well regardless of the priority ordering of the above requirements in this list.

 This priority ordering could vary from application to application.

Candidates for the predictors for problems of a dynamically-changing MANET could be based on fuzzy logic, descision trees, rule induction or combinations of these. Nonparametric statistical or deterministic analysis is used to preprocess the data before sending to the actual predictor.

Based on the requirements outlined in section above, the $\Psi$Rp predictor method uses a fuzzy rule-based approach (not rule induction). The $\Psi$Rp example in this document uses deterministic node deployment information from the application layer, statistically-derived numerical data forecasting actual movement of nodes over time, and link stability information. In a general application of $\Psi$Rp, multiple types of data would be used and not necessarily of the types used in the example in this document, although these three types of data are in general very useful for route prediction.

$\Psi$Rp is composed of nine components. These components are:

1 Database ($\Psi$Db)
2 Sampling and Database Update and Tactics (SDUT)
3 Knowledge Base ($\Psi$Kb)
4 Sampling and Knowledge Base Update and Tactics (SKUT)
5 Statistical Numerical Forecasts (SNF)
6 Information Structure Interface (ISI)
7 Fuzzifier ($\Psi$Fz)
8 Reasoning Engine ($\Psi$Re)
9 Defuzzifier ($\Psi$Df)

Each of these components is described below with the algorithm for using these components for the predictive functions of $\Psi$Rt discussed further below.

The database includes data-sets which are collected during the actual operation of the network and data which is preconfigured into the database. The database typically contains information that is typically descriptive of physical or operational characteristics of the network. Preconfigured data may be constants or default values for physical characteristics of nodes. The data may be either numerical or textual in form. Much of the information in the database is retrieved from and relevant to the physical and application layers. The following is a list of information that should be acquired when possible and placed into this database to facilitate more accurate and useful predictions.

1 Initial number of nodes in the network;
2 Maximum number of nodes allowed in the network (irregularly, if ever sampled);
3 Location of each node (frequently sampled);
4 Maximum possible or permitted speed of each node
5 ID of each node—often an IPv4/v6 or ATM address (sampled);
6 Allowed power capacity of each node for communications
7 Node communications power utilization rate;
8 Current remaining power capacity for communications (sampled);
9 Expected locations of nodes at planned times;
10 Probability associated with each of the expected locations of nodes at the planned times;

11 Predetermined pairs or groups of nodes that are planned to be in communication with each other at various times;

12 Predefined movement patterns of nodes;

13 Planned removal of nodes from service;

14 Planned activation of nodes into service;

15 Predetermined required source routing paths;

16 Permitted location boundary of a node's movement;

17 Node movement rate—speed and acceleration (frequently sampled);

18 Node transmit distance;

19 Node receive distance;

20 Antenna type (omnidirectional, directional, unidirectional);

21 Current pointing direction (if directional) of antenna;

22 Planned future antenna pointing directions;

23 Link quality (stability, reliability, availability, etc).

These parameters, e.g. power-related information, are generic to $\Psi$Rt but are derived by custom interfaces (see FIG. 6—IF) which process very layer-specific information and output parameters needed by $\Psi$Rp and some other components of $\Psi$Rt. This is the tactic used to ensure $\Psi$Rt and all its components are transportable to any type of network composed of any type of hardware, MACs, mission plans, etc. Specifically, $\Psi$Rp will convert some of these to fuzzy values (fuzzify) before further usage.

Since $\Psi$Rp is prediction for the purpose of routing, the sampling strategy must support the database update requirements for the types of information collected and the validity of the information. Typical types of information are the items identified as "sampled" in the list of database information types above. The need for many nodes to hold large databases and sample information across the network can consume a significant percentage of the needed total network bandwidth, occupy too much of a node's memory and drain a node's power reserve. Therefore, "right-sizing" the database is critical as are the tactics for the efficient and timely synchronization of databases across multiple nodes.

Node position data is acquired by two types of sampling mechanisms with each mechanism sampling at two different timescales or frequencies (low frequency, low resolution position and high frequency, high resolution position). The first sampling mechanism uses a route discovery technique to acquire relative node positions at link-level resolution. The second sampling mechanism uses coordinate position data transmitted directly by either the node that the position data applies to or by another node that is designated to transmit its position data for other nodes in the network.

$\Psi$Rp issues a request for $\Psi$Td to perform "low frequency" global topology updates at the current low frequency rate. Detailed discussion of the actual Psiactive topology discovery process is presented below. $\Psi$Rp uses low frequency-acquired position data to isolate subsets of the nodes from which route and route segments are to be predicted. This overall low frequency assessment rate is application dependent and is initialized with a predefined rate provided by the designer. After initialization, this rate is adjusted as necessary as a result of $\Psi$Rp assessing the overall success of providing reliable, ontime routing for the application.

$\Psi$Rp issues a request for $\Psi$Td to perform "high frequency" global topology updates at the current high frequency rate. $\Psi$Rp uses high frequency-acquired position data for specified subsets of the network to calculate estimated node velocity (speed and direction) of all the nodes in the subset. This high frequency rate is application dependent and is initialized with a predefined rate provided by the designer. After initialization, this rate is adjusted as neces-

sary as a result of $\Psi$Rp assessing the overall success of providing reliable, ontime routing for the application. The acquisition and decreases as the data acquisition frequency decreases.

Each node can independently collect data and store it in its local database. Generally, each node node's database is not only different from other nodes' databases in the numerical values of data items, but also in the types of data items collected. Since $\Psi$Rp that is being hosted on one node will in general need to obtain information contained in the databases of other nodes on some scheduled basis in order to make intelligent, informed predictions, it is essential that the databases be synchronized with each other as necessary to ensure the integrity of the data. This means that some of the needed database may be distributed among many others save on local node memory resources, while other information must be duplicated across selected subsets of nodes. The updating of this duplicated data is generally done at some rate independent of any particular access by nodes in order to maintain real-time prediction throughput.

The $\Psi$Rp knowledge base consists of the following general categories of knowledge-encoded information: General system fuzzy If-Then rules; Applications specific fuzzy If-Then rules; Sampling strategy used to populate the database; and Tactics used to synchronize databases across multiple nodes.

The Statistical Numerical Forecasts part of $\Psi$Rp uses the Holt-Winters extension to the classic exponentially weighted moving average (EWMA) univariate forecasting procedure to produce the numerical forecasts (predictions) calculated at various timescales. Techniques such as Holt-Winters and EWMA are "ad hoc" techniques because no proper statistical model is associated with these types of techniques. Nevertheless, such forecasting methods have proven to be very useful and practical in practice. The results from each timescale serves as a separate numerical input into the overall $\Psi$Rp prediction. For simplicity, only two timescales are utilized resulting in statistical numerical forecasts that serve as two of the three major inputs into a fuzzification mapping. If sufficient computational power is available at the prediction nodes along with sufficient real-time or ontime data inputs to "blackout" period. It will be the responsibility of the (multiple timescale granularities) could be increased to improve prediction results as may be required by the application.

One input is a large time interval forecast (LTIF) and the second is a short time interval forecast (STIF). The third input into the fuzzifier is not necessarily directly based on $\Psi$Rp numerically-calculated forecasts and will be discussed later as input directly from the knowledge base. LTIF is the forecast based entirely on data, such as node movement and link stability, acquired long before the actual route has to be used. STIF is the forecast based entirely on the same data used for the LTIF except that the STIF applies only to this data acquired just before the actual route is to be utilized. The final numerical forecast is a weighted combination of STIF and LTIF.

In general, these weights are depend upon time with LTIF more heavily weighted than the STIF right after the requested route is predicted, but with less weight than the STIF near the time for actual first usage of the predicted route. These weights may be set one of three basic ways: 1) nonparametric statistical estimation, 2) parametric statistical estimation, 3) fixed deterministic values.

US 7,382,765 B2

21

22

The following is the set of equations used for the Holt-Winters forecasts for any timescale.

$$\hat{Y}_{t+P/t} = M_t + B_t P + C_{t+P,P} P = 1, 2, \qquad (1)$$

$$M_t = \lambda_0 Y_t + (1-\lambda_0)(M_{t-1} + B_{t-1}) \qquad (2)$$

$$B_t = \lambda_1 (M_t - M_{t-1}) + (1-\lambda_1) B_{t-1} \qquad (3)$$

$$C_{t+P,P}(Y_t - M_t) + (1-\lambda_P) C_{t-P} 0 < \lambda_0, \lambda_1, \lambda_P \leq 1 \qquad (4)$$

$\hat{Y}_{t+P/t}$ is the prediction of future observations P time period from the current time t period given the value of $M_t$, which is the prediction for the current value of Y at time t or $Y_t$. $B_t$ is the slope of the prediction equation which is interpreted to mean the local linear trend of the data series. $C_t$ is the "seasonal" component that in this case is considered to be additive in nature. Some seasonal components may be multiplicative in nature and therefore equation (1) would change to reflect this multiplicative nature. For discussion, the additive case is assumed. $\lambda_0$, $\lambda_1$, $\lambda_P$ are smoothing constants in the range specified above. These recursive equations permit the reuse of results from one time period earlier to calculate the current time period results for each of the above equations.

The mathematical difference between LTIF and STIF is the length of each time interval. The practical difference is the ability to "home" in on the optimal prediction given the data and knowledge base inputs without overloading the computational and network bandwidth of the prediction nodes and the network. Sampling and processing at different timescales means includes $T_n$ as the network ID granular timescale level as such a tactic would significantly increase amount of data to acquire and process. Another benefit of the multiple timescales is to rapidly acquire and discern features of the behavior of the network (nodes and links) which exhibit themselves most readily at some natural timescale or frequency. There is no requirement for the LTIF time interval to be an integer multiple of the STIF time interval. Optimally, the length of each interval should be set according to the demands of the application, although a generic STIF and LTIF can also be defined.

Fundamentally, ΨRP does not restrict the acquisition and analysis of data to the time domain. ΨRp may also be formulated in the frequency domain, but that means changing from the Holt-Winters set of equations to an equivalent set in the frequency domain. This is not discussed in this document since the time domain captures the essence of any formulation of ΨRp needed to present the concepts and functions of ΨRp.

The Information Structure Interface (ISI) is the combined interface between the external and internal components of the network and ΨRp. The external interfaces are discussed below. The internal interfaces are those interfaces interconnecting two or more of the 8 other major components of ΨRp to each other. ISI is mainly concerned with the presentation form of the data and knowledge that is being communicated to and within ΨRp. More optimum presentation of this data and knowledge means more efficient and easier-to-understand information transport and processing within ΨRp. One notable ISI component is the interface that extracts information in IPv4/6 protocols and converts it to forms recognized by various ΨRp components. The companion for this particular ISI component builds IPv4/6 packets from ΨRp information that must be transported over the Internet. Other such interfaces could exist for other types of transport protocols such as ATM and Frame Relay.

The ΨRp fuzzifier takes numerical information from the SNF and the knowledge base and maps them into a "fuzzy" space described by fuzzy sets. In a real world dynamic network, especially a MANET, the prediction problem will usually have some nonstatistically-quantifiable vagueness either in the target prediction itself or in the intermediate forecasts needed to arrive at the target prediction. For instance, mission plans may specify that at some given future time, it will be necessary to establish a route between a certain $(S_n, D_n)$ pair. The difficulty becomes how to specify the position and connectivity of nodes which would be candidates as the intermediate nodes in this route at the specified future time given a complex, many-body interaction problem. In other words, this problem has a very specific goal but to get there, must utilize vaguely-knowable future node, link and system state information.

Approaches such as statistical processing, including ad hoc methods like Holt-Winters, and conventional rule-based systems produce results which are too "brittle" to handle such problems. Brittleness is the opposite of robustness and therefore violates the rule discussed above which requires any predictor to be robust in its ability to handle vague specification of target routes. The present invention proposes to formulate this problem in fuzzy space with the appropriate fuzzy logic operators which together handle this type of vagueness and overcome the brittleness of more conventional approaches.

The fuzzy space mapping and fuzzy logic operations are used for the computation of information and for the formulation/evaluation of production rules. The net effect is to enable ΨRp to be more robust in its predictions than possible otherwise. Mathematically rigorous fuzzy logic is applied to combine inputs and produce the appropriate mapping. Another advantage of fuzzy logic is that it requires minimal computational and memory resources and can be readily backtracked to understand how the results were obtained.

The functions of Reasoning Engine (ΨRe) are to evaluate the production rules and to fuse multiple rules' outputs into a single fuzzy set. These rules may fire as a result of the inputs from each timescale and the ΨKb. ΨRe's basic problem is inherently fuzzy in nature, unlike conventional reasoning engines and the output from a fuzzy reasoning engine will typically be far less brittle than that produced by its conventional counterpart.

The Defuzzifier ΨDf is responsible for mapping the output of ΨRe into a numerical value, range or set of values which is then the proper forecast (prediction) to be used by ΨRt. Although not part of ΨRp per se, ΨRt may choose to collect multiple such forecasts and compare these forecasts against actual outcomes to determine higher level system evolutionary characteristics or trends and use these as feedback into the prediction process via ΨKb. These additional processing approaches are not discussed here.

As seen in FIG. **6**, there are direct interfaces of ΨRp with the applications, datalink and physical layers. Within ΨRt, ΨRp directly interfaces to ΨCn, ΨRd and ΨTd. Each of these interfaces is discussed below. The following is a list of the information that ΨRp uses that is derived from the applications, datalink and physical layers: Expected locations of nodes at planned times; Probability associated with each of the expected locations of nodes at the planned times; Predetermined pairs or groups of nodes that will be in communication with each other at planned times; Predefined movement patterns of nodes; Planned removal of nodes from service; Planned activation of nodes into service; Predetermined required source routing paths; Permitted

US 7,382,765 B2

23                                                              24

location boundary of a node's movement; Node movement rate; Node transmit and receive distances; Remaining life of node power source; Antenna type (omnidirectional, directional, unidirectional); Current pointing direction (if directional) of antenna; Planned future antenna pointing directions; and Link quality (stability, reliability, availability, etc).

The following is the information that ΨRp inputs and outputs from/to ΨRd. The Route Discovery Status ($T_n$, RequestorID, Status, Term_Node ID) message includes $T_n$ as the network ID (IP address, ATM address, etc.) of the target node instructed to perform the route discovery. RequestorID is the ID (IP address, ATM address, etc) of the requesting node containing the ΨRp function which is making this route discovery request. Status is set to TRUE if full requested route was discovered. Status is set to FALSE if request was not successful. If Status is FALSE, then Term_Node ID is either set to −1 or is set to some other node ID of the same form as RequestorID. If set to −1, not even a stable route segment of the requested route could be discovered. If Status is FALSE and Term_Node ID≠−1, then the discovery process was only able to find a route segment of the actual requested route or proxy route. Nevertheless, even a route segment of a proxy route is better than not being able to discover any part of the actual needed route.

The Find_Route_Request ($S_n$, $D_n$, ReqID, RequestorID, ExpTime) message includes $S_n$ as either the true target source node that the node generating this request to ΨRd needs to establish according to its ΨRp prediction or else is a "proxy source" node ($pS_n$). Also, $D_n$ is either the true target destination node that the node generating this reques to ΨRd needs to establish according to its ΨRp prediction or else is a "proxy destination" node ($pD_n$). ReqID is this particular active route request originating from this node. RequestorID is the ID (IP address, ATM address, etc). ExpTime is the amount of time that the node receiving this request as well as the target $S_n$,has to wait after finding the route or route segment before marking it as stale and subsequently deleting it.

The following describes the "normal" algorithm for route predition using the Psiactive concepts and architecture described in this document. Other algorithms are possible that utilize the Psiactive architecture and concepts.

1 Initialize the node and network databases with appropriate physical characteristics of nodes and links.

2 Initialize the node and network knowledge bases with the appropriate fuzzy rules.

3 Perform topology discovery to locate and track the position of nodes whose future positions are specified for in mission plans. This is one step in the process of predicting future-needed routes which is not the same as predicting future needed routes to circumvent a predicted route failure which are discussed below.

4 Perform topology discovery to locate and track the position of ($S_n$, $D_n$) pairs designated in mission plans as communication pairs whose future positions are not explicitly planned or known apriori.

5 Predict the link quality utilizing predefined plans as input data as well as link quality data collected during network operation. This step is for the purpose of predicting good routes in the route discovery process.

6 Predict node quality utilizing predefined plans as input data as well as node quality data collected during operation.

7 Predict the position of nodes that satisfy qualifying criteria as intermediate nodes for the planned ($S_n$, $D_n$) pairs.

8 Perform topology discovery to locate and track the position of single nodes of interest whose future positions are predicted on the basis of input from real-time topology discovery and tracking and not from mission plans.

9 Perform topology discovery to locate and track the position of ($S_n$, $D_n$) pairs designated by real-time requests as communication pairs.

10 Predict node quality utilizing predefined plans as input data as well as node quality data collected during operation.

11 Predict the position of nodes that satisfy qualifying criteria as intermediate nodes for ad hoc requests ($S_n$, $D_n$) pairs.

12 A route prediction requester node ($P_r$) sends a message to a target prediction control node ($P_c$) to determine a future-needed route from a designated source node ($S_n$) to a designated destination node ($D_n$).

13 $P_c$ takes control of the prediction request until completed.

14 $S_n$ first checks its local routing table (cache) to determine complete routes or route segments that are already marked as stable over the length of time delay before the route is needed.

15 $P_c$ retrieves valid global topology information to determine the area of interest (AOI) of the network on which to focus the prediction for the requested ($S_n$, $D_n$) pair. If several ($S_n$, $D_n$) pairs are collected into a "batch", then the global topology update can cover all of these in a single global topology update request. If a global topology update is underway during this request, the global topology update is completed before $P_c$'s request is honored.

16 $P_c$ then requests ΨTd to perform a "topology microburst" within the designated AOI.

17 A Holt-Winters exponentially weighted moving average linear trend is then computed by the $P_c$ using the data acquired from the topology microburst.

18 Use a modified version of the Holt-Winters forecast equations with "seasons" at multiple timescales.

19 Apriori determined values, for example node position from mission plans, may be substituted for some actual measurements. At least some of the data used in the modified Holt-Winters equations must be actual measured data while the network is in operation.

20 Numerical values are then mapped into "fuzzy predictions" via the Fuzzification stage.

21 The Reasoning Engine uses inputs from the knowledge base and the fuzzy predictions to evaluate the production rules and aggregate the fuzzy outputs resulting from all firing rules into one fuzzy set.

22 The Defuzzifier maps the fuzzy result into the modified numerical predicton.

Regarding Psiactive Route Discovery (ΨRd), Routes and parts of routes are added to the appropriate route tables (caches) as predictions dictate. When a node receives a request to send information to another node, that route has either completely or in part already been discovered and loaded into a route table (cache) of the source node $S_n$. Users will not only have the confidence that route failures can be repaired when they occur, but ΨRt will also be looking into how to fix predicted possible route failures before the failures actually occur and therefore the repair process should go much faster.

Link and node information are prime determining factors as to whether a complete route or a route segment can be reliably predictated for the time period needed. Such infor-

US 7,382,765 B2

25

mation includes stability, reliability and availability. Actual route discovery is usually accomplished by a reactive protocol applied to the route segments of the entire $(S_n, D_n)$ route. The route discovery request generally originates from a some node not part of the stream although this "externalness" of the requesting node is not a requirement. This is a significant departure from other approaches in which the route discovery request always originates from the source node of the target $(S_n, D_n)$ pair. The reasoning behind this departure is that the future $S_n$ for this future route is just that—a future source node. This means that the network node which will at some future time need to have this route established is not necessarily the node which currently is in position to know this need. Why, this future source node may not even currently exist in the network and therefore would not be in any position to even predict that it would some day need to have a route to some destination node $D_n$. One key advantage of a powerful route predictive capability is that nodes in the network not even a part of the future route could possess future knowledge of this need and start the route discovery process before one or both of the main focal points of this need, the $(S_n, D_n)$ pair, are even in position to receive the route discovery request. This also is another prime reason to have proxy source and destination nodes.

Note that $\Psi Rd$ is not dependent upon which conventional route discovery method (proactive or reactive) to use. Depending upon the particular problem, one method may be superior to another. $\Psi Rd$ leaves this decision to the application or systems designer, although the defaults for $\Psi Rd$ are Ad Hoc On-Demand Distance Vector (AODV) for the reactive method and Optimal Link State Routing (OLSR) for the proactive method. The discussions in this document only directly refer to these two route discovery methods.

$S_n$ accomplishes $\Psi Rd$ by sending a message to a target "proxy $S_n$" ($pS_n$) to establish routes from $pS_n$ to a "proxy $D_n$" ($pD_n$). This phase of route discovery for the $(S_n, D_n)$ pair starts at this pSn instead of at the actual $S_n$ and ends at the designated $pD_n$. The $(pS_n, pD_n)$ route segment is recorded in nodes' local memories (route tables/cache). $pS_n$ and $pD_n$ are generally chosen as outcomes of the route prediction, route maintenance and topology discovery. Could also be chosen from information received from an application.

The Psiactive Route Failure Prediction ($\Psi Rf$) function estimates the likelihood of link failures (or dynamics) and uses this information to estimate the likelihood of route failure. A variety of sources of information can be used to estimate the likelihood of link failure including: node mobilities and trajectories, known obstructions in communication paths, and estimation and prediction of link quality. This link failure information can then be used to determine the aggregate likelihood of a route (which is just a series of links) failure. This information may be collected or distributed in either a proactive or reactive fashion depending on what routing techniques are selected in any given implementation. Depending on which approach or combination of approaches are taken, this link/route failure information may be distributed through the network either via topology updates or through a route discovery process. Route failure prediction information is then sent to the Psiactive Route Maintenance function.

$\Psi Rf$ collects certain statistics for its node which are used in creating metrics. For example, some of these are: Estimated mean time to node shutdown or sleep mode (EMTNS); Estimated mean time to link failure for each link to a neighbor node (EMTNLF); and Estimated link quality (ELQ). Inputs to EMTNS, EMTNLF and ELQ calculations

26

are, for example, estimated node mobility (ENM) and RF propagation characteristics. Certain metrics should be consistent with the Harris-identified QoS metrics defined for ad hoc networks. Each node sends out these metrics to other nodes.

These metrics are included in topology updates that are broadcast periodically or in response to topology update requests. They are also included in route discovery and route reply packets where each node along the path inserts the relevant metric information. This makes packet sizes larger, but the number of overhead transmissions fewer. These larger packets tend to make for potentially more bursty overhead traffic. Once the metrics for all nodes and links along a path are known at a source node, then two things can occur. First, we can calculate the Mean Time to Failure (MTTF) for the path from the source to the destination node. This applies to both $(S_n, D_n)$ pairs and $(pS_n, pD_n)$ pairs. Second, Psiactive Route Maintenance ($\Psi Rm$) will be informed of the MTTF for the path. $\Psi Rm$ and $\Psi Cn$ will determine what to do in response to this information.

Any route, R1, is composed of a series of links L1, L2, L3, . . . , Ln. Each of these individual links may be characterized by a rate of link failure, $\lambda Li$ (in failures/sec). There may be a variety of factors influencing the rate of link failure for example: the mobility of each node, the propagation environment, and any obstructions that might impair the link. The information that may be used to estimate the rate of link failure may be derived from several sources including link quality measurements and node movement trajectory information.

The $\Psi Rf$ algorithm executes the following steps. 1—At every node and for each link to a neighbor node, estimate the rate of link failure $\lambda Li$ based upon one or more of the following observations: Known future node trajectories for neighbor nodes that allow link connectivity to be estimated (possibly from mission plans); Knowledge of current node location and extrapolation of node movement combined with knowledge of obstructions (such as foliage or buildings) along the estimated communication path; Continuous measurement of link quality and variations in quality and estimation of expected time to link dropout based on these statistical measures. 2—Create a link failure metric. This can be the rate of link failure $\lambda Li$, for each link from a node to each of its neighbor nodes. 3—Use the link failure metric in a creating routing failure metric. Assume for now that the link failure metric $\lambda Li$ is used. If the failures on each link may be modeled as a Poisson arrival process, then the failure of the route occurs if one or more link failures occur. Then the rate of route failure $\lambda Ri$ (in failures/sec), for route R1 assuming independence of links failures may be calculated as

$$\lambda_{RI} = \sum_{i=1}^{n} \lambda_{LI}$$

Then the route failure metric will be $\lambda Ri$. The MTTF for route R1 is then $MTTF_{R1} = 1/\lambda_{R1}$ seconds.

Link failure metrics may be used in either proactive or reactive routing protocols. In a proactive protocol, the values of the link failure metrics will be included in any topology update packets that a node broadcasts either over a limited area of the network or over the entire network. In a reactive protocol, each node would use its local link failure metrics

in updating route failure metrics for any routes evaluated in responding to route discovery packets.

Psiactive Route Maintenance (ΨRm) takes the route failure metrics produced by ΨRf as well as route performance metrics (such as delay and capacity) and determines how best to insure that routes are maintained that meet the system performance goals as well as route failure likelihood goals. The mean time to find a new route may be denoted as $1/\mu$ (in seconds). A rough order of magnitude for this variable is $\mu=1$ or a small number of seconds for most interesting reactive and proactive routing protocols. Thus, we should find a new route (if one exists) in 1 second or so for reasonable link capacities. If we have a single route available, then we must have $MTTF_{R1} >> 1/\mu$ in order for a route to be available most of the time when it is needed. If $MTTF_{R1}$ is too small, then maintaining multiple routes will allow a much larger overall MTTF to be obtained that insures that, almost all of the time, a route to the destination will be available.

There are two principal strategies that are part of ΨRm. A strategy for requesting the discovery of new and multiple routes, and a strategy for using multiple routes.

ΨRm does not necessarily require finding an alternative route. Other strategies are also possible and useful in the right circumstances. One such strategy could also mean boosting the capacity or resilience of the route to failure via for example, pre-boosting the transmission power on a link and preallocating additional channels on the link.

ΨRm is composed of both a predictive route maintenance component and a conventional route maintenance component. The predictive component is used when parts of routes are predicted to be likely to fail. We are given an MTTF for the path from ΨRf and also given the MTTF estimates for all nodes and links along the path. It is then determined if there are alternate paths in the routing table/cache that are likely to be stable for at least the early part of the timeframe needed. If a new route is needed, an alternate path will be required to be discovered within some fraction of the time estimated as the MTTF. ΨRp has then informed that an alternate path is to be discovered prior to time T1. The path, P1, is provided as well as sets of nodes and links that may be of questionable duration.

The conventional component is used when the probability of failure is 1, that is, when the failure has occurred. A conventional notification of the source of the failure via Route Error (RERR) packets can be used in this case. New route discovery will be initiated in response to this notification.

ΨRm takes the route failure metrics produced by ΨRf as well as route performance metrics (such as delay and capacity) and determines how best to insure that routes are maintained that meet the system performance goals as well as route failure likelihood goals. In selecting routes, this allows a tradeoff between performance metrics such as delay and capacity vs. route failure likelihood. One way to accomplish this is to set minimum acceptable values for delay and capacity and a maximum acceptable value for route failure likelihood.

There are several strategies that could be followed in predicting the need for new routes and replacing failed routes: One could find a batch of routes to a destination and then use these routes until all have failed before attempting to replace any of the routes; One could replace routes as they fail always attempting to maintain at least K routes, where K is the number of routes required to maintain the desired route reliability.

When new routes are needed, they are requested from ΨRd which determines new routes either by proactive or

reactive means. Analysis of the route failure likelihood can be used to determine if new routes are needed to meet an objective goal for route failure likelihood. The following analysis indicates how this might be done depending on the strategy employed for using multiple routes. If one does not replace routes as they fail, then the analysis of the MTTF is straightforward. Assume that each route has the same route failure rate of $\lambda R$ (in failures/sec), and that route failures are independent. If no repair of routes is done, the failure process can be modeled as a Markov chain. Then with N routes the MTTF of all routes is

$$MTTF_{\text{All\_Routes}} = \frac{1}{\lambda_R} \cdot \sum_{i=1}^{N} \frac{1}{i}$$

The mean time to have only K good routes remaining is

$$MTTF_{\text{K\_Routes}} = \frac{1}{\lambda_R} \cdot \sum_{i=K+1}^{K} \frac{1}{i}$$

We can also analyze the strategy of repairing routes as they fail. If we assume we start with N routes and repair routes as they fail, the problem can also be analyzed as a Markov chain. Then in steady-state, the probability of k route failures that have not been repaired is

$$Pr(\text{k\_failures}) = \frac{(\lambda/\mu)^k \cdot \binom{N}{k}}{(1 + \lambda/\mu)^N},$$

With larger values of N and/or values of $\lambda/\mu$, then the probability that all N routes have failed can be made very small. Calculations such as these can be a central element in an adaptive algorithm for determining how many routes should be maintained at any time and when new routes should be discovered.

There are also several possible strategies for using multiple routes. Each of the following approaches could be used within ΨRm:

1—Use only one route at a time for a given destination node (Other routes would be available as alternate routes in case the primary route failed. This would lead to potential temporary outages during the time needed for detection of the failed route).

2—All functional multiple routes to a destination can be used by splitting traffic to that destination over the multiple routes in a round robin or other fashion to balance the load among the multiple paths. This has the advantage of better load balancing in the network. In addition, if a route is lost, then traffic may continue to be delivered over the other paths so only a portion of the traffic will be lost during the time that the route failure is undetected. This would cause some degradation of QoS for real-time traffic and a need for retransmissions in TCP traffic.

3—Use multiple routes to a destination by routing the same traffic to that destination over each route redundantly for traffic flows that require a particularly high level of QoS. This approach has the disadvantage of using a significant amount of additional resources (capacity) to transmit the

29

redundant information. However, this has the advantage that the loss of a route does not even temporarily lead to loss of data during the time that the route failure is undetected because redundant information is transmitted over the other routing paths. Once a loss of a route is detected, then an attempt can be made to discover an additional route to maintain the desired number of redundant routes.

4—Use multiple routes to a destination simultaneously by splitting the traffic to a destination among the multiple routes by using network-time coding. This approach uses parity checks of an error correction code with interleaving to utilize simultaneous routes for the same traffic to a destination in a very efficient fashion to provide a very high level of QoS. As in the previous approach, this approach has the advantage that the loss of a route does not even temporarily lead to loss of data during the time that the route failure is undetected because redundant information is transmitted over the other routing paths via the FEC parity checks.

Then using one of the strategies outlined above for usage of multiple routes, the following procedure is used to control ΨRm:

1—Update the value of $\lambda_R$ (in failures/sec) for each route that meets minimum route performance metrics to each destination as this information is received from ΨRf.

2—Calculate the value of $MTTF_{Routes}$ for routes to each destination route. The procedure used in this calculation will depend on the strategy employed for using multiple routes.

If the value of $MTTF_{Routes}$ is less than the minimum required value of $MTTF_{Routes}$, then one or more additional routes may be needed.

If additional routes are needed, ΨRd is triggered to attempt discover of additional routes to the destination.

Adapt utilization of routes to include new routes if more are found. Exactly how this is done will depend on which of the strategies for using multiple routes are used. For example, if network-time coding is used, then the code rate and interleaver parameters may be adjusted to accommodate the additional route. Then a portion of the traffic traffic (including parity) to that destination node may be sent over the new route(s).

ΨTd is the method used by ΨRt to determine the network topology (node and link configuration/status). ΨTd supports both predictive and non-predictive aspects of route discovery, route failure analysis and route maintenance. Psiactive topology discovery employs two primary activation tactics. First, activate only when a prediction is to be made. Second, activate "topology discovery microbursts" (TDmBs) to take closely-spaced topology snapshots over a relatively very short time period of the same set of nodes. This helps determine localized node movement characteristics should other information not be available to supply this movement information at the resolution needed.

ΨRt uses information from occasional wide area network topology updates when predictive route discovery is needed. This wide area topology information serves as a global map from which more limited subsets of nodes can be extracted on which to perform very focused topology updates (discovery). Restricting the topology discovery for a subset of nodes is performed by the following process. Source node Sn sends a message "Report Local Topology" with the following parameters: Ids of each node in the target subset of nodes

30

1 Neighbor discovery around each target node of N hops;
2 Time-to-Live for discovery packets;
3 Number of topology reports to send out;
4 Sampling period within each topology report.

The result of topology discovery can be used to limit the route discovery packet propagation. This result can specify the subset of nodes that the route discovery and therefore the route must go through. The default topology discovery for Ψ-Routing is a link state topology discovery technique limited to only the (areas) specified by the source node Sn at topology discovery activation time.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A method for operating a mobile ad hoc network comprising a plurality of mobile nodes and a plurality of wireless communication links connecting the mobile nodes together, the method comprising:

predicting future-needed routes in the network, a route comprising a set of wireless communication links and mobile nodes from a source to a destination;

predicting future-network dynamics including predicting future route failure and predicting future route maintenance;

discovering at least partial routes along predicted future-needed routes in the network based upon the predicted future-network dynamics; and

storing the at least partial routes;

wherein predicting route failure includes generating route failure metrics including at least one of link failure metrics and node failure metrics for each route, and predicting future route maintenance includes discovering alternative routes.

2. A method according to claim 1 wherein predicting future-network dynamics includes monitoring current-network dynamics.

3. A method according to claim 1 wherein complete routes along predicted future-needed routes in the network are also stored.

4. A method according to claim 1 wherein discovering at least partial routes along predicted future-needed routes in the network comprises discovering routes from a proxy-source node to a proxy-destination node.

5. A method according to claim 4 wherein the proxy-source node and proxy-destination node are chosen based upon predicted future stability of links and nodes along predicted future-needed routes.

6. A method according to claim 4 wherein the source node transmits a request to the proxy-source node to establish a partial route from the proxy-source node to the proxy-destination node.

7. A method according to claim 1 further comprising predicting future stability of links and nodes along predicted future-needed routes including each node predicting and transmitting link and node stability information to other nodes.

8. A method according to claim 7 wherein the link and node stability information is transmitted to other nodes via replies to route requests.

US 7,382,765 B2

31

**9**. A method according to claim **1** wherein future-needed routes are predicted based upon at least one of mission plans, schedules, planned traffic patterns and network management data.

**10**. A method for operating a mobile ad hoc network comprising a plurality of mobile nodes and a plurality of wireless communication links connecting the mobile nodes together, the method comprising:

predicting a need for future communications between at least two of the plurality of mobile nodes based upon current and historical traffic data;

predicting future-network topology including predicting future route failure and predicting future route maintenance;

discovering routes, including at least one of partial routes and complete routes, based upon the predicted need for future communications and the predicted future-network topology, a route comprising a set of wireless communication links and mobile nodes from a source node to a destination node; and

storing the discovered routes;

wherein predicting route failure includes generating route failure metrics including at least one of link failure metrics and node failure metrics for each route, and predicting future route maintenance includes discovering alternative routes.

**11**. A method according to claim **10** wherein predicting future-network dynamics includes monitoring current-network dynamics.

**12**. A method according to claim **10** wherein discovering partial routes comprises discovering routes from a proxy-source node to a proxy-destination node.

**13**. A method according to claim **12** wherein the proxy-source node and proxy-destination node are chosen based upon predicted future stability of links and nodes.

**14**. A method according to claim **12** wherein the source node transmits a request to the proxy-source node to establish a partial route from the proxy-source node to the proxy-destination node.

**15**. A method according to claim **10** further comprising predicting future stability of links and nodes including predicting and transmitting link and node stability information.

**16**. A method according to claim **15** wherein the link and node stability information is transmitted to other nodes via replies to route requests.

**17**. A method according to claim **10** wherein the need for future communications is predicted based upon at least one of mission plans, schedules, planned traffic patterns and network management data.

**18**. A mobile ad hoc network comprising:

a plurality of mobile nodes;

a plurality of wireless communication links connecting the mobile nodes together;

each mobile node comprising

a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and

a controller to route communications via the communications device, and comprising

a route-need predictor to predict a need for future communications between at least two of the plurality of mobile nodes,

a topology predictor to predict future-network topology including predicting future route failure and predicting future route maintenance,

32

route tables to define partial and complete routes in the network, a route comprising a set of wireless communication links and mobile nodes from a source node to a destination node, and

a route discovery module to discover routes, including at least one of partial and complete routes, based upon the need for future communications and the predicted future-network topology, and to update the route tables;

wherein predicting route failure includes generating route failure metrics including at least one of link failure metrics and node failure metrics for each route, and predicting future route maintenance includes discovering alternative routes.

**19**. The network according to claim **18** wherein the route discovery module discovers routes from a proxy-source node to a proxy-destination node.

**20**. The network according to claim **19** wherein the proxy-source node and proxy-destination node are chosen based upon predicted future-network topology.

**21**. The network according to claim **19** wherein the route discovery module transmits a request to the proxy-source node to establish a partial route from the proxy-source node to the proxy-destination node.

**22**. The network according to claim **18** wherein the topology predictor predicts and transmits link and node stability information to other nodes.

**23**. The network according to claim **22** wherein the link and node stability information is transmitted to other nodes via replies to route requests.

**24**. The network according to claim **18** wherein the route-need predictor predicts the need for future communications based upon at least one of mission plans, schedules, planned traffic patterns and network management data.

**25**. A wireless mobile node for use in a mobile ad hoc network comprising a plurality of mobile nodes, and a plurality of wireless communication links connecting the mobile nodes together, the wireless mobile node comprising:

a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links; and

a controller to route communications via the communications device, and comprising

a route-need predictor to predict a need for future communications to another node of the plurality of mobile nodes,

a topology predictor to predict future-network topology including predicting future route failure and predicting future route maintenance,

route tables to define partial and complete routes in the network, a route comprising a set of wireless communication links and mobile nodes to a destination node, and

a route discovery module to discover routes, including at least one of partial and complete routes, based upon the need for future communications and the predicted future-network topology, and to update the route tables;

wherein predicting route failure includes generating route failure metrics including at least one of link failure metrics and node failure metrics for each route, and predicting future route maintenance includes discovering alternative routes.

**26**. The wireless mobile node according to claim **25** wherein the route discovery module discovers routes from a proxy-source node to a proxy-destination node.

US 7,382,765 B2

**33**

27. The wireless mobile node according to claim **26** wherein the proxy-source node and proxy-destination node are chosen based upon predicted future-network topology.

28. The wireless mobile node according to claim **26** wherein the route discovery module transmits a request to the proxy-source node to establish a partial route from the proxy-source node to the proxy-destination node.

29. The wireless mobile node according to claim **25** wherein the topology predictor predicts and transmits link and node stability information to other nodes.

**34**

30. The wireless mobile node according to claim **29** wherein the link and node stability information is transmitted to other nodes via replies to route requests.

31. The wireless mobile node according to claim **25** wherein the route-need predictor predicts the need for future communications based upon at least one of mission plans, schedules, planned traffic patterns and network management data.

\* \* \* \* \*

Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 216 of 360 PageID #: 182238

# EXHIBIT I

US006754192B2

(12) **United States Patent** (10) Patent No.: **US 6,754,192 B2**

Kennedy (45) Date of Patent: **Jun. 22, 2004**

(54) **TEMPORAL TRANSITION NETWORK PROTOCOL (TTNP) IN A MOBILE AD HOC NETWORK**

(75) Inventor: **Robert A. Kennedy**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 75 days.

(21) Appl. No.: **10/134,856**

(22) Filed: **Apr. 29, 2002**

(65) **Prior Publication Data**

US 2003/0202512 A1 Oct. 30, 2003

(51) **Int. Cl.**[7] ............................................. **G06F 15/177**

(52) **U.S. Cl.** ....................................... **370/331**; 370/328

(58) **Field of Search** ................................ 370/328, 329, 370/341, 254–256, 252, 396, 398, 437, 338, 332

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,412,654 A | | 5/1995 | Perkins | 370/94.1 |
| 5,987,011 A | | 11/1999 | Toh | 370/331 |
| 6,304,556 B1 | | 10/2001 | Haas | 370/254 |
| 6,307,843 B1 | * | 10/2001 | Okanoue | 370/312 |
| 6,385,174 B1 | | 5/2002 | Li | 370/252 |
| 6,456,599 B1 | | 9/2002 | Elliott | 370/254 |
| 6,601,093 B1 | * | 7/2003 | Peters | 709/220 |
| 2001/0033556 A1 | | 10/2001 | Krishnamurthy et al. | 370/329 |

OTHER PUBLICATIONS

Mirhakkak et al., *Dynamic Quality–of–Service for Mobile Ad Hoc Networks*, MITRE Corp., 2000.

Van Dyck et al., *Distributed Sensor Processing Over an Ad–Hoc Wireless Network: Simulation Framework And Performance Criteria*, Proceedings IEEE Milcom, Oct. 2001.

Zhu, *Medium Access Control and Quality–of–Service for Mobile Ad Hoc Networks*, PHD Thesis, Department of Computer Engineering, University of Maryland, College Park, MD, 2001.

Royer et al., *A Review of Current Routing Protocols for Ad Hoc Mobile Wireless Networks*, IEEE Personal Communications, Apr. 1999, pp. 46–55.

Corson et al., *A Reservation–Based Multicast (RBM) Routing Protocol for Mobile Networks: Initial Route Construction Phase*, ACM/I. 1, No. 4, 1995, pp. 1–39.

Xiao et al., *A Flexible Quality of Service Model for Mobile Ad Hoc Networks, IEEE VTC2000–spring*, Tokyo, Japan, May 2000.

Wu et al., *QoS Support in Mobile Ad Hoc Networks*, Computing Science Department, University of Alberta, (no date available).

(List continued on next page.)

*Primary Examiner*—Wellington Chin
*Assistant Examiner*—Brenda Pham
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

The mobile ad hoc network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together. The method includes building and updating route tables at each node by managing and controlling the application of either proactive or reactive route discovery and their respective associated processes to define and maintain routes in the network. A route is a set of links and nodes from a source to a destination. The method also includes collecting and storing route stability information at each node, predicting route stability over time based upon the route stability information, and switching to the other of the proactive and reactive route discovery and the associated processes when predicted route stability reaches a first transition parameter. Moreover, the method preferably includes switching back to the first one of the proactive and reactive route discovery and the associated processes when predicted route stability reaches a second transition parameter. Thus temporal transitioning of route discovery and associated processes in a mobile ad hoc network is provided.

**38 Claims, 3 Drawing Sheets-**



# US 6,754,192 B2
Page 2

## OTHER PUBLICATIONS

Corson et al., *Mobile Ad Hoc Networking* (*MANET*): *Routing Protocol Performance Issues and Evaluation Considerations*, Network Working Group, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 1999.

Haas et al., *The Bordercast Resolution Protocol* (*BRP*) *for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Interzone Routing Protocol* (*IERP*) *for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Intrazone Routing Protocol* (IERP) for Ad Hoc Networks, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Clausen et al. *Optimized Link State Routing Protocol*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Oct. 31, 2001.

Perkins et al., *Quality of Service in Ad Hoc On–Demand Distance Vector Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 2000.

Park et al., *Temporally–Ordered Routing Algorithm* (*TORA*) *Versoin 1 Functional Specification*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 20, 2001.

Ogier et al., *Topology Broadcast Based on Reserve–Path Forwarding* (*TBRPF*), Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 10, 2002.

Gerla et al., *Landmark Routing Protocol* (*LANMAR*) *for Large Scale Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Hu et al., *Flow State in the Dynamic Socurce Routing Protocol for Mobile Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Feb. 23, 2001.

Gerla et al., *Fisheye State Routing Protocol* (*FSR*) *for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Johnson et al., *The Dynamic Source Routing Protocol for Mobile Ad Hoc Networks* (*DSR*), Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 21, 2001.

Perkins et al., *Ad hoc On–Demand Distance Vector* (*ADOV*) *Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 9, 2001.

Chakrabarti et al., "*QoS Issues in Ad Hoc Wireless Networks*", , IEEE Communications Magazine, (2/01), pp. 142–148.

Chen, "*Routing Support for Providing Guaranteed End–to–End Quality–of–Service*," Ph.D. thesis, Univ. of Illinois at Urbana–Champaign, http://cairo.cs.uiuc.edu/papers/scthesis.ps. 1999.

* cited by examiner



Fig. 1



Fig. 2



**Fig. 3**



**Fig. 4**

US 6,754,192 B2

1

# TEMPORAL TRANSITION NETWORK PROTOCOL (TTNP) IN A MOBILE AD HOC NETWORK

## FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad hoc wireless networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad hoc networks. Physically, a mobile ad hoc network includes a number of geographically-distributed, potentially mobile nodes wirelessly connected by one or more radio frequency channels. Compared with other type of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad hoc networks is the lack of any fixed infrastructure. The network is formed of mobile nodes only, and a network is created on the fly as the nodes transmit to or receive from other nodes. The network does not in general depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

In a hostile environment where a fixed communication infrastructure is unreliable or unavailable, such as in a battle field or in a natural disaster area struck by earthquake or hurricane, an ad hoc network can be quickly deployed and provide much needed communications. While the military is still a major driving force behind the development of these networks, ad hoc networks are quickly finding new applications in civilian or commercial areas. Ad hoc networks will allow people to exchange data in the field or in a class room without using any network structure except the one they create by simply turning on their computers or PDAs.

As wireless communication increasingly permeates everyday life, new applications for mobile ad hoc networks will continue to emerge and become an important part of the communication structure. Mobile ad hoc networks pose serious challenges to the designers. Due to the lack of a fixed infrastructure, nodes must self-organize and reconfigure as they move, join or leave the network. All nodes could potentially be functionally identical and there may not be any natural hierarchy or central controller in the network. Many network-controlling functions are distributed among the nodes. Nodes are often powered by batteries and have limited communication and computation capabilities. The bandwidth of the system is usually limited. The distance between two nodes often exceeds the radio transmission range, and a transmission has to be relayed by other nodes before reaching its destination. Consequently, a network has a multihop topology, and this topology changes as the nodes move around.

The Mobile Ad-Hoc Networks (MANET) working group of the Internet Engineering Task Force (IETF) has been actively evaluating and standardizing routing, including multicasting, protocols. Because the network topology changes arbitrarily as the nodes move, information is subject to becoming obsolete, and different nodes often have different views of the network, both in time (information may be outdated at some nodes but current at others) and in space (a node may only know the network topology in its neighborhood usually not far away from itself).

A routing protocol needs to adapt to frequent topology changes and with less accurate information. Because of these unique requirements, routing in these networks is very

2

different from others. Gathering fresh information about the entire network is often costly and impractical. Many routing protocols are reactive (on-demand) protocols: they collect routing information only when necessary and to destinations they need routes to, and do not generally maintain unused routes after some period of time. This way the routing overhead is greatly reduced compared to pro-active protocols which maintain routes to all destinations at all times. It is important for a protocol to be adaptive. Ad Hoc on Demand Distance Vector (AODV), Dynamic Source Routing (DSR) and Temporally Ordered Routing Algorithm (TORA) are representative of on-demand routing protocols presented at the MANET working group.

Examples of other various routing protocols include Destination-Sequenced Distance Vector (DSDV) routing which is disclosed in U.S. Pat. No. 5,412,654 to Perkins, and Zone Routing Protocol (ZRP) which is disclosed in U.S. Pat. No. 6,304,556 to Haas. ZRP is a hybrid protocol using both proactive and reactive approaches based upon distance from a source node.

These conventional routing protocols use a best effort approach in selecting a route from the source node to the destination node. Typically, the number of hops is the main criteria (metric) in such a best effort approach. In other words, the route with the least amount of hops is selected as the transmission route.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide the management and control of route discovery and associated processes via temporal transitioning processes and events in a mobile ad hoc network. For the present invention, it is to be understood that when a route discovery process is switched, so are its associated processes which include, for example, route maintenance.

This and other objects, features, and advantages in accordance with the present invention are provided by a method for managing and controlling the discovery and maintenance of routes in a mobile ad hoc network. The network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together. The method includes building and updating route tables at each node with a first one of proactive and reactive route discovery processes to define routes in the network. A route is a set of links and nodes from a source to a destination. The method also includes collecting and storing route stability information (statistics, heuristic rules, inferences, etc.) at each node, predicting route stability over time based upon the route stability information, and switching to a second one of the proactive and reactive route discovery processes when predicted route stability reaches a first transition parameter. Moreover, the method preferably includes switching back to the first one of the proactive and reactive route discovery processes when predicted route stability reaches a second transition parameter. The method manages and controls route maintenance processes even if they are identical for both the proactive and reactive cases.

The first and second transition parameters preferably comprise time-dependent thresholds, for example thresholds based upon a rate of change of source-destination subset pairs for at least one source node. The source-destination subset pairs comprise subsets of possible destination nodes for a designated source node. The time-dependent route stability information may be based upon node mobility, link failure, link creation, traffic congestion, any Quality of Service metric or any other parameter which is time dependent.

US 6,754,192 B2

3

Furthermore, collecting and storing route stability information may include creating and updating a time-dependent route stability profile and/or a time-dependent route segment stability profile. A route segment is a set of links and nodes which define a reusable entity in each of a plurality of routes. Switching route discovery processes may also based upon the amount of nodes in the network, and may comprise multicasting a process-switch message to affected nodes of the network. Such affected nodes may be all the network nodes or a subset of the network nodes.

A system aspect of the invention is directed to a mobile ad hoc network having a plurality of wireless mobile nodes, and a plurality of wireless communication links connecting the nodes together. Each mobile node comprises a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and a controller to route communications via the communications device. The controller includes route tables defining routes in the network, wherein a route is defined by a set of links and nodes from a source to a destination. The controller also includes a route discovery module to discover routes and update the route tables with one of a plurality of route discovery processes, e.g. proactive and a reactive route discovery processes, a stability profile memory to store route stability information, a route stability predictor to predict route stability over time based upon the route stability information, a route discovery process selector to select between the proactive and reactive route discovery processes based upon the predicted route stability, a route maintenance process associated with the proactive route discovery process, and a route maintenance process associated with the reactive route discovery process. The route maintenance process for both the reactive and proactive route discovery processes may be identical.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of a mobile ad hoc network in accordance with the present invention.

FIG. 2 is a flowchart illustrating the steps of a method for managing and controlling the discovery and maintenance of routes in accordance with the present invention.

FIG. 3 is a schematic diagram illustrating a router of a node in accordance with the network of the present invention.

FIG. 4 is a schematic diagram illustrating the details of the controller of the router in FIG. 3.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

As will be appreciated by those skilled in the art, portions of the present invention may be embodied as a method, data processing system, or computer program product. Accordingly, these portions of the present invention may take the form of an entirely hardware embodiment, an

4

entirely software embodiment, or an embodiment combining software and hardware aspects. Furthermore, portions of the present invention may be a computer program product on a computer-usable storage medium having computer readable program code on the medium. Any suitable computer readable medium may be utilized including, but not limited to, static and dynamic storage devices, hard disks, optical storage devices, and magnetic storage devices.

The present invention is described below with reference to flowchart illustrations of methods, systems, and computer program products according to an embodiment of the invention. It will be understood that blocks of the illustrations, and combinations of blocks in the illustrations, can be implemented by computer program instructions. These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, implement the functions specified in the block or blocks.

These computer program instructions may also be stored in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner, such that the instructions stored in the computer-readable memory result in an article of manufacture including instructions which implement the function specified in the flowchart block or blocks. The computer program instructions may also be loaded onto a computer or other programmable data processing apparatus to cause a series of operational steps to be performed on the computer or other programmable apparatus to produce a computer or other programmable apparatus implemented process such that the instructions which execute on the computer or other programmable apparatus provide steps for implementing the functions specified in the flowchart block or blocks.

Referring initially to FIGS. 1 and 2, a method for discovering routes from a source node to a destination node in a mobile ad hoc network 10 will now be described. The network 10 includes a plurality of mobile nodes 12 including the source node S and the destination node D with intermediate nodes therebetween. The nodes 12, such as laptop computers, personal digital assistants (PDAs) or mobile phones, are connected by wireless communication links 14 as would be appreciated by the skilled artisan. This framework class of protocols and processes is preferably referred to as the Temporal Transition Network Protocol (TTNP), for temporally combining, controlling and managing both proactive and reactive approaches (and/or other route discovery approaches) in any network architecture whether it is flat or structured such as in a hierarchical network.

TTNP will provide the protocol suite and transition parameters for supporting the switching back and forth between a plurality of route discovery approaches, e.g. any proactive and reactive network route discovery approaches, during the time-ordered evolution of the network 10. The protocol suite supports not only the transition parameters (quantities that signal TTNP to start the transition from a proactive to a reactive approach and vice versa) defined herein, but can also support other transition parameters defined by a system designer. TTNP will carry the negotiations between various subsets of nodes 12 and links 14 in the network 10 and interact with Quality of Service (QoS) and traffic management (which includes Admission Control, scheduling, buffer management and flow control), power management & control, security and any other network service components either internal or external to TTNP to gather the information needed to provide this support.

US 6,754,192 B2

5

6

The method begins (FIG. 2; block 100) and includes building and updating route tables (block 102) at each node 12 with either a proactive or a reactive route discovery protocol/process to define routes in the network, i.e. build and maintain valid routes. A route is a set of links and nodes from a source to a destination. As discussed above, many routing protocols are reactive (on-demand) protocols as they collect routing information only when necessary and to destinations they need routes to, and do not maintain unused routes. This way the routing overhead is greatly reduced compared to proactive protocols which maintain routes to all destinations at all times. Ad Hoc on Demand Distance Vector (AODV), Dynamic Source Routing (DSR) and Temporally Ordered Routing Algorithm (TORA) are examples of reactive routing protocols. Examples of proactive routing protocols include Destination Sequenced Distance-Vector (DSDV) routing, Wireless Routing Protocol (WRP) and Optimal Link State Routing (OSLR).

The method also includes collecting and storing route stability information at each node (block 104), predicting/estimating route stability over time based upon the route stability information (block 106), and, at block 110, switching to a second one of the proactive and reactive route discovery and their associated processes when predicted route stability reaches a first transition parameter (block 108). Of course, building and updating route tables (block 112), collecting and storing route stability information at each node (block 114), and predicting/estimating route stability over time based upon the route stability information (block 116) would be then be performed under the switched-to route discovery and process. Moreover, the method preferably includes, at block 120, switching back to the first one of the proactive and reactive route discovery and their associated processes when predicted route stability reaches a second transition parameter (block 118).

The first and second transition parameters preferably specify time-dependent conditions which may include thresholds, for example thresholds based upon a rate of change of source-destination subset pairs for at least one source node, as is discussed in detail below. A Source Destination Subset (SDS) is the allowed subset of possible destination nodes for the designated source node. The limiting case is the entire network. A notable special case is a formal subnet. The route stability information may be based upon node mobility, link failure, link creation or other quantities or qualities that could affect the time-dependent stability of a route.

The Forward Transition Parameter (FXP) is the parameter that is used to specify when to switch (transition) from using the route discovery approach category (i.e., proactive or reactive) that the full network or a formally-designated subset of nodes was initialized with, to a different route discovery category. The Reverse Transition Parameter (RXP) is the parameter that is used to specify when to switch (transition) from using the current, but not initial, route discovery approach category that the full network or a formally-designated subset of nodes is using to that approach with which the network/subset of nodes was initialized.

Furthermore, collecting and storing route stability information (block 104) may include creating and updating a time-dependent route stability profile and/or a time-dependent route segment stability profile. A route segment (RS) is a set of links and nodes, with some commonality, grouped together to form a reusable entity in potentially more than one route. A route segment would include at least one link and one node. Nothing in the definition requires

these links to be spatially contiguous or the nodes to be adjacent to (within 1 hop of) at least one other node in the RS. A spacially contiguous pair of links is defined as two links separated only by a single node connecting both links in a network diagram. In FIG. 1, Segment 1's links are contiguous, but Segment 1's nodes are not all within 1 hop of at least one other node in RS 1. A Segment Link Set (SLS) is an RS minus its nodes. A Segment Node Set (SNS) is an RS minus its links. Thus, a route is set of route segments RS whose union forms a contiguous path from the source to the destination. A Route Link Set (RLS) is a route minus its nodes, and a Route Node Set (RNS) is a route minus its links.

A TTNP Default Pool (TDP) contains the internal default objects for capabilities such as QoS, traffic management, link decay profiles, route maintenance, etc. that TTNP will use to accomplish its switching from proactive to reactive and vice versa in the event that such a capability is required by TTNP but not supplied by some other avenue such as via the application or route discovery technique.

Switching route discovery processes may also be based upon the amount of nodes 12 in the network 10, and may comprise multicasting a process-switch message to affected nodes of the network (blocks 111 and 122). Such affected nodes 12 may be all the network nodes or a subset of the network nodes.

A system aspect of the invention will now be described with further reference to FIGS. 3 and 4. As discussed, the mobile ad hoc network 10 has a plurality of wireless mobile nodes 12, and a plurality of wireless communication links 14 connecting the nodes together. Each mobile node 12 includes a router 20 that has a communications device 22 to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links 14. Also, the router includes a controller 20 to route communications via the communications device 22. Also, a memory 26 may be included as part of the controller 24 or in connection with the controller.

The controller 24 includes route tables 36 to define routes in the network 10. Again, a route is a set of links 14 and nodes 12 from a source to a destination. The controller 24 also includes a route discovery module 30 to discover routes and update the route tables 36 with either a proactive or a reactive route discovery process. The controller also includes a route maintenance module 40 that is responsible for maintaining paths between active source-destination node pairs and for removing invalid routes from route tables 36. A stability profile memory 38 stores route stability information, a route stability predictor 32 predicts route stability over time based upon the route stability information, and a route discovery process selector 34 selects between the proactive and reactive route discovery processes based upon the predicted route stability. Again, it should be understood that blocks of the illustrations, and combinations of blocks in the illustrations, can be implemented by computer program instructions which may be provided to a processor to implement the functions specified in the block or blocks.

In sum, the network 10 would initially use either a proactive (e.g. OLSR, basic link state, TBRPF) or a reactive (e.g. DSR, AODV) protocol to discover and maintain routes between source S and destination D pairs in order to build the initial route table at that source node. It is possible that at the network's creation, route tables for some or all of the nodes 12 may be initialized by predefining a set of routes for each route table knowing that those routes may change over

US 6,754,192 B2

7

time. As time moves forward, the network topology will generally change through node mobility and link failures/creation. TTNP accounts for these dynamic topological changes in one or more transition parameters such that when some subset of these parameters reached a certain transition level, a switching (transition) would occur from using pro-active route discovery to using reactive route discovery or vice versa. This transition could occur over the entire network or be confined to any portion of it as defined by TTNP profiles.

Note that whenever a route discovery approach transition occurs, TTNP preferably automatically transitions other functionality associated with the route discovery approach such as route maintenance. One unique capability of TTNP is that it mitigates the selection of redundant or similar supporting functionality such as route maintenance or QoS in the event of conflicts between using what is supplied by the route discovery approach (proactive or reactive) and what is supplied by some other "plug-in" from, for example, a third party or from the TTNP default pool.

TTNP will properly operate in either of its two most fundamental cases. First, the initial network state begins using a proactive route discovery process and then upon reaching the threshold value of an applicable forward transition parameter (FXP), the network 10 transitions to using its companion on-demand/reactive route discovery process. Transition from this state of using an on-demand route discovery process back to using a proactive route discovery process occurs when a relevant reverse transition parameter (RXP) threshold has been reached. This RXP may or may not be the same parameter as the FXP, but even if it is, the value assigned to the RXP may not be the same as the FXP value. The key principal to remember for both FXP and RXP is that these parameters are either time itself or some other parameters which have some type of time-dependent relationship defined for describing the dynamics (actual, estimated or predicted) of these parameters.

An example of the basic, unique functioning of TTNP is when the number of source-destination subset pairs for a given source node increases at a rate specified by RXP, then the transition from on-demand routing to proactive routing would only be triggered for network interaction with that subset of nodes. If the particular RXP is defined as a network-wide parameter, then the switch in routing algorithms would occur globally within the network 10. If that RXP is defined only for a subset of the full network 10, then the only nodes affected by the change from reactive to proactive would be those in that subset. Another unique capability of TTNP is to be able to propagate this switching to other SDSs (as specified in a TTNP profile) based on TTNP monitoring the RXP and FXP of only a few representative SDSs (maybe even just one SDS). This in effect will be a powerful and efficient mechanism for more rapidly making such decisions on a broader network-wide basis. The usefulness and correctness of using this "sampling" approach rests in the validity of the selected SDS to represent the state of other SDSs.

Note that TTNP does not require any specific approach within a category (proactive or reactive) to use. For example, the application or systems designer may decide what proactive and what reactive techniques to use. TTNP does not make those decisions, but it does determine when to use the application-specified proactive and when to use the application-specified reactive approach. Neither does TTNP decide where to use proactive or where to use reactive approaches to initialize a network or a formal subset of the nodes. That again is in the hands of the applications or systems designer.

8

When a route segment RS is created, a route segment profile also gets created which contains the following information: a Segment Identification (SID) which is the name, number, or other designator that is used to identify this particular route segment; a Segment Link Set Profile (SLSP) which is the ordered SLS for this segment, which ordering may change over time as well as the ordering parameter(s); a Segment Node Set Profile (SNSP) which is the ordered SNS for this segment, which ordering may change over time as well as the ordering parameter(s); A Time Dependent Segment Stability Profile (TSSP) which can be any type of descriptor such as a mathematical function (deterministic, statistical, fuzzy, chaotic, etc.), set of heuristic rules, etc. combined with accumulated node and link status/state information that together predict the way in which a route segment changes over time.

For example, one of the simplest descriptors is a linear function characterized by the link quality and node dynamics for that route segment. Each link and node associated with this descriptor would have the same stability profile function, but with different slopes which represent different rates of deterioration and restoration. Link and node availability data would be collected at various times for the links and nodes in this segment and processed by the descriptor. This is a very effective mechanism for representing RSs with any type of stability from highly unstable to essentially permanently stable segments. Many other examples of a TSSP descriptor could be formulated as is optimal for a given application or class of applications.

When a route is created, a route profile also gets created which contains the following information: A Route Identification (RID) which is the name, number, or other designator that is used to identify this particular route; a Route Segment Set Profile (RSSP) which contains the ordered set of route segments (RS) that make up the set of links in this route segment, which ordering may change over time as well as the ordering parameter(s); a Time Dependent Route Stability Profile (TRSP) which can be any type of descriptor such as a mathematical function (deterministic, statistical, fuzzy), set of heuristic rules, etc. that predict the way in which a route changes over time with respect to which route segments connect/disconnect to this route.

For example, one of the simplest descriptors is a linear function characterized by the link quality and node dynamics for that route's segment. Each route segment associated with this descriptor would have the same stability profile function, but with different slopes which represent different rates of deterioration and restoration. Segment availability data and intersegment interaction data would be collected at various times for the segments in this route and processed by the descriptor. Many other examples of a TRSP descriptor could be formulated as is optimal for a given application or class of applications. The TRSP is a very effective mechanism for representing the stability of a route with respect to entire route segments. The TRSP indicates a higher level view of stability in the TTNP network than what the examination of individual links and nodes would show.

When an SDS is created, a SDS profile (SDSP) also gets created which contains the following information describing the properties of this SDS: a SDS Identification (SDID) which is the name, number, or other designator that is used to identify this particular SDS; A SDS Route Table (SRT) which is the route ids that make up the routes for this SDS; Current Route Discovery Object (CRDO) which is the route discovery approach in current use by this SDS; and Alternate Route Discovery Object Pool (ARDOP) which is the group (pool) of available route discovery methods/approaches

US 6,754,192 B2

9

available for this SDS. Currently, only proactive and reactive methods/approaches exist. TTNP's framework permits fundamentally new classes of routing beyond proactive or reactive to be incorporated into a TTNP framework without any loss of generally in the applicability or capability of TTNP.

An example of the general execution flow of TTNP starting with a proactive initialization sequence will now be described. Create and initialize the SDS profiles. Proactively build the initial route table from source node S, to each of the other nodes in S's SDS. Note: TTNP differs substantially from ZRP's zone concept in this regard because ZRP defines a zone as some number of contiguous hops from the given source node. TTNP does not restrict the metric to number of hops, TTNP does not require contiguous hops, nor does TTNP even depend on a special metric to specify which routes within a SDS must be discovered and maintained by a proactive approach and which routes within a SDS must be reactively discovered and maintained by a reactive approach. Zone Routing Protocol (ZRP) is disclosed in U.S. Pat. No. 6,304,556 to Haas. ZRP is a hybrid protocol using both proactive and reactive approaches based upon some number of contiguous wireless hops distance from a source node.

In this example, the route table is proactively updated at the designated times until enough route information can be collected to predict which routes are likely to be stable and which ones are not likely to be stable. The collected data is recorded in the associated TRSPs and TSSPs. Create and update the information bases of the associated TRSPs and TSSPs to track the stability of each of the network components (nodes, links, segments, and routes). Not all the collected data in these information bases need come from just a route table analysis. This and other related data can also be collected from separate QoS and traffic management information bases if those services have collected such data. This data can also come directly from nodes transmitting link and node status.

At some point in time, when the route table from S to all its possible destinations is sufficiently stable, then instead of continuing to update each link in the SDS on a proactive basis, assume enough of the routes in the relevant portion of the network will continue to be stable over some number of time periods such that switching to a reactive approach will be used to discover a new stable route in the event that a route cannot be found in the S route table. (At this point, the normal procedure for a reactive route discovery approach such as DSR comes into play.) The FXP is the parameter that specifies what sufficiently stable means in order to notify TTNP to switch from proactive to reactive route discovery. Note that other conditions such as high traffic characteristics may also affect FXP by delaying the transition from proactive to reactive routing.

After some period in time, preconfigured at network creation or adaptively learned through on-time route stability profile analysis, too many routes or too many existing complex routes could have become unstable or just simply unusable because of other poor QoS conditions. On top of this, if there is now the need to have many source-destination pairs for S, the switch from reactive to proactive routing will need to occur. The RXP is the parameter that effectively specifies when it is time to perform this switching. The execution flow of TTNP starting with a SDS initialized with a reactive route discovery approach is similar to the above steps for a SDS being initialized to a proactive route discovery approach.

Whether to switch from reactive to proactive or vice versa when a network becomes too unstable should generally

10

depend on more than just some simple stability measurement. It may also depend on the number of nodes in the network that become unstable. In other words, scalability is often very important in a switching decision. For instance, when there is a lot of nonoverhead network traffic to several nodes from the source node and the routes to these same nodes are in constant flux, then whether to switch or may require additional rules to make that determination. In this case, RXP and FXP must be intelligently set by these rules.

The TTNP protocol format includes a header followed by an associated message. Messages may include operations and data. The following is a partial listing of TTNP operations. Switch from reactive to proactive mode (SWIREPR); Switch from proactive to reactive mode (SWIPRRE); Request SLSP (REQSLSP); Request SNSP (REQSNSP); Request TSSP (REQTSSP)—Specific information from a TSSP may be requested in an "additional information" field; Request RSSP (REQRSSP); Request TRSP (REQTRSP)—Specific information from a TRSP may be requested in an "additional information" field; Request TDP (REQTDP); Create SLSP (CRESLSP); Create SNSP (CRESNSP); Create TSSP (CRETSSP); Create RSSP (CRERSSP); Create TRSP (CRETRSP); Create SDS (CRESDS); Create SDSP (CRESDSP); Create TDP (CRETDP); Delete SLSP (DELSLSP); Delete SNSP (DELSNSP); Delete TSSP (DELTSSP); Delete RSSP (DELRSSP); Delete TRSP (DELTRSP); Delete SDSP (DELSDSP); Delete TDP (DELTDP); Modify SLSP (MODSLSP)—could include adding or deleting multiple links between two nodes; Modify SNSP (MODSNSP); Modify TSSP (MODTSSP); Modify RSSP (MODRSSP); Modify TRSP (MODTRSP); Modify SDSP (MODSDSP); Modify TDP (MODTDP); Request SDS of a given source node (REQSDSS); Add nodes to a SDS (ADDNSDS); Delete nodes from a SDS (DELNSDS); Request RXP information (REQRXPI); Request FXP information (REQFXPI); Set RXP information (SETRXPI); Set FXP information (SETFXPI); Create RXP information (CRERXPI); Create FXP information (CREFXPI); Modify RXP information (MODRXPI); Modify FXP information (MODFXPI); Delete RXP information (DELRXPI); Delete FXP information (DELFXPI); Set TDP information (SETTDPI); Modify TDP information (MODTDPI); Delete TDP information (DELTDPI).

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A method for managing and controlling the discovery and maintenance of routes in a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together, the method comprising:

building and updating route tables at each node with a first one of proactive and reactive route discovery processes to define routes in the network, a route comprising a set of links and nodes from a source to a destination;

collecting and storing route stability information at each node;

predicting route stability over time based upon the route stability information; and

switching to a second one of the proactive and reactive route discovery processes when predicted route stability reaches a first transition parameter.

11

**2**. A method according to claim **1** further comprising switching back to the first one of the proactive and reactive route discovery processes when predicted route stability reaches a second transition parameter.

**3**. A method according to claim **2** wherein the first and second transition parameters specify time-dependent conditions.

**4**. A method according to claim **3** wherein the time-dependent conditions are based upon a change of source-destination subset pairs for at least one source node, the source-destination subset pairs comprising subsets of possible destination nodes for the at least one source node.

**5**. A method according to claim **1** wherein the route stability information is based upon node mobility, link failure, link creation, node stability and link quality.

**6**. A method according to claim **1** wherein collecting and storing route stability information comprises creating and updating a time-dependent route stability profile.

**7**. A method according to claim **1** wherein collecting and storing route stability information comprises creating and updating a time-dependent route segment stability profile, a segment comprising a set of links and nodes which define a reusable entity in one of more routes.

**8**. A method according to claim **1** wherein switching route discovery processes is also based upon an amount of nodes in the network.

**9**. A method according to claim **1** wherein switching route discovery processes comprises multicasting a process-switch message to affected nodes of the network.

**10**. A method according to claim **9** wherein the affected nodes comprise all the nodes.

**11**. A method according to claim **9** wherein the affected nodes comprise a subset of the nodes.

**12**. A method for managing and controlling the discovery and maintenance of routes in a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together, the method comprising:

building and updating route tables at each node with a first route discovery process to define routes in the network, a route comprising a set of links and nodes from a source to a destination;

collecting and storing route stability information at each node;

predicting route stability over time based upon the route stability information; and

switching to a second route discovery process when predicted route stability reaches a first transition parameter, the second route discovery process being different from the first route discovery process.

**13**. A method according to claim **12** further comprising switching back to the first route discovery process when predicted route stability reaches a second transition parameter.

**14**. A method according to claim **13** wherein the first and second transition parameters specify time-dependent conditions.

**15**. A method according to claim **12** wherein the route stability information is based upon node mobility, link failure, link creation, node stability and link quality.

**16**. A method for managing and controlling the discovery and maintenance of routes in a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together, the method comprising:

at each node, building and updating route tables with a proactive route discovery process to define routes to

12

other nodes in the network, a route comprising a set of links and nodes;

at each node, collecting and storing route stability information;

at each node, predicting route stability over time based upon the route stability information; and

at each node, switching to a reactive route discovery process when predicted route stability reaches a first transition parameter.

**17**. A method according to claim **16** further comprising, at each node, switching back to the proactive route discovery process when predicted route stability reaches a second transition parameter.

**18**. A method according to claim **17** wherein the first and second transition parameters comprise time-dependent conditions.

**19**. A method according to claim **16** wherein the route stability information is based upon node mobility, link failure, link creation, node stability and link quality.

**20**. A method according to claim **16** wherein collecting and storing route stability information comprises creating and updating a time-dependent route stability profile.

**21**. A method according to claim **16** wherein collecting and storing route stability information comprises creating and updating a time-dependent route segment stability profile, a segment comprising a set of links and nodes which define a reusable entity in each of a plurality of routes.

**22**. A method for managing and controlling the discovery and maintenance of routes in a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the nodes together, the method comprising:

at each nod, building and updating route tables with a reactive route discovery process to define routes to other nodes in the network, a route comprising a set of links and nodes;

at each node, collecting and storing route stability information;

at each node, predicting route stability over time based upon the route stability information; and

at each node, switching to a proactive route discovery process when predicted route stability reaches a first transition parameter.

**23**. A method according to claim **22** further comprising, at each node, switching back to the reactive route discovery process when predicted route stability reaches a second transition parameter.

**24**. A method according to claim **23** wherein the first and second transition parameters specify time-dependent conditions.

**25**. A method according to claim **22** wherein the route stability information is based upon node mobility, link failure, link creation, node stability and link quality.

**26**. A method according to claim **22** wherein collecting and storing route stability information comprises creating and updating a time-dependent route stability profile.

**27**. A method according to claim **22** wherein collecting and storing route stability information comprises creating and updating a time-dependent route segment stability profile, a segment comprising a set of links and nodes which define a reusable entity in each of a plurality of routes.

**28**. A mobile ad hoc network comprising:

a plurality of wireless mobile nodes;

a plurality of wireless communication links connecting the nodes together;

US 6,754,192 B2

**13**

each mobile node comprising

  a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and

  a controller to route communications via the communications device, and comprising

    route tables defining routes in the network, a route comprising a set of links and nodes from a source to a destination,

    a route discovery module to discover routes and update the route tables with one of a plurality of route discovery processes,

    a route stability profile memory to store route and route segment stability information,

    a route stability predictor to predict route stability over time based upon the route and route segment stability information, and

    a route discovery process selector to select between the plurality of route discovery processes based upon the predicted route stability.

**29**. A network according to claim **28** wherein the plurality of route discovery processes include proactive and reactive route discovery processes; and wherein the route discovery process selector selects the proactive route discovery process when the predicted route stability reaches a first transition parameter, and selects the reactive route discovery process when predicted route stability reaches a second transition parameter.

**30**. A network according to claim **29** wherein the first and second transition parameters comprise time-dependent conditions.

**14**

**31**. A network according to claim **28** wherein the plurality of route discovery processes include proactive and reactive route discovery processes; and wherein the route discovery process selector selects the reactive route discovery process when the predicted route stability reaches a first transition parameter, and selects the proactive route discovery process when predicted route stability reaches a second transition parameter.

**32**. A network according to claim **31** wherein the first and second transition parameters comprise time-dependent conditions.

**33**. A network according to claim **28** wherein the route stability information is based upon node mobility, link failure, link creation, node stability, and link quality.

**34**. A network according to claim **28** wherein the stability profile memory comprises a time-dependent route stability profile.

**35**. A network according to claim **28** wherein the stability profile memory comprises a time-dependent route segment stability profile, a route segment comprising a set of links and nodes which define a reusable entity in each of a plurality of routes.

**36**. A network according to claim **28** wherein the route discovery process selector multicasts a process-switch message to affected nodes of the network.

**37**. A network according to claim **36** wherein the affected nodes comprise all the nodes.

**38**. A network according to claim **36** wherein the affected nodes comprise a subset of the nodes.

\*   \*   \*   \*   \*

Case 1:19-cv-02345-CFC Document 1-1 Filed 12/09/19 Page 229 of 360 PageID #: 641

# EXHIBIT J

US007440572B2

(12) **United States Patent**
Dellmo et al.

(10) Patent No.: **US 7,440,572 B2**
(45) Date of Patent: *Oct. 21, 2008

(54) **SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS**

(75) Inventors: **Russell Dellmo**, Palm Bay, FL (US);
**James Bergman**, Melbourne, FL (US);
**David W. Hall**, Satellite Beach, FL (US)

(73) Assignee: **Harris Corportation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1705 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/760,619**

(22) Filed: **Jan. 16, 2001**

(65) **Prior Publication Data**

US 2002/0094087 A1        Jul. 18, 2002

(51) **Int. Cl.**
*H04L 9/00*          (2006.01)
*H04L 9/10*          (2006.01)

(52) **U.S. Cl.** ....................... **380/270**; 380/247; 380/277; 455/39; 455/426.2; 713/150; 713/168; 713/171; 726/2; 726/3

(58) **Field of Classification Search** ................. 380/270
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,259,933 B1 * | 7/2001 | Bambridge et al. ......... | 455/557 |
| 6,453,159 B1 * | 9/2002 | Lewis ......................... | 455/411 |
| 6,480,477 B1 * | 11/2002 | Treadaway et al. .......... | 370/314 |
| 6,560,448 B1 * | 5/2003 | Baldwin et al. .......... | 455/234.1 |
| 6,691,227 B1 * | 2/2004 | Neves et al. ................ | 713/162 |
| 6,813,496 B2 * | 11/2004 | Numminen et al. ......... | 455/445 |

| | | | |
|---|---|---|---|
| 6,990,587 B2 * | 1/2006 | Willins et al. ............... | 713/182 |
| 7,142,557 B2 * | 11/2006 | Dhir et al. .................... | 370/463 |
| 7,174,566 B1 * | 2/2007 | Weatherspoon et al. ........ | 726/2 |
| 2001/0021926 A1* | 9/2001 | Schneck et al. ............... | 705/54 |
| 2002/0114288 A1* | 8/2002 | Soliman ...................... | 370/310 |

(Continued)

OTHER PUBLICATIONS

Harris Product Sheet, "Sierra Cryptographic Module" Feb. 2000.

(Continued)

*Primary Examiner*—Syed A. Zia
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist

(57)          **ABSTRACT**

A secure wireless LAN device includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations. The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector, for example.

**59 Claims, 10 Drawing Sheets**



**US 7,440,572 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0230536 A1* | 11/2004 | Fung et al. ................... | 705/64 |
| 2005/0235149 A1* | 10/2005 | Beckmann et al. .......... | 713/168 |
| 2006/0002319 A1* | 1/2006 | Lee et al. ................. | 370/310.1 |
| 2006/0191996 A1* | 8/2006 | Drummond et al. ......... | 235/379 |
| 2007/0109994 A1* | 5/2007 | Beach ........................ | 370/328 |
| 2007/0171883 A1* | 7/2007 | Beach ........................ | 370/338 |
| 2007/0286416 A1* | 12/2007 | Bertoni et al. ............... | 380/37 |

## OTHER PUBLICATIONS

Website http://grouper.iee.org/groups/802/11/main.html, Document: IEEE P802.11-96/49C (Mar. 1996) pp. 1-4 and 1-22.
Website http://www.gd-cs.com/products/taclane.html Product: TACLANE Encryptor (KG-175) , pp. 1-4.
Website: http://www.symbol.com/products/wireless/wireless__sp24__2mb__broch.html "Symbol'Spectrum24® 2 Mbps

Wireless LAN: Enabling Mobile Voice and Data Communications in Demanding Enterprise Environments", Apr. 2000.
Data Sheet, "3Com® AirConnect® 11 Mbps Wireless LAN Solution" May 2000, pp. 1-6.
Intersil Data Sheet, HFA3983, File No. 4634.6 "2.4GHz Power Amplifier and Detector", pp. 4/1-4/7 Mar. 2000.
Intersil Data Sheet, HFA3683A, File No. 4634.6 "2.4GHz RF/IF Converter and Synthesizer", pp. 2/1-2/23 Sep. 2000.
Intersil Data Sheet, HFA3783, File No. 4633.3 "I/Q Modulator/ Demodulator and Synthesizer", pp. 7-36 Nov. 2000.
Intersil Data Sheet, HFA3841, File No. 4661.2 "Wireless LAN Medium Access Controller", pp. 1-27 Jan. 2000.
Intersil Data Sheet, HFA3861B, File No. 4816 "Direct Sequence Spread Spectrum Baseband Processor", pp. 1-37 Jan. 2000.

* cited by examiner

Case 1:19-cv-02945-CFC   Document 1-1   Filed 12/09/19   Page 232 of 360 PageID #: 234



FIG. 1



FIG. 2



FIG. 3

Case 1:19-cv-02345-CFC Document 1-1 Filed 12/09/19 Page 233 of 360 PageID #: 645
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 233 of 360 PageID #: 182255



*FIG. 4*



FIG. 5

Case 1:19-cv-02965-CFC  Document 1-1  Filed 12/09/19  Page 235 of 360 PageID #: 647

FIG. 6

Case 1:19-cv-08945-GBC  Document 1-1  Filed 12/09/19  Page 236 of 360 PageID #: 8248
Case 1:99-mc-09999  Document 1898-1  Filed 12/09/19  Page 236 of 360 PageID #: 182288



*FIG. 7*



FIG. 8

Case 1:19-cv-08945-GFC Document 1-1 Filed 12/09/19 Page 238 of 360 PageID #: 650
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 238 of 360 PageID #: 18200



*FIG. 9*

Case 1:19-cv-09995-GBD   Document 1-1   Filed 12/09/19   Page 239 of 360 PageID #: 182261



FIG. 10



*FIG. 11*

*FIG.  12*



*FIG.  13*



US 7,440,572 B2

1

## SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS

### FIELD OF THE INVENTION

The present invention relates to the field of communications and computers, and, more particularly, to a secure wireless local area network (LAN) and associated methods.

### BACKGROUND OF THE INVENTION

Computers are often connected together as part of a Local Area Network (LAN). The LAN permits computers to share data and programs with one another. Many typical LANs are based upon physical connections between individual computers and a server, for example. The connections may be twisted pair conductors, coaxial cables, or optical fibers, for example.

There is also another class of LAN based upon wireless communication to the individual computers. A wireless LAN is not restricted to having physical connections to the individual computers. Accordingly, original installation may be simplified. Additionally, one or more of the computers may be used in a mobile fashion. In other words, the user may use a laptop computer and move from place to place while still being connected via the wireless LAN.

In particular, the IEEE standard 802.11 is directed to a wireless LAN. The IEEE 802.11 standard defines the protocol for several types of networks including ad-hoc and client/ server networks. An ad-hoc network is a simple network where communications are established between multiple stations in a given coverage area without the use of an access point or server. The standard provides methods for arbitrating requests to use the medium to ensure that throughput is maximized for all of the users in the base service set.

The client/server network uses an access point that controls the allocation of transmit time for all stations and allows mobile stations to roam from one access point to another. The access point is used to handle traffic from the mobile radio to the wired or wireless backbone of the client/server network. This arrangement allows for point coordination of all of the stations in the basic service area and ensures proper handling of the data traffic. The access point routes data between the stations and other wired/wireless stations or to and from the network server.

Of course, two or more LANs may be interconnected using wireless LAN devices at respective access points. This may be considered a network bridge application.

Security is addressed in the 802.11 standard as an option and may be accomplished by an encryption technique known as the Wired Equivalent Privacy (WEP) algorithm. This algorithm is based on protecting the transmitted data over the radio transmission using a 64-bit seed key and the RC4 encryption algorithm. WEP, however, only protects the data packet information and does not protect the physical layer header. This is so that other stations on the network can listen to the control data needed to manage the network. Unfortunately, this may provide a reduced level of security.

To provide higher levels of security, more powerful cryptographic equipment is available, such as a TACLANE KG-175. This equipment provides confidentiality and end-to-end authentication to protect sensitive information. Unfortunately, for a wireless LAN, such a device is relatively bulky and expensive.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the invention to provide a secure wireless LAN device that provides greater security, and yet without a significant increase in cost and/or complexity.

2

This and other objects, features and advantages in accordance with the present invention are provided by a secure wireless LAN device which in one embodiment includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided by the encryption of the address and control portions of the transmitted packet contained within the MAC generated header. This information is not encrypted in conventional LAN cryptographic devices. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations.

The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector.

The cryptography circuit may also comprise a protection circuit to protect against transmission of unencrypted data. In addition, the cryptography circuit may include a cryptography processor, and a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver. The cryptography processor may add a plurality of encrypting bits to be transmitted over an extended time, and the control and gateway circuit may control the transmitter to operate for this extended time.

The control and gateway circuit may comprise a programmable gate array, for example. The cryptography circuit may also further comprise a serial-to-parallel converter connected between the MAC and the cryptography processor.

The wireless transceiver may include a baseband processor, a modem connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The secure wireless LAN device may also include at least one antenna carried by the housing and connected to the wireless transceiver.

A method aspect of the invention is for providing a secure wireless LAN. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing. The method may further include providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the secure wireless LAN device in accordance with the invention.

FIG. 2 is a perspective view of a laptop computer including the secure wireless LAN device as shown in FIG. 1.

FIG. 3 is a perspective view of a LAN access point device including the secure wireless LAN device as shown in FIG. 1.

FIG. 4 is a schematic diagram of an ad-hoc LAN using the secure wireless LAN devices as shown in FIG. 1.

US 7,440,572 B2

3

FIG. **5** is a schematic diagram of an infrastructure LAN using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **6** is a schematic diagram of a network bridge LAN configuration using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **7** is a schematic block diagram of the secure wireless LAN device as shown in FIG. **1**.

FIG. **8** is a chart of the data unit protocol for the secure wireless LAN device as shown in FIG. **1**.

FIG. **9** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the cryptographic traffic path.

FIG. **10** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the key fill and algorithm download connectors.

FIG. **11** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the data bus protection.

FIG. **12** is a schematic transverse cross-sectional view of the secure wireless LAN device as shown in FIG. **13** is a schematic longitudinal cross-sectional view of a portion of the secure wireless LAN device as shown in FIG. **1**.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

Referring initially to FIGS. **1**-**6**, the secure wireless LAN device **20** and its use in various LAN configurations are first described. The device **20** is illustratively in the form of a PC-card, such as an extended Type **2** PC-card. The device **20** includes a housing **21** which carries a connector **27** at one end, and a pair of antennas **22** at the opposite end.

For example, the housing **21** may have a length of about **5.75** inches, which is slightly longer than typical PC-cards. This extended length may serve to accommodate additional cryptography circuitry as will be described in greater detail below. The housing **21** may also have a width of about 2.1 inches, and thickness of about 0.2 inches. Of course, other dimensions are also contemplated by the invention.

The interface connector **27** may be a PCMCIA connector or other similar connector that can readily interface to a number of possible LAN devices as will be appreciated by those skilled in the art. For example, as shown in FIG. **2**, the secure wireless LAN device **20** may be received in a corresponding PC-card slot in the side of a laptop computer **25**. The device **20** may also be received in a PC-card slot of an access point **30** as shown in FIG. **3**.

As shown in FIG. **4**, a plurality of user stations **25** may be connected in an ad-hoc LAN configuration **35** where each station can communicate with every other station using the secure wireless LAN devices **20**. Unencrypted data called "plain text" is generated at the station **25** and encrypted data called "cipher text" is sent over the radio frequency (RF) links between the secure wireless LAN devices **20**.

An infrastructure LAN configuration **40** is shown in FIG. **5**. In this LAN configuration **40**, each user station **25** communicates with the access point **30** via respective secure wireless

4

LAN devices **20**. In addition, in the illustrated LAN configuration **40**, the access point **30** is also connected to a conventional wired LAN. Cryptography may be optionally applied to the communications over the wired LAN using a conventional cryptography device **41** as will be appreciated by those skilled in the art.

A network bridge LAN system **45** is illustrated in FIG. **6**. This configuration or system **45** provides for communications between access points **30** of different LANs. The secure wireless LAN devices **20** are used to provide the secure RF links between the access points **30**. Cryptography devices **41** may be optionally used on the wired connections to the access points as shown in the illustrated LAN system **45**.

Turning now to FIGS. **7** and **8** the secure wireless LAN device **20** is now described in greater detail. The device **20** includes a wireless transceiver **50**, a medium access controller (MAC) **60** and its associated memory **61**, and a cryptography circuit **70**. Each of these circuit portions are carried by or contained within the housing **21** (FIG. **1**).

In accordance with one aspect of the invention, the cryptography circuit **70** may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. A higher level of security is thus provided. The cryptography circuit **70** may implement a cryptographic algorithm and use a cryptographic key to provide a predetermined security level. For example, the cryptography circuit **70** may use an algorithm and key to provide Type **1** security. Lower levels of security, such as DES and triple DES, may also be implemented as will be readily appreciated by those skilled in the art.

The MAC **60** may implement a predetermined wireless LAN MAC protocol. In one preferred embodiment, the LAN MAC protocol may be based upon the IEEE **802.11** standard. The MAC **60** may be a model HFA**3841** MAC chip available from INTERSIL of Melbourne, Fla. Other similar MACs may also be used. The model HFA3841 is a chip from among a chipset offered by INTERSIL as part of its PRISM® 2.4 Ghz WLAN chip set. Further details of the HFA3841 are available in the data sheet for this part dated January 2000, file number 4661.2, the entire disclosure of which is incorporated herein by reference.

The wireless transceiver **50** may include a baseband processor **51**, a modem **52** connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The RF transmitter and receiver are provided in the illustrated embodiment by the RF/IF converter **53**, the power amplifier **54** connected to the transmit output, and the pair of switches **55**, **56** connected to the antennas **22**.

The baseband processor **51** may be a model HFA3863 Direct Sequence Spread Spectrum Baseband Processor also available from INTERSIL. The baseband processor **51** provides the functions needed for a full or half-duplex packet baseband transceiver. Further details of the HFA3863 are available in the data sheet for this part dated May 2000, file number 4856.1, the entire disclosure of which is incorporated herein by reference.

The modem **52** may be a model HFA3783 part also offered by INTERSIL which is a fully differential SiGe baseband converter for half-duplex wireless applications. It features the necessary circuitry for quadrature modulation and demodulation of "I" and "Q" baseband signals and includes the required synthesizer as will be appreciated by those skilled in the art. Further details of the HFA3783 are available in the data sheet for this part dated November 2000, file number 4633.3, the entire disclosure of which is incorporated herein by reference.

5

The RF/IF converter and synthesizer **53** may be provided by an INTERSIL part number HFA3683A. This part is a SiGe half-duplex RF/IF transceiver for operation at the 2.4 Ghz ISM band. The HFA3683A is further described in the data sheet for this part dated September 2000, file number 4634.6, the entire disclosure of which is incorporated herein by reference.

The power amplifier **54** may be a model MA02303GJ available from M/A-COM. The power amplifier circuit **54** may also include an external detector so that an accurate automatic level control can be implemented. The MA02303GJ is further described in the data sheet for this part, the entire disclosure of which is incorporated herein by reference.

In addition to the INTERSIL and M/A-COM components described herein, other similar components may also be used from other manufacturers. Representative other products/manufacturers include the AirConnect® product of 3COM, and the Spectrum24® product from SYMBOL, for example.

The cryptography circuit **70** also includes a cryptography processor **72** and serial-to-parallel converter (CPLD) **71** connected to the MAC **60** and the cryptography processor. A control and gateway block **73** is provided as part of the field programmable gate array (FPGA) **74**. A FIFO **75** is also illustratively connected to the FPGA **74**.

As seen in the lower portion of FIG. **7**, the MAC **60** generates a payload **80** including a header **81**, the data **82**, and a CRC code **83**. This payload **80** is combined with the cryptography generated bits **85** and the baseband processor generated bits **84** in the illustrated embodiment.

Referring now additionally to FIG. **8**, exemplary data structures are further described. The upper portion of FIG. **8** sets forth the MAC protocol data unit **90**. of interest, addresses **1-4** may be provided as indicated with reference numerals **91-94**. The lower portion of FIG. **8** illustrates the baseband output in greater detail, showing the physical layer convergence protocol (PLCP) frame format **100**. These various data structures or formats are exemplary only and will be appreciated by those of skill in the art without further discussion. Of course, other formats may also be used as will also be appreciated by those skilled in the art.

As will be appreciated by those skilled in the art, the cryptography processor **72** may add a plurality of encrypting bits **85** to be transmitted over an extended time, for example, as compared to the IEEE 802.11 standard. Accordingly, the control and gateway circuit **73** may control the transmitter to operate for this extended time. For example, the transmitter may be readied earlier and operate slightly longer than would otherwise be the case without the cryptography features of the present invention. Other schemes for handling the slightly longer data packets are also contemplated by the present invention.

Referring now additionally to FIG. **9**, additional portions of the secure wireless LAN device **20** are now described. The cryptography circuit **70** may be provided, for example, by a SIERRAT™ cryptographic module available from Harris Corporation of Melbourne, Florida which is also the assignee of the present invention. The cryptography processor **72** may be a Palisades ASIC, for example, as in the SIERRATM cryptographic module. The cryptography circuit **70** also includes a RAM and associated back-up battery **105** as will be discussed in greater detail below. The FPGA **74** may be programmed to produce the various devices and logic blocks as shown in FIG. **9** as will be appreciated by those skilled in the art.

As explained with additional reference to FIG. **10**, the secure wireless LAN device **20** may include a fifteen-pin

6

connector **110** carried by the housing and used to interface to external circuitry **111** as will be appreciated by those skilled in the art. The external circuitry **111** may include download terminal interface circuitry **111**a to permit the cryptographic algorithm, or at least portions thereof, to be loaded. In addition, the external circuitry **111** may include fill device interface circuitry **111**b to provide the key fill to the cryptography processor **72**. In other embodiments, different interfaces may be used for these features as will be appreciated by those skilled in the art.

The illustrated embodiment also includes an undervoltage, overvoltage, tamper, and zeroize circuit block **106** connected to the cryptography processor **72** and to the RAM **107**. The secure wireless LAN device **20** may have its key changed periodically as required, and may also have the cryptography algorithm updated or changed as well to provide further flexibility and security.

Turning now to FIG. **11**, the cryptography circuit **70** may also comprise a protection circuit **114** to protect against transmission of unencrypted data. The protection circuit **114** may be provided by logic gates **115**, **116** and input registers **117** implemented within the FPGA **74** as will be appreciated by those skilled in the art. This protection circuit **114**, along with similar protection circuitry within the CPLD **71**, provides redundancy so that plain text is not accidentally transmitted from the secure wireless LAN device **20**. Also shown in the illustrated embodiment are FLASH **108** and RAM **107** to be used by the cryptography processor **72**.

One method aspect of the invention is for providing a secure wireless LAN system, such as the LAN configurations or systems **35**, **40** and **45** shown respectively in FIGS. **4-6**, for example. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices **20** as described herein. In particular, the method may further include providing a cryptography circuit **70** carried by the housing and cooperating with the MAC **60** and the wireless transceiver **50** for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

Yet other important features of the secure wireless LAN device **20** are now described with additional reference to FIGS. **12** and **13**. The device **20** illustratively includes a two-part housing **21** provided by a metal top and bottom **21**a, **21**b which clip or engage together along opposing longitudinal side edges. The housing **21**, in turn, carries a printed wiring board **118**. The printed wiring board **118** may carry the MAC, cryptography circuit, and wireless transceiver as discussed extensively above. In addition, other circuitry and devices may also be provided in the housing **21** as schematically indicated in FIG. **13** as components **125**. These components **125** may be carried by both sides of the printed wiring board **118**, and the printed wiring board maybe a multilayer wiring board as will be appreciated by those skilled in the art. Labels **126** may be carried in respective recesses formed in the housing **21** as shown in FIG. **13**.

The printed wiring board **118** also illustratively carries an indicator LED **119** and a zeroize switch or circuit **120** as shown in FIG. **12**. Ground clips **122** tie the housing bottom **21**b to an electrical ground on the printed wiring board **118**. In addition, tamper switch clips **123** engage the upper housing portion or top **21**a in the illustrated embodiment. The volatile memory or RAM **107** and back-up battery **109** are also schematically illustrated as being carried by the printed wiring board **118**.

The secure wireless LAN device **20** includes the cryptography circuit **70** described herein that operates using cryptography information. In accordance with this aspect of the

US 7,440,572 B2

7

invention, the cryptography circuit also renders unuseable the cryptography information based upon tampering. In other terms, the cryptography circuit **70** may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. Accordingly, the cryptography circuit may further include at least one switch, such as the illustrated tamper clips **123** operatively connected to the housing **21**, and to associated circuitry, for disconnecting the battery **109** from the at least one volatile memory **107** so that the cryptography information therein is lost based upon breach of the housing.

As will be appreciated by those skilled in the art, the cryptographic information may comprise a cryptography key and/or at least a portion of a cryptography algorithm as discussed in detail above. This cryptographic information remains relatively secure and is lost upon tampering, such as removing or breaching the housing **21**.

Another method aspect of the invention is for making tamper resistant a secure wireless LAN device **20** comprising a housing **21**, a wireless transceiver **50** carried by the housing and a cryptography circuit **70** carried by the housing. The method may include storing cryptography information in the cryptography circuit **70**, and rendering unuseable the cryptography information based upon tampering with the secure wireless LAN device. The cryptography circuit **70** may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. In this embodiment, rendering unuseable comprises disconnecting the battery from the at least one volatile memory based upon a breach of the housing. Of course, other schemes for rendering the cryptography information unuseable are also contemplated by the present invention.

Other aspects of the secure wireless LAN device **20** are described in copending patent application entitled "SECURE WIRELESS LAN DEVICE INCLUDING TAMPER RESISTANT FEATURE AND ASSOCIATED METHOD", Ser. No. 09/761,173, which is also assigned to the present assignee. The entire disclosure of this application is incorporated herein by reference. In addition, many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

**1**. A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing;

a medium access controller (MAC) carried by said housing; and

a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission by at least adding a plurality of encrypting bits to both the address and the data information, and for decrypting both the address and the data information upon reception.

**2**. A secure wireless LAN device according to claim **1** wherein said MAC implements a predetermined wireless LAN MAC protocol.

8

**3**. A secure wireless LAN device according to claim **2** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**4**. A secure wireless LAN device according to claim **1** further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**5**. A secure wireless LAN device according to claim **4** wherein said at least one connector comprises a PCMCIA connector.

**6**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**7**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**8**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

**9**. A secure wireless LAN device according to claim **8** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**10**. A secure wireless LAN device according to claim **8** wherein said control and gateway circuit comprises a programmable gate array.

**11**. A secure wireless LAN device according to claim **8** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**12**. A secure wireless LAN device according to claim **1** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**13**. A secure wireless LAN device according to claim **1** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**14**. A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing and comprising a baseband processor;

a medium access controller (MAC) carried by said housing for implementing a predetermined wireless LAN MAC protocol; and

a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**15**. A secure wireless LAN device according to claim **14** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**16**. A secure wireless LAN device according to claim **14** further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**17**. A secure wireless LAN device according to claim **16** wherein said at least one connector comprises a PCMCIA connector.

US 7,440,572 B2

9

**18.** A secure wireless LAN device according to claim **14** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**19.** A secure wireless LAN device according to claim **14** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**20.** A secure wireless LAN device according to claim **14** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography circuit to said MAC and said wireless transceiver.

**21.** A secure wireless LAN device according to claim **20** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**22.** A secure wireless LAN device according to claim **20** wherein said control and gateway circuit comprises a programmable gate array.

**23.** A secure wireless LAN device according to claim **20** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**24.** A secure wireless LAN device according to claim **14** wherein said wireless transceiver further comprises:

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**25.** A secure wireless LAN device according to claim **14** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**26.** A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing and comprising a baseband processor;

a medium access controller (MAC) carried by said housing;

a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception; and

at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**27.** A secure wireless LAN device according to claim **26** wherein said at least one connector comprises a PCMCIA connector.

**28.** A secure wireless LAN device according to claim **26** wherein said MAC implements a predetermined wireless LAN MAC protocol.

**29.** A secure wireless LAN device according to claim **28** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**30.** A secure wireless LAN device according to claim **26** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**31.** A secure wireless LAN device according to claim **26** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**32.** A secure wireless LAN device according to claim **26** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

10

**33.** A secure wireless LAN device according to claim **32** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**34.** A secure wireless LAN device according to claim **32** wherein said control and gateway circuit comprises a programmable gate array.

**35.** A secure wireless LAN device according to claim **32** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**36.** A secure wireless LAN device according to claim **26** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**37.** A secure wireless LAN device according to claim **26** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**38.** A secure wireless local area network (LAN) system comprising:

a plurality of LAN devices;

a respective secure wireless LAN device connected to each of said plurality of LAN devices, each secure wireless LAN device comprising

a housing,

a wireless transceiver carried by said housing,

a medium access controller (MAC) carried by said housing, and

a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**39.** A secure wireless LAN system according to claim **38** wherein said MAC implements a predetermined wireless LAN MAC protocol.

**40.** A secure wireless LAN system according to claim **39** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**41.** A secure wireless LAN system according to claim **38** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**42.** A secure wireless LAN system according to claim **38** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

**43.** A secure wireless LAN system according to claim **38** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**44.** A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises a plurality of user stations.

**45.** A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises at least one user station and at least one access point.

**46.** A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises a plurality of access points.

US 7,440,572 B2

11

47. A method for providing a secure wireless local area network (LAN) comprising:

equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing; and

providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

48. A method according to claim 47 wherein the MAC implements a predetermined wireless LAN MAC protocol.

49. A method according to claim 48 wherein the predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

50. A method according to claim 47 further comprising providing at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point.

51. A method according to claim 50 wherein the at least one connector comprises a PCMCIA connector.

52. A method according to claim 47 wherein the cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

12

53. A method according to claim 47 wherein the cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

54. A method according to claim 47 wherein the cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver.

55. A method according to claim 54 wherein the cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein the control and gateway circuit controls the transmitter to operate for the extended time.

56. A method according to claim 54 wherein the control and gateway circuit comprises a programmable gate array.

57. A method according to claim 54 wherein the cryptography circuit further comprises a serial-to-parallel converter connected between the MAC and the cryptography processor.

58. A method according to claim 47 wherein the wireless transceiver comprises:

a baseband processor;

a modem connected to the baseband processor; and

a radio frequency transmitter and receiver connected to the modem.

59. A method according to claim 47 further comprising at least one antenna carried by the housing and connected to the wireless transceiver.

* * * * *

Case 1:99-mc-09999   Document 1898-1   Filed 12/09/19   Page 248 of 360 PageID #: 182270

# EXHIBIT K

US007606256B2

(12) **United States Patent** (10) Patent No.: **US 7,606,256 B2**

Vitebsky et al. (45) **Date of Patent:** **Oct. 20, 2009**

(54) **DISTRIBUTED TRUNKING MECHANISM FOR VHF NETWORKING**

(75) Inventors: **Stanley Vitebsky**, Parsippany, NJ (US); **Jeffrey A. Kroon**, Canandaigua, NY (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 783 days.

(21) Appl. No.: **11/110,683**

(22) Filed: **Apr. 21, 2005**

(65) **Prior Publication Data**

US 2005/0243858 A1 Nov. 3, 2005

**Related U.S. Application Data**

(62) Division of application No. 09/398,019, filed on Sep. 17, 1999, now Pat. No. 6,996,088.

(60) Provisional application No. 60/101,041, filed on Sep. 18, 1998.

(51) **Int. Cl.**
*H04L 12/40* (2006.01)
*H04L 12/413* (2006.01)
*H04J 3/02* (2006.01)

(52) **U.S. Cl.** ...................... **370/439**; 370/447; 370/462; 370/524

(58) **Field of Classification Search** ................. 370/455, 370/447, 458, 459, 460, 461, 462
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,707,828 | A | * | 11/1987 | Yamada ...................... 370/447 |
| 4,868,811 | A | * | 9/1989 | Suzuki ...................... 370/436 |
| 4,894,856 | A | * | 1/1990 | Nakanishi et al. ........... 455/464 |
| 5,226,071 | A | | 7/1993 | Bolliger et al. |
| 5,249,181 | A | * | 9/1993 | Wang et al. .................. 370/347 |
| 5,506,847 | A | * | 4/1996 | Shobatake ................. 370/338 |
| 5,757,779 | A | * | 5/1998 | Young et al. ................. 370/252 |
| 5,790,551 | A | * | 8/1998 | Chan .......................... 370/458 |
| 5,896,376 | A | * | 4/1999 | Alperovich et al. ......... 370/348 |
| 6,009,331 | A | * | 12/1999 | Ueda ......................... 455/450 |
| 6,069,882 | A | | 5/2000 | Zellner et al. |
| 6,484,027 | B1 | * | 11/2002 | Mauney et al. .............. 455/421 |

* cited by examiner

*Primary Examiner*—Seema S Rao
*Assistant Examiner*—Christine Duong
(74) *Attorney, Agent, or Firm*—Duane Morris LLP

(57) **ABSTRACT**

A system and method for communicating between nodes in a communications network. The network includes nodes that broadcast and receive data packets over a radio channel. The system includes a distributed trunking method that distributes the communications between the nodes over multiple channels. Voice and other data may be broadcast over data channels, while information regarding the availability of the data channels is broadcast over a control channel. Access to the control channel is controlled using a protocol that may include carrier sense multiple access with collision avoidance (CSMA/CA), time division multiple access (TDMA) or a hybrid of CSMA/TDMA.

**6 Claims, 3 Drawing Sheets**





Case 1:19-cv-09995-GBC  Document 1-1  Filed 12/09/19  Page 251 of 360 PageID #: 663
Case 1:99-mc-09999  Document 1898-1  Filed 12/09/19  Page 251 of 360 PageID #: 18273



FIG. 2

Case 1:19-cv-09345-CFC  Document 1-1  Filed 12/09/19  Page 252 of 360 PageID #: 18274



US 7,606,256 B2

1

# DISTRIBUTED TRUNKING MECHANISM FOR VHF NETWORKING

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 09/398,019 filed on Sep. 17, 1999 and now U.S. Pat. No. 6,996,088, which relates to and claims priority from U.S. Provisional Application Ser. No. 60/101,041 entitled "Distributed Trunking Mechanism for VHF Networking", filed on Sep. 18, 1998.

## BACKGROUND OF THE INVENTION

The present invention is related to wireless data communication networks and, in particular, relates to controlling access to network resources.

Conventional wireless networks utilize various network access protocols in order to allow communicating nodes (i.e. radios) to share network resources. Wireless VHF communication networks typically include multiple nodes communicating over a single radio channel.

Conventional protocols generally permit each node to transmit over the radio channel without restriction. In one such protocol, the destination node sends an acknowledgment message upon successfully receiving the transmitted message. The source node waits for the acknowledgment message, and if the acknowledgment message is not received after a predetermined time period, the source node assumes that the transmitted message was not received and retransmits the message. Because nodes may transmit without restriction on the same channel, conflicts or collisions may occur that prevent the transmitted message from being received. A collision occurs whenever two or more nodes attempt to transmit simultaneously.

A typical communication system with five nodes communicating over a single channel according to this protocol is disclosed in FIG. 1. The timeline (t) of channel transmissions shows that during time period 10 a message is transmitted from node 1 to node 2. During the time period 20 a message is transmitted from node 3 to node 5. During the time period 30 a message is transmitted from node 4 to node 5. No protocol is in place to prevent collisions. The nodes transmit whenever there is a message to be sent. As a result, collisions between transmissions will occur. For example, node 4 is shown as attempting to transmit a message to node 1 during time period 15 which will collide with the transmission from node 1 to node 2 during time period 10. Similarly, the transmission from node 4 to node 2 during time period 25 will collide with the transmission from node 1 to node 2 during time period 10. These collisions may prevent either message from being received, resulting in the inefficient requirement for retransmissions.

An existing network access protocol attempts to avoid collision. The Carrier Sense Multiple Access (CSMA) protocol, requires that a source node having a message to broadcast over the common channel first "listen" for activity on the channel. If activity is detected (i.e. another node is transmitting), then the source node waits for a time period before re-attempting transmission. The CSMA protocol reduces the need for retransmissions, since collisions are rare. However, retransmissions may still be required if the receiving node is not available because, for example, it is out of range or powered off.

Another network access protocol is Time Division Multiple Access (TDMA). The TDMA protocol eliminates colli-

2

sions by dividing the common channel into time frames and slots. Each node is assigned a particular time slot in which to transmit all of its messages. Collisions are eliminated because nodes only transmit during their assigned slots. However, the TDMA protocol may result in excessive delays and under utilization of the common channel, since each node must wait for its designated time frame and time slot to transmit.

Other wireless communication systems use multiple channels. For example, in a cellular digital packet data system multiple channels are provided permitting more than one pair of nodes to exchange data simultaneously. In addition to the communicating nodes, the system also includes base stations that control communications between the nodes. Each base station covers a particular geographic service area and controls communications to and from nodes located in that area. In order to deliver a message the communication system must first locate the destination node. To locate a destination node, the network broadcasts a location message from each of the base stations in the service area until the destination node responds. This procedure dedicates a large amount of network resources to locating nodes. In addition, failure or elimination of the base station generally causes a loss of all communications.

Conventional multi-channel wireless communication systems typically include a control channel and at least one data channel. The data channel is used for voice and data transmissions between pairs of nodes. The control channel is used for the transmission of control data between a base station and a node. Such control data may include, for example, instructions for the node to change to a particular data channel in order to receive an incoming transmission from another node. In conventional systems, nodes do not communicate with each other over the control channel.

As discussed above, the current methods of providing channel access in wireless networks have many shortcomings. It is an object of the present invention to obviate many of these shortcomings and to provide a novel wireless communication system and method for providing efficient channel access.

Accordingly, it is an object of the present invention to provide a novel system and method for communicating between nodes of a single channel wireless network using a channel access protocol that avoids the need for a large number of message retransmissions.

It is another object of the present invention to provide a novel system and method for communicating between nodes of multiple channel wireless network using a channel access protocol that avoids the need for a large number of message retransmissions.

It is yet another object of the present invention to provide a novel system and method for communicating between nodes of a single channel wireless network using a channel access protocol that reduces collisions between messages.

It is still another object of the present invention to provide a novel system and method for communicating between nodes of multiple channel wireless network using a channel access protocol that reduces collisions between messages.

It is a further object of the present invention to provide a novel system and method for communicating between nodes of a single channel wireless network using a hybrid CSMA/TDMA channel access protocol.

It is yet a further object of the present invention to provide a novel system and method for communicating between nodes of multiple channel wireless network using a hybrid CSMA/TDMA channel access protocol.

US 7,606,256 B2

3

It is still a further object of the present invention to provide a novel system and method for VHF communications that provides for communications between multiple nodes without the use of a base station.

These and many other objects and advantages of the present invention will be readily apparent to one skilled in the art to which the invention pertains from a perusal of the claims, the appended drawings, and the following detailed description of the preferred embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graphical representation of the exchange of data over a single channel in a conventional communications network.

FIG. 2 is a graphical representation of the exchange of data in a communications network according to the present invention including the distributed trunking mechanism.

FIG. 3 is a graphical representation of the exchange of data in a communications network according to the present invention including the distributed trunking mechanism and a CSMA control channel access protocol.

FIG. 4 is a graphical representation of the data exchange over a single channel according to the present invention.

FIG. 5 is a graphical representation of the data exchange over a communications network according to the present invention including a CSMA channel access protocol.

FIG. 6 is a graphical representation of the data exchange over a communications network according to the present invention including a TDMA channel access protocol.

FIG. 7 is a graphical representation of the data exchange over a communications network according to the present invention including a hybrid TDMA/CSMA channel access protocol.

DESCRIPTION OF PREFERRED EMBODIMENTS

The present invention is directed to a wireless communication network with a fixed number of radio channels (i.e. 1, 2, 3, 4, . . . ). One of the channels is designated as a control channel accessible by all network nodes. The remaining channels are designated as data channels and are used for voice and data transactions between pairs of nodes. In the case of communication system with a single channel, the channel may serve as both a control and data channel.

The communications network may include an arbitrary number of mobile and fixed nodes, scattered in random fashion over the geographical region of interest. The degree of connectivity between nodes may not be known at all times and is determined by the each node's antenna coverage area. The connectivity status may change during the course of network activity due to atmospheric changes, node movement, failure/recovery or other dynamic factors. Additionally, obstruction by the earth, channel match between the transmitter and the receiver, propagation delay, received signal strength, signal-to-noise ratio, bit error rate for given modulation type, error correction and message collisions may be important factors in determining the success or failure of a given transmission.

Each node includes a transmitter and a receiver or a transceiver. A transceiver at a particular node may be tuned to either the control channel, which is shared by all nodes, or to a data channel dynamically allocated for data exchange between pairs of nodes. During monitoring of the channels, the node may be in one of the following three states: receiv-

4

ing, transmitting or idle. The channels are preferably half-duplex, so that none of the nodes can simultaneously receive and transmit.

Idle nodes monitoring the control channel receive all detected transmissions on the channel regardless of whether the idle node is the destination node for the transmitted message. A node will initiate its own transmission on the control channel when it has a message destined for another node in its internal message queue, and requires a data channel to deliver the message.

Access to data channels may be negotiated between nodes on the multiple access control channel. Through the negotiation process a pair of nodes (i.e. a source node and a destination node) select a data channel for communications. Once a particular data channel has been selected for communication it becomes unavailable to the other nodes in the network, thus eliminating the potential for collisions. Information about the channel negotiation was received by all of the nodes tuned to the control channel at the time of the negotiation. A node might not have the correct status of the availability of a particular data channel if during the channel negotiation it was not monitoring the control channel because it was, for example, powered down, out of range or involved in another transaction. Transmission over the data channel may initiate as soon as the source node obtains access to it and determines that the channel is not occupied by any other connection.

Once a source and destination node have completed the exchange of data, the nodes switch back to the control channel to inform the rest of the network that the data channel has been released and is now available. The nodes continue to listen to the control channel until one is needed to start new exchange. Each node monitors the control channel to determine the status of the data channels. During the monitoring of the control channel each node may continuously update an internal database of current network conditions. The information stored in the database may assist the node in future channel selections and facilitate some other protocol procedures.

In order to reduce the probability of nodes selecting a channel that is already in use, data channels may be divided into two groups at every node. The first group consists of data channels whose status is positively known to the node. The first group includes the data channels that have been made available during the node's uninterrupted monitoring of the control channel following the node's return from a data channel. The second group consists of the data channels that appear to be available to the node, but their definite status is unknown. The data channels in the second group were available to the node prior to the last time the node switched to a data channel.

During channel negotiations, a source node may randomly choose from the second group only after all the data channels in the first group have been rejected by the destination node. The destination node accepts the data channel proposed by the source node if the data channel belongs to either of the two groups stored in its database. The destination node rejects the proposed channel if it knows that the channel is occupied. Whenever a node needs to select a new data channel but determines that all of the available data channels are busy, it waits until any data channel is released or until the maximum channel occupancy time, preferably 0.5 sec, expires and then assumes that the oldest busy channel is now available.

In the event a data channel conflicts occurs, despite the use of the procedure set forth above, the present invention includes a process focused on minimizing the number of retransmissions and renegotiations. If either one of the nodes that switched over to the data channel determines that the data

US 7,606,256 B2

channel is occupied by another connection, it drops the selected data channel immediately and switches to the control channel for the next round of channel negotiations.

An example of the data exchange procedure of the present invention is shown in FIG. 2. The disclosed system includes three data channels 200, 300, 400 and a control channel 100. Transmissions in each channel over time (t) are displayed graphically in FIG. 2. A source node broadcasts its channel request to the network over the control channel 100. A destination node responds by either agreeing or rejecting to communicate on the requested channel. Acceptance of the channel depends on information the node currently has about the status of the requested channel. If requested data channel is not acceptable for the destination node, then it suggests a different channel and asks the source node to agree to it. The process repeats until the nodes agree on the channel. The data channel is agreed upon when both the source and the destination nodes consider it available, and after they have informed each other and the rest of the nodes accessible to them about their intent to occupy the channel. When the communication on the data channel is completed, the nodes switch back to the control channel 100 to inform the rest of network about the channel being released.

By way of example, communications among six nodes are disclosed in FIG. 2. As illustrated in FIG. 2, nodes 1 and 2 negotiate on the control channel 100 during the time period 110 and agree to communicate on data channel 300 over which communication takes place during time period 312. Once their communications are complete, nodes 1 and 2 return to the control channel 100 and exchange messages during time period 114 thereby informing the network that the data channel 300 is available.

Similarly, Nodes 3 and 5 negotiate on the control channel 100 during time period 120 and agree to communicate on data channel 400 over which communication takes place during time period 422. Once the exchange of data is complete, the nodes return to the control channel 100 and exchange messages during time period 124 that inform the rest of the network that the data channel 400 is available.

In addition, nodes 4 and 6 negotiate on the control channel 100 during time period 130 and agree to communicate on data channel 200 over which communication takes place during time period 232. Once communications are complete, the nodes return to the control channel 100 and exchange messages during time period 134, thereby informing the rest of the network that the data channel 200 is available.

In still another example, once their first communications are complete, nodes 3 and 4 negotiate over the control channel 100 during time period 150 to communicate on data channel 400 and do so during time period 452. Similarly, nodes 1 and 6 negotiate on the control channel 100 during time period 160 to communicate on data channel 200 over which the nodes exchange communications during time period 262.

The communications between the nodes may include either voice or data communications. Preferably communications are conducted using digital data packets. Packets may contain either voice or data. When transmitted over the control channel, packets are referred to as control packets. Because of the existence of multiple data channels, certain data channels may be designated for use as voice or data only in order to expedite communications. As may be seen from FIG. 2, the present invention allows for simultaneous voice and data exchange (during time periods A and B) and improved efficiency. Preferably, both the data channel negotiations and data channel release communications over the control channel may be accomplished by mutually exchang-

ing data packets of a special format, so that all of the nodes in the source and the destination coverage areas get appropriate notification.

While the examples described relate to communications between pairs of nodes, it is within the scope of the present invention that the techniques and innovations be applied to permit simultaneous communications among several nodes at once. For example, negotiations might take place between three nodes over the control channel to select a single data channel for communications between the three nodes.

A channel access protocol may be employed in order to ensure that all of the nodes have fair access to the control channel for data channel negotiations. In an embodiment of the present invention CSMA is used as a control channel access protocol. The protocol ensures that the nodes do not start to transmit a packet over the control channel until they determine that the control channel is not occupied. If two nodes wish to transmit a request, response, or channel release notification packet over the control channel almost simultaneously, and they do not have enough time to learn about each others intentions, a collision may occur. To minimize the probability of a collision, the CSMA protocol includes two techniques.

The first technique contained in the CSMA protocol is directed to collision avoidance, and exploits the fact that certain network transmissions may be predicted. For example, a channel request packet from the source node is generally followed by a response packet from the destination node. Similarly, a channel release request packet transmitted by the source node is generally followed by a channel release response packet transmitted by the destination node. Therefore, the protocol requires that when a node waiting to transmit receives a data packet that requires a response and the data packet is not addressed to the node, the waiting node may not start a transmission until the actual destination node has had time to respond. The protocol prevents undesirable collisions and gives priority to data channel negotiations that have already started.

The second technique contained in the CSMA protocol uses major time slots to approximately synchronize and distribute starting times of data packet transmissions from different nodes. Each major time slot includes a number of mini-slots located at the beginning of the major slot, where the number of mini-slots is equal to the number of nodes in the network. The duration of a major time slot is equal to the packet transmission time plus the duration of the mini-slots. Preferably, all packets transmitted in the control channel are of equal duration. The duration of a single mini-slot is equal to the maximum propagation delay for a given network topology (such as the coverage area of the network). A given node waiting to transmit starts its major slot when, it will not interfere with any transmission as determined by the collision avoidance mechanism described above. The majority of the nodes will start their major slots almost simultaneously and the start of actual transmission is scheduled to coincide with the beginning of a randomly chosen mini-slot within the major slot. Consequently, only the packets whose transmission begins at the first chosen mini-slot will experience a collision. The rest of the contending nodes will not start their transmission due to the carrier sense capability and properly chosen mini-slot duration. Since it is always desirable to favor negotiation that has already been in progress, the first mini-slot of every major slot is dedicated to response packets.

In order to ensure that messages are transmitted according to priority. The mini-slots may be assigned to nodes based on the priority of the packet to be transmitted. A discussed in

US 7,606,256 B2

7

more detail below, message priority may be determined based on the urgency, age and relative importance of the messages.

In order to improve network efficiency, the network includes a designated time-out period. If a source node waiting for a response from a destination node does not receive it before the time-out, it retransmits its request and waits for the response until the second time-out expires. In the latter case, the destination node is considered busy or temporarily out of reach, and the source node attempts to either establish another connection or waits until it hears from this destination. If, instead of the response from the destination node, a request packet is received (from another node), and this request has higher or equal priority, the source node assumes that its request has been lost, and services the received request by sending a response packet and postponing its attempt to establish a new connection. If the received request has lower priority, the source node updates its information and ignores the request. Waiting may also be aborted whenever any information is received that might indicate a non-reception of the request packet by the destination node. An example of such information is the presence on the control channel of any response packet (except the response from the destination node to the source node) which is either originated at or destined for the destination node, or a request packet generated by the destination node.

With reference to FIG. 3, the CSMA control channel access protocol will now be described in operation. The control channel 100 is divided into major time slots 115, 125. Each time slot includes mini-slots 127. The data exchange begins with node 1 transmitting a control request packet 111 to node 2 requesting to use the data channel 200 for the transmission of data. Node 2 transmits a control response packet 113 responding in the affirmative. The response packet 113 is transmitted at the beginning of the first mini-slot within the major slot 125 following the control request packet 111. After allowing for switch time 117, node 1 transmits a data request packet 211 over the data channel 200. The data request packet 211 is followed by data frames 212. Data transmission is complete when node 1 sends a data release request packet 213 over the data channel 200 requesting that node 2 switch to the control channel 100. Next, node 1 sends a control release request packet 121 to node 2 after a delay allowing node 2 to switch to the control channel 100. Node 2 response with a control release response packet 123 that is transmitted in the first mini-slot of the following major slot. The rest of the nodes postpone their transmission for the duration of one major slot to allow for node 2 to complete its transmission. The next channel access begins with node 3 transmitting a control request packet 143 to node 4. As discussed above, the protocol provides for a time out on both the control 133 and data channels 233.

FIG. 5 discloses an example of the CSMA control channel access protocol of the present invention in use in a network with three nodes. The protocol may be implemented in either a single or multi-channel system. In a single channel system, the voice and data exchange occur over the control channel. Nodes 1 and 3 exchange control packets 131, 135 which function as a notification of control channel availability rather than a negotiation to use a particular data channel. Once the nodes agree to exchange data, then data packets 235 are exchanged over the control channel or a separate data channel as shown in FIG. 4.

The present invention includes using Time Division Multiple Access (TDMA) as an alternative to CSMA as a control channel access protocol. As shown in FIG. 6, the control channel may be divided into a time series of frames called epochs 170. Each epoch is in turn subdivided into time slots

8

(171, 172 and 173) with a duration twice larger than needed to transmit a control packet. Time slots are numbered in round-robin fashion, and only one node is allowed to transmit in the first portion of the time slot that is assigned to it. The duration of an epoch is determined by the size of the network or subnet (i.e. the number of nodes). The second portion of every time slot in the epoch 170 is dedicated to the transmission of response packets, which are sent immediately after the request reception.

There is a delay introduced when the data channel (or control channel in the case of a single channel system) is released. The delay occurs because data exchange completion is unrelated to the control channel epoch structure, and two nodes releasing the data channel are forced to wait for their next time slot in order to transmit the channel release notifications.

FIG. 6 illustrates the TDMA control channel access protocol. As described above, the control channel 100 is divided into epochs 170 and time slots 171, 172 and 173. The data exchange begins with node 1 transmitting a control request packet 131 to node 3. Node 3 transmits a control response packet 133 responding in the affirmative. The response packet is transmitted at the beginning of the second half of the time slot 171 assigned to node 1. After allowing for switch time nodes 1 and 3 exchange data 235 over the data channel (or the control channel) as shown in FIG. 4. Next, node 1 sends a control release request packet 137 to node 3 after a delaying a time period 175 to wait for its assigned time slot 171. Node 3 responds with a control release response packet 139 that is transmitted in the second half of the time slot 171.

The TDMA collision-free access protocol of the present invention may be preferred for use with packet radio nets. Packet radio nets typically operate in an environment known to be complicated by hidden terminals, constantly changing topology, severe channel fading and interference.

Both the CSMA and TDMA channel access protocols of the present invention include time-out periods. The time out periods for the CSMA protocol are shown in FIG. 3. The destination node is required to automatically switch to the control channel when it does not detect any foreign communication on the data channel, and does not receive a data request packet from the source node before the data channel time-out 233. The time-out may be reached when the data channel is used by another pair of nodes in the source coverage area, but the destination node's antenna cannot detect the communications. In addition, the data channel time-out may be reached when the source node fails to switch to the data channel, because the response packet from the destination node indicating acceptance of the channel has been lost. The duration of the data channel time-out 233 is set at a value sufficient to allow time for the source node to switch to the data channel, to send its data request packet, and for the destination node to receive it. The criteria for data channel time out places a lower bound on the control channel time-out 133 duration (time after which previous packet transmission is considered unsuccessful, and its retransmission is allowed). The destination node must return to monitoring the control channel by the time the source node retransmits its request. Therefore, the control channel time-out is at least as long as the data channel time-out plus twice the switching time and twice the request transmission time. The inclusion of request packet transmission time is required because the protocol allows only one transmission attempt after collision (in the CSMA protocol). This transmission begins in the second major time slot following the collision, which gives other nodes an opportunity to finish their exchange (collision may

US 7,606,256 B2

9 10

not be detected at all nodes). In the TDMA protocol, the lower bound on the control channel time-out is also determined by the epoch duration.

If the destination node successfully receives the data request packet from the source node (and therefore cancels its data channel time-out), but, for any reason, fails to receive the data release request packet, indicating the end of data transmission over the data channel, it is forced internally to switch to the control channel after the maximum data channel occupancy time, preferably approximately 0.5 sec, expires.

Another embodiment of the present invention combines the features of the CSMA and TDMA channel access protocols discussed above, resulting in a hybrid CSMA/TDMA protocol. The epoch structure is similar to the structure employed in the TDMA protocol. The hybrid protocol differs from the TDMA based protocol because, every time slot begins with a series of mini-slots each of which has a duration equal to the maximum propagation delay in the subnet. The number of mini-slots is equal to the number of nodes and each node is allowed to start transmission only in the beginning of the mini-slot which is uniquely assigned to it. Mini-slots are numbered sequentially in the round-robin fashion and the initial mini-slot number itself changes cyclically from one time slot to another as shown in FIG. 7. This structure ensures fair access for all nodes in the subnet. As time (t) progress, a node, which was initially privileged by having its mini-slot start before the mini-slots of all other nodes, loses its access priority in favor of those nodes that were disadvantaged by the late mini-slots. Similar to the CSMA based protocol, control packet transmission is allowed only if the control channel is idle. The hybrid CSMA/TDMA protocol eliminates collisions almost completely, and does not include the delays associated with a TDMA based protocol.

With reference to FIG. 7, the hybrid CSMA/TDMA control channel access protocol will now be described in operation. As described above, the control channel 100 is divided into time slots (181, 182 and 183). At the beginning of a given time slot 181 are mini-slots. By way of example, for a three node system there are three mini-slots at the beginning of each time slot (e.g. 181-1, 181-2 and 181-3), as shown in FIG. 7. The data exchange begins with node 1 transmitting a control request packet 131 to node 3. The control request packet 131 is transmitted at the beginning of the mini slot 181 -1 assigned to node 1. Node 3 transmits a control response packet 135 responding in the affirmative. The response packet is transmitted immediately following the transmission of the request packet in the time slot 182 assigned to node 1. After allowing for switch time, nodes 1 and 3 exchange data 235 over the data channel (or the control channel) as shown in FIG. 4. Next, node 1 sends a control release request packet 137 to node 3 after a delaying a time period 185 to wait for its assigned mini-slot in the next available time slot 183. Node 3 responds with a control release response packet 139 that is transmitted in the second half of the time slot 182.

In some situations, nodes may receive a request for connection from a third node while engaging in data channel release packet exchange with another node. In such circumstances, the new request is placed in a data packet queue at the node and, after the channel release is completed, is serviced provided that the priority of the request packet exceeds the priority of the node's own highest priority data packet. Otherwise, the received request is ignored and channel negotiation for transmission of the higher priority packet is initiated by generating and sending a new request packet.

In addition to the channel negotiations described above, the control channel may be used for direct data transmission of small data packets. This may be done when new data channel allocation is not feasible, or when load on the control channel allows it to accept more traffic without significant degradation in performance. If necessary, the same channel access protocol may be used for data exchange on the control channel as for the exchange of control information.

The present invention provides fair access to network resources for all nodes. As discussed above, transmission start times on the control channel are determined using either a randomization process in the CSMA protocol or a rotating priority in the TDMA and hybrid CSMA/TDMA protocols. In addition, the present invention also includes a method for determining the priority of each connection request or message received by the nodes.

Each connection request or message that is delivered to the node from a higher protocol layer includes a set of parameters that describes its service class. These parameters may include maximum time in queue (Tqmax) and maximum connection lifetime (Tcmax) and priority class. Tqmax describes a delay priority or an urgency of the connection and Tcmax describes a loss priority or importance of the connection. The priority class identifies the importance of the connection with respect to other services supported by the network and, therefore, the ability of the connection request to override or preempt other connections contending for network resources. Different combinations of these three parameters describe a full spectrum of possible service classes.

After a connection request is delivered by the higher layer protocol, it is processed in a priority manager located at each node, according to its priority class. The priority manager monitors the time spent by the connection request in the node's message queue (i.e. the age of the message (Tq)). The priority manager also determines which message should be serviced based on the value of a window parameter (W) that is determined according to the formula: $W = Tqmax - Tq$. The channel access protocol attempts to service the connection request of the highest priority (as determined by priority class) with the largest age (as determined by the window parameter) first. When the most urgent connection request cannot be serviced immediately, the channel access protocol permits the next most urgent connection request to be serviced if the message duration is short enough to fit within the window of the most urgent connection. However if the connection request does not fit, or if the value of the window parameter for the most urgent connection request is less than or equal to zero (i.e. the service deadline for the connection request has been reached), the channel access protocol must keep trying to service the connection request with the highest priority classification. Connection requests whose age exceed their maximum lifetime (Tcmax) are removed from the queue.

While preferred embodiments of the present invention have been described, it is to be understood that the embodiments described are illustrative only and the scope of the invention is to be defined solely by the appended claims when accorded a full range of equivalence, many variations and modifications naturally occurring to those of skill in the art from a perusal hereof.

What is claimed is:

1. In a communication system that includes a plurality of nodes that communicate over a plurality of radio channels including a control channel and a plurality of data channels, a method of communicating between a source and a destination node among the plurality of nodes comprising the steps of:

(a) monitoring the control channel to determine the availability of each of the plurality of data channels;

US 7,606,256 B2

11

(b) negotiating an agreement directly between the source and destination node over the control channel to accept one of the plurality of available data channels for conducting communications;

(c) conducting communications between the source and destination nodes over the accepted data channel;

(d) releasing the accepted data channel; and

(e) informing the others of the plurality of nodes upon completion of communications that the accepted data channel has been released, wherein the step of negotiating an agreement comprises the following steps:

(i) broadcasting from the source node directly to the destination node over the control channel a request to use one of the plurality of data channels for communications with the destination node;

(ii) broadcasting from the destination node directly to the source node over the control channel either an acceptance of the request to use one of the plurality of data channels for communications or a request to use an alternative one of the plurality of data channels for communications; and

(iii) broadcasting from the source node directly to the destination node over the control channel, if the one of the plurality of data channels was not accepted, either an acceptance of the alternative channel or a request to use another one of the plurality of data channels for communications, the source and destination nodes continuing to alternately request different data channels until a data channel is accepted, wherein the source node and the

12

destination node each include a first and second database, the first database containing a list of available data channels, the second database containing a list of potentially available data channels, wherein during the step of negotiating an agreement the data channels in the first databases are selected by source and destination nodes for the requests to use before the data channels in the second databases.

**2**. The method of claim **1**, wherein the control channel is monitored at each of the plurality of nodes.

**3**. The method of claim **2**, further comprising the step of: storing the most recent information regarding the availability of the data channels in databases located at each of the source and destination nodes.

**4**. The method of claim **1**, further comprising the step of informing the others of the plurality of nodes that the accepted data channel is no longer available for communications.

**5**. The method of claim **1**, wherein the acceptance of the request to use one of the plurality of data channels by a node depends upon information retained by the node about the status of the requested channel.

**6**. The method of claim **1**, wherein the availability of the data channels is based upon information received at the nodes and the method further comprises the step of sorting the data channels in the first and second databases according to the timeliness of the information indicating the availability of the data channels.

\* \* \* \* \*

# EXHIBIT L

Case 1:19-cv-09945-CFC   Document 1698-1   Filed 12/09/19   Page 260 of 360 PageID #: 6282

US006404756B1

## (12) United States Patent

Whitehill et al.

(10) Patent No.: **US 6,404,756 B1**

(45) Date of Patent: **Jun. 11, 2002**

(54) **METHODS AND APPARATUS FOR COORDINATING CHANNEL ACCESS TO SHARED PARALLEL DATA CHANNELS**

(75) Inventors: **Eric A. Whitehill; Tim Dempsey**, both of Fort Wayne, IN (US)

(73) Assignee: **ITT Manufacturing Enterprises, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 26 days.

(21) Appl. No.: **09/705,588**

(22) Filed: **Nov. 3, 2000**

### Related U.S. Application Data

(60) Provisional application No. 60/163,257, filed on Nov. 3, 1999.

(51) **Int. Cl.**[7] .......................................... **H04L 12/413**

(52) **U.S. Cl.** ........................ **370/338**; 370/439; 370/445

(58) **Field of Search** ................................. 370/322, 348, 370/364, 438, 439, 442, 443, 444, 445, 468, 225, 226, 227, 228, 338, 347, 447

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,392,450 A | * | 2/1995 | Nossen | 455/12.1 |
| 5,502,722 A | * | 3/1996 | Fulghum | 370/343 |
| 5,615,212 A | * | 3/1997 | Ruszczyk et al. | 370/433 |
| 5,680,392 A | * | 10/1997 | Semaan | 370/261 |
| 5,796,741 A | * | 8/1998 | Saito et al. | 370/439 |
| 5,844,905 A | * | 12/1998 | McKay et al. | 370/443 |
| 5,886,992 A | * | 3/1999 | Raatikainen et al. | 370/410 |
| 5,936,953 A | * | 8/1999 | Simmons | 370/364 |

* cited by examiner

*Primary Examiner*—Min Jung

(57) **ABSTRACT**

A network of nodes communicates using plural, shared parallel data channels and a separate reservation channel. Access to the data channels is coordinated among the nodes by communicating message requests and corresponding replies on the reservation channel. In addition to a primary transmitter/receiver (e.g., a modem), each node includes a secondary receiver that permits each node to continuously monitor the reservation channel. When not engaged in a message transfer on one of the data channels, the primary receiver monitors the reservation channel. If the primary becomes engaged in a message transfer, the secondary receiver is activated and monitors the reservation channel. Use of the secondary receiver avoids loss of channel access information resulting from use of a single receiver for both the reservation and data transfer mechanisms. By transmitting requests for channel access on the reservation channel and continuously monitoring the reservation channel, message collisions are dramatically reduced.

**113 Claims, 7 Drawing Sheets**



Case 1:19-cv-09995-GEC Document 1898-1 Filed 12/09/19 Page 261 of 360 PageID #: 182283



FIG.1

PRIOR ART



FIG.2

Case 1:19-cv-09945-CFC  Document 1898-1  Filed 12/09/19  Page 262 of 360 PageID #: 674



Case 1:19-cv-09345-GFC Document 1898-1 Filed 12/09/19 Page 263 of 360 PageID #: 182285



FIG.4

Case 1:19-cv-09995-CFC  Document 1898-1  Filed 12/09/19  Page 264 of 360 PageID #: 676
Case 1:99-mc-09999  Document 1898-1  Filed 12/09/19  Page 264 of 360 PageID #: 182286



FIG.5

Case 1:19-cv-08345-GFC   Document 1898-1   Filed 12/09/19   Page 265 of 360 PageID #: 182287



FIG.6

Case 1:19-cv-02245-CFC  Document 1898-1  Filed 12/09/19  Page 266 of 360 PageID #: 678





FIG.7

Case 1:19-cv-09999-GFC  Document 1898-1  Filed 12/09/19  Page 267 of 360 PageID #: 182289





FIG.8

US 6,404,756 B1

1

# METHODS AND APPARATUS FOR COORDINATING CHANNEL ACCESS TO SHARED PARALLEL DATA CHANNELS

## CROSS REFERENCE TO RELATED APPLICATION

This application claims priority from U.S. Provisional Patent Application Ser. No. 60/163,257 entitled "Multichannel Carrier Sense Multiple Access with Enhanced Collision Avoidance," filed Nov. 3, 1999. The disclosure of this provisional patent application is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to methods and apparatus for coordinating channel access to shared communication resources, and more particularly, to techniques for allowing a group of network nodes to coordinate channel access to plural parallel data channels thereby permitting efficient and timely transmission of audio, video and data information among the nodes.

### 2. Description of the Related Art

Carrier Sense Multiple Access with Collision Avoidance (CSMA/CA) is a well-known protocol specified in the IEEE802.11 standard for wireless local area networks (LANs). This protocol specifies two methods for controlling access to a single channel that is shared among a group of users. One method is the point coordination function where channel access is controlled by a central point using a poll-response mechanism. The other method, CSMA/CA, involves an initial handshake of a Request-to-Send (RTS) message followed by a Clear-to-Send (CTS) message exchanged between a source node (e.g., a radio) and a destination node prior to sending an information message (e.g., a message containing audio, video or data information). The source node transmits an RTS message to the intended destination node. If the intended destination node wishes to receive the message and believes that the channel is available (i.e., free of other traffic), the destination node responds with a CTS message. The receipt of the CTS message by the source node permits the transmission of the information message (MSG) which is typically followed by an Acknowledgment (ACK) message from the destination node when reception of the information message is successful. All other nodes within range of the CTS message mark the channel as busy for the duration of the message transfer. Provided all nodes receive every CTS message, the protocol works well.

The throughput of a LAN is dependent upon the total bandwidth available. In the case of the IEEE802.11 standard, all users within a Basic Service Set (BSS) share a single resource (presently 1, 2, 5, or 11 Mbps). The protocol does define multiple frequencies but the purpose of these frequencies is to separate groups of users from one another rather than to promote the use of multiple channels for increased throughput and reduced congestion. The IEEE802.11 protocol is unable to manage the allocations of multiple data channels within a geographic area.

Because of the limited bandwidth available, systems operating under the IEEE802.11 standard have a limited ability to delivery high quality audio, video and data between many users in a small area. This problem is particularly acute with audio (e.g., voice) and video information which must be delivered within a few tens of

2

milliseconds to avoid noticeable delays in reception. If audio and video messages are competing for the same data channel with relatively long data messages, it quickly becomes infeasible to reliably transmit audio and video messages with acceptable delays on a single shared channel.

These limitations could potentially be overcome by sharing multiple data channels among a group of users. Multiple data channels may permit the delivery of high quality audio, video and data among many users in a small area. However, allocation of multiple data channels among several users necessarily requires coordinating the use of the channels so that heavy users (e.g., users transferring large data files) do not block channel access for audio and video within the limited time allocations required for real time delivery. Further, it would be necessary for each node to assess channel availability and reliably communicate requests for access or changes in availability to other nodes without unduly encumbering the system. Accordingly, there exists a need for a system capable of effectively coordinating channel access to multiple shared parallel data channels to permit timely and efficient delivery of high quality audio, video and data information among a group of users in a network.

## SUMMARY OF THE INVENTION

Therefore, in light of the above, and for other reasons that become apparent when the invention is fully described, an object of the present invention is to provide increased throughput for message traffic in a network of nodes by employing multiple parallel data channels that are shared among the nodes.

A further object of the present invention is to coordinate among a group of nodes channel access to plural parallel data channels by providing the capability in each node to continuously gather information as to the status of each communication channel and each neighboring node.

Yet a further object of the present invention is to provide enhanced collision avoidance between messages being transferred between nodes of a network over shared communication resources.

A still further object of the present invention is to minimize the impact of transmitting lower priority messages on the delivery of higher priority messages transmitted on a shared communication resource.

Another object of the present invention is to allow each node in a network to continuously monitor channel access requests transmitted between nodes to ensure that each node is aware of the status of its neighboring nodes and channel availability.

Yet another object of the present invention is to allow information messages of varying priorities to be transmitted over a shared communication resource while ensuring minimal time delay for time-sensitive, high-priority information, such as audio and video.

Still another object of the present invention is to permit broadcasting of messages to neighboring nodes of network with minimal impact on other message traffic.

It is a further object of the present invention to avoid contention between messages transmitted over a shared communication resource by controlling timing of message transmission attempts in a prioritized manner to thereby avoid transmission delays for time-sensitive messages.

It is yet a further object of the present invention to provide enhanced feedback to a network node that has unsuccessfully attempted to transmit messages to another node in order to increase the likelihood of successfully re-transmitting the message.

US 6,404,756 B1

3

The aforesaid objects are achieved individually and in combination, and it is not intended that the present invention be construed as requiring two or more of the objects to be combined unless expressly required by the claims attached hereto.

In accordance with the present invention, a network of nodes communicates using plural, shared parallel data channels and a separate reservation channel. The reservation channel provides a mechanism for coordinating access to the data channels among the nodes in a manner that enhances avoidance of message traffic collisions. Access to the data channels is coordinated among the nodes by communicating message requests and corresponding replies on the separate reservation channel. Each node includes a primary modem (transceiver) and a secondary modem (which maybe only a receiver), which permits each node to continuously monitor the reservation channel, even when transmitting or receiving a message on one of the data channels. If the primary modem of a node is not engaged in a message transfer, the secondary receiver is deactivated, and the primary modem monitors the reservation channel to keep track of the status of each neighboring node and the availability of each data channel. If the primary modem becomes engaged in a message transfer, the secondary receiver is activated and monitors the reservation channel in the same manner. Use of the secondary receiver prevents the loss of reservation information that would occur if only a single receiver were used for both the channel reservations and data transfers, as is the case in conventional schemes. By transmitting requests for channel access on a separate reservation channel and dedicating one of the two receivers to monitor and respond to such requests, transmission of information messages on the multiple parallel data channels can be coordinated among the nodes, collisions between request messages and information messages are eliminated, and collisions between the short request messages transmitted on the reservation channel are dramatically reduced.

The coordinated use of multiple parallel data channels permits the delivery of high quality audio, video, and data between many users in a small area. With multiple data channels, the lengthy transfer of a large file on one channel does not block access to other channels within the limited time allocations of real time services, such as delivery of audio and video. The present invention permits many users to exchange high quality voice messages, where a voice sample must be delivered within a few tens of milliseconds, while simultaneously permitting the rapid transfer of a data file between other users.

By employing a separate reservation channel to request and confirm access to the data channels, the likelihood of collisions on both the reservation channel and the data channels is dramatically reduced. Because each node continuously monitors the reservation channel, nodes that are involved in a data transfer do not lose any information regarding parallel data transfers that started after the current event. Given this universal knowledge, nodes that return to the reservation channel are able to make a more intelligent decision regarding the channel that is chosen for successive data transfers. This advantage of the present invention is especially critical to the reliable and timely delivery of real-time traffic such as Voice over the Internet protocol on a wireless LAN.

If necessary, the secondary receiver of each node can temporarily be tuned to a data channel to receive a broadcast message while the primary modem is simultaneously engaged in a message transfer with another node. Since valid channel access requests are not generally transmitted during

4

a broadcast message, this temporary re-tuning of the secondary modem carries virtually no penalty in terms of potential loss of channel access information.

In accordance with another aspect of the present invention, channel access requests are scheduled using a contention interval scheme that is structured to insure that high priority messages and voice traffic are handled prior to routine file transfers. The contention interval is created by timing slots of a duration in excess of the combined time to transmit an RTS and CTS. Nodes attempting to transfer voice messages choose a slot near the beginning of the contention interval, and nodes attempting to transfer data messages choose a slot near the end. The random nature of the slot selection insures extremely fast channel access and high channel efficiency at the expense of a minimal number of collisions.

The present invention also includes an enhanced feedback mechanism which provides a source node with important information as to why a particular message attempt failed, thereby enhancing the likelihood of successfully re-transmitting an information message or a channel access request. A negative clear-to-send message informs a source node of insufficient channel quality or message priority and effectively denies channel access to the source node. A negative acknowledge message informs the source node that the information message received by the destination node contains bit errors requiring a retransmission of the message.

The above and still further objects, features and advantages of the present invention will become apparent upon consideration of the following definitions, descriptions and descriptive figures of specific embodiments thereof wherein like reference numerals in the various figures are utilized to designate like components. While these descriptions go into specific details of the invention, it should be understood that variations may and do exist and would be apparent to those skilled in the art based on the descriptions herein.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a functional block diagram illustrating a conventional network of nodes communicating on a single shared channel.

FIG. 2 is a function block diagram illustrating a network of nodes communicating on a plurality of parallel data channels and a reservation channel in accordance with an exemplary embodiment of the present invention.

FIG. 3a is a time line of message events occurring on the conventional single shared channel of FIG. 1.

FIG. 3b is a time line of message events occurring on the reservation channel and the parallel data channels of FIG. 2 in accordance with the present invention.

FIG. 4 is a state diagram illustrating the channel access state machine of the primary modem of a node in accordance with an exemplary embodiment of the present invention.

FIG. 5 is a state diagram illustrating the channel access state machine of the secondary receiver of a node in accordance with an exemplary embodiment of the present invention.

FIG. 6 is a bar chart illustrating the improved RTS completion rate resulting from the enhanced collision avoidance provided by the reservation channel of the present invention.

FIG. 7 is a bar chart illustrating the improved CTS completion rate resulting from the enhanced collision avoidance provided by the reservation channel of the present invention.

US 6,404,756 B1

5

FIG. 8 is a bar chart illustrating the improved message completion rate resulting from the enhanced collision avoidance provided by the reservation channel of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

In accordance with the present invention, a network of nodes communicates using plural, shared parallel data channels and a separate reservation channel. Increased throughput is achieved by transferring messages over multiple parallel data channels. However, efficient use of the multiple data channels cannot be realized without a mechanism to coordinate allocation of channel access among the nodes in the network and minimize message collisions. The present invention provides these capabilities by dedicating one channel for use as the reservation channel and allocating channel access on the multiple data channels in a distributed fashion. Access to the data channels is coordinated among the nodes by communicating message requests and corresponding replies on the separate reservation channel.

Each node includes a primary receiver and a secondary receiver, which permits each node to continuously monitor the reservation channel, even when transmitting or receiving a message on one of the data channels. While monitoring the reservation channel, the nodes store the channel reservations that have been accomplished and avoid use of those channels until the reservations expire. The dedication of the second receiver overcomes the channel knowledge lost with the use of a single receiver for both the reservation and data transfer mechanisms, which is a serious limitation of conventional CSMA/CA schemes.

By transmitting requests for channel access on a separate reservation channel and dedicating a receiver to receive and respond to such requests, transmission of information messages on the multiple parallel data channels can be coordinated among the nodes, collisions between request messages and information messages are eliminated, and collisions between the short request messages transmitted on the reservation channel are dramatically reduced.

As used herein, the term node refers to a communication device operating in a network of communication devices. The node may be a mobile communication device, such as a radio or wireless telephone, or the node may be stationary or fixed in a particular location. As used herein, the term channel refers to a communication path between nodes, and different channels can exist on separate communication media or on a common communication medium, with individual channels being separated by any suitable means, such as time, frequency, or encoding.

A conceptual contrast between a network of nodes sharing a single channel (e.g., CSMA/CA under the IEEE802.11 standard) and the reservation/multi-channel configuration of the present invention can be seen by comparing FIG. 1 with FIG. 2 and FIG. 3a with FIG. 3b. In FIG. 1, nodes A, B, C and D of a network communicate with each other over a single, shared communication channel which can be accessed by any of the nodes. Each of these nodes includes a single modem with a single transmitter and receiver.

In FIG. 2, nodes A', B', C' and D' can communicate over plural data channels as well as a reservation channel in accordance with the present invention. For convenience and ease of explanation, the communication channels shown in FIGS. 1 and 2 are depicted as having, a bus-like architecture. However, it will be understood that these channels are not limited to any particular architecture or configuration, so

6

long as each node has the ability to access the channels. The channels can exist over any communication medium, such as wire, optical fiber, or wireless (over-the-air), and may employ any suitable transmission protocol. Thus, for example, the nodes shown in FIG. 1 can be nodes of a wireless LAN communicating over a single channel using the IEEE802.11 CSMA/CA protocol.

Referring to FIG. 3a, when node A of FIG. 1 wishes to transmit a message to node B, node A first transmits a Request-to-Send (RTS) message to node B in order to notify node B and other nodes of its intent to reserve the channel. Upon receiving the RTS message, if no other nodes have earlier requested access to the channel (which node B would know from having received an RTS from another node on the channel), node B will reply to node A with a Clear-to-Send (CTS) message indicating that node A is cleared to transmit the information message on the channel. Upon receiving the CTS message, node A then transmits the information message to node B. While transmitting the information message, no other nodes may utilize the channel. Suppose, for example, that node C wishes to transmit a voice message to node D. Node C must wait until after the information message from node A to node B is completed before sending an RTS message to node D requesting access to the channel. Only after node D has replied to node C with a CTS message can the voice message be transmitted. If node A is transmitting a relatively long data message to node B, the delay in transmitting the voice message from node C to node D can be intolerably long.

Channel access in accordance with the present invention is illustrated in FIG. 3b. When node A' of FIG. 2 wishes to transmit a message to node B', node A' transmits a Request-to-Send (RTS) message to node B' in order to notify node B' and other nodes of its intent to reserve one of the available data channels. The RTS message is transmitted by node A' on the reservation channel. Each of the nodes includes a primary modem and a secondary modem. The primary modem is essentially a transceiver used both for transmission and reception of signals. The secondary modem also includes a receiver serving as a secondary receiver. As explained in greater detail hereinbelow, when a node is not engaged in transmission or reception of messages on one of the data channels, the secondary receiver is not used, and the receiver of the primary modem is tuned to the reservation channel. When a node is engaged in the transmission or reception of messages on one of the data channels, the primary receiver is tuned to that data channel while the secondary receiver is activated and tuned to the reservation channel. Consequently, each node is continuously monitoring the reservation channel with one of its two receivers.

Referring again to FIG. 3b, upon receiving the RTS from node A' on the reservation channel, assuming a data channel is available, node B' replies to node A' with a CTS message on the reservation channel. Upon receiving the CTS message, node A' then transmits the information message to node B' on data channel "1". Because channel access requests are transmitted on the separate reservation channel, another node can transmit an RTS message shortly after a previous RTS/CTS exchange is completed without waiting for the subsequent information message to be completed. For example, as shown in FIG. 3b, if node C' wishes to send a message to node D', node C' can transmit an RTS message on the reservation channel after the CTS message from node B' to node A', irrespective of whether the information message being transmitted from node A' to node B' is still being transmitted on data channel 1. Node D' then replies to node C' with a CTS message, and Node C' subsequently

US 6,404,756 B1

7

transmits an information message on another available data channel, such as data channel "2". As seen in FIG. 3b, the information message sent from node C' to node D' on data channel 2 can be transmitted simultaneously with the information message sent from node A' to node B' on data channel 1. The message from node C' to node D' is transmitted with essentially no delay resulting from transmission of the long message transmitted from node A' to node B'.

The approach of the present invention essentially frees the reservation channel of multiple access collisions due to the short duration of the request-to-send message and the absence of long data transfers. The data transfers on the separate data channels also experience a reduction in collisions from the random burst errors created by request-to-send attempts from nodes that are out of range of the clear-to-send message associated with a data transfer. For example, in mobile ad-hoc networks (Extended Service Sets in the IEEE802.11 language), nodes will enter and leave the radio frequency range of a Basic Service Set (a Basic Service Set is essentially a group of nodes that are tied into an access point in a one hop sense). RF communications experience wide swings in their propagation ranges due to building, trees, and other structures. When buildings are between a transmitter and a receiver, a significant attenuation can result. In the case of a network operating under the IEEE802.11 protocol, this fluctuation can result in a node which is receiving a data message experiencing catastrophic interference from a node issuing an RTS or a message. This node might make the offending RTS transmission if it was unaware of the channel reservation due to a building or tree which was previously in the way, but no longer is. In accordance with the present invention, this destructive interference takes place on the reservation channel rather than on a data channel. If such an RTS message were to collide with another RTS message or a CTS message on the reservation channel, this collision would result in a retry of the reservation rather than a retry of an information message. This improvement is especially important with respect to real time services (e.g., audio and video) which require rapid delivery.

As will be understood from the foregoing, an important advantage of the present invention lies in the continuous monitoring of the reservation channel. Nodes that are involved in a data transfer do not lose any information regarding parallel data transfers that started after the current event. Given this universal knowledge, nodes that return to the reservation channel are able to make a more intelligent decision regarding the channel that is chosen for successive data transfers. This advantage of the present invention is especially critical to the reliable and timely delivery of real-time traffic such as Voice over the Internet protocol on a wireless LAN.

The following exemplary embodiment of the present invention in the context of a wireless LAN reveals the methods and apparatus of the present invention in detail. FIGS. 4 and 5 illustrate state diagrams of the primary and secondary modem of nodes in a system employing multi-channel carrier sense multiple access with enhanced collision avoidance (MC-CSMA/E-CA) in accordance with the exemplary embodiment. Specifically, a state diagram illustrating the channel access state machine of the primary modem of a node is shown in FIG. 4. This state machine implements the CSMA/CA protocol with multiple data channels. A state diagram illustrating the channel access state machine of the secondary receiver which provides enhanced collision avoidance is shown in FIG. 5.

For ease of description, the modem states shown in FIG. 4 are loosely separated into "source modem states" (right

8

side of FIG. 4) that each primary modem may typically enter while in the process of transferring a message, and "destination modem states" (left side of FIG. 4) that each primary modem may typically enter while in the process of receiving a message. However, it will be understood that the states shown in FIG. 4 constitute a single state machine, and the primary modem of each node may enter any of these states.

Upon initial turn on and power up (INITIATE), each modem enters the IDLE state 100 and is tuned to the reservation channel. When a source node is attempting to transfer a message to a destination node, the standard cycle of modem states of the source node includes the states of IDLE (100), TIME CHANNEL ACCESS (102), TRANSMIT RTS (104), WAIT CTS (106), PROCESS CTS (108), TRANSMIT MESSAGE (110), WAIT LINK ACKNOWLEDGE (112), and back to IDLE (100). Deviations from this cycle are associated with the transmission of a broadcast message (No CTS required) or error conditions such as the reception of an RTS or CTS prior to the source modem's RTS attempt or the lack of a CTS reception.

More specifically, upon receiving a Transmit Command, the source modem transitions from the IDLE state 100 to the TIME CHANNEL ACCESS state 102. In the TIME CHANNEL ACCESS state 102, based on network conditions, it is determined whether to insert a delay (DELAY UP) prior to transmission of an RTS message to provide randomization of the start times from multiple nodes. This is especially important following the reception of a broadcast message where all nodes finish receiving at the same time. If, upon completion of the broadcast message, each node desiring channel access immediately attempted to transmit an RTS message on the reservation channel, the likelihood of a collision would be substantially greater than normal (i.e., it is much more likely that at least two nodes will transmit an RTS at the same time). Consequently, if a broadcast message has just been received, the TIME CHANNEL ACCESS will set a random time delay for transmitting the RTS message in order to randomize access to the channel so that the likelihood of plural nodes attempting to access the channel simultaneously is reduced.

A similar problem exists when only one data channel is available following transmission and reception of an information message. Prior to completion of the message, no data channels are available, and any nodes wishing to transfer messages will be aware that the first opportunity to access a data channel will occur at the end of the message. If two or more nodes wish to transfer a message and each transmits an RTS message on the reservation channel immediately upon completion of the information message, a collision will result. Consequently, in the TIME CHANNEL ACCESS state 102, a random delay is inserted prior to transmitting the RTS message to the destination node.

Conversely, if the network is substantially quiet, with at least some of the data channels being unoccupied, the TIME CHANNEL DELAY 102 will set a delay of zero seconds, such that the source modem essentially goes directly to the TRANSMIT RTS state 104, and the RTS message is sent to the destination node right away without delay on the reservation channel.

If, while in the TIME CHANNEL ACCESS state 102, the modem detects an arriving signal (SYNC DETECT) on the reservation channel, the modem transitions to the PROCESS RTS/CTS state 114 to determine what has been received, rather than transitioning to the TRANSMIT RTS state 104. If it is determined that the incoming signal is an RTS message requesting to transfer a message to another node

US 6,404,756 B1

9

(i.e., the RTS message requires no response by the modem), the modem expects to receive the reply CTS in the near future (in this scenario, the modem is "listening" to an RTS/CTS exchange between two other nodes on the reservation channel). At this point, although the node/modem wishes to send its own RTS message, the node recognizes that an RTS/CTS exchange has begun between two other nodes on the reservation channel, and that it must wait until the transaction is completed before transmitting its own RTS message. To wait for the anticipated reply CTS message (WAIT CTS), the modem transitions to the RECV CTS state 116. In the RECV CTS state 116, a timer keeps track of the elapsed time. If, after a predetermined time-out period has expired, the modem has not detect an incoming CTS message on the reservation channel, the modem returns to the TIME CHANNEL ACCESS state 102 (ACK_4) to resume the attempt to transmit an RTS message. Essentially, the modem assumes that, after a predetermined time, no reply CTS message will be forthcoming, so that the reservation channel is now available for the modem to send its own RTS message without risk of colliding with the reply CTS.

If, prior to the expiration of the time out period, the modem detects an incoming signal (SYNC) on the reservation channel, the modem returns to the PROCESS RTS/CTS state 114 to determine what has been received. If the received signal is the expected reply CTS message, the RTS/CTS exchange is completed, and the node recognizes that an information message will shortly be exchanged between two nodes on a data channel. If the upcoming transfer of the information message will require use of the last available data channel (i.e., all data channels will then be occupied) or if the transfer involves the destination node to which the source node had intended to send an RTS message, the source node cannot proceed with transmission of the RTS message. Accordingly, the modem transitions (ACK_2) from the PROCESS RTS/CTS state 114 to the IDLE state 100. If, on the other hand, the upcoming information message transfer will not occupy the last available data channel and does not involve the intended destination node, there is still a viable channel access attempt, so the modem returns (ACK_1) from the PROCESS RTS/CTS state 114 to the TIME CHANNEL ACCESS state 102 to resume the process of attempting to transmit an RTS message.

While in the TIME CHANNEL ACCESS state 102, when the RTS transmission delay time (DELAY UP) expires, the modem transitions to the TRANSMIT RTS state 104. In the TRANSMIT RTS state 104, when the source modem wishes to transfer an information message to a single destination node (i.e., not a broadcast message), the modem transmits the RTS message on the reservation channel to the destination node. The RTS message specifies the duration of the reservation time that the source node wishes to control a data channel in order to transfer an information message (i.e., an audio, video or data message). Typically, the RTS message presents the destination node with a number of options for setting transmission parameters for transferring the information message. The destination node then specifies in the reply CTS message the actual transmission parameters, including the data channel on which the information message is to be transmitted. After sending the RTS message (DONE) on the reservation channel, the source modem transitions to the WAIT CTS state 106. As the name implies, in the WAIT CTS state, the source modem waits for the arrival of a CTS message on the reservation channel from the destination node in reply to the RTS message.

In the WAIT CTS state 106, a timer keeps track of the elapsed time. If no reply CTS message is received by the

10

modem on the reservation channel within a predetermined time-out period (TIME-OUT NO CTS), the modem transitions from the WAIT CTS state 106 to the IDLE state 100. As described in greater detail hereinbelow, the modem also transitions from the WAIT CTS state 106 to the IDLE state 100 when the destination node replies to the RTS message with a negative CTS (NCTS) message indicating that the source node should not transmit the information message.

If, prior to the time-out period, the modem receives the reply CTS message from the destination node (CTS RCVD) on the reservation channel, the modem transitions from the WAIT CTS state 106 to the PROCESS CTS state 108. The CTS message indicates the data channel on which the information message is to be transferred, and may provide various transmission parameters such as the transmit data rate and power level. After processing the CTS message (DONE), the modem transitions to the TRANSMIT MESSAGE state 110 in which the modem transmits the information message on the specified data channel. After transmitting the information message (DONE), the modem then transitions to the WAIT LINK ACKNOWLEDGE state 112 in which the modem waits to receive an acknowledge signal from the destination node, indicating that the information message was successfully received.

If the destination node successfully receives the information message without error, the destination node subsequently transmits a link acknowledge message back to the source node on the data channel indicating that the reception was successful. Upon receiving the link acknowledge message (LINK ACK RECEIVED), the modem transitions from the WAIT LINK ACKNOWLEDGE state 112 to the IDLE state 100. In the WAIT LINK ACKNOWLEDGE state 112, a timer keeps track of the elapsed time. If no link acknowledge message is received by the modem on the data channel within a predetermined time-out period (TIME-OUT NO LINK ACK), the modem transitions from the WAIT LINK ACKNOWLEDGE state 112 to the IDLE state 100. As described in greater detail hereinbelow, the modem also transitions from the WAIT LINK ACKNOWLEDGE state 112 to the IDLE state 100 when the destination node sends a negative acknowledge (NACK) message to the source node on the data channel, indicating that the received information message included bit errors or was corrupted in some manner.

If, instead of transmitting an information message to a particular destination node, the source node wishes to transmit a broadcast message to multiple neighboring nodes within a reception area, in the TRANSMIT RTS state 104, the source modem transmits an RTS message on the reservation channel indicating that the source node will shortly be transmitting the broadcast message. When any RTS message is transmitted on the reservation channel, all nodes within range of the transmitted signal receive the RTS message. As previously described, in the case of a single destination node, the source node must wait for a reply CTS message before transferring the information message on a specified data channel. With a broadcast message, every node capable of receiving the broadcast message is, in effect, an intended destination node. Since it would generally be impractical to receive a reply CTS message from every node, in the case of a broadcast message, the receiving nodes do not send CTS messages back to the source node. Accordingly, when sending a broadcast message (BCST XMIT), the modem transitions from the TRANSMIT RTS state 104 to a BROADCAST DELAY state 118. The BROADCAST DELAY state simply imparts a delay between transmission of the RTS message and transmission of the broadcast message. Once

US 6,404,756 B1

11

the delay period has elapsed (DONE), the modem transitions to the TRANSMIT MESSAGE state **110** in which the modem transmits the broadcast message on one of the data channels. After transmitting the broadcast message (BCST), the modem transitions to the IDLE state **100** (the nodes receiving the broadcast message do not respond with acknowledge messages).

When the node is the destination of a message sent by another node, the modem states complement the above-described source modem states. The standard sequence of modem states of the primary modem of a destination node attempting to receive a message includes the states of PROCESS RTS/CTS (**114**), TRANSMIT CTS (**120**), RECEIVE MESSAGE (**122**), CHECK CRC (**124**), TRANSMIT LINK ACK/NACK (**126**), and INTERRUPT WAVE-FORM PROCESSOR (**128**).

More specifically, upon detecting an incoming signal (SYNC DETECT) on the reservation channel, the modem transitions from the IDLE state **100** to the PROCESS RTS/CTS state **114**. If the received signal identified in the PROCESS RTS/CTS state **114** is an RTS message directed to the node itself (i.e., this node is the destination node of the message that the source node is requesting to send), upon completing processing of the RTS message (DONE), the modem transitions to the TRANSMIT CTS/NCTS state. If, on the other hand, the received signal is an RTS message that is directed to a different node (i.e., this node is not the destination node of the message the source node wishes to transfer), the modem will wait to receive the reply CTS message (WAIT CTS) from the destination node, and transitions to the RECV CTS state **116**. As previously explained, in the RECV CTS state **116**, a timer keeps track of the elapsed time. If, after a predetermined time-out period has expired, the modem has not detect an incoming signal on the reservation channel, the modem assumes that the CTS message will not be sent and returns (ACK_3) to the IDLE state. If, prior to the expiration of the time-out period, the modem detects an incoming signal (SYNC) on the reserva-tion channel, the modem returns to the PROCESS RTS/CTS state **114** to determine what has been received. If the received signal is the expected reply CTS message, the RTS/CTS exchange is completed, and the node recognizes that an information message will shortly be exchanged between two nodes on a particular data channel. The modem then returns (ACK_2) from the PROCESS RTS/CTS state **114** to the IDLE state **100**. The modem also transitions from the PROCESS RTS/CTS state **114** to the IDLE state **100** when a collision occurs on the reservation channel from which the modem cannot recover.

Returning again to the case where the arriving RTS message identifies this node as the destination node, from the TRANSMIT RTS/NCTS state **120**, the modem transmits either a CTS message or a negative CTS message (NCTS) back to the source node. As explained in greater detail hereinbelow, if the destination node determines that the source node should not transfer the information message, the modem transmits a negative CTS message (NCTS) to the source node on the reservation channel and returns to the IDLE state **100**. Otherwise, the modem transmits a CTS message to the source node. The CTS message specifies the data channel on which the source modem is to transmit the information message as well as any number of other mes-sage transmission parameters. Upon completing transmis-sion of the CTS message (DONE), the modem transitions to the RECEIVE MESSAGE state **122**.

In the RECEIVE MESSAGE state **122**, the modem waits for the information message until a time-out period has

12

elapsed. If the time-out period expires without the modem receiving the message (FRAME SYNC NOT DETECTED, i.e., failing to achieve frame synchronization with the incoming message), the modem transitions to the INTER-RUPT WAVEFORM PROCESSOR state **128**. Frame syn-chronization may not be detected by the modem when RF conditions have changed between the source and destination nodes making reception difficult or impossible. For example, if RF conditions adversely change between the time of transmission of the RTS message by the source node and the time of transmission of the CTS message by the destination node, the source node may not successful receive the CTS message. Consequently, the source node may not even be attempting to transmit the information message while the destination modem is waiting in the RECEIVE MESSAGE state **122**. Likewise, if RF conditions adversely change after transmission and reception of the CTS message, the subse-quently transmitted information message may be undetect-able at the destination modem.

If the modem does detect frame synchronization with the incoming information message (RCV DONE), the modem transitions from the RECEIVE MESSAGE state **122** to the CHECK CRC state **124** where the modem determines whether the received message has bit errors. Specifically, the modem determines from information in the first two bytes of the message how many bytes long the message is. Once that number of bytes has been received, the modem performs a cyclic redundancy check (CRC) to determine whether the received message contains any bit errors. If all the bits in the received message are correct (GOOD CRC), the modem transitions to the TRANSMIT ACK/NACK state **126** and transmits an acknowledge signal to the source node on the data channel indicating that the message was successfully received. If, on the other hand, the CRC detects bit errors in the received message (CRC ERROR), the modem transi-tions to the TRANSMIT ACK/NACK state **126** and trans-mits a negative acknowledge (NACK) signal to the source node on the data channel indicating that the message was not successfully received.

After transmitting the acknowledge or negative acknowl-edge signal to the source node (DONE), the modem transi-tions to the INTERRUPT WAVEFORM PROCESSOR state **128**. Via an interrupt, the INTERRUPT WAVEFORM PRO-CESSOR state **128** passes a receive status indicator (REV STATUS) and, if successfully received, the received mes-sage up the protocol stack to the network processor (e.g., link layer software that responds to the receive status and/or information received in the message). The receive status informs the network processor whether the frame synchro-nization and CRC were successful (GOOD), the frame synchronization was not detected (FS ERROR) or the CRC detected bit errors in the received message (CRC ERROR). When the receive status is GOOD, the successfully received message is also provided to the network processor. If a message is not successfully received, the node may employ a random back-off algorithm which sets a random delay and may try to send the message again with different transmis-sion parameters (e.g., with a lower data rate or higher power). After conveying the receive status and information message, the modem transitions to the IDLE state **100**.

When a received RTS message indicates that a broadcast message is forthcoming (RECEIVE BROADCAST), the destination node does not reply with a CTS message; accordingly, the modem transitions directly from the PRO-CESS RTS/CTS state **114** to the RECEIVE MESSAGE state **122** (bypassing the TRANSMIT CTS/NCST state **120**). Likewise, no acknowledge signal is sent in response to

US 6,404,756 B1

13

receiving a broadcast message; thus, once the CRC is completed on a broadcast message (BROADCAST DONE), the modem transitions directly from the CHECK CRC state 124 to the INTERRUPT WAVEFORM PROCESSOR state 128 (bypassing the TRANSMIT ACK/NACK state 126).

As will be evident from the foregoing description, the primary modem of the present invention is involved in transmitting and receiving RTS and CTS messages on the reservation channel as well as transmitting and receiving information messages and acknowledge signals on data channels. However, during the time the modem is involved in the transfer of an information message on a data channel, the modem cannot also be monitoring the reservation channel for RTS and CTS messages. Thus, without further measures, important information about which channels are occupied or available and which nodes are busy may be lost during transfer of information messages.

In accordance with another aspect of the present invention, each node includes a secondary modem or receiver for monitoring the reservation channel when the primary modem is otherwise occupied. The secondary receiver eliminates the problem of losing knowledge about the parallel data channels while the primary modem is involved in a message transfer on a data channel and is not listening on the reservation channel. While the secondary modem may include both transmitting and receiving capabilities, the exemplary embodiment of the present invention described herein relies on the secondary modem only for receiving signals; thus, the transmitter may optionally be patched out or eliminated altogether. Of course, while a secondary transmitter is not required by the present invention, it will be understood that the present invention does not exclude the use of a secondary transmitter or any other additional functionality within a network node.

A state diagram illustrating the channel access state machine of the secondary receiver is shown in FIG. 5. The secondary receiver generally monitors the reservation channel by cycling around the loop of states IDLE 200, PROCESS RTS/CTS 202, and RECV CTS 204. These states are comparable to the corresponding states in the state machine of the primary modem. The secondary receiver records all completed RTS/CTS transactions by noting which destinations are busy for how long and which data channel has been chosen to complete each transaction.

More specifically, in the IDLE state 200, the secondary receiver is monitoring the reservation channel waiting for the reception of an RTS or CTS message. Upon acquisition of one of these messages (SYNC DETECT), the state machine transitions to the PROCESS RTS/CTS state 202. In the PROCESS RTS/CTS state 202, the incoming RTS or CTS message is identified and channel state information is updated based on the contents of the RTS or CTS message. Both the RTS and CTS messages contain enough information to reveal which destinations are involved, what channel the nodes are using to communicate, and how long the nodes will be engaged in the message transfer and therefore unavailable for a message transfer with this node. Knowledge of this information also prevents this node from choosing the reserved channel and causing destructive interference to the ongoing communications.

Upon receiving an RTS message, the modem will wait to receive the reply CTS message (WAIT CTS) from the destination node, and transitions to the RECV CTS state 204. The RECV CTS state 204 is a holding state where the secondary receiver expects to receive a CTS in response to an RTS that was previously processes in the PROCESS

14

RTS/CTS state 202. In the RECV CTS state 204, a timer keeps track of the elapsed time. If, after a predetermined time-out period has expired, the secondary receiver has not detect an incoming signal on the reservation channel, the secondary receiver assumes that the CTS message will not be sent and returns (RETURN IDLE) to the IDLE state 200. If, prior to the expiration of the time-out period, the secondary receiver detects an incoming signal (SYNC) on the reservation channel, the secondary receiver returns to the PROCESS RTS/CTS state 202 to determine what has been received. If the received signal is the expected reply CTS message, the RTS/CTS exchange is completed, and the node recognizes that an information message will shortly be exchanged between two nodes on a particular data channel. The secondary receiver then returns (RETURN IDLE) from the PROCESS RTS/CTS state 202 to the IDLE state 200.

Note that the secondary receiver typically expects to receive RTS and CTS messages that are directed to a different node (i.e., this node is not the destination node of the message the source node wishes to transfer). This is because the secondary receiver generally monitors the reservation channel only when the primary modem is engaged in a message transfer on a data channel and is temporarily unable to send any RTS messages and unavailable to respond to any incoming RTS messages. If the received signal identified in the PROCESS RTS/CTS state 202 is an RTS message directed to the node itself (i.e., this node is the destination node of the message that the source node is requesting to send), the secondary receiver transitions back to the IDLE state 200, since no CTS will be forthcoming from another node.

Still referring to FIG. 5, the QUIET state 206 of the secondary modem/receiver is used to save power when the primary modem is not involved in a message transfer on a data channel. In this state, the secondary receiver is powered down while the primary modem is monitoring the reservation channel. The timing of the transition of the secondary receiver between the QUIET state 206 and the IDLE state 200 can best be understood by referring back to the state machine of the primary modem shown in FIG. 4. In general, when the primary modem is in the IDLE state 100, it is "tuned" or "listening" to the reservation channel, and the secondary receiver is in the QUIET state 206 to save power. Likewise, in the states where the primary modem is transmitting, receiving, waiting for or processing RTS or CTS messages, the primary modem is tuned to the reservation channel and the secondary receiver is in the QUIET state 206. These primary modem states include: TIME CHANNEL ACCESS 102, TRANSMIT RTS 104, WAIT CTS 106, PROCESS CTS 108, PROCESS RTS/CTS 114, RECV CTS 116, AND TRANSMIT CTS/NCTS 120.

When the primary modem is transmitting or receiving a message on a data channel, the primary modem is re-tuned to the data channel, and the secondary receiver is activated from the QUIET state 206 to the IDLE state 200. In particular, when the primary modem transitions from either the PROCESS CTS state 108 or the BROADCAST DELAY state 118 to the TRANSMIT MESSAGE state 110, the primary modem is re-tuned to the data channel and the secondary receiver is tuned to the reservation channel and enters the IDLE state 200. Likewise, when the primary modem transitions from either the TRANSMIT CTS/NCTS state 120 or the PROCESS RTS/CTS state 114 to the RECEIVE MESSAGE state 122, the primary modem is re-tuned to the data channel, and the secondary receiver is tuned to the reservation channel and enters the IDLE state 200. Upon returning to the IDLE state 100 from the WAIT

US 6,404,756 B1

15

LINK ACKNOWLEDGE state **112** or the INTERRUPT WAVEFORM PROCESSOR state **128**, the primary modem is re-tuned to the reservation channel and the secondary receiver is deactivated and returns to the QUIET state **206**. As used herein, the terms "tune", "tunable", "re-tune" and "re-tunable" simply refer to a receiver making appropriate adjustments to detect signals on a particular channel. These adjustments are a function of the nature of the channels and how they are separated, and may involve adjustments in RF frequency, timing or coding. Thus, as broadly used herein, the terms "tuning" and "re-tuning" do not necessarily imply a changing of RF frequency.

As previously explained, when a particular node intends to transmit a broadcast message, each node receiving the preceding RTS message tunes to the data channel specified by the RTS message and awaits reception of the broadcast message. When the primary modem is not involved in the transfer of an information message on a data channel, reception of a broadcast message is handled by tuning the primary modem to the specified data channel (transitioning from the PROCESS RTS/CTS state **114** to the RECEIVE MESSAGE state **122** in FIG. **4**). However, in accordance with the present invention, even when the primary modem is engaged in the transfer of an information message, the node can still receive the broadcast message.

Referring again to FIG. **5**, when the secondary receiver (which is activated because the primary modem is busy) detects an RTS message that indicates a forthcoming broadcast message (RCV BCST), the secondary modem transitions to a RECEIVE BROADCAST state **208**. The RECEIVE BROADCAST state **208** provides an extended capability wherein the secondary modem re-tunes to a specified data channel and listens to the broadcast message on the data channel. Broadcast messages are intended to be heard by all nodes within range of the transmitter. In this case, it is assumed that the reception of this broadcast message is more important than the monitoring of the reservation channel. In general, the reservation channel should be unoccupied during the broadcast message, since all nodes in the neighborhood should also be receiving the broadcast message rather than transmitting RTS or CTS messages. Thus, although temporarily neither the primary modem nor the secondary modem is monitoring the reservation channel, no legitimate RTS or CTS messages should be sent on the reservation channel during the broadcast message anyway, since neighboring nodes are also listening to the broadcast. Even though the reservation channel may not be monitored during broadcast messages occurring simultaneously with the transfer of an information message, the reservation channel is still continuously monitored during periods when channel access reservation messages, such as RTS and CTS messages, are expected, since no channel access reservation messages are expected during a broadcast message. By re-tuning the secondary modem to the data channel of the broadcast, the node can simultaneously receive an information message on one data channel and the broadcast message on another data channel in parallel. Once the broadcast message is completed, the secondary modem is re-tuned to the reservation channel and returns to the IDLE state **200**. Note that when the primary modem receives the broadcast message, the secondary receiver is able to monitor the reservation channel (although no RTS or CTS messages would be expected during the broadcast).

The negative clear-to-send (NCTS) and the negative acknowledge (NACK) messages provide a significant enhancement to the system of the present invention. These negative response messages give constructive feedback to

16

the originating transmitter. The NCTS is used to indicate insufficient signal quality for the requested data rate and insufficient priority to insure high value data is reliably delivered on time. The negative CTS message, which is transmitted on the reservation channel, is created by the modem in response to an RTS message. A comparison is made between the incoming priority value in the CTS and the minimum acceptable priority level maintained by the network protocols. The modem will also return an NCTS message when there is insufficient signal quality to support successful reception of the information message. Based on the channel quality extracted by the modem from the RTS message, a table look-up is consulted to determine if a message transfer can be accomplished at the requested data rate. If the message cannot be expected to be completed successfully, the NCTS returns the resultant calculation that informs the transmitter of the data rate at which the message transfer can be successfully accomplished.

The negative acknowledgment message (NACK) is used to indicate a CRC failure. The NACK is transmitted from the destination node to the source node on the data channel which carried the information message. Embedded within the NACK message is the channel quality that was extracted. This information is used to significantly increase the probability of success on the next attempt through a change in the frequency band, data rate or power level.

In the above-described exemplary embodiment, each node employs a primary receiver and a secondary receiver in a particular manner to ensure that the reservation channel is continuously monitored during periods when channel access reservation messages (e.g., RTS, CTS and NCTS messages) are expected (i.e., at all times except during a broadcast message) by tuning one of the primary receiver and the secondary receiver to the reservation channel. While the implementation of the exemplary embodiment is particularly advantageous from the standpoint of minimizing power consumption and ease of transitioning between modem states, it will be appreciated that one or more transmitter and two receivers can be employed in a variety of ways to ensure continuous monitoring of the reservation channel. For example, one modem (transceiver) could be devoted to the reservation channel while another modem (transceiver) could be used to handle information message transfers on the data channels. Of course, this approach would require use of a second transmitter.

Another approach would be to devote one receiver to the reservation channel and the other receiver to the data channel, while using a single transmitter to transmit channel access reservation messages (RTS, CTS) on the reservation channel and information messages on the data channels. This approach may require complicated coordination between the reservation receiver and the transmitter to ensure successful RTS/CTS exchanges. Nevertheless, these and other such schemes that employ two receivers to ensure that a reservation channel is continuously monitored during periods when channel access reservation messages are expected fall within the scope of the invention.

When employed in a carrier sense multiple access/collision avoidance (CSMA/CA) scheme, the continuously-monitored reservation channel, the secondary receiver and the channel access information gained therefrom provide enhanced collision avoidance that is a significant leap beyond the current CSMA/CA algorithms employed in wireless LANs operating under the IEEE802.11 standard. CSMA/CA, as described in IEEE802.11 standard, does not address the use of multiple channels for a group. The present invention provides the capability to share multiple channels

US 6,404,756 B1

17                                                                    18

among a single group of users to yield a significant increase in the amount of data that can be transferred across a single wireless LAN, and provides an increase in the reliability that can be achieved with the CSMA/CA protocol. The addition of the second receiver that continuously monitors the reservation channel virtually eliminates message collisions in multi-hop mobile environments. The additional receiver maintains channel state and neighbor state information as a function of the data rate and message length. Continuous monitoring of the reservation channel by the second receiver permits the reception of all reservations which take place while the primary modem is involved in a message transfer, either transmission or reception. As previously described, the RTS and CTS messages contain all the information necessary to determine the participants, duration, and data channel which are reserved by the RTS/CTS exchange. Thus, every node knows when each data channel is busy. In the same manner, each node knows the busy status of each neighbor. This information is used to delay transmission attempts until a slotted contention period following the return of a channel and/or a neighbor from busy to free status.

In accordance with another aspect of the present invention, the contention interval is structured to insure that high priority messages and voice traffic are handled prior to routine file transfers that may take place at a later time with minimal penalty. Real time voice segments must be transmitted within a minimal amount of time (tens of milliseconds) to eliminate excessive delays in their reception (such delays are commonly noticed when a satellite link is used on a news report from a faraway foreign country). Permitting a long data exchange to take place when a voice message is waiting increases this delay effect and causes difficulty in the coordination of speakers. A contention interval where a data exchange must wait for voice messages or other higher priority traffic dramatically improves the reliability and delay characteristics of the voice and high priority traffic.

The contention interval is created by timing slots of a duration in excess of the combined time to transmit an RTS and CTS. Nodes attempting to transfer voice messages choose a slot near the beginning of the contention interval, and nodes attempting to transfer data messages choose a slot near the end. The random access opportunities in the slotted CSMA contention interval serve all users in an expeditious manner. The random nature insures extremely fast channel access and high channel efficiency at the expense of a minimal number of collisions. These collisions are quickly resolved by the CSMA/CA protocol via the RTS/CTS mechanism. A collision between RTS transmissions results in the transmitter not receiving a CTS. Lack of a CTS indicates that the RTS may have been corrupted and will cause the link layer protocols to initiate a random backoff to deliver the message after a minimal delay. This random backoff interval statistically insures that the colliding parties will not collide the next time they attempt a transmission.

The slotted contention interval is programmable with respect to the number of priority levels and the number of slots per priority class. For example, a contention interval can be created where the first five slots are reserved for nodes which have voice messages to transmit. The second five slots are reserved for video messages. The third five slots are reserved for nodes with high priority data messages and the final five slots are reserved for nodes with low priority data messages. The number of priority levels and number of slots per priority level are configurable to support the needs of the particular network. For example, a network

with nodes which do not possess video equipment should not allocate slots for transmission of video signals. Although the node will provide a default set of slot assignments, the ability to program the slot table allows the user to customize performance of the channel access algorithms to address specific concerns such as voice priority, enhanced data throughput and large nets.

Another advantage of the present invention is the minimal delay to seize the channel. Whenever a channel and intended neighbor are free per the state information, channel access for a RTS attempt is granted without delay. If the neighbor is busy or all channel resources are in use, the message is transmitted according to the slotted CSMA/CA algorithm described above.

The enhanced collision avoidance provided by the reservation channel and secondary receiver of the present invention can be seen by comparing empirical channel access statistics collected from experimental tests conducted at a number of transmission data rates. FIG. 6 illustrates the percentage of RTS messages successfully received for a multi-channel carrier sense multiple access system with collision avoidance (MC-CSMA/CA) and for a MC-CSMA/CA system with the enhanced collision avoidance (MC-CSMA/E-CA) provided by the reservation channel and secondary receiver of the present invention. As is evident from FIG. 6, a significantly greater number of RTS message attempts is required for the channel access algorithm in the absence of the enhanced collision avoidance. Improvement in the RTS completion percentage directly affects the reliability of the message transfers and thus the performance of the network. Ideally, a one-to-one ratio would exist between the number of RTS messages and the number of information messages transferred.

The performance improvements resulting from the neighbor state information (neighbors, channels and transfer durations) and the secondary receiver are equally striking when viewing the comparative CTS and Message completion rates in FIGS. 7 and 8. In FIG. 7, the CTS completion rates are the percentages of CTS messages completed given that the CTS message was sent. Similarly, in FIG. 8, the message completion rates are the percentages of information messages completed given that the information message was sent. The information message completion graph in FIG. 8 shows that, once a message is granted access in the enhanced scheme, the message is successfully delivered with an extremely high completion rate.

One of the key advantages of the enhanced collision avoidance scheme of the present invention is the ability to coordinate channel access to multiple parallel data channels among a group of users through continuous monitoring of a reservation channel with the assistance of a secondary receiver. Because each node is able to continuously monitor the reservation channel, each node accurately knows which data channels are busy and for how long and which neighboring nodes are presently busy (engaged in a message transfer). Thus, while the present invention has been described in the context of a CSMA/CA protocol for wireless LANs, it will be appreciated that the present invention is not protocol specific and can be applied to any network or protocol that could benefit from an improved channel access algorithm providing coordinated access to multiple parallel data channels shared among a group of nodes. Thus, for example, the present invention can potentially be applied in ALOHA schemes, slotted ALOHA schemes, dynamic TDMA (time division multiple access) schemes, CDMA (code division multiple access) schemes and CDMA/CA schemes to name a few. Moreover, the network to which the

US 6,404,756 B1

19

present invention is applied need not be a wireless local area network; the present invention can be used in networks of various sizes and networks that have communication channels over any type or combination of transmission media, including but not limited to wire, cable, optical fiber and wireless.

Having described preferred embodiments of new and improved methods and apparatus for coordinating channel access to shared parallel data channels, it is believed that other modifications, variations and changes will be suggested to those skilled in the art in view of the teachings set forth herein. It is therefore to be understood that all such variations, modifications and changes are believed to fall within the scope of the present invention as defined by the appended claims. Although specific terms are employed herein, they are used in a generic and descriptive sense only and not for purposes of limitation.

What is claimed is:

1. A communication node operating in a network whose nodes communicate over plural shared data channels, said communication node comprising:

a primary receiver and a secondary receiver, at least one of said primary and secondary receivers being tunable to the plural shared data channels to receive information messages from other nodes, and at least one of said primary and secondary receivers being tunable to a reservation channel to monitor channel access reservation messages that are exchanged between nodes on the reservation channel;

wherein said communication node continuously monitors the reservation channel during periods when channel access reservation messages are expected by tuning one of the primary receiver and the secondary receiver to the reservation channel, and wherein said communication node maintains an availability status of each neighboring node and each of the plural shared data channels determined from the channel access reservation messages received on the reservation channel by said primary receiver or said secondary receiver; and

wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the plural shared data channels, and neither said primary receiver nor said secondary receiver monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the shared data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the shared data channels.

2. The communication node of claim 1, wherein, when said primary receiver is tuned to the reservation channel, said secondary receiver is deactivated, and when said primary receiver is tuned to one of the plural shared data channels, said secondary receiver is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of said primary receiver and said secondary receiver when channel access reservation messages are expected.

3. The communication node of claim 1, wherein said communication node is a mobile communication device.

4. The communication node of claim 1, wherein said network is a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

5. A communication node operating in a network whose nodes communicate over plural shared data channels, said communication node comprising:

a primary receiver and a secondary receiver, at least one of said primary and secondary receivers being tunable

20

to the plural shared data channels to receive information messages from other nodes, and at least one of said primary and secondary receivers being tunable to a reservation channel to monitor channel access reservation messages that are exchanged between nodes on the reservation channel;

wherein, when said primary receiver is tuned to the reservation channel, said secondary receiver is deactivated, and when said primary receiver is tuned to one of the plural shared data channels, said secondary receiver is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of said primary receiver and said secondary receiver when channel access reservation messages are expected; and

wherein said communication node maintains an availability status of each neighboring node and each of the plural shared data channels determined from the channel access reservation messages received on the reservation channel by said primary receiver or said secondary receiver.

6. The communication node of claim 5, wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the plural shared data channels, and neither said primary receiver nor said secondary receiver monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the shared data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the shared data channels.

7. The communication node of claim 5, wherein said communication node is a mobile communication device.

8. The communication node of claim 5, wherein said mobile communication device is one of a radio and a mobile telephone.

9. The communication node of claim 5, wherein said network is a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

10. The communication node of claim 5, wherein said channel access reservation messages include a request-to-send (RTS) message transmitted on the reservation channel from a source node to a destination node and a clear-to-send (CTS) message transmitted on the reservation channel from the destination node to the source node.

11. The communication node of claim 5, wherein each information message contains audio, video or data information.

12. The communication node of claim 5, wherein said communication node prioritizes information messages based upon a type of information contained in the information messages.

13. The communication node of claim 5, wherein said communication node transmits channel access reservation messages on the reservation channel using a slotted contention interval to minimize collisions with channel access reservation messages transmitted by other nodes on the reservation channel.

14. The communication node of claim 13, wherein said communication node selects a time slot within the slotted contention interval for transmitting a channel access reservation message in accordance with a priority of a corresponding data message to be transmitted.

15. The communication node of claim 13, wherein said communication node randomly selects a time slot near the beginning of the slotted contention interval for transmitting a channel access reservation message corresponding to a

US 6,404,756 B1

21

high priority information message, and randomly selects a time slot near the end of the slotted contention interval for transmitting a channel access reservation message corresponding to a low priority information message.

**16.** The communication node of claim **15**, wherein information messages containing audio information are high priority messages and information messages containing data are low priority information messages.

**17.** The communication node of claim **5**, wherein the channel access reservation messages include negative channel access reply messages instructing a requesting node not to transmit an information message, and wherein, when said communication node receives a negative channel access reply message on the reservation channel, said communication node does not transmit a corresponding information message on a data channel.

**18.** The communication node of claim **17**, wherein said communication node transmits a negative channel access reply message on the reservation channel in response to a requesting channel access reservation message when reception quality of an information message is expected to be below a predetermined threshold or a priority of the information message is insufficient.

**19.** The communication node of claim **17**, wherein the negative channel access reply message is a negative clear-to-send message.

**20.** The communication node of claim **5**, wherein said node transmits an acknowledgment message to a transmitting node on a data channel upon successfully completing reception of an information message.

**21.** The communication node of claim **5**, wherein said node transmits a negative acknowledgment message to a transmitting node on a data channel upon receiving an information message containing bit errors.

**22.** A communication node operating in a network whose nodes communicate over plural shared data channels, said communication node comprising:

a primary modem which includes a primary transmitter and a primary receiver; and

a secondary receiver, at least one of said primary and secondary receivers being tunable to the plural shared data channels to receive information messages from other nodes, and at least one of said primary and secondary receivers being tunable to a reservation channel to monitor channel access reservation messages that are exchanged between nodes on the reservation channel, said primary transmitter being capable of transmitting channel access reservation messages on the reservation channel and information messages on the data channels;

wherein said communication node continuously monitors the reservation channel during periods when channel access reservation messages are expected by tuning one of the primary receiver and the secondary receiver to the reservation channel, and wherein said communication node maintains an availability status of each neighboring node and each of the plural shared data channels determined from the channel access reservation messages received on the reservation channel by said primary receiver or said secondary receiver.

**23.** The communication node of claim **22**, wherein said communication node is a mobile communication device.

**24.** The communication node of claim **23**, wherein said mobile communication device is one of a radio and a mobile telephone.

**25.** The communication node of claim **22**, wherein said network is a wireless local area network operating under a

22

multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

**26.** The communication node of claim **22**, wherein said channel access reservation messages include a request-to-send (RTS) message transmitted on the reservation channel from a source node to a destination node and a clear-to-send (CTS) message transmitted on the reservation channel from the destination node to the source node.

**27.** The communication node of claim **22**, wherein each information message contains audio, video or data information.

**28.** The communication node of claim **22**, wherein said communication node prioritizes information messages based upon a type of information contained in the information messages.

**29.** The communication node of claim **22**, wherein said communication node transmits channel access reservation messages on the reservation channel using a slotted contention interval to minimize collisions with channel access reservation messages transmitted by other nodes on the reservation channel.

**30.** The communication node of claim **29**, wherein said communication node selects a time slot within the slotted contention interval for transmitting a channel access reservation message in accordance with a priority of a corresponding data message to be transmitted.

**31.** The communication node of claim **29**, wherein said communication node randomly selects a time slot near the beginning of the slotted contention interval for transmitting a channel access reservation message corresponding to a high priority information message, and randomly selects a time slot near the end of the slotted contention interval for transmitting a channel access reservation message corresponding to a low priority information message.

**32.** The communication node of claim **31**, wherein information messages containing audio information are high priority messages and information messages containing data are low priority information messages.

**33.** The communication node of claim **22**, wherein the channel access reservation messages include negative channel access reply messages instructing a requesting node not to transmit an information message, and wherein, when said communication node receives a negative channel access reply message on the reservation channel, said communication node does not transmit a corresponding information message on a data channel.

**34.** The communication node of claim **33**, wherein said communication node transmits a negative channel access reply message on the reservation channel in response to a requesting channel access reservation message when reception quality of an information message is expected to be below a predetermined threshold or a priority of the information message is insufficient.

**35.** The communication node of claim **33**, wherein the negative channel access reply message is a negative clear-to-send message.

**36.** The communication node of claim **22**, wherein said node transmits an acknowledgment message to a transmitting node on a data channel upon successfully completing reception of an information message.

**37.** The communication node of claim **22**, wherein said node transmits a negative acknowledgment message to a transmitting node on a data channel upon receiving an information message containing bit errors.

**38.** The communication node of claim **22**, wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the plural

US 6,404,756 B1

23

shared data channels, and neither said primary receiver nor said secondary receiver monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the shared data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the shared data channels.

**39.** The communication node of claim **22,** wherein, when said primary receiver is tuned to the reservation channel, said secondary receiver is deactivated, and when said primary receiver is tuned to one of the plural shared data channels, said secondary receiver is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of said primary receiver and said secondary receiver when channel access reservation messages are expected.

**40.** A communication network, comprising:

a group of nodes, each including a primary receiver and a secondary receiver;

a reservation channel for transmitting channel access reservation messages between nodes; and

a plurality of data channels for transmitting information messages between nodes, wherein each node continuously monitors the reservation channel during periods when channel access reservation messages are expected by tuning one of the primary receiver and the secondary receiver to the reservation channel, and wherein said nodes coordinate transmission of information messages on the data channels in accordance with an availability status of each neighboring node and each of the data channels, the availability status being determined at each node from the channel access reservation messages received on the reservation channel by the primary receiver or the secondary receiver;

wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the data channels, and neither said primary receiver nor said secondary receiver of each node monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the data channels.

**41.** The network of claim **40,** wherein, when the primary receiver of a node is tuned to the reservation channel, the secondary receiver of the node is deactivated, and when the primary receiver of the node is tuned to one of the data channels, the secondary receiver of the node is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of the primary receiver and the secondary receiver when channel access reservation messages are expected.

**42.** The network of claim **40,** wherein at least some of the nodes are mobile communication devices.

**43.** The network of claim **40,** wherein said network is a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

**44.** A communication network, comprising:

a group of nodes, each including a primary receiver and a secondary receiver;

a reservation channel for transmitting channel access reservation messages between nodes; and

a plurality of data channels for transmitting information messages between nodes, wherein, when the primary receiver of a node is tuned to the reservation channel, the secondary receiver of the node is deactivated, and

24

when the primary receiver of the node is tuned to one of the data channels, the secondary receiver of the node is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of the primary receiver and the secondary receiver during periods when channel access reservation messages are expected, and wherein said nodes coordinate transmission of information messages on the data channels in accordance with an availability status of each neighboring node and each of the data channels, the availability status being determined at each node from the channel access reservation messages received on the reservation channel by the primary receiver or the secondary receiver.

**45.** The network of claim **44,** wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the data channels, and neither said primary receiver nor said secondary receiver of each node monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the data channels.

**46.** The network of claim **44,** wherein at least some of the nodes are mobile communication devices.

**47.** The network of claim **46,** wherein each of said mobile communication devices is one of a radio and a mobile telephone.

**48.** The network of claim **44,** wherein said network is a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

**49.** The network of claim **44,** wherein said channel access reservation messages include a request-to-send (RTS) message transmitted on the reservation channel from a source node to a destination node and a clear-to-send (CTS) message transmitted on the reservation channel from the destination node to the source node.

**50.** The network of claim **44,** wherein each information message contains audio, video or data information.

**51.** The network of claim **44,** wherein information messages are prioritized based upon a type of information contained in the information messages.

**52.** The network of claim **44,** wherein channel access reservation messages are transmitted on the reservation channel using a slotted contention interval to minimize collisions between channel access reservation messages transmitted by different nodes.

**53.** The network of claim **52,** wherein nodes select a time slot within the slotted contention interval for transmitting a channel access reservation message in accordance with a priority of a corresponding data message to be transmitted.

**54.** The network of claim **52,** wherein nodes randomly select a time slot near the beginning of the slotted contention interval for transmitting a channel access reservation message corresponding to a high priority information message, and randomly select a time slot near the end of the slotted contention interval for transmitting a channel access reservation message corresponding to a low priority information message.

**55.** The network of claim **54,** wherein information messages containing audio information are high priority messages and information messages containing data are low priority information messages.

**56.** The network of claim **44,** wherein the channel access reservation messages include negative channel access reply messages instructing a requesting node not to transmit an

25

26

information message, and wherein nodes receiving a negative channel access reply message on the reservation channel do not transmit a corresponding information message on a data channel.

**57**. The network of claim **56**, wherein nodes transmit a negative channel access reply message on the reservation channel in response to a requesting channel access reservation message when reception quality of an information message is expected to be below a predetermined threshold or a priority of the information message is insufficient.

**58**. The network of claim **56**, wherein the negative channel access reply message is a negative clear-to-send message.

**59**. The network of claim **44**, wherein each node transmits an acknowledgment message to a transmitting node on a data channel upon successfully completing reception of an information message.

**60**. The network of claim **44**, wherein each node transmits a negative acknowledgment message to a transmitting node on a data channel upon receiving an information message containing bit errors.

**61**. A communication network, comprising:

a group of nodes, each including a primary modem which includes a primary transmitter and a primary receiver, and a secondary receiver;

a reservation channel for transmitting channel access reservation messages between nodes; and

a plurality of data channels for transmitting information messages between nodes, wherein each node continuously monitors the reservation channel during periods when channel access reservation messages are expected by tuning one of the primary receiver and the secondary receiver to the reservation channel, said primary transmitter being capable of transmitting channel access reservation messages on the reservation channel and information messages on the data channels;

wherein said nodes coordinate transmission of information messages on the data channels in accordance with an availability status of each neighboring node and each of the data channels, the availability status being determined at each node from the channel access reservation messages received on the reservation channel by the primary receiver or the secondary receiver.

**62**. The network of claim **61**, wherein at least some of the nodes are mobile communication devices.

**63**. The network of claim **62**, wherein said mobile communication devices is one of a radio and a mobile telephone.

**64**. The network of claim **61**, wherein said network is a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

**65**. The network of claim **61**, wherein said channel access reservation messages include a request-to-send (RTS) message transmitted on the reservation channel from a source node to a destination node and a clear-to-send (CTS) message transmitted on the reservation channel from the destination node to the source node.

**66**. The network of claim **61**, wherein each information message contains audio, video or data information.

**67**. The network of claim **61**, wherein information messages are prioritized based upon a type of information contained in the information messages.

**68**. The network of claim **61**, wherein channel access reservation messages are transmitted on the reservation channel using a slotted contention interval to minimize

collisions between channel access reservation messages transmitted by different nodes.

**69**. The network of claim **68**, wherein nodes select a time slot within the slotted contention interval for transmitting a channel access reservation message in accordance with a priority of a corresponding data message to be transmitted.

**70**. The network of claim **68**, wherein nodes randomly select a time slot near the beginning of the slotted contention interval for transmitting a channel access reservation message corresponding to a high priority information message, and randomly select a time slot near the end of the slotted contention interval for transmitting a channel access reservation message corresponding to a low priority information message.

**71**. The network of claim **70**, wherein information messages containing audio information are high priority messages and information messages containing data are low priority information messages.

**72**. The network of claim **61**, wherein the channel access reservation messages include negative channel access reply messages instructing a requesting node not to transmit an information message, and wherein nodes receiving a negative channel access reply message on the reservation channel do not transmit a corresponding information message on a data channel.

**73**. The network of claim **72**, wherein nodes transmit a negative channel access reply message on the reservation channel in response to a requesting channel access reservation message when reception quality of an information message is expected to be below a predetermined threshold or a priority of the information message is insufficient.

**74**. The network of claim **72**, wherein the negative channel access reply message is a negative clear-to-send message.

**75**. The network of claim **61**, wherein each node transmits an acknowledgment message to a transmitting node on a data channel upon successfully completing reception of an information message.

**76**. The network of claim **61**, wherein each node transmits a negative acknowledgment message to a transmitting node on a data channel upon receiving an information message containing bit errors.

**77**. The network of claim **61**, wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the data channels, and neither said primary receiver nor said secondary receiver of each node monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the data channels.

**78**. The network of claim **61**, wherein, when the primary receiver of a node is tuned to the reservation channel, the secondary receiver of the node is deactivated, and when the primary receiver of the node is tuned to one of the data channels, the secondary receiver of the node is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of the primary receiver and the secondary receiver when channel access reservation messages are expected.

**79**. A method of coordinating channel access to a plurality of data channels shared among a group of network nodes, the method comprising the steps of:

(a) exchanging channel access reservation messages between nodes on a reservation channel to reserve channel access to data channels on which information messages are transferred between nodes;

27

(b) continuously monitoring the reservation channel at each node during periods when channel access reservation messages are expected by tuning one of a primary receiver of each node and a secondary receiver of each node to the reservation channel, wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the data channels, and neither said primary receiver nor said secondary receiver of each node monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the data channels;

(c) maintaining at each node an availability status of each neighboring node and each of said data channels, the availability status being determined from the channel access reservation messages received on the reservation channel by the primary receiver or the secondary receiver; and

(d) coordinating transmission of information messages between nodes on the data channels in accordance with the availability status of the nodes and the data channels.

**80**. The method of claim **79**, wherein, when the primary receiver of a node is tuned to the reservation channel, the secondary receiver of the node is deactivated, and when the primary receiver of the node is tuned to one of the data channels, the secondary receiver of the node is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of the primary receiver and the secondary receiver when channel access reservation messages are expected.

**81**. The method of claim **79**, wherein the channel access reservation messages and the information messages are exchanged between nodes of a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

**82**. The method of claim **79**, wherein the information messages transmitted between nodes contain audio, video or data information.

**83**. A method of coordinating channel access to a plurality of data channels shared among a group of network nodes, the method comprising the steps of:

(a) exchanging channel access reservation messages between nodes on a reservation channel to reserve channel access to data channels on which information messages are transferred between nodes;

(b) continuously monitoring the reservation channel at each node during periods when channel access reservation messages are expected by tuning one of a primary receiver of each node and a secondary receiver of each node to the reservation channel, wherein, when the primary receiver of a node is tuned to the reservation channel, the secondary receiver of the node is deactivated, and when the primary receiver of the node is tuned to one of the data channels, the secondary receiver of the node is activated and tuned to the reservation channel;

(c) maintaining at each node an availability status of each neighboring node and each of said data channels, the availability status being determined from the channel access reservation messages received on the reservation channel by the primary receiver or the secondary receiver; and

28

(d) coordinating transmission of information messages between nodes on the data channels in accordance with the availability status of the nodes and the data channels.

**84**. The method of claim **83**, wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the data channels, and neither said primary receiver nor said secondary receiver of each node monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the data channels.

**85**. The method of claim **83**, wherein the channel access reservation messages and the information messages are exchanged between nodes of a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

**86**. The method of claim **83**, wherein said channel access reservation messages include a request-to-send (RTS) message transmitted on the reservation channel from a source node to a destination node and a clear-to-send (CTS) message transmitted on the reservation channel from the destination node to the source node.

**87**. The method of claim **83**, wherein the information messages transmitted between nodes contain audio, video or data information.

**88**. The method of claim **83**, wherein information messages are prioritized based upon a type of information contained in the information messages.

**89**. The method of claim **83**, wherein channel access reservation messages are transmitted on the reservation channel using a slotted contention interval to minimize collisions between channel access reservation messages transmitted by different nodes.

**90**. The method of claim **89**, wherein nodes select a time slot within the slotted contention interval for transmitting a channel access reservation message in accordance with a priority of a corresponding data message to be transmitted.

**91**. The method of claim **89**, wherein nodes randomly select a time slot near the beginning of the slotted contention interval for transmitting a channel access reservation message corresponding to a high priority information message, and randomly select a time slot near the end of the slotted contention interval for transmitting a channel access reservation message corresponding to a low priority information message.

**92**. The method of claim **91**, wherein information messages containing audio information are high priority messages and information messages containing data are low priority information messages.

**93**. The method of claim **83**, wherein the channel access reservation messages include negative channel access reply messages instructing a requesting node not to transmit an information message, and wherein nodes receiving a negative channel access reply message on the reservation channel do not transmit a corresponding information message on a data channel.

**94**. The method of claim **93**, wherein nodes transmit a negative channel access reply message on the reservation channel in response to a requesting channel access reservation message when reception quality of an information message is expected to be below a predetermined threshold or a priority of the information message is insufficient.

**95**. The method of claim **93**, wherein the negative channel access reply message is a negative clear-to-send message.

US 6,404,756 B1

29

**96.** The method of claim **83**, wherein each node transmits an acknowledgment message to a transmitting node on a data channel upon successfully completing reception of an information message.

**97.** The method of claim **83**, wherein each node transmits a negative acknowledgment message to a transmitting node on a data channel upon receiving an information message containing bit errors.

**98.** A method of coordinating channel access to a plurality of data channels shared among a group of network nodes, the method comprising the steps of:

(a) exchanging channel access reservation messages between nodes on a reservation channel to reserve channel access to data channels on which information messages are transferred between nodes;

(b) continuously monitoring the reservation channel at each node during periods when channel access reservation messages are expected by tuning one of a primary receiver of each node and a secondary receiver of each node to the reservation channel;

(c) using a primary transmitter of each node to transmit channel access reservation messages on the reservation channel and information messages on the data channels;

(d) maintaining at each node an availability status of each neighboring node and each of said data channels, the availability status being determined from the channel access reservation messages received on the reservation channel by the primary receiver or the secondary receiver; and

(e) coordinating transmission of information messages between nodes on the data channels in accordance with the availability status of the nodes and the data channels.

**99.** The method of claim **98**, wherein the channel access reservation messages and the information messages are exchanged between nodes of a wireless local area network operating under a multi-channel carrier sense multiple access with enhance collision avoidance (MC-CSMA/E-CA) protocol.

**100.** The method of claim **98**, wherein said channel access reservation messages include a request-to-send (RTS) message transmitted on the reservation channel from a source node to a destination node and a clear-to-send (CTS) message transmitted on the reservation channel from the destination node to the source node.

**101.** The method of claim **98**, wherein the information messages transmitted between nodes contain audio, video or data information.

**102.** The method of claim **98**, wherein information messages are prioritized based upon a type of information contained in the information messages.

**103.** The method of claim **98**, wherein channel access reservation messages are transmitted on the reservation channel using a slotted contention interval to minimize collisions between channel access reservation messages transmitted by different nodes.

**104.** The method of claim **103**, wherein nodes select a time slot within the slotted contention interval for transmit-

30

ting a channel access reservation message in accordance with a priority of a corresponding data message to be transmitted.

**105.** The method of claim **103**, wherein nodes randomly select a time slot near the beginning of the slotted contention interval for transmitting a channel access reservation message corresponding to a high priority information message, and randomly select a time slot near the end of the slotted contention interval for transmitting a channel access reservation message corresponding to a low priority information message.

**106.** The method of claim **105**, wherein information messages containing audio information are high priority messages and information messages containing data are low priority information messages.

**107.** The method of claim **98**, wherein the channel access reservation messages include negative channel access reply messages instructing a requesting node not to transmit an information message, and wherein nodes receiving a negative channel access reply message on the reservation channel do not transmit a corresponding information message on a data channel.

**108.** The method of claim **107**, wherein nodes transmit a negative channel access reply message on the reservation channel in response to a requesting channel access reservation message when reception quality of an information message is expected to be below a predetermined threshold or a priority of the information message is insufficient.

**109.** The method of claim **107**, wherein the negative channel access reply message is a negative clear-to-send message.

**110.** The method of claim **98**, wherein each node transmits an acknowledgment message to a transmitting node on a data channel upon successfully completing reception of an information message.

**111.** The method of claim **98**, wherein each node transmits a negative acknowledgment message to a transmitting node on a data channel upon receiving an information message containing bit errors.

**112.** The method of claim **98**, wherein channel access reservation messages are not expected during transmission of a broadcast message on one of the data channels, and neither said primary receiver nor said secondary receiver of each node monitors the reservation channel when said primary receiver is engaged in transferring an information message on one of the data channels and said secondary receiver is simultaneously receiving the broadcast message on another of the data channels.

**113.** The method of claim **98**, wherein, when the primary receiver of a node is tuned to the reservation channel, the secondary receiver of the node is deactivated, and when the primary receiver of the node is tuned to one of the data channels, the secondary receiver of the node is activated and tuned to the reservation channel, such that the reservation channel is continuously monitored by one of the primary receiver and the secondary receiver when channel access reservation messages are expected.

* * * * *

# EXHIBIT M

US006349091B1

(12) **United States Patent**
Li

(10) Patent No.: **US 6,349,091 B1**
(45) Date of Patent: **Feb. 19, 2002**

(54) **METHOD AND APPARATUS FOR CONTROLLING COMMUNICATION LINKS BETWEEN NETWORK NODES TO REDUCE COMMUNICATION PROTOCOL OVERHEAD TRAFFIC**

(75) Inventor: **Chris Cho-Pin Li**, New York, NY (US)

(73) Assignee: **ITT Manufacturing Enterprises, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/706,845**

(22) Filed: **Nov. 7, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/164,941, filed on Nov. 12, 1999.

(51) **Int. Cl.**[7] .................................................. H04Q 7/24

(52) **U.S. Cl.** ...................... **370/238**; 370/338; 370/340; 370/410

(58) **Field of Search** ................................ 370/230, 231, 370/232, 235, 236, 237, 238, 352, 389, 395, 400, 252, 351, 328, 340, 338, 410

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,958,343 | A | 9/1990 | Abramovici et al. |
| 5,068,916 | A | 11/1991 | Harrison et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 41069741 A1 | 9/1992 |
| JP | 06121373 | 4/1994 |

(List continued on next page.)

OTHER PUBLICATIONS

Lin, C.R. et al, "Real–time support in multihop wireless networks", Wireless Networks 5 (1999), pp. 125–135.

(List continued on next page.)

*Primary Examiner*—Ricky Ngo

(57) **ABSTRACT**

Link-State Advertisement (LSA) and other routing control packets are transmitted within a wireless communication system or network via selective enablement of control links for transference of the packets between network nodes. Specifically, an exemplary wireless network includes a plurality of nodes arranged into clusters with each cluster having cluster member nodes and a designated cluster head node. The nodes communicate with each other via an intranet protocol, while the network may communicate with other external networks in accordance with an internetworking protocol. A database within each network head node contains link information for that node. The LSA packets contain information to update the head node databases, while other routing control packets generally contain various routing information for network nodes to facilitate message transmissions. The routing control packets are transmitted to each head node to control routing functions and enable each database to maintain current information. In order to reduce overhead traffic due to transmission of numerous LSA and other routing control packets, the present invention selectively controls enablement of control links (e.g., links that transport routing control information) to transmit the LSA and other routing control packets to head nodes within the network. In other words, the present invention selectively reduces the quantity of control links between head nodes to transmit the LSA and other routing control packets with reduced protocol overhead traffic, thereby permitting the network to utilize link-state based protocols effectively (e.g., with minimal impact on network throughput) while expanding to larger scales.

**46 Claims, 6 Drawing Sheets**



## US 6,349,091 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,231,634 A | | 7/1993 | Giles et al. |
| 5,233,604 A | * | 8/1993 | Ahmadi et al. ............ 370/238 |
| 5,241,542 A | | 8/1993 | Natarajan et al. |
| 5,317,566 A | * | 5/1994 | Joshi .......................... 370/238 |
| 5,530,912 A | | 6/1996 | Agrawal et al. |
| 5,535,195 A | | 7/1996 | Lee |
| 5,631,897 A | | 5/1997 | Pacheco et al. |
| 5,684,794 A | | 11/1997 | Lopez et al. |
| 5,687,168 A | | 11/1997 | Iwata |
| 5,805,593 A | * | 9/1998 | Busche ...................... 370/396 |
| 5,805,977 A | | 9/1998 | Hill et al. |
| 5,805,995 A | | 9/1998 | Jiang et al. |
| 5,825,772 A | | 10/1998 | Dobbins et al. |
| 5,881,095 A | | 3/1999 | Cadd |
| 5,896,561 A | | 4/1999 | Schrader et al. |
| 5,903,559 A | | 5/1999 | Acharya et al. |
| 5,909,651 A | | 6/1999 | Chander et al. |
| 6,052,594 A | | 4/2000 | Chuang et al. |
| 6,130,881 A | * | 10/2000 | Stiller et al. ................ 370/238 |
| 6,192,053 B1 | | 2/2001 | Angelico et al. |
| 6,208,870 B1 | | 3/2001 | Lorello et al. |
| 6,246,875 B1 | | 6/2001 | Seazholtz et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 08125654 | 5/1996 |
| JP | 09200850 | 7/1997 |
| JP | 09205668 | 8/1997 |
| JP | 11032373 | 2/1999 |
| WO | WO09718637 | 5/1997 |

### OTHER PUBLICATIONS

Koubias, S.A. et al., "Further results on the performance . . . ATP–2 for local area networks", IEEE Transactions on Computers, vol. V37, No. 3, 1988, pp. 376–383.

Bandai, M. et al., "Performance analysis of a channel reservation . . . unicast and multicast packets", Trans. Inst. Electron. Inf. Comm. Eng. B–I, Japan, vol. J82B–1, No. 2, Feb. 1999, pp. 236–250.

Riera, M.O.I. et al., "Variable channel reservation . . . mobility platforms", VTC '98, 48th IEEE Vehicular Technology Conference, 1998, pp. 1259–1263.

Kee, Chaing Chua et al, "Probabilistic channel reservation . . . pico/microcellular networks", IEEE Commun. Lett. (USA), vol. 2, No. 7, Jul. 1998, pp. 195–196.

Tripathi, S.B. et al., "Performance analysis of microcellisation . . . cellular wireless networks", 1997 IEEE Inter. Conf. On Personal Wireless Communications, pp. 9–14.

Boumerdassi, S., "A new channel reservation . . . cellular communication systems", Broadband Communications, Fourth Intern. Conf. On Broadband Commun., 1998, pp. 157–168.

Wei, Huang et al, "Channel reservation for high rate service in cellular networks", 1997 IEEE Pacific Rim Conference, vol. 1, pp. 350–353.

Konishi, S. et al., "Flexible transmission bandwidth . . . for NGSO MSS networks", IEEE J. Sel. Areas Commun. (USA), vol. 15, No. 7, Sep. 1997, pp. 1197–1207.

Ohta, C., et al., "Effects of moving mobiles . . . micro–cellular systems", IEEE Globecom 1996, vol. 1, 1996, pp. 535–539.

Kanazawa, A. et al., "Performance study of . . . micro–cellular systems", IEICE Trans. Fundam. Electron. Commun. Comput. Sci. (Japan), vol. E79–A, No. 7, Jul. 1996, p. 990–996.

Harms, J.J. et al, "Performance modeling of a channel reservation service", Comput. Netw. ISDN Syst. (Netherlands), vol. 27, No. 11, Oct. 1995, pp. 1487–1497.

Harms, J.J. et al, "Performance of scheduling algorithms for channel reservation", IEE Proc., Comput. Digit. Tech. (UK), vol. 141, No. 6, Nov. 1994, pp. 341–346.

Barghi, H. et al, "Time constrained performance . . . for local networks", Eleventh Annual International Phoenix Conference on Computers and Communications, 1992, pp. 644–650.

Masuda, E., "Traffic evaluation of . . . on a T–S–T network", Electron. Commun. Jpn. 1, Commun. (USA), vol. 72, No. 8, Aug. 1989, pp. 104–119.

"PacTel Withdraws . . . dialtone operations", Multichannel News Jan. 29,, 1996, pp. 48.

Iwata et al., "Scalable Routing . . . Wireless Networks", IEEE Journal on Selected Areas in Communications, vol. 17, No. 8, Aug. 1999, pp. 1369–1379.

Joa–Ng, et al, "A Peer–to–Peer . . . Mobile Ad Hoc Networks", IEE Journal on Selected Areas in Communications, vol. 17, No. 8, Aug. 1999, pp. 1415–1425.

Das et al, "Routing in ad hoc networks using a spine", Proceedings of 6th Intern. Conf. On Computer Commun. And Networks, Las Vegas, 1997, pp. 34–39.

Krishna et al, "A cluster–based approach for routing in ad–hoc networks", Proceedings of the Second USENIX Symposium on Mobile and Location—Independent Computing, 1995, pp. 1–10.

Baker D.J. et al, "The architectural organization of a mobile radio network via a distributed algorithm", IEEE Trans. Commun., vol. Com–29, No. 11, pp. 1694–1701, Nov. 1981.

Baker, D.J. et al, "A distributed algorithm . . . mobile radio network", in Proc. IEEE ICC'82, pp. 2F.6.1–2F.6.5.

Ephremides, A. et al, "A design Concept . . . hopping signaling", Proc. IEEE, vol. 75, No. 1, Jan. 1987, pp. 56–73.

Gerla M. et al, "Multicluster, mobile, multimedia radio network", Baltzer Journals, Jul. 12, 1995, pp. 1–25.

Lin, C.R. et al, "Adaptive clustering for mobile wireless network", IEEE JSAC, Sep. 1997, pp. 1–21.

MingLiang et al, "Cluster Based Routing Protocol (CBRP) Functional Specification" Internet–Draft, Aug. 14, 1998.

Moy, J., "OSPF version 2", RFC2328, Apr. 1998.

Kweon, Seok–Kyo, Real–Time . . . Packet Networks (Quality of Service, ATM, Ethernet), 1998, pp. 1–158.

Huang, Yih, Group Communication Under Link–State Routing (Multipoint Communications, Leader Election), 1998, pp. 1–204.

Behrens, Jochen, Distributed Routing For Very Large Networks Based on Link Vectors (Routing Algorithm), 1997, pp. 1–109.

Khosravi–Sichani, et al, Performance Modeling and Analysis of the Survivable Signaling Network, Proceedings— IEEE Military Communications Conference, v 3, 1991, pp. 880–884.

Bellur, et al, "A Reliable, Efficient Topology . . . Dynamic Networks", IEEE INFOCOM '99, Conf. On Computer Commun. Proceed. 18th Annual Joint Conf. OfIEEE Comp. And Commun. Societies, vol. 1, 1999, pp. 178–186.

Ching–Chuan, et al, "On–Demand Multicast in Mobile Wireless Networks", Proceed. 6th Intern. Conf. On Network Protocols, 1998, pp. 262–270.

Garcia–Luna–Aceves, et al, "Scalable Link–State Internet Routing", Proceed. 6th Intern. Conf. On Network Protocols, 1998, pp. 52–61.

# US 6,349,091 B1

Page 3

Huang et al, "Optimal Switch–Aided Flooding Operations in ATM Networks", 1998 IEEE ATM Workshop Proceedings, 1998, pp. 329–338.

Behrens, et al, Fast Disseminationof Link . . . Updates or Age Fields, Proceed. 17th Intern. Conf. On Distributed Computing Systems, 1997, pp. 51–58.

Garcia–Luna–Aceves, et al, "Distributed, Scalable Routing . . . States", IEEE J. Sel. Areas Commun. (USA), vol. 13, No. 8, Oct. 1995, pp. 1383–1395.

Behrens, et al, "Distributed, Scalable Routing Based on Link–State Vectors", Comput. Commun. Rev. (USA), vol. 24, No. 4, Oct. 1994, pp. 136–147.

Rutenburg et al, "How to Extract Maximum . . . Topology Updates", IEEE INFOCOM '93, Conf. On Comp. Commun. Proceed. 12th Annual Joint Conf. Of the IEEE Comp. And Commun. Societies, 1993, pp. 1004–1013.

Garcia–Luna–Aceves, "Reliable Broadcast of Routing Information Using Diffusing Computations", GLOBECOM '92, Communication for Global Users, IEEE Global Tel. Conf., 1992, pp. 615–621.

Moy, J., "OSPF Version 2", RFC 1583, Mar./1994.

Johnson et al, "Dynamic Source Routing in Ad Hoc Wireless Networks", Mobile Computing, 1996.

Broch et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Networks", IETF internet draft, Mar. 13, 1998.

Broch et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Networks", IETF internet draft, Oct. 22, 1999.

Johnson et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Networks", IETF internet draft, Nov. 17, 2000.

Park et al, "Temporally–Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Aug. 7, 1998.

Park et al, "Temporally–Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Oct. 22, 1999.

Park et al, "Temporally–Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Nov. 24, 2000.

Perkins, "Ad Hoc On Demand Distance Vector (AODV) Routing", IETF Internet draft, Nov. 20, 1997.

Perkins, "Ad Hoc On Demand Distance Vector (AODV) Routing", IETF Internet draft, Nov. 24, 2000.

Deering et al, "Protocol Independent Multicast Version2, Dense Mode Specification", IETF internet draft, May 21, 1997.

Garcia–Luna_Aceves, "Source Tree Adaptive Routing (STAR) Protocol", IEFT Draft, Oct. 1999.

Wu et al, "Ad Hoc Multicast Routing Protocol Utilizing Increasing id–numbers (AMRIS)", IETF internet draft, 1998.

Ballardie, "Core Based Tree Multicast Routing", RFC 2186, Sep. 1997.

Ballardie et al, "Core Based Tree (CBT)", SIGCOMM '93, 1993, pp. 86–94.

Chiang et al, "Shared Tree Wireless Network Multicast", IC3N'97, Apr. 1997, pp. 1–16.

Chiang et al, "Forwarding Group Multicast Protocol (FGMP) for Multihop", Mobile Wireless Networks, ACM–Baltzer Journal of Cluster Computing, 1998.

Lee et al, "On–Demand Multicast Routing Protocol (ODMRP) for Ad Hoc Networks", IETF internet draft, Jan. 2000.

North et al, "Wireless Networked Radios: Comparison of Military, Commercial and R&D Protocols", Second Annual UCSD Conference on Wireless Communications, Mar. 3, 1999, pp. 1–6.

* cited by examiner

Case 1:19-cv-09995-GFC   Document 1898-1   Filed 12/09/19   Page 287 of 360 PageID #: 182309



FIG.IA

FIG.IB

Case 1:19-mc-09999-GFC Document 1898-1 Filed 12/09/19 Page 288 of 360 PageID #: 182310



Case 1:19-cv-09945-CFC Document 1698-1 Filed 12/09/19 Page 289 of 360 PageID #: 18231



FIG.4

Case 1:19-mc-09999-CFC   Document 1698-1   Filed 12/09/19   Page 290 of 360 PageID #: 182312



FIG.5A

Case 1:19-cv-09945-CFC   Document 1898-1   Filed 12/09/19   Page 291 of 360 PageID #: 18233



FIG.5B

Case 1:19-cv-09945-CFC Document 1898-1 Filed 12/09/19 Page 292 of 360 PageID #: 182314



FIG.6A

FIG.6B

US 6,349,091 B1

1

# METHOD AND APPARATUS FOR CONTROLLING COMMUNICATION LINKS BETWEEN NETWORK NODES TO REDUCE COMMUNICATION PROTOCOL OVERHEAD TRAFFIC

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Patent Application Serial No. 60/164,941, entitled "Control-Link Reduction Algorithm for Reduction of Intranet Layer Overhead" and filed Nov. 12, 1999. The disclosure of that provisional application is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

### 1. Technical Field

The present invention pertains to communication systems. In particular, the present invention pertains to a communication system employing link-based flooding schemes for transmission of routing control information (e.g., to synchronize routing databases, facilitate message transmissions, etc.) with reduced communication protocol overhead traffic.

### 2. Discussion of Related Art

Generally, wireless networks may be arranged in a two-tier architecture similar to that of conventional cellular telephone systems. The first tier typically includes clusters or cells each including a plurality of communication nodes or cluster members. One node within each cluster is designated as a cluster head or base station. The second tier includes a backbone network formed of the cluster head nodes to enable communications between different clusters (e.g., for data transmitted over greater distances). The formation of clusters and designation of cluster head nodes is generally performed dynamically and in accordance with an intranet protocol (e.g., a protocol for communications within the two-tier network) that further performs routing functions within the network. In order to facilitate internet routing or routing between the two-tier and other external networks (e.g., the Internet), a modified version of the conventional Open Shortest Path First (OSPF) Protocol is employed. The OSPF protocol is basically a routing protocol employed for Internet Protocol (IP) type networks, while the modified protocol or Radio Open Shortest Path First (ROSPF) protocol is similar to OSPF, but is adapted for use with radio or wireless networks. For examples of implementation of the OSPF Protocol, reference is made to RFC 1583, Moy, "OSPF Version 2," March 1994, the disclosure of which is incorporated herein by reference in its entirety.

The intranet protocol is preferably a link-state type of routing protocol that is implemented on the backbone network. The cluster head nodes each include a database that is synchronized with other cluster head node databases by transference or flooding of Link-State Advertisement (LSA) packets in accordance with the protocol. These databases include information enabling the cluster head nodes to determine appropriate paths for routing messages through the network, while the LSA packets provide information to update the databases. Since the two-tier network is not a broadcast type network, LSA and other routing control packets are sent by a cluster head node as point-to-point messages to each of its cluster head neighbors.

The above-described technique for transmitting intranet protocol LSA and other routing control packets on a network suffers from several disadvantages. In particular, the intranet

2

and ROSPF protocols each generate control traffic to maintain a functional network where the amount of control traffic increases with network size. With respect to the intranet protocol, the amount of overhead traffic depends on the average quantity of neighboring cluster head nodes and the size of the backbone network. In fact, the amount of intranet protocol overhead traffic increases at a significantly greater rate than network capacity as the size of the backbone network increases, thereby degrading network performance. Although the intranet protocol introduces additional overhead in initializing neighbors, the predominant portion of the overhead is attributed to the flooding or transmission of LSA and other routing control packets. Since network performance is affected by the control traffic, the network becomes unsuitable to transport user traffic or maintain a functioning state in the event that the control traffic approaches or exceeds the network capacity. This typically occurs when the size of the network is greater than approximately one-hundred fifty nodes where the backbone network size is proportional to the size of the network. Accordingly, since networks may employ on the order of approximately one-thousand nodes, the increased overhead limits network performance of small-scale networks and restricts deployment of the protocol for large-scale networks.

The present invention overcomes the aforementioned problems and achieves transmission of LSA and other routing control packets with a reduced rate of overhead increase in relation to backbone network and overall network size. This is accomplished by selectively controlling enablement of control links that facilitate transfer of routing control information between cluster head nodes within the backbone network. The present invention minimizes the impact of protocol overhead on network throughput, and permits the protocol to be utilized on large-scale wireless networks. Thus, networks may employ the protocol, while scaling to a greater size.

## OBJECTS AND SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to reduce the rate of overhead of a communication routing protocol and enable employment of the protocol with large-scale type networks.

It is another object of the present invention to selectively control enablement of control links for transference of routing control information between network nodes to reduce communication protocol overhead traffic and enhance communication network throughput.

Yet another object of the present invention is to synchronize routing databases of communication network nodes in a manner that minimally affects network throughput.

The aforesaid objects may be achieved individually and/or in combination, and it is not intended that the present invention be construed as requiring two or more of the objects to be combined unless expressly required by the claims attached hereto.

According to the present invention, Link-State Advertisement (LSA) and other routing control packets are transmitted within a wireless communication system or network via selective enablement of control links for transference of the packets between network nodes. Specifically, an exemplary wireless network includes a plurality of nodes arranged into clusters with each cluster having cluster member nodes and a designated cluster head node. The nodes communicate with each other via an intranet protocol, while the network may communicate with other external networks in accor-

US 6,349,091 B1

3

dance with an internetworking protocol (e.g., a modified version of the conventional Open Shortest Path First (OSPF) routing protocol, or a Radio Open Shortest Path First (ROSPF) protocol). A database within each network head node contains link information for that node. The LSA packets contain information to update the head node databases, while other routing control packets generally contain various routing information for network nodes to facilitate message transmissions. The routing control packets are transmitted to each head node to control routing functions and enable each database to maintain current information. In order to reduce overhead traffic due to transmission of numerous LSA and other routing control packets, the present invention selectively controls enablement of control links (e.g., links that transport routing control information) to transmit the LSA and other routing control packets to head nodes within the network. In other words, the present invention selectively reduces the quantity of control links between head nodes to transmit the LSA and other routing control packets with reduced protocol overhead traffic, thereby permitting the network to utilize link-state based protocols effectively (e.g., with minimal impact on network throughput) while expanding to larger scales.

The above and still further objects, features and advantages of the present invention will become apparent upon consideration of the following detailed description of specific embodiments thereof, particularly when taken in conjunction with the accompanying drawings wherein like reference numerals in the various figures are utilized to designate like components.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a diagrammatic illustration of network nodes according to the present invention arranged in an exemplary communication network.

FIG. 1B is a block diagram of a network node of FIG. 1.

FIG. 2 is a diagrammatic illustration of an exemplary configuration of network nodes according to the present invention and the corresponding communication links between those nodes.

FIG. 3 is a diagrammatic illustration of an exemplary configuration of network nodes according to the present invention and the corresponding selectively controlled communication links between those nodes.

FIG. 4 is a procedural flow chart illustrating the manner in which a network node selectively controls enablement of control links to facilitate transmission of routing control packets to other network nodes according to the present invention.

FIG. 5A is a procedural flow chart illustrating the manner in which a network node selectively disables control links to reduce protocol overhead traffic according to the present invention.

FIG. 5B is a procedural flow chart illustrating the manner in which a network node receives and processes a disable request message to disable a control link according to the present invention.

FIGS. 6A–6B are diagrammatic illustrations of exemplary network configurations indicating the corresponding overhead generated by the present invention for transmission of routing control packets through the configurations and the corresponding overhead generated by conventional techniques for transmitting those packets.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Network nodes according to the present invention arranged in an exemplary two-tier wireless network are

4

illustrated in FIG. 1A. Specifically, wireless network 2 includes a plurality of nodes 10 arranged in cells or clusters 12. Each cell or cluster includes corresponding cluster member nodes 10 with one of those cluster member nodes designated as a cluster head node or base station 14. These cluster arrangements form the first tier of network 2 and facilitate communication within a cluster between the cluster head and member nodes preferably utilizing a first transmission frequency. The head nodes of each cluster are in communication with each other, preferably utilizing a second transmission frequency, and form a backbone network 16. The backbone network essentially forms the second tier of network 2 and facilitates communications between nodes of different clusters (e.g., generally providing communications over greater distances). The architecture of network 2 is similar to that of conventional cellular telephone systems, except that network 2 employs an intranet protocol (e.g., a protocol for communications within the two-tier network) providing dynamic selection of cells and cluster head nodes as described below.

A network node 10 according to the present invention is illustrated in FIG. 1B. Specifically, node 10 includes a transmitter 22, a receiver 24 and a processor 26. The processor is preferably implemented by a conventional microprocessor or controller and controls the node to transmit and receive messages in accordance with the communication protocols described below. The transmitter is preferably implemented by a conventional transmitter and transmits messages from the processor, preferably in the form of radio frequency (RF) signals, in accordance with processor instructions. Receiver 24 is typically implemented by a conventional receiver and configured to receive signals, preferably in the form of radio frequency (RF) signals, transmitted by the transmitter of another node. The receiver receives transmitted signals and forwards the received signals to processor 26 for processing. A present invention head node 14 is substantially similar to node 10 described above.

The arrangement of nodes 10 within clusters 12 and the designation of cluster head nodes 14 are dynamically determined by an intranet protocol that handles routing of packets within network 2. The intranet protocol is preferably a link-state type routing protocol that is implemented on backbone network 16. Cluster head nodes 14 each maintain a database including information enabling that cluster head to determine appropriate paths for routing messages through the network. The information typically relates to links between the various network nodes. The cluster head databases are synchronized in accordance with the protocol by transference of link-State Advertisement (LSA) packets between cluster head nodes that provide network information to update the databases. These packets are conventionally transmitted to each neighboring network node via plural point-to-point messages (e.g., messages from a source node to a specific destination network node) in response to changes in network topology, an external system connected to network 2 or other modifications to the network facilitating changes in a node database. When a database update packet is received, a point-to-point acknowledgment (ACK) packet is commonly transmitted to the source node from the destination node to indicate packet reception. In addition, each node (e.g., cluster head and member nodes) periodically broadcasts a beacon type or node status packet in accordance with the intranet protocol. This packet basically advertises the presence of a node within the network. The rate of transmission of a node status packet by a cluster head node is significantly greater than the transmission rate for that packet by a cluster member node since cluster head node

US 6,349,091 B1

5

status packets are typically utilized for "keep alive" and neighbor discovery purposes.

With respect to communications between network **2** and other external networks (e.g., the Internet), the network employs a Radio Open Shortest Path First (ROSPF) protocol. This protocol is basically a modified version of the conventional Open Shortest Path First (OSPF) protocol commonly utilized for Internet Protocol (IP) type networks. Since the OSPF protocol generates significant overhead when applied to ad-hoc networks (e.g., networks having temporary or wireless connections where communication devices are part of the network during a communication session or, in the case of mobile systems, while in proximity to the network), such as network **2**, that protocol has been modified to derive the ROSPF protocol suitable for use with wireless or radio networks.

Referring to FIG. 2 communications between present invention network nodes, such as head nodes **14**, are facilitated via communication links between those nodes. A communication link basically serves as a communication path to transfer data and control traffic between network nodes, and typically includes a logical data link **18** and a logical control link **20**. Logical data link **18** accommodates transfer of user or other data between network nodes, while control link **20** accommodates transfer of routing and other control information for transmission of messages. Control links **20** are generally virtual since both data and control information are simultaneously transferred between network nodes via a communication link.

With reference to FIG. 3, a network node having only a data link **18** to a particular neighboring node is referred to herein as a "data only" neighbor, while a "data and control" neighbor refers herein to a node having both data and control links **18, 20** to the particular neighboring node. By way of example only, head nodes **14B, 14C** and **14D** are illustrated as routing neighbors of head node **14A**. Head nodes **14B** and **14C** each include data and control links **18, 20** to transfer information between those nodes and head node **14A**, while head node **14D** includes a data link **18** to transfer data between that node and head node **14A**. Thus, head nodes **14B** and **14C** are data and control neighbors of head node **14A**, while head node **14D** is a data only neighbor of head node **14A**. Since routing control information is transmitted via control link **20**, data only node **14D** receives only data from head node **14A**, whereas nodes **14B** and **14C** may receive data and control information from head node **14A**.

Generally, LSA and other routing control packets or messages are conventionally transmitted by network head nodes as point-to-point messages to each of their neighboring head nodes in accordance with the intranet protocol as described above. The LSA packets provide information to update the databases, while other routing control packets typically include various routing information to facilitate message transmission. Neighboring head nodes receiving the transmitted routing control packet subsequently transmit that packet to their neighboring head nodes in a like manner to facilitate flooding of that packet within the network. As a result, each head node (e.g., and corresponding member nodes) receiving routing information from that head node) within the network may receive a maximum of 'M' copies of the same routing control packet, where 'M' is generally an integer greater than zero and represents the quantity of head node neighbors associated with a particular head node. Thus, the amount of routing traffic introduced by this technique is proportional to the average quantity of cluster head neighbors 'Z' (e.g., where 'Z' is generally an integer greater than or equal to zero) for backbone network **16**. Although routing

6

traffic may be reduced by limiting the quantity of cluster head neighbors 'Z' within a network, this scheme reduces user data throughput since that throughput is proportional to the cluster head neighbor quantity.

Accordingly, the present invention minimizes the amount of routing control traffic without reduction of user throughput. Since the routing control traffic is proportional to the quantity of control links or data and control cluster head neighbors within a network, the present invention basically reduces the quantity of control links (e.g., while maintaining the quantity of data links) within the network to reduce the amount of routing control traffic without affecting user throughput. In other words, the present invention maintains enablement of data links and selectively controls enablement of control links to reduce routing control traffic as described below. Since control links are virtual as described above, an enabled control link basically refers to a communication link utilized by a head node for transmission of both data and routing control information, while a disabled control link refers to a communication link utilized by a head node for transmission of only user or other data. The present invention typically applies to transmission or flooding of messages via plural point-to-point messages. However, the present invention may be applied to any type of broadcast transmissions to reduce traffic associated with the broadcasted message and associated broadcast or point-to-point acknowledgments, such as the various broadcast techniques disclosed in co-pending U.S. Patent Applications Ser. No. 09/704,711 entitled "Method and Apparatus for Broadcasting Messages in Channel Reservation Communication Systems" and filed Nov. 3, 2000, and entitled "Method and Apparatus for Transmission of Node Link Status Messages Throughout a Network With Reduced Communication Protocol Overhead Traffic" and filed Nov. 6, 2000. The disclosures of those applications are incorporated herein by reference in their entireties.

The manner in which a head node processor facilitates enablement of control links between network head nodes to facilitate transmission or flooding of routing control packets is illustrated in FIG. 4. Initially, control and data links are enabled between the head node and a new neighboring head node at step **31** in response to determining the presence of the new neighbor at step **30**. The neighboring head node is typically discovered by receipt of an intranet protocol beacon type packet as described above. Further, a disabled control link is enabled at step **34** in response to determining at step **32** that a routing control packet has been received via that disabled control link. This facilitates link coordination between head nodes and basically ensures that a selectively enabled control link of a head node is further enabled with respect to the other head node associated with that control link (e.g., prevents a control link from having an enabled status with respect to a first head node associated with the control link and a disabled status with respect to the other head node associated with that control link). Specifically, when a routing control packet is to be transmitted as determined at step **36**, the head node processor determines at step **38** whether or not a control link examination has occurred within a predetermined time interval as indicated by a link timer. Typically, a head node periodically checks the integrity of its associated control links to ensure that the control links are viable for transmission of the routing control packet to other head nodes. The time interval between successive control link inspections may be set to any desired interval and is typically dependent upon the application, type of network, type of node processor and other network considerations. For example, a dynamic or

7

8

volatile network generally requires frequent control link inspections and, therefore, a lesser time interval between those inspections. Conversely, a stable network generally requires less frequent control link inspections, thereby permitting a greater time interval between those inspections. The time interval is maintained by the link timer and preferably has a value on the order of seconds or minutes. However, the link timer and time interval may be set to any desired values (e.g., seconds, minutes, hours, days, etc.).

In response to expiration of the link timer as determined at step 38, the head node processor examines its associated control links to ensure viability for transmission of the routing control packet. In particular, the head node processor determines at step 39 whether or not the head node may communicate with each of its neighbors (e.g., data only and data and control head node neighbors) via control links within a predetermined quantity of hops or hop limit (e.g., re-transmissions by neighboring head nodes required to enable communication with the head node's neighbors). In other words, the processor determines if a packet may be transmitted from the head node to each of its head node neighbors either directly (e.g., to data and control neighbors via control links with those neighbors) or indirectly (e.g., to data only neighbors via control links of head nodes of succeeding hops receiving the packet) within the hop limit. This determination is accomplished by the head node processor examining information within the corresponding head node database pertaining to network connections. Basically, the head node processor examines the network connectivity information within the database to determine routing paths for communicating with neighboring nodes, thereby providing an indication of the quantity of hops required to facilitate that communication. The hop limit or threshold may be set to any desired value and is generally dependent upon the type of application and network, network parameters and other network characteristics or conditions.

When the head node cannot communicate with each of its neighbors within the hop limit as described above, the head node processor selectively enables disabled control links to facilitate communication with its head node neighbors via control links within that hop limit. Specifically, the head node processor selects and examines a disabled control link at step 40 and determines at step 42 whether or not the head node may communicate with each of its head node neighbors (e.g., data and control and data only neighbors) via control links within the hop limit as described above in response to enabling the selected disabled control link. In response to determining that the head node may communicate with each of its neighboring head nodes within the hop limit, the selected disabled control link is enabled at step 44. Otherwise, another disabled control link is selected and examined in the manner described above in response to determining the presence of additional disabled control links associated with the head node at step 46.

If the head node cannot communicate with each of its head node neighbors within the hop limit by enabling a disabled control link as described above, the head node processor proceeds to successively enable disabled control links until communications may be established with each head node neighbor within the hop limit. Specifically, a selected disabled control link is enabled at step 48, and the head node processor determines at step 50 whether or not the head node may communicate with each of its neighboring head nodes within the hop limit as described above. If communications with each head node neighbor cannot be established within the hop limit, a successive disabled

control link is selected and enabled for the above determination in response to determining the presence of an additional disabled control link associated with the head node at step 52. The above process of enabling successive disabled control links is repeated until communications with each neighboring head node can be established within the hop limit. Since the head node may communicate with each of its neighboring head nodes when each control link is enabled, communications between the head node and each of its head node neighbors within the hop limit is at least attained when each disabled link becomes enabled by the above process.

In response to sufficient enabled control links to facilitate communications with head node neighbors as determined at steps 39, 42 or 50, or in response to having examined the control links within the predetermined time interval as determined at step 38, a routing control packet is transmitted to each neighboring head node as a point-to-point message at step 54 via the enabled control links. The above-described process for selectively enabling control links is repeated until termination of node processing (e.g., node power down or other event) as determined at step 56.

The manner in which a head node processor facilitates disablement of control links to reduce protocol overhead traffic is illustrated in FIG. 5A. Initially, a head node examines and reduces the quantity of its control links in response to enablement of a new control link associated with that head node or receipt of a new routing control packet (e.g., containing information related to changes in network connectivity). In this fashion, the head node processor basically evaluates control links in response to network connectivity changes to ensure the presence of a minimal, yet sufficient, quantity of control links for transmission of routing control information. In effect, the control link evaluation is performed by the head node processor on an "on-demand" basis (e.g., in response to events initiating or affecting transmission of routing control information) prior to transmission of routing control information in order to reduce node processing and facilitate reduced protocol overhead traffic. Since control links facilitate transmission of routing control information, a reduction in the quantity of enabled control links lessens the amount of messages required to flood or transmit the routing information within the network, thereby reducing control traffic.

Accordingly, the head node processor determines the presence of a new control link or new routing control message at step 60. If a new control link or message is present, the head node processor examines enabled control links in order to reduce the quantity of control links and routing traffic. Specifically, an enabled control link is selected at step 61 and the head node processor determines at step 62 whether or not the head node may communicate with its head node neighbors via control links within the prescribed hop limit as described above in response to disabling the selected link. If communications may be established with each head node neighbor within the hop limit, a disable request message is transmitted at step 64 to the neighboring head node associated with the selected control link. The message basically includes a request to the neighboring head node to determine whether or not the selected control link may be disabled (e.g., to determine whether or not the selected control link is required by the neighboring head node to communicate with each of its head node neighbors within the hop limit as described above). A reply timer is subsequently set at step 66 to maintain a predetermined time interval in which to receive a reply to the transmitted disable request message. If a reply is received within the time interval as determined at step 68, the selected

9

link is disabled at step 76. Basically, the neighboring head node transmits a reply in response to determining that the selected control link may be disabled as described below. If a reply is not received within the reply time interval and the reply timer expires as determined at step 70, the head node records the event at step 72 to indicate the necessity of the selected control link for the neighboring head node with respect to subsequent attempts to disable that control link. In response to the presence of additional enabled links associated with the head node as determined at step 74, the head node processor evaluates and disables those links in the manner described above to reduce control traffic. The above process for disabling control links is repeated until termination of node processing (e.g., power down or other event) as determined at step 78.

The manner in which a head node processor receives and processes a control link disable request message is illustrated in FIG. 5B. Initially, the head node processor determines at step 80 whether or not a disable request message has been received from an associated head node requesting disablement of a selected control link. In response to receiving the disable request message, the head node determines at step 82 whether or not communications with each neighboring head node may be established within the prescribed hop limit as described above in the event that the selected control link is disabled. If communications with each head node neighbor may be established within the hop limit, the head node transmits a reply message to the associated head node at step 84 indicating that the selected control link may be disabled, and subsequently disables the selected control link at step 86. When no reply message is transmitted within the reply time interval, the associated head node interprets this action as an indication that the selected control link is to maintain its active state. The above process for processing disable request messages is repeated until termination of node processing (e.g., power down or other event) as determined at step 88.

Basically, the present invention selectively controls communication links between head nodes to reduce routing protocol overhead traffic as described above. This typically includes selectively enabling and/or disabling control links to reduce overhead traffic, while maintaining data links in an enabled state to thereby facilitate direct transmission of user or other data between linked nodes and minimize impact on data throughput. Since control links are virtual as described above, enablement of a control link basically indicates that a head node transmits routing control information directly to a neighboring head node via the enabled link. Conversely, a disabled control link basically indicates that the link is a data link and a head node may directly transmit only user or other data to a neighboring head node via the disabled link. In addition, head nodes initiating link modifications (e.g., enabling or disabling communication links) each transmit an LSA type packet throughout the network to indicate the change in network connectivity and synchronize node databases. Since fewer control links are employed by the present invention, the quantity of point-to-point messages required to transmit or flood routing control information throughout the network is reduced, thereby reducing overhead traffic.

Significant reductions in network routing control traffic may be achieved by the present invention. This is accomplished by reducing the quantity of control links facilitating transfer of routing control information as described above, which, in effect, reduces the amount of point-to-point messages required for transmitting or flooding a routing control packet through the network. By way of example only, FIGS. 6A–6B illustrate exemplary network configurations with

10

corresponding quantities of point-to-point messages, 'H' (e.g., where 'H' generally is an integer greater than zero), required to flood a routing control packet (e.g., an LSA packet) throughout the associated configuration. Receipt of the routing control packet by receiving nodes is indicated by transmission of acknowledgment packets by those nodes as described above. Referring to the exemplary configuration of FIG. 6A, the conventional approach described above for transmitting routing control packets requires thirty-two point-to-point messages to flood a packet through the corresponding network configuration, while the present invention requires eight point-to-point messages utilizing a hop limit of two hops to transmit the packet through that configuration. Similarly, the conventional approach requires twenty point-to-point messages to flood a routing control packet within the configuration of FIG. 6B, while the present invention requires a similar quantity of point-to-point messages for a two hop limit, but requires only ten point-to-point messages utilizing a hop limit of three hops. The reduction in routing control overhead achieved by the present invention is generally proportional to the quantity of hops or hop limit, 'N' (e.g., where 'N' generally is an integer greater than zero), utilized to determine the feasability of enabling or disabling a control link. Although a greater quantity of control links are generally disabled with an increased hop limit, the enlarged limit increases the computational load of a head node processor since the determination to enable or disable a control link depends on the status of a greater quantity of control links.

It is to be understood that the present invention is not limited to the protocols or networks described herein, but may be applicable to other networks or applications, especially those employing link-state based routing protocols. Further, the present invention may be applied to any applications requiring flooding of routing or other control information (e.g., synchronization of databases). In addition, the present invention network nodes may be arranged to form any flat or plural tier network configuration and may transmit routing control information throughout that network configuration in the manner described above to reduce protocol overhead traffic. The transmission technique described above for the head nodes may be implemented by any type of nodes at any hierarchical tiers (e.g., by nodes of the same or different tiers) of a configuration. For example, each node of a flat network may implement the transmission technique described above, while head and/or member nodes may similarly implement that technique individually among the same type of nodes or in any combination.

It will be appreciated that the embodiments described above and illustrated in the drawings represent only a few of the many ways of implementing a method and apparatus for controlling communication links between network nodes to reduce communication protocol overhead traffic.

The communication networks employing the present invention nodes may include any quantity of those nodes or tiers. The present invention network nodes may be arranged to form any flat or plural tier network configuration and may transmit routing control information throughout that network configuration in the manner described above to reduce protocol overhead traffic. The network nodes may be arranged in any fashion into any quantity of clusters or cells each having any quantity of nodes and head nodes. The backbone network may include any quantity of head nodes, while communications within a cluster and between neighboring cluster head nodes of the backbone network may utilize the same or different transmission frequencies. The formation of cells and designation of head nodes may be

US 6,349,091 B1

11

predetermined or accomplished dynamically via any conventional or other algorithm or technique. The nodes may communicate via any suitable communications medium (e.g., wired or wireless communication devices, etc.). The present invention node may include any quantity of conventional or other transmitters, where each transmitter may transmit signals at any suitable frequency and in any suitable energy form (e.g., radio signals, microwave, optical signals, etc.), and any quantity of conventional or other receivers, where each receiver may receive signals at any suitable frequency and in any suitable energy form (e.g., radio signals, microwave, optical signals, etc.). Alternatively, the present invention node may include any quantity of combined transmitting/receiving devices.

The processor of the present invention node may be implemented by any conventional or other microprocessor, controller or circuitry to perform the functions described herein, while any quantity of processors or processing devices or circuitry may be employed within the present invention node where the processor functions may be distributed in any fashion among any quantity of modules, processors or other processing devices or circuits. The software for the processor of the present invention node may be implemented in any suitable computer language, and could be developed by one of ordinary skill in the computer and/or programming arts based on the functional description contained herein and the flow charts illustrated in the drawings. Further, any references herein of software performing various functions generally refer to processors performing those functions under software control. The software and/or algorithms described above and illustrated in the flow charts may be modified in any manner that accomplishes the functions described herein. The present invention node may alternatively include any components arranged in any fashion to facilitate distribution of packets within the network in the manner described above.

The LSA, routing control, node status and other packets or messages (e.g., acknowledgment, point-to-point message, broadcast message, disable request message, reply message, etc.) may be of any size, may have any format, and may contain any desired information. The packets may be transmitted at any suitable transmission rate or have any desired interval between transmissions. The timers (e.g., link, reply, etc.) may be implemented by any conventional or other timing mechanisms (e.g., processor clock, external hardware, software, etc.) and may be set to any desired intervals (e.g., fractions of seconds, seconds, minutes, hours, days, etc.) for their respective functions (e.g., inspecting links, receiving a reply in response to a disablement request, etc.). Further, the various messages may include any identifier to identify the type of message or packet. The beacon type packets may be transmitted at any desired intervals and/or in response to any desired events or conditions.

The communication network may employ any suitable intranet and/or internetworking communications protocols to facilitate reception, processing and transference of messages or packets within or external of the network. The present invention may be utilized within any intranet, internetworking or other protocol to transmit or flood messages within the network in accordance with that protocol. The node database may be implemented by any conventional database or other storage structure (e.g., processor memory, external memory, file, data structure (e.g., array, queue, stack, etc.), etc.) and may have any desired storage capacity to contain any desired information. Events (e.g., a selected link of a denied disablement request) may be recorded in any conventional or other storage unit or structure (e.g., proces-

12

sor memory, external memory, file, data structure (e.g., linked list, record, array, queue, stack, etc.), etc.) having any desired storage capacity to store any desired information.

The hop limit or threshold may be set to any desired value to achieve a particular throughput. Further, the hop limit and timers (e.g., link, reply, etc.) maybe dynamically adjusted by a node based on network or other conditions. Control links may be enabled and/or disabled in any desired sequence via any techniques (e.g., random, identifier order, etc.) and in response to any suitable conditions (e.g., changes in network connectivity, periodically controlled in response to expiration of a timer, etc.). Further, a link may be enabled by each of its associated nodes via any coordination technique (e.g., message transfer, receipt of control information on a data link, at pre-arranged times, timers, etc.). Similarly, a link may be disabled by each of its associated nodes via any coordination technique (e.g., message transfer, at pre-arranged times, timers, etc.). A communication link may include any quantity of data, control and/or any other type of logical links in any desired combination to transfer any desired information. The links may each be virtual or actual, while the data or other links may similarly each be selectively controlled to enhance network throughput. The data, control and other links may each transfer any desired information, while a communication link (e.g., data, control and other links) may be associated with or establish communication between any desired quantity of any types of nodes. Moreover, the logical links of a communication link may be associated with any quantity of the same or different nodes.

It is to be understood that the present invention is not limited to the applications or networks described herein, but may be utilized for various communication applications or networks, especially those employing link-state based routing protocols. Further, the present invention may be applied to any applications requiring flooding of routing or any type of control or other information. Moreover, the present invention may be applied to node transmissions of any type of point-to-point, broadcast or other messages to reduce overhead traffic associated with the transmitted message and any associated broadcast, point-to-point or other acknowledgments.

From the foregoing description, it will be appreciated that the invention makes available a novel method and apparatus for controlling communication links between network nodes to reduce communication protocol overhead traffic wherein control links facilitating transference of routing control information between network nodes are selectively controlled to flood routing control information within a network with reduced communication protocol overhead.

Having described preferred embodiments of a new and improved method and apparatus for controlling communication links between network nodes to reduce communication protocol overhead traffic, it is believed that other modifications, variations and changes will be suggested to those skilled in the art in view of the teachings set forth herein. It is therefore to be understood that all such variations, modifications and changes are believed to fall within the scope of the present invention as defined by the appended claims.

What is claimed is:

1. In a communications network, a communication unit including a communication link with each neighboring communication unit within said network to facilitate network communications, wherein each said communication link facilitates transfer of data and is selectively controllable to further facilitate transfer of control messages, said communication unit comprising:

US 6,349,091 B1

13

14

a transmitter to transmit an outgoing message to each said neighboring unit via a corresponding communication link;

a receiver to receive an incoming message from each said neighboring unit via a corresponding communication link; and

a processor to control said transmission and reception of said outgoing and incoming messages, wherein said processor includes:

a communications module to examine network connectivity and determine particular communication links associated with said communication unit sufficient to enable transmission of a control message over said network to each said neighboring unit within a predetermined quantity of hops;

a link control module to control said communication links associated with said communication unit in accordance with said determination, wherein each communication link is controlled to facilitate transmission of data and said particular communication links are controlled to further facilitate transmission of said control message to corresponding neighboring units; and

a transmission module to facilitate transmission of said control message throughout said network by transmitting said control message via said particular communication links to corresponding neighboring units.

2. The unit of claim 1 wherein said transmitter transmits said outgoing message in the form of radio signals.

3. The unit of claim 1 wherein said receiver receives said incoming message in the form of radio signals.

4. The unit of claim 1 further including a storage unit to store information indicating said network connectivity, and said communications module includes:

an evaluation module to analyze said network connectivity information to determine said particular communication links.

5. The unit of claim 1 wherein said control message includes routing control information.

6. The unit of claim 4 wherein said control message includes information relating to changes in network connectivity to synchronize storage units of said network communication units.

7. In a communications network, a communication unit including a communication link with each neighboring communication unit within said network to facilitate network communications, wherein each said communication link includes a data link for transferring data and a control link for transferring control messages, said communication unit comprising:

a transmitter to transmit an outgoing message to each said neighboring unit via a corresponding communication link;

a receiver to receive an incoming message from each said neighboring unit via a corresponding communication link; and

a processor to control said transmission and reception of said outgoing and incoming messages, wherein said processor includes:

a communications module to examine network connectivity and determine particular communication links associated with said communication unit sufficient to establish communications via said network with each said neighboring unit within a predetermined quantity of hops;

a link control module to control said communication links in accordance with said determination, wherein

said particular communication links are controlled to transmit a control message to corresponding neighboring units, and wherein said link control module includes:

a data link module to enable said data link of each said communication link associated with said communication unit; and

a control link module to control said control links of said communication links to facilitate transmission of said control message over said particular communication links to corresponding neighboring units and throughout said network; and

a transmission module to facilitate transmission of said control message throughout said network by transmitting said control message via said particular communication links to corresponding neighboring units.

8. The unit of claim 7 wherein said link control module further includes:

a neighbor determination module to determine the presence of a new neighboring unit; and

a link initiation module to provide a communication link between said communication unit and said new neighboring unit and to enable said data and control links of said provided communication link in response to determining the presence of said new neighboring unit.

9. The unit of claim 7 wherein said link control module further includes:

a control link enablement module to enable a disabled control link in response to said communication unit receiving said control message via that disabled control link.

10. The unit of claim 7 wherein said processor further includes:

a control link status module to determine, prior to transmission of said control message, viability of said communication links for establishing communications with each said neighboring unit via said network within said predetermined quantity of hops in response to expiration of a predetermined time interval.

11. The unit of claim 10 wherein said control link status module includes:

a control link selection module to select successive disabled control links and enable a selected disabled control link in response to determining that said communication links are not viable and communications between said communication unit and each said neighboring unit can be established within said predetermined quantity of hops with said selected link enabled; and

a control link enablement module to enable successive disabled control links until communications between said communication unit and each neighboring unit are established within said predetermined quantity of hops in response to no disabled control link being enabled by said control link selection module.

12. The unit of claim 7 wherein said processor further includes:

a control link status module to examine said communication links and determine said particular communication links in response to enablement of a control link or receipt of a message indicating changes in network connectivity.

13. The unit of claim 12 wherein said control link status module includes:

a control link disablement module to select each enabled control link successively and disable that enabled control link in response to determining that communica-

US 6,349,091 B1

15

tions between said communication unit and each neighboring unit can be established within said predetermined quantity of hops with that selected control link disabled.

**14.** The unit of claim **13** wherein said control link disablement module includes:

a control link selection module to successively select each enabled control link;

a link evaluation module to determine viability of establishing communications between said communication unit and each neighboring unit within said predetermined quantity of hops with a selected control link disabled;

a request module to facilitate transmission of a request message to a neighboring unit associated with said selected control link to request disablement of said selected control link; and

a disablement module to disable said selected control link in response to receiving a reply message from said associated neighboring unit permitting disablement of said selected link.

**15.** The unit of claim **14** wherein said control link disablement module further includes:

a record module to record a disablement attempt in response to expiration of a reply timer prior to receiving said reply message from said associated neighboring unit.

**16.** The unit of claim **14** wherein said processor further includes:

a reception module to facilitate reception and processing of messages including said request message, wherein said reception module includes:

a disablement request module to receive said request message from a neighboring unit and disable a control link indicated in said request message in response to determining that communications between said communication unit and each neighboring unit can be established within said predetermined quantity of hops with said indicated control link disabled.

**17.** The unit of claim **16** wherein said disablement request module includes:

a request reception module to receive said request message from said neighboring unit;

a disabled link evaluation module to determine viability of establishing communications between said communication unit and each neighboring unit within said predetermined quantity of hops with said indicated control link disabled; and

a link disablement module to facilitate transmission of said reply message to said neighboring unit indicating that said indicated control link may be disabled and to disable said indicated control link in response to said determination of viable communications with each neighboring unit.

**18.** The unit of claim **1** wherein said communications network includes a plurality of clusters each having said communication unit as a head unit and a plurality of communication units being designated as member units, wherein head units of said clusters communicate with each other via said communication links to facilitate communications throughout said network.

**19.** In a communications network employing a communication link between each neighboring communication unit within said network, wherein each said communication link facilitates transfer of data and is selectively controllable to

16

further facilitate transfer of control messages, a method of transmitting and receiving messages by a communication unit within said network comprising the steps of:

(a) examining network connectivity and determining particular communication links associated with said communication unit sufficient to enable transmission of a control message over said network to each corresponding neighboring unit within a predetermined quantity of hops;

(b) controlling said communication links associated with said communication unit in accordance with said determination, wherein each associated communication link is controlled to facilitate transmission of data and said particular communication links are controlled to further facilitate transmission of said control message to corresponding neighboring units; and

(c) facilitating transmission of said control message throughout said network by transmitting said control message via said particular communication links to corresponding neighboring units.

**20.** The method of claim **19** wherein step (c) further includes:

(c.1) transmitting said control message in the form of radio signals.

**21.** The method of claim **19** wherein said communication unit includes a storage unit to store information indicating said network connectivity, and step (a) further includes:

(a.1) analyzing said network connectivity information to determine said particular communication links.

**22.** The method of claim **19** wherein said control message includes routing control information.

**23.** The method of claim **21** wherein said control message includes information relating to changes in network connectivity, and step (c) further includes:

(c.1) transmitting said control message throughout said network to synchronize storage units of said network communication units.

**24.** In a communications network employing a communication link between each neighboring communication unit within said network, wherein each said communication link includes a data link for transferring data and a control link for transferring control messages, a method of transmitting and receiving messages by a communication unit within said network comprising the steps of:

(a) examining network connectivity and determining particular communication links associated with said communication unit sufficient to establish communications via said network with each corresponding neighboring unit within a predetermined quantity of hops;

(b) controlling said communication links associated with said communication unit in accordance with said determination, wherein said particular communication links are controlled to transmit a control message to corresponding neighboring units, and wherein step (b) further includes:

(b.1) enabling said data link of each said communication link associated with said communication unit; and

(b.2) controlling said control links of said associated communication links to facilitate transmission of said control message over said particular communication links to corresponding neighboring units and throughout said network; and

(c) facilitating transmission of said control message throughout said network by transmitting said control message via said particular communication links to corresponding neighboring units.

US 6,349,091 B1

17

18

25. The method of claim 24 wherein step (b) further includes:

(b.3) determining the presence of a new neighboring unit; and

(b.4) providing a communication link between said communication unit and said new neighboring unit and enabling said data and control links of said provided communication link in response to determining the presence of said new neighboring unit.

26. The method of claim 24 wherein step (b) further includes:

(b.3) enabling a disabled control link in response to said communication unit receiving said control message via that disabled control link.

27. The method of claim 24 wherein step (b) further includes:

(b.3) determining, prior to transmission of said control message, viability of said communication links for establishing communications with each said neighboring unit via said network within said predetermined quantity of hops in response to expiration of a predetermined time interval.

28. The method of claim 27 wherein step (b.3) further includes:

(b.3.1) selecting successive disabled control links and enabling a selected disabled control link in response to determining that said communication links are not viable and communications between said communication unit and each neighboring unit can be established within said predetermined quantity of hops with said selected link enabled; and

(b.3.2) enabling successive disabled control links until communications between said communication unit and each neighboring unit are established within said predetermined quantity of hops in response to no disabled control link being enabled in step (b.3.1).

29. The method of claim 24 wherein step (b) further includes:

(b.3) examining said communication links and determining said particular communication links in response to enablement of a control link or receipt of a message indicating changes in network connectivity.

30. The method of claim 29 wherein step (b.3) further includes:

(b.3.1) selecting each enabled control link successively and disabling that enabled control link in response to determining that communications between said communication unit and each neighboring unit can be established within said predetermined quantity of hops with that selected control link disabled.

31. The method of claim 30 wherein step (b.3.1) further includes:

(b.3.1.1) successively selecting each enabled control link;

(b.3.1.2) determining viability of establishing communications between said communication unit and each neighboring unit within said predetermined quantity of hops with a selected control link disabled;

(b.3.1.3) facilitating transmission of a request message to a neighboring unit associated with said selected control link to request disablement of said selected control link; and

(b.3.1.4) disabling said selected control link in response to receiving a reply message from said associated neighboring unit permitting disablement of said selected link.

32. The method of claim 31 wherein step (b.3.1) further includes:

(b.3.1.5) recording a disablement attempt in response to expiration of a reply timer prior to receiving said reply message from said associated neighboring unit.

33. The method of claim 31 further including:

(d) processing messages received from said neighboring units.

34. The method of claim 33 wherein said received messages include said request message, and step (d) further includes:

(d.1) receiving said request message from a neighboring unit and disabling a control link indicated in said request message in response to determining that communications between said communication unit and each neighboring unit can be established within said predetermined quantity of hops with said indicated control link disabled.

35. The method of claim 34 wherein step (d.1) further includes:

(d.1.1) receiving said request message from said neighboring unit;

(d.1.2) determining viability of establishing communications between said communication unit and each neighboring unit within said predetermined quantity of hops with said indicated control link disabled; and

(d.1.3) transmitting said reply message to said neighboring unit indicating that said indicated control link may be disabled and to disable said indicated control link in response to viable communications with each neighboring unit.

36. The method of claim 19 wherein said communications network includes a plurality of clusters each having said communication unit as a head unit and a plurality of communication units being designated as member units, wherein head units of said clusters communicate with each other via said communication links to facilitate communications throughout said network.

37. A communications network comprising:

a plurality of nodes each having a communication link between that node and each of its neighboring nodes to facilitate network communications, wherein each said communication link facilitates transfer of data and is selectively controllable to further facilitate transfer of control messages;

wherein each said node includes:

an evaluation module to determine particular communication links associated with that node and sufficient to enable transmission of a control message over said network to corresponding neighboring nodes within a predetermined hop limit based on network connectivity; and

a link control module to selectively control said associated communication links in accordance with said determination to enable said particular communication links to facilitate transmission of a control message from that node to each of its neighboring nodes to propagate said control message through said network by succeeding nodes receiving that message, wherein each associated communication link is controlled to facilitate transfer of data and said particular communication links are controlled to further facilitate transmission of said control message.

38. The network of claim 37 wherein each said node transmits said control message in the form of radio signals.

US 6,349,091 B1

19

**39**. The network of claim **37** wherein each said node includes a storage unit to store information relating to network connectivity and said control message includes information relating to changes in network connectivity to synchronize storage units of said network nodes.

**40**. A communications network comprising:

a plurality of nodes each including a communication link between that node and each of its neighboring nodes to facilitate network communications, wherein each said communication link includes a data link for transferring data and a control link for transferring control messages;

wherein each said node includes:

an evaluation module to determine particular communication links associated with that node and sufficient to establish communications via said network to corresponding neighboring nodes within a predetermined hop limit based on network connectivity; and

a link control module to selectively control said associated communication links in accordance with said determination to enable said particular communication links to facilitate transmission of said control message from that node to each of its neighboring nodes to propagate said control message through said network by succeeding nodes receiving that message, wherein said link control module includes:

a data link module to enable said data link of each said associated communication link; and

a control link module to control said control links of said associated communication links to facilitate transmission of said control message over said particular communication links to corresponding neighboring nodes and throughout said network.

**41**. The network of claim **37** further including a plurality of clusters each having said node as a head unit and a plurality of communication units being designated as member units, wherein head units of said clusters communicate with each other via said communication links to facilitate communications throughout said network.

**42**. In a communications network including a plurality of nodes each having a communication link between that node and each of its neighboring nodes, wherein each said communication link facilitates transfer of data and is selectively controllable to further facilitate transfer of control messages, a method of transmitting messages within said network comprising the steps of:

(a) determining particular communication links for each node sufficient to transmit a control message from that node over said network to corresponding neighboring nodes within a predetermined hop limit based on network connectivity; and

(b) selectively controlling said communication links of each node in accordance with said determination to

20

enable said particular communication links to facilitate transmission of said control message from that node to each of its neighboring nodes to propagate said control message through said network by succeeding nodes receiving that message, wherein each communication link is controlled to facilitate transfer of data and said particular communication links are controlled to further facilitate transmission of said control message.

**43**. The method of claim **42** wherein each said node transmits said control message in the form of radio signals.

**44**. The method of claim **42** wherein each said node includes a storage unit to store information relating to network connectivity and said control message includes information relating to changes in network connectivity to synchronize storage units of said network nodes.

**45**. In a communications network including a plurality of nodes each having a communication link between that node and each fits neighboring nodes, wherein each said communication link includes a data link for transferring data and a control link for transferring control messages, a method of transmitting messages within said network comprising the steps of:

(a) determining particular communication links for each node sufficient to establish communications via said network from that node to corresponding neighboring nodes within a predetermined hop limit based on network connectivity; and

(b) selectively controlling said communication links of each node in accordance with said determination to enable said particular communication links to facilitate transmission of a control message from that node to each of its neighboring nodes to propagate said control message through said network by succeeding nodes receiving that message, wherein step (b) further includes:

(b.1) enabling said data link of each said communication link; and

(b.2) controlling said control links of said communication links of each node to facilitate transmission of said control message over said particular communication links of that node to corresponding neighboring nodes and throughout said network.

**46**. The method of claim **42** wherein said network further includes a plurality of clusters each having said node as a head unit and a plurality of communication units being designated as member units, wherein head units of said clusters communicate with each other via said communication links to facilitate communications throughout said network.

\* \* \* \* \*

EXHIBIT N

(12) **United States Patent**    (10) Patent No.:   **US 6,961,310 B2**

Cain      (45) **Date of Patent:**    **Nov. 1, 2005**

(54) **MULTIPLE PATH REACTIVE ROUTING IN A MOBILE AD HOC NETWORK**

(76) Inventor: **Joseph Bibb Cain**, 200 Melbourne Ave., Indialantic, FL (US) 32903

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 409 days.

(21) Appl. No.: **10/214,997**

(22) Filed: **Aug. 8, 2002**

(65) **Prior Publication Data**

US 2004/0029553 A1 Feb. 12, 2004

(51) **Int. Cl.**[7] .............................. **H04L 1/00**; H04Q 7/24

(52) **U.S. Cl.** ...................... **370/238**; 370/252; 370/338; 375/267; 709/240; 709/241

(58) **Field of Search** .............................. 370/238, 238.1, 370/252, 338, 349, 330, 332, 340, 341; 375/267; 709/239, 240, 241, 242; 455/450, 452, 455

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | | 5/1995 | Perkins ...................... 370/94.1 |
| 5,754,543 A | * | 5/1998 | Seid ............................ 370/351 |
| 5,832,197 A | * | 11/1998 | Houji ............................. 714/4 |
| 5,974,236 A | * | 10/1999 | Sherman ..................... 709/221 |
| 5,987,011 A | | 11/1999 | Toh ............................. 370/331 |
| 6,026,073 A | * | 2/2000 | Brown et al. ............... 370/216 |
| 6,111,941 A | * | 8/2000 | Schreyer ............... 379/220.01 |
| 6,304,556 B1 | | 10/2001 | Haas .......................... 370/254 |
| 6,349,091 B1 | * | 2/2002 | Li ............................. 370/238 |

| | | | |
|---|---|---|---|
| 6,385,174 B1 | | 5/2002 | Li ............................. 370/252 |
| 2001/0033556 A1 | | 10/2001 | Krishnamurthy et al. ... 370/329 |
| 2002/0062388 A1 | | 5/2002 | Ogier et al. ................ 709/238 |
| 2002/0071391 A1 | * | 6/2002 | Ishioka ....................... 370/238 |
| 2004/0047345 A1 | * | 3/2004 | Joseph et al. ............... 370/352 |

OTHER PUBLICATIONS

Mirhakkak et al., *Dynamic Quality–of–Service for Mobile Ad Hoc Networks*, MITRE Corp., 2000.
Van Dyck et al., *Distributed Sensor Processing Over an Ad–Hoc Wireless Network: Simulation Framework And Performance Criteria*, Proceedings IEEE Milcom, Oct. 2001.

(Continued)

*Primary Examiner*—Ricky Ngo
*Assistant Examiner*—Soon D. Hyun
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

The method includes routing message data from a source node to a destination node in a mobile ad hoc network. The mobile ad-hoc network includes a plurality of intermediate mobile nodes between the source node and the destination node, and a plurality of wireless communication links connecting the nodes together. The method includes, at the source node, discovering routing to the destination node, ranking discovered routes according to at least one link metric, and distributing the message data to the destination node along a plurality of the discovered routes based upon the ranking. The link metric may include a measurement of link delay, link capacity, link available capacity, and/or link reliability.

**36 Claims, 4 Drawing Sheets**



US 6,961,310 B2
Page 2

OTHER PUBLICATIONS

Zhu, *Medium Access Control and Quality–of–Service for Mobile Ad Hoc Networks*, PHD Thesis, Department of Computer Engineering, University of Maryland, College Park, MD, 2001.

Royer et al., *A Review of Current Routing Protocols for Ad Hoc Mobile Wireless Networks*, IEEE Personal Communications, Apr. 1999, pp. 46–55.

Corson et al., *A Reservation–Based Multicast (RBM) Routing Protocol for Mobile Networks: Initial Route Constructions Phase*, ACM/I. 1, No. 4, 1995, pp. 1–39.

Xiao et al., *A Flexible Quality of Service Model for Mobile Ad Hoc Networks, IEEE VTC2000–spring*, Tokyo, Japan, May 2000.

Wu et al., *QoS Support in Mobile Ad Hoc Networks*, Computing Science Department, University of Alberta, (no date available).

Corson et al., *Mobile Ad Hoc Networking (MANET): Routing Protocol Performance Issues and Evaluation Considerations*, Network Working Group, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 1999.

Haas et al., *The Bordercast Resolution Protocol (BRP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Interzone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Intrazone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Clausen et al. *Optimized Link State Routing Protocol*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Oct. 31, 2001.

Perkins et al., *Quality of Service in Ad Hoc On–Demand Distance Vector Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 2000.

Park et al., *Temporally–Ordered Routing Algorithm (TORA) Versoin 1 Functional Specification*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 20, 2001.

Ogier et al., *Topology Broadcast Based on Reserve–Path Forwarding* (TBRPF), Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 10, 2002.

Gerla et al., *Landmark Routing Protocol (LANMAR) for Large Scale Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Hu et al., *Flow State in the Dynamic Soucure Routing Protocol for Mobile Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Feb. 23, 2001.

Johnson et al., *The Dynamic Source Routing Protocol for Mobile Ad Hoc Networks* (DSR), Internet Engineering Task Force (IETF MANET Working Group, Internet Draft, Nov. 21, 2001.

Perkins et al., *Ad hoc On–Demand Distance Vector (ADOV) Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 9, 2001.

Chakrabarti et al., "*QoS Issues in Ad Hoc Wireless Networks*", IEEE Communications Magazine, (2/01),, pp. 142–148.

Chen, "*Routing Support for Providing Guaranteed End-to–End Qualtiy–of–Service*," Ph.D. thesis, Univ. fo Illinois at Urbana–Chanmpaign, http://cairo.cs.uiuc.edu/papers/Scthesis.ps 1999.

* cited by examiner

Case 1:19-cv-02315-CFC Document 1-1 Filed 12/09/19 Page 306 of 360 PageID #: 1328
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 306 of 360 PageID #: 182328



FIG. 1

FIG. 2.



FIG. 3.



FIG. 4.

Case 1:19-cv-09945-CFC Document 1-1 Filed 12/09/19 Page 308 of 360 PageID #: 728
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 308 of 360 PageID #: 182830



FIG. 5.



FIG. 6.



FIG. 7.

US 6,961,310 B2

1

# MULTIPLE PATH REACTIVE ROUTING IN A MOBILE AD HOC NETWORK

## FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad hoc wireless networks and related methods.

## BACKGROUND OF THE INVENTION

A rapidly developing area of wireless networks is mobile ad hoc networks. Physically, a mobile ad hoc network includes a number of geographically-distributed, potentially mobile nodes wirelessly connected by one or more radio frequency channels. Compared with other type of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad hoc networks is the lack of any fixed infrastructure. The network is formed of mobile nodes only, and a network is created on the fly as the nodes transmit to or receive from other nodes. The network does not in general depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

An ad hoc network can be quickly deployed and provide much needed communications. Ad hoc networks will allow people to exchange data in the field or in a class room without using any network structure except the one they create by simply turning on their computers or PDAs, for example.

New applications for mobile ad hoc networks will continue to emerge and become an important part of the communication structure. Due to the lack of a fixed infrastructure, nodes must self-organize and reconfigure as they move, join or leave the network. All nodes could potentially be functionally identical and there may not be any natural hierarchy or central controller in the network. Many network-controlling functions are distributed among the nodes. Nodes are often powered by batteries and have limited communication and computation capabilities. The bandwidth of the system is usually limited. The distance between two nodes often exceeds the radio transmission range, and a transmission has to be relayed by other nodes before reaching its destination. Consequently, a network has a multihop topology, and this topology changes as the nodes move around.

The Mobile Ad-Hoc Networks (MANET) working group of the Internet Engineering Task Force (IETF) has been actively evaluating and standardizing routing, including multicasting, protocols. Because the network topology changes arbitrarily as the nodes move, information is subject to becoming obsolete, and different nodes often have different views of the network, both in time (information may be outdated at some nodes but current at others) and in space (a node may only know the network topology in its neighborhood usually not far away from itself).

A routing protocol needs to adapt to frequent topology changes and with less accurate information. Because of these unique requirements, routing in these networks is very different from others. Gathering fresh information about the entire network is often costly and impractical. Many routing protocols are reactive (on-demand) protocols: they collect routing information only when necessary and to destinations they need routes to, and do not generally maintain unused routes after some period of time. This way the routing overhead is greatly reduced compared to pro-active protocols which maintain routes to all destinations at all times. It is important for a protocol to be adaptive. Ad Hoc on

2

Demand Distance Vector (AODV), Dynamic Source Routing (DSR) and Temporally Ordered Routing Algorithm (TORA) are representative of on-demand routing protocols presented at the MANET working group.

Examples of other various routing protocols include Destination-Sequenced Distance Vector (DSDV) routing which is disclosed in U.S. Pat. No. 5,412,654 to Perkins, and Zone Routing Protocol (ZRP) which is disclosed in U.S. Pat. No. 6,304,556 to Haas. ZRP is a hybrid protocol using both proactive and reactive approaches based upon distance from a source node.

These conventional routing protocols use a best effort approach in selecting a route from the source node to the destination node. Typically, the number of hops is the main criteria (metric) in such a best effort approach. In other words, the route with the least amount of hops is selected as the transmission route.

Quality-of-service (QoS) routing in mobile ad hoc networks is gaining interest. To provide quality-of-service, the protocol needs not only to find a route but also to secure the resources along the route. Because of the limited, shared bandwidth of the network, and lack of central controller which can account for and control these limited resources, nodes must negotiate with each other to manage the resources required for QoS routes. This is further complicated by frequent topology changes. Due to these constraints, QoS routing is more demanding than best-effort routing.

Some examples of QoS routing approaches are set forth by Chenxi Zhu in the publication entitled "Medium Access Control and Quality-of-Service Routing for Mobile Ad Hoc Networks," 2001, and by M. Mirhakkak et al. in the publication entitled "Dynamic Quality-of-Service for Mobile Ad Hoc Networks," MITRE Corp., 2000. Zhu discusses establishing bandwidth guaranteed QoS routes in small networks whose topologies change at a low to medium rate. Mirhakkak et al. are concerned with resource reservation requests which specify a range of QoS values while the network makes a commitment to provide service within this range.

The performance and reliability of reactive routing protocols such as DSR and AODV is a concern in the field of mobile ad-hoc networks. Conventional DSR finds multiple paths, but it only uses a single path for the transmission of message data/mission traffic. The remaining paths can be backups, but are often stale when needed. Conventionally, AODV finds a single path. Failure of the primary path often results in significant delay because mission traffic must wait on a new route discovery process to complete.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide more reliable and more timely routes with less traffic load concentration in a mobile ad hoc network.

This and other objects, features, and advantages in accordance with the present invention are provided by a method for routing message data from a source node to a destination node in a mobile ad hoc network. The mobile ad-hoc network including a plurality of intermediate mobile nodes between the source node and the destination node, and a plurality of wireless communication links connecting the nodes together. The method includes, at the source node, discovering routing to the destination node, ranking discovered routes according to at least one link metric, and distributing the message data to the destination node along

US 6,961,310 B2

3

a plurality of the discovered routes based upon the ranking. The link metric may include a measurement of link delay, link capacity, link available capacity, and/or link reliability.

Distributing the message data may include distributing duplicate message data along the plurality of discovered routes, and/or distributing different portions of the message data along each of the plurality of discovered routes. Also, ranking the discovered routes preferably includes storing route entries in a route cache with each route entry corresponding to one of the discovered routes. Each route entry may include a metric value, a usage factor indicating how much of the message data should be distributed to the corresponding route, and a timer value for expiring the discovered route. The route entries may be repeated in the route cache for different classes of message data, such as delay sensitive message data and large volume message data.

The method may also include, at the source node, intermediate nodes and/or the destination node, detecting whether the node can continue to support the route request and, if not, generating an error notification for a failed route. Upon receiving the error notification, the source node will purge the failed route from the discovered routes, and preferably distribute message data among remaining discovered routes. Additionally, the source node may transmit a second route request to discover new routing to the destination node when the number of discovered routes falls below a threshold.

Objects, features, and advantages in accordance with the present invention are also provided by a mobile ad hoc network including a plurality of mobile nodes, and a plurality of wireless communication links connecting the plurality of mobile nodes together. Each mobile node comprises a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and a controller to route communications via the communications device. The controller includes a route discovery unit to discover routing to a destination node, a route ranking unit to rank discovered routes according to at least one link metric, and a message data distribution unit to distribute the message data to the destination node along a plurality of the discovered routes based upon the rank. The link metric is preferably a measurement of link delay, link capacity, link available capacity, and/or link reliability.

The message data distribution unit may distribute duplicate message data along the plurality of discovered routes and/or different portions of the message data along each of the plurality of discovered routes. The route ranking unit comprises a route cache for storing route entries each corresponding to one of the discovered routes. Again, each route entry may include a metric value, a usage factor indicating how much of the message data should be distributed to the corresponding route, and a timer value for expiring the discovered route. Also, the ranking unit may repeat route entries in the route cache for different classes of message data, such as delay sensitive message data and large volume message data.

Also, the controller may include a route request processing unit to determine whether the node can continue to support the route request and, if not, to generate an error notification for a failed route. The route ranking unit purges failed routes from the discovered routes, and the route discovery unit discovers new routing to the destination node when the number of discovered routes falls below a threshold.

4

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1–4 are schematic diagrams of a mobile ad hoc network including in accordance with the present invention.

FIG. 5 is a flowchart illustrating the method steps for in a mobile ad hoc network in accordance with the present invention.

FIG. 6 is a schematic diagram illustrating a router of a node in accordance with the network of the present invention.

FIG. 7 is a schematic diagram illustrating the details of the controller of the router in FIG. 6.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

As will be appreciated by those skilled in the art, portions of the present invention may be embodied as a method, data processing system, or computer program product. Accordingly, these portions of the present invention may take the form of an entirely hardware embodiment, an entirely software embodiment, or an embodiment combining software and hardware aspects. Furthermore, portions of the present invention may be a computer program product on a computer-usable storage medium having computer readable program code on the medium. Any suitable computer readable medium may be utilized including, but not limited to, static and dynamic storage devices, hard disks, optical storage devices, and magnetic storage devices.

The present invention is described below with reference to flowchart illustrations of methods, systems, and computer program products according to an embodiment of the invention. It will be understood that blocks of the illustrations, and combinations of blocks in the illustrations, can be implemented by computer program instructions. These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, implement the functions specified in the block or blocks.

These computer program instructions may also be stored in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner, such that the instructions stored in the computer-readable memory result in an article of manufacture including instructions which implement the function specified in the flowchart block or blocks. The computer program instructions may also be loaded onto a computer or other programmable data processing apparatus to cause a series of operational steps to be performed on the computer or other programmable apparatus to produce a computer implemented process such that the instructions which execute on the computer or other programmable apparatus provide steps for implementing the functions specified in the flowchart block or blocks.

US 6,961,310 B2

5

Referring initially to FIGS. 1–5, a method for in a mobile ad hoc network **20** will now be described. The network **20** includes a plurality of mobile nodes **30** including the source node **1** and the destination node **4** with intermediate nodes **2**, **3** and **5** therebetween. The mobile nodes **30**, such as laptop computers, personal digital assistants (PDAs) or mobile phones, are connected by wireless communication links **32** as would be appreciated by the skilled artisan. The method begins (block **100**) and includes transmitting a route request RREQ from the source node **1** to discover routing to the destination node **4**, as indicated at block **102** in FIG. **5**. More specifically, when a new route is needed to a given destination node **4**, the source node **1** broadcasts the RREQ packet to the destination node. This RREQ packet is similar to the conventional RREQ packet used in a protocol such as DSR or AODV, but may include a link/route metric, as will be discussed in more detail below. The conventional RREQ broadcast is used for "best effort" service. The method of the present invention may still follow the conventional procedures established by the protocol for best effort service.

Furthermore, at block **104**, the method includes each intermediate node **2**, **3** and **5** determining whether the node can support the route request RREQ. If the node cannot support the particular request RREQ, then the request is denied or simply not forwarded by the node (block **106**). If the node, for example node **3**, can support the particular request RREQ, then the node forwards the route request to other intermediate nodes **2** and **5** (block **108**), and may temporarily reserve node resources for that route request. Intermediate nodes **2** and **5** also must determine whether they can support the route request RREQ forwarded from node **3**. If so, the route request RREQ is then forwarded to the destination node **4**.

The destination node **4**, upon receiving the route request RREQ, generates a reply RREP to the source node **1** for each discovered route (block **110**). In other words, the destination node **4** may have received the forwarded route request RREQ from any of various possible routes including, for example, **1-2-4** or **1-3-5-4**. A reply RREP is generated in each case. At block **112**, the source node **1** ranks the discovered routes according to one or more link metrics. The link metric is preferably a measurement of link delay, link capacity, link available capacity, and/or link reliability as will be discussed below.

Ranking the discovered routes preferably includes storing route entries in a route cache or table. Each of the route entries corresponds to one of the discovered routes. Also, each route entry may include a metric value, a usage factor indicating how much of the message data should be distributed to the corresponding route, and a timer for expiring the discovered route. Some or all of the route entries may be repeated for different classes of message data/traffic, such as, delay sensitive traffic and/or large volume traffic, for example.

At block **114**, the source node **1** then selects a plurality of routes to the destination node **4**, and, at block **116**, the source node may transmit route confirmations CONF to intermediate nodes on the selected route. This is to confirm the use of the resources on the selected route in a system using a routing approach other than a best effort approach, such as quality of service routing.

Also, at block **118**, the source node **1** distributes the message data to the destination node **4** along the plurality of discovered routes, such as routes **1-2-4** and **1-3-5-4**, for example. Distributing the message data may include distributing duplicate message data along the plurality of discov-

6

ered routes for improved reliability, and/or distributing different portions of the message data along each of the plurality of discovered routes for improved timeliness. As used herein, "message data" is intended to include any data that may be sent between nodes in the mobile ad-hoc network, including (but not limited to) video data, audio data, alphanumeric data, etc., as would be appreciated by the skilled artisan.

At block **120**, the intermediate nodes **2**, **3** and **5**, and/or the destination node **4**, may detect at any time whether the node can continue to support the route request RREQ. If the node cannot continue to support the request RREQ, then the node generates an error notification RERR to the source node **1**. Here, (block **122**) the source node **1** may purge the failed route, upon receiving the error notification RERR, while maintaining the use of the other discovered routes. However, if the number of discovered routes falls below a certain threshold, then the source node **1** may again transmit a route request RREQ to discover new routing to the destination node **4** (block **124**).

The described method can be applied to any type of On-Demand or Reactive routing protocol, such as Dynamic Source Routing (DSR) or Ad-Hoc On-Demand Distance Vector (AODV) routing, or to any hybrid proactive/reactive protocol, such as Zone Routing Protocol (ZRP), as would be appreciated by the skilled artisan. The described procedures are easily applied to the DSR protocol. The conventional DSR message types RREQ, RREP, RRER are defined as optional packet types, and can be used as defined for the conventional operation of the protocol to support "best effort" traffic in a backwards compatibility mode. New optional packet types may be defined to support the measurement of certain link metrics. Definition of the required header fields for these types is straightforward based on the functions defined above.

As described, the performance of reactive ad hoc routing protocols such as DSR and AODV are improved to provide more reliable and more timely routes with less traffic load concentration. Routes are discovered via route-request and route-reply scheme. It should be noted that conventional DSR finds multiple paths, but it only uses a single path for message data transmission while remaining paths can be backups, but are often stale when needed. Conventionally, AODV finds a single path. Failure of primary path often results in significant delay because mission traffic must wait on a new route discovery process to complete.

As discussed, the present invention provides the discovery and use of multiple routes with appropriate metrics for each to the destination. Discovered paths are ranked according to metric and/or traffic class. Routing cache/table is tailored to utilize up to n routes simultaneously per destination (may be used either to distribute the load or for reliability). Traffic is distributed across multiple routes according to rank and value indicated by the path metrics. Usage of n paths allows simultaneous maintenance of n paths while failure of a single path can leave n−1 paths still operational.

The route cache/table includes destination indexes into a group of routes (either source routes for DSR or next hop routes for AODV). Each route entry has a metric value, a usage factor (e.g. between 0 and 1) that indicates which fraction of the traffic load should use that route, and a timer for expiring the route. In use, one of up to n routes is selected according to any approach that allows the load to be shared (such as random selection or a round robin servicing according to usage factor). Route entries may also be repeated for

US 6,961,310 B2

7

each class of traffic (e.g. using different metrics and ranking for each class).

Regarding route failure: Nodes discovering route failure generate route error packets (RERR) and send back to the traffic source. Traffic source purges failed routes from cache/table. Traffic source continues to use the n−1 "good" routes. If other routes are available (with satisfactory metric) then they are added to the table to obtain n routes. Usage factors are recalculated. If a failure causes the number of routes in use to fall below a predefined threshold, a new route discovery is initiated to find additional routes.

Regarding the use of metrics: route requests and route replies are modified to accommodate improved metrics. DSR and AODV currently use only hop count which can still be used if desired. Improved metrics can include a variety of measures such as link delay, link capacity, link available capacity, link reliability. More important metrics may depend on the traffic class such as: Delay sensitive traffic may require routes to be rank-ordered based on the delay metric; Large volume traffic may require routes to be rank-ordered based on the capacity metric.

The usage factor for each route as may be calculated as: UsageFactor(Rte$_k$)=F(metric$_k$, f(metrics for all paths used)). For large volume traffic, bottleneck capacity may be used as a metric in evaluating routes—i.e., UsageFactor(Rte$_k$)= BottleneckCapacity$_k$/(sum over all routes (BottleneckCapacity for each route)).

The invention as specifically applied to DSR will be described. DSR naturally collects multiple routes but only one is used. Loop freedom is maintained with multiple routes because the source route indicates the full path (loops are easily detected). DSR is modified to collect appropriate metrics for each link on the source route. The DSR route cache is modified to reflect the use of multiple routes simultaneously for multiple classes of traffic using the route usage factors. Ranking of routes for each traffic class is implemented in the route cache and the top n routes for each traffic class are selected. Because source routes have been collected, the ranking process may include a factor such as disjointness of paths when determining which n paths are the most desirable (disjoint paths would provide a set of paths that are less likely to be simultaneously disrupted due to link/node failures and mobility). Usage factors for top n routes for each traffic class would be calculated based upon the appropriate path metrics as indicated above. Traffic distribution among several paths is done only at the source node. A timer to expire stale routing cache entries may be used (i.e. optional). A higher reliability traffic class which sends duplicate traffic over multiple routes for higher reliability may be implemented. Route failure recovery is implemented as discussed previously. This will naturally discover any stale routes in the top n routes that are being actively used.

The invention as specifically applied to AODV will be described. AODV collects only a single route as currently defined with path hop count as the metric. Thus, AODV should be modified to collect multiple routes with the appropriate metrics. Care should be taken with AODV to insure loop-free routes since it builds next hop routing tables. For example, the following conservative approach will work: Modify AODV route table to reflect the use of multiple routes, the ranking of the top n routes, and the usage factors for top n routes based upon the appropriate path metrics; select one of the top n routes the "best route"—to maintain loop-freedom it will be selected in AODV as the freshest minimum hop count route (the lesser routes

8

included in the top n can have up to 1 greater hop count); Intermediate nodes return RREPs designating only their choice for "best route" while the destination can return multiple RREPs for paths through different neighbors; Selection of one of n possible paths occurs only at the source node—each intermediate forwarding node always forwards a packet along its "best route". When a node finds a route that is fresher than another route already in use it does not have to discard the other route unless it fails or hop count is too high. Higher reliability traffic class which sends duplicate traffic over multiple routes for higher reliability may be implemented. Route failure results in generation of RERRs and triggering the failure recovery process as indicted above.

Thus, as described, the present invention supports conventional ad hoc routing protocols such as DSR and AODV but significantly improves performance. Multiple routes can be used either for load balancing or increased probability of data traffic delivery. The use of multiple routes can provide more timely backup routes when path failures occur. In most cases failures will not disrupt data traffic other than the traffic temporarily lost on the failed link. Route discovery can be initiated before all routes have failed reducing the likelihood of having no routes, i.e. route discovery that is initiated after all routes are lost will be much rarer.

Referring now additionally to FIGS. 6 and 7, a system aspect of the invention will be described. A mobile ad hoc network 20 includes a plurality of mobile nodes 30, and a plurality of wireless communication links 32 connecting the plurality of mobile nodes together. Each mobile node includes a router 40 (FIG. 6) that has a communications device 42 to wirelessly and uni-directionally or bi-directionally communicate with other nodes via the wireless communication links 32, and a controller 44 to route communications via the communications device 42. Also, a memory 46 may be included as part of the controller 44 or in connection with the controller.

As shown in FIG. 7, the controller 44 includes a route discovery unit 50 to transmit the route requests to other nodes to discover routing to a destination node. Also, a route request processing unit 52 determines whether the node can support a route request. Furthermore, the route request processing unit 52 detects whether the node can continue to support the route request and, if not, generates the error notification RERR. A route ranking unit 54 ranks discovered routes according to one or more link metrics, and a message data distribution unit 58 distributes the message data to the destination node along a plurality of the discovered routes based upon the rank. Again, the link metric is preferably a measurement of link delay, link capacity, link available capacity, and/or link reliability.

The message data distribution unit 58 may distribute duplicate message data along the plurality of discovered routes and/or different portions of the message data along each of the plurality of discovered routes. The route ranking unit 54 comprises a route cache 56 for storing route entries each corresponding to one of the discovered routes. Again, each route entry may include a metric value, a usage factor indicating how much of the message data should be distributed to the corresponding route, and a timer for expiring the discovered route. Also, the ranking unit 54 may repeat route entries in the route cache for different classes of message data, such as delay sensitive message data and large volume message data. The route ranking unit 54 purges failed routes from the discovered routes, and the route discovery unit 50 discovers new routing to the destination node when the number of discovered routes falls below a threshold.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having

the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A method for routing message data from a source node to a destination node in a mobile ad hoc network comprising a plurality of intermediate mobile nodes between the source node and the destination node, and a plurality of wireless communication links connecting the nodes together, the method comprising:

at the source node, transmitting a route request to discover routing to the destination node;

at each intermediate node, determining whether the intermediate node can support the route request and, if so, forwarding the route request to one of other intermediate nodes and the destination node, and temporarily reserving node resources for supportable route requests;

at the destination node, upon receiving the route request, generating a reply to the source node for each discovered route;

at the source node, ranking the discovered routes according to at least one link metric;

at the source node, selecting a plurality of routes to the destination node based upon the ranking;

at the source node, transmitting route confirmations to intermediate nodes on the plurality of selected routes; and

at the source node, distributing the message data to the destination node along the plurality of discovered routes.

2. A method according to claim 1 wherein distributing the message data comprises distributing duplicate message data along the plurality of discovered routes.

3. A method according to claim 1 wherein distributing the message data comprises distributing different portions of the message data along each of the plurality of discovered routes.

4. A method according to claim 1 wherein ranking the discovered routes comprises storing route entries in a route cache, each route entry corresponding to one of the discovered routes.

5. A method according to claim 4 wherein each route entry includes:

a metric value for the link metric; and

a usage factor indicating how much of the message data should be distributed to the corresponding route.

6. A method according to claim 5 wherein each route entry further includes a timer value for expiring the discovered route.

7. A method according to claim 4 wherein storing route entries comprises repeating route entries in the route cache for different classes of message data.

8. A method according to claim 7 wherein the different classes of message data include delay sensitive message data and large volume message data.

9. A method according to claim 1 wherein the link metric comprises a measurement of at least one of link delay, link capacity, link available capacity, and link reliability.

10. A method according to claim 1 further comprising, at the intermediate nodes and the destination node, detecting whether the node can continue to support the route request and, if not, generating an error notification to the source node for a failed route.

11. A method according to claim 10 further comprising, at the source node, upon receiving the error notification, purging the failed route from the discovered routes.

12. A method according to claim 11, further comprising, at the source node, transmitting a second route request to discover new routing to the destination node when the number of discovered routes falls below a threshold.

13. A method for routing message data from a source node to a destination node in a mobile ad hoc network comprising a plurality of intermediate mobile nodes between the source node and the destination node, and a plurality of wireless communication links connecting the nodes together, the method comprising:

at the source node, discovering routing to the destination node;

at the source node, ranking discovered routes according to at least one link metric; and

at the source node, simultaneously distributing the message data to the destination node along a plurality of the discovered routes based upon the ranking.

14. A method according to claim 13 wherein distributing the message data comprises distributing duplicate message data along the plurality of discovered routes.

15. A method according to claim 13 wherein distributing the message data comprises distributing different portions of the message data along each of the plurality of discovered routes.

16. A method according to claim 13 wherein ranking the discovered routes comprises storing route entries in a route cache, each route entry corresponding to one of the discovered routes.

17. A method according to claim 16 wherein each route entry includes:

a metric value for the link metric; and

a usage factor indicating how much of the message data should be distributed to the corresponding route.

18. A method according to claim 17 wherein each route entry further includes a timer value for expiring the discovered route.

19. A method according to claim 16 wherein storing route entries comprises repeating route entries in the route cache for different classes of message data.

20. A method according to claim 19 wherein the different classes of message data include delay sensitive message data and large volume message data.

21. A method according to claim 13 wherein the link metric comprises a measurement of at least one of link delay, link capacity, link available capacity, and link reliability.

22. A method according to claim 13 further comprising, at the source node, detecting failed routes and purging failed routes from the discovered routes.

23. A method according to claim 22 further comprising, at the source node, distributing the message data to the destination node along remaining discovered routes.

24. A method according to claim 23, further comprising, at the source node, transmitting a second route request to discover new routing to the destination node when the number of discovered routes falls below a threshold.

25. A mobile ad hoc network comprising:

a plurality of mobile nodes; and

a plurality of wireless communication links connecting the plurality of mobile nodes together;

each mobile node comprising

a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and

US 6,961,310 B2

11

a controller to route communications via the communications device, the controller comprising

a route discovery unit to discover routing to a destination node,

a route ranking unit to rank discovered routes according to at least one link metric, and

a message data distribution unit to simultaneously distribute the message data to the destination node along a plurality of the discovered routes based upon the rank.

**26**. A network according to claim **25** wherein the message data distribution unit distributes duplicate message data along the plurality of discovered routes.

**27**. A network according to claim **25** wherein the message data distribution unit distributes different portions of the message data along each of the plurality of discovered routes.

**28**. A network according to claim **25** wherein the route ranking unit comprises a route cache for storing route entries each corresponding to one of the discovered routes.

**29**. A network according to claim **28** wherein each route entry includes:

a metric value for the link metric; and

a usage factor indicating how much of the message data should be distributed to the corresponding route.

12

**30**. A network according to claim **29** wherein each route entry further includes a timer value for expiring the discovered route.

**31**. A network according to claim **28** wherein the ranking unit repeats route entries in the route cache for different classes of message data.

**32**. A network according to claim **31** wherein the different classes of message data include delay sensitive message data and large volume message data.

**33**. A network according to claim **25** wherein the link metric comprises a measurement of at least one of link delay, link capacity, link available capacity, and link reliability.

**34**. A network according to claim **25** wherein the controller further comprises a route request processing unit to determine whether the node can continue to support the route request and, if not, to generate an error notification for a failed route.

**35**. A network according to claim **34**, wherein the route ranking unit purges failed routes from the discovered routes.

**36**. A network according to claim **35**, wherein the route discovery unit discovers new routing to the destination node when the number of discovered routes falls below a threshold.

*    *    *    *    *

EXHIBIT F

US007082117B2

(12) **United States Patent**
Billhartz

(10) **Patent No.:** US 7,082,117 B2
(45) **Date of Patent:** *Jul. 25, 2006

(54) **MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 765 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/217,097**

(22) Filed: **Aug. 12, 2002**

(65) **Prior Publication Data**

US 2004/0028000 A1    Feb. 12, 2004

(51) **Int. Cl.**
*H04Q 7/24* (2006.01)

(52) **U.S. Cl.** ........................... **370/338**; 726/23; 709/24

(58) **Field of Classification Search** ................ 370/252, 370/254, 240, 389, 351, 352, 401; 709/223, 709/224; 713/164, 187; 726/1–23
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins ....................... 370/94.1 |
| 5,978,669 A | 11/1999 | Sanmugam ................. 455/410 |
| 6,047,330 A | 4/2000 | Stracke, Jr. ................. 709/238 |
| 6,160,804 A | 12/2000 | Ahmed et al. .............. 370/349 |
| 6,304,556 B1 | 10/2001 | Haas ........................... 370/254 |
| 6,791,996 B1 * | 9/2004 | Watanabe et al. ........... 370/447 |

| | | | |
|---|---|---|---|
| 6,914,890 B1 * | 7/2005 | Tobita et al. ............... 370/338 |
| 6,934,752 B1 * | 8/2005 | Gubbi ........................ 709/225 |
| 6,950,946 B1 * | 9/2005 | Droz et al. ................. 340/5.74 |
| 7,027,462 B1 * | 4/2006 | Benveniste ................. 370/447 |

OTHER PUBLICATIONS

Kozup, *Secure Your WLAN Now, ZDNet Tech Update*, Nov. 13, 2001, avaliable at http://techupdate.zdnet.com/techupdate/stories/main/0,14179,2835133,00.html.
Vamosi, *Go Away! How to Keep Hackers Out of Your Wireless Network*, CNET/ZDNet Reviews, Mar. 27, 2002, available at http://www.zdnet.com/anchordesk/stories/story/0,10738,2858228,00.html.
*Wireless LAN Security 802.11b and Corporate Networks*, Internet Security Systems, 2001, available at http://www.iss.net/support/documentation/whitepapers/iss.php.

(Continued)

*Primary Examiner*—Chi Pham
*Assistant Examiner*—Phuc Tran
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A mobile ad-hoc network (MANET) may include a plurality of nodes for transmitting data therebetween using a media access layer (MAC), where each of the nodes has a respective MAC address associated therewith. The MANET may also include a policing node for detecting intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold. The policing node may also detect intrusions based upon one or more of failed MAC address authentications, illegal network allocation vector (NAV) values, and unexpected contention or contention-free operation.

**62 Claims, 11 Drawing Sheets**



OTHER PUBLICATIONS

Blackwell, *Serious WLAN Security Threats: Part II*, INT Media Group, Inc., 2002, available at http://www.80211-planet.com/columns/article/0,,1781__947571,00.html.
*Accessing Wireless Security with Airopeek*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/products/airopeek/white__papers.
*WildPackets' Guide to Wireless LAN Analysis*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/support/white__papers.

Zhang et al., *Intrusion Detection In Wireless Ad-Hoc Networks*, ACM MOBICOM, 2000.
Albers et al., *Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches*, Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), Apr. 2002.

* cited by examiner

Case 1:19-cv-09995-GBC   Document 1898-1   Filed 12/09/19   Page 319 of 360 PageID #: 18234



FIG. 1.



FIG. 2.

Case 1:19-cv-09945-GFC  Document 1898-1-1  Filed 12/09/19  Page 320 of 360  Page ID #: 182342



FIG. 3.



FIG. 4.

Case 1:19-cv-09945-GFC  Document 1898-1  Filed 12/09/19  Page 321 of 360 PageID #: 7321
Case 1:99-mc-09999  Document 1898-1  Filed 12/09/19  Page 321 of 360 PageID #: 182343



FIG. 5.



FIG. 6.

Case 1:19-cv-09945-CFC Document 1-1 Filed 12/09/19 Page 323 of 360 PageID #: 734



FIG. 7.



FIG. 8.

Case 1:19-cv-09945-CFC   Document 1-1   Filed 12/09/19   Page 323 of 360 PageID #: 1234



FIG. 9.



FIG. 10.



FIG. 11.



FIG. 12.

Case 1:19-cv-09345-GFC  Document 1-1  Filed 12/09/19  Page 325 of 360 PageID #:737
Case 1:99-mc-09999  Document 1898-1  Filed 12/09/19  Page 325 of 360 PageID #:182347



FIG. 13.



FIG. 14.

Case 1:99-cv-09995-CFC  Document 1-1  Filed 12/09/19  Page 326 of 360 PageID #: 732



FIG. 15.



FIG. 16.

Case 1:19-cv-09945-CFC Document 1-1 Filed 12/09/19 Page 327 of 360 PageID #: 732
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 327 of 360 PageID #: 182349



FIG. 17.



FIG. 18.

Case 1:19-cv-09995-GFC Document 1-1 Filed 12/09/19 Page 328 of 360 PageID #: 1748



FIG. 19.



FIG. 20.

Case 1:19-cv-08345-CFC Document 1-1 Filed 12/09/19 Page 329 of 360 PageID #: 1231



FIG. 21.

US 7,082,117 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS

## FIELD OF THE INVENTION

The present invention relates to the field of wireless networks, and, more particularly, to mobile ad-hoc networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad-hoc networks, or MANETs for short. Physically, a mobile ad-hoc network includes a number of geographically-distributed, potentially mobile nodes sharing a common radio channel. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad-hoc networks is the lack of any fixed infrastructure. The network may be formed of mobile nodes only, and a network is created "on the fly" as the nodes come close enough to transmit with each other. The network does not depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

Because of these unique characteristics, routing protocols for governing data flow within ad-hoc networks are required which can adapt to frequent topology changes. Two basic categories of ad-hoc routing protocols have emerged in recent years, namely reactive or "on-demand" protocols, and proactive or table-driven protocols. Reactive protocols collect routing information when a particular route is required to a destination in response to a route request. Examples of reactive protocols include ad-hoc on demand distance vector (AODV) routing, dynamic source routing (DSR), and the temporally ordered routing algorithm (TORA).

On the other hand, proactive routing protocols attempt to maintain consistent, up-to-date routing information from each node to every other node in the network. Such protocols typically require each node to maintain one or more tables to store routing information, and they respond to changes in network topology by propagating updates throughout the network to maintain a consistent view of the network. Examples of such proactive routing protocols include destination-sequenced distance-vector (DSDV) routing, which is disclosed in U.S. Pat. No. 5,412,654 to Perkins; the wireless routing protocol (WRP); and cluster-head gateway switch routing (CGSR). A hybrid protocol which uses both proactive and reactive approaches is the zone routing protocol (ZRP), which is disclosed in U.S. Pat. No. 6,304,556 to Haas.

One challenge to the advancement of ad-hoc network development is that of security. More particularly, since nodes in a mobile ad-hoc network all communicate wirelessly, there is a much greater risk of intrusion by unauthorized users. Because of the early stage of development of ad-hoc networks and the numerous other challenges these networks present, the above routing protocols have heretofore primarily focused solely on the mechanics of data routing and not on intrusion detection.

Some approaches are now being developed for providing intrusion detection in mobile ad-hoc networks. One such approach is outlined in an article by Zhang et al. entitled "Intrusion Detection in Wireless Ad-Hoc Networks," ACM MOBICOM, 2000. In this article, an intrusion detection architecture is proposed in which every node in the MANET participates in intrusion detection and response. That is, each node is responsible for detecting signs of intrusion locally and independently, but neighboring nodes can collaboratively investigate in a broader range. Moreover, intrusion detection is based upon anomaly detections, such as the detection of abnormal updates to routing tables or anomalies in certain network layers, such as with media access control (MAC) layer protocols. Another similar MANET intrusion detection architecture is disclosed in "Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches," by Albers et al., in Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), April 2002.

While the architectures discussed in the above articles may provide a convenient starting point for implementing intrusion detection, much of the details regarding the implementation of intrusion detection in MANETs have yet to be determined. That is, the particular types of node characteristics which can reliably indicate whether a node is a rouge node attempting to intrude upon the network still remain largely undefined.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a mobile ad-hoc network (MANET) with intrusion detection features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a MANET which may include a plurality of nodes for transmitting data therebetween using a media access (MAC) layer, where each of the nodes has a respective MAC address associated therewith. The MANET may also include a policing node for detecting intrusions into the network. This may be done by monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Furthermore, the policing node may detect intrusions into the wireless network by monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. More specifically, the policing node may generate an intrusion alert based upon detecting the number of failed attempts to authenticate a MAC address within a predetermined period.

In addition, the plurality of nodes may transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The RTS and CTS packets may include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. As such, the policing node may further detect intrusions into the MANET by monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein and generate an intrusion alert based thereon.

The plurality of nodes may also intermittently operate in a contention-free mode during a contention-free period (CFP). Thus, the policing node may also advantageously detect intrusions into the wireless network by monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP (or vice versa) and generate an intrusion alert based thereon.

Additionally, the MANET may have at least one service set ID associated therewith. Accordingly, the policing node

US 7,082,117 B2

3

may further detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith. The policing node may further generate an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET. Also, the plurality of nodes may transmit data over at least one channel, and the policing node may detect transmissions over the at least one channel not originating from one of the plurality of nodes and generate an intrusion alert based thereon.

The policing node may advantageously transmit an intrusion alert to at least one of the plurality of nodes in some embodiments. As such, the appropriate countermeasures may be taken to respond to the intrusion.

An intrusion detection method aspect of the invention is for a MANET including a plurality of nodes. The method may include transmitting data between the plurality of nodes using a MAC layer, where each of the nodes has a respective MAC address associated therewith. Moreover, transmissions among the plurality of nodes may be monitored to detect FCS errors from a MAC address, and an intrusion alert generated based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Additionally, the method may also include monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. In particular, an intrusion alert may be generated based upon detecting a number of failed attempts to authenticate a MAC address within a predetermined period.

Furthermore, the method may include transmitting RTS and CTS packets between the plurality of nodes prior to transmitting data. As noted above, the RTS and CTS packets typically include NAV values indicating a time duration reserved for transmitting the data. Moreover, the RTS and CTS packets transmitted between the plurality of nodes may be monitored to detect an illegal NAV value therein, and an intrusion alert generated based upon the detected illegal NAV value.

The plurality of nodes may intermittently operate in a contention-free mode during a CFP. As such, the method may also include monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP (or vice versa), and generating an intrusion alert based thereon.

In addition, the MANET may have at least one service set ID associated therewith. Thus, the method may further include monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith, and generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network. Also, the plurality of nodes may transmit data over at least one channel. Transmissions over the at least one channel not originating from one of the plurality of nodes may therefore be detected, and an intrusion alert generated based thereon. The method may also include transmitting the intrusion alert to at least one of the plurality of nodes.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a MANET in accordance with the present invention for providing intrusion detection based upon frame check sequence (FCS) errors.

4

FIG. 2 is a schematic block diagram of an alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon failed authentications of media access control (MAC) addresses.

FIG. 3 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon illegal network allocation vectors (NAVs).

FIGS. 4 and 5 are schematic block diagrams of further alternate embodiments of the MANET of FIG. 1 for providing intrusion detection based upon contention-free mode operation outside of a contention-free period (CFP) and based upon contention mode operation during a CFP, respectively.

FIG. 6 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon transmissions occurring during an unauthorized period.

FIG. 7 is a schematic block diagram of still another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 8 is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 9 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting collisions of packets having a predetermined packet type.

FIG. 10 is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting collisions of a same MAC address.

FIG. 11 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting FCS errors.

FIG. 12 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting failed authentications of MAC addresses.

FIG. 13 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting illegal network allocation vector (NAV) values.

FIGS. 14 and 15 are flow diagrams illustrating intrusion detection methods in accordance with the present invention based upon detecting contention-free mode operation outside of a CFP and detecting contention mode operation during a CFP, respectively.

FIG. 16 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting transmissions occurring during an unauthorized period.

FIG. 17 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 18 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 19 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of packets having a predetermined packet type.

US 7,082,117 B2

5

FIG. 20 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of a same MAC address.

FIG. 21 is a flow chart illustrating additional method aspects of the invention for intrusion detection.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art.

For purposes of the foregoing discussion, like numbers refer to like elements throughout. Moreover, referring particularly to FIGS. 1–10, reference numerals differing by decades are used to indicate similar elements in alternate embodiments. For example, the mobile ad-hoc network (MANET) nodes 11, 21, 31, 41, 51, 61, 71, 81, 91, and 101 illustrated in FIGS. 1–10 are all similar elements, and so on. As such, these elements may only be described in detail upon their first occurrence to avoid undue repetition, but later occurring elements are understood to be similar to those first described.

Referring now to FIG. 1, a MANET 10 in accordance with the present invention illustratively includes nodes 11, 12. While only the two nodes 11, 12 are shown for clarity of illustration, those of skill in the art will appreciate that any number of nodes may be included within the MANET 10. Such nodes may be laptop computers, personal data assistants (PDAs), cellular telephones, or other suitable devices, as will be appreciated by those of skill in the art. Further, in some embodiments one or more nodes in the MANET 10 may be fixed to provide a bridge to a wired (or satellite) communications infrastructure, such as a telephone network, for example.

Before describing the MANET 10 in further detail, a brief discussion regarding MANET protocols in general is warranted. While MANETs are still in their infancy and there is as yet no one common standard governing communications in such networks, one likely characteristic of MANETs is that MANET nodes will operate in accordance with the open system architecture (OSI) model for data transfer, which includes seven layers at which certain types of data are sent using various protocols. These layers include the application layer, presentation layer, session layer, transport layer, network layer, data link layer, and physical layer.

The data link layer further includes media access control (MAC) and logical link control sub-layers. In accordance with the invention, the nodes 11, 12 preferably use the MAC layer for transmitting data therebetween, and each has a respective MAC addresses associated therewith, as will be appreciated by those of skill in the art. Of course, the remaining layers of the OSI model may also be used for data transmission as well, and other suitable network data transfer models may also be used. Moreover, such data is typically sent in packets, and various packets types are used for different types of message data, as will be described further below.

In accordance with the invention, the MANET 10 illustratively includes one or more policing nodes 13 for detecting intrusions into the network by a rogue node 14. By way

6

of example, the rogue node 14 may be used by a would-be hacker attempting to hack into the MANET 10, or it may simply be a node from a different MANET that is operating too closely to the MANET 10. In the present example, the policing node 13 monitors transmissions among the nodes 11, 12 to detect frame check sequence (FCS) errors from a given MAC address. If a number of FCS errors detected for a given MAC address exceeds a threshold, the policing node 13 generates an intrusion alert based thereon.

It should be noted that, as used herein, the phrase "transmissions among the nodes" is intended to mean any transmission directly to or from one of the nodes 11, 12, as well as any transmission within an operating range of the MANET 10. In other words, the policing node 13 may monitor transmissions directed to or originating from the nodes 11, 12 as well as any other transmissions it may receive whether or not they are specifically directed to or originate from a node in the MANET 10.

In the above-described embodiment (and those described below), the policing node 13 may advantageously transmit the alert to one or more of the nodes 11, 12 in the MANET 10. By way of example, the policing node 13 may transmit the intrusion alert directly to the node 12, which may then notify all of the remaining nodes in the wireless network. Alternately, the policing node 13 may broadcast the intrusion alert to all network nodes. In either case, the appropriate countermeasures may then be taken to respond to the unauthorized intrusion, as will be appreciated by those skilled in the art. Such countermeasures are beyond the scope of the present invention and will therefore not be discussed herein.

Turning now to FIG. 2, a first alternate embodiment of the MANET 20 is now described. In this embodiment, the policing node 23 detects intrusions into the wireless network 20 by monitoring transmissions among the nodes 21, 22 to detect failed attempts to authenticate MAC addresses. Upon detecting a certain predetermined number of failed attempts to authenticate a particular MAC address, the policing node 23 will generate an intrusion alert.

Any number of failed attempts may be used as the threshold for generating the intrusion alert, but it may generally be desirable to allow a node at least one attempt to authenticate its MAC address without generating the intrusion alert. Moreover, in some embodiments the policing node 23 may advantageously only generate the intrusion alert if the detected number of failures occur within a predetermined period (e.g., an hour, day, etc.).

Turning now additionally to FIG. 3, in accordance with another aspect of the invention the two nodes 31, 32 of the MANET 30 transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The reason for this is to avoid collisions with other transmissions. That is, since many or all of the remaining nodes in the MANET 30 may be communicating on the same channel, these nodes may need to ensure that they are not transmitting at the same time, as this could result in interference and network disruption.

Also, the RTS and CTS packets preferably include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. This information is transmitted to adjacent nodes in the MANET 30, which will then stop transmission during the specified period, for example.

Accordingly, the policing node 33 may therefore detect intrusions into the wireless network 30 by monitoring RTS and CTS packets sent between the nodes 31, 32 to detect an illegal NAV value therein. For example, the MANET 30 may be implemented in such a way that data transmission

US 7,082,117 B2

7

8

may not exceed a certain amount of time, which will be known to all of the authorized nodes participating therein. Thus, if the policing node **33** detects a NAV value outside of the allotted amount of time, it will then generate an intrusion alert based thereon.

In accordance with a another embodiment of the MANET **40** illustrated in FIG. **4**, the nodes **41**, **42** may operate in contention or contention-free modes. That is, in a contention mode all network nodes are required to contend for access to the particular channel being used for each packet of data that is transmitted. During a contention-free period (CFP), channel usage is controlled by a designated control node, which thus eliminates the need for nodes to contend for channel access. In the case of MANETs having nodes arranged in groups or clusters, a cluster leader node may designate when a CFP is to be implemented, for example, as will be appreciated by those of skill in the art.

Thus, the policing node **43** may advantageously detect intrusions into the MANET **40** by monitoring transmissions among the nodes **41**, **42** to detect contention-free mode operation outside of a CFP. As such, an intrusion alert may be generated by the policing node **43** based upon such detection. In other words, detection of a node operating in contention-free mode outside of a CFP indicates that this node is not an authorized node, as all authorized nodes will be informed by the designated control node when a CFP has been instituted.

Of course, this would also be the case when contention mode operation is detected during a CFP, and such embodiment is illustratively shown in FIG. **5**. It will be appreciated by those skilled in the art that either one or both of the above CFP intrusion detection approaches may be implemented in a given application.

Referring now to FIG. **6**, another embodiment of MANET **60** is now described. Here, the policing node **63** detects intrusions into the MANET **60** by monitoring transmissions among the nodes **61**, **62** to detect transmissions during an unauthorized period. That is, the MANET **60** may be implemented such that no users are allowed to access the network during specified hours (e.g., between midnight and 6:00 AM). Thus, upon detecting transmissions within this unauthorized period, the policing node **63** may advantageously generate an intrusion alert.

Turning now additionally to FIG. **7**, still another embodiment of the MANET **70** is now described. In this embodiment, the various nodes **71**, **72** generate integrity check values for data sent therefrom. These integrity check values are then verified by the receiving node to ensure that the integrity of the originally transmitted message data has not been compromised. By way of example, the integrity check value may be generated by processing the message data with an algorithm to provide a value to be included in the message text. This value may then be verified by a receiving node using the algorithm and the data received.

Thus, the policing node **73** detects intrusions into the MANET **70** by monitoring transmissions among the nodes **71**, **72** to detect integrity check values which do not correspond with their respective data packets. That is, if an incorrect data encryption key is used to generate the message ciphertext, or if the message has been tampered with by the rouge node **84**, the integrity check value will most likely be corrupted. As such, the policing node **73** may generate an intrusion alert when such errant integrity check values are detected, as will be appreciated by those of skill in the art.

Still another MANET **80** in accordance with the invention is now described with reference to FIG. **8**. Typically, when the above-noted OSI network model is used, a respective

MAC sequence number is generated and sent with each data packet from the nodes **81**, **82**. That is, with each successive data packet the MAC sequence number is incremented, and thus each packet has a unique MAC sequence number associated therewith. As such, the policing node **83** may detect intrusions into the MANET **80** by monitoring transmissions among the nodes **81**, **82** to detect usage of nonconsecutive MAC sequence numbers by a node, and generate an intrusion alert based thereon.

Turning now additionally to FIG. **9**, another embodiment of the MANET **90** is illustrated in which the policing node **93** detects intrusions into the network by monitoring transmissions among the nodes **91**, **92** to detect collisions of packets having a predetermined packet type. In particular, the predetermined packet type may include management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., RTS and CTS packets), and/or data frame packets. The policing node **93** may thus generate an intrusion alert based upon detecting a threshold number of collisions of the predetermined packet type.

As used herein, "collisions" is meant to include simultaneous transmission of packets as well as transmissions within a certain time of one another. That is, if a certain type of packet is supposed to have a time delay between transmissions, (e.g., a few seconds, etc.), if two such packet types are transmitted too close together (i.e., with less than the requisite delay time between them), this would be considered a collision. By way of example, the threshold number of collisions may be greater than about three, for example, although other thresholds may also be used. Moreover, the threshold number may be based upon the particular packet type in question, i.e., the threshold number may be different for different packet types.

Additionally, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type. For example, if a certain percentage (e.g., greater than about 10%) of packets transmitted during a period (e.g., one hour) are involved in collisions, then the intrusion alert may be generated. Alternatively, if a certain percentage of packets out of a total number of packets monitored (e.g., 3 out of 10) are involved in collisions, then the intrusion alert may be generated. Of course, other suitable threshold numbers and methods for establishing the same may also be used.

Referring now to FIG. **10**, another embodiment of the MANET **100** is described in which the policing node **103** detects intrusions into the network by monitoring transmissions among the nodes **101**, **102** to detect collisions of a same MAC address. That is, if multiple terminals lay claim to the same MAC address simultaneously or relatively closely to one another, then either an error has occurred or one of the nodes is a rouge node **104**. As such, the policing node **103** generates an intrusion alert based upon detecting a threshold number of such collisions, e.g., greater than about three. Here again, other threshold numbers may also be used, and the threshold number may also be based upon a percentage, as previously discussed above.

An intrusion detection method aspect of the invention for the MANET **10** will now be described with reference to FIG. **11**. Beginning at Block **110**, the method includes transmitting data between the plurality of nodes **11**, **12** using the MAC layer, as previously noted above, at Block **111**. The transmissions among the nodes **11**, **12** are monitored to detect FCS errors from one of the MAC addresses, at Block **112**. If a number of FCS errors for the MAC address exceeds a threshold, at Block **113**, an intrusion alert is generated based thereon, at Block **114**, thus ending the method (Block

9

115). Otherwise, the transmissions will continue to be monitored, as illustratively shown.

In accordance with a first alternate method aspect of the invention now described with reference to FIG. 12, the method begins (Block 120) with transmitting data between the nodes 21, 22, at Block 121, and monitoring transmissions to detect failed attempts to authenticate MAC addresses, at Block 122, as previously noted above. If a number of failed attempts to authenticate a MAC address is detected, at Block 123, then an intrusion is generated, at Block 124, thus concluding the method (Block 125). Otherwise, the intrusion monitoring may continue, as illustratively shown.

A second alternate method aspect of the invention will now be described with reference to FIG. 13. The method begins (Block 130) with transmitting RTS and CTS packets between the nodes 31, 32 and then transmitting data, at Block 131. The RTS and CTS packets transmitted between the nodes 31, 32 are monitored to detect an illegal NAV value therein, at Block 132, as previously described above. If an illegal NAV value is detected, at Block 133, an intrusion alert is generated based thereon, at Block 134, thus concluding the method (Block 135). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. 14, a third alternate method aspect of the invention is now described. The method begins (Block 140) with transmitting data between the nodes 41, 42, at Block 141, and monitoring transmissions to detect contention-free mode operation outside of a CFP, at Block 142, as previously described above. If such operation is detected outside a CFP, at Block 143, an intrusion alert is generated based thereon, at Block 144, thus concluding the method (Block 145). Otherwise, the intrusion monitoring may continue, as illustratively shown. The opposite case in which transmissions are monitored for contention mode operation during CFPs is illustratively shown in FIG. 15 at Blocks 150–155. Here again, both of these methods could be used in a single embodiment, though this need not always be the case.

A fourth method aspect of the invention will now be described with reference to FIG. 16. The method begins (Block 160) with transmitting data between the nodes 61, 62, at Block 161, and monitoring to detect transmissions during an unauthorized period, at Block 162, as previously described above. If transmissions are detected during an unauthorized period, at Block 163, an intrusion alert is generated based thereon, at Block 164 thus concluding the method (Block 165). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Yet another intrusion detection method aspect of the invention will now be described with reference to FIG. 17. The method begins (Block 170) with transmitting data between the nodes 71, 72, at Block 171, and monitoring transmissions 172 to detect integrity check values which do not correspond with their respective data packets, as previously described above. If this is the case, an intrusion alert is generated, at Block 173, thus ending the method (Block 175). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. 18, still another method aspect of the invention is described. The method begins (Block 180) with transmitting data between the nodes 81, 82, at Block 181. Thus, the method may also include monitoring transmissions to detect usage of non-consecutive MAC sequence numbers by a node, at Block 182, as previously described above. If such usage is detected, at Block 183, an intrusion

10

alert is generated, at Block 184, thus ending the method (Block 185). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Referring additionally to FIG. 19, another method aspect of the invention begins (Block 190) with transmitting data packets between the nodes 91, 92, at Block 201, and monitoring transmissions to detect collisions of packets having a predetermined packet type, as noted above, at Block 192. If a threshold number of collisions of packets having the predetermined packet type are detected, at Block 193, then an intrusion alert is generated, at Block 194, ending the method (Block 195). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Another intrusion detection method aspect of the invention will now be described with respect to FIG. 20. The method begins (Block 200) with transmitting data between the nodes 101, 102, and monitoring transmissions to detect collisions of a same MAC address, at Block 202, as previously described above. If a threshold number of collisions of a same MAC address are detected, at Block 203, an intrusion alert is generated, at Block 204, thus ending the method (Block 205). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Further intrusion detection aspects of the invention will now be described with reference to FIG. 21. In accordance with the invention, a network or service set identification may be associated with the MANET 10, or smaller subsets (e.g., groups/clusters) thereof. As illustratively shown, beginning at Block 210, data may be transmitted between the nodes 11, 12, at Block 211, and the service set IDs transmitted therewith to identify authorized nodes of the MANET 10. As such, transmissions among the plurality of nodes 11, 12 may be monitored to detect service set IDs associated therewith and/or transmissions over a designated network channel not originating from an authorized node, at Block 212.

As such, if a service set ID that is different from an authorized service set ID of the MANET 10 and/or transmission from an unauthorized node on a network channel is detected, at Block 213, an intrusion alert may be generated based thereon, at Block 214. Moreover, the intrusion alert may advantageously be transmitted to one or more nodes in the network, as previously described above, or to another source, at Block 215. Otherwise, the intrusion monitoring may continue, as illustratively shown.

It will be understood by those skilled in the art that the above described method aspects may all be implemented in one or more of the MANETs described above. Also, additional method aspects of the invention will be apparent to those of skill in the art based upon the above description and will therefore not be discussed further herein.

It will also be appreciated that the above-described invention may be implemented in several ways. For example, the policing node 13 could be implemented in one or more separate, dedicated devices that are not already part of the MANET 10. Alternately, the invention may be implemented in software to be installed on one or more existing nodes in a MANET where intrusion detection is desired.

Further, many of the above-described aspects of the present invention may advantageously be used for detecting network intrusion even when a rogue node has an authorized network or MAC ID (e.g., contention-free operation outside a CFP, transmission during an unauthorized period, etc.) Moreover, one or more of the above aspects may advantageously be used in a given application to provide a desired level of intrusion detection. A further advantage of the invention is that it may be used to supplement existing

US 7,082,117 B2

11

intrusion detection systems, particularly those that focus on intrusion in the upper OSI network layers.

Additional features of the invention may be found in the co-pending application entitled MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS, attorney docket no. GCSD-1331 (51289), the entire disclosure of which is hereby incorporated herein by reference.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A mobile ad-hoc network (MANET) comprising:
a plurality of nodes for transmitting data therebetween using a media access layer (MAC), each of said nodes having a respective MAC address associated therewith; and
a policing node for detecting intrusions into the MANET by
monitoring transmissions among said plurality of nodes to detect frame check sequence (FCS) errors from a MAC address; and
generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

2. The MANET of claim 1 wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect failed attempts to authenticate MAC addresses; and
generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

3. The MANET of claim 2 wherein said policing node generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

4. The MANET of claim 1 wherein said plurality of nodes transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing node further detects intrusions into the MANET by:
monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and
generating an intrusion alert based upon the detected illegal NAV value.

5. The MANET of claim 1 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and
generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

6. The MANET of claim 1 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode

12

outside CFPs; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and
generating an intrusion alert based upon detecting contention mode operation outside a CFP.

7. The MANET of claim 1 wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and
generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

8. The MANET of claim 1 wherein said plurality of nodes transmit data over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

9. The MANET of claim 1 wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

10. A mobile ad-hoc network (MANET) comprising:
a plurality of nodes for transmitting data therebetween using a media access layer (MAC), each of said nodes having a respective MAC address associated therewith; and
a policing node for detecting intrusions into the MANET by
monitoring transmissions among said plurality of nodes to detect failed attempts to authenticate MAC addresses; and
generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

11. The MANET of claim 10 wherein said policing node generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

12. The MANET of claim 10 wherein said plurality of nodes transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing node further detects intrusions into the MANET by:
monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and
generating an intrusion alert based upon the detected illegal NAV value.

13. The MANET of claim 10 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and
generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

14. The MANET of claim 10 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

US 7,082,117 B2

13

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**15**. The MANET of claim **10** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**16**. The MANET of claim **10** wherein said plurality of nodes transmit data over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**17**. The MANET of claim **10** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**18**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween;

said plurality of nodes transmitting request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and

a policing node for detecting intrusions into the MANET by

monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**19**. The MANET of claim **18** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**20**. The MANET of claim **18** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**21**. The MANET of claim **18** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**22**. The MANET of claim **18** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at

14

one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**23**. The MANET of claim **18** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**24**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween, said plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**25**. The MANET of claim **24** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**26**. The MANET of claim **24** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**27**. The MANET of claim **24** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**28**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween, said plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**29**. The MANET of claim **28** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**30**. The MANET of claim **28** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**31**. The MANET of claim **28** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**32**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

US 7,082,117 B2

15

transmitting data between the plurality of nodes using a media access layer (MAC), each of the nodes having a respective MAC address associated therewith;

monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address; and

generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

**33**. The method of claim **32** further comprising:

monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**34**. The method of claim **33** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises generating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**35**. The method of claim **32** further comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**36**. The method of claim **32** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**37**. The method of claim **32** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**38**. The method of claim **32** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**39**. The method of claim **32** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**40**. The method of claim **32** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

16

**41**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes using a media access layer (MAC), each of the nodes having a respective MAC address associated therewith;

monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**42**. The method of claim **41** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises generating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**43**. The method of claim **41** further comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**44**. The method of claim **41** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**45**. The method of claim **41** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**46**. The method of claim **41** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**47**. The method of claim **41** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**48**. The method of claim **41** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**49**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes, the RTS

US 7,082,117 B2

17

and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting data between the plurality of nodes;

transmitting data between the plurality of nodes;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**50**. The method of claim **49** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**51**. The method of claim **49** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**52**. The method of claim **49** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**53**. The method of claim **49** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**54**. The method of claim **49** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**55**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes, the plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

18

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**56**. The method of claim **55** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**57**. The method of claim **55** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**58**. The method of claim **55** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**59**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes, the plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**60**. The method of claim **59** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**61**. The method of claim **59** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**62**. The method of claim **59** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

*     *     *     *     *

(12) **United States Patent**
Billhartz

(10) Patent No.: **US 7,082,117 B2**
(45) Date of Patent: *Jul. 25, 2006

(54) **MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 765 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/217,097**

(22) Filed: **Aug. 12, 2002**

(65) **Prior Publication Data**

US 2004/0028000 A1    Feb. 12, 2004

(51) **Int. Cl.**
*H04Q 7/24* (2006.01)

(52) **U.S. Cl.** .......................... **370/338**; 726/23; 709/24

(58) **Field of Classification Search** ............... 370/252, 370/254, 240, 389, 351, 352, 401; 709/223, 709/224; 713/164, 187; 726/1–23
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins | 370/94.1 |
| 5,978,669 A | 11/1999 | Sanmugam | 455/410 |
| 6,047,330 A | 4/2000 | Stracke, Jr. | 709/238 |
| 6,160,804 A | 12/2000 | Ahmed et al. | 370/349 |
| 6,304,556 B1 | 10/2001 | Haas | 370/254 |
| 6,791,996 B1 * | 9/2004 | Watanabe et al. | 370/447 |

| | | | |
|---|---|---|---|
| 6,914,890 B1 * | 7/2005 | Tobita et al. | 370/338 |
| 6,934,752 B1 * | 8/2005 | Gubbi | 709/225 |
| 6,950,946 B1 * | 9/2005 | Droz et al. | 340/5.74 |
| 7,027,462 B1 * | 4/2006 | Benveniste | 370/447 |

OTHER PUBLICATIONS

Kozup, *Secure Your WLAN Now, ZDNet Tech Update*, Nov. 13, 2001, avaliable at http://techupdate.zdnet.com/techupdate/stories/main/0,14179,2835133,00.html.
Vamosi, *Go Away! How to Keep Hackers Out of Your Wireless Network*, CNET/ZDNet Reviews, Mar. 27, 2002, available at http://www.zdnet.com/anchordesk/stories/story/0,10738,2858228,00.html.
*Wireless LAN Security 802.11b and Corporate Networks*, Internet Security Systems, 2001, available at http://www.iss.net/support/documentation/whitepapers/iss.php.

(Continued)

*Primary Examiner*—Chi Pham
*Assistant Examiner*—Phuc Tran
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A mobile ad-hoc network (MANET) may include a plurality of nodes for transmitting data therebetween using a media access layer (MAC), where each of the nodes has a respective MAC address associated therewith. The MANET may also include a policing node for detecting intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold. The policing node may also detect intrusions based upon one or more of failed MAC address authentications, illegal network allocation vector (NAV) values, and unexpected contention or contention-free operation.

**62 Claims, 11 Drawing Sheets**



**US 7,082,117 B2**

Page 2

OTHER PUBLICATIONS

Blackwell, *Serious WLAN Security Threats: Part II*, INT Media Group, Inc., 2002, available at http://www.80211-planet.com/columns/article/0,,1781_947571,00.html.
*Accessing Wireless Security with Airopeek*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/products/airopeek/white_papers.
*WildPackets' Guide to Wireless LAN Analysis*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/support/white_papers.

Zhang et al., *Intrusion Detection In Wireless Ad-Hoc Networks*, ACM MOBICOM, 2000.
Albers et al., *Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches*, Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), Apr. 2002.

* cited by examiner

Case 1:19-cv-09945-CFC Document 1-1 Filed 12/09/19 Page 341 of 360 PageID #: 752
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 341 of 360 PageID #: 18263



FIG. 1.



FIG. 2.



FIG. 3.



FIG. 4.



FIG. 5.



FIG. 6.

Case 1:19-cv-09995-GBD Document 1-1 Filed 12/09/19 Page 344 of 360 PageID #: 756
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 344 of 360 PageID #: 182366



FIG. 7.



FIG. 8.

Case 1:19-cv-09995-GBD-SN Document 1-1 Filed 12/09/19 Page 345 of 360 PageID #: 757
Case 1:99-mc-09999 Document 1898-1 Filed 12/09/19 Page 345 of 360 PageID #: 182367



FIG. 9.



FIG. 10.

Case 1:19-cv-09945-CFC  Document 1-1  Filed 12/09/19  Page 346 of 360 PageID #: 358



FIG. 11.



FIG. 12.



FIG. 13.



FIG. 14.



FIG. 15.



FIG. 16.

Case 1:19-cv-09995-GBD Document 1-1 Filed 12/09/19 Page 349 of 360 PageID #: 1367
Case 1:19-mc-09995 Document 1898-1 Filed 12/09/19 Page 349 of 360 PageID #: 18231



FIG. 17.



FIG. 18.



FIG. 19.



FIG. 20.



FIG. 21.

US 7,082,117 B2

1

# MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS

## FIELD OF THE INVENTION

The present invention relates to the field of wireless networks, and, more particularly, to mobile ad-hoc networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad-hoc networks, or MANETs for short. Physically, a mobile ad-hoc network includes a number of geographically-distributed, potentially mobile nodes sharing a common radio channel. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad-hoc networks is the lack of any fixed infrastructure. The network may be formed of mobile nodes only, and a network is created "on the fly" as the nodes come close enough to transmit with each other. The network does not depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

Because of these unique characteristics, routing protocols for governing data flow within ad-hoc networks are required which can adapt to frequent topology changes. Two basic categories of ad-hoc routing protocols have emerged in recent years, namely reactive or "on-demand" protocols, and proactive or table-driven protocols. Reactive protocols collect routing information when a particular route is required to a destination in response to a route request. Examples of reactive protocols include ad-hoc on demand distance vector (AODV) routing, dynamic source routing (DSR), and the temporally ordered routing algorithm (TORA).

On the other hand, proactive routing protocols attempt to maintain consistent, up-to-date routing information from each node to every other node in the network. Such protocols typically require each node to maintain one or more tables to store routing information, and they respond to changes in network topology by propagating updates throughout the network to maintain a consistent view of the network. Examples of such proactive routing protocols include destination-sequenced distance-vector (DSDV) routing, which is disclosed in U.S. Pat. No. 5,412,654 to Perkins; the wireless routing protocol (WRP); and cluster-head gateway switch routing (CGSR). A hybrid protocol which uses both proactive and reactive approaches is the zone routing protocol (ZRP), which is disclosed in U.S. Pat. No. 6,304,556 to Haas.

One challenge to the advancement of ad-hoc network development is that of security. More particularly, since nodes in a mobile ad-hoc network all communicate wirelessly, there is a much greater risk of intrusion by unauthorized users. Because of the early stage of development of ad-hoc networks and the numerous other challenges these networks present, the above routing protocols have heretofore primarily focused solely on the mechanics of data routing and not on intrusion detection.

Some approaches are now being developed for providing intrusion detection in mobile ad-hoc networks. One such approach is outlined in an article by Zhang et al. entitled "Intrusion Detection in Wireless Ad-Hoc Networks," ACM MOBICOM, 2000. In this article, an intrusion detection architecture is proposed in which every node in the MANET

2

participates in intrusion detection and response. That is, each node is responsible for detecting signs of intrusion locally and independently, but neighboring nodes can collaboratively investigate in a broader range. Moreover, intrusion detection is based upon anomaly detections, such as the detection of abnormal updates to routing tables or anomalies in certain network layers, such as with media access control (MAC) layer protocols. Another similar MANET intrusion detection architecture is disclosed in "Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches," by Albers et al., in Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), April 2002.

While the architectures discussed in the above articles may provide a convenient starting point for implementing intrusion detection, much of the details regarding the implementation of intrusion detection in MANETs have yet to be determined. That is, the particular types of node characteristics which can reliably indicate whether a node is a rouge node attempting to intrude upon the network still remain largely undefined.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a mobile ad-hoc network (MANET) with intrusion detection features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a MANET which may include a plurality of nodes for transmitting data therebetween using a media access (MAC) layer, where each of the nodes has a respective MAC address associated therewith. The MANET may also include a policing node for detecting intrusions into the network. This may be done by monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Furthermore, the policing node may detect intrusions into the wireless network by monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. More specifically, the policing node may generate an intrusion alert based upon detecting the number of failed attempts to authenticate a MAC address within a predetermined period.

In addition, the plurality of nodes may transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The RTS and CTS packets may include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. As such, the policing node may further detect intrusions into the MANET by monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein and generate an intrusion alert based thereon.

The plurality of nodes may also intermittently operate in a contention-free mode during a contention-free period (CFP). Thus, the policing node may also advantageously detect intrusions into the wireless network by monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP (or vice versa) and generate an intrusion alert based thereon.

Additionally, the MANET may have at least one service set ID associated therewith. Accordingly, the policing node

US 7,082,117 B2

3                                                           4

may further detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith. The policing node may further generate an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET. Also, the plurality of nodes may transmit data over at least one channel, and the policing node may detect transmissions over the at least one channel not originating from one of the plurality of nodes and generate an intrusion alert based thereon.

The policing node may advantageously transmit an intrusion alert to at least one of the plurality of nodes in some embodiments. As such, the appropriate countermeasures may be taken to respond to the intrusion.

An intrusion detection method aspect of the invention is for a MANET including a plurality of nodes. The method may include transmitting data between the plurality of nodes using a MAC layer, where each of the nodes has a respective MAC address associated therewith. Moreover, transmissions among the plurality of nodes may be monitored to detect FCS errors from a MAC address, and an intrusion alert generated based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Additionally, the method may also include monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. In particular, an intrusion alert may be generated based upon detecting a number of failed attempts to authenticate a MAC address within a predetermined period.

Furthermore, the method may include transmitting RTS and CTS packets between the plurality of nodes prior to transmitting data. As noted above, the RTS and CTS packets typically include NAV values indicating a time duration reserved for transmitting the data. Moreover, the RTS and CTS packets transmitted between the plurality of nodes may be monitored to detect an illegal NAV value therein, and an intrusion alert generated based upon the detected illegal NAV value.

The plurality of nodes may intermittently operate in a contention-free mode during a CFP. As such, the method may also include monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP (or vice versa), and generating an intrusion alert based thereon.

In addition, the MANET may have at least one service set ID associated therewith. Thus, the method may further include monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith, and generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network. Also, the plurality of nodes may transmit data over at least one channel. Transmissions over the at least one channel not originating from one of the plurality of nodes may therefore be detected, and an intrusion alert generated based thereon. The method may also include transmitting the intrusion alert to at least one of the plurality of nodes.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a MANET in accordance with the present invention for providing intrusion detection based upon frame check sequence (FCS) errors.

FIG. 2 is a schematic block diagram of an alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon failed authentications of media access control (MAC) addresses.

FIG. 3 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon illegal network allocation vectors (NAVs).

FIGS. 4 and 5 are schematic block diagrams of further alternate embodiments of the MANET of FIG. 1 for providing intrusion detection based upon contention-free mode operation outside of a contention-free period (CFP) and based upon contention mode operation during a CFP, respectively.

FIG. 6 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon transmissions occurring during an unauthorized period.

FIG. 7 is a schematic block diagram of still another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 8 is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 9 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting collisions of packets having a predetermined packet type.

FIG. 10 is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting collisions of a same MAC address.

FIG. 11 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting FCS errors.

FIG. 12 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting failed authentications of MAC addresses.

FIG. 13 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting illegal network allocation vector (NAV) values.

FIGS. 14 and 15 are flow diagrams illustrating intrusion detection methods in accordance with the present invention based upon detecting contention-free mode operation outside of a CFP and detecting contention mode operation during a CFP, respectively.

FIG. 16 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting transmissions occurring during an unauthorized period.

FIG. 17 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 18 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 19 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of packets having a predetermined packet type.

US 7,082,117 B2

5

FIG. **20** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of a same MAC address.

FIG. **21** is a flow chart illustrating additional method aspects of the invention for intrusion detection.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art.

For purposes of the foregoing discussion, like numbers refer to like elements throughout. Moreover, referring particularly to FIGS. **1–10**, reference numerals differing by decades are used to indicate similar elements in alternate embodiments. For example, the mobile ad-hoc network (MANET) nodes **11**, **21**, **31**, **41**, **51**, **61**, **71**, **81**, **91**, and **101** illustrated in FIGS. **1–10** are all similar elements, and so on. As such, these elements may only be described in detail upon their first occurrence to avoid undue repetition, but later occurring elements are understood to be similar to those first described.

Referring now to FIG. **1**, a MANET **10** in accordance with the present invention illustratively includes nodes **11**, **12**. While only the two nodes **11**, **12** are shown for clarity of illustration, those of skill in the art will appreciate that any number of nodes may be included within the MANET **10**. Such nodes may be laptop computers, personal data assistants (PDAs), cellular telephones, or other suitable devices, as will be appreciated by those of skill in the art. Further, in some embodiments one or more nodes in the MANET **10** may be fixed to provide a bridge to a wired (or satellite) communications infrastructure, such as a telephone network, for example.

Before describing the MANET **10** in further detail, a brief discussion regarding MANET protocols in general is warranted. While MANETs are still in their infancy and there is as yet no one common standard governing communications in such networks, one likely characteristic of MANETs is that MANET nodes will operate in accordance with the open system architecture (OSI) model for data transfer, which includes seven layers at which certain types of data are sent using various protocols. These layers include the application layer, presentation layer, session layer, transport layer, network layer, data link layer, and physical layer.

The data link layer further includes media access control (MAC) and logical link control sub-layers. In accordance with the invention, the nodes **11**, **12** preferably use the MAC layer for transmitting data therebetween, and each has a respective MAC addresses associated therewith, as will be appreciated by those of skill in the art. Of course, the remaining layers of the OSI model may also be used for data transmission as well, and other suitable network data transfer models may also be used. Moreover, such data is typically sent in packets, and various packets types are used for different types of message data, as will be described further below.

In accordance with the invention, the MANET **10** illustratively includes one or more policing nodes **13** for detecting intrusions into the network by a rogue node **14**. By way

6

of example, the rogue node **14** may be used by a would-be hacker attempting to hack into the MANET **10**, or it may simply be a node from a different MANET that is operating too closely to the MANET **10**. In the present example, the policing node **13** monitors transmissions among the nodes **11**, **12** to detect frame check sequence (FCS) errors from a given MAC address. If a number of FCS errors detected for a given MAC address exceeds a threshold, the policing node **13** generates an intrusion alert based thereon.

It should be noted that, as used herein, the phrase "transmissions among the nodes" is intended to mean any transmission directly to or from one of the nodes **11**, **12**, as well as any transmission within an operating range of the MANET **10**. In other words, the policing node **13** may monitor transmissions directed to or originating from the nodes **11**, **12** as well as any other transmissions it may receive whether or not they are specifically directed to or originate from a node in the MANET **10**.

In the above-described embodiment (and those described below), the policing node **13** may advantageously transmit the alert to one or more of the nodes **11**, **12** in the MANET **10**. By way of example, the policing node **13** may transmit the intrusion alert directly to the node **12**, which may then notify all of the remaining nodes in the wireless network. Alternately, the policing node **13** may broadcast the intrusion alert to all network nodes. In either case, the appropriate countermeasures may then be taken to respond to the unauthorized intrusion, as will be appreciated by those skilled in the art. Such countermeasures are beyond the scope of the present invention and will therefore not be discussed herein.

Turning now to FIG. **2**, a first alternate embodiment of the MANET **20** is now described. In this embodiment, the policing node **23** detects intrusions into the wireless network **20** by monitoring transmissions among the nodes **21**, **22** to detect failed attempts to authenticate MAC addresses. Upon detecting a certain predetermined number of failed attempts to authenticate a particular MAC address, the policing node **23** will generate an intrusion alert.

Any number of failed attempts may be used as the threshold for generating the intrusion alert, but it may generally be desirable to allow a node at least one attempt to authenticate its MAC address without generating the intrusion alert. Moreover, in some embodiments the policing node **23** may advantageously only generate the intrusion alert if the detected number of failures occur within a predetermined period (e.g., an hour, day, etc.).

Turning now additionally to FIG. **3**, in accordance with another aspect of the invention the two nodes **31**, **32** of the MANET **30** transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The reason for this is to avoid collisions with other transmissions. That is, since many or all of the remaining nodes in the MANET **30** may be communicating on the same channel, these nodes may need to ensure that they are not transmitting at the same time, as this could result in interference and network disruption.

Also, the RTS and CTS packets preferably include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. This information is transmitted to adjacent nodes in the MANET **30**, which will then stop transmission during the specified period, for example.

Accordingly, the policing node **33** may therefore detect intrusions into the wireless network **30** by monitoring RTS and CTS packets sent between the nodes **31**, **32** to detect an illegal NAV value therein. For example, the MANET **30** may be implemented in such a way that data transmission

US 7,082,117 B2

7

8

may not exceed a certain amount of time, which will be known to all of the authorized nodes participating therein. Thus, if the policing node 33 detects a NAV value outside of the allotted amount of time, it will then generate an intrusion alert based thereon.

In accordance with a another embodiment of the MANET 40 illustrated in FIG. 4, the nodes 41, 42 may operate in contention or contention-free modes. That is, in a contention mode all network nodes are required to contend for access to the particular channel being used for each packet of data that is transmitted. During a contention-free period (CFP), channel usage is controlled by a designated control node, which thus eliminates the need for nodes to contend for channel access. In the case of MANETs having nodes arranged in groups or clusters, a cluster leader node may designate when a CFP is to be implemented, for example, as will be appreciated by those of skill in the art.

Thus, the policing node 43 may advantageously detect intrusions into the MANET 40 by monitoring transmissions among the nodes 41, 42 to detect contention-free mode operation outside of a CFP. As such, an intrusion alert may be generated by the policing node 43 based upon such detection. In other words, detection of a node operating in contention-free mode outside of a CFP indicates that this node is not an authorized node, as all authorized nodes will be informed by the designated control node when a CFP has been instituted.

Of course, this would also be the case when contention mode operation is detected during a CFP, and such embodiment is illustratively shown in FIG. 5. It will be appreciated by those skilled in the art that either one or both of the above CFP intrusion detection approaches may be implemented in a given application.

Referring now to FIG. 6, another embodiment of MANET 60 is now described. Here, the policing node 63 detects intrusions into the MANET 60 by monitoring transmissions among the nodes 61, 62 to detect transmissions during an unauthorized period. That is, the MANET 60 may be implemented such that no users are allowed to access the network during specified hours (e.g., between midnight and 6:00 AM). Thus, upon detecting transmissions within this unauthorized period, the policing node 63 may advantageously generate an intrusion alert.

Turning now additionally to FIG. 7, still another embodiment of the MANET 70 is now described. In this embodiment, the various nodes 71, 72 generate integrity check values for data sent therefrom. These integrity check values are then verified by the receiving node to ensure that the integrity of the originally transmitted message data has not been compromised. By way of example, the integrity check value may be generated by processing the message data with an algorithm to provide a value to be included in the message text. This value may then be verified by a receiving node using the algorithm and the data received.

Thus, the policing node 73 detects intrusions into the MANET 70 by monitoring transmissions among the nodes 71, 72 to detect integrity check values which do not correspond with their respective data packets. That is, if an incorrect data encryption key is used to generate the message ciphertext, or if the message has been tampered with by the rouge node 84, the integrity check value will most likely be corrupted. As such, the policing node 73 may generate an intrusion alert when such errant integrity check values are detected, as will be appreciated by those of skill in the art.

Still another MANET 80 in accordance with the invention is now described with reference to FIG. 8. Typically, when the above-noted OSI network model is used, a respective MAC sequence number is generated and sent with each data packet from the nodes 81, 82. That is, with each successive data packet the MAC sequence number is incremented, and thus each packet has a unique MAC sequence number associated therewith. As such, the policing node 83 may detect intrusions into the MANET 80 by monitoring transmissions among the nodes 81, 82 to detect usage of nonconsecutive MAC sequence numbers by a node, and generate an intrusion alert based thereon.

Turning now additionally to FIG. 9, another embodiment of the MANET 90 is illustrated in which the policing node 93 detects intrusions into the network by monitoring transmissions among the nodes 91, 92 to detect collisions of packets having a predetermined packet type. In particular, the predetermined packet type may include management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., RTS and CTS packets), and/or data frame packets. The policing node 93 may thus generate an intrusion alert based upon detecting a threshold number of collisions of the predetermined packet type.

As used herein, "collisions" is meant to include simultaneous transmission of packets as well as transmissions within a certain time of one another. That is, if a certain type of packet is supposed to have a time delay between transmissions, (e.g., a few seconds, etc.), if two such packet types are transmitted too close together (i.e., with less than the requisite delay time between them), this would be considered a collision. By way of example, the threshold number of collisions may be greater than about three, for example, although other thresholds may be used as well. Moreover, the threshold number may be based upon the particular packet type in question, i.e., the threshold number may be different for different packet types.

Additionally, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type. For example, if a certain percentage (e.g., greater than about 10%) of packets transmitted during a period (e.g., one hour) are involved in collisions, then the intrusion alert may be generated. Alternatively, if a certain percentage of packets out of a total number of packets monitored (e.g., 3 out of 10) are involved in collisions, then the intrusion alert may be generated. Of course, other suitable threshold numbers and methods for establishing the same may also be used.

Referring now to FIG. 10, another embodiment of the MANET 100 is described in which the policing node 103 detects intrusions into the network by monitoring transmissions among the nodes 101, 102 to detect collisions of a same MAC address. That is, if multiple terminals lay claim to the same MAC address simultaneously or relatively closely to one another, then either an error has occurred or one of the nodes is a rouge node 104. As such, the policing node 103 generates an intrusion alert based upon detecting a threshold number of such collisions, e.g., greater than about three. Here again, other threshold numbers may also be used, and the threshold number may also be based upon a percentage, as previously discussed above.

An intrusion detection method aspect of the invention for the MANET 10 will now be described with reference to FIG. 11. Beginning at Block 110, the method includes transmitting data between the plurality of nodes 11, 12 using the MAC layer, as previously noted above, at Block 111. The transmissions among the nodes 11, 12 are monitored to detect FCS errors from one of the MAC addresses, at Block 112. If a number of FCS errors for the MAC address exceeds a threshold, at Block 113, an intrusion alert is generated based thereon, at Block 114, thus ending the method (Block

US 7,082,117 B2

9
10

115). Otherwise, the transmissions will continue to be monitored, as illustratively shown.

In accordance with a first alternate method aspect of the invention now described with reference to FIG. 12, the method begins (Block 120) with transmitting data between the nodes 21, 22, at Block 121, and monitoring transmissions to detect failed attempts to authenticate MAC addresses, at Block 122, as previously noted above. If a number of failed attempts to authenticate a MAC address is detected, at Block 123, then an intrusion is generated, at Block 124, thus concluding the method (Block 125). Otherwise, the intrusion monitoring may continue, as illustratively shown.

A second alternate method aspect of the invention will now be described with reference to FIG. 13. The method begins (Block 130) with transmitting RTS and CTS packets between the nodes 31, 32 and then transmitting data, at Block 131. The RTS and CTS packets transmitted between the nodes 31, 32 are monitored to detect an illegal NAV value therein, at Block 132, as previously described above. If an illegal NAV value is detected, at Block 133, an intrusion alert is generated based thereon, at Block 134, thus concluding the method (Block 135). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. 14, a third alternate method aspect of the invention is now described. The method begins (Block 140) with transmitting data between the nodes 41, 42, at Block 141, and monitoring transmissions to detect contention-free mode operation outside of a CFP, at Block 142, as previously described above. If such operation is detected outside a CFP, at Block 143, an intrusion alert is generated based thereon, at Block 144, thus concluding the method (Block 145). Otherwise, the intrusion monitoring may continue, as illustratively shown. The opposite case in which transmissions are monitored for contention mode operation during CFPs is illustratively shown in FIG. 15 at Blocks 150–155. Here again, both of these methods could be used in a single embodiment, though this need not always be the case.

A fourth method aspect of the invention will now be described with reference to FIG. 16. The method begins (Block 160) with transmitting data between the nodes 61, 62, at Block 161, and monitoring to detect transmissions during an unauthorized period, at Block 162, as previously described above. If transmissions are detected during an unauthorized period, at Block 163, an intrusion alert is generated based thereon, at Block 164 thus concluding the method (Block 165). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Yet another intrusion detection method aspect of the invention will now be described with reference to FIG. 17. The method begins (Block 170) with transmitting data between the nodes 71, 72, at Block 171, and monitoring transmissions 172 to detect integrity check values which do not correspond with their respective data packets, as previously described above. If this is the case, an intrusion alert is generated, at Block 173, thus ending the method (Block 175). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. 18, still another method aspect of the invention is described. The method begins (Block 180) with transmitting data between the nodes 81, 82, at Block 181. Thus, the method may also include monitoring transmissions to detect usage of non-consecutive MAC sequence numbers by a node, at Block 182, as previously described above. If such usage is detected, at Block 183, an intrusion alert is generated, at Block 184, thus ending the method (Block 185). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Referring additionally to FIG. 19, another method aspect of the invention begins (Block 190) with transmitting data packets between the nodes 91, 92, at Block 201, and monitoring transmissions to detect collisions of packets having a predetermined packet type, as noted above, at Block 192. If a threshold number of collisions of packets having the predetermined packet type are detected, at Block 193, then an intrusion alert is generated, at Block 194, ending the method (Block 195). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Another intrusion detection method aspect of the invention will now be described with respect to FIG. 20. The method begins (Block 200) with transmitting data between the nodes 101, 102, and monitoring transmissions to detect collisions of a same MAC address, at Block 202, as previously described above. If a threshold number of collisions of a same MAC address are detected, at Block 203, an intrusion alert is generated, at Block 204, thus ending the method (Block 205). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Further intrusion detection aspects of the invention will now be described with reference to FIG. 21. In accordance with the invention, a network or service set identification may be associated with the MANET 10, or smaller subsets (e.g., groups/clusters) thereof. As illustratively shown, beginning at Block 210, data may be transmitted between the nodes 11, 12, at Block 211, and the service set IDs transmitted therewith to identify authorized nodes of the MANET 10. As such, transmissions among the plurality of nodes 11, 12 may be monitored to detect service set IDs associated therewith and/or transmissions over a designated network channel not originating from an authorized node, at Block 212.

As such, if a service set ID that is different from an authorized service set ID of the MANET 10 and/or transmission from an unauthorized node on a network channel is detected, at Block 213, an intrusion alert may be generated based thereon, at Block 214. Moreover, the intrusion alert may advantageously be transmitted to one or more nodes in the network, as previously described above, or to another source, at Block 215. Otherwise, the intrusion monitoring may continue, as illustratively shown.

It will be understood by those skilled in the art that the above described method aspects may all be implemented in one or more of the MANETs described above. Also, additional method aspects of the invention will be apparent to those of skill in the art based upon the above description and will therefore not be discussed further herein.

It will also be appreciated that the above-described invention may be implemented in several ways. For example, the policing node 13 could be implemented in one or more separate, dedicated devices that are not already part of the MANET 10. Alternately, the invention may be implemented in software to be installed on one or more existing nodes in a MANET where intrusion detection is desired.

Further, many of the above-described aspects of the present invention may advantageously be used for detecting network intrusion even when a rogue node has an authorized network or MAC ID (e.g., contention-free operation outside a CFP, transmission during an unauthorized period, etc.). Moreover, one or more of the above aspects may advantageously be used in a given application to provide a desired level of intrusion detection. A further advantage of the invention is that it may be used to supplement existing

US 7,082,117 B2

11

intrusion detection systems, particularly those that focus on intrusion in the upper OSI network layers.

Additional features of the invention may be found in the co-pending application entitled MOBILE AD-HOC NET-WORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS, attorney docket no. GCSD-1331 (51289), the entire disclosure of which is hereby incorporated herein by reference.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

**1**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween using a media access layer (MAC), each of said nodes having a respective MAC address associated therewith; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect frame check sequence (FCS) errors from a MAC address; and

generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

**2**. The MANET of claim **1** wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**3**. The MANET of claim **2** wherein said policing node generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**4**. The MANET of claim **1** wherein said plurality of nodes transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing node further detects intrusions into the MANET by:

monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**5**. The MANET of claim **1** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**6**. The MANET of claim **1** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode

12

outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation outside a CFP.

**7**. The MANET of claim **1** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**8**. The MANET of claim **1** wherein said plurality of nodes transmit data over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**9**. The MANET of claim **1** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**10**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween using a media access layer (MAC), each of said nodes having a respective MAC address associated therewith; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**11**. The MANET of claim **10** wherein said policing node generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**12**. The MANET of claim **10** wherein said plurality of nodes transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing node further detects intrusions into the MANET by:

monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**13**. The MANET of claim **10** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**14**. The MANET of claim **10** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

13

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**15**. The MANET of claim **10** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**16**. The MANET of claim **10** wherein said plurality of nodes transmit data over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**17**. The MANET of claim **10** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**18**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween;

said plurality of nodes transmitting request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and

a policing node for detecting intrusions into the MANET by

monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**19**. The MANET of claim **18** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**20**. The MANET of claim **18** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**21**. The MANET of claim **18** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**22**. The MANET of claim **18** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least

14

one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**23**. The MANET of claim **18** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**24**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween, said plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**25**. The MANET of claim **24** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**26**. The MANET of claim **24** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**27**. The MANET of claim **24** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**28**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween, said plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**29**. The MANET of claim **28** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**30**. The MANET of claim **28** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**31**. The MANET of claim **28** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**32**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

US 7,082,117 B2

15                                                                              16

transmitting data between the plurality of nodes using a media access layer (MAC), each of the nodes having a respective MAC address associated therewith;

monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address; and

generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

**33**. The method of claim **32** further comprising:

monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**34**. The method of claim **33** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises generating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**35**. The method of claim **32** further comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**36**. The method of claim **32** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**37**. The method of claim **32** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**38**. The method of claim **32** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**39**. The method of claim **32** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**40**. The method of claim **32** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**41**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes using a media access layer (MAC), each of the nodes having a respective MAC address associated therewith;

monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**42**. The method of claim **41** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises generating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**43**. The method of claim **41** further comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**44**. The method of claim **41** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**45**. The method of claim **41** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**46**. The method of claim **41** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**47**. The method of claim **41** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**48**. The method of claim **41** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**49**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes, the RTS

17

and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting data between the plurality of nodes;

transmitting data between the plurality of nodes;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**50**. The method of claim **49** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**51**. The method of claim **49** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**52**. The method of claim **49** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**53**. The method of claim **49** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**54**. The method of claim **49** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**55**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes, the plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

18

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**56**. The method of claim **55** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**57**. The method of claim **55** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**58**. The method of claim **55** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**59**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes, the plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**60**. The method of claim **59** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**61**. The method of claim **59** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**62**. The method of claim **59** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

* * * * *