AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>12/9/2019 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>COMCAST CABLE COMMUNICATIONS, LLC | | DEFENDANT<br>L3HARRIS TECHNOLOGIES, INC. and<br>HARRIS GLOBAL COMMUNICATIONS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,027,426 B2 | 4/11/2006 | L3Harris Technologies, Inc. |
| 2 | 6,718,394 B2 | 4/6/2004 | L3Harris Technologies, Inc. |
| 3 | 7,453,864 B2 | 11/18/2008 | L3Harris Technologies, Inc. |
| 4 | 6,980,537 B1 | 12/27/2005 | Harris Global Communications Inc. |
| 5 | 6,958,986 B2 | 10/25/2002 | L3Harris Technologies, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

# ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 12/9/2019 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF COMCAST CABLE COMMUNICATIONS, LLC | | DEFENDANT L3HARRIS TECHNOLOGIES, INC. and HARRIS GLOBAL COMMUNICATIONS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 7,304,972 B2 | 12/4/2007 | L3Harris Technologies, Inc. |
| 7 | 7,440,572 B2 | 10/21/2008 | Harris Global Communications, Inc. |
| 8 | 7,606,256 B2 | 10/20/2009 | Harris Global Communications, Inc. |
| 9 | 6,404,756 B1 | 6/11/2002 | Harris Global Communications, Inc. |
| 10 | 6,349,091 B1 | 2/19/2002 | Harris Global Communications, Inc. |
| 11 | 6,961,310 B2 | 11/1/2005 | L3 Harris Technologies, Inc. |
| 12 | 7,082,117 B2 | 7/25/2006 | Harris Global Communications Inc. |
| 13 | 6,870,846 B2 | 3/22/2005 | L3Harris Technologies, Inc. |
| 14 | 7,382,765 B2 | 6/3/2008 | L3Harris Technologies, Inc. |
| 15 | 6,754,192 B2 | 6/22/2004 | L3Harris Technologies, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |