IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> L3HARRIS TECHNOLOGIES, INC. and HARRIS GLOBAL COMMUNICATIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. _____ |

## **PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Comcast Cable Communications, LLC discloses that it is a Delaware limited liability company and a wholly owned, indirect subsidiary of Comcast Corporation, a publicly traded Pennsylvania corporation that has no parent corporation. No publicly held corporation owns 10% or more of Comcast Corporation's stock.

OF COUNSEL:

Brian L. Ferrall
David Silbert
Matthias Kamber
Ryan K. Wong
Ajay Krishnan
Shayne Henry
Ryan J. Hayward
Deeva V. Shah
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

December 9, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Plaintiff*