IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> L3HARRIS TECHNOLOGIES, INC. and HARRIS GLOBAL COMMUNICATIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-2245 (UNA) |

### DECLARATION OF MAILING

Brian P. Egan declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Upon information and belief, Harris Global Communications, Inc. is a corporation organized and existing under the laws of the State of New York, having a principal place of business at 1350 Jefferson Road, Rochester, NY 14623.

3. On December 10, 2019 copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 Del. C. § 3104, to Harris Global Communications, Inc., 1350 Jefferson Road, Rochester, NY 14623, Attn: Legal Department. *See* Exhibit A.

4. On December 11, 2019, I received notification that Harris Global Communications, Inc. received the Summons, Complaint and related papers on December 11, 2019. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2019.

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

DENISE STITIK
(302) 351-9312
dstitik@mnat.com

December 10, 2019

Harris Global Communications, Inc.　　　　　　　　　　*VIA FEDERAL EXPRESS*
Attn: Legal Department
1350 Jefferson Road
Rochester, NY 14623

Re:　*Comcast Cable Communications, LLC v. L3Harris Technologies, Inc. et al.,* C.A. 19-2245 (District of Delaware)

Dear Sir/Madam:

　　Enclosed are copies of the Complaint, Summons and related papers in the above reference matter, which are being served herewith on Harris Global Communications, Inc. pursuant to 10 Del. C. § 3104. Pursuant to § 3104(g), the time for Harris Global Communications, Inc. to serve an answer shall be computed from the date of the mailing of this letter.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　*/s/ Denise Stitik*

　　　　　　　　　　　　　　　　　　　Denise Stitik
　　　　　　　　　　　　　　　　　　　IP Litigation Paralegal

DSS
Enclosures

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. **19-2245** |
| L3HARRIS TECHNOLOGIES, INC. and HARRIS GLOBAL COMMUNICATIONS, INC. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Harris Global Communications, Inc.
1350 Jefferson Road
Rochester, NY 14623

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **DEC 10 2019**

*Signature of Clerk or Deputy Clerk*



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT B

**Stitik, Denise**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 11, 2019 9:28 AM |
| **To:** | Stitik, Denise |
| **Subject:** | [EXT] FedEx Shipment 777199874333 Delivered |



## Your package has been delivered
Tracking # 777199874333

**Ship date:**
Tue, 12/10/2019

**Denise Stitik**
Wilmington, DE 19801
US



Delivered

**Delivery date:**
Wed, 12/11/2019 9:16 am

**Legal Department**
Harris Global Communications, Inc.
1350 Jefferson Road
ROCHESTER, NY 14623
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 777199874333 |
| **Status:** | Delivered: 12/11/2019 09:16 AM Signed for By: M.TORPEY |
| **Reference:** | 13423-0012 |
| **Signed for by:** | M.TORPEY |
| **Delivery location:** | ROCHESTER, NY |
| **Delivered to:** | Shipping/Receiving |
| **Service type:** | FedEx Priority Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 5.00 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 12/11/2019 by 10:30 am |



December 11,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **777199874333**.

| **Delivery Information:** | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | M.TORPEY | Delivery location: | ROCHESTER, NY |
| Service type: | FedEx Priority Overnight | Delivery date: | Dec 11, 2019 09:16 |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| **Shipping Information:** | | | |
|---|---|---|---|
| Tracking number: | 777199874333 | Ship date: | Dec 10, 2019 |
| | | Weight: | 5.0 lbs/2.3 kg |

| Recipient: | Shipper: |
|---|---|
| ROCHESTER, NY US | Wilmington, DE US |

| Reference | 13423-0012 |
|---|---|

Thank you for choosing FedEx.