**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 19-02245-CFC |
| L3HARRIS TECHNOLOGIES, INC. AND HARRIS GLOBAL COMMUNICATIONS, INC., | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Comcast Cable Communications, LLC ("Plaintiff") and Defendants L3Harris Technologies, Inc. and Harris Global Communications Inc. (collectively "Defendants"), subject to the approval of the Court, that the time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint (D.I. 1) is extended to February 5, 2020.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants*

Dated: January 8, 2020
6536043

IT IS SO ORDERED this ______ day of January 2020.

______________________________________
The Honorable Colm F. Connolly