# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 19-02245-CFC |
| L3HARRIS TECHNOLOGIES, INC. and HARRIS GLOBAL COMMUNICATIONS, INC., | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Comcast Cable Communications, LLC ("Plaintiff") and Defendants L3Harris Technologies, Inc. and Harris Global Communications Inc. (collectively "Defendants"), subject to the approval of the Court, that the time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint (D.I. 1) is extended to March 6, 2020.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Brian P. Egan*<br>    Jack B. Blumenfeld (#1014)<br>    Brian P. Egan (#6227)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE  19899<br>    (302) 658-9200<br>    jblumenfeld@mnat.com<br>    began@mnat.com | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated:  January 28, 2020
6558615

    IT IS SO ORDERED this _____ day of January 2020.

                _____
                The Honorable Colm F. Connolly